*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Summary*

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $1,259,747,584.20 | |
| PRIORITY | $86,167.24 | $0.00 |
| SECURED | $200,000,000.00 | $0.00 |
| Total | $1,459,833,751.44 | $0.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                          2 of 3335

---

**A Cornett**                          **Clm No 26110**   Filed In Cases: 140
PO Box 332
Cosby, TN 37722                        Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**A D Ladner**                         **Clm No 19149**   Filed In Cases: 140
28652 Shiloh Church Rd.
Perkinston, MS 39573                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**A Ellis**                            **Clm No 18867**   Filed In Cases: 140
3534 Whites Ferry Rd
West Monroe, LA 71291                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

3 of 3335

---

**A Green**
3532 Berwick Cassels Road
Gloster, MS 39638

**Clm No 44183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A Gregory**
c/o Ella Jean Gregory
121 Bradford Avenue
Fulton, MS 38843

**Clm No 68518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A Johnson**
119 Crown CT
Natchez, MS 39120

**Clm No 44361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**A LEE**
P O Box 187
Guntersville, AL 35976

**Clm No 57010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**A Robinson**
4264 West 21st Place
Gary, IN 46404-0000

**Clm No 64076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**A ROBINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

5 of 3335

**A. Aldridge**
6104 Woodhaven Road
Jackson, MS 39206

**Clm No 49696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**A. Annis**
1965 Chinkapin
Vidor, TX 77662

**Clm No 65596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**A. Bell**
156 Thornton Trail
Lena, MS 39094

**Clm No 46570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**A. Beverly**
4415 Howcher St.
Houston, TX 77047

**Clm No 65967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. BIVENS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 35671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 35670 |

---

**A. BIVENS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 35670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 35671 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**A. BROWN**
5131 COUNTY RD 215D
HENDERSON TX 75652

**Clm No 36011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Charlie**
4309 S. Elm Ave.
Santa Fe, TX 77517

**Clm No 66763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. COX, JR.**
1110 Avery Street
Cleveland, MS 38732

**Clm No 55665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

8 of 3335

**A. Coy**
14839 Anoka Dr.
Channelview, TX 77530

**Clm No 67111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**A. D. WOLFE**
120 McLemore Rd.
Hattiesburg, MS 39401

**Clm No 58792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**A. DAVIS**
1242 QUESADA AVE
SAN FRANCISCO CA 94124

**Clm No 36897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**A. E. Bishop**
91515 Hwy 42 East
Richton, MS 39476

**Clm No 50519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Elizabeth**
410 W. Lake Timpson Road
Timpson, TX 75975

**Clm No 67694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Eseco**
1140 Abide Road
Greenville, MS 38703

**Clm No 45730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**A. George**
2693 Tierra Grande
Corpus Christi, TX 78415

**Clm No 68252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|------------|
| Date Filed         | 9-Dec-2016 |
| Bar Date           |            |
| Claim Face Value   | $1.00      |

---

**A. George**
5917 Avenue T.
Galveston, TX 77551

**Clm No 68249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|------------|
| Date Filed         | 9-Dec-2016 |
| Bar Date           |            |
| Claim Face Value   | $1.00      |

---

**A. George**
555 Globe St.
Houston, TX 77034

**Clm No 68251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|------------|
| Date Filed         | 9-Dec-2016 |
| Bar Date           |            |
| Claim Face Value   | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                              3/30/2018 5:48:22 PM

---

*Claims Details*                                                                                11 of 3335

---

**A. Harold**                              <span style="color:blue">**Clm No 68764**</span>    Filed In Cases: 140
1101 Velma Street
Deer Park, TX 77536                        Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed                9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**A. Ismael**                              <span style="color:blue">**Clm No 69468**</span>    Filed In Cases: 140
503 Nueva Street
Alice, TX 78332                            Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed                9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**A. Jackson**                             <span style="color:blue">**Clm No 45222**</span>    Filed In Cases: 140
101 B Dixon Rd.
Gordon, GA 31031                           Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed                8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

12 of 3335

---

**A. James**
406 Commercial Street NE
Hanceville, AL 35077

**Clm No 69583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Jeannette Bennett**
25521 Stagg Rd.
Custer, SD 57730

**Clm No 43**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 19-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**A. Johnson**
520 Sleepy Meadow Drive
600 Brickell Ave., Ste. 3800

**Clm No 62337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

13 of 3335

---

**A. Jose**
P.O Box 71052
Corpus Christi , TX 78467

**Clm No 69938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Louis Marco**
1312 Amanda Dr.
Ceres, CA 95307

**Clm No 13348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**A. M. RASHADA**
1214 EAST CERVANTES, APT. B
PENSACOLA, FL 32501-

**Clm No 21190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*                                                          14 of 3335

---

**A. Paul**                         **Clm No 71747**    Filed In Cases: 140
4322 Ponca
Pasadena, TX 77504                  Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**A. Perkins**                      **Clm No 19374**    Filed In Cases: 140
10910 Gulf Freeway Apt 562
Houston, TX 77034                   Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**A. PETTWAY**                      **Clm No 41014**    Filed In Cases: 140
675 WELLWORTH ST.
MOBILE AL 36617                     Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

15 of 3335

---

**A. Prestage**
343 McGraw Road
Canton, MS 39046

**Clm No 48434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Ralph**
P O Box 890334
Houston, TX 77289-0334

**Clm No 72114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Richard**
3733 Lamont St.
Corpus Christi, TX 78415

**Clm No 72273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              16 of 3335

---

**A. Socorro**                          **Clm No 72880**    Filed In Cases: 140
2212 Cumbre Negra St.
El Paso, TX 79935                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**A. SPIRES, JR.**                      **Clm No 58196**    Filed In Cases: 140
P. O. Box 567
Bentonia, MS 39040                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**A. William**                          **Clm No 73158**    Filed In Cases: 140
3636 County Rd. 89
Pearland, TX 77584                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**A.B. Carder**
180 Breland Street
Wilsonville, AL 35186

**Clm No 66613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A.B. VAUT JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**A.C. Brown**
C/o Ruby Brown
1509 Shuttlesworth Drive
Birmingham, AL 35234

**Clm No 66283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    18 of 3335

---

**A.C. Deese**                               **Clm No 67384**    Filed In Cases: 140
C/o John L. Lawler, Attorney
P.o. Box 47                                  Class          Claim Detail Amount       Final Allowed Amount
Mobile, AL 36601
                                             UNS                 $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**A.C. Edwards**                             **Clm No 9829**     Filed In Cases: 140
5152 Lehr Road
Wooster, OH 44691                            Class          Claim Detail Amount       Final Allowed Amount

                                             UNS                 $1.00
                                                                 $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**A.C. Harville**                            **Clm No 68855**    Filed In Cases: 140
C/o Linda Harville
P.O. Box 8367                                Class          Claim Detail Amount       Final Allowed Amount
Birmingham, AL 35218
                                             UNS                 $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**A.C. Ingram**
3061 Fendley Avenue
Mobile, AL 36606

**Clm No 69453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A.C. JACKSON**
937 Wroten Lane
Brookhaven, MS 39601

**Clm No 56664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A.C. Seller**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**A.D. BRIDGES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**A.D. LENOIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**A.D. Quinney**
PO Box 332
Lexington, TX 78947

**Clm No 72089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**A.D. Sanders**
2509 Foster Ferry Road
Tuscaloosa, AL 35401

**Clm No 72637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**A.J. CARTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**A.J. Carter**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 60662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**A.J. LINDSEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**A.J. Smith**
1500 Marion Ave., #708
Akron, OH 44313

**Clm No 16404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**AALIYAH ABDUL, PERSONAL REPRESENTATIVE FOR**
ROSSY E. WILLIAMS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

23 of 3335

---

**Aaron Adkins**
110 Laurel Street
San Diego, CA 92101

**Clm No 21524**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Aaron Allen**
676 Burch Street
Jasper, TX 75951

**Clm No 24704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**AARON BLAND**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

24 of 3335

---

**AARON BOWEN**
129 Sumac Drive
Madison, MS 39110

**Clm No 55235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AARON BROWN**
500 MARTIN LUTHER KING
LUFKIN TX 75901

**Clm No 35996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AARON COLE - 2187**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

**Aaron Dorsey**
c/o Lenora B. Dorsey
1248 16th Street SW
Birmingham, AL 35211

**Clm No 67488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Dortch**
C/o Jessie M. Dortch
Mobile, AL 36604

**Clm No 67493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AARON EDWARDS**
1414 N Kirk St.
Pensacola, FL 32505-6207

**Clm No 55915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

| **AARON FRYE, JR.** | **Clm No 56080** | Filed In Cases: 140 | |
|---|---|---|---|
| 400 B Watts St. | Class | Claim Detail Amount | Final Allowed Amount |
| Natchez, MS 39120 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Aaron Gordon** | **Clm No 49850** | Filed In Cases: 140 | |
|---|---|---|---|
| 66 Wicker Road | Class | Claim Detail Amount | Final Allowed Amount |
| Cowarts, AL 36321 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Aaron Greenberg** | **Clm No 61808** | Filed In Cases: 140 | |
|---|---|---|---|
| 160 Simsbury Rd. Apt 204 | Class | Claim Detail Amount | Final Allowed Amount |
| West Hartford, CT 06117-1470 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                27 of 3335

---

**Aaron Griffin**                          **Clm No 10815**    Filed In Cases: 140
3317 Maple Street
Toledo, OH 43608                           Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Aaron Holloway**                         **Clm No 69180**    Filed In Cases: 140
428 5th Street
Birmingham, AL 35214-5606                  Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Aaron Jennings**                         **Clm No 12021**    Filed In Cases: 140
3170 Oak Street Ext
Youngstown, OH 44505                       Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

## *Claims Details*

28 of 3335

---

**Aaron Jennings**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**AARON JOHNSON**
24947 FM 1485
NEW CANEY TX 77357

**Clm No 39013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Aaron Johnson**
220 Jefferson Blvd
Birmingham, AL 35217

**Clm No 24884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    29 of 3335

---

**AARON LEE** | **Clm No 57006** | Filed In Cases: 140
P.O. Box 88
Edwards, MS 39066

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**AARON MATTHEW TURNER SR.** | **Clm No 82511** | Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Aaron Maxwell** | **Clm No 13501** | Filed In Cases: 140
889 Seward Ave.
Akron, OH 44320

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    30 of 3335

---

**Aaron McClenton**    **Clm No 49898**    Filed In Cases: 140
6786 Mer Rouge Rd
Bastrop, LA 71220

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron McLaughlin**    **Clm No 13724**    Filed In Cases: 140
1188 Mercer Avenue
Akron, OH 44307

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron McNealy**    **Clm No 44552**    Filed In Cases: 140
Post Office Box 745
Washington, MS 39190

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

31 of 3335

---

**AARON MORRIS**
425 Louise Street
Denham Springs, LA 70726

**Clm No 71269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Murphy**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AARON NGAI MCHENRY, PERSONAL REPRESENTATIVE FOR**
CHARLIE MCHENRY JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

32 of 3335

---

**Aaron Noland**
Azaline Hinton, c/o Fredrick Hinton, power of attorney
3420 Guy Harbor Way
Lawrenceville, GA 30044

**Clm No 71471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Quarles**
605 Montvale Ave.
Richmond, VA 23222

**Clm No 34120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Riley**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

33 of 3335

---

**Aaron Roberts**
17 Ben Kell Rd
Savannah, GA 31419

**Clm No 46737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Roseboro**
2738 Colorado Ave.
Lorain, OH 44052

**Clm No 15665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Shifflet**
6270 Dodge Rd. SW
Canton, OH 44706

**Clm No 16201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                                34 of 3335

---

**AARON SORENSON**                    **Clm No 75244**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class         Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                   Unknown

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Aaron Sorenson**                    **Clm No 64538**    Filed In Cases: 140
45 Running Hill Road
Scarborough, ME 04074             Class         Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00

                                                         $1.00

Date Filed         8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Aaron Spells**                      **Clm No 22472**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                 Class         Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00

                                                         $1.00

Date Filed         7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

*Claims Details*   35 of 3335

---

**Aaron Thorn**
113 Floyd Street
Wintersville, OH 43953

**Clm No 17225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Wallace Lee**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Webb**
3421 31st Street NE
Canton, OH 44705

**Clm No 17825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

36 of 3335

---

**Aaron Wiley**
2325 Falls Mills Rd
Falls Mills, VA 24613

**Clm No 29974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Aaron Yestrebi**
617 East Erie Ave.
Lorain, OH 44052

**Clm No 18418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Aaron Yoho**
1000 N Ashland Ave
New Castle, PA 16102

**Clm No 30126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

37 of 3335

---

**Abarquez Cabrera**
110 Laurel Street
San Diego,CA 92101

**Clm No 21617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abb Swafford**
280 Hwy. 42
Calera, AL 35040

**Clm No 72971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABBIE ARBOGAST**
290 HICKORY GROVE ROAD
OAK HILL OH 45656

**Clm No 35319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    38 of 3335

---

**ABBIE GALE BRYANT**
8850 N HWY 1247
SCIENCE HILL KY 42553

**Clm No 36046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Abbie Martin**
C/o Paul Martin
12551 Oak Ridge Road
Northport, AL 35475

**Clm No 70672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ABBIE SMITH**
P.O. BOX 946
FLOMATON AL 36441

**Clm No 42190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Abbie Wolf**
6078 Hwy 21 North
Forest, MS 39074

**Clm No 45074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Abbot DiNoto**
44 Orchard Street, Apt B
New London, CT 06320

**Clm No 19906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Abbott Marshall**
110 Laurel Street
San Diego,CA 92101

**Clm No 21888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

---

### Claims Details

40 of 3335

---

**ABBY REED**                                    **Clm No 57817**    Filed In Cases: 140
1895 Old Leland Road
Greenville, MS 38703                              Class          Claim Detail Amount      Final Allowed Amount

                                                 UNS                    $1.00
                                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Abdel  Elhaj**                                 **Clm No 32485**    Filed In Cases: 140
6131 Ternes
Dearborn, MI  48126                              Class          Claim Detail Amount      Final Allowed Amount

                                                 UNS                    $1.00
                                                                        $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Abdul A Mawari**                               **Clm No 32802**    Filed In Cases: 140
3322 Edsel
Dearborn, MI  48219                              Class          Claim Detail Amount      Final Allowed Amount

                                                 UNS                    $1.00
                                                                        $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    41 of 3335

---

**ABDUL H. OMAR**                    <u>**Clm No 21127**</u>    Filed In Cases: 140
610 DEXTER AVENUE
MOBILE, AL 36604-                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                     ---------------  ---------------  ---------------
                                                            $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Abdulla R Alwaseem**               <u>**Clm No 30217**</u>    Filed In Cases: 140
P. O. Box 2460
Wilmington, CA 90748                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                     ---------------  ---------------  ---------------
                                                            $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Abdullah B Ahmed**                 <u>**Clm No 30198**</u>    Filed In Cases: 140
1238 74TH St
Brooklyn, NY 11228                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                     ---------------  ---------------  ---------------
                                                            $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              42 of 3335

---

**Abe Abraham**                    **Clm No 6920**    Filed In Cases: 140
2547  Lawnshire Dr.
Copley, OH 44321          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ABE BAKER**                      **Clm No 55054**    Filed In Cases: 140
Shady Lawn
60 Shady Lawn Place       | Class | Claim Detail Amount | Final Allowed Amount |
Vicksburg, MS 39180       |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ABE BOUIE**                      **Clm No 35810**    Filed In Cases: 140
907 ELMIRA
MOBILE AL 36604           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              43 of 3335

---

**ABE FOWLER**                          **Clm No 56052**    Filed In Cases: 140
5773 Nailor Road
Vicksburg, MS 39180                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Abe Futch**                           **Clm No 50066**    Filed In Cases: 140
729 Elim Church Rd NE
Ludowici, GA 31316                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Abe Hayse**                           **Clm No 21770**    Filed In Cases: 140
110 Laurel Street
San Diego, CA 92101                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

## *Claims Details*

44 of 3335

---

**Abe James**
c/o Maxine James
7916 Jones Rd NW
Riceboro, GA 31323

**Clm No 50748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ABE NORSWORTHY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ABEL CAVADA**
P.O. BOX 537
CORPUS CHRISTI TX 78403

**Clm No 36334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    45 of 3335

---

**Abel G Favor**
11896 Miro Circle Dr.
San Diego, CA  92131-3323

**Clm No 32517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abel Garcia**
709 W. Ave D
Robstown, TX 78380

**Clm No 68152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABEL GARCIA**
920 S. FIFTH STREET
LAPORTE TX 77571

**Clm No 37733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**ABEL MELENDEZ**
P. O. Box 2261
Freeport, TX 77541

**Clm No 71003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABEL MONTALVO**
3312 AVENUE B
NEDERLAND TX 77627

**Clm No 40417**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABEL USEY**
506 Tiger Drive
Thibodaux, LA 70301

**Clm No 58478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                3/30/2018 5:48:22 PM

### *Claims Details*

---

**ABIGAIL DEATON**                     **Clm No 36933**   Filed In Cases: 140
6411 PLAZA STREET
GROVES TX 77619

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Abijah Johnson**                     **Clm No 12086**   Filed In Cases: 140
10529 Remington
Cleveland, OH 44108

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Able Dunn**                          **Clm No 18857**   Filed In Cases: 140
6840 Laurel Hill Ave.
Baker, LA 70714

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ABLERTO L BERRY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABNER FRANKLIN**
c/o David Franklin
951 Main St.
Gardendale, AL 35071

**Clm No 68058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abner Hughes**
C/o Bertha Horton
14535 Jwy 115
Fosters, AL 35463

**Clm No 69358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

49 of 3335

---

**Abner Usry**
764 Hwy 489
Lake, MS 39092

**Clm No 50155**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham Amos**
C/o Mary Amos
3917 Howard Avenue S.w.
Birmingham, AL 35221

**Clm No 65548**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham Bacon**
115 Hornet Dr
Brunswick, GA 31525

**Clm No 45745**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

50 of 3335

---

**ABRAHAM BARRETT**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 35493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham Battle**
110 Laurel Street
San Diego,CA 92101

**Clm No 21571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABRAHAM BERNARD**
P O BOX 22699
BEAUMONT TX 77720

**Clm No 35617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Abraham Bowen**
224 Ferril St
Savannah, GA 31415

**Clm No 47451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**ABRAHAM BROOKS**
1856 MANSFIELD STREET
INDIANAPOLIS, IN 46202

**Clm No 263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Abraham Chaney**
5303 Northfield Road, Apt 225
Bedford Hts, OH 44146

**Clm No 8592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Abraham Cherry**
6920 67th Street S.
Birmingham, AL 35212

**Clm No 66780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham Fichtenbaum**
79 Hillsdale Court
Hillsdale, NJ 07642

**Clm No 1585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham Foster**
1117 5th Avenue W.
Birmingham, AL 35204

**Clm No 68024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ABRAHAM HARDEN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham Henderson**
1417 Park Avenue
Moody, AL 35004

**Clm No 68940**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABRAHAM HORTON**
1125 27TH ST.
TUSCALOOSA AL 35401

**Clm No 38667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    54 of 3335

---

**ABRAHAM JONES**
684 LESLIE AVE.
MOBILE AL 33617

**Clm No 39106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Abraham Loyal**
3502 Wild Cherry Road
Baltimore,  MD 21244

**Clm No 4942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ABRAHAM RICHO**
722 DIVISION STREET
FERNANDINA BEACH FL 32034

**Clm No 41495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

55 of 3335

---

**Abraham Smith**
3930 Lincoln Street E
Canton, OH 44707

**Clm No 16425**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABRAHAM SMITH**
3903 W. MAIN ST.
WHISTLER AL 36612

**Clm No 42238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham T Cabal**
1781 Clover Tree Ct
Chula Vista, CA  91913

**Clm No 32331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                                    56 of 3335

---

**Abraham Williams**                    **Clm No 51592**    Filed In Cases: 140
PO Box 268
Darien, GA 31305                        Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Abram Brown**                         **Clm No 46531**    Filed In Cases: 140
152 River Ridge Rd
Brunswick, GA 31523                     Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ABRAM DEASES**                        **Clm No 67375**    Filed In Cases: 140
1110 Montreal Drive
Corpus Christi, TX 78418                Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/30/2018 5:48:22 PM

*Claims Details*                                                                57 of 3335

---

**Abram Elgort**                    <u>**Clm No 1704**</u>      Filed In Cases: 140
97 Cedar Grove Court
Staten Island, NY 10306             Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Abram Sanders**                   <u>**Clm No 19487**</u>     Filed In Cases: 140
16320 Tillotson Road
Prairieville, LA 70769              Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**AC McKenzie**                     <u>**Clm No 44537**</u>     Filed In Cases: 140
2278 Military Road
Raymond, MS 39154                   Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    58 of 3335

---

**AC Winford**
512 Elm Street
Ruleville, MS 38771

**Clm No 45067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Acey Eads**
1500 Villa Rd. Apt 140
Springfield, OH 44503

**Clm No 9785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ACIE FLEMING**
c/o Jerry Fleming
7470 Danny Way
Pensacola, FL 32526-3848

**Clm No 67954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                       59 of 3335

---

**Acie Jones**                          <u>**Clm No 46363**</u>   Filed In Cases: 140
1424 Queen Street
Laurel, MS 39440                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Acie Mastin**                         <u>**Clm No 13465**</u>   Filed In Cases: 140
2227 5th Street NE
Canton, OH 44704                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Acie Orr**                            <u>**Clm No 46549**</u>   Filed In Cases: 140
15391 Whitney Orr Rd
Bastrop, LA 71220                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Acie White**
303 Alabama Street
Clarksdale, MS 38614

**Clm No 45021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Acy Grayson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ada Aursby**
621 Live Oak Lane
Newport News, VA 23607

**Clm No 2553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**ADA B. FLEMING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ada Black**
429 W 36th St
Ashtabula, OH 44004

**Clm No 25479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ada Bohon**
110 Lake Ave
Salem, VA 24153

**Clm No 25543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Ada Bridgeman**
PO Box 471
Port Gibson, MS 39150

**Clm No 43837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ada Cross**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $2,000.00 | |
| | $2,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $2,000.00 |

---

**ADA FELPS**
2099 BECKY LANE
KOUNTZE TX 77625

**Clm No 37467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ADA GOINS**
3920 BARNHILL
VIDOR TX 77662

**Clm No 37901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADA HAMILTON**
1601 W HUTCHINSON APT 107
CROWLEY LA 70526

**Clm No 38199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ada Harold**
1008 Bowe Place
Norfolk,  VA 23504

**Clm No 4166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

64 of 3335

---

**ADA LEE THIERRY**
4065 HESTER STREET
BEAUMONT TX 77703

**Clm No 42645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADA LEWIS, PERSONAL REPRESENTATIVE FOR**
CLARENCE LEWIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Ada M. Riggs**
Rt. 3, Box 305-B-2
Fairmont, WV 25124

**Clm No 58991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Ada Marie Wishon**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 18255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ada Moore**
112 Harrigan Way
Yorktown,  VA 23693

**Clm No 5194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADA POLIDORE**
2930 PALESTINE
BEAUMONT TX 77701

**Clm No 41119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*    66 of 3335

---

**Ada Ratliff**                           **Clm No 15229**    Filed In Cases: 140
PO Box 370
Marengo, OH 43334        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Ada S. Harold**                         **Clm No 4167**    Filed In Cases: 140
1008 Bowe Place
Norfolk, VA 23504        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Ada V. Jeffries**                       **Clm No 53848**    Filed In Cases: 140
250 Lee Street
Weston, WV 26452         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**ADA WELLS**
6455 KINLOCK DRIVE WEST
JACKSONVILLE FL 32219

**Clm No 43213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Adair Parrish**
3303 West  Denga
Midland, TX 79709

**Clm No 63661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adalberto Aponte Melendez**
147 W. Springtown Road
Long Valley, NJ 07853

**Clm No 7157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

68 of 3335

---

**ADALBERTO LARA**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ADALINE MALLEY**
23030 STANDARD DEDEAUX ROAD
PASS CHRISTIAN, MS 39571-

**Clm No 21027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 21026 |

---

**ADALINE MALLEY**
23030 STANDARD DEDEAUX ROAD
PASS CHRISTIAN, MS 39571-

**Clm No 21026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 21027 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Adam Barrientez**
2314 Indianapolis Boulevard
Whiting, IN 46394-0000

**Clm No 60097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**ADAM BARRIENTEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**ADAM BEAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Adam Beam**
15 Old Bedford Farms Road
Killingworth, CT 06419

**Clm No 60134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADAM BRITTO JR., PERSONAL REPRESENTATIVE FOR**
DONALD RALPH KAHELE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Adam Cormier**
2765 East Tara Trail
Beavercreek, OH 45434

**Clm No 9005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

71 of 3335

---

**Adam Fotiades**
300 Greenwood Street
Worcester, MA 01607

**Clm No 2081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam Fugate**
c/o Jay Fugate
16530 N. MEDITERRANEAN ST.
Crosby, TX 77532

**Clm No 68103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADAM GONZALEZ**
20 Solomon Katherine Road
Greenville, MS 38701-8570

**Clm No 56177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

72 of 3335

---

**Adam Hoskins**
17157-E 3020-N Road
Alvin, IL 61811

**Clm No 24245**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam Howard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam L Hidalgo**
10615 Herald Square
Houston, TX  77099

**Clm No 32628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

73 of 3335

---

**ADAM LEWIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Adam Marcel**
807 May Street
Houma, LA 70363

**Clm No 33485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam Martin**
4627 Brownstone Lane
Houston, TX 77053

**Clm No 70678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

74 of 3335

| **Adam Pickens** | | **Clm No 14935** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 301 Thomas Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Lisbon, OH 44432 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 23-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Adam Smajkiewicz** | | **Clm No 2272** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 17 Carleton Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Worcester, MA 01603 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 23-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Adam Szarf** | | **Clm No 45140** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4907 Sabrina | | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77066 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $10,000.00 | | | |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**ADAM VINCENT**
1813 JEREMIAH COURT
CORPUS CHRISIT TX 78418

**Clm No 42987**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam Williams**
110 Laurel Street
San Diego, CA 92101

**Clm No 22073**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam Yonkof**
124 Mayroy Dr.
S. Amherst, OH 44001-2840

**Clm No 18426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

76 of 3335

---

**ADAN ALEMAN**
458 N. RIFE
ARANSAS PASS TX 78336

**Clm No 35221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ADAN MENDEZ**
702 CARNEGTE ST.
BAYTOWN TX 77520

**Clm No 40237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Adan Perez**
11641 Leopard St. Apt# 2101
Corpus Christi, TX 78410

**Clm No 71806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    77 of 3335

---

**Addie Appenfelder**                    **Clm No 7158**      Filed In Cases: 140
122 Walnut Street Apt. 1
Reading, OH 45215                         Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Addie B. Harper**                      **Clm No 51844**     Filed In Cases: 140

                                         Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ADDIE BOYD**                           **Clm No 55238**     Filed In Cases: 140
403 Wynhurst Court
Columbus, MS 39702                       Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

78 of 3335

---

**Addie Brock**
c/o Craig Kendle
5429 Sweetwater Court
Virgina Beach, VA 23462

**Clm No 66249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Addie Brown**
P.O. Box 519
Hardwick, GA 31034

**Clm No 51298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADDIE CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Addie Davis**
398 E 124th St
Cleveland, OH 44108

**Clm No 26261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Addie Edwards**
10625 Fernland Road
Grand Bay, AL 36541

**Clm No 22895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Addie Herd**
169 Shaw Ave
Drew, MS 38737

**Clm No 44269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Addie Jones**
2064 SE Vinson Highway
Milledgeville, GA 31059

**Clm No 47224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ADDIE JONES**
935 PENNYGENT LN
CHANNELVIEW TX 77530

**Clm No 39114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Addie Jones**
8165 Jim Tom Circle
Wilmer, AL 36587

**Clm No 62390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

81 of 3335

---

**ADDIE JOSEPHINE LOWMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85462**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Addie Maggard**
202 Waverly Crescent
Newton, MS 39345

**Clm No 47162**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADDIE RODRIGUE**
P.O. BOX 1333
BRIDGE CITY TX 77611

**Clm No 41625**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

82 of 3335

---

**Addie Shirley**
PO Box 323
Shubuta, MS 39360

**Clm No 51626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Addie Smith**
PO Box 1772
Monticello, MS 39654

**Clm No 51540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Addie White**
525 White Rd
Covington, GA 30016

**Clm No 49383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Addis Howard**
600 Perry Dr. 462
Ashburn, GA 31714-5423

**Clm No 62176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADDIS HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Addison B. Swisher**
Jane Lew Manor, Apt. 207
Jane Lew, WV 26378

**Clm No 54332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Addison Gillis**
2506 Ohio Avenue
Youngstown, OH 44504

**Clm No 10587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Addison Jones**
112 10th Street S.E.
Cullman, AL 35055

**Clm No 62391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**ADDISON TILTON**
401 CROSSOVER ROAD
ANAHUAC TX 77514

**Clm No 42723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

85 of 3335

---

**Adel Gray**
PO Box 51
Gray, GA 31032

**Clm No 51680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADELAIDE GONZALES, PERSONAL REPRESENTATIVE FOR**
JESSE F. GONZALES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Adelbert Smith**
3823 St. Rt. 534
Southington, OH 44470

**Clm No 16405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

86 of 3335

---

**Adelbert Waldecki**
4129 Eva Bay Dr.
Murrells Inlet, SC 29576

**Clm No 17647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adele Metz**
1305 Cleveland Avenue
Fairmont, WV 26554

**Clm No 53621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adele Marino**
4242 N. Capistrano Dr. #103
Dallas, TX 75287

**Clm No 13354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ADELE MAURONI, PERSONAL REPRESENTATIVE FOR**

MERL D. MAURONI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ADELE MEYER, PERSONAL REPRESENTATIVE FOR**

ELMER E. MEYER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ADELE TALLEY**

RT. 4 BOX 3256
MINERAL VA 23117

**Clm No 42552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ADELE WILLIAMS**
1907 FLEMING SPRINGS CT
HUMBLE TX 77396

**Clm No 43421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADELICIO GALLEGOS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Adelicio Gallegos**
02 Violet
Los Lunas, NM 87031-0000

**Clm No 61587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              89 of 3335

---

**Adeline Galonski**                    **Clm No 10409**    Filed In Cases: 140
163 Maple Ave.
Cortland, OH 44410                       Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Adeline Kothlow**                     **Clm No 24311**    Filed In Cases: 140
148 Barry Drive
Owatonna, MN 55060                       Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Adeline Lewis**                       **Clm No 27889**    Filed In Cases: 140
104-1 Williams Rd
Kings Mountain, NC 28086                 Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                                    90 of 3335

---

**Adeline Stelter**                 **Clm No 16751**   Filed In Cases: 140
1235 Conser Drive
Salem, OH 44460                      | Class | Claim Detail Amount | Final Allowed Amount |
                                     | --- | --- | --- |
                                     | UNS | $1.00 | |
                                     | | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**ADELINE WILLIAMS**                **Clm No 43409**   Filed In Cases: 140
1409 10TH STREET
PORT ARTHUR TX 77640                | Class | Claim Detail Amount | Final Allowed Amount |
                                    | --- | --- | --- |
                                    | UNS | $1.00 | |
                                    | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ADELITA CORNMAN, PERSONAL
REPRESENTATIVE FOR**               **Clm No 81293**   Filed In Cases: 140
ALFONSO RIVERO (DECEASED)
C/O BRAYTON PURCELL, LLP           | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: BRYN G. LETSCH               | --- | --- | --- |
222 RUSH LANDING ROAD              | UNS | Unknown | |
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

91 of 3335

---

**ADELL EVANS**
11 Irving Lane
Natchez, MS 39120

**Clm No 55961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adell Hunter**
5 Scott Drive
Hampton,  VA 23661

**Clm No 4458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADELL PAYTON**
1649 N Joe Wheeler Rd
Laurel, MS 39440

**Clm No 57626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ADELLA CIMINO**
3008 CALIFORNIA
NEDERLAND TX 77627

**Clm No 36448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADELLA SOLIZ**
1450 GUADALUPE
ALICE TX 78332

**Clm No 42270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adelle Davis**
1118 Carnation St
Jackson, MS 39213

**Clm No 45647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/30/2018 5:48:22 PM

*Claims Details*                                                                                         93 of 3335

---

**ADELLE MATZDORFF**                     **Clm No 83246**    Filed In Cases: 140
RALPH MATZDORFF
C/O O'SHEA & REYES, LLC              Class          Claim Detail Amount      Final Allowed Amount
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202    UNS                 $10,000.00
DAVIE, FL 33328                                          $10,000.00

   Date Filed              22-Mar-2017
   Bar Date
   Claim Face Value         $10,000.00

---

**ADELLE WILLIAMS**                      **Clm No 43406**    Filed In Cases: 140
206 NORTH 10TH ST APT 22
ORANGE TX 77630                       Class          Claim Detail Amount      Final Allowed Amount

                       UNS                 $1.00
                                       $1.00

   Date Filed              9-Dec-2016
   Bar Date
   Claim Face Value         $1.00

---

**Adger Jenkins**                        **Clm No 12006**    Filed In Cases: 140
1098 Nome Ave.
Akron, OH 44320                       Class          Claim Detail Amount      Final Allowed Amount

                       UNS                 $1.00
                                       $1.00

   Date Filed              23-Nov-2016
   Bar Date
   Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ADLEAN COLE**
181 BEAR CAT ROAD
Pinola, MS 39149

**Clm No 55582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adley Rink**
111 Rink Pump Rd
Thibodaux, LA 70301

**Clm No 33571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADNAN AFIF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    95 of 3335

---

**ADNEY REESE**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 41398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ADOLF BRAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed    20-Mar-2017
Bar Date
Claim Face Value

---

**Adolfo Broegg**
4016 216th St
Bayside, NY 11361

**Clm No 25637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              96 of 3335

---

**ADOLFO CHAPA**                           **Clm No 36379**    Filed In Cases: 140
4907 MOKRY
CORPUS CHRISTI TX 78415                     Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                    $1.00
                                           ─ ─ ─ ─ ─ ─ ─  ═══════════════   ─ ─ ─ ─ ─ ─ ─
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Adolfo Sanchez**                         **Clm No 53108**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                      Class          Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                           UNS                    $1.00
                                           ─ ─ ─ ─ ─ ─ ─  ═══════════════   ─ ─ ─ ─ ─ ─ ─
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Adolfo Valtierra**                       **Clm No 73056**    Filed In Cases: 140
1003 Illinois
Robstown, TX 78380                         Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                    $1.00
                                           ─ ─ ─ ─ ─ ─ ─  ═══════════════   ─ ─ ─ ─ ─ ─ ─
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

97 of 3335

---

**Adolph Burden**
C/o Marian E. Drake
812 Sundale Drive
Birmingham, AL 35235

**Clm No 66409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADOLPH JORDAN**
908 SOUTH 14TH AVENUE
Laurel, MS 39440

**Clm No 56842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADOLPH JORDAN, II**
908 SOUTH 14TH AVENUE
Laurel, MS 39440

**Clm No 56845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Adolph Reaves**
353 Jettie Avenue NE
East Canton, OH 44730

**Clm No 15260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adolph Temple**
501 Bella Montagna Circle
Austin,  TX 78734

**Clm No 6315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adolph Vansa**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

*Claims Details*

---

**Adolph Zedalis**
14 Bowdoin Street
Winthrop, MA 02152-

**Clm No 65356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adolphe Braye**
1004 Nelson Street
Chesapeake, VA 23324

**Clm No 2889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adolphus Acker**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    100 of 3335

---

**Adolphus Bradshaw**                    <u>Clm No 33782</u>    Filed In Cases: 140
P. O. Box 456
Toano, VA 23168                          Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Adolphus Bratton**                     <u>Clm No 25618</u>    Filed In Cases: 140
150 Landing Lane
Covington, GA 30016                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Adolphus Crockett**                    <u>Clm No 67159</u>    Filed In Cases: 140
3017 23Rd Street
Tuscaloosa, AL 35401                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Adolphus Darby. Jr.**
740 Babbitt Road
Euclid, OH 44123

**Clm No 9282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adolphus Edwards**
c/o Charcey Glenn
1986 Charles Barkley Ave.
Leeds, AL 35094

**Clm No 67669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adolphus Martin**
1604 12th St.
Northport, AL 35476

**Clm No 70687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      102 of 3335

---

**ADOLPHUS WALTON**                    **Clm No 74045**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                  Unknown

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Adolphus Walton**                    **Clm No 65032**    Filed In Cases: 140
3423 29th Street Court E.
Bradenton, FL 34208                 Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adrain Chopp**                       **Clm No 22161**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                   Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

| Date Filed | 7-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              103 of 3335

---

**Adrean Halems**                      **Clm No 49451**    Filed In Cases: 140
545 North Delta Street
Greenville, MS 38703                    Class          Claim Detail Amount     Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Adrean Tolson**                      **Clm No 6367**     Filed In Cases: 140
41 Harris Landing Road
Hampton,  VA 23669                      Class          Claim Detail Amount     Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Adren Willoughby**                   **Clm No 6773**     Filed In Cases: 140
281 Ridgewood Road
Jasper,  GA 30143                      Class          Claim Detail Amount     Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

104 of 3335

---

**Adrena Markham**
PO Box 846
Milton, WV 25541

**Clm No 28060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adrian Adams**
3612 Broadway Lot 14
Lorain, OH 44052

**Clm No 6943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adrian Cadoria**
808 12th Street
Virginia Beach, VA 23451

**Clm No 3079**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             105 of 3335

---

**ADRIAN FOX**                          **Clm No 56055**    Filed In Cases: 140
c/o Porter & Malouf, PA
P.O. Box 12768                          Class         Claim Detail Amount    Final Allowed Amount
Jackson, MS 39236
                                        UNS           $1.00

                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ADRIAN K. GIBBS**                     **Clm No 88399**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                        Class         Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                        UNS           Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Adrian Martinez**                     **Clm No 70691**    Filed In Cases: 140
c/o Mrs. Maria Torres Martinez
212 E. Jacinto St.                      Class         Claim Detail Amount    Final Allowed Amount
Highlands, TX 77562
                                        UNS           $1.00

                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    106 of 3335

---

**Adrian O'Bryan**
116 Beck Street
Wadsworth, OH 44281-1529

**Clm No 14500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADRIAN ROBINSON**
19135 ADDISON DRIVE
SOUTHFIELD, MI 48075

**Clm No 729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADRIAN SMOTHERS**
5870 ABBEY STREET
KALAMAZOO, MI 49048

**Clm No 796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                         3/30/2018 5:48:22 PM

## *Claims Details*

---

**Adrian Velazquez**                    **Clm No 22047**   Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                      Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                $10,000.00

                                                           $10,000.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**ADRIAN WOODFORD**                     **Clm No 77347**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Adrian Younger**                      **Clm No 30142**   Filed In Cases: 140
1104 Jefferson St
Moundsville, WV 20641                   Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00

                                                           $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

### Claims Details

108 of 3335

---

**ADRIANE HOARD**
5008 GLENCOE CIRCLE
AUSTIN TX 78745

**Clm No 38567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adriano S Fernandez**
481 Karra Court
Chula Vista, CA  91910

**Clm No 32522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adrien Brochu**
34 Birch Mill Trail
Essex, CT 06426

**Clm No 60444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              109 of 3335

---

**ADRIENNE FRANSAS**                    **Clm No 73792**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                    Unknown

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Adrienne Tufano**                     **Clm No 20535**    Filed In Cases: 140
26 Orchard Hill Road
Branford, CT 06405               Class              Claim Detail Amount       Final Allowed Amount

                                UNS                    $10,000.00
                                                       $10,000.00

| | | |
|---|---|---|
| Date Filed | 5-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**Adrin Judy**                          **Clm No 4697**     Filed In Cases: 140
1544  Pitchkettle Road
Suffolk,  VA 23434               Class              Claim Detail Amount       Final Allowed Amount

                                UNS                    $1,250.00
                                                       $1,250.00

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1,250.00 | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                110 of 3335

---

**Adron McBride**                          **Clm No 70780**    Filed In Cases: 140
c/o Mrs. Ruby McBride
14321 Hwy 171                              Class            Claim Detail Amount        Final Allowed Amount
Northport, AL 35475                        UNS                  $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ADRON WAYNE HOOD**                       **Clm No 87084**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201                          UNS                  $1.00
                                                                $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Adwoa Mouton**                           **Clm No 52854**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                      Class            Claim Detail Amount        Final Allowed Amount
Novato, CA 94948                           UNS                  $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             111 of 3335

---

**Aerodell McCoy**                    **Clm No 51115**    Filed In Cases: 140
P.O. Box 22
Woodbury, GA 30293                    Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00

                                                           $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**AG Pou**                            **Clm No 44702**    Filed In Cases: 140
962 Diamond Road
Waynesboro, MS 39367                  Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00

                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**AGAFALA RODRIGUEZ, PERSONAL**       **Clm No 79729**    Filed In Cases: 140
**REPRESENTATIVE FOR**
APELU PULEVA POTASI (DECEASED)
C/O BRAYTON PURCELL, LLP              Class           Claim Detail Amount      Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD                 UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              112 of 3335

---

**AGAPITO GALVAN**                    **Clm No 37715**    Filed In Cases: 140
390 LANGFORD
SAN ANTONIO TX 78221                   Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Agapito Hernandez**                 **Clm No 68985**    Filed In Cases: 140
908 West Shaw
Tyler, TX 75701                        Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Agatha Waugh**                      **Clm No 29866**    Filed In Cases: 140
150 Green Oak Dr
Huntington, WV 25705                   Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

113 of 3335

---

**AGION BURKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|-----------|
| Date Filed         | 24-Mar-2017 |
| Bar Date           |           |
| Claim Face Value   | $1.00     |

---

**Agnes Delligatti**
1209 College Park
Fairmont, WV 26554

**Clm No 53592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|-----------|
| Date Filed         | 9-Dec-2016 |
| Bar Date           |           |
| Claim Face Value   | $1.00     |

---

**Agnes Beeler**
110 Laurel Street
San Diego,CA 92101

**Clm No 21574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|-----------|
| Date Filed         | 7-Dec-2016 |
| Bar Date           |           |
| Claim Face Value   | $1.00     |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　　　3/30/2018 5:48:22 PM

*Claims Details*　　　　　　　　　　　　　　　　　　　　　　　114 of 3335

---

**Agnes Capabianco**　　　　　　**Clm No 66604**　　Filed In Cases: 140
1980 Tahitian Pl., Apt. 30
Dunedin, FL 34698-5530

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　　　9-Dec-2016
Bar Date
Claim Face Value　　　$1.00

---

**AGNES CUEVAS**　　　　　　**Clm No 20720**　　Filed In Cases: 140
6290 HIGHWAY 53
POPLARVILLE, MS 39470

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　　　6-Dec-2016
Bar Date
Claim Face Value　　　$1.00

---

**AGNES HARRINGTON**　　　　　**Clm No 38283**　　Filed In Cases: 140
P O BOX 774
BRIDGE CITY TX 77611

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　　　9-Dec-2016
Bar Date
Claim Face Value　　　$1.00

---

**Rust Consulting | Omni Bankruptcy**　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    115 of 3335

---

**AGNES LEE WATSON, PERSONAL REPRESENTATIVE FOR**

JAMES WATSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**AGNES LEGE**

1422 LORETTO AVENUE

SULPHUR LA 70663

**Clm No 39578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**Agnes Long**

100 Lorick Circle, Apt 21-5

Columbia, SC 29203

**Clm No 59498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              116 of 3335

---

**AGNES LOUISE BARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes M. DeRosa**
529 Walnut Avenue
Fairmont, WV 26554

**Clm No 54127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AGNES MARIE MCKAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**AGNES MATILDA HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes May**
1923 Breitwert Avenue
Baltimore,  MD 21231

**Clm No 5050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes Moody**
PO Box 63
McLain, MS 39456

**Clm No 51717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 118 of 3335

---

**Agnes Moody**
P.O. Box 63
McLain, MS 39456

**Clm No 51340**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes Porter**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5526**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AGNES S. FORREST**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86380**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

*Claims Details*

119 of 3335

---

**AGNES SABOL**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes Sanford**
745 22Nd Street Sw
Fayette, AL 35555

**Clm No 72654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes Skinner**
3 El Espinar Lane
Hot Springs Village, AR 71909

**Clm No 23705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

*Claims Details*

120 of 3335

---

**Agnes Smith**
43 Hobson Street
Portsmouth, VA 23704

**Clm No 6011**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**AGNES TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86035**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**AGNES WILTZ**
2237 E. 10TH STREET
PORT ARTHUR TX 77640

**Clm No 43491**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

121 of 3335

---

**Agnita Houser**                          **Clm No 11700**    Filed In Cases: 140
3714 Severn Road
Cleveland Hts, OH 44118

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agostino Carrelli**                      **Clm No 8481**    Filed In Cases: 140
4070 Much Marcle Dr.
Zionsville, IN 46077

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agustin Alonzo**                         **Clm No 7070**    Filed In Cases: 140
807 Three Meadows Dr., Apt 10
Perrysburg, OH 43551

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                122 of 3335

---

**AGUSTIN CHAPA**                      **Clm No 76999**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Agustin Chapa**                      **Clm No 60712**   Filed In Cases: 140
794 Hovey Street
Gary, IN 46406-0000                    Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00

                                                                $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**AGUSTIN TORRES**                     **Clm No 42767**   Filed In Cases: 140
20 VERMONT
BROWNSVILLE TX 78521                   Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00

                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**            3/30/2018 5:48:22 PM

*Claims Details*                                                        123 of 3335

---

**Agustine Aviles**              **Clm No 7249**     Filed In Cases: 140
PO Box 432
Wellington, OH 44090             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Ahmed  Elmaweri**              **Clm No 32488**    Filed In Cases: 140
1814 Salina St.
Dearborn, MI  48120              Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Ahmed A Oudeif**               **Clm No 32906**    Filed In Cases: 140
P.O Box 16525
Sanaa                            Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

124 of 3335

---

**Ahmed A Shohatee**
4060 Calhoun St.
Dearborn, MI  48126

**Clm No 33060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AIDA CHARLES**
200 E. 6TH
ALICE TX 78332

**Clm No 36391**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aida Moree**
1133 Whitehall Dr.
Slidell, LA 70458

**Clm No 181**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                          125 of 3335

---

**Aida Serrano**                    **Clm No 16092**    Filed In Cases: 140
1102 Kingsway Dr Apt A1
Lorain, OH 44052

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**AIDRON O. GALLAGHER**             **Clm No 81251**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Aiko Reece**                      **Clm No 23577**    Filed In Cases: 140
3011 Saxet Street
Wichita Falls, TX 76306

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              126 of 3335

---

**Aileen K. Middleton**                   **Clm No 52814**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road              Class          Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                  UNS                  $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Ailene Edwards**                        **Clm No 48582**    Filed In Cases: 140
37 Ishee Road
Richton, MS 39476                 Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Aino Bernardo**                         **Clm No 25438**    Filed In Cases: 140
940 Eastwood Dr
Ashtabula, OH 44004               Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    127 of 3335

---

**AJ Wilson**
Post Office Box 26
Grace, MS 38745

**Clm No 45051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Al Fidelholtz**
723 Jennifer St. NW
North Canton, OH 44720

**Clm No 10098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Al Kelley**
c/o Judy Kelley
P. O. Box 5
Northport, AL 35476

**Clm No 70003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                128 of 3335

---

**AL KENDALL**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 39217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Al Klimek**
c/o Mary E. Valkovich
3624 Buck Avenue
Joliet, IL 60431

**Clm No 70124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Al Merritt**
411 Hal Turner Road
Leakesville, MS 39451

**Clm No 48848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      129 of 3335

---

**AL MOSLEY**                          **Clm No 642**      Filed In Cases: 140
350 HOUSTON AVENUE, APT. 123
MUSKEGON, MI 49441

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**Al Thiery**                          **Clm No 17151**    Filed In Cases: 140
3303 Cooper Foster Park Rd
Vermilion, OH 44089

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**ALAMEDA LIGHTFOOT, PERSONAL**        **Clm No 79953**    Filed In Cases: 140
**REPRESENTATIVE FOR**
WILLIAM LIGHTFOOT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              130 of 3335

---

**ALAMEDA PUBLIC ADMINISTRATOR, PERSONAL REPRESENTATIVE FOR**          **Clm No 78768**    Filed In Cases: 140

LOUIS MENDEZ (DECEASED)
C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD             UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Alan Andris**                                    **Clm No 23972**    Filed In Cases: 140

1525 Garfield Avenue
Marinette, WI 54143               Class          Claim Detail Amount          Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALAN B. PASTEGA**                                **Clm No 82259**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount          Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD             UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

### Claims Details

**Alan Borcherding**
405 Madison Street
Tremont, IL 61568

**Clm No 24028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALAN BRADFORD**
943 Hillcrest Ave.
Birmingham, AL 35235

**Clm No 66176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan Bradley**
17811 Oylmpia Road
Cleveland, OH 44112

**Clm No 7949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              132 of 3335

---

| **Alan Bristol** | **Clm No 60437** | Filed In Cases: 140 | |
|---|---|---|---|
| 107 General Hardee Way | Class | Claim Detail Amount | Final Allowed Amount |
| Blufton, SC 29909 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ALAN BRISTOL** | **Clm No 76271** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ALAN BROCKWAY** | **Clm No 262** | Filed In Cases: 140 | |
|---|---|---|---|
| 42 AMBER VIEW CT | Class | Claim Detail Amount | Final Allowed Amount |
| COLDWATER, MI 49036 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALAN BROUSSARD**
228 CHERRY LANE
BRIDGE CITY TX 77611

**Clm No 35932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan Burch**
1553 Matt Leonard Drive
Birmingham, AL 35211

**Clm No 24752**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan Burrell**
8428 Jackson Court
Munster, IN 46321

**Clm No 60555**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              134 of 3335

---

**ALAN BURRELL**                          **Clm No 76784**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS              Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALAN BUSH**                             **Clm No 34370**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                    | Class | Claim Detail Amount | Final Allowed Amount |
BEAUMONT, TX 77701                        UNS              $1.00

                                                           $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alan C. Weiss**                         **Clm No 28**      Filed In Cases: 140
310 Baneberry Dr.
Highland, IL 62249                | Class | Claim Detail Amount | Final Allowed Amount |
                                          UNS              $1.00

                                                           $1.00

Date Filed          14-Oct-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

### Claims Details                                                                              135 of 3335

---

**Alan Crandall**                    **Clm No 60958**    Filed In Cases: 140
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800         Class          Claim Detail Amount      Final Allowed Amount
Miami, FL 33131
                                     UNS                    $1.00
                                                            $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ALAN CRANDALL**                    **Clm No 77486**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALAN D. FONG, PERSONAL REPRESENTATIVE**    **Clm No 78725**    Filed In Cases: 140
**FOR**
LOY FONG (DECEASED)
C/O BRAYTON PURCELL, LLP              Class          Claim Detail Amount      Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD                UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*                                                                                    136 of 3335

---

**Alan Dockus**                     **Clm No 9589**      Filed In Cases: 140
336 County Road 40
Sullivan, OH 44880                   Class          Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ALAN DUNCAN HARVEY JR., PERSONAL**     **Clm No 78786**     Filed In Cases: 140
**REPRESENTATIVE FOR**

ALAN DUNCAN HARVEY SR. (DECEASED)        Class          Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                      UNS                Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Alan E Hollinger**                **Clm No 32633**      Filed In Cases: 140
3810 24th Ave West
Seattle, WA  98199                   Class          Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

---

**ALAN E. ALGUIST**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82587**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|-|-|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alan E. Lansing**
195 Lake Shore Drive
Lake Hiawatha, NJ 07034

**Clm No 6**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Sep-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALAN E. YOUNG, PERSONAL REPRESENTATIVE FOR**
GEORGIA ESPREE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79558**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|-|-|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

138 of 3335

---

**ALAN E. YOUNG, PERSONAL REPRESENTATIVE FOR**

RAYMOND GISTARB (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|------|------|------|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**ALAN ERNEST ROGERS**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 86138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|------|------|------|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**ALAN FRITZ - 7658**

C/O MOTLEY RICE, LLC

ATTN: JOSEPH F. RICE

28 BRIDGESIDE BOULEVARD

MOUNT PLEASANT, SC 29464

**Clm No 73642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|------|------|------|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                139 of 3335

---

**ALAN HAKE**                          **Clm No 77965**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                      Unknown
MIAMI, FL 33131                       – – – – – –      – – – – – – – – – –     – – – – – – – – – –

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Alan Hake**                          **Clm No 61881**    Filed In Cases: 140
PO Box 651
Preston, ID 83263                     Class              Claim Detail Amount      Final Allowed Amount
                                      UNS                      $1.00
                                      – – – – – –      – – – – – – – – – –     – – – – – – – – – –
                                                               $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alan Hearn**                         **Clm No 11283**    Filed In Cases: 140
6656 Shafer Road
Warren, OH 44481                      Class              Claim Detail Amount      Final Allowed Amount
                                      UNS                      $1.00
                                      – – – – – –      – – – – – – – – – –     – – – – – – – – – –
                                                               $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              140 of 3335

| **ALAN HENRICKSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 79466** | Filed In Cases: 140 | |
|---|---|---|---|
| PAUL W. HENRICKSON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **ALAN HUTCHINS** | **Clm No 82923** | Filed In Cases: 140 | |
|---|---|---|---|
| LLOYD E. HUTCHINS | Class | Claim Detail Amount | Final Allowed Amount |
| C/O O'SHEA & REYES, LLC | | | |
| ATTN: DANIEL F. O'SHEA | UNS | $10,000.00 | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | $10,000.00 | |
| DAVIE, FL 33328 | | | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **Alan Inboden** | **Clm No 4478** | Filed In Cases: 140 | |
|---|---|---|---|
| 210 Wakeland Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Stephens City,  VA 22655 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                141 of 3335

---

| Alan Jones | **Clm No 62392** | Filed In Cases: 140 | |
|---|---|---|---|
| 609 Southbranch Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Saint Johns, FL 32259 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| ALAN JONES | **Clm No 74141** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| ALAN K. NIXON, PERSONAL REPRESENTATIVE FOR | **Clm No 79529** | Filed In Cases: 140 | |
|---|---|---|---|
| BEVERLY ANN NIXON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    142 of 3335

---

**ALAN KOEBEL**                              **Clm No 78345**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                               UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Alan Koebel**                              **Clm No 62596**    Filed In Cases: 140
1632 Claxton Road
Dawson Springs, KY 42408              Class              Claim Detail Amount       Final Allowed Amount

                                             UNS                    $1.00

                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**ALAN KOEBEL**                              **Clm No 78344**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                               UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/30/2018 5:48:22 PM

*Claims Details*                                                                          143 of 3335

---

**Alan Koebel**                          **Clm No 62595**    Filed In Cases: 140
1632 Claxton Road
Dawson Springs, KY 42408          Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alan Kovelan**                         **Clm No 12684**    Filed In Cases: 140
35601 Westminister Ave.
N. Ridgeville, OH 44039           Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Alan Krieger**                         **Clm No 62639**    Filed In Cases: 140
3489 Rossi Court
West Palm Beach, FL 33417         Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                144 of 3335

---

**ALAN KRIEGER**                         **Clm No 78385**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Alan L. Jensen**                       **Clm No 1447**    Filed In Cases: 140
402 North Ave.
Penn Yuan, NY 14527                  Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                $0.00
                                                       $0.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $0.00

---

**Alan Livingston**                      **Clm No 48874**    Filed In Cases: 140
4139 Old Mobile Hwy
Lucedale, MS 39452                   Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                        145 of 3335

---

**ALAN LUNN**                         **Clm No 74419**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                   Unknown

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Alan M. Thierman**                  **Clm No 1371**     Filed In Cases: 140
10 Revere Court, 2212
Suffern, NY 10901                     Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                   $10,000.00

                                                            $10,000.00

Date Filed        14-Nov-2016
Bar Date
Claim Face Value   $10,000.00

---

**Alan MacKenzie**                    **Clm No 62934**    Filed In Cases: 140
2 Maverick  Circle
Billerica, MA 01821-                  Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                            $1.00

Date Filed        8-Dec-2016
Bar Date
Claim Face Value   $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    146 of 3335

---

**Alan McCain**
631 S. Michigan Ave.
Wellston, OH 45692

**Clm No 13542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan McNeill**
110 Laurel Street
San Diego,CA 92101

**Clm No 21899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alan Miller**
2602A Highway 13
Adams, WI 53910

**Clm No 63241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALAN MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alan Moore**
9680 Cutoff Road
Bastrop, LA 71220

**Clm No 44584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan Morgan**
1566 Country View Drive
Kent, OH 44240

**Clm No 14148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              148 of 3335

**ALAN R. RUIZ**                          **Clm No 82300**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH            Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD          UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

**Alan Redman**                          **Clm No 24492**    Filed In Cases: 140
3667 E. Mirror Lake  Ave
Terre Haute, IN 47805          Class          Claim Detail Amount      Final Allowed Amount
                               UNS                   $1.00
                                                     $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

**Alan Repko**                           **Clm No 15340**    Filed In Cases: 140
3127 Chris Ave.
Lorain, OH 44052               Class          Claim Detail Amount      Final Allowed Amount
                               UNS                   $1.00
                                                     $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ALAN SMITH**
603 N. 28TH STREET
NEDERLAND TX 77627

**Clm No 42184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan Smith**
2552 Homewood Drive
Lorain, OH 44055

**Clm No 16426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan Studd**
398 Newbury Ct.
Henderson, NV 89015

**Clm No 16889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alan Szafran**
270 English Lake Blvd
Amherst, OH 44001

**Clm No 16996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan W. Dagistino**
6 Greyridge Farm Court
Stony Point, NY 10980

**Clm No 1565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALAN WEBB**
13307 PAXTON HILL COURT
PEARLAND TX 77854

**Clm No 43170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Alan Zapf**
616 Fairview Ave
Cumberland, MD 21502

**Clm No 30150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALANA KNOX**
317 S. SIDNEY BAKER ST. SUITE 400, BOX 187
KERRVILLE TX 78028

**Clm No 39315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alanna Rader**
345 Denison Avenue
Elyria, OH 44035

**Clm No 15173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              152 of 3335

---

**Alben Crisp**                    <u>**Clm No 9119**</u>      Filed In Cases: 140
1906 Brookline Avenue
Dayton, OH 45420               Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00

                                                     $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Alben J. Wragg**                 <u>**Clm No 1627**</u>      Filed In Cases: 140
3170 N Atlantic Ave. Suite 411
Cocco Beach, FL 32931          Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00

                                                     $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Alben McFarland**                <u>**Clm No 34057**</u>     Filed In Cases: 140
220 N. Mill Street
Winslow, IN 47598             Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00

                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

153 of 3335

---

**Albeny Rembish**
801 5th Street
Brilliant, OH 43913

**Clm No 15330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Caldwell, Estate**
30 Green Valley Drive
St. Albans, WV 25177

**Clm No 53894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Fleming**
110 Laurel Street
San Diego, CA 92101

**Clm No 21711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              154 of 3335

---

**Albert Lau**                              **Clm No 32707**    Filed In Cases: 140
c/o The Jaques Admiralty Law Firm
645 Griswold, Suite 1370           Class          Claim Detail Amount      Final Allowed Amount
Detroit, MI 48226
                                   UNS                   $1.00
                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Matty**                            **Clm No 32800**    Filed In Cases: 140
304 Lodge Lane
Valencia, PA 16059                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Washington Jr.**                   **Clm No 33167**    Filed In Cases: 140
1225 Truxton St. Apt 1
Gretna, LA 70053                   Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      155 of 3335

---

**ALBERT A RUSSELL**          **Clm No 34928**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                Class          Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                              UNS                    $1.00
                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Albert Adorisio**          **Clm No 7000**    Filed In Cases: 140
1620 Sandwith SW
Canton, OH 44706             Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**ALBERT AHMED**             **Clm No 83557**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA        Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328              UNS                  $10,000.00
                                                 $10,000.00

Date Filed             22-Mar-2017
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

156 of 3335

---

| **Albert Allen** | | **Clm No 65500** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ALBERT ALWELL** | | **Clm No 35275** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 61 DEVILLE CUT OFF ROAD | | Class | Claim Detail Amount | Final Allowed Amount |
| DEVILLE LA 71328 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ALBERT ANDREW** | | **Clm No 76379** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | | |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**Albert Andrew**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 59956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Anzalone**
589 Coitsville Rd
Campbell, OH 44405

**Clm No 25233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Aponte**
634 Belmont Drive
Lorain, OH 44053

**Clm No 7155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              158 of 3335

---

**Albert Arkenburgh, Jr.**          **Clm No 7175**    Filed In Cases: 140
22072 Cold Snow Rd.
Minerva, OH 44657                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Armstrong**                **Clm No 65626**   Filed In Cases: 140
C/o Albert B. Armstrong
2812 5th Court North                Class          Claim Detail Amount      Final Allowed Amount
Bessemer, AL 35020
                                    UNS                 $1.00
                                                        $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERT ARNOLD HOLLINGSWORTH**     **Clm No 87042**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                    UNS                 $1.00
                                                        $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            159 of 3335

---

**Albert Aucoin**                    **Clm No 33244**    Filed In Cases: 140
151 N Bay Road
Pierre Port, LA 70339                | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALBERT BAIRD**                     **Clm No 77145**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800          |-------|---------------------|----------------------|
MIAMI, FL 33131                      | UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Albert Banks**                     **Clm No 18593**    Filed In Cases: 140
3246 Prescott Road
Baton Rouge, LA 70805                | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

160 of 3335

---

**Albert Bartko**
2541 Connecticut Ave. SE
Massillon, OH 44646

**Clm No 7448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Albert Batiste**
39492 Gregg Drive
Prairieville, LA 70769

**Clm No 18608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Albert Bausch**
10 Radler Rd
Preston, CT 06365

**Clm No 19828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    161 of 3335

---

**Albert Bell**
18 Sebheo Dr, Apt. S
Portsmouth, VA 23702

**Clm No 2695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Benderson**
C/o Mildred Benderson
2608 19th Street
Tuscaloosa, AL 35401

**Clm No 65925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Benson**
1415 Darren Drive
Portsmouth, VA 23701

**Clm No 2728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**Albert Berlo**
PO Box 6
Vermilion, OH 44089

**Clm No 7615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ALBERT BIEHLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Albert Biehle**
920 East Morgan
Kokomo, IN 46901

**Clm No 60247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/30/2018 5:48:22 PM

*Claims Details*                                                               163 of 3335

---

**Albert Billock, Jr.**                    **Clm No 7675**     Filed In Cases: 140
1260 Bailey Anderson Road
Leavittsburg, OH 44430          | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT BISHOP**                          **Clm No 74235**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800      | --- | --- | --- |
MIAMI, FL 33131                 | UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Albert Bishop**                          **Clm No 60260**    Filed In Cases: 140
7853 Tara Drive
West Chester, OH 45069          | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

164 of 3335

---

**Albert Blake**
319 Old Loudon Road
Latham, NY 12110

**Clm No 25500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Blosser**
2271 Ritzmanor Drive
Uniontown, OH 44685

**Clm No 7770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT BOKOR**
22193 KNOLLWOOD DRIVE
BROWNSTOWN, MI 48134

**Clm No 240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              165 of 3335

---

**Albert Boston**                    <u>Clm No 7882</u>    Filed In Cases: 140
P.O. Box 12505
Cincinnati, OH 45212-0505            Class          Claim Detail Amount    Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Bouchard, IS**              <u>Clm No 60355</u>    Filed In Cases: 140
20 Keene St.
Fall River, MA 02723                 Class          Claim Detail Amount    Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Bozsoki**                   <u>Clm No 7926</u>    Filed In Cases: 140
5090 Toledo Rd.
Lorain, OH 44055                      Class          Claim Detail Amount    Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                166 of 3335

---

**Albert Bozsoki, Sr.**                     **Clm No 7929**    Filed In Cases: 140
5090 Toledo Rd.
Lorain, OH 44055                            Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Bragg**                            **Clm No 25606**   Filed In Cases: 140
4 Bragg Run Rd
Boggs, WV 26206                            Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALBERT BRENNAN**                          **Clm No 256**     Filed In Cases: 140
4898 REARING POND TRAIL
GLENNIE, MI 48737                          Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    167 of 3335

---

**ALBERT BROWN**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 35974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|--------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Brown**
8004 Wade Rd
Baytown, TX 77521

**Clm No 66308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|--------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT BROWN**
3070 W. CROCKET
BEAUMONT TX 77701

**Clm No 36002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|--------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                168 of 3335

---

**Albert Brown**                         **Clm No 50388**    Filed In Cases: 140
865 Prospect
Fudora, AR 71640                          Class           Claim Detail Amount     Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Brumfield**                     **Clm No 18693**    Filed In Cases: 140
25028 Vernon Subdivision Rd.
Mount Hermon, LA 70450                    Class           Claim Detail Amount     Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Bruner**                        **Clm No 66342**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class           Claim Detail Amount     Final Allowed Amount
Houston, TX 77017
                                          UNS                 $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Albert Buchanan**
286 Battle Branch Rd.
Bakersville, NC 28705

**Clm No 33799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Bunn**
225 North Leeds Avenue
Whistler, AL 36612

**Clm No 66398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Burkhart**
54009 Belmont Ridge Rd
Beallsville, OH 43716

**Clm No 25742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        170 of 3335

---

**Albert Cabell**                      **Clm No 25781**    Filed In Cases: 140
HC 74 Box 3228
Chapmanville, WV 25508              Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Cain**                        **Clm No 8335**    Filed In Cases: 140
1386 Grand Blvd.
Barberton, OH 44203                Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Caldwell**                    **Clm No 25789**    Filed In Cases: 140
5802 Naples Dr
Zephyrhills, FL 33540              Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Albert Camillucci**
28 Wayne Street
Norwich, CT 06360

**Clm No 60605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Albert Canfora**
163 3rd St. NW
Barberton, OH 44203

**Clm No 8396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Carter**
156 Clipper Drive
Hertford, NC 27944

**Clm No 3131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                    172 of 3335

---

**ALBERT CARTER**                      **Clm No 66669**      Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                       UNS                      $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Albert Carter**                      **Clm No 8505**       Filed In Cases: 140
15827 Toni Street NE
Alliance, OH 44601                     Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**ALBERT CAVETT**                      **Clm No 84593**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                       UNS                      $1.00
                                                                $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    173 of 3335

---

**Albert Cecil**
28 Rose St
New Martinsville, WV 26155

**Clm No 25893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Cephas**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 7-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Chambers**
C/o Bertha Mae Chambers
2749 Foster Road
Leeds, AL 35094-3139

**Clm No 66721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 174 of 3335

---

**Albert Chambers**                    **Clm No 66717**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                       UNS                $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Changet**                     **Clm No 8596**    Filed In Cases: 140
2851 Alex Neal Cr. SW
Canton, OH 44706                       Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Chapman**                     **Clm No 8606**    Filed In Cases: 140
5810 Cresthaven Lane
Toledo, OH 43614                       Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    175 of 3335

---

**ALBERT CHESSER**    **Clm No 55531**    Filed In Cases: 140
c/o Alisa Graham
23168 Meaut Road

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Pass Christian, MS 39571

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERT CHILELLI**    **Clm No 76635**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Albert Chilelli**    **Clm No 60740**    Filed In Cases: 140
19009 N. 33rd Place
Phoenix, AZ 85050

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

---

*Claims Details*

---

**Albert Chorniak**
17624 Campbell Rd.
Nelsonville, OH 45764

**Clm No 8666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Clark**
1211 S. Theobald St.
Greenville, MS 38701

**Clm No 45913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT CLEO GILSTRAP**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

---

**ALBERT CLEVELAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Albert Cole**
3479 Ernie Martin Road
Utica, MS 39175

**Clm No 43954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Coleman**
2040 Cunard Ave
Baton Rouge, LA 70807

**Clm No 18762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE:** (818) 906-8300
**FAX:** (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            178 of 3335

---

**ALBERT COLLINS**                **Clm No 36565**    Filed In Cases: 140

P.O. BOX 944
UNIONTOWN AL 36786                | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Congleton**             **Clm No 48573**    Filed In Cases: 140

367 W. Davis Dr.
Sheridan, AR 72150                | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT COOK HENLEY**           **Clm No 87147**    Filed In Cases: 140

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201                | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Albert Cote**
42 Rosemary Lane
Bozrah, CT 06334

**Clm No 19883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Council**
P.O. Box 3361
Suffolk, VA 23439

**Clm No 3338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Albert Council**
301 1/2 Goodman Street
Suffolk, VA 23434

**Clm No 3337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**Albert Courteau**                    **Clm No 9048**    Filed In Cases: 140
1702 Brookside Drive
Erie, PA 16505                          Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Albert Crane**                       **Clm No 67121**   Filed In Cases: 140
Post Office Box 541
Bay Minette, AL 36507                  Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Albert Crawford**                    **Clm No 67130**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

181 of 3335

---

**Albert D. Boothe**
HC 86, Box 69, Valley Drive
Belva, WV 26656

**Clm No 54330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT DANIEL MCNUTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Davis**
312 Popler Avenue
Norfolk,  VA 23523

**Clm No 3447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    182 of 3335

---

**Albert Davis**                    **Clm No 44018**    Filed In Cases: 140
19 Steam Plant Road
Natchez, MS 39120                   Class        Claim Detail Amount    Final Allowed Amount

                                    UNS              $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALBERT DAVIS**                    **Clm No 36894**    Filed In Cases: 140
P.O. BOX 174
EVANS LA 70639                      Class        Claim Detail Amount    Final Allowed Amount

                                    UNS              $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Albert Dean**                     **Clm No 67363**    Filed In Cases: 140
c/o Jacquelyn Dean
2916 Ashley Street                  Class        Claim Detail Amount    Final Allowed Amount
La Marque, TX 77568-3874
                                    UNS              $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                183 of 3335

---

**ALBERT DEAVENS**                    **Clm No 355**        Filed In Cases: 140
11426 MONTROSE STREET
DETROIT, MI 48227                     Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Albert DeBarba**                    **Clm No 61091**      Filed In Cases: 140
17 Midwood Avenue
Wolcott, CT 06716                     Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**ALBERT DEBARBA**                    **Clm No 77406**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                    Unknown
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              184 of 3335

---

**Albert Develvis**                  **Clm No 9493**      Filed In Cases: 140
5466 Knoop Johnston Rd.
Sidney, OH 45365                      Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERT DIXON**                     **Clm No 37069**     Filed In Cases: 140
7074 KINGSTON COVE LANE
WILLIS TX 77378                      Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Dota**                      **Clm No 9646**      Filed In Cases: 140
590 Green Garden Drive
Boardman, OH 44512                   Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    185 of 3335

---

**Albert Drobney**                          **Clm No 9692**    Filed In Cases: 140
1209 Burd Avenue NE
Massillon, OH 44646              Class          Claim Detail Amount    Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Dukes**                            **Clm No 18852**   Filed In Cases: 140
8979 Rodney Drive
New Roads, LA 70760             Class          Claim Detail Amount    Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert E Miles, Jr.**                     **Clm No 32827**   Filed In Cases: 140
2004 Shrewsbury Road
Metairie, LA  70001             Class          Claim Detail Amount    Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    186 of 3335

---

**Albert Edwards**                    **Clm No 21694**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00

                                                            $1.00

Date Filed            7-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ALBERT ERLER**                      **Clm No 74703**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Albert Estep**                      **Clm No 26549**    Filed In Cases: 140
500 James St
New Martinsville, WV 26155            Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00

                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              187 of 3335

---

**ALBERT F CAIN**                    **Clm No 34372**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST              Class              Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                            UNS                    $1.00
                                                   $1.00


Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert F. Merandi**                **Clm No 54181**    Filed In Cases: 140
645 Mulberry Avenue
Clarksburg, WV 26301        Class              Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00


Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Fechko**                    **Clm No 26595**    Filed In Cases: 140
7479 Church St
Pittsburgh, PA 15218        Class              Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00


Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        188 of 3335

---

**Albert Fenton**                     **Clm No 26602**   Filed In Cases: 140
PO Box 1
Scioto Furnace, OH 45677              Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                       $1.00

                                                               $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Foster**                     **Clm No 21720**   Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                    Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                       $1.00

                                                               $1.00

Date Filed            7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Frazier**                    **Clm No 44131**   Filed In Cases: 140
7122 Highway 481 S.
Pulaski, MS 39152                     Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                       $1.00

                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail:** claimsmanager@omnimgt.com           **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      189 of 3335

---

**Albert Fries**                    **Clm No 61553**    Filed In Cases: 140
212 5th Avenue North
South St. Paul, MN 55075-2030        Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Frye**                     **Clm No 59296**    Filed In Cases: 140
P.O. Box 17961
Pensacola, FL 32522                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert G. Price**                 **Clm No 54171**    Filed In Cases: 140
625 N. Ritchie Avenue
Ravenswood, WV 26164                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

190 of 3335

---

**Albert Gaines**                    **Clm No 22953**     Filed In Cases: 140
5877 Byrom Street
Milton, FL 32570

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Gambardella**                    **Clm No 1545**     Filed In Cases: 140
139 Lamoka Ave.
Staten Island, NY 10308

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Giancaterino**                    **Clm No 10534**     Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    191 of 3335

---

**Albert Gifford**
6887 Kirk Road
Canfield, OH 44406

**Clm No 10559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Gilbert**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT GLADNEY**
14571 Bowling Green Road
Durant, MS 39063

**Clm No 56164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              192 of 3335

---

**ALBERT GLASSCOCK**
828 SHELTON BEACH RD
SARALAND AL 36571

**Clm No 37877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Albert Goetz**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Albert Gonzalez**
1003 Elm St
Roseville, CA 95678-2007

**Clm No 37**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 19-Oct-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              193 of 3335

---

**Albert Grandy**                    **Clm No 26919**    Filed In Cases: 140
535 Stewart St
Christiansburg, VA 24073              Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERT GRAY EARNEST**              **Clm No 86505**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                     UNS                 $1.00
                                                         $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ALBERT GREEN**                     **Clm No 56231**    Filed In Cases: 140
4484 Floynell # 2
Baton Rouge, LA 70809                Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                                    194 of 3335

---

**Albert Griffin**                          **Clm No 4059**      Filed In Cases: 140
425 Blanche Drive East
Chesapeake,  VA 23323                        Class              Claim Detail Amount       Final Allowed Amount

                                             UNS                      $1.00
                                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Griffin**                          **Clm No 4058**      Filed In Cases: 140
425 Blanch Drive
East Chesapeake,  VA 23323                   Class              Claim Detail Amount       Final Allowed Amount

                                             UNS                      $1.00
                                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Griffin**                          **Clm No 4060**      Filed In Cases: 140
425 Blanch Drive
Chesapeake,  VA 23323                        Class              Claim Detail Amount       Final Allowed Amount

                                             UNS                      $1.00
                                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    195 of 3335

---

**Albert Grillett**                          **Clm No 68541**    Filed In Cases: 140
c/o Ellen Grillett
281 Clayhill Rd.            Class          Claim Detail Amount      Final Allowed Amount
Pollok, TX 75969
                            UNS                $1.00
                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Albert Gross**                            **Clm No 4094**    Filed In Cases: 140
174 Woodland Road
Hampton,  VA 23663          Class          Claim Detail Amount      Final Allowed Amount

                            UNS                $1.00
                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Albert Guice**                            **Clm No 10867**    Filed In Cases: 140
123 Sussex Dr.
Elyria, OH 44035           Class          Claim Detail Amount      Final Allowed Amount

                            UNS                $1.00
                                               $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Albert H. Hicks, Estate**
Rt. 2, Box 168
Buckhannon, WV 26201

**Clm No 54813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ALBERT H. TITUS, JR.**
5307 COMMUNITY STREET
MOSS POINT, MS 39563

**Clm No 21313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Hannum**
261 West Cork Tree Drive
Orange, CA 92865

**Clm No 11039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                197 of 3335

---

**Albert Harasty**                    **Clm No 21756**    Filed In Cases: 140
110 Laurel Street
San Diego, CA 92101                   Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                $10,000.00

                                                         $10,000.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Albert Hardy**                      **Clm No 23044**    Filed In Cases: 140
5929 Patton Avenue
Birmingham, AL 35228                  Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00

                                                         $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Hardy**                      **Clm No 68732**    Filed In Cases: 140
C/o Lynette Hardy
5940 Patton Avenue                    Class          Claim Detail Amount    Final Allowed Amount
Birmingham, AL 35228
                                      UNS                $1.00

                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                     198 of 3335

---

**Albert Hargabus**                      **Clm No 61948**    Filed In Cases: 140
816 Locklear Avenue
Sarasota, FL 34237                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS            $10,000.00

                                                        $10,000.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**ALBERT HARRIS**                        **Clm No 77530**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS            Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Albert Harris**                        **Clm No 61965**    Filed In Cases: 140
2848 East 79th Street 1st Floor
Chicago, IL 60649-5232                    Class          Claim Detail Amount      Final Allowed Amount

                                         UNS            $1.00

                                                        $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　　3/30/2018 5:48:22 PM

*Claims Details*　　　　　199 of 3335

---

**Albert Haywood**　　　　　**Clm No 44250**　Filed In Cases: 140
22160 Hwy 547
Pattison, MS 39144

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　9-Dec-2016
Bar Date
Claim Face Value　　$1.00

---

**Albert Hennings**　　　　　**Clm No 11355**　Filed In Cases: 140
731 Ledgerock Circle
Brunswick, OH 44212

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　23-Nov-2016
Bar Date
Claim Face Value　　$1.00

---

**Albert Herbort**　　　　　**Clm No 11382**　Filed In Cases: 140
2310 Haven Drive
Batavia, OH 45103

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　23-Nov-2016
Bar Date
Claim Face Value　　$1.00

---

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　**E-mail: claimsmanager@omnimgt.com**　　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

## Claims Details

200 of 3335

---

**Albert Herd**
C/o Steven M. Noland, Attorney
P.O. Box 399
Fayette, AL 35555

**Clm No 68980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT HERRON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT HESTER**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Albert Hewitt**
P.O. Box 276
Central Village, CT 06332

**Clm No 19976**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Hileman**
145 Saint John St
Barberton, OH 44203

**Clm No 11451**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Holmes**
563 Twilight Church Rd
Colquitt, GA 39837

**Clm No 49518**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    202 of 3335

---

**Albert House**                           **Clm No 50128**    Filed In Cases: 140
750 County Road 296
Pachuta, MS 39347          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Hudson**                          **Clm No 69337**    Filed In Cases: 140
5629 21st Ave. East
Tuscaloosa, AL 35405       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Hudson**                          **Clm No 69328**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALBERT HURD**
11451 Jim Mcneil Loop North
Grand Bay, AL 36541

**Clm No 69405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Hurd**
1576 Filmore Avenue
Youngstown, OH 44505

**Clm No 11831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Ingram**
49 Stewart St
Moundsville, WV 26041

**Clm No 27439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                204 of 3335

---

**ALBERT JACKSON JR.**                 **Clm No 52576**    Filed In Cases: 140

c/o Brayton Purcell

222 Rush Landing Road          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
Novato, CA 94948               | UNS | $1.00 | |
|  |  | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT JAMES JR.**                   **Clm No 88531**    Filed In Cases: 140

C/O EDWARD O. MOODY, PA

801 WEST 4TH ST.               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
LITTLE ROCK, AR 72201          | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALBERT JAMES WHITE**                 **Clm No 81776**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
222 RUSH LANDING ROAD          | UNS | Unknown | |
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             205 of 3335

---

**Albert Jean**                              **Clm No 62308**    Filed In Cases: 140
19 Lakeshore Drive
Barrington, NH 03825          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT JIMENEZ - 5002**                    **Clm No 73649**    Filed In Cases: 140
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE           | Class | Claim Detail Amount | Final Allowed Amount |
28 BRIDGESIDE BOULEVARD       |---|---|---|
MOUNT PLEASANT, SC 29464      | UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALBERT JOHN GASPAR SR.**                   **Clm No 81203**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE            | Class | Claim Detail Amount | Final Allowed Amount |
222 RUSH LANDING ROAD         |---|---|---|
NOVATO, CA 94928-6169         | UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                              206 of 3335

| **ALBERT JOHN TORRI, PERSONAL REPRESENTATIVE FOR** | **Clm No 80019** | Filed In Cases: 140 | |
|---|---|---|---|
| ALBERT PETER TORRI (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **Albert Johnson** | **Clm No 69761** | Filed In Cases: 140 | |
|---|---|---|---|
| 374 County Road 1651 | Class | Claim Detail Amount | Final Allowed Amount |
| Cullman, AL 35055 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Albert Johnson** | **Clm No 46251** | Filed In Cases: 140 | |
|---|---|---|---|
| 1363 Boxwood Ct. | Class | Claim Detail Amount | Final Allowed Amount |
| Macon, GA 31204 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      207 of 3335

---

**Albert Johnson**
542 Carol Ln.
Elyria, OH 44035

**Clm No 12044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Albert Johnson**
37 Shaffer Road
Duncan, MS 38740

**Clm No 44362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Albert Johnson III**
454 Briar Hill Road
Ronceverte,  WV 24970

**Clm No 4605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1,250.00  |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             208 of 3335

---

**Albert Johnson III**                    **Clm No 4606**      Filed In Cases: 140
454 Briar Hill Road
Ronceverte,  WV 24970          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**ALBERT JONES**                          **Clm No 69816**     Filed In Cases: 140
P. O. Box 86
West Point, MS 39773           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT JOSEPH PARADISE**                **Clm No 85310**     Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201             |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Albert Judson**
55 Grove Street
Vernon, CT 06066

**Clm No 62434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT JUDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Albert Jutson**
10200 S. 1st Avenue
Inglewood, CA 90303-1749

**Clm No 62439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

210 of 3335

---

**Albert Karau**
4936 Pear Tree Court
Yakima, WA 98908-5108

**Clm No 62453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALBERT KARAU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Albert Kimmel**
141 Miller Road
Avon Lake, OH 44012

**Clm No 12486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**ALBERT KLEINMAN**
1600 SE 16th Street
Homestead, FL 33035

**Clm No 56920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Kurtz**
53381 Fancher Road East
Edwall, WA 99008

**Clm No 62657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ALBERT KURTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    212 of 3335

---

**ALBERT L INGLE**                     **Clm No 34667**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                         Class          Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                                       UNS                    $1.00
                                                              $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Albert L. Loar**                     **Clm No 54847**    Filed In Cases: 140
Rt. 2, Box 541 C
Clarksburg, WV 26301                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Albert L. Maynard, Estate**          **Clm No 58929**    Filed In Cases: 140
Allens Rt., Box 122 C
Sissonville, WV 25320                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $10,000.00
                                                            $10,000.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             213 of 3335

---

**Albert L. Newbanks**                    **Clm No 58967**    Filed In Cases: 140
P.O. Box 56
Little Hocking, OH 45742          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**ALBERT LEE**                            **Clm No 70333**    Filed In Cases: 140
1311 E. Main St. Apt. 42
West Point, MS 39773              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Albert Lee**                            **Clm No 4857**    Filed In Cases: 140
P.O. Box 8061
Suffolk,  VA 23438               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                         3/30/2018 5:48:22 PM

*Claims Details*                                                                                  214 of 3335

---

**Albert Lee**                                    **Clm No 70302**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                                Class            Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                                  UNS                    $1.00
                                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Lee**                                    **Clm No 12923**   Filed In Cases: 140
132 7th St. NW
Barberton, OH 44203                               Class            Claim Detail Amount    Final Allowed Amount

                                                  UNS                    $1.00
                                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Legrone**                                **Clm No 70335**   Filed In Cases: 140
152 East Crest Road
Hueytown, AL 35023                                Class            Claim Detail Amount    Final Allowed Amount

                                                  UNS                    $1.00
                                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              215 of 3335

---

**Albert Lesko**                              **Clm No 62790**    Filed In Cases: 140
60 S. St. Andrews Drive
Ormond Bch, FL 32174-            Class              Claim Detail Amount         Final Allowed Amount

                                UNS                     $10,000.00
                                                        $10,000.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Albert Lewis**                              **Clm No 13007**    Filed In Cases: 140
4671 Meadow Lake Drive
Crestview, FL 32539             Class              Claim Detail Amount         Final Allowed Amount

                                UNS                          $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Albert Lewis**                              **Clm No 27890**    Filed In Cases: 140
RD 2 Box 62
Milton, WV 25541               Class              Claim Detail Amount         Final Allowed Amount

                                UNS                          $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             216 of 3335

---

**Albert Libby**                    **Clm No 62812**    Filed In Cases: 140

9 C Kearsage Avenue

Woburn, MA 01801                    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Albert Littleton**                **Clm No 70434**    Filed In Cases: 140

C/o Debra L. Cofer

245 County Road 786                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Jemison, AL 35085

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**ALBERT LOCKETT**                  **Clm No 39676**    Filed In Cases: 140

2913 UNIV. HEIGHTS RD.

TUSCALOOSA AL 35404                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    217 of 3335

---

**ALBERT LOFTON**                         **Clm No 39682**    Filed In Cases: 140
520 E. THOMAS BLVD.
PORT ARTHUR TX 77640

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Loston**                         **Clm No 49575**    Filed In Cases: 140
58 Shirley Dr.
Ellisville, MS 39437

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Lynam**                         **Clm No 13241**    Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ALBERT M. SANDOVAL, PERSONAL REPRESENTATIVE FOR**

SAMUEL F. SANDOVAL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Albert Mains**
568 Rishell Rd
Rossiter, PA 15772

**Clm No 28026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Marks**
738 S. Main Street
Orrville, OH 44667

**Clm No 13368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Albert Martinez**
716 Robert St.
New Orleans, LA 70115

**Clm No 19230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Mason**
1409 25th Pl N.
Bessemer, AL 35020-3342

**Clm No 70714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert McMillian**
P.o. Box 13313
Mobile, AL 36663

**Clm No 70956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                                   220 of 3335

---

**Albert McPherson**                    **Clm No 48819**   Filed In Cases: 140
409 West Main Street
Marks, MS 38646                         Class          Claim Detail Amount       Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Medina**                       **Clm No 63181**   Filed In Cases: 140
357 Navarre Drive
Miami Springs, FL 33166                 Class          Claim Detail Amount       Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALBERT MEDINA**                       **Clm No 76135**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class          Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              221 of 3335

---

**Albert Melhinch**                        **Clm No 13799**    Filed In Cases: 140
14827 Indian Hollow Rd.
Grafton, OH 44044                          Class          Claim Detail Amount       Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

         Date Filed          23-Nov-2016
         Bar Date
         Claim Face Value         $1.00

---

**Albert Mercer**                          **Clm No 5127**     Filed In Cases: 140
2218 Willow Point Arch
Chesapaeke,  VA 23320                       Class          Claim Detail Amount       Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

         Date Filed          1-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Albert Messer, Jr.**                     **Clm No 13842**    Filed In Cases: 140
2058 Harrison Ave.
Lorain, OH 44055                            Class          Claim Detail Amount       Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

         Date Filed          23-Nov-2016
         Bar Date
         Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

## *Claims Details*

222 of 3335

---

**Albert Metcalf**

**Clm No 63215**    Filed In Cases: 140

49 Adams Avenue

Pembroke, MA 02359

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Metlicka**

**Clm No 13851**    Filed In Cases: 140

1426 East 51th St.

Ashtabula, OH 44004

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Miller**

**Clm No 13929**    Filed In Cases: 140

119 West 7th Street

Franklin, OH 45005

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    223 of 3335

---

**ALBERT MILLER**
1430 DEQUEEN BLVD
PORT ARTHUR TX 77640

**Clm No 40315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Miller**
21 Oakwood Manor Cove, Apt. 21
Somerville, TN 38068

**Clm No 23376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Mills**
100 CR 520
Corinth, MS 38834

**Clm No 44566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                           224 of 3335

---

**Albert Mills**                    **Clm No 13971**    Filed In Cases: 140
443 Shannon Dr.
Wadsworth, OH 44281-4604            Class         Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Mingo**                    **Clm No 47022**    Filed In Cases: 140
192 Vinson Rd
McIntyre, GA 31054                 Class         Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Mitchell**                 **Clm No 47015**    Filed In Cases: 140
1918 Sycamore St.
Greenville, MS 38703               Class         Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                225 of 3335

---

**Albert Moore**                          **Clm No 47027**    Filed In Cases: 140
1927 Michingan St.
Greenville, MS 38703              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Moore**                          **Clm No 14089**    Filed In Cases: 140
35 Summit Court
Caldwell, Oh 43724               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ALBERT MORENO**                          **Clm No 40483**    Filed In Cases: 140
3030 LAY AVE.
GROVES TX 77619               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              226 of 3335

---

**Albert Morr**                          **Clm No 24408**    Filed In Cases: 140
1601 W. University Avenue
Champaign, IL 61821-1607              Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Murdock**                       **Clm No 63404**    Filed In Cases: 140
P.O. Box 154
Cedar Point, IL 61316-               Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Albert Murphree**                      **Clm No 71331**    Filed In Cases: 140
2019 Henry Road
Anniston, AL 36207                   Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALBERT MURRY SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALBERT O'NEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT ONCALE**
302 Marietta Place
Gray, LA 70359

**Clm No 57551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

228 of 3335

---

**Albert Ondich**
4929 Echo Springs St. NW
N. Canton, OH 44720

**Clm No 14559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT ORDOYNE**
618 W. Main
Thibodaux, LA 70301

**Clm No 57555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert P Thistle**
101 School St. Apt. 4
Gorham, ME 04038

**Clm No 33102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    229 of 3335

---

**Albert P. Razzano**                    **Clm No 20124**    Filed In Cases: 140
6 School Street
Stonington, CT 06378                      Class        Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                          ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                                 $1.00

Date Filed              5-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALBERT P. SOLORZANO JR.**              **Clm No 82353**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      Class        Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                     UNS                  Unknown
                                          ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Albert Palkman**                        **Clm No 63627**    Filed In Cases: 140
2804 W. Hoffman Avenue
Spokane, WA 99205                         Class        Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                          ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─    ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

## Claims Details

230 of 3335

**ALBERT PALKMAN**  
C/O THE FERRARO LAW FIRM PA  
ATTN: FERNANDO JOSE ULLOA  
600 BRICKELL AVE, STE 3800  
MIAMI, FL 33131

**Clm No 74879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Albert Palmer**  
904 N. 29th Street  
Baton Rouge, LA 70802

**Clm No 19348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Panyi**  
424 Henry Ave  
Steubenville, OH 43952

**Clm No 28587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

231 of 3335

---

**Albert Paoloni**
211 Hampton Way
Wakefield, RI 2879

**Clm No 20100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Albert Parker**
4565 282nd Street
Toledo, OH 43611

**Clm No 14687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Parkman**
1890 Smith Rd.
Pulaski, MS 39152

**Clm No 46972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    232 of 3335

---

**Albert Pasadyn**  
352 Fieldstone Ct.  
Wellington, OH 44090

**Clm No 14714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT PAULINO**  
C/O THE FERRARO LAW FIRM PA  
ATTN: FERNANDO JOSE ULLOA  
600 BRICKELL AVE, STE 3800  
MIAMI, FL 33131

**Clm No 74824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Albert Paulino**  
28 Audubon Road  
Norwood, MA 02062

**Clm No 63695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                   233 of 3335

---

**Albert Payne**                      **Clm No 14763**   Filed In Cases: 140
850 Danmead Street
Akron, OH 44305            Class              Claim Detail Amount        Final Allowed Amount

                          UNS                     $1.00
                          ----------------------------------------
                                                  $1.00


Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Albert Payton**                     **Clm No 63704**   Filed In Cases: 140
Route 1, Box 31
Weogufka, AL 35183        Class              Claim Detail Amount        Final Allowed Amount

                          UNS                     $1.00
                          ----------------------------------------
                                                  $1.00


Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ALBERT PELLONARI**                  **Clm No 81337**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH      Class              Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169     UNS                    Unknown


Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 234 of 3335

---

**ALBERT PENDER**                    **Clm No 71780**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class            Claim Detail Amount       Final Allowed Amount
Houston, TX 77017
                                     UNS                    $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALBERT PERRY**                     **Clm No 71823**    Filed In Cases: 140
c/o Johnny Michael Perry, Executor
3535 Rose Hill Dr.                   Class            Claim Detail Amount       Final Allowed Amount
Pinson, Al 35126
                                     UNS                    $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Peters**                    **Clm No 14855**    Filed In Cases: 140
5626 King Rave Road
Fowler, OH 44418                     Class            Claim Detail Amount       Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             235 of 3335

---

**Albert Pippi**                      **Clm No 5504**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class         Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS              $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Albert Polosky**                    **Clm No 14998**     Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway            Class         Claim Detail Amount      Final Allowed Amount
Boston Heights, OH 44236
                                      UNS              $1.00
                                                       $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Albert Porter**                     **Clm No 28743**     Filed In Cases: 140
1338 Camp St
Sandusky, OH 44870                    Class         Claim Detail Amount      Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             236 of 3335

---

**ALBERT POSEY**                    **Clm No 57723**   Filed In Cases: 140
5267 Ringgold Road
Forest, MS 39074                    Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Albert Potter**                   **Clm No 15039**   Filed In Cases: 140
2325 Deerfield Ln.
Mansfield, OH 44906                 Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Albert Pruchinski**               **Clm No 15121**   Filed In Cases: 140
1690 Cooper Foster Park Rd. Apt M
Lorain, OH 44053                    Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              237 of 3335

---

**Albert Pugh**                          **Clm No 48109**   Filed In Cases: 140
303 Katie Ave
Hattiesburg, MS 39401               Class          Claim Detail Amount      Final Allowed Amount

UNS                      $1.00
                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Pycraft**                       **Clm No 15146**   Filed In Cases: 140
116 Reserve Circle
Wellington, OH 44090               Class          Claim Detail Amount      Final Allowed Amount

UNS                      $1.00
                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Quinn**                         **Clm No 15160**   Filed In Cases: 140
1203 W. River Rd. N Apt D1
Elyria, OH 44035                   Class          Claim Detail Amount      Final Allowed Amount

UNS                      $1.00
                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                              238 of 3335

---

**Albert R Quijano**                          **Clm No 32959**      Filed In Cases: 140
13342 Russett Leaf Lane
San Diego, CA  92129              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALBERT R. HOLLINGSWORTH**                   **Clm No 87041**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Albert Ramsey**                             **Clm No 72127**      Filed In Cases: 140
C/o Jo Elaine Mathis
P.o. Box 703                     | Class | Claim Detail Amount | Final Allowed Amount |
Northport, AL 35476              |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                  239 of 3335

---

**Albert Rawlinson**                    **Clm No 15235**    Filed In Cases: 140
3949 Bushnell Road
University Hts, OH 44118

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Albert Rawls**                    **Clm No 48812**    Filed In Cases: 140
409 Hickory St
Queen City, TX 75572

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**ALBERT RAY BALL**                    **Clm No 84317**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                            240 of 3335

---

**Albert Real**                          **Clm No 53023**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                    Class          Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                         UNS                  $1.00

                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Albert Renzi**                         **Clm No 15339**    Filed In Cases: 140
633 West 23rd St.
Erie, PA 16502                           Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00

                                                              $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**ALBERT RICHARDSON**                    **Clm No 21202**    Filed In Cases: 140
1324 DOYLE AVENUE
MOBILE, AL 36605-                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00

                                                              $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                    241 of 3335

---

| **Albert Roache** | **Clm No 20133** | Filed In Cases: 140 | |
| 9 Sylvan Terrace | Class | Claim Detail Amount | Final Allowed Amount |
| Newport, RI 2840 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ALBERT ROBERSON** | **Clm No 34915** | Filed In Cases: 140 | |
| C/O BRENT COON & ASSOCIATES | Class | Claim Detail Amount | Final Allowed Amount |
| 215 ORLEANS ST | UNS | $1.00 | |
| BEAUMONT, TX 77701 | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ALBERT ROBINSON** | **Clm No 41605** | Filed In Cases: 140 | |
| 490 PARK STREET | Class | Claim Detail Amount | Final Allowed Amount |
| BEAUMONT TX 77701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              242 of 3335

---

**Albert Robinson**                    **Clm No 51176**    Filed In Cases: 140
P.O. Box 294
Newton, MS 39345                       Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Romain**                      **Clm No 23619**    Filed In Cases: 140
400 Kirkwood Drive
Northport, AL 35473                     Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Rossetti**                    **Clm No 15690**    Filed In Cases: 140
2048 Mt. Pleasant St. NE
Canton, OH 44721                       Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

243 of 3335

---

**Albert Rowbotham**
341 E. Main Street
Marblehead, OH 43440

**Clm No 15712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Albert S. Churm Jr.**
32 Green Meadow Ln
Pen Argyl, PA 18072

**Clm No 1781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Sanita**
44 Lackawanna Ave
Sloan, NY 14212

**Clm No 29092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              244 of 3335

---

**Albert Schatzhuber**                    **Clm No 5866**    Filed In Cases: 140

80 Center Oak Circle

Springhill,  FL 34609

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed            1-Dec-2016

Bar Date

Claim Face Value      $1,250.00

---

**Albert Scott**                          **Clm No 72717**    Filed In Cases: 140

C/o Jimmy Albert Scott

13850 Old Greenwell Springs Rd

Greenwell Springs, LA 70739-3277

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**ALBERT SHAMAS**                         **Clm No 74980**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Albert Shamas**
46 Stephanie Circle
Trumbull, CT 06611

**Clm No 64336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Shelton**
#1 Willow Drive
Gretna, LA 70053

**Clm No 19503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Shurtz**
432 Ermine Street SE
Albany, AR 97321

**Clm No 64374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALBERT SIDNEY GRAGG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Simon**
1509 Bob Young lane
Lenoir City, TN 37772

**Clm No 29277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Singleton**
12915 Crosby Lynchburg Road
Crosby, TX 77532

**Clm No 72851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              247 of 3335

---

**Albert Skinner**                    **Clm No 19515**    Filed In Cases: 140
29284 Laurel Dr.
Lacombe, LA 70445                      Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Albert Slokan**                     **Clm No 29312**    Filed In Cases: 140
943 Little Grave Creek
Glen Dale, WV 26038                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Albert Smith**                      **Clm No 64454**    Filed In Cases: 140
13807 North 45th Avenue
Glendale, AZ 85306                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      248 of 3335

---

**ALBERT SMITH**                    **Clm No 58107**    Filed In Cases: 140
1533 Palmetto Trail NW
Brookhaven, MS 39601                 Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Albert Smith**                    **Clm No 21987**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                   Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ALBERT SMITH**                    **Clm No 87019**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                     UNS                 $1.00

                                                         $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    249 of 3335

---

**Albert Smith**                    **Clm No 6012**         Filed In Cases: 140
8048 Wallace Road
Baltimore. MD,  21222          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Albert Smith**                    **Clm No 64455**        Filed In Cases: 140
15816 - 59th Drive
Welborn, FL 32094          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ALBERT SMITH**                    **Clm No 75209**        Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800      |---|---|---|
MIAMI, FL 33131                 | UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             250 of 3335

---

**Albert Spence**                    **Clm No 6104**    Filed In Cases: 140
2245 Long Ridge Road
Chesapeake,  VA 23322                 Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**ALBERT STALLINGS**                 **Clm No 58204**   Filed In Cases: 140
1545 Reservoir Road
Waynesboro, MS 39367                 Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Albert Stanish**                   **Clm No 16672**   Filed In Cases: 140
10666 Wilma Avenue NW
Alliance, OH 44601                   Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

### Claims Details

**ALBERT STASKO**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Albert Stephens**

PO Box 3120
Brunswick, GA 31521

**Clm No 51622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Stewart**

43048 Pine Grove Road
Bay Minette, AL 36507

**Clm No 72949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**Albert Strain**          **Clm No 16845**    Filed In Cases: 140
4558 North Park Lane
Erie, PA 16506

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Sugg**          **Clm No 29551**    Filed In Cases: 140
390 Collins Ave
West Seneca, NY 14224

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Sullins**          **Clm No 16907**    Filed In Cases: 140
3003 Ripley Road
Cleveland, OH 44120

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             253 of 3335

---

**ALBERT SUMLER**                          **Clm No 78463**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                   Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Albert Sutton**                          **Clm No 44897**    Filed In Cases: 140
1330 Calvary Dr
Bogue Chitto, MS 39659          Class            Claim Detail Amount      Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Szabo**                           **Clm No 16992**    Filed In Cases: 140
621 Dannie Drive
Lorain, OH 44053                Class            Claim Detail Amount      Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

**Albert T. Cairo**
41 Donrovin Ct.
Manchester, NJ 08759

**Clm No 1043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert T. Maddock**
133 Rosewood Ave.
Fairmont, WV 26554

**Clm No 58917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Tabb**
C/o Betty Barron
405 Elliston Way
Chesapeake, VA 23323

**Clm No 72977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Albert Tambolleo**
40 Randall Road
Bolton, MA 01740

**Clm No 2291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Tanner**
121 Linton Rd. North East
Milledgeville, GA 31061-9245

**Clm No 45897**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ALBERT TAUBERT**
3148 MATTERHORN
PORT NECHES TX 77651

**Clm No 42570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          256 of 3335

---

**Albert Taylor**                     **Clm No 59745**   Filed In Cases: 140
2219 Dauphin Island Parkway Apt 116
Mobile, AL 36604                      Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Taylor**                     **Clm No 49118**   Filed In Cases: 140
47 County Road 1305
Quitman, MS 39355-8245               Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALBERT TAYLOR**                     **Clm No 42601**   Filed In Cases: 140
413 MARTIN LUTHER KING DR
GREENSBORO AL 36744                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                               257 of 3335

---

**Albert Temple**                      **Clm No 44912**    Filed In Cases: 140
68 Starnes Drive
Natchez, MS 39120                      Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00

                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Thigpen**                     **Clm No 44917**    Filed In Cases: 140
Post Office Box 2041
Cleveland, MS 38732                    Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00

                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERT THOMAS**                      **Clm No 86191**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                       UNS                $1.00

                                                          $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              258 of 3335

---

**ALBERT THOMAS CLARK**                **Clm No 85092**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                       UNS                  $1.00

                                                            $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Albert Tischler**                    **Clm No 17264**   Filed In Cases: 140
15064 Apple Lane
Strongsville, OH 44149                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERT TOTIN**                       **Clm No 75173**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                 Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    259 of 3335

---

**Albert Totin**
2755 Cheyenne Drive
Grand Junction, CO 81503

**Clm No 64855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Tregembo**
10 Deerpark Road
Bristol, CT 06010-

**Clm No 64861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT TREGEMBO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    260 of 3335

---

**Albert Tuggle**                    **Clm No 50050**    Filed In Cases: 140
720 River Road Estates
Taylorsville, MS 39168               Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Albert Turner**                    **Clm No 44954**    Filed In Cases: 140
1060 Valley of the Moon Road
Hermanville, MS 39086                Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Albert Tuzes**                     **Clm No 20195**    Filed In Cases: 140
3483 SE Cormorant Place
Hobe Sound, FL 455                   Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              5-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**   3/30/2018 5:48:22 PM

*Claims Details*   261 of 3335

---

**Albert Twiner**                                   **Clm No 45464**   Filed In Cases: 140
1070 Seale Road NW
Roxie, MS 39661                                      Class          Claim Detail Amount      Final Allowed Amount

                                                    UNS                      $1.00
                                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Urania**                                   **Clm No 6430**   Filed In Cases: 140
247 Puddin Ridge Road
Moyock,  NC 27958                                    Class          Claim Detail Amount      Final Allowed Amount

                                                    UNS                      $1.00
                                                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Vennari**                                  **Clm No 20200**   Filed In Cases: 140
33 Nooseneck Road
Wyoming, RI 2898                                     Class          Claim Detail Amount      Final Allowed Amount

                                                    UNS                      $1.00
                                                                             $1.00

Date Filed          5-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      262 of 3335

---

**Albert Voellmecke**                    **Clm No 64989**    Filed In Cases: 140
6535 Donjoy Drive
Cincinnati, OH 45242                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Albert W. Hulick, II**                 **Clm No 1484**     Filed In Cases: 140
70 Maple Ave.
P.O. Box 361                             Class          Claim Detail Amount      Final Allowed Amount
Greenville, NY 12083
                                         UNS                    $1.00

                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Albert W. Sheaffer**                   **Clm No 63**       Filed In Cases: 140
P.O. Box 169
Spelter, WV 26438                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              31-Oct-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          263 of 3335

---

**ALBERT WALKER**                    **Clm No 863**        Filed In Cases: 140
23650 TWINING DRIVE
SOUTHFIELD, MI 48075                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERT WATSON**                    **Clm No 58592**      Filed In Cases: 140
429 S 6th Street
Greenville, MS 38703                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Watson**                    **Clm No 6546**       Filed In Cases: 140
1317 Roanoke Avenue
Newport News,  VA 23607              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                               264 of 3335

---

**Albert Webb**                          **Clm No 29876**   Filed In Cases: 140
163 Aarons Crk
Ranger, WV 25557                         Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Albert Wells**                         **Clm No 65087**   Filed In Cases: 140
385 Hills Street
East Hartford, CT 06118                  Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ALBERT WELLS**                         **Clm No 73905**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS               Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Albert Wilcox**
3906 N. 1/2
Galveston, TX 77550

**Clm No 73145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Wilkinson**
15 Second Road
Marlborough, MA 07152

**Clm No 2317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ALBERT WILLIAMS**
624 Bella Street
Prichard, AL 36610

**Clm No 58676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ALBERT WILLIAMS**
414 S. ANN ST.
MOBILE AL 36601

**Clm No 43433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Albert Williams**
5504 Savina Avenue
Dayton, OH 45415

**Clm No 18110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Albert Willis**
8065 County Road 280
Vossburg, MS 39366

**Clm No 50261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

267 of 3335

---

**Albert Wilson**
3377 Stellar Lane
Oak Harbor, WA 98277-0000

**Clm No 65216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Albert Wilson**
548 Bay Oak Drive
Chesapeake,  VA 23323

**Clm No 6776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**ALBERT WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              268 of 3335

---

**Albert Winkle**                    **Clm No 73350**   Filed In Cases: 140
621 Donna Street
Saraland, AL 36571                   Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Albert Witt**                      **Clm No 30064**   Filed In Cases: 140
Table Rock Ln Box 342A
Wheeling, WV 26003                   Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALBERT WOODMAN**                   **Clm No 77345**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             269 of 3335

---

**Albert Wright**                    **Clm No 73454**    Filed In Cases: 140
c/o Renae Pearson
144 Calvary Drive                    Class              Claim Detail Amount      Final Allowed Amount
Odenville, AL 35120                  UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Yarbrough**                 **Clm No 6887**     Filed In Cases: 140
5007 Cape Henry Ave.
Norfolk,  VA 23513                   Class              Claim Detail Amount      Final Allowed Amount
                                     UNS                  $1,250.00
                                                           $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Albert Young**                     **Clm No 73504**    Filed In Cases: 140
c/o Anthony Young
5427 Amy                             Class              Claim Detail Amount      Final Allowed Amount
Houston, TX 77028                    UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    270 of 3335

---

**Albert Zieseniss**
13213 Iowa Street
Crown Point, IN 46307

**Clm No 65364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed    8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ALBERT ZIESENISS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed    20-Mar-2017
Bar Date
Claim Face Value

---

**Albert Zirbes**
4730 N 106th Street
Wauwatosa, WI 53225

**Clm No 65371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed    8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

271 of 3335

---

**Alberta Bandy**
14 Hankins Dr.
Hampton, VA 23669

**Clm No 33748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberta Cade**
P.O. Box 5942
Youngstown, OH 44504

**Clm No 8327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERTA CORRELL**
15330 RIPPLESTREAM DRIVE
HOUSTON TX 77068

**Clm No 36682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                272 of 3335

---

**ALBERTA DANGERFIELD**                 **Clm No 85540**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                   $1.00

                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value             $1.00

---

**Alberta Densley**                      **Clm No 51258**    Filed In Cases: 140
P.O. Box 426
Gordon, GA 31031                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00

                                                               $1.00

Date Filed               8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ALBERTA DRODDY**                       **Clm No 37163**    Filed In Cases: 140
P O BOX 119
PORT ARTHUR TX 77640                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00

                                                               $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

273 of 3335

---

**Alberta E. Smith**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERTA FRANKLIN**
608 DITMAR AVENUE
PONTIAC, MI 48341

**Clm No 395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERTA GUESS, PERSONAL REPRESENTATIVE FOR**
CHESTER T. GUESS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             274 of 3335

---

**Alberta Holder**                     **Clm No 59392**   Filed In Cases: 140
500 Avenue Z - Pratt City
Birmingham, AL 35214

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Alberta Holder**                     **Clm No 69144**   Filed In Cases: 140
500 Ave Z
Birmingham, AL 35214

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Alberta Jackson**                    **Clm No 23131**   Filed In Cases: 140
P.O. Box 788
Millbrook, AL 36054

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              275 of 3335

---

**ALBERTA JAMES**                    <u>Clm No 74634</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                  Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alberta James**                    <u>Clm No 62295</u>    Filed In Cases: 140
1304 South 105th Place Apt 1029
Mesa, AZ 85209                     Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00

                                                       $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERTA KLINGLER**                 <u>Clm No 543</u>    Filed In Cases: 140
129 GEIGER ST.
BLUFFTON, OH 45817                 Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $10,000.00

                                                       $10,000.00

| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

276 of 3335

| Alberta L. Edgell | Clm No 54886 | Filed In Cases: 140 | |
|---|---|---|---|
| Rt. 3, Box 443 E | Class | Claim Detail Amount | Final Allowed Amount |
| Fairmont, WV 26554 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alberta M. Morley | Clm No 58958 | Filed In Cases: 140 | |
|---|---|---|---|
| 1604 Green Gable Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Fairmont, WV 26554 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ALBERTA MCEACHERN | Clm No 40125 | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JANET WARD BLACK | Class | Claim Detail Amount | Final Allowed Amount |
| 208 W. WENDOVER AVENUE | UNS | $1.00 | |
| GREENSBORO NC 27401 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                           277 of 3335

**ALBERTA P. ROBINSON**                    **Clm No 21210**   Filed In Cases: 140
10531 SMITH ROAD
GRAND BAY, AL 36541                 Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Alberta R. Fortney**                     **Clm No 54012**   Filed In Cases: 140
405 E. Park Avenue
Fairmont, WV 26554                 Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Alberta Turner**                         **Clm No 49273**   Filed In Cases: 140
505 McAnderson Dr.
Manchester, GA 31816               Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              278 of 3335

---

**Alberta Young**                       **Clm No 50188**    Filed In Cases: 140
78 Quit Graves Road
Taylorsville, MS 39168                   Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00

                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albertha Armstrong**                  **Clm No 45828**    Filed In Cases: 140
119 County Road 200
Pittsboro, MS 38951                      Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00

                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALBERTHA ONEIL**                      **Clm No 87791**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class           Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                  Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                279 of 3335

---

**Alberto  Gutierrez**                    **Clm No 32602**    Filed In Cases: 140
10714 Kayta Gillian Dr.
Houston, TX  77034          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberto B Mendoza**                    **Clm No 32818**    Filed In Cases: 140
P.O. Box 390522
San Diego, CA  92149          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberto Castro**                    **Clm No 21630**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

280 of 3335

---

**Alberto Cruz**
P.O. Box 64612
Virginia Beach, VA 23467

**Clm No 3399**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberto D Ragucos**
891 Genevieve Avenue
Chula Vista, CA 91913

**Clm No 32967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberto F Reyes**
2482 Mackenzie Creek Rd.
Chula Vista, CA 91914

**Clm No 32979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

281 of 3335

---

**Alberto Kalaskas**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberto N Lumbo**
650 Indigo Canyon Rd.
Chula Vista, CA  91911

**Clm No 32749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberto Perez**
1194 Florida Ave
Corpus Christi, TX 78404

**Clm No 71805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alberto Ruiz**
1212 CR. 321
Glen Rose, TX 76043

**Clm No 33578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERTO TREVINO**
1010 E. KLEBERG
KINGSVILLE TX 78363

**Clm No 42810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberto Villasenor**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

**ALBERTUS A. VERBEEK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Albin Esquivel**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Albin Fulcher**
6588 Branch Road
Hayes,  VA 23072

**Clm No 3857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              284 of 3335

---

**Albin Petelin, Jr.**                     **Clm No 14853**    Filed In Cases: 140
1966 Miriam Ave.
Avon, OH 44011                            Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Albina Silveri**                         **Clm No 29268**    Filed In Cases: 140
1923 5th Ave
Altoona, PA 16602                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed               8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albinnie Bryant**                        **Clm No 51510**    Filed In Cases: 140
PO Box 1425
Lucedale, MS 39452                        Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed               8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    285 of 3335

---

**ALBRA MCNIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Albra McNiel**
P.O. Box 3596
Panama City, FL 32401

**Clm No 63172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alcee Gholar**
65 West Street Steverson Road
Silver Creek, MS 39663

**Clm No 49834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    286 of 3335

---

**Alcelius Bartell**
600 Grayson Street, Apt. 2B
Norfolk, VA 23523

**Clm No 2638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALCIDE MORNEAULT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alcide Morneault**
P.O. Box 233
Broad Brook, CT 06016-0233

**Clm No 63352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

## Claims Details

287 of 3335

---

**Alcious Watson**                          **Clm No 65052**   Filed In Cases: 140

30 Burlington Street
Hartford, CT 06112

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALCIOUS WATSON**                          **Clm No 74031**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALCY PREVOST**                          **Clm No 41198**   Filed In Cases: 140

111 COVE LANE
BRIDGE CITY TX 77611

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

| Aldean McElhaney | **Clm No 49889** | Filed In Cases: 140 | |
|---|---|---|---|
| 675 6th Ave. Apt. J-2 | Class | Claim Detail Amount | Final Allowed Amount |
| Columbus, GA 32901 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ALDEAN ROBERTSON | **Clm No 72383** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Lila Mae Hill Robertson | Class | Claim Detail Amount | Final Allowed Amount |
| 501 B N. L. Robinson Drive | UNS | $1.00 | |
| Arlington, TX 76011 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Aldecie Butler | **Clm No 48790** | Filed In Cases: 140 | |
|---|---|---|---|
| 4069 County Road 278 | Class | Claim Detail Amount | Final Allowed Amount |
| Five Points, AL 36855 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

### *Claims Details*

289 of 3335

---

**Alden Echols**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alden Spurlock**
5528 Alcott Lane
Indianapolis, IN 46221

**Clm No 29429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALDENA HATTEN**
193 Carter Dees Rd
Taylorsville, MS 39168

**Clm No 56400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

## Claims Details

---

**Aldena Holcomb Gardner**
5301 Bar Harbor Drive
Norfolk,  VA 23502

**Clm No 3886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aldene Lewis**
1441 S Jefferson St
Milledgeville, GA 31061

**Clm No 46399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aldine King**
147 Edna Cir.
Thomaston, GA 30286

**Clm No 46438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/30/2018 5:48:22 PM

*Claims Details*                                                    291 of 3335

---

**Aldine Vyka**                          **Clm No 17610**    Filed In Cases: 140
3823 Temple Avenue
Lorain, OH 44053                          Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Aldon Gray**                           **Clm No 4018**     Filed In Cases: 140
122 North Highway 34
Camden,  NC 27921                        Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Aldon Lagle**                          **Clm No 70184**    Filed In Cases: 140
c/o Mrs. Doris Lagle
102 Bentley Lane S.e.                     Class              Claim Detail Amount       Final Allowed Amount
Bessemer, AL 35022
                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    292 of 3335

---

| **Aldrich Gunn** | | **Clm No 68577** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4504 9th Court North | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35212 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **Aldridge Carey** | | **Clm No 3109** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2705 Mary Ann Court | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | | UNS | $1,250.00 | |
| | | | $1,250.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1,250.00 | | | |

---

| **ALE KING** | | **Clm No 537** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 9393 CARLIN STREET | | Class | Claim Detail Amount | Final Allowed Amount |
| DETROIT, MI 48228 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 21-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        293 of 3335

---

**ALEAN SEBREAND JARVIS**          **Clm No 84952**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                            UNS                    $1.00
                                                   $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ALEASE HART**          **Clm No 56381**    Filed In Cases: 140
376 Smith Carr Road
Canton, MS 39046          Class          Claim Detail Amount          Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alease White**          **Clm No 6618**    Filed In Cases: 140
1163 Mill Pond Road
Elizabeth City,  NC 27909          Class          Claim Detail Amount          Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

294 of 3335

| | Clm No 59297 | Filed In Cases: 140 | |
|---|---|---|---|
| **Alec Frye** | | | |
| 28532 Lee Highway | Class | Claim Detail Amount | Final Allowed Amount |
| Meadowview, VA 24361 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 45430 | Filed In Cases: 140 | |
|---|---|---|---|
| **Alecia Woodham** | | | |
| 106 Star Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Brandon, MS 39042 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 64942 | Filed In Cases: 140 | |
|---|---|---|---|
| **Aleck Vavas** | | | |
| 3224 Kennedy Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Butte, MT 59701 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              295 of 3335

---

**ALECK VAVAS**                          **Clm No 75098**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                  Unknown

| | | |
|---|---|---|

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Aleene Creel**                          **Clm No 43995**    Filed In Cases: 140
7182 Hwy 481 South
Pulaski, MS 39152                  Class          Claim Detail Amount    Final Allowed Amount

UNS                    $1.00

                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Aleetra Walker**                        **Clm No 29810**    Filed In Cases: 140
920 5th St W
Huntington, WV 25701              Class          Claim Detail Amount    Final Allowed Amount

UNS                    $1.00

                                                        $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    296 of 3335

---

**ALEJANDRINO LOPEZ**                    **Clm No 78072**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Alejandrino Lopez**                    **Clm No 62872**    Filed In Cases: 140
3843 Euclid Avenue
East Chicago, IN 46312-0000          | Class | Claim Detail Amount | Final Allowed Amount |
                                          UNS                $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ALEJANDRO MARTINEZ**                   **Clm No 39946**    Filed In Cases: 140
P.O. BOX 672
FREER TX 78357                        | Class | Claim Detail Amount | Final Allowed Amount |
                                          UNS                $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                            297 of 3335

---

**ALEJANDRO RODRIGUEZ**                    **Clm No 75862**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS              Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alejandro Rodriguez**                    **Clm No 64091**    Filed In Cases: 140
458 SE 1st Street
Hialeah, FL 33010                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS              $10,000.00
                                                            $10,000.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ALEJANDRO SANTIAGO**                     **Clm No 41813**    Filed In Cases: 140
645 DEQUEEN BLVD
PORT ARTHUR TX 77640                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS              $1.00
                                                            $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**Alene Gambill**
2328 Sellars St
Ashland, KY 41101

**Clm No 26790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alene Manning**
21505 Highway 42
Richton, MS 39476

**Clm No 47347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alene McMahan**
2218 Brent Ann Dr
Flatwoods, KY 41139

**Clm No 28213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          299 of 3335

---

**Alene Miller**                          **Clm No 50650**   Filed In Cases: 140
Box 263
Calhoun City, MS 38916            | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alene Moore**                           **Clm No 46557**   Filed In Cases: 140
1541 Cedar Pine Dr.
Jackson, MS 39212                 | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alessio Pica**                          **Clm No 14933**   Filed In Cases: 140
6137 Villa Marie Road
Lowelville, OH 44436              | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**ALETA TAYLOR**
12155 SAM SUTTON RD.
COKER AL 35452

**Clm No 42604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALETHA BARNES**
KENNETH HODGENS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Aletha Marcum**
415 Landis Lakes Court
Louisville, KY 40245

**Clm No 28049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                          301 of 3335

---

**ALETHA MIMS**                              **Clm No 57374**    Filed In Cases: 140

P. O. Box  2157                              | Class | Claim Detail Amount | Final Allowed Amount |
Fayette, MS 39069                            |-------|---------------------|----------------------|
                                             | UNS   | $1.00               |                      |
                                             |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALETHA ROBERTS**                           **Clm No 41570**    Filed In Cases: 140

4758 US HWY 96 S.                            | Class | Claim Detail Amount | Final Allowed Amount |
JASPER TX 75951                              |-------|---------------------|----------------------|
                                             | UNS   | $1.00               |                      |
                                             |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alex  Gales**                              **Clm No 32554**    Filed In Cases: 140

22700 Garrison Ave. Unit #210                | Class | Claim Detail Amount | Final Allowed Amount |
Dearborn, MI  48124                          |-------|---------------------|----------------------|
                                             | UNS   | $1.00               |                      |
                                             |       | $1.00               |                      |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                302 of 3335

---

**ALEX ANDERSON**                    **Clm No 65578**    Filed In Cases: 140
2404 Zinnia Dr.
Bessemer, AL 35203                    Class        Claim Detail Amount    Final Allowed Amount

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Alex Antolak**                     **Clm No 7148**     Filed In Cases: 140
69696 Crestview Lane
St. Clairsville, OH 43950             Class        Claim Detail Amount    Final Allowed Amount

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Alex Armstrong**                   **Clm No 51320**    Filed In Cases: 140
P.O. Box 573
Bruce, MS 38915                      Class        Claim Detail Amount    Final Allowed Amount

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**Alex Arthur**
1117 64th St.
Galveston, TX 77551

**Clm No 65644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alex Barash**
5423 Eastman Dr.
Lorain, OH 44053

**Clm No 7380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ALEX BOYKIN**
17149 Hwy 27
Crystal Springs, MS 39059

**Clm No 55247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    304 of 3335

---

**Alex Cameron**                    **Clm No 8371**      Filed In Cases: 140
1852 Lynwood AVe.
Erie, PA 16510                       Class              Claim Detail Amount       Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ALEX CLARK**                       **Clm No 66829**     Filed In Cases: 140
4829 Hammack Street
Monroe, LA 71202                     Class              Claim Detail Amount       Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALEX COSBY**                       **Clm No 55652**     Filed In Cases: 140
314 Jubilee Road
Canton, MS 39046                     Class              Claim Detail Amount       Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

---

*Claims Details*    305 of 3335

---

**Alex Culpepper**          **Clm No 24779**    Filed In Cases: 140
P. O. Box 531
Pine Hill, AL 36769

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 5-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Davis**          **Clm No 67290**    Filed In Cases: 140
507 31st Street Ensley
Birmingham, AL 35518

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Davis, Jr.**          **Clm No 9368**    Filed In Cases: 140
525 Riley Circle SE
Canton, OH 44707

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                 3/30/2018 5:48:22 PM

*Claims Details*                                                              306 of 3335

---

| **Alex Demetruk** | **Clm No 9445** | Filed In Cases: 140 | |
|---|---|---|---|
| 807 New York Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| McDonald, OH 44437 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ALEX DENNIS** | **Clm No 36986** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. BOX 1072 | Class | Claim Detail Amount | Final Allowed Amount |
| PORT ARTHUR TX 77641 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Alex DiTullio** | **Clm No 9567** | Filed In Cases: 140 | |
|---|---|---|---|
| 2003 Hamilton New London Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Hamilton, OH 45013 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Alex Dorsey**
110 Royal Street
Port Gibson, MS 39150

**Clm No 44066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Duda**
Po Box 564
St Clairsville, OH 43950

**Clm No 9709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ALEX ECHOLS**
7730 Rocky Fork Road Lot 1
Citronelle, AL 36522

**Clm No 55909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    308 of 3335

---

**Alex Fitts**    <u>**Clm No 67950**</u>    Filed In Cases: 140
1140 24th Ave North
Birmingham, AL 35204

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEX FOREMAN**    <u>**Clm No 37572**</u>    Filed In Cases: 140
P. O. BOX 243
VILLAGE MILLS TX 77663

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Garcia**    <u>**Clm No 10435**</u>    Filed In Cases: 140
2026 University Commons Drive SW
Massillon, OH 44646

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              309 of 3335

---

**ALEX GONZALEZ**                          **Clm No 34554**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                             Class          Claim Detail Amount    Final Allowed Amount
BEAUMONT, TX 77701
                                           UNS                 $1.00
                                                               $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alex Guriak**                            **Clm No 61861**    Filed In Cases: 140
12259 Mayors Drive
Jacksonville, FL 32223                     Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALEX GURIAK**                            **Clm No 77951**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                  Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alex Haag**
c/o Karin Boland
28 Wilson St.
Struthers, OH 44471

**Clm No 68598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEX HAWKINS**
1937 Sycamore Street
Greenville, MS 38701

**Clm No 56407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Holland**
110 Clover Dr
Monaca, PA 15061

**Clm No 27302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                     311 of 3335

---

**Alex Howard**                          **Clm No 69268**     Filed In Cases: 140
C/o Rosie Howard
1330 S. Atmore Avenue                     Class          Claim Detail Amount      Final Allowed Amount
Whistler, AL 36612-1914
                                          UNS                 $1.00

                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alex Hutson**                          **Clm No 11853**     Filed In Cases: 140
213 Kraft Street
Berea, OH 44017                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00

                                                               $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Alex Jackson**                         **Clm No 48146**     Filed In Cases: 140
306 Linda Dr.
Vicksburg, MS 39180                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00

                                                               $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alex Jemison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Karaganides**
2553 Kingswood NE
North Canton, OH 44721

**Clm No 12305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Kasubienski, Jr.**
895 Columbia Dr.
Amherst, OH 44001

**Clm No 12327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

## Claims Details

313 of 3335

---

**ALEX LEBLANC**
925 DALLAS
PORT NECHES TX 77651

**Clm No 39511**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEX LEE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84345**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEX LESTER**
1496 ROBERT BRADBY DR.,APT. C
DETROIT, MI 48207

**Clm No 573**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                314 of 3335

---

**Alex Mash**                              **Clm No 28086**    Filed In Cases: 140
PO Box 2253
Moultrie, GA 31776                         Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                $1.00

                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALEX MAYNARD**                           **Clm No 78099**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                  Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Alex Maynard**                           **Clm No 63064**    Filed In Cases: 140
53 Tabby Cat Drive
Lucedale, MS 39452                         Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                $1.00

                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              315 of 3335

**Alex McDowell**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alex Miller**
c/o Martha Miller Moore
19319 Churubusco Lane
Germantown, MD 20874

**Clm No 71068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alex Mourad**
7451 Quail Hollow St. NW, Apt. A12
Massillon, OH 44646

**Clm No 14220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

316 of 3335

---

**ALEX PRIBILSKE**
P. O. Box 139
Bartlesville, OK 77405

**Clm No 72005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Alex Proger**
PO Box 193
Stewartsville, OH 43933

**Clm No 28804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**ALEX RATCLIFF**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　　3/30/2018 5:48:22 PM

*Claims Details*　　　　　　　　　　　　　　　　　　　　　　　　317 of 3335

---

**ALEX RAY SANDERS**　　　　　　　　**Clm No 87711**　　Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

LITTLE ROCK, AR 72201

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alex Regas**　　　　　　　　　　　　**Clm No 15306**　　Filed In Cases: 140
13857 Trenton Trail
Middleburg Hts, OH 44130

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Reynolds**　　　　　　　　　　　**Clm No 48952**　　Filed In Cases: 140
43 L.W. Road
Laurel, MS 39443

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　　　**E-mail: claimsmanager@omnimgt.com**　　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    318 of 3335

---

**Alex Rich**                                    **Clm No 28912**    Filed In Cases: 140
C/O Hartley & O'Brien PLLC
2001 Main St. Suit 600            | Class | Claim Detail Amount | Final Allowed Amount |
Wheeling, WV 26003               | UNS   | $1.00               |                      |
                                                           $1.00

| Date Filed       | 8-Dec-2016 |
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Alex Riddick**                                 **Clm No 5705**    Filed In Cases: 140
243 Glendale Ave., Apt. 2
Norfolk,  VA 23505               | Class | Claim Detail Amount | Final Allowed Amount |
                                 | UNS   | $1.00               |                      |
                                                           $1.00

| Date Filed       | 1-Dec-2016 |
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**ALEX RIVERS**                                  **Clm No 57859**    Filed In Cases: 140
10430 Turmac Dr.
Mobile, AL 36608                 | Class | Claim Detail Amount | Final Allowed Amount |
                                 | UNS   | $1.00               |                      |
                                                           $1.00

| Date Filed       | 9-Dec-2016 |
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              319 of 3335

---

**Alex Rudolph**                        **Clm No 72540**    Filed In Cases: 140
C/o Delores R. Smiley Grandy
2357 Caney Oaks Dr.                     Class          Claim Detail Amount      Final Allowed Amount
Jacksonville, FL 32218
                                        UNS                   $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Alex S. Orcullo**                     **Clm No 21938**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ALEX SILAS**                          **Clm No 86985**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                   $1.00
                                                              $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

320 of 3335

---

**ALEX SMITH**
905 RICH AVE.
MOBILE AL 36610

**Clm No 42149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Soto**
249 Reserve Avenue
Oberlin, OH 44074

**Clm No 16559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Szajko**
26403 Locust Drive
Olmsted Falls, OH 44138

**Clm No 16997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

321 of 3335

**Alex Toth**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 17321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Valencia**
1101 Ginger Ridge Court
Virginia Beach,  VA 23462

**Clm No 6433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEX WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    322 of 3335

---

**Alex Williams**
60 Woolery Lane Apt. B
Clayton, OH 45415

**Clm No 18111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Alex Wilson**
1230 2nd Avenue North
Bessemer, AL 35020

**Clm No 23917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alex Wilson**
141 Whispering Pine Dr.
Staffordsville, VA 24167

**Clm No 34231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    323 of 3335

---

**ALEX YOUNG**
1306 GULFFIELD DR W.
MOBILE AL 36605

**Clm No 43673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALEX YOUNG**
1306 GULFFIELD
MOBILE AL 36605

**Clm No 43676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alex Zenovic**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 18509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

324 of 3335

---

**Alexander  Daniluk**
823 E. Hamilton St.
Gonzales, LA  70737

**Clm No 32428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander  Robles**
Urb. Rivieras de Cupey
Calle Hortensia #64
San Juan, PR  926

**Clm No 33001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander  Adell**
8766 Cox Gap Road
Boaz, AL 35956

**Clm No 22556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                     325 of 3335

---

**Alexander Arnold**                    **Clm No 65630**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                       Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                         UNS                  $1.00

                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alexander Blackwell**                 **Clm No 2774**     Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2               Class          Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                         UNS                  $1.00

                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alexander Boyd**                      **Clm No 7910**     Filed In Cases: 140
1093 Roseway Avenue SE
Warren, OH 44484                         Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00

                                                              $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**Alexander Choban**
848 N. Highland Ave.
Girard, OH 44420

**Clm No 8658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Coleman**
C/o Florice  Coleman
402 Gwaltney Dr
Dothan, AL 36303

**Clm No 66910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Collins**
C/o Minnie P. Collins
2684 22nd Street
Tuscaloosa, AL 35401

**Clm No 66942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

327 of 3335

---

**Alexander Davis**
3146 North Stone Bridge Drive
Norfolk,  VA 23504

**Clm No 3448**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander F Mata III**
991 Henry Rd.
Amite, LA  70422

**Clm No 32797**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEXANDER FARMER JR.**
2105 Sweet Home
Grenada, MS 38901

**Clm No 55999**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

328 of 3335

---

**Alexander Gaines**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Gavin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Goverdovski**
110 Forry Dr
Ephrata, PA 17522

**Clm No 10709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**ALEXANDER H. HAMILTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Alexander Halkias**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 10941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Jackovich**
2005 W. 75 Place
Bldg. #4, Unit #23
Merrillville, IN 46410

**Clm No 62274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

330 of 3335

---

**ALEXANDER JACKOVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alexander Jones**
C/o Mary Jones
1834 Co. Road 39
Newburn, AL 36765

**Clm No 69857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander L. Maness**
15 Twin Oaks Drive
Hampton,  VA 23666

**Clm No 4992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

331 of 3335

---

**Alexander L. Wine**
2907 Chapman Run Rd.
Orlando, WV 26412

**Clm No 53887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEXANDER LEFLORE**
10402 Huntington Valley Drive
Houston, TX 77099-3622

**Clm No 57017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEXANDER LUNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

---

*Claims Details*

332 of 3335

---

| Alexander Luna | **Clm No 62902** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| Box 183 | Class | Claim Detail Amount | Final Allowed Amount |
| Lakeside, MT 59922-0000 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

| ALEXANDER MILLER | **Clm No 71075** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 803 Baldwin Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Prichard, AL 36610 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

| ALEXANDER MIMS | **Clm No 71097** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| c/o Rhonda Mims | Class | Claim Detail Amount | Final Allowed Amount |
| 588 Overlook Road | UNS | $1.00 | |
| Fultondale, AL 35068-6004 | | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                                        333 of 3335

---

**ALEXANDER MONTGOMERY**

c/o Geraldine Montgomery

1518 Claret Street

Birmingham, AL 35214

**Clm No 71164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Morrow**

1414 Newton Avenue

Dayton, OH 45406

**Clm No 14181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Nemeth**

454 Latonka Drive

Mercer, PA 16137

**Clm No 14378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

334 of 3335

**Alexander Newkirk**
3413 County Street
Norfolk,  VA 23513

**Clm No 5307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alexander Pierce**
412 Brill Road
Scottsville,  VA 24590

**Clm No 5496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alexander Pohuliaj**
5621 Cherry Wood Drive
Lorain, OH 44053

**Clm No 14981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                         3/30/2018 5:48:22 PM

*Claims Details*                                                                          335 of 3335

---

**Alexander Radcliff**                    **Clm No 72096**    Filed In Cases: 140
P. O. Box 237
Calvert, AL 36513                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALEXANDER ROBERT GAMEZ**                **Clm No 87585**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                   Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Alexander Roulhac**                     **Clm No 59668**    Filed In Cases: 140
103 Warwick Ave
Pensacola, FL 32503                        Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                                 336 of 3335

---

**ALEXANDER SALLES**                    **Clm No 85889**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                             UNS                     $1.00

                                                     $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value              $1.00

---

**ALEXANDER SHEPHERD**                  **Clm No 75014**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131              UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Alexander Shepherd**                  **Clm No 64359**   Filed In Cases: 140
2672 East Emory Drive, Apt. B
West Palm Beach, FL 33415    Class              Claim Detail Amount        Final Allowed Amount

                             UNS                     $1.00

                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              337 of 3335

---

**Alexander Stewart**                    **Clm No 16783**    Filed In Cases: 140
115 Shawnee Trail
Aurora, OH 44202                          Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                     $1.00

                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Alexander Townsend**                   **Clm No 44937**    Filed In Cases: 140
808 Fannie Lou Hamer Drive
Ruleville, MS 38771                       Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                     $1.00

                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**ALEXANDER TYLER**                      **Clm No 42864**    Filed In Cases: 140
4540 ST. LOUIS
BEAUMONT TX 77705                        Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                     $1.00

                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

338 of 3335

---

**Alexander Washington**
3087 Boyd Street
New Orleans, LA 70131

**Clm No 19656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALEXANDER WYLLIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Alexander Wyllie**
245 Knoll Dr
Park Ridge, NJ 07656

**Clm No 65306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

339 of 3335

---

**Alexander Wynn**
507 West kibby
Lima, OH 45804

**Clm No 18383**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALEXANDER YANCY**
3 Sixth Street
Natchez, MS 39120

**Clm No 58834**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Zablotny**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6900**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

340 of 3335

---

**Alexandra McDonald**
28 Randolph St.
Lincoln Park, NJ 07035

**Clm No 1209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alexis Lee**
12 Watertown Circle Apt G
Birmingham, AL 352352433

**Clm No 59482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfert Callaway**
3520 Willow Lane
Tuscaloosa, AL 35401

**Clm No 66549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

341 of 3335

---

**Alfie  Easter**
2007 Savage Rd.
Charleston, SC  29407

**Clm No 32473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alflorence Curtis**
c/o Vera Briscoe
1069 West 109th Place
Los Angeles, CA 90044

**Clm No 18798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfons Wilde**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,000.00 | |
| | $1,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

342 of 3335

---

**Alfonso Agro**
2211 North 57 Terrace
Hollywood, FL 33021

**Clm No 59889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ALFONSO AGRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Alfonso B Lucin**
45 Zenith St
Corner Horizon St SSS Village
Marikina City 1811

**Clm No 32746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             343 of 3335

---

**ALFONSO BROWN**                          **Clm No 66285**   Filed In Cases: 140
c/o Patricia Brown
4008 Smithfield Forest Dr.                  Class          Claim Detail Amount      Final Allowed Amount
Pleasant Grove, AL 35127
                                            UNS                 $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALFONSO CABALLERO**                       **Clm No 36168**   Filed In Cases: 140
P.O. BOX 5
AQUA DULCE TX 78330                          Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alfonso Crim, Jr.**                       **Clm No 9117**    Filed In Cases: 140
473 Alameda Avenue
Youngstown, OH 44504                         Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    344 of 3335

---

**Alfonso Dancil**                     **Clm No 61044**   Filed In Cases: 140
7563 N. Rasmussen
Tucson, AZ 85741              Class          Claim Detail Amount      Final Allowed Amount

                             UNS                  $1.00

                                                  $1.00

Date Filed        8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Alfonso Fatica**                     **Clm No 10031**   Filed In Cases: 140
498 South Ave., Suite F
Tallmadge, OH 44278          Class          Claim Detail Amount      Final Allowed Amount

                             UNS                  $1.00

                                                  $1.00

Date Filed        23-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**Alfonso G Amposta**                  **Clm No 30220**   Filed In Cases: 140
7701 Brookhaven Rd.
San Diego, CA 92114          Class          Claim Detail Amount      Final Allowed Amount

                             UNS                  $1.00

                                                  $1.00

Date Filed        6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    345 of 3335

---

**Alfonso G Cosme**                                **Clm No 32408**    Filed In Cases: 140
P.O. Box 502725

San Diego, CA  92150

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Alfonso Garza**                                  **Clm No 61629**    Filed In Cases: 140
6352 Monroe Avenue

Hammond, IN 46324-0000

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**ALFONSO GARZA**                                  **Clm No 77698**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

346 of 3335

---

**Alfonso Gonzalez**
110 Laurel Street
San Diego,CA 92101

**Clm No 21744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFONSO GRAVES**
1414 Mt. Olive Drive
Moody, AL 35004

**Clm No 68451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfonso J. Longo**
4 Friar Ct.
Jackson, NJ 08529

**Clm No 1173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

---

**Alfonso Lee**
1216 34th Street
Birmingham, AL 36606

**Clm No 70329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfonso Lockee**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4921**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFONSO LYLES**
1658 Gates Road
Columbia, MS 39429

**Clm No 57112**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

348 of 3335

---

**Alfonso M Shackleford**
c/o The Jaques Admiralty Law Firm
645 Griswold, Suite 1370
Detroit, MI 48226

**Clm No 33055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFONSO OREY**
650 Siwell Rd.
Jackson, MS 39209

**Clm No 57556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFONSO PEREZ**
613 W. 5TH
BISHOP TX 78343

**Clm No 40965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              349 of 3335

---

**Alfonso Pulido**                        **Clm No 24482**    Filed In Cases: 140
713 N. Raymond Street
Griffith, IN 46319-2042                   | Class | Claim Detail Amount | Final Allowed Amount |
                                          |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Alfonso Ragland**                       **Clm No 72099**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        | Class | Claim Detail Amount | Final Allowed Amount |
Houston, TX 77017                         |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALFONSO SIERRA**                        **Clm No 774**      Filed In Cases: 140
4562 N. JADEMOOR DRIVE
BEVERLY HILLS, FL 34465                   | Class | Claim Detail Amount | Final Allowed Amount |
                                          |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                              350 of 3335

---

**Alfonza Jones**                        **Clm No 23166**    Filed In Cases: 140
1602 Forest Street
Mobile, AL 36605                         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALFONZA KING**                         **Clm No 538**    Filed In Cases: 140
43802 STONEY LANE
STERLING HEIGHTS, MI 48313               | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**ALFONZA PHILLIPS SR.**                 **Clm No 81346**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      | Class | Claim Detail Amount | Final Allowed Amount |
222 RUSH LANDING ROAD                     |-------|---------------------|----------------------|
NOVATO, CA 94928-6169                     | UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    351 of 3335

---

**ALFONZA RAGLAND**
1205 16TH WAY S.W.
BIRMINGHAM AL 35211

**Clm No 41286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFONZIA RICHARDSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfonzo Capers**
1233 W. 20th St.
Lorain, OH 44052

**Clm No 8416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

352 of 3335

---

**ALFONZO HOSKINS**
11347 HAZELTON STREET
REDFORD, MI 48239

**Clm No 490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFONZO KITCHEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alfonzo Lowe**
P.O. Box 4651
Norfolk,  VA 23523

**Clm No 4936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

353 of 3335

---

**Alfonzo Paige**
1434 18th Street North
Birmingham, AL 35204

**Clm No 23486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfonzo Tucker**
108 20th Avenue Northeast
Tuscaloosa, AL 35404

**Clm No 23821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfonzo Williams**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

354 of 3335

### Alford Carpenter

C/o Carolyn A. Carpenter
494 Bodie Carpenter Rd.
Millry, AL 36558

**Clm No 66638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

### Alford Qualls

78 Crossland Lane
Winchester, TN 37398

**Clm No 25008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

### Alford Speights

PO Box 340
Silver Creek, MS 39663

**Clm No 44852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             355 of 3335

---

**Alfred  Graves**                    **Clm No 18946**    Filed In Cases: 140
2620 Kenilworth Dr.
Saint Bernard, LA 70085

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alfred  Lohr**                    **Clm No 32729**    Filed In Cases: 140
260 F New Castle Ct.
Ridge, NY  11961

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALFRED A. WATSON**                    **Clm No 87216**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

356 of 3335

---

**Alfred Allen**
c/o Katie A. Wiley
11402 Stonecreek Bend Ln.

**Clm No 65509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Altomari**
6559 Lake Ave.
Elyria, OH 44053

**Clm No 7073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED ARRINGTON**
3 HALES ROAD
Heidelberg, MS 39439

**Clm No 55025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                          357 of 3335

---

**ALFRED ASCOL**                          **Clm No 35363**    Filed In Cases: 140
5901 PEVETO LANE
ORANGE TX 77632                           Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALFRED BACKLIN**                        **Clm No 55043**    Filed In Cases: 140
128 Backlin Circle
Lucedale, MS 39743-9790                   Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alfred Ball**                           **Clm No 21558**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                        Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                    $10,000.00
                                                                 $10,000.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                        358 of 3335

---

**Alfred Bayles**                              **Clm No 65854**    Filed In Cases: 140
8279 Celeste Road
Saraland, AL 36571                             Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALFRED BERRY**                               **Clm No 35624**    Filed In Cases: 140
2840 THOMAS BLVD
PORT ARTHUR TX 77640                          Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALFRED BLANKEN**                             **Clm No 35702**    Filed In Cases: 140
633 HAWK STREET
DUBLIN TX 76446                               Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                  359 of 3335

---

**Alfred Bonko**                    **Clm No 7846**    Filed In Cases: 140
1401 West Highway 50 #27
Clermont, FL 34711              Class        Claim Detail Amount        Final Allowed Amount

                               UNS              $1.00
                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Alfred Bosarge**                  **Clm No 43821**    Filed In Cases: 140
16040 Three Rivers Road
Biloxi, MS 39532               Class        Claim Detail Amount        Final Allowed Amount

                               UNS              $1.00
                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Alfred Bossier**                  **Clm No 18649**    Filed In Cases: 140
1963 Hwy 18
Edgard, LA 70049              Class        Claim Detail Amount        Final Allowed Amount

                               UNS              $1.00
                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alfred Boswell**
1543 26th Ave
Hueytown, AL 35023

**Clm No 66137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED BOYD**
P O Box 184
Camden, MS 39045

**Clm No 55239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Brenner**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    361 of 3335

---

**ALFRED BROWN, PERSONAL REPRESENTATIVE FOR**    **Clm No 81432**    Filed In Cases: 140

SYLVESTER BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alfred Bruce**    **Clm No 60493**    Filed In Cases: 140

15 Livingston Road

Gilbertsville, KY 42044

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED BRUCE**    **Clm No 76312**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    362 of 3335

---

**ALFRED BRUNNER**                      **Clm No 34362**    Filed In Cases: 140

C/O BRENT COON & ASSOCIATES             Class              Claim Detail Amount       Final Allowed Amount

215 ORLEANS ST

BEAUMONT, TX 77701                      UNS                     $1.00

                                                                $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Alfred Buice**                        **Clm No 60525**    Filed In Cases: 140

517 Madison Road                        Class              Claim Detail Amount       Final Allowed Amount

Monticello, GA 31064

                                        UNS                     $1.00

                                                                $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**ALFRED C. CRAVER, SR.**               **Clm No 81580**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP                Class              Claim Detail Amount       Final Allowed Amount

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD                   UNS                     Unknown

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

---

### Claims Details                                                        363 of 3335

---

**ALFRED C. RICHARDSON, PERSONAL REPRESENTATIVE FOR**    **Clm No 78824**    Filed In Cases: 140

ALFRED JOSEPH RICHARDSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alfred Carr**    **Clm No 52079**    Filed In Cases: 140

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Carral**    **Clm No 52081**    Filed In Cases: 140

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             364 of 3335

---

**Alfred Casagrande**                 <u>Clm No 73574</u>    Filed In Cases: 140
c/o Thornton Law Firm
Attn: Garrett J. Bradley                Class           Claim Detail Amount       Final Allowed Amount
100 Summer Street, 30th Floor
Boston, MA 02110                        UNS                   Unknown

| Date Filed | 15-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Alfred Christensen**                 <u>Clm No 33835</u>    Filed In Cases: 140
4 Jules Circle
Newport News, VA 23601                  Class           Claim Detail Amount       Final Allowed Amount

                                        UNS                  $10,000.00

                                                             $10,000.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alfred Clayton**                     <u>Clm No 60794</u>    Filed In Cases: 140
5401 Oates Avenue
Port Orange, FL 32127-                  Class           Claim Detail Amount       Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              365 of 3335

---

**ALFRED CLAYTON**                  **Clm No 77224**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                  Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED CONFENTI**                 **Clm No 81562**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                 Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169               UNS                  Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Alfred Conyers**                  **Clm No 8929**     Filed In Cases: 140
1705 Lang Street #3
Cincinnati, OH 45202                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

366 of 3335

---

**Alfred Cotton**
211 Ridgewood Ave
Macon, GA 31204

**Clm No 47291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Crowder**
6961 Kepler Rd.
Clinton, OH 44216

**Clm No 9149**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED CUMMINGS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             367 of 3335

---

**Alfred Cummings**                    **Clm No 61013**    Filed In Cases: 140
527 Hillcrest Cross Roads
Canton, GA 30115                       Class         Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALFRED CURTIS**                      **Clm No 36803**    Filed In Cases: 140
13212 LYNN LN
SANTA FE TX 77510-0286                 Class         Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alfred D Morris**                    **Clm No 32857**    Filed In Cases: 140
P.O. Box 542
Hopatcong, NJ 07843                    Class         Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             368 of 3335

---

**ALFRED D. JORDAN**                    **Clm No 20952**    Filed In Cases: 140
260 BETHEL CUTOFF ROAD
COFFEEVILLE, AL 36524-4036             Class         Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alfred Davis**                        **Clm No 50072**    Filed In Cases: 140
73 Taylor Circle
Waynesboro, MS 39367                   Class         Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alfred Davis**                        **Clm No 22840**    Filed In Cases: 140
520 3rd Street SW
Birmingham, AL 35211                   Class         Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

369 of 3335

---

**ALFRED DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Delfino**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Deuble**
1525 N. Union Street
Fostoria, OH 44830

**Clm No 9489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                           370 of 3335

---

**Alfred Dlugosz**
314 Bayview Drive
Avon Lake, OH 44012

**Clm No 9578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Alfred Dorse**
456 Spencer Street
Glendale, CA 91202-1654

**Clm No 61216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 8-Dec-2016  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**ALFRED DORSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

371 of 3335

---

**Alfred Druebber**
110 Laurel Street
San Diego, CA 92101

**Clm No 21689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alfred Durdin**
946 N. 2900
Oakhurst, TX 77359

**Clm No 67592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred E Martin**
630 Benson
LaMarque, TX  77568

**Clm No 32785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                  372 of 3335

---

**Alfred E. Kennon Sr.**                    **Clm No 3**        Filed In Cases: 140
19789 Straughn Road
Farmington, MO 63640                         Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      Unknown

| Date Filed | 1-Sep-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**Alfred Edwards**                          **Clm No 67680**    Filed In Cases: 140
1265 County Rd 284
Edna, TX 77957                               Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      $1.00

                                                                      $1.00

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Ellis**                            **Clm No 3686**     Filed In Cases: 140
5392 S.W. Circle 751
Jasper,  FL 32052                            Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      $1.00

                                                                      $1.00

| Date Filed | 1-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

373 of 3335

---

**Alfred F.  Palmisano**
721 Lake Royale Drive
Louisburg, NC 27549

**Clm No 20466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alfred Farrant**
301 Concordia Blvd.
Pensacola, FL 32505

**Clm No 24811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Fenderson**
4593 W. 145th Street
Cleveland, OH 44135

**Clm No 10062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              374 of 3335

---

**Alfred Fischer**                    **Clm No 61438**    Filed In Cases: 140
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800          Class          Claim Detail Amount    Final Allowed Amount
Miami, FL 33131
                                      UNS                 $1.00
                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALFRED FISCUS**                     **Clm No 75571**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                 Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Alfred Fiscus**                     **Clm No 61439**    Filed In Cases: 140
2665 Airport Road
Portage, IN 46368-0000                Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              375 of 3335

---

**Alfred Fleming**                    **Clm No 10164**    Filed In Cases: 140
P.O. Box 658
Gloverville, SC 29828

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred Franklin**                    **Clm No 68056**    Filed In Cases: 140
C/o Edith K. Franklin
18733 Franklin Circle
Northport, AL 35475

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred G. Chutes**                    **Clm No 53871**    Filed In Cases: 140
27240 Huckleberry Rd.
Coolville OH 45723

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

376 of 3335

---

**ALFRED G. LEE**
4317 STEVE STREET
MOBILE, AL 36609

**Clm No 21001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED GARLINGTON**
P O BOX 331
GRANT LA 70644

**Clm No 37752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Giddens**
C/o Alfred Giddens, Jr.
4841 Rondelay Forest Way
Lithonia, GA 30038

**Clm No 68277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    377 of 3335

---

**Alfred Goldsmith**
2030 Lee Dr.
Akron, OH 44306

**Clm No 10657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Gordon**
c/o Garland Gordon
3207 Gartside Avenue
Baltimore, MD 21244

**Clm No 3998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Griffin**
401 Redondo Road
Youngstown, OH 44504

**Clm No 10818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

378 of 3335

---

**Alfred Gruen**
2312 Sand Lake Road
Lindenhurst, IL 60046

**Clm No 61845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED GRUEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alfred Hall**
Post Office Box 374
Clarksdale, MS 38614

**Clm No 44202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Alfred Hart**
253 Euclid Avenue
Youngstown, OH 44505

**Clm No 11180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alfred Haskins**
5643 Morning Glory Lane
Tuscaloosa, AL 35405

**Clm No 59366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alfred Hassell**
76 Westminister Street
Providence, RI 2903

**Clm No 19968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

380 of 3335

---

**ALFRED HAYES**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED HENSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alfred Henson**
3264 Cooley Street
Portage, IN 46368

**Clm No 62041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

**Alfred Hinton**
486 Elizabeth Street
Greenville, MS 38701

**Clm No 49170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Holston**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Houston**
8740 Christy Gate
Huber Hts, OH 45424

**Clm No 11704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                      382 of 3335

---

**Alfred Hubbard**                    **Clm No 11740**    Filed In Cases: 140
416 Bennington Ave.
Youngstown, OH 44505          Class          Claim Detail Amount    Final Allowed Amount

UNS                      $1.00
                         $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALFRED HUBER**                    **Clm No 74503**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA      Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                UNS                     Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Alfred Huber**                    **Clm No 62199**    Filed In Cases: 140
1955 Sager Road
Valparaiso, IN 46383          Class          Claim Detail Amount    Final Allowed Amount

UNS                      $1.00
                         $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

383 of 3335

---

**ALFRED HUGGINS**

115 Sunny Meadows Dr

Durant, OK 74701

**Clm No 56591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**ALFRED HUGHES, JR.**

8718 Enterprise Road

Mt. Pleasant, TN 38474

**Clm No 56602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Alfred Iorio**

110 Laurel Street

San Diego, CA 92101

**Clm No 21806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 7-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                     384 of 3335

---

**Alfred Jackson**                     **Clm No 44332**    Filed In Cases: 140
2584 Hwy 72 E.
Glen, MS 38846                         Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred Jirka**                       **Clm No 27504**    Filed In Cases: 140
4685 Dover Center Rd
North Olmsted, OH 44070                Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred Johansen**                    **Clm No 62336**    Filed In Cases: 140
5238 Quite Creek Lane
Lakeland, FL 33811                     Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/30/2018 5:48:22 PM

*Claims Details*                                                                                    385 of 3335

---

**ALFRED JOHANSEN**                          **Clm No 73750**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                     Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                               UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED JOHNSON**                           **Clm No 38968**    Filed In Cases: 140
2227 17TH STREET
PORT ARTHUR TX 77640                          Class              Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00

                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Alfred Johnson**                           **Clm No 62338**    Filed In Cases: 140
P.O. Box 641
Marion, NC 28752                              Class              Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00

                                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              386 of 3335

---

**ALFRED JOHNSON**                      **Clm No 39017**    Filed In Cases: 140
2667 S. COLLEGE ST.
PRICHARD AL 36610                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred Johnson**                      **Clm No 19081**    Filed In Cases: 140
3 Greenhead Lane
Raymond, MS 39154                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALFRED JONES**                        **Clm No 74140**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNK                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

387 of 3335

---

**ALFRED JONES**
954 Conti Street
Mobile, AL 36604

**Clm No 56775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Kemp**
814 George Street
Mound Bayou, MS 38762

**Clm No 44408**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Kennard**
152 Sheriff St.
Elyria, OH 44035

**Clm No 12407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

388 of 3335

---

**Alfred Kerr**
51 26th Street NW
Massillon, OH 44647

**Clm No 12432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Knudsen**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred L. Molina**
405 Mallard Drive
Windsor CO 80550

**Clm No 54013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              389 of 3335

---

**ALFRED LEE DUDLEY**  <u>**Clm No 86533**</u>   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

JACKSON, MS 39201

| | |
|-----------------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED LEE TUCKER**  <u>**Clm No 82515**</u>   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|-----------------|-------------|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALFRED LEVY**  <u>**Clm No 57033**</u>   Filed In Cases: 140
1528 Lakeside Drive
Jackson, MS 39216

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

390 of 3335

---

**Alfred Lombardi**
526 Willow St.
Washington Township, NJ 07676

**Clm No 1164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED LOPEZ**
1341 W. Ada
Odessa, TX 79762

**Clm No 70497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED LYONS**
1834 TEANA WAY LANE
HOUSTON TX 77029

**Clm No 39804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    391 of 3335

---

**ALFRED MAGEE, JR.**    <u>Clm No 57138</u>    Filed In Cases: 140
1041 Magee Circle
Magnolia, MS 39652

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value   $1.00

---

**ALFRED MANDLER**    <u>Clm No 20053</u>    Filed In Cases: 140
18 Haley Road
Uncasville, CT 06382

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         5-Dec-2016
Bar Date
Claim Face Value   $1.00

---

**Alfred Martin**    <u>Clm No 70664</u>    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value   $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              392 of 3335

---

**Alfred Mathewson**                    **Clm No 13473**    Filed In Cases: 140
3615 Temple Ave.
Lorain, OH 44053                         Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred McCann**                       **Clm No 13549**    Filed In Cases: 140
9848 Ridgewood Rd.
Twinsburg, OH 44087                      Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred Means**                        **Clm No 70989**    Filed In Cases: 140
C/o Patricia Means
1600 19th Place S.w.                     Class            Claim Detail Amount    Final Allowed Amount
Birmingham, AL 35211
                                        UNS                   $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　　3/30/2018 5:48:22 PM

*Claims Details*　　　　　　　　　　　　　　　　　　　　　　393 of 3335

---

**ALFRED MESSLER**　　　　　　　**Clm No 619**　　Filed In Cases: 140
24752 CHARLES DRIVE
BROWNSTOWN, MI 48183

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　　21-Nov-2016
Bar Date
Claim Face Value　　$1.00

---

**ALFRED MEYER**　　　　　　　**Clm No 76859**　　Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed　　　　20-Mar-2017
Bar Date
Claim Face Value

---

**Alfred Meyer**　　　　　　　**Clm No 63223**　　Filed In Cases: 140
42 B. Dale Road
Hooksett, NH 03106

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　　8-Dec-2016
Bar Date
Claim Face Value　　$1.00

---

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              394 of 3335

---

**Alfred Meyers**                    **Clm No 28272**    Filed In Cases: 140
1001 Erie St
Port Huron, MI 48060                 Class        Claim Detail Amount    Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Alfred Molina**                    **Clm No 71152**    Filed In Cases: 140
P.O. Box 806
Bloomington, TX 77951                Class        Claim Detail Amount    Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Alfred Monteiro**                  **Clm No 63310**    Filed In Cases: 140
c/o Tinley, Nastri, Renehan & Dosti, LLP
60 North Main Street, 2nd Floor      Class        Claim Detail Amount    Final Allowed Amount
Waterbury, CT 06702
                                     UNS               $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              395 of 3335

---

**ALFRED MONTEIRO**                 **Clm No 76190**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Alfred Moore**                    **Clm No 63325**    Filed In Cases: 140
49 Bullfinch CT
Magnolia, DE 19962                  Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00

                                                           $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ALFRED MOORE**                    **Clm No 76116**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      396 of 3335

---

**Alfred Moorer**                    **Clm No 71233**    Filed In Cases: 140
c/o Ezra Jordan III, Estate Attrny.
5415 Beacon Dr. #125              Class           Claim Detail Amount        Final Allowed Amount
Irondale, AL 35210               UNS                    $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALFRED MORIN**                     **Clm No 71256**    Filed In Cases: 140
17446  County Rd 1672
Odem, TX 78370                   Class           Claim Detail Amount        Final Allowed Amount
                                 UNS                    $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alfred Niemi**                     **Clm No 63498**    Filed In Cases: 140
605 Moss Drive
Crestview, FL 32536              Class           Claim Detail Amount        Final Allowed Amount
                                 UNS                    $1.00
                                                        $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                               397 of 3335

---

**Alfred Nunez**                    **Clm No 19334**    Filed In Cases: 140

P.O. Box 1952

Chalmette, LA 70044                 Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                 $1.00

                                                        $1.00

Date Filed          1-Dec-2016

Bar Date

Claim Face Value    $1.00

---

**Alfred O'Neal**                   **Clm No 71557**    Filed In Cases: 140

c/o Patricia O'Neal

4004 Irvington Blvd. Apt.# 532      Class          Claim Detail Amount    Final Allowed Amount

Houston, TX 77009                   UNS                 $1.00

                                                        $1.00

Date Filed          9-Dec-2016

Bar Date

Claim Face Value    $1.00

---

**Alfred Oldham**                   **Clm No 22397**    Filed In Cases: 140

312 S Houston Ave

Cameron, TX 76520                   Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                 $1.00

                                                        $1.00

Date Filed          7-Dec-2016

Bar Date

Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    398 of 3335

---

**ALFRED OSBORNE**
RT. 2 BOX 84-D
MOUNDVILLE AL 35474

**Clm No 40790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Pagano**
1838 Johnston Place
Poland, OH 44514

**Clm No 14635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Parker**
C/o Alma B. Parker
13098 Muller Dr.
Cottondale, AL 35453

**Clm No 71668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

399 of 3335

---

**Alfred Parkes**
7778 Ramona Blvd W
Jacksonville, FL 32221

**Clm No 28603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Patterson**
C/o Betty Patterson
617 Sadler Ave
Bessemer, AL 35020

**Clm No 71732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Patterson**
C/o Daryl Patterson
P.o .box 473
Gordo, AL 35466

**Clm No 71731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

*Claims Details*   400 of 3335

---

**Alfred Payne**
9111 Paula Drive
Semmes, AL 36575

**Clm No 59608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALFRED PETER GARCIA, PERSONAL REPRESENTATIVE FOR**
ALFONSO GARCIA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80424**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED PEZZI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75583**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    401 of 3335

---

**Alfred Pezzi**
N67 W22208 Willow Ln G22
Sussex, WI 53089-

**Clm No 63767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Platt**
130 Ham St.
Tullahoma, TN 37388

**Clm No 19395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Plewa**
2864 Broadway Rd
Attica, NY 14011

**Clm No 28727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**Alfred Prince**                          **Clm No 15106**    Filed In Cases: 140
11871 Lake Avenue Apt 6
Lakewood, OH 44107                         Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                     $1.00

                                                                   $1.00


Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALFRED R. MARTINEZ JR.**                 **Clm No 81933**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                        Class            Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                       UNS                    Unknown


Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED RAY SAVAGE**                      **Clm No 86209**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                            UNS                     $1.00

                                                                    $1.00


Date Filed           24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alfred Rayford**
1980 W. Sky Vista Dr.
Semmes, AL 36575

**Clm No 72175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED REID**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Alfred Reid**
2909 River Woods Drive
Parrish, FL 34219-8950

**Clm No 63984**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

404 of 3335

---

**ALFRED REYNA**
4848 S ALAMEDA APT 1401
CORPUS CHRISTI TX 78412

**Clm No 41429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Ringer**
151 Trailwoods Drive
Dayton, OH 45415

**Clm No 15460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED ROBERTS**
2205 HATHCOX ST.
MOBILE AL 36617

**Clm No 41576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    405 of 3335

---

**ALFRED RODRIGUEZ**                    **Clm No 41641**    Filed In Cases: 140
3911 PATRAS DR
PASADENA TX 77505-3370          Class          Claim Detail Amount    Final Allowed Amount

UNS                    $1.00
                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alfred Rogers**                      **Clm No 72451**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600              Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                UNS                    $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alfred Ronnie**                      **Clm No 72482**    Filed In Cases: 140
23976 Wildwood
Porter, TX 77365                Class          Claim Detail Amount    Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

---

*Claims Details*

406 of 3335

---

**Alfred Russell**
c/o Rev. Joseph J. Fergusson
3001 Manning Rd.
Suffolk,  VA 23437

**Clm No 5807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Russell**
14 Windsor Avenue Apt C11
Plainfield, CT 06374

**Clm No 20145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred S. Shinn**
305 W. Henry St.
Palmyra, N.J. 08065

**Clm No 1930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Alfred Sankey**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Alfred Schultz**
5849 State Route 87
Kinsman, OH 44428

**Clm No 15999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

**ALFRED SHARP**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alfred Sharr**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 16144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Alfred Simmons**
949 Randolph Street Apt A
Portsmouth,  VA 23704

**Clm No 5958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Alfred Sisson**
12 A Beebe Lane
Storrs, CT 06268

**Clm No 20163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**Alfred Slade**
1100 Lakeridge Road, Apt 103
Hampton, VA 23666

**Clm No 5994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED SMELLEY**
280 CR 2320
ALTO TX 75925

**Clm No 42129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED SMITH**
507 Old River Boat Camp Rd
Ferriday, LA 71334

**Clm No 58120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

410 of 3335

---

**Alfred Smith**
2984 Bahala NE
Wesson, MS 39191

**Clm No 48039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Steward**
4643 Fern Oak Court
Virginia Beach, VA 23462

**Clm No 6178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Taylor**
1701 Atlanta Avenue
Portsmouth, VA 23704

**Clm No 6282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              411 of 3335

---

**Alfred Terry**                    **Clm No 23796**    Filed In Cases: 140
904 Bellwood Circle
Fairfield, AL 35064                  Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Alfred Tyree**                     **Clm No 17428**    Filed In Cases: 140
44125 Telegraph Rd.
Elyria, OH 44035                     Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Alfred Vallee**                    **Clm No 64917**    Filed In Cases: 140
2014 South Ione Street
Kennewick, WA 99337                  Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                         412 of 3335

---

**ALFRED VALLEE**                     **Clm No 74798**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA           Class              Claim Detail Amount    Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800            UNS                     Unknown

MIAMI, FL 33131

| | | |
|---|---|---|

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Alfred Verhoff**                    **Clm No 17546**    Filed In Cases: 140

4972 Oakview Dr.                      Class              Claim Detail Amount    Final Allowed Amount

Vermilion, OH 44089

UNS                        $1.00

                                                          $1.00

Date Filed              23-Nov-2016

Bar Date

Claim Face Value             $1.00

---

**ALFRED WAYNE JONES**                **Clm No 88127**    Filed In Cases: 140

C/O EDWARD O. MOODY, PA               Class              Claim Detail Amount    Final Allowed Amount

801 WEST 4TH ST.

LITTLE ROCK, AR 72201                 UNS                     Unknown

Date Filed              24-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　　　3/30/2018 5:48:22 PM

*Claims Details*　　　　　　　　　　　　　　　　　　　　　　413 of 3335

---

**Alfred Weishiemer**　　　　　　**Clm No 73122**　　Filed In Cases: 140
P.O. Box 682
Rosenberg, TX 77471

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　　9-Dec-2016
Bar Date
Claim Face Value　　$1.00

---

**ALFRED WEMANN**　　　　　　**Clm No 73915**　　Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed　　　　20-Mar-2017
Bar Date
Claim Face Value

---

**Alfred Wermann**　　　　　　**Clm No 65097**　　Filed In Cases: 140
456 Long Hill Road
Guilford, CT 06437

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　　8-Dec-2016
Bar Date
Claim Face Value　　$1.00

---

**Rust Consulting | Omni Bankruptcy**　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALFRED WHITE**
2484 Attala Road 5220
Ethel, Ms 39067

**Clm No 58652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred White**
621 Sandusky Drive
Lynchburg,  VA 24502-1421

**Clm No 6619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**ALFRED WHITTLEY**
413 Hwy 61 N. Jefferson
Natchez, MS 39120

**Clm No 58660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 415 of 3335

---

**Alfred Wieser**                          **Clm No 22514**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                          Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alfred Wilson**                          **Clm No 73285**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                           UNS                   $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alfred Wooten**                          **Clm No 23929**    Filed In Cases: 140
1528 Appleton Road
Allendale, SC 29810                        Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alfred Wotipka**
1621 Zapalac Road
La Grange, TX 78945

**Clm No 73447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alfred Wright**
PO Box 421
Waynesboro, MS 39367

**Clm No 51649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED WYATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              417 of 3335

---

**Alfred Ybarra**                    **Clm No 73487**    Filed In Cases: 140
1010 Ave I
Bay City, TX 77414                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALFRED YESKE**                     **Clm No 77369**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                 Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Alfred Yeske**                     **Clm No 65322**    Filed In Cases: 140
532 New Britain Avenue
Hartford, CT 06106                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 418 of 3335

---

**ALFRED YOUNG**
13025 Miles Dr.
Gulfport, MS 39503

**Clm No 73512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALFRED ZELASKO**
3524 Burrough Ave.
Pascagoula, MS 39581

**Clm No 58857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALFRED ZERINGUE**
P.O. BOX 34
BREAUX BRIDGE LA 70517

**Clm No 43706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

419 of 3335

---

**ALFREDA  H DEES**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFREDA BROWN**
FOR THE ESTATE OF PRISCILLA J. BROWN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alfreda Cox**
Post Office Box 827
Jasper, AL 35502

**Clm No 24775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              420 of 3335

---

**ALFREDA FRANKLIN**                    **Clm No 87572**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

LITTLE ROCK, AR 72201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALFREDA L. COLLEY**                    **Clm No 20696**   Filed In Cases: 140
3467 INEZ CIRCLE
MOSS POINT, MS 39563

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alfreda Perdue**                    **Clm No 28659**   Filed In Cases: 140
9280 CR 128C
Wildwood, FL 34785

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            421 of 3335

---

**Alfreda Wallace**                  **Clm No 17684**    Filed In Cases: 140
2118 3rd St. SE
Canton, OH 44707                     Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Alfreddie Cole**                   **Clm No 66896**    Filed In Cases: 140
2829 Brookhaven Avenue  S.w.
Birmingham, AL 35211                 Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Alfreder Sims**                    **Clm No 49006**    Filed In Cases: 140
44 Pineville Drive
Waynesboro, MS 39367                 Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

422 of 3335

**ALFREDIA JONES**
10531 Huff Drive
Houston, TX 77031

**Clm No 56767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alfredo Abeyta**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ALFREDO CORTEZ**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                                423 of 3335

---

**Alfredo E Padrigan**                    **Clm No 32910**    Filed In Cases: 140
4285 Marzo Street
San Diego, CA  92154                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alfredo F Andres**                    **Clm No 30225**    Filed In Cases: 140
3449 Alonquin Way
San Diego, CA 92154                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALFREDO FERNANDEZ**                    **Clm No 75333**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800            |-------|---------------------|----------------------|
MIAMI, FL 33131                        | UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    424 of 3335

---

**Alfredo Fernandez**               **Clm No 61397**   Filed In Cases: 140
3220 NW 14thTerrace
Miami, FL 33125                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ALFREDO GARCIA**               **Clm No 37736**   Filed In Cases: 140
8403 GARCIA'S RANCH
ALICE TX 78332                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ALFREDO GONZALES**               **Clm No 68381**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017             | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            425 of 3335

---

**ALFREDO GONZALEZ**                    **Clm No 37926**    Filed In Cases: 140
490 PARK STREET
BEAUMONT TX 77701

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALFREDO GUAJARDO**                    **Clm No 38082**    Filed In Cases: 140
225 ROSS
SAN ANTONIO TX 78225

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALFREDO HINOJOSA**                    **Clm No 38557**    Filed In Cases: 140
183 COUNTY ROAD 139
ALICE TX 78332

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

---

*Claims Details*                                                              426 of 3335

---

**Alfredo P Olfato**                    <u>**Clm No 32896**</u>   Filed In Cases: 140

2007 Chardonnay Terrace

Chula Vista, CA  91913

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfredo Pagaduan**                    <u>**Clm No 5381**</u>   Filed In Cases: 140

3596 Purebred Drive

Virginia Beach,  VA 23453

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFREDO RODRIGUEZ**                    <u>**Clm No 75863**</u>   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              427 of 3335

---

**Alfredo Rodriguez**                    **Clm No 72437**     Filed In Cases: 140
c/o Margarita R. Ysassi
PO Box 156                               Class          Claim Detail Amount      Final Allowed Amount
Banquete, TX 78339                       UNS                    $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alfredo Rodriguez**                    **Clm No 64092**     Filed In Cases: 140
16362 SW 53rd Terrace
Miami, FL 33186                          Class          Claim Detail Amount      Final Allowed Amount
                                         UNS                  $10,000.00
                                                              $10,000.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Alfredo S. Leonardi**                  **Clm No 1726**      Filed In Cases: 140
3010 Cheesequake Rd.
Parlin, NJ 08859                         Class          Claim Detail Amount      Final Allowed Amount
                                         UNS                    $1.00
                                                                $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    428 of 3335

---

**ALFREDO SANCHEZ**    **Clm No 41784**    Filed In Cases: 140
301 E. SOYARS AVE.
ORANGE GROVE TX 78372

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**ALFREDO SANDOVAL**    **Clm No 41810**    Filed In Cases: 140
920 W. SHAW
TYLER TX 75701

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Alfredo Tolentino**    **Clm No 22034**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 7-Dec-2016  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                              429 of 3335

---

**Alfredo Verace**                      **Clm No 1634**      Filed In Cases: 140
406 Georgia Tavern Rd.
Howell, NJ 07731                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Alfredo Vernucci**                    **Clm No 64958**     Filed In Cases: 140
1892 High Ridge Road
Stamford, CT 06903                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALFREDO VERNUCCI**                    **Clm No 75073**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

430 of 3335

---

**Alfretta Wright**
2388 Hwy 203
Bearden, AR 71720

**Clm No 47597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfriedya Williams**
2710 Highland Road
Ardmore, OK 73401

**Clm No 59832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALGENE VAN WRIGHT**
130 SCHUH PLACE
PORT ARTHUR TX 77642

**Clm No 42895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

431 of 3335

---

**Algia C. Moore**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Algia Holifield**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Algie Gray**
C/o Anthony Gray
641 24th Avenue West
Birmingham, AL 35204

**Clm No 68465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                              432 of 3335

---

**ALGIN STAMPER**                          **Clm No 75292**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS               Unknown

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Algin Stamper**                          **Clm No 64585**      Filed In Cases: 140
401 Park Avenue
Irvine, KY 40336                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS               $1.00
                                                            $1.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ali Jabbar**                             **Clm No 4486**       Filed In Cases: 140
2519 Columbus Avenue
Portsmouth,  VA 23704                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS               $1.00
                                                            $1.00

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            433 of 3335

---

**Ali Mashrah**                          **Clm No 13439**    Filed In Cases: 140
12384 S. Island Rd.
Grafton, OH 44044                         Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Ali S Aboubaker**                       **Clm No 30178**    Filed In Cases: 140
6117 Kandal
Dearborn, MI 48126                        Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed               6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Alice Akins**                           **Clm No 50683**    Filed In Cases: 140
c/o David Pope
432 Jackie Hart Rd.                       Class          Claim Detail Amount    Final Allowed Amount
Statesboro, GA 30461
                                          UNS                $1.00
                                                             $1.00

Date Filed               8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

434 of 3335

---

**ALICE ALLEN**
299 Hoy Road
Lurel, MS 39773-3633

**Clm No 54975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Baldwin**
421 9th Ave
St Albans, WV 25177

**Clm No 25314**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE BAUER, PERSONAL REPRESENTATIVE FOR**
PETER ALBERT BAUER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    435 of 3335

---

**Alice Beard**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 60139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALICE BEARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALICE BEGLEY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

436 of 3335

---

**ALICE BLANKENSHIP**                     **Clm No 35704**    Filed In Cases: 140
17850 NONIE LANE
LUMBERTON TX 77657                        Class              Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Alice Bonnallie**                       **Clm No 7847**     Filed In Cases: 140
701 N. Main Lot 43
Wellington, OH 44090                      Class              Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**ALICE BROOKS, PERSONAL REPRESENTATIVE FOR**    **Clm No 79636**    Filed In Cases: 140
ODIS BROOKS (DECEASED)
C/O BRAYTON PURCELL, LLP                  Class              Claim Detail Amount    Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD                     UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

437 of 3335

---

**ALICE BROUSSARD**
4201 LEXINGTON
PORT ARTHUR TX 77642

**Clm No 35954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**ALICE BROWN**
250 Cypress Lane Apt. 12 C
Greenville, MS 38701

**Clm No 55316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Alice Burgess**
4 Kingfish St
Greenup, KY 41144

**Clm No 25733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

### *Claims Details*                                                438 of 3335

---

**Alice Burgess**                          **Clm No 25732**    Filed In Cases: 140
25869 Rutledge Crossing
Farmington Hills, MI 48335         | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ALICE BURROWS**                          **Clm No 36123**    Filed In Cases: 140
2378 SABAL PARK LANE
LEAGUE CITY TX 77573              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Alice C. Montoya**                       **Clm No 20450**    Filed In Cases: 140
4026 Sierra Alta Avenue NE
Rio Rancho, NM 87124             | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 439 of 3335

---

**Alice Churchwell**                    **Clm No 1439**    Filed In Cases: 140
135 W. Nyack Rd. #43
Nanuet, NY 10954                        Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Alice Colucci**                      **Clm No 3266**    Filed In Cases: 140
617 Washington Drive
Chesapeake, VA 23322-7358              Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alice Colucci**                      **Clm No 3265**    Filed In Cases: 140
617 Washington Drive
Chesapeake, VA 23322                   Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

440 of 3335

---

**Alice Cooper**
P.O. Box 3003
Portsmouth, VA 23701

**Clm No 3296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Covington**
2510 Donald Street
Alton, IL 62002

**Clm No 22804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Cox**
4406 Riverside Dr
Huntington, WV 25705

**Clm No 26132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

---

*Claims Details*    441 of 3335

---

**Alice Crockett**    **Clm No 9133**    Filed In Cases: 140
1541 Lilly Lane
Alliance, OH 44601

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALICE D. GREEN**    **Clm No 88848**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Alice Davis**    **Clm No 50169**    Filed In Cases: 140
77 South Rabbit Road
New Hebron, MS 39140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        442 of 3335

---

**Alice Dearman**                          **Clm No 45246**    Filed In Cases: 140
10109 Hwy 145 North
Quitman, MS 39355                          Class         Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALICE DEROUEN**                          **Clm No 37005**    Filed In Cases: 140
9640 WINZER ROAD
BEAUMONT TX 77705                          Class         Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Alice Ducksworth**                       **Clm No 44073**    Filed In Cases: 140
PO Box 1122
Taylorsville, MS 39166                     Class         Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 443 of 3335

---

**ALICE EDISON**                      **Clm No 78302**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800      ─────────────────────────────────────────────────────────
MIAMI, FL 33131                 UNS                  Unknown

| | | | |
|---|---|---|---|
| Date Filed | 20-Mar-2017 | | |
| Bar Date | | | |
| Claim Face Value | | | |

---

**Alice Edison**                      **Clm No 61301**   Filed In Cases: 140
1023 East 800 North
Bountiful, UT 84010             Class            Claim Detail Amount      Final Allowed Amount
                                ─────────────────────────────────────────────────────────
                                UNS                   $1.00
                                                      $1.00

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**ALICE F. COBB**                     **Clm No 85145**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201              ─────────────────────────────────────────────────────────
                                UNS                   $1.00
                                                      $1.00

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

444 of 3335

---

**ALICE FAIRLEY**
POST OFFICE BOX 410
MCLAIN, MS 39456-

**Clm No 20795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE FAYE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALICE FAYE MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

445 of 3335

---

**ALICE FAYE WITHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alice Fenn**
1030 Middle Avenue
Elyria, OH 44035

**Clm No 10066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE FERN LAFAYETTE**
6680 COLUMBUS CIRCLE
OCEAN SPRINGS, MS 39564-2311

**Clm No 20988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

446 of 3335

---

**Alice Fletcher**
3810 Inverness Rd
Inverness, MS 38753

**Clm No 48647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALICE FRANKLIN**
6548 MOSS POINT AVENUE
MOSS POINT, MS 39563

**Clm No 20808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALICE GORRELL**
7912 PECAN DRIVE
BEAUMONT TX 77713

**Clm No 37962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             447 of 3335

---

**ALICE GRAHAM**                    **Clm No 37991**    Filed In Cases: 140
612 13TH STREET
PORT ARTHUR TX 77640            Class            Claim Detail Amount        Final Allowed Amount

UNS                    $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALICE GRIFFIN**                    **Clm No 38061**    Filed In Cases: 140
P.O. BOX 5
CALVERT TX 77837                Class            Claim Detail Amount        Final Allowed Amount

UNS                    $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alice Harrell**                    **Clm No 44220**    Filed In Cases: 140
13142 Clifton Road
Forest, MS 39074                Class            Claim Detail Amount        Final Allowed Amount

UNS                    $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

448 of 3335

---

**Alice Harrison**
1050 Belle Orchard Lane, Apt. 251
Suffolk,  VA 23435

**Clm No 4217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Hashman**
4314 Left French Creek Rd
St Marys, WV 26170

**Clm No 27116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE HATHORN**
692 Mt. Carmel Road
Prentiss, MS 39474

**Clm No 56396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

---

**Alice Hay**
2412 Locust St
Terre Haute, IN 47807

**Clm No 24219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE HENTON**
907 East Morrow
West Point, MS 39773

**Clm No 68978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Hitchcock**
1001 Poplar St
Kenova, WV 25530

**Clm No 27278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              450 of 3335

---

**Alice Hodge**

312 S Houston Ave

Cameron, TX 76520

**Clm No 22273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 7-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Alice Huff**

881 SCR 141

Morton, MS 39117

**Clm No 50426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Alice Isaac**

312 S Houston Ave

Cameron, TX 76520

**Clm No 22283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 7-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALICE J. JOHNSON (BOONE)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alice Jackson**
101 Cabell Court
Clinton, MS 39066

**Clm No 45227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Jenkins**
136 Old Hwy 13
Pinola, MS 39149

**Clm No 46245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

---

*Claims Details*                                                                         452 of 3335

---

**ALICE JEWEL STARKS BROWN**          **Clm No 88508**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                      Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                      UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Alice Johnson**                     **Clm No 51467**    Filed In Cases: 140
PO Box 111
Monticello, MS 39654                  Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00

                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALICE JULES**                       **Clm No 39155**    Filed In Cases: 140
1655 WASHINGTON
BEAUMONT TX 77705                     Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $10,000.00

                                                             $10,000.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        453 of 3335

---

**Alice Kahn**                      **Clm No 19764**     Filed In Cases: 140
11356 East La Junta Road
Scottsdale, AZ 85255          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ALICE KING, PERSONAL REPRESENTATIVE FOR**     **Clm No 79105**     Filed In Cases: 140
GEORGE WILLIAM TURNER (DECEASED)
C/O BRAYTON PURCELL, LLP       | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
ATTN: CURT HENNECKE            | UNS | Unknown | |
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alice Kitchens**                 **Clm No 48979**     Filed In Cases: 140
433 Hwy 533
Laurel, MS 39443               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

454 of 3335

**Alice Knorowski**
208 Market Street
Yorkville, OH 43971

**Clm No 27714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice L. Boyce**
1657 Mary Lou Retton Drive
Fairmont, WV 26554

**Clm No 53696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE L. WOODS, PERSONAL REPRESENTATIVE FOR**
ARNETT W. WOODS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    455 of 3335

---

**ALICE LEANNE SIMAS, PERSONAL**
**REPRESENTATIVE FOR**

<u>Clm No 78799</u>    Filed In Cases: 140

RICHARD WAYNE SIMAS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: CURT HENNECKE

| UNS | Unknown | |
|-----|---------|--|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**Alice Lowe**        <u>Clm No 44468</u>    Filed In Cases: 140

1061 Camell Street

Port Gibson, MS 39150

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Alice M. Hill**        <u>Clm No 49269</u>    Filed In Cases: 140

505 Eugene Hill Road

Hamburg, AR 71646

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        8-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                456 of 3335

---

**ALICE M. JOHNSON**              **Clm No 88211**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                  Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                  UNS                   Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALICE M. JOINTER**              **Clm No 88128**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                  Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                  UNS                   Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALICE MARIE FIELDS**            **Clm No 88828**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                  Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                  UNS                   Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    457 of 3335

---

**ALICE MARIE PERRY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALICE MARIE WIDEMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alice McCary**
203 McDonald Avenue
Selma, AL 36701

**Clm No 23329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              458 of 3335

---

**ALICE MCGLADE, PERSONAL REPRESENTATIVE FOR**                 **Clm No 80798**    Filed In Cases: 140

HENRY M. MCGLADE (DECEASED)            Class            Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                   UNS                   Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alice Mondano**                                       **Clm No 989**    Filed In Cases: 140

15 Aruba Court                         Class            Claim Detail Amount      Final Allowed Amount
Toms River, NJ 08757
                                       UNS                   $1.00
                                                             $1.00

| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE MOTT**                                          **Clm No 40559**    Filed In Cases: 140

208 TAVARES DR.                        Class            Claim Detail Amount      Final Allowed Amount
SARALAND AL 36571
                                       UNS                   $1.00
                                                             $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                     459 of 3335

---

**Alice Mowris**                          **Clm No 28409**    Filed In Cases: 140
PO Box 34
Conneaut Lake, PA 16316          | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alice Mulhall**                         **Clm No 28414**    Filed In Cases: 140
263 Woodlake Dr
Mt Washington, KY 40047          | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alice Nails**                           **Clm No 14324**    Filed In Cases: 140
309 Whispering Drive
Trotwood, OH 45426               | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

460 of 3335

---

**Alice Newsome**
232 West Gilbert Street Apt. 125
Hampton, VA 23669

**Clm No 5308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE NORWOOD**
2702 INTERNATIONAL AVE
ORANGE TX 77632

**Clm No 40708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice O'Mullane**
2737 W That Road
Bloomington, IN 47403

**Clm No 24438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details
461 of 3335

---

**ALICE O'QUINN**
12413 FLORA ALBA DRIVE
EL PASO TX 79928

**Clm No 40769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Oates**
126 Euclid Blvd
Liberty, OH 44505

**Clm No 14491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE PHYLLIS MCMANUS, PERSONAL REPRESENTATIVE FOR**
THOMAS JOHN MCMANUS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

462 of 3335

---

**Alice Posey**
2330 1st St Westwood
Ashland, KY 41102

**Clm No 28751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE PRITCHARD**
112 De Leigh Circle
Durant, MS 39063

**Clm No 57757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE QUILLEN**
P.O. BOX 1472
SILSBEE TX 77656

**Clm No 41271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

463 of 3335

---

**ALICE RILEY**
FOR THE ESTATE OF WILLIE C. FLEMING
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALICE RUSSELL**
7089 KEITH RD
LUMBERTON TX 77657

**Clm No 41746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE RUTH SHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    464 of 3335

---

**Alice S. Chattman**          **Clm No 8627**    Filed In Cases: 140
2741 Lexington Avenue NW
Warren, OH 44485

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Alice Simpson**          **Clm No 45727**    Filed In Cases: 140
114 Pounds Dr.SW
Milledgeville, GA 31061

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALICE SMITH**          **Clm No 42146**    Filed In Cases: 140
125 LAKE LANE
ALABASTER AL 35007

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

465 of 3335

---

**Alice Staats**
401 Latham Drive
Newport News,  VA 23601

**Clm No 6131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE STEPHENS**
7600 WIRE GRASS ROAD
ORRUM, NC 28369

**Clm No 809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Taylor**
6266 Violet Rd.
Pattison, MS 39144-9306

**Clm No 49757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    466 of 3335

---

**ALICE THERIOT**
319 YOUPON
BRIDGE CITY TX 77611

**Clm No 42631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE TRAHAN**
217 FOXGLOVE DR
HUTTO TX 78634

**Clm No 42790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE VIRGINIA PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    467 of 3335

| **ALICE W. BRYANT** | **Clm No 88401** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **ALICE WATSON** | **Clm No 58589** | Filed In Cases: 140 | |
|---|---|---|---|
| 3009 Center Street | Class | Claim Detail Amount | Final Allowed Amount |
| Flora, MS 39071 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Alice Wochnick** | **Clm No 24676** | Filed In Cases: 140 | |
|---|---|---|---|
| 1900 S Roselle Road | Class | Claim Detail Amount | Final Allowed Amount |
| Schaumburg, IL 60172-5014 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 468 of 3335

---

**Alicia Bagwell**
325 County Road 308
Cullman, AL 35057

**Clm No 59096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alicia Bowden**
650 Mize Road North
Cullman, AL 35055

**Clm No 24741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICIA CONTRERAS**
P.O. BOX 3097
CORPUS CHRISTI TX 78463

**Clm No 36615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                        469 *of* 3335

---

**ALICIA E. MITCHELL, PERSONAL REPRESENTATIVE FOR**

ALLEN EDWARD BROWN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALICIA EDDS**

3340 OLD SPURGER HWY

SILSBEE TX 77656

**Clm No 37303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICIA ESPERICUETA, PERSONAL REPRESENTATIVE FOR**

RUDOLPH MURILLO SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

470 of 3335

| **Alicia King** | **Clm No 12498** | Filed In Cases: 140 | |
| 1892 East 37th Street | | | |
| Lorain, OH 44055 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **ALICIA MARIE LAWRENCE** | **Clm No 39497** | Filed In Cases: 140 | |
| 2888 61ST STREET | | | |
| PORT ARTHUR TX 77640 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **ALICIA MUELLER, PERSONAL REPRESENTATIVE FOR** | **Clm No 78832** | Filed In Cases: 140 | |
| JOSEPH MUELLER JR. (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              471 of 3335

---

**ALICIA N. CANTAVELLA, PERSONAL REPRESENTATIVE FOR**

JOHN JOSEPH BAUM (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALICIA PRICHARD**

9253 SEAWAY DRIVE

DALLAS TX 75217

**Clm No 41212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICIA RENTERIA**

321 RETAMA DRIVE

ROBSTOWN TX 78380

**Clm No 41421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Alicia V. Bangalan**
1908 Silver Lake Court
Virginia Beach, VA 23464

**Clm No 2596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ALICIA WASHINGTON**
3060 MEADOW LANE
MOBILE AL 36618

**Clm No 43108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ALICIA YOUNG**
3190 W. CIRCULO BELLO
TUCSON AZ 85746

**Clm No 43668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                   3/30/2018 5:48:22 PM

*Claims Details*                                                                                    473 of 3335

---

**Alinda McCullum**                    **Clm No 45557**   Filed In Cases: 140
11 LoxWood Court
Greensboro, NC 27405                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALINE HAAS**                         **Clm No 38143**   Filed In Cases: 140
490 FM 692
BURKEVILLE TX 75935                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALINE WILLIAMS**                     **Clm No 87328**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                       UNS                  $1.00
                                                            $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alipio Velez**
1918 E. 33rd Street
Lorain, OH 44055

**Clm No 17536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALISSIA PICKENS**
P.O. BOX 24578
HOUSTON TX 77229

**Clm No 41062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alivian Hill**
2975 Sandy Lake Road
Ravenna, OH 44266

**Clm No 11453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

475 of 3335

---

**Alix Hannan**
1145 Meadowbrook Avenue SE
Warren, OH 44484

**Clm No 11037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALJEAN MCCULLUM**
69 SPRING HILL CHURCH ROAD
SILVER CREEK, MS 39663-4269

**Clm No 21043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aljean Needham**
4092 Newton Conehatta Rd.
Lawrence, MS 39336

**Clm No 48821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

---

*Claims Details*    476 of 3335

---

**Aljean Needham**                     **Clm No 50462**    Filed In Cases: 140
90 9th Ave
Decatur, MS 39327                      Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Aljia Sheppard**                     **Clm No 16188**    Filed In Cases: 140
770 Betts Avenue
Akron, OH 44310                        Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Allan  Lirette**                     **Clm No 33472**    Filed In Cases: 140
110 Wilson Street
Petersburg, TN 37144                   Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                477 of 3335

---

**Allan B Brazeau**                    **Clm No 32305**    Filed In Cases: 140
26449 Rtter Lane N.E.
Kingston, WA  98346                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Allan Bevans**                      **Clm No 25450**    Filed In Cases: 140
916 CR 123
Chesapeake, OH 45619                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Allan Claus**                       **Clm No 8739**     Filed In Cases: 140
5327 Jaycox Road
N. Ridgeville, OH 44039               | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                              3/30/2018 5:48:22 PM

*Claims Details*                                                                          478 of 3335

---

**Allan Dale Cain**                          **Clm No 60587**    Filed In Cases: 140
414 Ashelford CourtBox 176
Byron, IL 61010                              Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00

                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Allan Firman**                             **Clm No 10127**    Filed In Cases: 140
228 Teakwood Dr.
Eagle Point, OR 97524-6606                   Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00

                                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Allan H O'Brien**                          **Clm No 32891**    Filed In Cases: 140
P.O.Box 13
Necedah, WI  54646                           Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00

                                                                    $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Allan Hopkins**                     **Clm No 11661**    Filed In Cases: 140
P.O. Box 152
Deerfield, OH 44411

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Allan Humphreys**                   **Clm No 33983**    Filed In Cases: 140
9 Redbud Ln.
Newport News, VA 23602

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 8-Dec-2016  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Allan Krysiak**                     **Clm No 12737**    Filed In Cases: 140
5126 Tallmadge Road
Rootstown, OH 44272

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

## *Claims Details*

**Allan Lengyel**
1716 E. 33rd St.
Lorain, OH 44055

**Clm No 12966**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allan MacEachern**
24243 Belle Mede Dr.
Leesburg, FL 34748

**Clm No 20048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLAN MACKAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              481 of 3335

---

**Allan MacKay,**                    **Clm No 62933**    Filed In Cases: 140
14 Eaton Road
Quincy, MA 02169                     Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                   $1.00
                                                          $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Allan McKinney**                   **Clm No 13706**    Filed In Cases: 140
6487 Camp Blvd
Hanoverton, OH 44423                 Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                   $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Allan McMahon**                    **Clm No 63161**    Filed In Cases: 140
N6303 Hillcrest Road
Pardeeville, WI 53954                Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                   $1.00
                                                          $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              482 of 3335

---

**ALLAN MCMAHON**

**Clm No 76738**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALLAN NETT, PERSONAL REPRESENTATIVE FOR**

**Clm No 81317**   Filed In Cases: 140

LEO NETT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALLAN PACHECO, PERSONAL REPRESENTATIVE FOR**

**Clm No 79870**   Filed In Cases: 140

GEORGE MILTON PACHECO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                         483 of 3335

---

**Allan Patrick Nicoletti**                 **Clm No 52903**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road         Class            Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                              UNS                    $1.00
                                                     $1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allan Sabo**                              **Clm No 15790**    Filed In Cases: 140
42937 Galaxy Drive
Elyria, OH 44035              Class            Claim Detail Amount    Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allan Thomas**                            **Clm No 17164**    Filed In Cases: 140
5223 Cedarville Ave.
Sheffield Village, OH 44054   Class            Claim Detail Amount    Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

484 of 3335

---

**ALLAN TONNESSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Allan Tonnessen**
466 South Flat Hill Road
Southbury, CT 06488

**Clm No 64841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allan Tribett**
PO Box 33
New Martinsville, WV 26155

**Clm No 29713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            485 of 3335

---

**ALLAN VILLERY**                 **Clm No 42977**    Filed In Cases: 140
P.O. BOX 1361
ORANGE TX 77631-1361      | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Allan Wyatt**                   **Clm No 22098**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          7-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**ALLEN A. MILLER**               **Clm No 82689**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH      | Class | Claim Detail Amount | Final Allowed Amount |
222 RUSH LANDING ROAD     |---|---|---|
NOVATO, CA 94928-6169     | UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

486 of 3335

---

**Allen Arnold**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ALLEN B. JONES**
2323 MASSENGALE DRIVE
MOBILE, AL 36605-

**Clm No 20945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ALLEN BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

487 of 3335

---

**ALLEN BASS, SR**
18717 SAN JOSE BLVD
LATHRUP VILLAGE, MI 48076

**Clm No 219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Belrose**
1733 Greenbriar Drive
Fultondale, AL 35068

**Clm No 65921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Berry**
239 POnd View Court
Hamilton, OH 45011

**Clm No 7623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                            488 of 3335

---

**Allen Bertulli**                          **Clm No 1968**    Filed In Cases: 140
11 South Terrace
Milford, MA 01757               Class            Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Allen Blankenship**                       **Clm No 25509**    Filed In Cases: 140
320 Chatham Road
Eagle Rock, VA 24085            Class            Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Allen Booth**                             **Clm No 66122**    Filed In Cases: 140
515 Brookside Drive
Northport, AL 35473             Class            Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    489 of 3335

---

**Allen Boston**
4306 N. Branch Ave.
Tampa, FL 33603

**Clm No 7883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Brewster**
28 Poplar Drive
Shelton, CT 06484

**Clm No 60421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN BREWSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

490 of 3335

---

**Allen Bridges**
54 New Hampshire Ave
Cumberland, MD 21502

**Clm No 25629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Brown**
c/o Mrs. Mary E. Brown
P.O. Box 1316
Leakesville, MS 39451

**Clm No 66287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Buckner**
114 Grove Park Dr
Indianola, MS 38751

**Clm No 43882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              491 of 3335

---

**Allen Bunt**                          <u>**Clm No 8215**</u>    Filed In Cases: 140
799 Vermilion Road
Vermilion, OH 44089                      Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Allen Butler**                        <u>**Clm No 60566**</u>   Filed In Cases: 140
576 Gerry Street
Gary, IN 46406                           Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALLEN BUTLER**                        <u>**Clm No 76764**</u>   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              492 of 3335

---

**Allen Cain**                          **Clm No 25785**    Filed In Cases: 140
33 Chisel Finger Ridge Road
Porters Falls, WV 26162                  Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Allen Caldwell**                       **Clm No 60592**    Filed In Cases: 140
7390 Solar Drive
Las Vegas, NV 89131                      Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALLEN CALDWELL**                       **Clm No 76604**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                Class         Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    493 of 3335

---

**Allen Campbell**                    **Clm No 52068**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                 Class            Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                      UNS                  $1.00
                                      ─────────────────────────────────────────────
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALLEN CARL WELCH**                  **Clm No 43195**    Filed In Cases: 140
6381 VERDE
GROVES TX 77619                       Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                      ─────────────────────────────────────────────
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Allen Carroll**                     **Clm No 52083**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                 Class            Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                      UNS                $10,000.00
                                      ─────────────────────────────────────────────
                                                          $10,000.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                                494 of 3335

---

**ALLEN CARSON**                    **Clm No 55475**    Filed In Cases: 140
439 W. Northside Drive, Apt 307
Jackson, MS 39206                   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALLEN CHARLES BENSON**            **Clm No 84483**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                   |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Allen Cochran**                   **Clm No 46213**    Filed In Cases: 140
134 Benton Dr.
Rome, GA 30165                      | Class | Claim Detail Amount | Final Allowed Amount |
                                    |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

495 of 3335

---

**Allen Coleman**
C/o Eddie Delores Davis
2711 22nd Street
Tuscaloosa, AL 35401

**Clm No 66912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Custis**
P.O. Box 65
Wicomico, VA 23184

**Clm No 3411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Allen D Fuselier**
440 Prairie Ronde Hwy.
Opelousas, LA  70570

**Clm No 32549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            496 of 3335

---

**ALLEN D WEBB**                    **Clm No 35059**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                      Class          Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                                    UNS                 $1.00
                                                        $1.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN DABBS**                     **Clm No 55717**    Filed In Cases: 140
371 Campbell Road
Munford, AL 36268                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Deidrick**                  **Clm No 9415**     Filed In Cases: 140
291 West Horseshoe
LaGrange, OH 44050                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                                          497 of 3335

---

**Allen Demps**                    **Clm No 61118**    Filed In Cases: 140
4349 Ash Avenue
Hammond, IN 46327-0000             Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALLEN DEMPS**                    **Clm No 77416**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Allen Desselle**                 **Clm No 18826**    Filed In Cases: 140
237 Mon-Borde Rd
Mansura, LA 71350                  Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Allen Diaz**
P.O. Box 802
Purvis, MS 39475

**Clm No 18829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Allen Dukes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67551**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Allen England**
928 Alvarez Street
Saraland, AL 36571

**Clm No 67740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

499 of 3335

---

**ALLEN FISHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Allen Fisher**
1524 Lokhorst Street
Balwin, WI 54002

**Clm No 61442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**ALLEN FOSTER**
975 West Park Road
Greenville, MS 38701

**Clm No 56044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                               500 of 3335

---

**ALLEN FRIDLEY**                    **Clm No 37668**    Filed In Cases: 140
490 PARK STREET
BEAUMONT TX 77701        Class          Claim Detail Amount    Final Allowed Amount

                         UNS                 $1.00
                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Allen Fulford**                    **Clm No 3858**    Filed In Cases: 140
1694 Laurel Drive
Gloucester Point,  VA 23062    Class     Claim Detail Amount    Final Allowed Amount

                         UNS                 $1.00
                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALLEN FUSELIER**                    **Clm No 37690**    Filed In Cases: 140
2890 BOBBY
PORT ARTHUR TX 77640     Class          Claim Detail Amount    Final Allowed Amount

                         UNS                 $1.00
                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**ALLEN G. SAUTTER**                    **Clm No 82338**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          | Class | Claim Detail Amount | Final Allowed Amount |
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                    UNS            Unknown

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

---

**Allen Gee**                          **Clm No 21734**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101            | Class | Claim Detail Amount | Final Allowed Amount |
                                         UNS            $1.00
                                                        $1.00

Date Filed        7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALLEN GENE BARRON**                  **Clm No 84442**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.           | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                        UNS            $1.00
                                                        $1.00

Date Filed        24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/30/2018 5:48:22 PM

*Claims Details*                                                          502 of 3335

---

| Allen Grant | **Clm No 59324** | Filed In Cases: 140 | |
|---|---|---|---|
| 160 Red Ford Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Anniston, AL 36206 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

| ALLEN GREENE | **Clm No 74253** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| Allen Greer | **Clm No 4050** | Filed In Cases: 140 | |
|---|---|---|---|
| 604 Sirine Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach,  VA 23462 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             503 of 3335

---

**ALLEN HEAD**                          **Clm No 38415**    Filed In Cases: 140
350 TWIN CITY HWY, #153
PORT NECHES TX 77651

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Allen Henderson**                     **Clm No 68936**    Filed In Cases: 140
6061 Dogwood Circle
Millbrook, AL 36054

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALLEN HICKS**                         **Clm No 56468**    Filed In Cases: 140
504 Shady Grove Moss Road
Laurel, MS 39443

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

504 of 3335

---

**Allen Hill**
c/o Freddie Hill Glover
9019 Bold Forest Dr.
Houston, TX 77088

**Clm No 69064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Hobson**
465 McGruder Road
Sawyerville, AL 36776

**Clm No 59389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Hodges**
502 Chapel St.
Hampton, VA 23669

**Clm No 33969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                                    505 of 3335

---

**Allen Hoggatt**                          **Clm No 59391**    Filed In Cases: 140

c/o Donna Avina

2131 Magnolia Ave., Suite 200              Class              Claim Detail Amount      Final Allowed Amount

Salem, OR 97301                            UNS                     $1.00

                                                                   $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Hutchison**                        **Clm No 27426**    Filed In Cases: 140

768 Robertson Court

Danville, IN 46122                         Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                     $1.00

                                                                   $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN J. BROOKS**                        **Clm No 81483**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                        Class              Claim Detail Amount      Final Allowed Amount

222 RUSH LANDING ROAD                      UNS                   Unknown

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                        506 of 3335

---

**ALLEN JACKSON**                          **Clm No 74620**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                 Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Allen Jackson**                          **Clm No 62275**   Filed In Cases: 140
139 Carson Avenue
East Carbon, UT 84520-0139         Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen James**                            **Clm No 44350**   Filed In Cases: 140
162 Armstrong
Brooklyn, MS 39425                  Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/30/2018 5:48:22 PM

*Claims Details*          507 of 3335

---

**ALLEN JENUINE**                    **Clm No 38932**    Filed In Cases: 140
8300 SKILLMAN STREET APT 109
DALLAS TX 75231

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALLEN JEROME GILL**                **Clm No 20830**    Filed In Cases: 140
POST OFFICE BOX 499
ST. ELMO, AL 36568-

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALLEN JUNIOR HICKS**               **Clm No 87134**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              508 of 3335

---

**ALLEN KULIKOFF**                    **Clm No 81834**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class              Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                     Unknown
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**Allen Lawley**                      **Clm No 70267**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600               Class              Claim Detail Amount      Final Allowed Amount
Houston, TX 77017               UNS                      $1.00
                                                         $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALLEN LITTLE**                      **Clm No 39662**    Filed In Cases: 140
2817 9TH CT.
TUSCALOOSA AL 35401             Class              Claim Detail Amount      Final Allowed Amount
                                UNS                      $1.00
                                                         $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*

**Allen Little**  
c/o Mrs Helen N. Little  
9725 Fairford Rd.  
McIntosh, AL 36553

**Clm No 70428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN LOWERY**  
P.O. BOX 545  
CHELSEA AL 35043

**Clm No 39746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN MADISON**  
C/O O'SHEA & REYES, LLC  
ATTN: DANIEL F. O'SHEA  
5599 SOUTH UNIVERSITY DR, STE 202  
DAVIE, FL 33328

**Clm No 83560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 5:48:22 PM

---

*Claims Details*                                                                     510 of 3335

---

**Allen Marker**                      **Clm No 13358**   Filed In Cases: 140
3355 Timmy St. NW
Uniontown, OH 44685                    | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Allen Markham**                     **Clm No 62990**   Filed In Cases: 140
3932 Jester Drive
Murray, UT 84123                      | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALLEN MARKHAM**                     **Clm No 76594**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800            |-------|---------------------|----------------------|
MIAMI, FL 33131                       | UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      511 of 3335

---

**ALLEN MARTIN**                    **Clm No 85498**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            Class         Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                               UNS                $1.00

                                                   $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Allen McCaffrey**                 **Clm No 63080**    Filed In Cases: 140
103 Clark Street Apt 1F
Groton, NY 13073               Class         Claim Detail Amount      Final Allowed Amount

                               UNS                $1.00

                                                   $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Allen McCloud**                   **Clm No 70808**    Filed In Cases: 140
C/o Bernice Stephens
2350 Dukes Avenue              Class         Claim Detail Amount      Final Allowed Amount
Mobile, AL 36617
                               UNS                $1.00

                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

512 of 3335

---

**Allen Meador**
3 Cavalier Dr
Huntington, WV 25701

**Clm No 28230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Meardry**
c/o Robert Meardry
210 Dubose Rd.
Waynesbroro, MS 39367

**Clm No 70991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Merritt**
2256 Kenton-Gailion Road West
Marion, OH 44302

**Clm No 13825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

513 of 3335

---

**Allen Mills**
5270 Turnerville Woods Drive
Chunchula, AL 36521

**Clm No 71090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Allen Mills**
10301 Southern Oaks Drive
Saraland, AL 36571

**Clm No 71091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Allen Minnich**
37918 North Doovy's St.
Avon, OH 44011

**Clm No 13987**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                           514 of 3335

---

**ALLEN MINYARD**                          <u>**Clm No 86796**</u>   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                    $1.00

                                                                  $1.00

Date Filed               24-Mar-2017
Bar Date
Claim Face Value              $1.00

---

**Allen Miron**                            <u>**Clm No 71117**</u>   Filed In Cases: 140
13521 Irvine Blvd
Oak Park, MI 48237                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Allen Mitchell**                         <u>**Clm No 5163**</u>   Filed In Cases: 140
634 Crooked Run Road
Elizabeth City,  NC 27909                  Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed               1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

515 of 3335

---

**Allen Moore**
3400 West Yonge Street
Pensacola, FL 32505

**Clm No 71220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN MULKY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Mutcherson**
239 Monteith Rd
Port Wentorth, GA 31407

**Clm No 47603**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                    516 of 3335

---

**Allen P Norris**                    <u>Clm No 32884</u>    Filed In Cases: 140
1518 Bryant St. Unit B
Medford, OR  97501                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Allen Pace**                        <u>Clm No 71608</u>    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Allen Parker**                      <u>Clm No 71653</u>    Filed In Cases: 140
C/o Reginald Parker
3201 Wenonah Road                    Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35211
                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    517 of 3335

---

**ALLEN PARKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Allen Pederson**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Pellegrin**
206 St. Patrick St.
Houma, LA 70364

**Clm No 33537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

518 of 3335

---

**Allen Pier**
162 Dunn Bottom Rd.
Diana, TX 75640

**Clm No 33545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN RANDALL**
18396 Blythe Road
Prairieville, LA 70769

**Clm No 72132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN RAY BILES**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/30/2018 5:48:22 PM

---

*Claims Details*                                                      519 of 3335

---

| **Allen Reed** | **Clm No 48450** | Filed In Cases: 140 | |
|---|---|---|---|
| 3470 N. Liberty St. | Class | Claim Detail Amount | Final Allowed Amount |
| Canton, MS 39046 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **ALLEN REINGARDT** | **Clm No 717** | Filed In Cases: 140 | |
|---|---|---|---|
| 111 E. BROADWAY | Class | Claim Detail Amount | Final Allowed Amount |
| WHITE PIGEON, MI 49099 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

| **ALLEN ROBERTSON** | **Clm No 72394** | Filed In Cases: 140 | |
|---|---|---|---|
| 31219 Avenue Apt. 715 | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    520 of 3335

---

**Allen Robins**                                    **Clm No 34133**    Filed In Cases: 140
6598 Robins Road
Gloucester, VA 23061                    Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALLEN RODNEY TALLEY**                             **Clm No 88298**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                        Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                        UNS                  Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Allen Rueb**                                      **Clm No 64155**    Filed In Cases: 140
20317 N Austin Road
Colbert, WA 99005-9458                  Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              521 of 3335

---

**ALLEN RUEB**                          **Clm No 75446**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                   Unknown

| Date Filed | 20-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**ALLEN RUSSELL**                       **Clm No 41734**    Filed In Cases: 140
124 LAUREL CT
ASHLAND KY 41101                        Class              Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00

                                                               $1.00

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Rust**                          **Clm No 15776**    Filed In Cases: 140
1208 Stonyridge Avenue
Troy, OH 45373                          Class              Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00

                                                               $1.00

| Date Filed | 23-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            522 of 3335

---

**Allen Ryals**                         **Clm No 72577**    Filed In Cases: 140
450 Iroquois St.
Chickasaw, AL 36611                      | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Allen Schooler**                      **Clm No 15978**    Filed In Cases: 140
1535 N. Euclid Ave.
Dayton, OH 45406                         | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ALLEN SHAPIRO**                       **Clm No 75027**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800              |-------|---------------------|----------------------|
MIAMI, FL 33131                         | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

## *Claims Details*

**Allen Shapiro**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 64339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Allen Sholar**
386 Bachelor Bay Road
Wallace,  NC 28466

**Clm No 5945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Allen Sibbie**
1216 East 32 1/2 St.
Houston, TX 77022

**Clm No 72840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    524 of 3335

---

**Allen Simmons**
11405 East Loon Court
Floral City,  FL 34436-2552

**Clm No 5959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Simmons**
7243 Beechland Avenue
Louisville, KY 40258

**Clm No 64393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN SIMMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

525 of 3335

---

**ALLEN SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALLEN SMITH**
350 AUSTIN AVE SPACE #19
BRIDGE CITY TX 77611

**Clm No 42163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Smith**
6336 Dickinson Way
Virginia Beach,  VA 23464

**Clm No 6013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                526 of 3335

---

**Allen Snype**                        **Clm No 29389**    Filed In Cases: 140
9903 Adams Ave
Cleveland, OH 44108                     Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALLEN STRANGE**                      **Clm No 58252**    Filed In Cases: 140
13238 Teague Road
Saucier, MS 39574                      Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALLEN SUIRE**                        **Clm No 42493**    Filed In Cases: 140
3010 BOYD
GROVES TX 77619                        Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Allen Sykes**
103 Timberlakes Drive
Petal, MS 39465

**Clm No 44901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Tallman**
1445 Pendleton Avenue
Louisville, OH 44641

**Clm No 17025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Thierry**
P.O. Box 377
Washington, LA 70589

**Clm No 19594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

**Allen Toth**                    **Clm No 17322**    Filed In Cases: 140
753 Hazelwood Ave.
Vermilion, OH 44089

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Van der Linde**                    **Clm No 17469**    Filed In Cases: 140
8000 Rose Island Road
Prospect, KY 40059

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Vivian**                    **Clm No 73076**    Filed In Cases: 140
21722 E Russet Rd.
Queen Creek, AZ 85142

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                                      529 of 3335

---

**ALLEN WATTS**                                **Clm No 58598**      Filed In Cases: 140
11141 Old Dekalb Scooba
Scooba, MS 39358                               | Class | Claim Detail Amount | Final Allowed Amount |
                                               |-------|---------------------|----------------------|
                                               | UNS   | $10,000.00          |                      |
                                               |       | $10,000.00          |                      |

| Date Filed       | 9-Dec-2016  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**ALLEN WAYNE KENNEDY, PERSONAL**             **Clm No 81185**      Filed In Cases: 140
**REPRESENTATIVE FOR**
CLAUD KENNEDY (DECEASED)                       | Class | Claim Detail Amount | Final Allowed Amount |
C/O BRAYTON PURCELL, LLP                        |-------|---------------------|----------------------|
ATTN: BRYN G. LETSCH                           | UNS   | Unknown             |                      |
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**ALLEN WEINER**                               **Clm No 73956**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                       | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800                      |-------|---------------------|----------------------|
MIAMI, FL 33131                                | UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

530 of 3335

---

**Allen Weiner**
14781 Summersong Lane
Delray Beach, FL 33484

**Clm No 65078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Allen Williams**
85 S Jackson Street
Hawkinsville, GA 31036

**Clm No 50361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Young**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              531 of 3335

---

**Allene Adkins**                    **Clm No 25129**    Filed In Cases: 140
8120 Helen St
Lesage, WV 25537                      | Class | Claim Detail Amount | Final Allowed Amount |
                                      | UNS   | $1.00               |                      |
                                      |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALLENE DAVIS**                     **Clm No 88251**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                     | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                | UNS   | Unknown             |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Allene May Kearney**               **Clm No 52611**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                | Class | Claim Detail Amount | Final Allowed Amount |
Novato, CA 94948                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

532 of 3335

---

**Allene Nutt**
905 Montgomery St. Box 509
Boardtow Village
Starkville , MS 39759

**Clm No 71503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allene Powe**
P. O. BOX 194
McLain, MS 39456

**Clm No 50845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLENTON EUGENE FRIERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             533 of 3335

---

**ALLIE BERTHA SAYLES**                    **Clm No 86210**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                $1.00
                                                              $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Allie Bonner**                           **Clm No 45790**    Filed In Cases: 140
117 Bonner Drive
Milledgeville, GA 31061                     Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Allie F. Amos**                          **Clm No 53906**    Filed In Cases: 140
303 37th Street
Vienna, WV 26105                           Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

---

*Claims Details*    534 of 3335

---

**ALLIE HENDERSON, PERSONAL REPRESENTATIVE FOR**

LEO AVE HENDERSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Allie McCurdy**

18213 Founders Way

Smithfield, VA 23430

**Clm No 5074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allie Ozier**

7055 North 55th Street

Milwaukee, WI 53223

**Clm No 23484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              535 of 3335

---

**Allie Smith**                          **Clm No 6014**    Filed In Cases: 140
510 E Woodrow School Rd.
Murfreesboro,  NC 27855                   Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Allie Walker**                         **Clm No 17660**    Filed In Cases: 140
3503 31 Street NE
Canton, OH 44705                         Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Alline McCann**                        **Clm No 47309**    Filed In Cases: 140
2120 Ellis Hodges Road
Lucedale, MS 39452                       Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        536 of 3335

---

**Allison Spring**                     **Clm No 47688**    Filed In Cases: 140
2481 Neil Collins Rd.
Raymond, MS 39154          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Allister Henderson**                 **Clm No 62029**    Filed In Cases: 140
4612 Jordan Valley Road
Trinity, NC 27370-0000     | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Allyn Cummings**                     **Clm No 3410**     Filed In Cases: 140
3521 Moore Road
Portsmouth, VA 23703       | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alma Ball**
713 Lamplighter Lane
Birmingham, AL 35214

**Clm No 24716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**ALMA BANKS**
248 Barney Banks Road
Pinola, MS 39149

**Clm No 55065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Alma Bedford**
810 Crosby St
Savannah, GA 31415

**Clm No 50280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              538 of 3335

---

**Alma Bonner**                     **Clm No 48458**    Filed In Cases: 140
35 John Thompson Road
Laurel, MS 39443                    Class            Claim Detail Amount    Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALMA BRASSEALE**                  **Clm No 66211**    Filed In Cases: 140
6332 B Port Road
Mulga, AL 35118                    Class            Claim Detail Amount    Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alma Brewer**                     **Clm No 49015**    Filed In Cases: 140
4404 Union Church Road
Richton, MS 39476                  Class            Claim Detail Amount    Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                  539 of 3335

---

**ALMA BROWN**                     **Clm No 55337**   Filed In Cases: 140
1915 CHANDER DR.
Jackson, MS 39213                  Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

          Date Filed          9-Dec-2016
          Bar Date
          Claim Face Value        $1.00

---

**Alma Carpenter**                 **Clm No 25842**   Filed In Cases: 140
PO Box 47
Erbacon, WV 26203                  Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

          Date Filed          8-Dec-2016
          Bar Date
          Claim Face Value        $1.00

---

**ALMA COHEA**                     **Clm No 55579**   Filed In Cases: 140
P.O. BOX 70
Metcalfe, MS 38760                 Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

          Date Filed          9-Dec-2016
          Bar Date
          Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details                                                            540 of 3335

---

**Alma Conwill**                          **Clm No 66988**    Filed In Cases: 140
C/o James F. Conwill
30263 Highway 371                         Class         Claim Detail Amount    Final Allowed Amount
Amory, MS 38821-7810
                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALMA COX, PERSONAL REPRESENTATIVE FOR**  **Clm No 79940**    Filed In Cases: 140
PETER COX (DECEASED)
C/O BRAYTON PURCELL, LLP                   Class         Claim Detail Amount    Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD                      UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Alma Crace**                            **Clm No 26139**    Filed In Cases: 140
Crestview Acres Trailer Park
Wheelersburg, OH 45694                     Class         Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

541 of 3335

**Alma Darby**
2741 East 19th Court
Panama City, FL 32405

**Clm No 61053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Alma Davidson**
PO Box 587
Aberdeen, OH 45101

**Clm No 26256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Alma Flowers**
1006 Elysian Fields
Marshall, TX 75670

**Clm No 33368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    542 of 3335

---

**ALMA HANDY**
7865 COLLIER RD
BEAUMONT TX 77706

**Clm No 38223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alma Holley**
74 Township Rd 1307
Proctorville, OH 45669

**Clm No 27306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alma Irby**
c/o Ms. Dorothy R. Irby
50 Warrior River Lane Apt. #107
Cordova, AL 35550

**Clm No 69457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              543 of 3335

---

**ALMA JEAN BLANKENSHIP**          **Clm No 84502**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                   UNS                 $1.00
                                                        $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ALMA JEAN BOWDRY**               **Clm No 84548**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                   UNS                 $1.00
                                                        $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ALMA JEAN SHEILDS**              **Clm No 87273**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                   UNS                 $1.00
                                                        $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              544 of 3335

---

**Alma Jean Street**                    **Clm No 46151**    Filed In Cases: 140
131 Roy Street Road
Lucedale, MS 39452              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALMA JOHNSON**                        **Clm No 73749**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA      | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800     |---|---|---|
MIAMI, FL 33131                | UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Alma Johnson**                        **Clm No 62339**    Filed In Cases: 140
C/o Richard D. Petersen, Esq
. P.O. Box 4848                | Class | Claim Detail Amount | Final Allowed Amount |
Pocatello, ID 83205-4848       |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              545 of 3335

---

**ALMA LATTIN**                     **Clm No 70253**   Filed In Cases: 140
8602 Flossie May
Houston, TX 77029                   Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ALMA LEE CASH**                   **Clm No 87974**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                    Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                    UNS                 Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ALMA LEWIS**                      **Clm No 39643**   Filed In Cases: 140
3531 RUTH ST
HOUSTON TX 77004                    Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    546 of 3335

---

**ALMA LOIS HILLIARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ALMA LOUVIERE**
2330 BERRY AVENUE
GROVES TX 77619

**Clm No 39733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALMA MILLER**
9505 FREDERICKSBURG RD APT 91
SAN ANTONIO TX 78240

**Clm No 40320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          547 of 3335

---

**Alma Moneymaker**                    **Clm No 23403**    Filed In Cases: 140
148 Turkey Road
Powell, TN 37849                       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALMA NELSON**                        **Clm No 40651**    Filed In Cases: 140
121 HOLIDAY VLGS
POINTBLANK TX 77364                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALMA NELSON**                        **Clm No 73989**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800            |-------|---------------------|----------------------|
MIAMI, FL 33131                       | UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

548 of 3335

---

**Alma Nelson**
561 Roosevelt St.
American Falls, ID 83211-1341

**Clm No 63454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALMA NETTIE VAN NORMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALMA PARKER**
P.O. BOX 1221
SILSBEE TX 77656

**Clm No 40859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             549 of 3335

---

**Alma Pickett**                          **Clm No 45728**    Filed In Cases: 140
114 South 24th Ave. Apt. 1001
Hattiesburg, MS 39401

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alma Rich**                            **Clm No 78**    Filed In Cases: 140
c/o Rose, Klein & Marias, LLP
801 S. Grand Ave. 11th Fl.
Los Angeles, CA 90017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alma Rogers**                          **Clm No 50944**    Filed In Cases: 140
P.O. Box 1151
Monticello, MS 39654

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            550 of 3335

---

**ALMA SANDERS, PERSONAL REPRESENTATIVE FOR**         **Clm No 79344**      Filed In Cases: 140

JIMMY SANDERS (DECEASED)

C/O BRAYTON PURCELL, LLP                     Class          Claim Detail Amount      Final Allowed Amount

ATTN: CURT HENNECKE                          UNS                 Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alma Snead**                                        **Clm No 45311**      Filed In Cases: 140

103 Baywood Dr SW

Milledgeville, GA 31061                       Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00

                                                                  $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALMA STATEN**                                       **Clm No 58214**      Filed In Cases: 140

P.O. Box 453

Okolona, MS 38860                             Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00

                                                                  $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    551 of 3335

---

**ALMA T. GIPSON**                        **Clm No 88506**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                    | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201              | UNS   | Unknown             |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Alma Thomas**                          **Clm No 22031**    Filed In Cases: 140
110 Laurel Street
San Diego, CA 92101               | Class | Claim Detail Amount | Final Allowed Amount |
                                  | UNS   | $10,000.00          |                      |
                                  |       | $10,000.00          |                      |

Date Filed              7-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Alma Walters**                         **Clm No 49991**    Filed In Cases: 140
71 Sharon-Moss Road
Laurel, MS 39443                  | Class | Claim Detail Amount | Final Allowed Amount |
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                              552 of 3335

---

**Alma Wetherington**                     **Clm No 48177**    Filed In Cases: 140
31 Valaria Dr.
Tifton, GA 31794                          Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Alma Woods**                            **Clm No 45500**    Filed In Cases: 140
108 Shadow Pond Rd
Dublin, GA 31021                          Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Almamie Ragland**                       **Clm No 48463**    Filed In Cases: 140
3503 South Louisiana Street
Pine Bluff, AR 71601                      Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    553 of 3335

---

**Almeadia Avent**
2415 Oakhill Road
Bolivar, TN 38008

**Clm No 43749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALMETA COLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Almetia Clark**
PO Box 34
Shubuta, MS 39360

**Clm No 51628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              554 of 3335

---

**Almiro Brooks**                    **Clm No 18680**    Filed In Cases: 140
6417 Eads Street
New Orleans, LA 70122                Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                                              
                                                         $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALOIS ZACK**                       **Clm No 919**      Filed In Cases: 140
2184 LONDON BRIDGE DRIVE
ROCHESTER HILLS, MI 48307            Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                $10,000.00
                                                                              
                                                      $10,000.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Aloma Tackett**                    **Clm No 29587**    Filed In Cases: 140
3703 Lake Ave
Ashatabula, OH 44004                Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                                              
                                                         $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**Aloma Tackett**
3703 Lake Ave
Ashatabula, OH 44004

**Clm No 29586**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonso R Militar**
7352 Woodridge Way
San Diego, CA  92114

**Clm No 32829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonza Campbell**
PO Box 39
Meridian, GA 31319

**Clm No 51639**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

556 of 3335

---

**ALONZA D. ROBINSON**
14750 COUNTY ROAD 55
SUMMERDALE, AL 36580-

**Clm No 21211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonzo Allen**
c/o Larry G. Allen
14231 Garner Rd.
Beaumont, TX 77705

**Clm No 65508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALONZO BARROW**
510 W WEST BRANCH RD
PRUDENVILLE, MI 48651

**Clm No 216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              557 of 3335

---

**ALONZO CLAYBORN**                 **Clm No 85135**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class            Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                 UNS                  $1.00
                                                      $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Alonzo Cook**                     **Clm No 8937**     Filed In Cases: 140
802 Avon Street
Akron, OH 44310                  Class            Claim Detail Amount    Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Alonzo Copeland**                 **Clm No 3302**     Filed In Cases: 140
903 Bold Street
Portsmouth, VA 23701            Class            Claim Detail Amount    Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

### Claims Details

**Alonzo Dancy**  
4889 Windermere Avenue  
Norfolk, VA 23513

**Clm No 3423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016  
Bar Date  
Claim Face Value          $1.00

---

**Alonzo Diggs**  
2620 Dietz Street  
Lake Charles,  LA 70601

**Clm No 3532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016  
Bar Date  
Claim Face Value          $1.00

---

**Alonzo Dunagan**  
C/o Ethel Dunagan  
3313 Willard Ave S.w.  
Birmingham, AL 35211

**Clm No 67557**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016  
Bar Date  
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**  
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**  
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              559 of 3335

| Alonzo F. McCullough, Jr. | **Clm No 54472** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 64 | Class | Claim Detail Amount | Final Allowed Amount |
| Mt. Clare, WV 26408 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ALONZO GARZA | **Clm No 37775** | Filed In Cases: 140 | |
|---|---|---|---|
| PO BOX 835 | Class | Claim Detail Amount | Final Allowed Amount |
| PREMONT TX 78375 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alonzo Hayes | **Clm No 62003** | Filed In Cases: 140 | |
|---|---|---|---|
| H.C. 61, Box 985 | Class | Claim Detail Amount | Final Allowed Amount |
| Argillite, KY 41121 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              560 of 3335

---

**ALONZO HAYES**                          **Clm No 77515**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alonzo Herrin**                         **Clm No 62051**    Filed In Cases: 140
12475 Fry Road Northeast
Aurora, OR 97002-9428               Class            Claim Detail Amount       Final Allowed Amount

UNS                      $1.00

$1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALONZO HERRIN**                         **Clm No 77505**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                              561 of 3335

---

**ALONZO KELLEY**                              **Clm No 39188**    Filed In Cases: 140

11114 BONWELL LOOP

KOUNTZE TX 77625                               Class          Claim Detail Amount      Final Allowed Amount

                                               UNS                $1.00

                                                                  $1.00

Date Filed            9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Alonzo Lanier**                              **Clm No 70229**    Filed In Cases: 140

c/o Williams Kherkher

8441 Gulf Fwy #600                             Class          Claim Detail Amount      Final Allowed Amount

Houston, TX 77017                              UNS                $1.00

                                                                  $1.00

Date Filed            9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**ALONZO LIDDELL WATTS, PERSONAL**             **Clm No 79556**    Filed In Cases: 140
**REPRESENTATIVE FOR**

ALONZO DUMAS WATTS (DECEASED)

C/O BRAYTON PURCELL, LLP                       Class          Claim Detail Amount      Final Allowed Amount

ATTN: CURT HENNECKE                            UNS                Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

562 of 3335

---

**ALONZO MARSH**
5420 Southern Oaks Trail
Grand Bay, AL 36541

**Clm No 57158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonzo Moore**
1483 N. Villere St.
New Orleans, LA 70116

**Clm No 19294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonzo Motley**
4237 Larchmont Drive
Dayton, OH 45417

**Clm No 14213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            563 of 3335

---

**Alonzo Mourning**                    **Clm No 5243**    Filed In Cases: 140
1245G Cedar Road #310
Chesapeake,  VA 23322                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed             1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alonzo Oliver**                      **Clm No 14547**    Filed In Cases: 140
12106 Gay Ave.
Cleveland, OH 44105                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALONZO RAINEY**                      **Clm No 57779**    Filed In Cases: 140
769 Oakgrove Rd.
Mendenhall, MS 39114                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

---

*Claims Details*                                                          564 of 3335

---

**Alonzo Saunders**                    **Clm No 72667**    Filed In Cases: 140
C/o Doris W. Saunders
1221 Posey Ave                         Class          Claim Detail Amount      Final Allowed Amount
Bessemer, AL 35022-4508
                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alonzo Thompson**                    **Clm No 59757**    Filed In Cases: 140
8541 County Road 191
Eutaw, AL 35462                         Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALONZO TOLES**                       **Clm No 82383**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                    Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                  UNS                  Unknown

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALONZO WEBBER, JR.**
2710 Oak Street
Vicksburg, MS 39180

**Clm No 58610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Alonzo Westfall**
328 Greenup Rd
Raceland, KY 41169

**Clm No 29921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Alonzo Williams**
685 Beacon Hill Dr.
Chagrin Falls, OH 44022

**Clm No 18093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alonzo Zeigler**
700 Waterfront Circle, Apt. 609
Newport News , VA  23607

**Clm No 6903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Aloysius Bommer**
3322 Center Road
Avon, OH 44011

**Clm No 7834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Aloysius Hodkey**
820 Red Tailed Laned
Amherst, OH 44001

**Clm No 11541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

567 of 3335

---

**Alphaus Taylor**
P.O. Box 190
Oklawaha, FL 32183-0190

**Clm No 64748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alpherd Bergman**
9 Boyden Drive
Foxboro, MA 02035

**Clm No 60215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alphine Powell**
171 Dozier Road
Moyock,  NC 27958

**Clm No 5540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alphine Williams**
4414 Baughan Court
Newport News, VA 23607

**Clm No 6681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphones Rubio**
4335 36th Ave East
Tuscaloosa, AL 35405

**Clm No 72531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphons De Vos**
P.O. Box 259
Aumsville, OR 97325-0259

**Clm No 61087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        569 of 3335

---

**ALPHONS DE VOS**                    **Clm No 78087**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA           Class            Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800          UNS                  Unknown

MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Alphonse Crumpton**                 **Clm No 67190**    Filed In Cases: 140

C/o Margie Crumpton

1855 Diggs Avenue                    Class            Claim Detail Amount        Final Allowed Amount

Mobile, AL 36617                     UNS                  $1.00
                                                          $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphonse Denham**                   **Clm No 18824**    Filed In Cases: 140

2161 Bateman Circle

Baton Rouge, LA 70802                Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 570 of 3335

---

**ALPHONSE DIXON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alphonse Gray**
c/o Billy W. Samuels
900 Downtowner Blvd.
Mobile, AL 36609

**Clm No 68463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALPHONSE L. WILLIAMS**
4712 ELDER STREET
MOSS POINT, MS 39563

**Clm No 21377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           Visit us on the Web at www.omnimgt.com           PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              571 of 3335

---

**ALPHONSE LEWIS**                          **Clm No 76928**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800          UNS                      Unknown

MIAMI, FL 33131

| | | |
|---|---|---|

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Alphonse Lewis**                          **Clm No 62797**    Filed In Cases: 140

1812 Saint Stephens Court

Mobile, AL 36617-3301               Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                       $1.00

                                                              $1.00

Date Filed          8-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Alphonse N. Genin, Estate**               **Clm No 53698**    Filed In Cases: 140

167 Liberty Avenue

Clarksburg, WV 26301                Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                       $1.00

                                                              $1.00

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

---

**Alphonse Russell**          **Clm No 15762**   Filed In Cases: 140
2110 Mark Drive
Lorain, OH 44052

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ALPHONSE S COVAS**          **Clm No 34432**   Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**ALPHONSE SAMPSON**          **Clm No 57972**   Filed In Cases: 140
539 Sunnyside Road
Fayette, MS 39069

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    573 of 3335

---

**Alphonse Venezia**
P.O. Box 151671
Cape Coral, FL 33915

**Clm No 64951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alphonso Calhoun**
61 Clark Street
White Sulpher Spring, WV 24986

**Clm No 8353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALPHONSO DIAZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                   3/30/2018 5:48:22 PM

*Claims Details*                                                                             574 of 3335

---

**Alphonso Farrow**                          **Clm No 10028**    Filed In Cases: 140

1150 Prospect

Toledo, OH 43606                             Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                   $1.00

                                                                   $1.00

Date Filed              23-Nov-2016

Bar Date

Claim Face Value              $1.00

---

**Alphonso Harris**                          **Clm No 24854**    Filed In Cases: 140

832 Oakland Drive

Fairfield, AL 35064                          Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                   $1.00

                                                                   $1.00

Date Filed              5-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Alphonso Kelly**                           **Clm No 4728**     Filed In Cases: 140

3749 Summer Place

Virginia Beach,  VA 23453                    Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                   $1.00

                                                                   $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

575 of 3335

---

**ALPHONSO KING, SR.**
141 CR 182 RD
Bay Springs, MS 39422

**Clm No 56908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphonso Lane**
414 Middlesex Street
Norfolk, VA 23523

**Clm No 4823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphonso Ransaw**
300 Burton Drive
Birmingham, AL 35206

**Clm No 72146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alphonso Washington**
506 Kilpatrick Street
Greensboro, AL 36744

**Clm No 73103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphonza Whitmore**
304 Knells Ridge Drive
Chesapeake,  VA 23320

**Clm No 6661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphonzo O'Neal**
2118 Charleston Avenue
Portsmouth,  VA 23704

**Clm No 5359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                             577 of 3335

---

**Alphus Coley**                          **Clm No 66925**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class              Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALRETTE GILBERT, PERSONAL REPRESENTATIVE**    **Clm No 80211**    Filed In Cases: 140
**FOR**

ARLO BRODERICK (DECEASED)
C/O BRAYTON PURCELL, LLP                   Class              Claim Detail Amount        Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD                      UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Alston Mattie**                         **Clm No 70740**    Filed In Cases: 140
924 4th Avenue North
Texas City, TX 77590                       Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

*Claims Details*     578 of 3335

---

**Alta Dunlap**
514 Maple
Lawrenceville, IL 62439

**Clm No 24125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alta McDonald**
306 3rd Avenue
Saraland, AL 36571

**Clm No 70868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTA MCDONALD**
306 3RD AVE.
SARALAND AL 366571

**Clm No 40117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             579 of 3335

---

**Alta Mosley**                     **Clm No 59582**    Filed In Cases: 140
2503 Longbow Drive
Birmingham, AL 35214              Class         Claim Detail Amount    Final Allowed Amount

                                 UNS               $1.00
                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALTA POTTS**                      **Clm No 83771**    Filed In Cases: 140
JAMES POTTS
C/O O'SHEA & REYES, LLC           Class         Claim Detail Amount    Final Allowed Amount
ATTN: DANIEL F. O'SHEA            UNS             $10,000.00
5599 SOUTH UNIVERSITY DR, STE 202                $10,000.00
DAVIE, FL 33328

Date Filed          22-Mar-2017
Bar Date
Claim Face Value     $10,000.00

---

**Alta Williams**                   **Clm No 29986**    Filed In Cases: 140
530 Greenbriar Court
New Martinsville, WV 26155         Class         Claim Detail Amount    Final Allowed Amount

                                 UNS               $1.00
                                                   $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                    580 of 3335

---

**ALTEN THIBODEAUX**                    **Clm No 42642**    Filed In Cases: 140
728 SOUTH 37TH STREET
NEDERLAND TX 77627                      Class              Claim Detail Amount         Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Altha Baker**                         **Clm No 25299**    Filed In Cases: 140
5100 Hawiian Ter
Cincinnati, OH 45723                    Class              Claim Detail Amount         Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Altha Daniel**                        **Clm No 9266**     Filed In Cases: 140
775 Roscoe Avenue
Akron, OH 44306                         Class              Claim Detail Amount         Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    581 of 3335

---

**ALTHA M. WATSON**
4312 EAST BAYOU AVENUE
MOSS POINT, MS 39563

**Clm No 21349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Altha Palmer**
PO Box 34
Bluefield, VA 24605

**Clm No 28573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTHA SAVOIE**
1204 WHITE HALL ROAD APT 8102
ARLINGTON TX 76001

**Clm No 41841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                              582 of 3335

| **Althea Hayes** | **Clm No 51700** | Filed In Cases: 140 | |
| PO Box 572 | Class | Claim Detail Amount | Final Allowed Amount |
| Leakesville, MS 39451 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Althea Henderson** | **Clm No 11333** | Filed In Cases: 140 | |
| 10211 Starlight Peak Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Bakersfield, CA 93311 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Althea Riddick** | **Clm No 5706** | Filed In Cases: 140 | |
| 564 Highway 158 East | Class | Claim Detail Amount | Final Allowed Amount |
| Gatesville, NC 27938 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                              583 of 3335

---

**Alton Aderholt**                    **Clm No 65443**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class              Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                       UNS                     $1.00
                                                               $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON ALEX TIERCE**                 **Clm No 86020**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                       UNS                     $1.00
                                                               $1.00

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON BELL JR.**                    **Clm No 81525**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                    Class              Claim Detail Amount    Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                  UNS                     Unknown

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             584 of 3335

---

**Alton Bocard**                    **Clm No 18639**    Filed In Cases: 140
1640 Ruth St.
Opelousas, LA 70570              Class          Claim Detail Amount    Final Allowed Amount

                                UNS                $1.00

                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALTON BROWN**                     **Clm No 55338**    Filed In Cases: 140
712 EAST 19TH STREET
Laurel, MS 39440                 Class          Claim Detail Amount    Final Allowed Amount

                                UNS                $1.00

                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alton Bryant**                    **Clm No 18697**    Filed In Cases: 140
1933 South Winterville
Port Allen, LA 70767            Class          Claim Detail Amount    Final Allowed Amount

                                UNS                $1.00

                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        585 of 3335

---

**ALTON CHAMBERS**                    **Clm No 36355**    Filed In Cases: 140
3430 LAKE BAYSHORE DR. UNIT P408
BRADENTON FL 34205

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON CLARK**                        **Clm No 36458**    Filed In Cases: 140
P.O. BOX 402
HOLDEN LA 70744

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alton Cochran**                      **Clm No 66874**    Filed In Cases: 140
10012 Mitchell Road
Wilmer, AL 36587

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

586 of 3335

---

**Alton Collins**
733 Dutch Road
Suffolk, VA 23437

**Clm No 3255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON CONEY**
518 North Magnolia Street
McComb, MS 39648

**Clm No 55615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON DEYOUNG**
322 JEWEL PARK LANE
HOUSTON TX 77094-2674

**Clm No 37036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALTON DEYOUNG**
322 JEWEL PARK LANE
HOUSTON TX 77094

**Clm No 37037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON EDMONDS**
11265 RED OAK
TUSCALOOSA AL 35405

**Clm No 37312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alton Ehlo**
c/o James Ehlo
850 W. Jean Street
Slaton, TX 79364

**Clm No 67687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

588 of 3335

**ALTON ENGLAND**
912 ENGLAND DR.
ADAMSVILLE AL 35005

**Clm No 37374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Alton Eubanks**
P.O. Box 422
Beaumont, MS 39423

**Clm No 51256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Alton Ewell**
50 Natures Way
Gates,  NC 27937

**Clm No 3737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              589 of 3335

---

**Alton Garrett**                    **Clm No 3894**       Filed In Cases: 140
3800 Pamlico Circle
Norfolk,  VA 23513                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALTON HALL**                       **Clm No 77985**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Alton Hall, IS**                   **Clm No 61900**      Filed In Cases: 140
2111 Shipman Firetower Rd
Lucedale, MS 39452                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    590 of 3335

---

**Alton Hamner**                          **Clm No 68691**    Filed In Cases: 140
11412 Alton Drive
Northport, AL 35476                        Class         Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Alton Harris**                          **Clm No 18998**    Filed In Cases: 140
9630 Haynes Blvd., Apt. E 203
New Orleans, LA 70127                      Class         Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**ALTON HILDRETH**                        **Clm No 87113**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class         Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                          UNS                      $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              591 of 3335

---

**ALTON HOLDERFIELD**                    **Clm No 38593**    Filed In Cases: 140
P.O. BOX 1725
SEMMES AL 36575                          Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ALTON HOOD**                           **Clm No 56543**    Filed In Cases: 140
302 Penn Lane
Brandon, MS 39047                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ALTON HORN**                           **Clm No 38663**    Filed In Cases: 140
TIMBERLAKE HEALTH & REHAB 315 W GIBSON
JASPER TX 75951                          Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                        592 of 3335

---

**Alton Jewell**                        **Clm No 4561**      Filed In Cases: 140
15461 Rattlesnake Trail
Ivor,  VA 23866                          Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALTON JONES**                         **Clm No 39127**     Filed In Cases: 140
3901 DIAMOND LN.
NORTHPORT AL 35476                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALTON JONES**                         **Clm No 56769**     Filed In Cases: 140
4224 Brunswick Drive
Eight Mile, AL 36613                     Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              593 of 3335

---

**ALTON JONES**                    **Clm No 39090**    Filed In Cases: 140
1380 SHAKESPEARE DR
BEAUMONT TX 77706                  Class         Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALTON KENNEDY**                  **Clm No 56879**    Filed In Cases: 140
801 Charles Street
Magee, MS 39111                    Class         Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALTON LASITER**                  **Clm No 39471**    Filed In Cases: 140
512 14TH STREET
NEDERLAND TX 77627                 Class         Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              594 of 3335

---

**ALTON LEE**                          **Clm No 20999**    Filed In Cases: 140
6808 FIRE TOWER ROAD
MOSS POINT, MS 39562-                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alton Mathis**                       **Clm No 22347**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed            7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALTON MCNEER**                       **Clm No 57328**    Filed In Cases: 140
c/o Porter & Malouf, PA
P.O. Box 12768                         Class          Claim Detail Amount      Final Allowed Amount
Jackson, MS 39236
                                       UNS                  $1.00

                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

595 of 3335

---

**Alton Morris**
3425 Jenkins Rd
Neely, MS 39461

**Clm No 48432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON NALLEY**
11985 Ridgeway Road
Mc Calla, AL 35111

**Clm No 71368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alton Needham**
10460 Old Forge Road
Waynesboro, PA 17268

**Clm No 71392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    596 of 3335

---

**Alton O'Rourke**                    **Clm No 14585**    Filed In Cases: 140
1905 Oaklawn Road
Toledo, OH 43614                       Class            Claim Detail Amount       Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ALTON P. DURAL JR., PERSONAL**      **Clm No 78754**    Filed In Cases: 140
**REPRESENTATIVE FOR**

ALTON PAUL DURAL SR. (DECEASED)
C/O BRAYTON PURCELL, LLP              Class            Claim Detail Amount       Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD                 UNS                 Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**ALTON RUPLE**                       **Clm No 57954**    Filed In Cases: 140
2753 Hwy. 174
Springville, AL 35146                 Class            Claim Detail Amount       Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

**Alton Sargent**

204 Bunch Street

Corinth, MS 38834

**Clm No 44781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alton Smith**

801 W. Emory Street

Marshall, TX 75670

**Clm No 33593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alton Sr. Wilcher**

P.O. Box 503

Butler, GA 31006

**Clm No 51292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

598 of 3335

---

**ALTON VAN AUSDAL, PERSONAL REPRESENTATIVE FOR**

IRA VAN AUSDAL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alton Walker**

563 Bellbrook Ct.
Lawrenceville, GA 30045

**Clm No 49516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON WAYNE ENGLAND**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              599 of 3335

---

**Alton Wells**                    **Clm No 65088**    Filed In Cases: 140

615 Park Hills Street              Class         Claim Detail Amount    Final Allowed Amount

Bowling Green, KY 42101            UNS                  $1.00

                                                        $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALTON WELLS**                    **Clm No 73906**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA       Class         Claim Detail Amount    Final Allowed Amount

ATTN: FERNANDO JOSE ULLOA         UNS                 Unknown

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ALTON WILLIS**                   **Clm No 73273**    Filed In Cases: 140

c/o Rayford Willis                Class         Claim Detail Amount    Final Allowed Amount

108 Gwen Avenue                   UNS                   $1.00

Bessemer, AL 35023                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                               600 of 3335

---

**Alton Wolf**                          **Clm No 73386**     Filed In Cases: 140
111 Bumelia St.
Lake Jackson, TX 77566                  Class           Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alton Wood**                          **Clm No 6827**      Filed In Cases: 140
3001 Guenevere Drive
Chesapeake,  VA 23323                    Class           Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Altonia Davis**                       **Clm No 44019**     Filed In Cases: 140
216 Green Brown Drive
Vicksburg, MS 39180                      Class           Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 601 of 3335

---

**Alva Childers**
903 Dupont Ave
Nitro, WV 25143

**Clm No 25934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alva Cruise**
19540 Hunt Road
Strongsville, OH 44136

**Clm No 9154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alva King**
P.O. Box #349
Waverly,  VA 23890

**Clm No 4753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                       602 of 3335

---

**ALVA LAFAVOR**                          **Clm No 39379**    Filed In Cases: 140
11234 VERA DRIVE
JACKSONVILLE FL 32218                      Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alva Lewis**                            **Clm No 47054**    Filed In Cases: 140
1946 Redwood Rd
Milledgeville, GA 31061                    Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alva Redman**                           **Clm No 15266**    Filed In Cases: 140
4400 Durst Clagg Road
Cortland, OH 44410                         Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    603 of 3335

---

**Alva Stiltner**                           **Clm No 29502**    Filed In Cases: 140
19594 Stone Mountain Rd
Abingdon, VA 24210                           Class            Claim Detail Amount        Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alva Stover**                             **Clm No 16840**    Filed In Cases: 140
748 Wrights Avenue
Conneaut, OH 44030                           Class            Claim Detail Amount        Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ALVA SUE MILLER**                         **Clm No 88822**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                             Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
UNS                  Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              604 of 3335

---

**Alva Wilson**                          **Clm No 73294**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                          UNS                 $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alvah Spicer**                         **Clm No 16614**    Filed In Cases: 140
3922 Wickham Circle
Uniontown, OH 44685                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Alvah Young, Jr.**                     **Clm No 18463**    Filed In Cases: 140
5354 Tanglewood Street
Louisville, OH 44641                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

### Claims Details

---

**Alvarado Leonard**                    **Clm No 70347**    Filed In Cases: 140
710 Cleveland
Friona, TX 79035

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALVARO ROBERT**                    **Clm No 75915**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Alvaro Robert**                    **Clm No 64060**    Filed In Cases: 140
14970 SW 147 Court
Miami, FL 33196

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              606 of 3335

---

**Alvena Lantz**                          **Clm No 12847**    Filed In Cases: 140
527 Middle Street
Amherst, OH 44001                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Alverda Green**                         **Clm No 26933**    Filed In Cases: 140
22257 CR 10
Elkhart, IN 46514                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Alveretta Shimp**                       **Clm No 29225**    Filed In Cases: 140
1804 Center St
Moundsville, WV 26041                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

607 of 3335

---

**ALVERTA  WEBB**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvester Bell**
3575 Bridge Rd., Ste. 8 #246
Suffolk, VA 23435

**Clm No 33763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alveta Garrett**
1682 State Route 725 W
Camden, OH 45311

**Clm No 10467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALVEZA HERNANDEZ**
502 W Prentiss St.
Baldwyn, MS 38824

**Clm No 56449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIA LAND**
13660 VALLEY VIEW DRIVE
TYLER TX 75709

**Clm No 39407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvie Harmon**
129 Tyler Crescent East
Portsmouth, VA 23707

**Clm No 33947**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              609 of 3335

---

**ALVIE HELTON**                    **Clm No 20883**    Filed In Cases: 140
30 SHORTY O'NEAL DRIVE
LEAKESVILLE, MS 39451-

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ALVIE O. MILLER**                  **Clm No 86815**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Alvie S Rushing**                  **Clm No 33021**    Filed In Cases: 140
PO Box 442
Santa Fe, TX  77517

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                     3/30/2018 5:48:22 PM

*Claims Details*                                                           610 of 3335

---

**Alvie Vance**
5737 Lynn Creek Rd
Huntington, WV 25704

**Clm No 29757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Bradsberry**
13240 Community Rd. Apt. 11
Poway, CA  92064

**Clm No 32303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin  Gonzales**
49179 Woodhaven Rd
Tickfaw, LA 70466

**Clm No 18936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

## *Claims Details*

611 of 3335

| Alvin Johnson | **Clm No 32663** | Filed In Cases: 140 | |
|---|---|---|---|
| 601 Fairlane St | Class | Claim Detail Amount | Final Allowed Amount |
| Starke, FL 32091 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alvin Adams | **Clm No 45851** | Filed In Cases: 140 | |
|---|---|---|---|
| 120 Davis Dr | Class | Claim Detail Amount | Final Allowed Amount |
| Milledgeville, GA 31061 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alvin Arnold | **Clm No 24711** | Filed In Cases: 140 | |
|---|---|---|---|
| 2738 Chesepeake Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hueytown, AL 35023 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**　　**Visit us on the Web at www.omnimgt.com**　　PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**　　E-mail: claimsmanager@omnimgt.com　　FAX: (818) 783-2737
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

### Claims Details

---

**Alvin B. Deem, Estate**
1017 34th Street
Vienna, WV 26105

**Clm No 53498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Baker**
2604 Broad Street
Chesapeake, VA 23324

**Clm No 2574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Barnett**
3525 Demetropolis Rd  Lot 24
Mobile, AL 36693

**Clm No 43773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    613 of 3335

---

**Alvin Beckom**
PO Box 190
Hardwick, GA 31034

**Clm No 51547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Blanton**
3530 Pin Oak Dr. Apt. E
Lorain, OH 44052

**Clm No 7746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Brown**
8800 Hwy 27 S
Blakely, GA 39823

**Clm No 50425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              614 of 3335

---

**Alvin Brown**                    **Clm No 66281**    Filed In Cases: 140
c/o Sandra Otto
9823 Rollinson Park Drive          Class          Claim Detail Amount        Final Allowed Amount
Spring, TX 77379
                                   UNS                $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alvin C. Rumbaugh, Estate**      **Clm No 53847**    Filed In Cases: 140
2490 Walnut Street
Hurricane, WV 25526                Class          Claim Detail Amount        Final Allowed Amount

                                   UNS                $10,000.00
                                                      $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Alvin Cameron**                  **Clm No 66556**    Filed In Cases: 140
135 18th Avenue East
Tuscaloosa, AL 35404               Class          Claim Detail Amount        Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                  615 of 3335

---

**ALVIN CARROLL MACCANN**              **Clm No 87820**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                       Class          Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                       UNS                 Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Alvin Cashman**                      **Clm No 18727**    Filed In Cases: 140
2602 Kenilworth Dr.
Saint Bernard, LA 70085                Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                   $1.00

                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALVIN CLARK**                        **Clm No 81697**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                    Class          Claim Detail Amount    Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                  UNS                 Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ALVIN COLEMAN**
920 SPRUCE
VIDOR TX 77662

**Clm No 36541**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Alvin Corbin**
929 Turner Rd NE
Rome, GA 31065

**Clm No 50553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Alvin Corson**
10937 E. Pueblo Avenue
Mesa, AZ 85208-3907

**Clm No 60920**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

### Claims Details

---

**ALVIN CORSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALVIN DAWSON**
c/o Colletta Dawson
705 N Plum Way
Willington, KS 67152

**Clm No 67349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Deadmon**
3408 Tryon Rd.
Longview, TX 75605

**Clm No 33339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

618 of 3335

---

**ALVIN DEARMAN**
39143 Bayou Pidgeon Rd.
Plaquemine, LA 70764

**Clm No 67372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN DOYLE**
2339 WEST MAIN
PRICHARD AL 36610

**Clm No 37144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Dugas**
649 Diplomat Street
Gretna, LA 70056

**Clm No 18851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                  619 of 3335

---

**Alvin Durning**

P.O. Box 197

Mt. Pleasant, AR 72561

**Clm No 51087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN EARL GRAY**

C/O EDWARD O. MOODY, PA

801 WEST 4TH ST.

LITTLE ROCK, AR 72201

**Clm No 88705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**ALVIN EDWARD WHITE**

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                      620 of 3335

---

**ALVIN EDWARDS**                          **Clm No 86482**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                  $1.00
                                                                $1.00

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Edwards**                          **Clm No 9836**       Filed In Cases: 140
405 Courtland Street
Elyria, OH 44035                           Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Ervin**                            **Clm No 21696**      Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                         Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

621 of 3335

---

**Alvin Eubank**
116 Jonadab Road
Yorktown, VA 23692

**Clm No 3712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Alvin Fennell**
1960 Doovy's Street
Avon, OH 44011

**Clm No 10068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN GAUTHIER**
3588 LAURIA ROAD
BAY CITY, MI 48706

**Clm No 405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    622 of 3335

---

**ALVIN GREENVILLE**              **Clm No 38039**    Filed In Cases: 140
412 WISTERIA STREET
LAKE JACKSON TX 77566           Class              Claim Detail Amount        Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALVIN GREENVILLE**              **Clm No 38040**    Filed In Cases: 140
412 WISTERIA
LAKE JACKSON TX 77566           Class              Claim Detail Amount        Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alvin Griffin**                 **Clm No 10819**    Filed In Cases: 140
2619 Collingwood
Toledo, OH 43610                Class              Claim Detail Amount        Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             623 of 3335

---

**ALVIN GUIDRY**                          **Clm No 38102**    Filed In Cases: 140
2222 5TH ST.
PORT NECHES TX 77651                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alvin Gulledge**                        **Clm No 51269**    Filed In Cases: 140
P.O. Box 458
Calhoun City, MS 38916                    Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alvin Harper**                          **Clm No 61956**    Filed In Cases: 140
12821 Plummmer Grant Road
Jacksonville, FL 32258                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Alvin Hawk**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 11224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ALVIN HIGGINS**
559 BAKER RD
SATSUMA AL 36572

**Clm No 38532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alvin Howell**
22 Holly Drive
Newport News,  VA 23601

**Clm No 4429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                          3/30/2018 5:48:22 PM

*Claims Details*                                                                        625 of 3335

---

| **Alvin Irvin** | | **Clm No 50834** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P. O. Box 13918 | | Class | Claim Detail Amount | Final Allowed Amount |
| Macon, GA 31208 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

| **Alvin James** | | **Clm No 69574** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Brenda Butler | | Class | Claim Detail Amount | Final Allowed Amount |
| 5312 4th Court East | | | | |
| Tuscaloosa, AL 35405 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

| **Alvin Johnson** | | **Clm No 19082** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 23984 Taylor Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Plaquemine, LA 70764 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alvin Johnson**
829 East Savoy Street
Lecanto, FL 34461

**Clm No 69751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Jones**
1212 1st Avenue North
Bessemer, AL 35020

**Clm No 23167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN JONES**
P.O. BOX 2141
PORT ARTHUR TX 77643

**Clm No 39084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Alvin Jr. Anderson**
908 Sunflower Drive
Laurel, MS 39440

**Clm No 50494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Kesler**
1881 Woodland Ave. Sw
Birmingham, AL 35211

**Clm No 70049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Kirkland**
1 Danmor Place
Dothan, AL 36303

**Clm No 45163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

628 of 3335

---

**Alvin Knight**
454 Taylor Roland Rd.
Dexter, GA 31019

**Clm No 49065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN L. ATKINSON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALVIN LANDRY**
9727 Park Heath Lane
Houston, TX 77088

**Clm No 70211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             629 of 3335

---

**Alvin Lane**                          **Clm No 33458**    Filed In Cases: 140
611 Cedar
Bonham, TX 75418                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALVIN LELEUX**                        **Clm No 39594**    Filed In Cases: 140
RT. 1, BOX 687
STARKS LA 70661                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALVIN LEON WOODWARD**                 **Clm No 87032**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ALVIN LEVINGSTON**
2428 Pointmere Drive
New Orleans, LA 70058

**Clm No 57031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Lindley**
c/o Terry M. Lindley
5568 So. Shades Crest Rd.
Bessemer, AL 35022

**Clm No 70415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Lindsey, II**
128 Mallard Creek Run
LaGrange, OH 44050

**Clm No 13056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                      631 of 3335

---

**Alvin Long**                          **Clm No 27947**    Filed In Cases: 140
509 Market St
Yorkville, OH 43971                      Class           Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Alvin Maddox**                        **Clm No 70576**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                       Class           Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                        UNS                  $1.00

                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Alvin Mariani**                       **Clm No 19220**    Filed In Cases: 140
411 Furman Drive
Kenner, LA 70065                        Class           Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              632 of 3335

---

**Alvin Mason**                           **Clm No 70712**    Filed In Cases: 140
410 12th Ave. N
Texas City, TX 77590                      Class           Claim Detail Amount    Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Alvin McMeans**                         **Clm No 23355**    Filed In Cases: 140
616 Castlewood Drive
Bessemer, AL 35020                         Class           Claim Detail Amount    Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Alvin Menesses**                        **Clm No 19268**    Filed In Cases: 140
2813 Debouchel Blvd
Meraux, LA 70075                           Class           Claim Detail Amount    Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                               633 of 3335

---

**ALVIN MILLER**                    **Clm No 624**      Filed In Cases: 140
6285 WAYNE ROAD
ROMULUS, MI 48174                   Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Alvin Mincy**                     **Clm No 23388**    Filed In Cases: 140
4401 Avenue M
Birmingham, AL 35208                Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alvin Morlan**                    **Clm No 24407**    Filed In Cases: 140
1422 S. Catlin Road
Rockville, IN 47872-9201            Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    634 of 3335

---

**Alvin Morrison**                    **Clm No 23417**    Filed In Cases: 140
3755 Cora Drive
Winston Salem, NC 27127              | Class | Claim Detail Amount | Final Allowed Amount |
                                     | --- | --- | --- |
                                     | UNS | $1.00 | |
                                     | | $1.00 | |

Date Filed             8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alvin Otis**                        **Clm No 45308**    Filed In Cases: 140
1024 Holmes
Canton, MS 39046                     | Class | Claim Detail Amount | Final Allowed Amount |
                                     | --- | --- | --- |
                                     | UNS | $1.00 | |
                                     | | $1.00 | |

Date Filed             8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alvin Pavkov**                      **Clm No 14757**    Filed In Cases: 140
561 E. Cassell Avenue
Barberton, OH 44203                  | Class | Claim Detail Amount | Final Allowed Amount |
                                     | --- | --- | --- |
                                     | UNS | $10,000.00 | |
                                     | | $10,000.00 | |

Date Filed             23-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

### Claims Details

**Alvin Perkins**                                    **Clm No 5454**    Filed In Cases: 140
1001 Hatton Street
Norfolk,  VA 23523

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alvin Pickle**                                    **Clm No 71892**    Filed In Cases: 140
C/o Elizabeth Pickle
572 Bevins Brookside Road
Brookside, AL 35036

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alvin Porr**                                    **Clm No 15020**    Filed In Cases: 140
421 W. Center St.
Smithville, OH 44677

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### *Claims Details*    636 of 3335

---

**ALVIN QUEEN, PERSONAL REPRESENTATIVE FOR**    **Clm No 81403**    Filed In Cases: 140

ROMELL QUEEN (DECEASED)

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Alvin R. Leary**    **Clm No 53616**    Filed In Cases: 140

130 Turner Hollow Rd.

Morgantown, WV 26501

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Raper**    **Clm No 15223**    Filed In Cases: 140

PO Box 192

Mechanicsville, IA 52306

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    637 of 3335

---

**ALVIN REGISTER**                    **Clm No 57829**    Filed In Cases: 140
10 Hummingbird Lane
Laurel, MS 39440          Class          Claim Detail Amount    Final Allowed Amount

                          UNS                $1.00
                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alvin Ridgell**                    **Clm No 23598**    Filed In Cases: 140
1292 Florence Road
Monticello, AR 71655       Class          Claim Detail Amount    Final Allowed Amount

                          UNS                $1.00
                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Alvin Rodgers**                    **Clm No 5765**    Filed In Cases: 140
1362 Lawson Cir.
Suffolk,  VA 23434         Class          Claim Detail Amount    Final Allowed Amount

                          UNS                $1.00
                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    638 of 3335

---

**ALVIN ROGERS**                    **Clm No 57916**    Filed In Cases: 140
c/o Porter & Malouf, PA
P.O. Box 12768              Class        Claim Detail Amount      Final Allowed Amount
Jackson, MS 39236
                           UNS          $10,000.00

                                        $10,000.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**ALVIN SCROGGS**                   **Clm No 41912**    Filed In Cases: 140
490 PARK STREET
BEAUMONT TX 77701          Class        Claim Detail Amount      Final Allowed Amount

                           UNS          $10,000.00

                                        $10,000.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Alvin Shumake**                   **Clm No 50001**    Filed In Cases: 140
7102 Clifford St
Lithonia, GA 30058         Class        Claim Detail Amount      Final Allowed Amount

                           UNS          $1.00

                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

639 of 3335

---

**ALVIN SILSBE**
296 WOODY CIRCLE
TRYON, NC 28782-6825

**Clm No 776**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ALVIN SKINNER**
P.O. BOX 74
TEXAS CITY TX 77592

**Clm No 42109**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Alvin Slagle**
2655 Sawgrass Crl. SE
Massillion, OH 44646

**Clm No 16339**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

640 of 3335

---

**Alvin Smith**
4361 Myhand St.
Addis, LA 70710

**Clm No 19517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Smith**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN SPOON**
P O BOX 541
Piedmont, AL 36272

**Clm No 58197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*

---

**Alvin Strong**                              **Clm No 51674**    Filed In Cases: 140
PO Box 492
St. Marys, GA 31558                           Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                 $1.00
                                                                  $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alvin T. Pifer**                            **Clm No 53925**    Filed In Cases: 140
310 Lamps Run
Murraysville, WV 26164                        Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                 $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alvin Thierry**                             **Clm No 19595**    Filed In Cases: 140
908 Philip Street
Opelousas, LA 70570                           Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                 $1.00
                                                                  $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

642 of 3335

| | Clm No 17209 | Filed In Cases: 140 | |
|---|---|---|---|
| **Alvin Thompson** | | | |
| c/o Bevan & Associates LPA, Inc. | Class | Claim Detail Amount | Final Allowed Amount |
| 6555 Dean Memorial Parkway | | | |
| Boston Heights, OH 44236 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 6346 | Filed In Cases: 140 | |
|---|---|---|---|
| **Alvin Thorogood** | | | |
| P.O. Box 1754 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23501 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 46470 | Filed In Cases: 140 | |
|---|---|---|---|
| **Alvin Walker** | | | |
| 1491 Washington Hwy | Class | Claim Detail Amount | Final Allowed Amount |
| Union Point, GA 30669-2802 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    643 of 3335

---

**ALVIN WATKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Alvin Watkins**
6512 Old Salem Road
Springfield, IL 62711

**Clm No 65048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Webb**
1113 3rd Ave.
Indianola, MS 38751

**Clm No 45638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              644 of 3335

---

**ALVIN WIERZOWIECKI**                    **Clm No 43315**    Filed In Cases: 140
1103 LILAC
LA MARQUE TX 77568                        Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alvin Wilganowski**                     **Clm No 22517**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                         Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed            7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ALVIN WILLIAMS**                        **Clm No 73842**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

645 of 3335

| **Alvin Williams, IS** | | **Clm No 65202** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4837 Raleigh Street, Apt. 2 | | Class | Claim Detail Amount | Final Allowed Amount |
| Orlando, FL 32811 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **ALVIN WILLIAMSON** | | **Clm No 43441** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1214 CARMIE STREET | | Class | Claim Detail Amount | Final Allowed Amount |
| ALVIN TX 77511 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Alvin Winslow** | | **Clm No 18240** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1868 N. Longview St. | | Class | Claim Detail Amount | Final Allowed Amount |
| Beavercreek, OH 45432 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

---

*Claims Details*    646 of 3335

---

**Alvin Wright**
4295 Cidermill Drive
Cincinnati, OH 45245

**Clm No 18355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Wyatt**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVINA JACOBS**
224 GRIFFITH DR.
ROCKPORT TX 78382

**Clm No 38875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 5:48:22 PM

*Claims Details*                                                                     647 of 3335

---

**ALVINA LEE PERKINS, PERSONAL REPRESENTATIVE FOR**

THOMAS E. PERKINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Alvis Anthony**

132 Annie Lane
Pleasant Grove, AL 35127

**Clm No 65605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIS BERRY**

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            648 of 3335

---

**ALVIS BULLOCK**                    **Clm No 36071**    Filed In Cases: 140
P.O. BOX 651
NEDERLAND TX 77627

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Alvis Matlock**                    **Clm No 13476**    Filed In Cases: 140
12309 Saint Johns Avenue
Cleveland, OH 44111

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Alvis Salmons**                    **Clm No 15823**    Filed In Cases: 140
2524 23rd Street
Cuyahoga Falls, OH 44223

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ALVIS TOLBERT**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 42745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**ALVIS WOOLRIDGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00  |

**Alvy Dawsey**
3568 Highway 27
Monticello, MS 39654

**Clm No 44038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    650 of 3335

---

**ALYNE WHITLEY**
800 HEIGHTS BLVD APT #22
HOUSTON TX 77007

**Clm No 43292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alzenia Reeves**
4215 Dutch Bayou Rd
Moss Point, MS 39562

**Clm No 48917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALZETTA BLAKES, PERSONAL REPRESENTATIVE FOR**
SAMUEL BLAKES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***          3/30/2018 5:48:22 PM

*Claims Details*                                                          651 of 3335

---

**ALZIE BROWN**                          **Clm No 88507**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Amado A Supnet**                       **Clm No 33091**     Filed In Cases: 140
1540 Via Hacienda
Bonita, CA  91902-4018                    Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Amado G Naanos**                       **Clm No 32864**     Filed In Cases: 140
417 Horizon View Drive
Chula Vista, CA 91910                     Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                        652 of 3335

---

**AMADO PADRON**                          **Clm No 75158**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Amado Padron**                          **Clm No 63619**    Filed In Cases: 140
141 Cole Road W
Jacksonville, FL 32218                    Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Amado Pena**                            **Clm No 14800**    Filed In Cases: 140
1611 West 28th Street
Lorain, OH 44052                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              653 of 3335

---

**Amado Vasquez**                    **Clm No 33626**    Filed In Cases: 140
3705 Decatur Avenue
Fort Worth, TX 76106                  Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**AMADOR GARCIA**                    **Clm No 37746**    Filed In Cases: 140
P.O. BOX 143
FREER TX 78357                       Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**AMADOR TERAN**                     **Clm No 42612**    Filed In Cases: 140
2000 CALIFORNIA
BAYTOWN TX 77520                     Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

654 of 3335

---

**AMADOR ZAPATA**
P.O. BOX 1726
FREER TX 78357

**Clm No 43700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMALIA KOLENKO**
36451 EDDY ROAD
WILLOUGHBY, OH 44094

**Clm No 545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-|-|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**AMANDA COLLIER**
6757 39TH STREET
GROVES TX 77619

**Clm No 36548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    655 of 3335

---

**AMANDA COWEN**                    **Clm No 36702**    Filed In Cases: 140
2587B HWY 47
BELEN NM 87002

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Amanda Hayward**                    **Clm No 1244**    Filed In Cases: 140
1065 University Ave. Apt. 8-B
Bronx, NY 10452

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**AMANDA JO HARRINGTON**                    **Clm No 38280**    Filed In Cases: 140
1115 NINETEENTH STREET
BEAUMONT TX 77706

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              656 of 3335

---

| **Amanda Jones** | **Clm No 27552** | Filed In Cases: 140 | |
| 135 Putnam Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Hamden, CT 06517 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **AMANDA JORDAN** | **Clm No 39133** | Filed In Cases: 140 | |
| 9134 RHETT LANE | Class | Claim Detail Amount | Final Allowed Amount |
| WEEKI WACHEE FL 34613 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **AMANDA LOFLIN** | **Clm No 39680** | Filed In Cases: 140 | |
| 604 NORTH 10TH STREET | Class | Claim Detail Amount | Final Allowed Amount |
| NEDERLAND TX 77627-2711 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

657 of 3335

---

**Amanda S. Boicourt**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMANDA THORNHILL**
POST OFFICE BOX 266
ESCATAWPA, MS 39552-

**Clm No 21311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMANDO GARZA**
PO DRAWER Y
PREMONT TX 78375

**Clm No 37779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                              658 of 3335

---

**AMANDO HERRERA**                    **Clm No 38504**    Filed In Cases: 140
P.O. BOX 484
AGUA DULCE TX 78330

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amaryllis Mimbs**                    **Clm No 51500**    Filed In Cases: 140
PO Box 137
Soperton, GA 30457

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMATULLAH BASHIR, PERSONAL**                    **Clm No 81072**    Filed In Cases: 140
**REPRESENTATIVE FOR**
JEROME TURNER ALLEN SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              659 of 3335

---

**Amber Jones**                              **Clm No 59448**    Filed In Cases: 140
6727 Ottawa Road
Cleveland, OH 44105                   Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Ambrose Devlin**                           **Clm No 61134**    Filed In Cases: 140
P.O. Box 124
San Mateo, FL 32187                  Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**AMBROSE DEVLIN**                           **Clm No 77871**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

*Claims Details*   660 of 3335

---

**AMBROSE DISORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Ambrose Disori**
414 East Spruce Street
Shamokin, PA 17872-

**Clm No 61174**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ambrose Hargress**
C/o Hertcile Hargress
2696 22nd Street
Tuscaloosa, AL 35401

**Clm No 68750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 661 of 3335

---

**Ambrose Layden**
1713 Belvidere Road
Belvidere, NC 27919

**Clm No 4850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ambrose Nichols**
1651 Hull Road
Sumiton, AL 35148

**Clm No 71441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMBUS EVANS**
4774 Blackjack Road
Starkville, MS 39759

**Clm No 67821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                          662 of 3335

---

**AMDREW NOVOSAD**                          **Clm No 75792**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                      Unknown

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Ameded A. Parisi**                        **Clm No 1351**    Filed In Cases: 140
18 Wycliffe Dr.
Manchester, NJ 08759                Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                        $1.00
                                                              $1.00

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amedius Hershberger**                     **Clm No 11401**    Filed In Cases: 140
3106 Rowland Ave. NE
Canton, OH 44714                    Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                        $1.00
                                                              $1.00

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                               663 of 3335

---

**Ameenah Lutfee**                    **Clm No 52728**    Filed In Cases: 140

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**Amelia Devoe**                    **Clm No 1114**    Filed In Cases: 140

2635 Harbins Mill Dr.

Dacula, GA 30019

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            14-Nov-2016

Bar Date

Claim Face Value      $1.00

---

**Amelia Marinelli**                    **Clm No 28057**    Filed In Cases: 140

7007 Clingan Rd

Poland, OH 44514

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    664 of 3335

---

**AMELIA PENA**
3506 LONE TREE ROAD
VICTORIA TX 77901

**Clm No 40942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**America L. Diamond**
6111 Rowland Avenue
Kansas City, KS 66104

**Clm No 1471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        17-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Americo Lepore**
56 Hammond Place
Woburn, MA 01801

**Clm No 62786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              665 of 3335

---

**Americo Pica**                          <u>**Clm No 63781**</u>    Filed In Cases: 140
476 South Street
Quincy, MA 02169-

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**AMERICO PICA**                          <u>**Clm No 75620**</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**AMERIGO BENEDETTI**                     <u>**Clm No 74336**</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              666 of 3335

---

**Amerigo Benedetti**                    **Clm No 60192**    Filed In Cases: 140
614 Northland
Pocatello, ID 83201                       Class            Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Amhed Tahir**                          **Clm No 17016**    Filed In Cases: 140
315 Schrop Ave.
Akron, OH 44312                           Class            Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Amhurst Brown**                        **Clm No 48089**    Filed In Cases: 140
301 W. Northside Dr. Federation Towers #117
Clinton, MS 39056                         Class            Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              667 of 3335

---

**Amidah Davis**                         <u>Clm No 59247</u>    Filed In Cases: 140
231 County Road 393
Maplesville, AL 36750

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Amie Durr**                            <u>Clm No 48155</u>    Filed In Cases: 140
3072 Spitchley Road
Hazlehurst, MS 39083

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Amil Roscoe**                          <u>Clm No 15656</u>    Filed In Cases: 140
4890 Route 46
Cortland, OH 44410

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             668 of 3335

---

**AMMA HENDRIX**                    **Clm No 56440**    Filed In Cases: 140
P. O. Box 17937
Natchez, MS 39121                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ammie Brown**                     **Clm No 51164**    Filed In Cases: 140
P.O. Box 282
Edwards, MS 39086                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Amon D. Merritt**                 **Clm No 46116**    Filed In Cases: 140
130 Pipkins Cemetery Road
Lucedale, MS 39452                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                669 of 3335

---

**Amos Broadnax**                    **Clm No 66243**    Filed In Cases: 140
P.o. Box 189
West Blockton, AL 35184              Class          Claim Detail Amount       Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Amos Caldwell**                     **Clm No 25790**    Filed In Cases: 140
54705 Clover Ridge
Powhatan Point, OH 43942             Class          Claim Detail Amount       Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Amos Coggins**                      **Clm No 60824**    Filed In Cases: 140
50 Southhampton Blvd
Auburndale, FL 33823                 Class          Claim Detail Amount       Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            670 of 3335

---

**AMOS COGGINS**                          **Clm No 77238**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Amos Coleman**                          **Clm No 60833**    Filed In Cases: 140
P.O. Box 412
Waukegan, IL 60085                        Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Amos Coots**                            **Clm No 8980**     Filed In Cases: 140
3784 MacNicholas Ave.
Cincinnati, OH 45236                       Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                671 of 3335

---

| Amos Curry | **Clm No 22826** | Filed In Cases: 140 | |
|---|---|---|---|
| 7295 England Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35224 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| AMOS ELLIS | **Clm No 55930** | Filed In Cases: 140 | |
|---|---|---|---|
| 6 Saint Joseph Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Laurel, MS 39443-6003 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Amos Evans | **Clm No 3717** | Filed In Cases: 140 | |
|---|---|---|---|
| 1235 Land Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23502 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

672 of 3335

---

**Amos Fountain**
2711 W. 38th Street
Lorain, OH 44053

**Clm No 10254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMOS GIBBS**
P. O. BOX 671
KINGSLAND GA 31548

**Clm No 37828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amos Greer**
26 County Road 106
Abbeville, MS 38601

**Clm No 23005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             673 of 3335

---

**Amos Haney**                    **Clm No 61928**   Filed In Cases: 140
2557 Stinson Road
Grayson, KY 41143                  Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**AMOS HANEY**                     **Clm No 77935**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Amos Heath**                     **Clm No 11288**   Filed In Cases: 140
12 Hill Point Street
Trotwood, OH 45426                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

*Claims Details*   674 of 3335

---

**Amos Holt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMOS HORTON**
3701 Mineral Avenue, SW
Birmingham, AL 35221

**Clm No 69250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amos Jackson**
46248 Butternut Ridge Road
Oberlin, OH 44074

**Clm No 11912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                            675 of 3335

---

**Amos Jennische**                          **Clm No 69643**      Filed In Cases: 140
c/o Ruth Jennische
4819 Otterbury Drive                 Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77039-4830               UNS                      $1.00

                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Amos Johnson**                            **Clm No 12087**      Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway           Class            Claim Detail Amount        Final Allowed Amount
Boston Heights, OH 44236             UNS                      $1.00

                                                             $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Amos Lawrence**                           **Clm No 12872**      Filed In Cases: 140
400 West North Street
Llma, OH 45801                        Class            Claim Detail Amount        Final Allowed Amount
                                     UNS                      $1.00

                                                             $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              676 of 3335

---

**AMOS MAYFIELD**                    **Clm No 86700**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                 UNS                 $1.00
                                                     $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Amos Miles**                       **Clm No 21907**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101               Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed            7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Amos Moore**                       **Clm No 23409**    Filed In Cases: 140
1017 Broad Street
Hueytown, AL 35023               Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/30/2018 5:48:22 PM

*Claims Details*                                                      677 of 3335

---

**Amos Odessa**                         **Clm No 71520**    Filed In Cases: 140
4324 Willard Avenue SW
Birmingham, AL 35221                     Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**AMOS OWENS**                          **Clm No 57571**    Filed In Cases: 140
0025 Arlee Barnes Lane
Taylorsville, MS 39168                  Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Amos Rembert**                        **Clm No 72236**    Filed In Cases: 140
C/o Amos Rembert Jr.
616 7th Avenue                          Class          Claim Detail Amount    Final Allowed Amount
Bessemer, AL 35020
                                        UNS                    $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    678 of 3335

---

**Amos Roberson**  
c/o Williams Kherkher  
8441 Gulf Fwy #600  
Houston, TX 77017

**Clm No 72334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amos Simmons**  
437 Jackson Street  
Gary, IN 46402

**Clm No 24565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amos Smith**  
12875 Lovett Rd.  
Baton Rouge, LA 70818

**Clm No 19518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**  
**5955 De Soto Ave., Suite 100**  
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**  
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**  
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    679 of 3335

---

**Amos Sutton**
223 Harvey Watkins Drive
Canton, MS 39046

**Clm No 47438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMOS W. TREADWELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**AMOS WALKER**
50062 Dan Taylor Road
Aberdeen, MS 39730

**Clm No 58528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             680 of 3335

---

**AMOS WELLS**                          **Clm No 73907**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class            Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Amos Wells**                          **Clm No 65089**    Filed In Cases: 140
4611 Charter Street
Zephyrhills, FL 33542-7860              Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                   $1.00

                                                              $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**AMOS WHITE**                          **Clm No 43280**    Filed In Cases: 140
P.O. BOX 1353
THEODORE AL 36590                       Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                   $1.00

                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

681 of 3335

---

**Amos Wilkerson**
P O Box 826
14029 NW 167th Place
Alachua, FL 32616

**Clm No 70**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 4-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMPARO R. ORNELAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**AMPARO SALAZAR, PERSONAL REPRESENTATIVE FOR**
ELOY SALAZAR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              682 of 3335

---

**AMPARO TABLAZON, PERSONAL REPRESENTATIVE FOR**                    **Clm No 80680**   Filed In Cases: 140

JOHNNY TABLAZON (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
ATTN: BRYN G LETSCH               | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Amy  Fanning**                                      **Clm No 19755**   Filed In Cases: 140

49 Woods Road

Ramsey, NJ 07446                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
                                  | UNS | $20,000.00 | |
                                  | | $20,000.00 | |

Date Filed              5-Dec-2016

Bar Date

Claim Face Value       $20,000.00

---

**AMY AMADAIR WILLIAMS, PERSONAL REPRESENTATIVE FOR**              **Clm No 80224**   Filed In Cases: 140

RAYMOND WILLIAMS (DECEASED)

C/O BRAYTON PURCELL, LLP          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
ATTN: BRYN G. LETSCH              | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

683 of 3335

---

**Amy Barnes**
37080 Highway T
Orrick, MO 64077

**Clm No 22608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMY BENJAMIN**
4524 GRIFFIN STREET
MOSS POINT, MS 39563-

**Clm No 20605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMY DIAMOND, PERSONAL REPRESENTATIVE FOR**
STANLEY RICHARD DIAMOND (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                                684 of 3335

---

**AMY H. SLAN**                           **Clm No 87011**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                          UNS                 $1.00
                                                              $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**AMY HIGGINS**                           **Clm No 83913**   Filed In Cases: 140
JAMES HIGGINS
C/O O'SHEA & REYES, LLC                    Class          Claim Detail Amount       Final Allowed Amount
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202         UNS              $10,000.00
DAVIE, FL 33328                                            $10,000.00

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Amy L. Huff**                           **Clm No 1254**    Filed In Cases: 140
24005 Pennock Rd.
Carthage, NY 13619                         Class          Claim Detail Amount       Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

685 of 3335

---

**Amy Leonard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amy Lizzette Patterson**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMY MAE CRAWFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    686 of 3335

---

**AMY MEINKE**                          **Clm No 40222**    Filed In Cases: 140

430 ANCHOR POINT DRIVE          Class            Claim Detail Amount        Final Allowed Amount

CURTICE OH 43412

                                UNS                    $1.00
                                                       $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value           $1.00

---

**AMY SHELTON-SALADIN, PERSONAL**       **Clm No 81051**    Filed In Cases: 140
**REPRESENTATIVE FOR**

ERNEST EARL SHELTON (DECEASED)      Class            Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE              UNS                  Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**ANA CALDERON, PERSONAL REPRESENTATIVE**   **Clm No 79695**    Filed In Cases: 140
**FOR**

CECILIO A. CALDERON (DECEASED)      Class            Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH             UNS                  Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                              687 of 3335

---

**Ana D'ulisse**                          **Clm No 2331**    Filed In Cases: 140
51 Zachary Dr.
Chalfont, PA 18914                        Class           Claim Detail Amount      Final Allowed Amount

                                          UNS                      $1.00
                                          ----------    ----------------------    ----------------------
                                                                   $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**ANA MARIA ARGANDAR, PERSONAL**          **Clm No 80278**    Filed In Cases: 140
**REPRESENTATIVE FOR**
JOHN C. ARGANDAR (DECEASED)               Class           Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      UNS                    Unknown
222 RUSH LANDING ROAD                     ----------    ----------------------    ----------------------
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**ANA MARIA CHAVEZ, PERSONAL**            **Clm No 80953**    Filed In Cases: 140
**REPRESENTATIVE FOR**
RAFAEL HUMBERTO CHAVEZ (DECEASED)         Class           Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      UNS                    Unknown
222 RUSH LANDING ROAD                     ----------    ----------------------    ----------------------
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    688 of 3335

---

**Ana Netaqua Watson**                                          **Clm No 53380**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                    Class          Claim Detail Amount        Final Allowed Amount
Novato, CA 94948                         UNS                  $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anamie Lim Anchando**                                        **Clm No 51877**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                    Class          Claim Detail Amount        Final Allowed Amount
Novato, CA 94948                         UNS                  $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ananias Richardson**                                         **Clm No 72285**    Filed In Cases: 140
c/o Kimberly Richardson
179 Creekview Drive                      Class          Claim Detail Amount        Final Allowed Amount
Pensacola, FL 32503                      UNS                  $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*

---

**ANARBOL AMEZCUA**
1509 MASSEY THOMPKINS
BAYTOWN TX 77521

**Clm No 35280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anastacia Rodriguez**
3811 Harvard Drive
Lorain, OH 44055

**Clm No 15587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anastacio  Serpa**
P.O. Box 65
Punta Santiago, PR 00741-0065

**Clm No 33054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

690 of 3335

| Anastasia Amundsen | **Clm No 51875** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Brayton Purcell | Class | Claim Detail Amount | Final Allowed Amount |
| 222 Rush Landing Road | | | |
| Novato, CA 94948 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ANASTASIA OLIVER | **Clm No 40755** | Filed In Cases: 140 | |
|---|---|---|---|
| 8030 WILCOX LANE | Class | Claim Detail Amount | Final Allowed Amount |
| BEAUMONT TX 77706 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ANASTASIOS IOAKIMIDIS | **Clm No 74615** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    691 of 3335

---

**Anastasios Ioakimidis**                    **Clm No 62263**    Filed In Cases: 140

1300 Mackinaw Place

Schererville, IN 46375

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Ancil Crothers**                    **Clm No 9147**    Filed In Cases: 140

3609 County Highway 10

Adena, OH 43901

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**ANCIL E. ROARK JR.**                    **Clm No 81333**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 692 of 3335

---

**Ancil Knight**                          **Clm No 27708**    Filed In Cases: 140

578 Gum Run Rd                            Class         Claim Detail Amount    Final Allowed Amount

Pensboro, WV 26415
                                          UNS                  $1.00
                                          _____
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANDERSON BROWN**                        **Clm No 66300**    Filed In Cases: 140

c/o Fannie Brown                          Class         Claim Detail Amount    Final Allowed Amount

1319 22nd Avenue N.
                                          UNS                  $1.00
Bessemer, AL 35020-3952                   _____
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Anderson Cheffin**                      **Clm No 18743**    Filed In Cases: 140

3212 Gordon Ave                           Class         Claim Detail Amount    Final Allowed Amount

Monroe, LA 71202
                                          UNS                  $1.00
                                          _____
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

693 of 3335

---

**ANDERSON COLEMAN**
2255 PIERCE
BEAUMONT TX 77703

**Clm No 36539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anderson Evans**
1217 Watson Road
Deerfield, OH 44411

**Clm No 9939**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDERSON GIBBS, PERSONAL REPRESENTATIVE FOR**
SYLVESTER NORWOOD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      694 of 3335

---

**Anderson Gooden**                 **Clm No 68394**    Filed In Cases: 140
C/o Anderson Gooden, Jr.
10592 County Road 33               Class          Claim Detail Amount      Final Allowed Amount
Wedowee, AL 36278
                                   UNS                 $1.00
                                                       $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANDERSON JONES**                  **Clm No 39111**    Filed In Cases: 140
355 CARRIAGE TRACE
ROSWELL GA 30076                   Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANDERSON JONES**                  **Clm No 69890**    Filed In Cases: 140
c/o Anderson Jones, Jr.
1444 Hendricks Dr.                 Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35214
                                   UNS                 $1.00
                                                       $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                695 of 3335

---

**Anderson King**                        **Clm No 33451**    Filed In Cases: 140
1972 SH 155S
Gilmer, TX 75645                          Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anderson Mann**                        **Clm No 47323**    Filed In Cases: 140
2138 Lawrence Hazel Rd
Lawrence, MS 39336                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anderson Tines**                       **Clm No 19608**    Filed In Cases: 140
61684 Spruce Dr.
Pearl River, LA 70452                     Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

696 of 3335

---

**Andra Parker**
817 Ridge Court
Dixon, IL 61021-1851

**Clm No 24446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANDRAE WYATT**
102 Utopia Drive
Port Gibson, MS 39150

**Clm No 58830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANDRE A. BURR, PERSONAL REPRESENTATIVE FOR**
GERALD BURR SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                                    697 of 3335

---

**ANDRE ALLEN**                          **Clm No 192**      Filed In Cases: 140
10197 SUNRISE DRIVE
GRAND BLANC, MI 48439                     Class          Claim Detail Amount      Final Allowed Amount

UNS                 $1.00

$1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Andre Brandon**                        **Clm No 46395**    Filed In Cases: 140
144 George Bennett Road
Lucedale, MS 39452                        Class          Claim Detail Amount      Final Allowed Amount

UNS                 $1.00

$1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Andre D. Butler**                      **Clm No 1448**     Filed In Cases: 140
202 Haynes Drive
Pine Bluffs, AR 71603                     Class          Claim Detail Amount      Final Allowed Amount

UNS               $10,000.00

$10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

698 of 3335

---

**Andre L. Copeland**
908 Lincoln Street
Portsmouth, VA 23704

**Clm No 3303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andre Lacombe**
635 Rue Paul Doyon, Unit 31
Boucherville, Quebec J4B 0A8

**Clm No 1524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDRE LANDRUM**
P. O. BOX 1107
ELMORE, AL 36025-

**Clm No 20991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details                                                                    699 of 3335

---

**Andre Lewis**                    **Clm No 4884**    Filed In Cases: 140
210 Salter Ct.
Smithfield,  VA 23430              Class         Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                   ───────   ──────────────────   ──────────────────
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANDRE MONTEIRO**                 **Clm No 76189**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class         Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                  Unknown
                                   ───────   ──────────────────   ──────────────────

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ANDRE MOSLEY, PERSONAL REPRESENTATIVE
FOR**                              **Clm No 80136**   Filed In Cases: 140
ALTHA J. PAGE (DECEASED)
C/O BRAYTON PURCELL, LLP           Class         Claim Detail Amount      Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD              UNS                  Unknown
NOVATO, CA 94928-6169              ───────   ──────────────────   ──────────────────

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

## Claims Details

**ANDRE POUNDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Andre Pounds**
1638 Boston Post Road
Darien, CT 06820-

**Clm No 63861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andre Seward**
500 E. Brambleton Ave.
Norfolk, VA 23510

**Clm No 34145**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**       E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Andre Spikes**
4651 Refugee Road, Apartment 2D
Columbus, OH 43232

**Clm No 23739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrea Brown**
1548 Alden Ln
Greenville, MS 38703

**Clm No 46559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREA CHILDERS**
19418 WATER POINT TRAIL
HUMBLE TX 77346-1350

**Clm No 36417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                                 702 of 3335

---

**Andrea Dew**                          **Clm No 9500**    Filed In Cases: 140
715 Bellevue Avenue
Akron, OH 44307               Class          Claim Detail Amount    Final Allowed Amount

                             UNS                  $1.00
                                                  $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Andrea Driscoll-Bruley**              **Clm No 24121**    Filed In Cases: 140
3250 Village Ln
Plover, WI 54467             Class          Claim Detail Amount    Final Allowed Amount

                             UNS                  $1.00
                                                  $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ANDREA GIRTON, PERSONAL REPRESENTATIVE**   **Clm No 81067**    Filed In Cases: 140
**FOR**
LEONARD GIRTON SR. (DECEASED)
C/O BRAYTON PURCELL, LLP      Class          Claim Detail Amount    Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD         UNS                Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

---

**ANDREA INNOCENTI, PERSONAL REPRESENTATIVE FOR**

**Clm No 79351**    Filed In Cases: 140

ROMEO PETRINI (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: CURT HENNECKE

| UNS | Unknown | |
|-----|---------|--|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Andrea Josephine Gustafson**

**Clm No 52417**    Filed In Cases: 140

c/o Brayton Purcell

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

222 Rush Landing Road

Novato, CA 94948

| UNS | $1.00 | |
|-----|-------|--|
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREA L. EDWARDS, PERSONAL REPRESENTATIVE FOR**

**Clm No 80269**    Filed In Cases: 140

LESLIE S. EDWARDS (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|

ATTN: BRYN G. LETSCH

| UNS | Unknown | |
|-----|---------|--|

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              704 of 3335

---

**ANDREA LEE ANN MCCLAIN, PERSONAL REPRESENTATIVE FOR**

WILLIAM MCCLAIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80289**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANDREA PIEPENHAGEN**

10275 DUNCAN ROAD

BEAUMONT TX 77713

**Clm No 41072**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREA RENEE JOHNSON, PERSONAL REPRESENTATIVE FOR**

JOHN W. JORDAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79244**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    705 of 3335

---

**Andrea Rice**                          **Clm No 28908**    Filed In Cases: 140
4073 Trinity Station
Vanceburg, KY 41179                      Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ANDREA TIGAR, PERSONAL REPRESENTATIVE FOR**    **Clm No 79743**    Filed In Cases: 140

MILTON J. TIGAR (DECEASED)
C/O BRAYTON PURCELL, LLP                 Class            Claim Detail Amount    Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD                    UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Andrea Turner**                        **Clm No 17411**    Filed In Cases: 140
1330 Vale Drive Apt E
Copley, OH 44321                         Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                 706 of 3335

---

**Andrea Vigorito**                      **Clm No 17561**    Filed In Cases: 140
2868 Tibbetts Wick Road
Girard, OH 44420                         Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Andreas Costi**                        **Clm No 9030**     Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway               Class              Claim Detail Amount    Final Allowed Amount
Boston Heights, OH 44236
                                         UNS                      $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Andreau Johnson**                      **Clm No 4567**     Filed In Cases: 140
400 Prince Michael Ct.
Chesapeake,  VA 23320                     Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Andres Espinoza**
P. O. Box 220
San Diego, TX 78384

**Clm No 67774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andres Garcia**
1519 W. 23rd St.
Lorain, OH 44052

**Clm No 10430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDRES LARA**
2926 SOKOL DR
CORPUS CHRISTI TX 78415

**Clm No 39459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

**Andres Luis**                          **Clm No 70540**    Filed In Cases: 140
406 Villa Dr
Corpus Christi, TX 78408

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ANDRES MENDOZA**                       **Clm No 40241**    Filed In Cases: 140
P.O. BOX 3678
BAYTOWN TX 77522

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Andres Rivera**                        **Clm No 15488**    Filed In Cases: 140
216 Cooper Foster Park Road
Lorain, OH 44053

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                          709 of 3335

---

**ANDRETTA MAYFIELD, PERSONAL REPRESENTATIVE FOR**

ROY PRYOR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Andrew  Banko, Jr.**

2007 Goff Avenue
Clarksburg, WV 26301

**Clm No 53746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew  Cairns**

1150 Villa Way
Arcata, CA  95521

**Clm No 32337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

710 of 3335

---

**Andrew Capasso**
106 A Grove Street
New Milford, CT 06776

**Clm No 22740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Griffiths**
3822 Bowers Ave.
Baltimore, MD  21207

**Clm No 32592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew  Williams**
128 Tammy Drive
La Place, LA 70068

**Clm No 19689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    711 of 3335

---

**Andrew Adams**
c/o Ms. Martina A. Jones
P.O. Box 610765
Birmingham, AL 35217

**Clm No 65423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Alexandrovich**
3617 N. Standard
Spokane, WA 99207-0000

**Clm No 59910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW ALEXANDROVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Andrew Amodio, Jr.**

430 Center Street E

Warren, OH 44481

**Clm No 7088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW BARNES**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Andrew Barnes**

1633 Cox Street

Southport, FL 32409-1437

**Clm No 60083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              713 of 3335

---

**Andrew Belgard**                     **Clm No 33255**    Filed In Cases: 140
PO Box 366
Glenmora, LA 71433                     Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Andrew Bencze**                      **Clm No 60191**    Filed In Cases: 140
2508 Swanson Road
Portage, IN 46368                      Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANDREW BENCZE**                      **Clm No 74335**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

### *Claims Details*

714 of 3335

| | | |
|---|---|---|
| **Andrew Blalock** | **Clm No 45825** | Filed In Cases: 140 |
| 1189 Tower Road | | |
| Ellisville, MS 39437 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Andrew Blazewicz** | **Clm No 7753** | Filed In Cases: 140 |
| 963 Pinnacle Club Dr. | | |
| Grove City, OH 43123 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **ANDREW BLOUGH** | **Clm No 237** | Filed In Cases: 140 |
| 10960 TRINKLE ROAD | | |
| DEXTER, MI 48130 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

715 of 3335

---

**ANDREW BOCHI**
2117 CONSAUL STREET
TOLEDO OH 43605

**Clm No 35730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Bonner**
147 Irby St SW
Milledgeville, GA 31061

**Clm No 46440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Bourgeois**
117 St. Anne Street
Schriever, LA 70395

**Clm No 33273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              716 of 3335

---

**Andrew Bragg**                    **Clm No 66183**    Filed In Cases: 140
2901 19th Street North
Birmingham, AL 35207                 Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Andrew Brown**                    **Clm No 43850**    Filed In Cases: 140
520 Bowmar Avenue
Vicksburg, MS 39180                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANDREW BURTON**                   **Clm No 55412**    Filed In Cases: 140
P. O. Box 288
Shaw, MS 38773                       Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    717 of 3335

---

**Andrew C Mack**    **Clm No 32758**    Filed In Cases: 140
630 Crystal Ave
Chesapeake, VA  23324

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Andrew C Warner**    **Clm No 33161**    Filed In Cases: 140
206 No. 100th St.
Seattle, WA  98133

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Andrew C. Impagliazzo**    **Clm No 1482**    Filed In Cases: 140
635 W 42nd. St. Apt. 38-E
New York, NY 10036

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

718 of 3335

---

**Andrew Callaway**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW CANNON**
P.O. BOX 185
PORT ARANSAS TX 78373

**Clm No 36223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Carpenter**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

**ANDREW CARRIER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Andrew Carter**
1032 Natalie Lane
Warrenville, SC 29851

**Clm No 45336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW CHAMBERS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

720 of 3335

---

**Andrew Chavers**
119 17th St
Clarksdale, MS 38614

**Clm No 45826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Chisolm**
600 Travillion Dr.
Hattiesburg, MS 39401

**Clm No 49639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Christian**
3732 Juniper Lane
Virginia Beach, VA 23456

**Clm No 3200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              721 of 3335

---

**Andrew Cicero**                     **Clm No 66807**    Filed In Cases: 140
3923 E. 6Th Street
Tuscaloosa, AL 35404                  Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANDREW CLARK, III**                 **Clm No 77261**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800           UNS                Unknown
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANDREW CLOUGH**                     **Clm No 34413**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                        Class          Claim Detail Amount    Final Allowed Amount
BEAUMONT, TX 77701                   UNS                $1.00
                                                         $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              722 of 3335

---

**ANDREW COLLINS**                      **Clm No 55605**    Filed In Cases: 140

P.O. BOX 1262                           Class         Claim Detail Amount    Final Allowed Amount
Laurel, MS 39440
                                        UNS                $1.00

                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Andrew Consolvo**                     **Clm No 3283**     Filed In Cases: 140

1326 Laurel Ridge Lane                  Class         Claim Detail Amount    Final Allowed Amount
Chesapeake, VA 23322
                                        UNS               $1,250.00

                                                          $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**ANDREW CORMIER**                      **Clm No 36672**    Filed In Cases: 140

8503 W HIGHLANDS CROSSING               Class         Claim Detail Amount    Final Allowed Amount
HIGHLANDS TX 77562
                                        UNS                $1.00

                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Andrew Crudup**
6778 Morton-Marathon Road
Pulaski, MS 39152

**Clm No 44000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW D. FERRARI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Andrew Davis**
3982 Powell Rd. #47
Powell, OH 43065

**Clm No 9305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Andrew Davis**
4145 Plaza St.
Jackson, MS 39206

**Clm No 48879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew DeAngelo**
c/o Andrew J DeAngelo
Whitehall, PA 18052

**Clm No 26300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Dolich**
2717 Stonefield Drive
Fultondale, AL 33068-1355

**Clm No 61194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**ANDREW DOLICH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 78212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Andrew Douglas**

929 Wabash Avenue

Youngstown, OH 44502

**Clm No 9658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW DUNNAM**

C/O BRENT COON & ASSOCIATES

215 ORLEANS ST

BEAUMONT, TX 77701

**Clm No 34478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

726 of 3335

---

**ANDREW E. CREAR**
4701 GENERAL MACARTHUR ST.
MOSS POINT, MS 39563

**Clm No 20706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew E. Smith, Estate**
747 Bays Dr.
Charleston, WV 25306

**Clm No 59010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW EDISON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANDREW FEICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74674**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Andrew Feick**
3602 Lansing Way
Erie, PA 16506

**Clm No 61387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Ferguson**
1165 White Oak Loop
Minden, NV 89423

**Clm No 67896**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Andrew Fields**
C/o Mrs. Pearlie T. Fields
113 Miles Avenue
Birmingham, AL 35214

**Clm No 67913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Finkley**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 10117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW FONT**
7801 JEFFERY LANE
ORANGE TX 77632

**Clm No 37533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**ANDREW FONT**
7801 JEFFREY LN
ORANGE TX 77632

**Clm No 37534**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Freeman**
609 3Rd Street Sw
Birmingham, AL 35211

**Clm No 68085**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Gainer**
P.O. Box 446
528 Williamsberg Road
Wewahitchka, FL 32465-

**Clm No 61581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             730 of 3335

---

**ANDREW GAINER**                    **Clm No 77736**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount     Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                  Unknown
MIAMI, FL 33131

| | | |
|---|---|---|

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Andrew Gallagher**                 **Clm No 3878**    Filed In Cases: 140
1131 Plantation Lakes Circle
Chesapeake,  VA 23320-8107           Class          Claim Detail Amount     Final Allowed Amount
                                     UNS                  $1.00
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Andrew Gasper**                    **Clm No 10481**    Filed In Cases: 140
2972 Heron Dr.
Mogadore, OH 44260-9798             Class          Claim Detail Amount     Final Allowed Amount
                                     UNS                  $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Andrew Giddens**
958 Wolcott Ave.
Norfolk,  VA 23513

**Clm No 3945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Graham**
8651 Old Orchard Road SE
Warren, OH 44484

**Clm No 10720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW GRAY**
12328 ROSEMARY
DETROIT, MI 48213

**Clm No 422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Andrew Green**
61 Coke Avenue
Tuscaloosa, AL 35404

**Clm No 68487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Hearne**
37 Delmore Street
Springfield, MA 01109

**Clm No 2113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW HILL**
20617 WILLIAMSBURG COURT
HARPER WOODS, MI 48225

**Clm No 479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    733 of 3335

---

**ANDREW HINES, JR.**    **Clm No 56493**    Filed In Cases: 140
209-16th Ave SW
Birmingham, AL 35211

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Holloway**    **Clm No 4381**    Filed In Cases: 140
3309 Dominion Ave.
Norfolk, VA 23518

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Homyak**    **Clm No 27319**    Filed In Cases: 140
437 W Bowmans Rd
Lehighton, PA 18235

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ANDREW HOWARD**
2320 LOURDES CIRCLE
MOBILE AL 36617

**Clm No 38694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANDREW HOWARD**
14590 Bowling Green Rd.
Durant, MS 39063

**Clm No 56568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Andrew Hugate**
c/o Edward Hugate
183 North River Road
Bohannon, VA 23021

**Clm No 4442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                  735 of 3335

---

**ANDREW HYDUKE**                **Clm No 498**          Filed In Cases: 140
6510 COLERIDGE ROAD
CONCORD TOWNSHIP, OH 44077       Class              Claim Detail Amount       Final Allowed Amount

                                 UNS                    $10,000.00
                                                        $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Andrew Ivey**                  **Clm No 49671**        Filed In Cases: 140
6059 Hebrew Road
Donalsonville, GA 31745          Class              Claim Detail Amount       Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Andrew J Brown Jr.**           **Clm No 32314**        Filed In Cases: 140
221 Leaf Ave.
Central Islip, NY  11722         Class              Claim Detail Amount       Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

736 of 3335

| | Clm No 9449 | Filed In Cases: 140 | |
|---|---|---|---|
| **Andrew J Demyan** | Class | Claim Detail Amount | Final Allowed Amount |
| 1805 W 40th Street | | | |
| Lorain, OH 44053 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 8990 | Filed In Cases: 140 | |
|---|---|---|---|
| **Andrew J. Copley** | Class | Claim Detail Amount | Final Allowed Amount |
| 150 Chris Drive  Apt 219 | | | |
| Englewood, OH 45322 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 53902 | Filed In Cases: 140 | |
|---|---|---|---|
| **Andrew J. Glass** | Class | Claim Detail Amount | Final Allowed Amount |
| 301 Bridge Avenue | | | |
| Clarksburg, WV 26301 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANDREW JACKSON**

P. O. Box 1155

Fayette, MS 39069

**Clm No 56643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW JENKINS**

850 C.R. 12

Bay Springs, MS 39422

**Clm No 56689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Jenneve**

442 22nd Street

Niagara Falls, NY 14303

**Clm No 59431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              738 of 3335

---

**Andrew Johnson**                      **Clm No 44363**    Filed In Cases: 140
PO Box 122
Hermanville, MS 39086                    Class              Claim Detail Amount    Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ANDREW JOHNSON**                      **Clm No 39031**    Filed In Cases: 140
3914 S. EL SUSAN AVENUE
SPRINGFIELD MO 65807-5729               Class              Claim Detail Amount    Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Andrew Johnson**                      **Clm No 69748**    Filed In Cases: 140
c/o Arthur Shores Lee, Esq.
416 16th Street North                   Class              Claim Detail Amount    Final Allowed Amount
Birmingham, AL 35203
                                        UNS                      $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                   739 of 3335

---

**ANDREW JOHNSON**                    **Clm No 38995**   Filed In Cases: 140
1217 BUFFALO
JOLIET IL 60433                        Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                            ------              ------
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ANDREW JONES**                      **Clm No 74147**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                  Unknown
MIAMI, FL 33131                                            ------              ------

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Andrew Jones**                      **Clm No 62393**   Filed In Cases: 140
2741 Jackson Street
Gary, IN 46407-4046                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                            ------              ------
                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              740 of 3335

---

**ANDREW KELLY**                          <u>Clm No 85072</u>    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                    $1.00
                                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ANDREW KEYS**                            <u>Clm No 56886</u>    Filed In Cases: 140
58 AUDREY KEYS DRIVE
Collins, MS 39428                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Andrew Klimchuck**                       <u>Clm No 62568</u>    Filed In Cases: 140
189 Martha Terr.
Portsmouth, NH 03801-6037                  Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                        741 of 3335

---

| **Andrew Kopas, Sr.** | **Clm No 12649** | Filed In Cases: 140 | |
| 1758 Palm Springs St | | | |
| Sarasota, FL 34234 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Andrew Kubacko** | **Clm No 12739** | Filed In Cases: 140 | |
| 3214 Linwood Drive NW | | | |
| Warren, OH 44485 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Andrew Kuzak** | **Clm No 12772** | Filed In Cases: 140 | |
| 48070 Cooper Foster Rd. | | | |
| Amherst, OH 44001 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Andrew L Harris**
1332 Prospect Circle NE
Palm Bay, FL  32907

**Clm No 32609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Andrew LaMotte**
69261 Old Cadiz Rd
Bridgeport, OH 43917

**Clm No 27793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**ANDREW LAND**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

743 of 3335

---

**Andrew Landrum**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 12828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW LANDRY**
6502 BRIAR GLADE
HOUSTON TX 77072

**Clm No 39417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Lane**
10513 Lee Settlement Rd
Folsom, LA 70437

**Clm No 19159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    744 of 3335

---

**Andrew Leach Jr.**
PO Box 608886
Cleveland, OH 44108

**Clm No 12907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Lee**
875 Palmyra Rd. SW
Warren, OH 44485

**Clm No 12918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW LEE PREE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

745 of 3335

---

**ANDREW LEE TISDON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Andrew Lerma**
8825 Branton Avenue
Highland, IN 46322

**Clm No 24335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Lewis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Andrew Lindsay**
3641 Ferdinand Road
Youngstown, OH 44511

**Clm No 13050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Liptak**
136 Changebridge Rd. Condo N2
Montville, NJ 07045

**Clm No 62828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Little**
1212 16th St. S.w.
Birmingham, AL 35211

**Clm No 70432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    747 of 3335

---

| Andrew Lute | **Clm No 13230** | Filed In Cases: 140 | |
| 306 Westwoods | | | |
| Amherst, OH 44001 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| ANDREW LYNCH | **Clm No 74430** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| Andrew Marcus | **Clm No 70635** | Filed In Cases: 140 | |
| c/o Steve Marcus | | | |
| 6975 Orkney Ave N. | Class | Claim Detail Amount | Final Allowed Amount |
| Kenneth City, Fl 33709 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                                748 of 3335

---

**ANDREW MARTIN**                    **Clm No 57169**    Filed In Cases: 140

414 Hwy 529                          | Class | Claim Detail Amount | Final Allowed Amount |
Taylorsville, MS 39168               | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANDREW MAZUREK**                   **Clm No 52788**    Filed In Cases: 140

c/o Brayton Purcell                  | Class | Claim Detail Amount | Final Allowed Amount |
222 Rush Landing Road                | UNS   | $1.00               |                      |
Novato, CA 94948                     |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Andrew McCorison**                 **Clm No 20061**    Filed In Cases: 140

123 Petersen Road                    | Class | Claim Detail Amount | Final Allowed Amount |
Granby, CT 06035                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/30/2018 5:48:22 PM

*Claims Details*                                                                            749 of 3335

---

**ANDREW MCCRORY**                    **Clm No 40100**    Filed In Cases: 140
1250 VENTURA CT.
MOBILE AL 36608              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**ANDREW MCINTYRE**                   **Clm No 70916**    Filed In Cases: 140
c/o Emma McIntyre
P.O. Box 320324            | Class | Claim Detail Amount | Final Allowed Amount |
Birmingham, AL 35232       |-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**ANDREW MCMILLIN**                   **Clm No 57320**    Filed In Cases: 140
106 Grey Oaks Drive
Vicksburg, MS 39180        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    750 of 3335

---

**Andrew Miklos**                          **Clm No 13887**    Filed In Cases: 140

526 Trails End                             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
Wadsworth, OH 44281                        | UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Millerden**                       **Clm No 71082**    Filed In Cases: 140

C/o Mary Millerden                         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
3506 22nd Street                           | UNS   | $1.00               |                      |
Tuscaloosa, AL 35401                       |       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW MILTON - 2452**                   **Clm No 73598**    Filed In Cases: 140

C/O MOTLEY RICE, LLC.                       | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: JOSEPH F. RICE                        |-------|---------------------|----------------------|
28 BRIDGESIDE BOULEVARD                     | UNS   | Unknown             |                      |
MOUNT PLEASANT, SC 29464

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                                    751 of 3335

---

**ANDREW MITCHELL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 76221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Andrew Mitchell**

659 Fleming Boulevard

Rensselaer, IN 47978-0000

**Clm No 63278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Mooney**

3130 Washington Avenue

Lorain, OH 44052

**Clm No 14082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

752 of 3335

---

**ANDREW MORGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW MOSES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Andrew Moses**
1070 W. Wallula Avenue
Walla Walla, WA 99362-8164

**Clm No 63374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

753 of 3335

---

**Andrew Newsom**
9230 North Rainelle Avenue
Crystal River, FL 34428-7057

**Clm No 63479**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Novosad**
652 West 275 South
Blackfoot, ID 83221

**Clm No 63521**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW O. LEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84912**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**Andrew Oechsler**
601 Elmwood Road
Baltimore, MD 21206

**Clm No 5351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW P. CARRILLO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANDREW PARKER**
11155 North Bayou View Drive
Gonzales, LA 70737

**Clm No 71679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

755 of 3335

---

**Andrew Pate**
408 31st Ave., East
Tuscaloosa, AL 35404

**Clm No 71712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANDREW PATRICK, PERSONAL REPRESENTATIVE FOR**
MILLIE NEVILLE PATRICK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ANDREW PEGUES**
50 RIVERVIEW DRIVE
MT. CLEMENS, MI 48043

**Clm No 681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

### Claims Details                                                                     756 of 3335

---

**ANDREW PENNINGTON**                      **Clm No 75662**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount      Final Allowed Amount

600 BRICKELL AVE, STE 3800         UNS                    Unknown

MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Andrew Pennington**                      **Clm No 63726**    Filed In Cases: 140

4070 Elwood Road

Palmdale, CA 93552-0000            Class              Claim Detail Amount      Final Allowed Amount

                                   UNS                      $1.00

                                                            $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Petrick**                         **Clm No 14871**    Filed In Cases: 140

2905 Linda Drive

Warren, OH 44485                   Class              Claim Detail Amount      Final Allowed Amount

                                   UNS                      $1.00

                                                            $1.00

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Andrew Phenix, Jr.**
4446 Merry Lane
Toledo, OH 43615

**Clm No 14897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Plafcan**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Prachar**
2000 Carrington Dr.
Raleigh, NC 27615

**Clm No 15067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**ANDREW PRICE**
12027 STRASBURG
DETROIT, MI 48205

**Clm No 704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Puopolo**
130 Endicogg Street Apt 302
Boston, MA 02113

**Clm No 63906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew R. Segedi**
c/o Michael B. Serling, PC
Attn: Eric B. Abramson
280 N. Old Woodward Ave, Ste 406
Birmingham, MI 48009

**Clm No 78548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Andrew Rabbeth**
3317 Summerfield Dr
Louisville, KY 40220

**Clm No 28819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Rakes**
713 River Bend Rd
Ranger, WV 25557

**Clm No 28830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW RAMIREZ**
5680 ERIE
BEAUMONT TX 77705

**Clm No 41297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              760 of 3335

---

**Andrew Redmond**                   **Clm No 15267**    Filed In Cases: 140
PO Box 304
Youngstown, OH 44501              Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Andrew Rendon**                    **Clm No 19438**    Filed In Cases: 140
3939 Victoria Dr. Trlr 18
Baton Rouge, LA 70812            Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed               1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Andrew Riise**                     **Clm No 15442**    Filed In Cases: 140
6963 Nathaniel Drive
Shreve, OH 44646                 Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

### Claims Details

**Andrew Rohn**
5869 S. Arlington Rd.
Clinton, OH 44216

**Clm No 15621**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Romo**
3035 West Roosevelt
Phoenix, AZ 85009

**Clm No 64115**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Royster**
16 Varin Way
Bessemer, AL 35020

**Clm No 72523**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    762 of 3335

---

**Andrew Russo**
16825 Benedict Drive
Middleburg Hts, OH 44130

**Clm No 15773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Saranko**
9550 Edison Road
Lithia, FL 33547

**Clm No 64230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW SARANKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Andrew Scalamonti**
403 Grassy Island Avenue
Jessup, PA 18434-1087

**Clm No 64245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Scarborough**
1418 Hwy 199 South
East Dublin, GA 31027

**Clm No 46348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW SEGEDI**
2208 REGINA AVE.
Lincoln Park, MI 48146

**Clm No 59064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                                764 of 3335

---

**Andrew Selensky**                       **Clm No 64320**   Filed In Cases: 140
1524 Shoemaker Avenue
West Wyoming, PA 18644                     Class           Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ANDREW SIKOROWICZ**                     **Clm No 75038**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**Andrew Sikorowicz**                     **Clm No 64380**   Filed In Cases: 140
8 Waterside Lane
Clinton, CT 06413                         Class           Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Andrew Simons**
6465 Browndale Box 12
Brewster, OH 44613

**Clm No 16295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Andrew Smith**
600 Granada Street Apt 407
Youngstown, OH 44505

**Clm No 16427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Andrew Smith**
P.O. Box 456
Suffolk,  VA 23439

**Clm No 6015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                         766 of 3335

---

**Andrew Spears**                      **Clm No 16590**    Filed In Cases: 140
514 Ironwood Court
Elyria, OH 44035                       Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Andrew Stashkiw**                    **Clm No 16709**    Filed In Cases: 140
316 Castleton Rd. NE
North Canton, OH 44720                 Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ANDREW STILL**                       **Clm No 42440**    Filed In Cases: 140
490 PARK STREET
BEAUMONT TX 77701                      Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          767 of 3335

---

**Andrew Stoeppelwerth**                    **Clm No 53233**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                        Class            Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                             UNS              $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANDREW STOUT**                             **Clm No 42456**    Filed In Cases: 140
14296 FM 314 N
BROWNSBORO TX 75756                           Class            Claim Detail Amount      Final Allowed Amount

                                             UNS              $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Andrew Sumrall**                           **Clm No 72967**    Filed In Cases: 140
3551 Haley Way
Milton, FL 32571                              Class            Claim Detail Amount      Final Allowed Amount

                                             UNS              $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    768 of 3335

---

**Andrew Suter**                    **Clm No 6231**       Filed In Cases: 140
420 Rutgers Avenue
Chesapeake,  VA 23324               Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Andrew Temesvary**                **Clm No 17111**      Filed In Cases: 140
40267 Corte Delfin
Murrieta, CA 92562                  Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ANDREW TERRY HURST**              **Clm No 85060**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                    UNS                    $1.00
                                                           $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANDREW THOMAS**
325 Heather Road
Florence, MS 39073

**Clm No 58362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANDREW THOMAS**
650 HINSON AVE.
PRICHARD AL 36610

**Clm No 42654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Andrew Thompson**
2524 9th Court South, Apt. 435
Birmingham, AL 35205

**Clm No 23806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    770 of 3335

---

**ANDREW THRASH**    **Clm No 58402**    Filed In Cases: 140
4770 Oak Ridge Road
Vicksburg, MS 39180

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Townsend**    **Clm No 17340**    Filed In Cases: 140
9037 Detwiler Rd.
Canfield, OH 44406

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW TRAHAN**    **Clm No 42787**    Filed In Cases: 140
3603 SHIRLEY STREET
ORANGE TX 77632

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANDREW TRIPLET**
1463 Hwy. 80
Vicksburg, MS 39180

**Clm No 58448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Uhler**
1882 Katie Lane
Hayes, VA 23072

**Clm No 6428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Walker**
Post Office Box 685
Cleveland, MS 38732

**Clm No 44975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    772 of 3335

---

**Andrew Walters**
18 Reed Street
New London, CT 06320

**Clm No 20202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Warner**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Watkins**
49120 New London Eastern Rd.
New London, OH 44851

**Clm No 17782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            773 of 3335

---

**Andrew Weigert**                    **Clm No 65073**    Filed In Cases: 140
19 Arthur Dr. Unit 5
South Windsor, CT 06074               Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ANDREW WEIGERT**                    **Clm No 73952**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Andrew Wesgan**                     **Clm No 2312**     Filed In Cases: 140
354 South East Main Street
Douglas, MA 01516                     Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    774 of 3335

---

**Andrew Williams**　　　　　　　　　**Clm No 29987**　Filed In Cases: 140
54060 Arman Hill Rd
Powhatan Point, OH 43942

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Wilson**　　　　　　　　　　**Clm No 18194**　Filed In Cases: 140
556 Kenwood Ave.
Dayton, OH 45406

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Wilson**　　　　　　　　　　**Clm No 73316**　Filed In Cases: 140
4637 13th Avenue North
Birmingham, AL 35212

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANDREW WITINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Andrew Witinski**
80 Holly Street
Peely, PA 18706-

**Clm No 65249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Woronka**
5 Cherry Hill Circle
Methuren, MA 01844

**Clm No 65289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              776 of 3335

---

**Andrew Yeager, Jr.**                    **Clm No 18414**    Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway               | Class | Claim Detail Amount | Final Allowed Amount |
Boston Heights, OH 44236                 |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Andy Cilona**                          **Clm No 8696**     Filed In Cases: 140
220 W. Lisbon Street
Waynesburg, OH 44688                     | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Andy Crim**                            **Clm No 26165**    Filed In Cases: 140
3617 N Riley Ave
Indianapolis, IN 46218                   | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**Andy DeAngelis**
1332 W. 40th St.
Lorain, OH 44053

**Clm No 9393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDY FRANK HARRISON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDY HARVEY**
2102 CRABTREE
ORANGE TX 77630

**Clm No 38342**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Andy J. Stevenski**
176 Bridge Street
Monongah, WV 26554

**Clm No 53711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andy Joe Parker**
711 Balboa Ave
Inverness, FL 34452

**Clm No 14685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANDY LEE MANN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANDY MACKEY**
110 CALMAR CT.
SAN ANTONIO TX 78220

**Clm No 39816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Andy Moore**
P.o. Box 76
St. Elmo, AL 36568

**Clm No 71186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Andy Thomason**
143 Northwood Dr NW
Milledgeville, GA 31061

**Clm No 46379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      780 of 3335

---

**Anes Adkins**                          **Clm No 25130**    Filed In Cases: 140
100 Paths End Rdg
Huntington, WV 25704                      Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anetha Allen**                         **Clm No 49545**    Filed In Cases: 140
57 Will Arrington Dr
Shubuta, MS 39360                        Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANETHA WILLIAMS**                      **Clm No 43431**    Filed In Cases: 140
1609 ORCHID STREET
LAKE CHARLES LA 70601                    Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**Angel Balderas**
403 S Hannaford
Granbury, TX 76048

**Clm No 33248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angel Medina, Jr.**
P.O. Box 107
Spelter, WV 26438

**Clm No 54336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angel Arocho**
4309 Forest Hill Drive
Lorain, OH 44053

**Clm No 7195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    782 of 3335

---

**ANGEL CRUZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|--|--|--|

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Angel Cruz**
Condominio Tropicana Apt. 603-B
Isla Verde,, PR 979

**Clm No 61002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANGEL DELGADO**
305 E. MORGAN
CUERO TX 77951

**Clm No 36976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

783 of 3335

| | Clm No 61732 | Filed In Cases: 140 | |
|---|---|---|---|
| **Angel Gonzales** | | | |
| 238 Waverly Pl | Class | Claim Detail Amount | Final Allowed Amount |
| Waukesha, WI 53186 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 8-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | Clm No 38498 | Filed In Cases: 140 | |
|---|---|---|---|
| **ANGEL HERNANDEZ** | | | |
| 4542  B  SUNDOWN LANE | Class | Claim Detail Amount | Final Allowed Amount |
| ROBSTOWN TX 78380 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | Clm No 32338 | Filed In Cases: 140 | |
|---|---|---|---|
| **Angel L Calderon** | | | |
| 4216 Almeria Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Sebring, FL  33872 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                     784 of 3335

---

**Angel Latimer**                        **Clm No 12857**   Filed In Cases: 140
1834 E. 42nd Street
Lorain, OH 44055                          Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Angel Laureano**                       **Clm No 12865**   Filed In Cases: 140
3414 Jones Drive
Lorain, OH 44053                          Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Angel Martinez**                       **Clm No 13427**   Filed In Cases: 140
31645 Electric Blvd.
Avon Lake, OH 44012                       Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANGEL NECUZE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Angel Necuze**
11771 SW 25th Terrace
Miami, FL 33175

**Clm No 63445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGEL ORTIZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                        786 of 3335

---

**Angel Ortiz**                          **Clm No 63587**    Filed In Cases: 140
1024 Ronlin Street
Haines City, FL 33844                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $10,000.00
                                                             $10,000.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Angel Palenzuela**                     **Clm No 19346**    Filed In Cases: 140
168 Winnona Drive
Westwego, LA 70094                        Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Angel Rivera**                         **Clm No 15482**    Filed In Cases: 140
1687 E 36th Street
Lorain, OH 44055                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**Angel Salgado**    **Clm No 15820**    Filed In Cases: 140
126 E. 31st Street
Lorain, OH 44055

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Angel Toro**    **Clm No 17311**    Filed In Cases: 140
125 Thompson St.
Trenton, OH 45067

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Angel Velazquez**    **Clm No 17535**    Filed In Cases: 140
5872 Cottonwood Drive
Lorain, OH 44052

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

788 of 3335

| Angel Williams | **Clm No 23897** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 10501 Curran Boulevard Apt. 1C | | | |
| New Orleans, LA 70127 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| Angela Arriola | **Clm No 7201** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 1964 Beaver Trail | | | |
| Mineral Ridge, OH 44440 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| ANGELA BATIESTE, PERSONAL REPRESENTATIVE FOR | **Clm No 79050** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| JOSEPH L. BATIESTE (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                789 of 3335

---

**Angela Bentley**                      **Clm No 59115**    Filed In Cases: 140
171 Ferguson Lane
Pikeville, KY 41501                      Class         Claim Detail Amount    Final Allowed Amount

                                        UNS               $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Angela Boyles-Elkins**                **Clm No 25596**    Filed In Cases: 140
302 Beefhide Creek
Greenup, KY 41144                       Class         Claim Detail Amount    Final Allowed Amount

                                        UNS               $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Angela Brown**                        **Clm No 2945**    Filed In Cases: 140
113 Arabian Trail
Smithfield, VA 23430                     Class         Claim Detail Amount    Final Allowed Amount

                                        UNS               $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

790 of 3335

---

**ANGELA BURNAM**
FOR THE ESTATE OF JOHN BURNAM
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Angela Derrow**
3 Hickory Ave
Moundsville, WV 26041

**Clm No 26338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELA EADS**
1120 FRANK PHILLIPS BLVD
BARTLESVILLE OK 74003

**Clm No 37283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                791 of 3335

---

**Angela Edwards**                    **Clm No 45849**    Filed In Cases: 140
120 Beasley Road
Hazlehurst, MS 39083              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Angela Elukowicz**                  **Clm No 1031**     Filed In Cases: 140
10 Mayaquez Lane
Toms River, NJ 08757             | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Angela Foreman**                    **Clm No 3813**     Filed In Cases: 140
3334 Golden Oaks Lane
Chesapeake,  VA 23321            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              792 of 3335

---

**Angela G Johnson**                    **Clm No 20397**   Filed In Cases: 140
115 County Road 810
Etowah, TN 37331                         Class          Claim Detail Amount     Final Allowed Amount

                                        UNS                 $10,000.00
                                                            $10,000.00

Date Filed            5-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Angela Gibson**                       **Clm No 59310**   Filed In Cases: 140
27 Pickens Street
Montgomery, AL 36110                     Class          Claim Detail Amount     Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ANGELA GONZALES**                     **Clm No 73736**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class          Claim Detail Amount     Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                 Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    793 of 3335

---

**ANGELA GREEN**
1410 LOBLOLLY LANE
BAINBRIDGE, GA 39817-

**Clm No 20853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angela Greene**
14319 St. Michael Dr.
Little Rock , AR 72211

**Clm No 24848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELA HALSTEAD**
232 WESTRIDGE CIRCLE
LYNCHBURG VA 24502

**Clm No 38190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Angela Jefferson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Angela Johnson**
1904 Zinzer Road
Hampton , VA 23663

**Clm No 4569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Angela Johnson**
3551 Mangrove Avenue
Norfolk, VA 23502

**Clm No 4568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Angela Johnson**
4331 Tela Dr
Moss Point, MS 39563

**Clm No 48982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELA LAFRENNIE**
11701 MIRA LAGA BLVD
DALLAS TX 75234

**Clm No 39384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELA LEGENDRE**
C/O GILBERT ADAMS
1855 CALDER AVE @ 3RD ST
BEAUMONT TX 77704

**Clm No 39580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

796 of 3335

---

**Angela M. Davis**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angela M. Moore**
2003 Cardinal Way
Waunakee, WI 53597

**Clm No 1201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANGELA MARQUEZ, PERSONAL
REPRESENTATIVE FOR**
JAMES ROBERT MARQUEZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              797 of 3335

---

**Angela Miller**                    **Clm No 22365**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                  $15,000.00
                                     _____
                                                          $15,000.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value        $15,000.00

---

**ANGELA MIRO**                      **Clm No 40356**    Filed In Cases: 140
6308 WINDCREST DRIVE APT. #2617
PLANO TX 75024                       Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                      $1.00
                                     _____
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Angela Porreca**                   **Clm No 15021**    Filed In Cases: 140
4331 Brush Road
Richfield, OH 44286                  Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                      $1.00
                                     _____
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                              798 of 3335

---

**Angela R. Desisto**                  **Clm No 19747**    Filed In Cases: 140

c/o J. Apotria

162 Coe Avenue, Apt. C1                | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $20,000.00 | |
| | $20,000.00 | |

East Haven, CT 06512

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $20,000.00 |

---

**ANGELA RADER**                       **Clm No 21181**    Filed In Cases: 140

2306 BELAIR STREET

PASCAGOULA, MS 39567-                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANGELA REES, PERSONAL REPRESENTATIVE FOR**    **Clm No 79867**    Filed In Cases: 140

EDWIN D. REES SR. (DECEASED)

C/O BRAYTON PURCELL, LLP               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**ANGELA RITCHEY**

10162 SH 135 N.

TROUP TX 75789

**Clm No 41541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angela Russell**

8675 Figland Avenue

Pensacola, FL 32514

**Clm No 23633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELA SINGLETON, PERSONAL REPRESENTATIVE FOR**

LAMAR RAYMOND BAY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                                      800 of 3335

---

**ANGELA SMITH**                          **Clm No 42223**    Filed In Cases: 140
845 OHIO STREET
VIDOR TX 77662                            Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Angela Tucker**                         **Clm No 59773**    Filed In Cases: 140
118 Walnut Street
Howe, TX 75459                            Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Angela Williams**                       **Clm No 45986**    Filed In Cases: 140
1239 Glenwood Park
Dublin, GA 31021                          Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Angelia Clack**
1307 Camden Avenue
Portsmouth, VA 23704

**Clm No 3206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELIA LEWIS**
3795 TREE CREEK LANE
CLARKSON GA 30021

**Clm No 39635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELIA MOUGHTON**
111 PRINCE WAY
STATESBORO GA 30458

**Clm No 40561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              802 of 3335

---

**Angelia O'Brien**                    **Clm No 24431**    Filed In Cases: 140
1090 Kings Gap Road
Hamilton, GA 31811                     Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANGELIKA CHRISTENSEN, PERSONAL**    **Clm No 80779**    Filed In Cases: 140
**REPRESENTATIVE FOR**

RICHARD L. HOYT (DECEASED)             Class            Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                   UNS                 Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Angelina D. Rice**                   **Clm No 5683**     Filed In Cases: 140
533 NCHS Road
Conway,  NC 27820                      Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1,250.00

                                                           $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

803 of 3335

---

**ANGELINA DARTEZ**
3615 AVENUE G
NEDERLAND TX 77627

**Clm No 36847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angelina Muoio**
76 Coney Road
Little Falls, NJ 07424

**Clm No 1418**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Angelina Nappi**
119 Marsellus Pl
Garfield, NJ 07026

**Clm No 1223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Angelina Phelan**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angeline Gagich**
752 Avella Rd
Avella, PA 15312

**Clm No 26780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELINE HERPIN**
8113 HONEYWOOD TRAIL APT. #604
PORT ARTHUR TX 77642

**Clm No 38500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

805 of 3335

---

**ANGELINE LYNN BENJAMIN, PERSONAL REPRESENTATIVE FOR**

**Clm No 80358**    Filed In Cases: 140

WILLIAM BENJAMIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Angeline Paul**

**Clm No 14751**    Filed In Cases: 140

2019 39th Street NE
Canton, OH 44705

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angeline Tanner**

**Clm No 17030**    Filed In Cases: 140

5100 Ballard Drive
Dayton, OH 45417

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

806 of 3335

---

**ANGELINE WILLIAMS**
1000 E. 19TH STREET
PORT ARTHUR TX 77640

**Clm No 43366**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELITO MALLARI**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELITO MANGAHAS**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    807 of 3335

---

**Angelo Novo**                      **Clm No 32885**   Filed In Cases: 140
156 Union St. Apt 2F
Brooklyn, NY  11231              Class            Claim Detail Amount       Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Angelo Bonanno**                   **Clm No 1770**    Filed In Cases: 140
124 Split Rock Rd.
Browns Mills, NJ 08015           Class            Claim Detail Amount       Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Angelo Caiozzo**                   **Clm No 1051**    Filed In Cases: 140
504 Casa Puya Circle
St. Augustine, FL 32080          Class            Claim Detail Amount       Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Angelo Calderone**
PO Box 282
Beech Grove, IN 46107

**Clm No 25788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Angelo Cercone**
234 Trumbull Avenue
Youngstown, OH 44505

**Clm No 8572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Angelo Chimento**
2317 Burma Hills Dr.
Mobile, AL 36693

**Clm No 18747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              809 of 3335

---

**Angelo Ciu**                          **Clm No 8704**      Filed In Cases: 140
2842 East Erie Avenue
Lorain, OH 44052                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Angelo Cuevas**                       **Clm No 9171**      Filed In Cases: 140
149 Washington Ave.
Lorain, OH 44052                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Angelo Datis**                        **Clm No 52178**     Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                    Class          Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    810 of 3335

---

**Angelo DiFrancesco**                    **Clm No 9543**     Filed In Cases: 140
978 Mildred Ave.
Lorain, OH 44052                          Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Angelo Fantozzi**                       **Clm No 9999**     Filed In Cases: 140
1102 Mudbrook Road
Huron, OH 44839                           Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Angelo Giancola**                       **Clm No 10535**    Filed In Cases: 140
1104 Timberline Drive
Columbiana, OH 44408                      Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Angelo Hull**
619 West Pinelake Road
Salem, OH 44460

**Clm No 11793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGELO KARALEFTHERES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Angelo Karaleftheres**
13240 Lincoln Street
Crown Point, IN 46307

**Clm No 62452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              812 of 3335

---

**Angelo Marsilio**                          <u>**Clm No 28066**</u>    Filed In Cases: 140
113 Meadow Dr
Beaver Falls, PA 15010          | Class | Claim Detail Amount | Final Allowed Amount |
                                |-------|--------------------|---------------------|
                                | UNS   | $1.00              |                     |
                                |       | $1.00              |                     |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ANGELO MIRABELLA**                         <u>**Clm No 76225**</u>    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800       |-------|--------------------|---------------------|
MIAMI, FL 33131                  | UNS   | Unknown            |                     |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Angelo Mirabella**                         <u>**Clm No 63275**</u>    Filed In Cases: 140
3419 Marston Drive
Orlando, FL 32812                | Class | Claim Detail Amount | Final Allowed Amount |
                                |-------|--------------------|---------------------|
                                | UNS   | $1.00              |                     |
                                |       | $1.00              |                     |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*            3/30/2018 5:48:22 PM

---

*Claims Details*                                                     813 of 3335

---

**Angelo Negri**                    **Clm No 28459**   Filed In Cases: 140
5 Oakham CT
Toms River, NJ 08757                 Class          Claim Detail Amount      Final Allowed Amount

UNS                              $1.00

                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Angelo Nicozini**                  **Clm No 14422**   Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway           Class          Claim Detail Amount      Final Allowed Amount
Boston Heights, OH 44236
                                 UNS                              $1.00

                                 $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ANGELO O'CAIN**                    **Clm No 40727**   Filed In Cases: 140
2359 DEMETROPOLIS
MOBILE AL 36693                      Class          Claim Detail Amount      Final Allowed Amount

UNS                              $1.00

                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             814 of 3335

---

**Angelo P. Granata**                    **Clm No 2391**      Filed In Cases: 140
76 Caldwell Ter.
Marlboro, NJ 07746                        Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                      $1.00
                                          ‒ ‒ ‒ ‒ ‒ ‒      ━━━━━━━━━━━━━━━      ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒
                                                                  $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Angelo Palazzo**                        **Clm No 52931**     Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                     Class              Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                          UNS                      $1.00
                                          ‒ ‒ ‒ ‒ ‒ ‒      ━━━━━━━━━━━━━━━      ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANGELO PERRY**                          **Clm No 75651**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown
                                          ‒ ‒ ‒ ‒ ‒ ‒      ━━━━━━━━━━━━━━━      ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                        815 of 3335

---

**Angelo Perry**                          **Clm No 63739**      Filed In Cases: 140

401 North Spokane Ave, Apt.# 11           Class          Claim Detail Amount      Final Allowed Amount

Newport Washington, ID 99156
                                          UNS                    $1.00

                                                                 $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Angelo Recine**                         **Clm No 28864**      Filed In Cases: 140

1700 Primrose Ct                          Class          Claim Detail Amount      Final Allowed Amount

Port Saint Lucie, FL 34952
                                          UNS                    $1.00

                                                                 $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**ANGELO RUSSELL, PERSONAL REPRESENTATIVE**    **Clm No 79336**      Filed In Cases: 140
**FOR**

JOSEPH ELLIOT (DECEASED)                  Class          Claim Detail Amount      Final Allowed Amount

C/O BRAYTON PURCELL, LLP
                                          UNS                   Unknown
ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              816 of 3335

---

**Angelo Santilli**                     **Clm No 29094**    Filed In Cases: 140
1022 Tree Lane Dr
Ashtabula, OH 44004                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Angelo Spitale**                      **Clm No 16623**    Filed In Cases: 140
4753 Fourth St. NW
Canton, OH 44708                        Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Angelo Velez**                        **Clm No 17538**    Filed In Cases: 140
3685 Elizabeth Drive
Vermilion, OH 44089                     Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    817 of 3335

---

**Angelo Venet**
307 Ashland Avenue
Cuyahoga Falls, OH 44221

**Clm No 17543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGIE JONES**
c/o Mr. Sam Jones, Jr.
1774 Windermere Ave.
Prattville , AL 36066

**Clm No 69853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angie Martin**
2825 29th St. S.w.
Birmingham, AL 35211

**Clm No 70683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

818 of 3335

---

**ANGIE MCKINNEY**
FOR THE ESTATE OF ANNIE C. MCLIN
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANGIE PIERSON**
5310 FM 319
ELKHART TX 75839

**Clm No 41082**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angie Rogers**
194 Cephus Williams Road
Silver Creek, MS 39663

**Clm No 47045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*                                                    819 of 3335

---

**ANGIE WINSOW, PERSONAL REPRESENTATIVE FOR**

**Clm No 79543**    Filed In Cases: 140

ROBERT VANN WINSOW (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Angus Brown**

**Clm No 8086**    Filed In Cases: 140

2143 Robinwood Street

Toledo, OH 43620

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANGUS NICHOLS**

**Clm No 40675**    Filed In Cases: 140

10233 FM 2937

SILSBEE TX 77656

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

820 of 3335

---

**Angus Young**
c/o Larry Angus Young
216 April Ln.
Oxford, AL 36203

**Clm No 73501**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**ANIS LEE**
3627 AVENUE D
NEDERLAND TX 77627

**Clm No 39553**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $10,000.00 |

---

**Anise Frye**
64 Wisteria Court
Falling Waters, WV 25419

**Clm No 26750**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    821 of 3335

---

**Anise Samuel**
C/o Bobby Burrell
4112 68th Avenue
Tuscaloosa, AL 35401-9643

**Clm No 72602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANITA AGUILERA, PERSONAL REPRESENTATIVE FOR**
ALBERT C. RAMOS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Anita Anderson-Lang**
2 West St
Bridgeport, OH 43912

**Clm No 25219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                      822 of 3335

---

**ANITA ARMIJO, PERSONAL REPRESENTATIVE FOR**                    **Clm No 80626**    Filed In Cases: 140

HENRY TUCKER (DECEASED)
C/O BRAYTON PURCELL, LLP         Class            Claim Detail Amount        Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD            UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Anita Barbagallo**                            **Clm No 938**    Filed In Cases: 140

2 Calalou Court
Toms River, NJ 08757             Class            Claim Detail Amount        Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Anita Beach**                                **Clm No 22116**    Filed In Cases: 140

312 S Houston Ave
Cameron, TX 76520                Class            Claim Detail Amount        Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                823 of 3335

---

**Anita Breymeier**                    **Clm No 24041**    Filed In Cases: 140
1310 Eagle Avenue
Washington, IL 61571                    Class        Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ANITA DURHAM**                       **Clm No 37264**    Filed In Cases: 140
P O BOX 5261
BEAUMONT TX 77726                      Class        Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Anita Ezell**                        **Clm No 51009**    Filed In Cases: 140
P.O. Box 1444
Calhoun City, MS 38916                 Class        Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             824 of 3335

---

**ANITA FAITH TAYLOR**                    **Clm No 85717**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

JACKSON, MS 39201

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ANITA G. COPELAND**                     **Clm No 88754**    Filed In Cases: 140
FOR THE ESTATE OF NATHAN OTTO HOLLAND
C/O EDWARD O. MOODY, PA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Anita Garner**                          **Clm No 22224**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $2,000.00           |                      |
|       | $2,000.00           |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $2,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 825 of 3335

---

**Anita Garner**                    **Clm No 22225**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                   Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           7-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Anita Holley**                    **Clm No 4365**    Filed In Cases: 140
2011 Angler Court
Chesapeake, VA 23323                Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Anita Holman**                    **Clm No 52514**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road               Class            Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                    UNS                    $1.00
                                                           $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    826 of 3335

---

**ANITA HOOKER**                     **Clm No 38650**    Filed In Cases: 140
BOX 159
BUNA TX 77612                        Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                     ─────────────────────────────────────────────────
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anita Hughes**                     **Clm No 11783**    Filed In Cases: 140
5301 Driftwood Circle
Dayton, OH 45415                     Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                     ─────────────────────────────────────────────────
                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anita Hunter**                     **Clm No 11824**    Filed In Cases: 140
2726 Forrest Lane
Lorain, OH 44053                     Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                     ─────────────────────────────────────────────────
                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

---

**ANITA JUNE MOODY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87557**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Anita Koshko**
14 Wiles Farm Road
Northboro, MA 01532

**Clm No 4783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANITA L. ABEYTA, PERSONAL REPRESENTATIVE FOR**
NICHOLAS MANUEL ABEYTA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 828 of 3335

---

**Anita L. Middleton Esq.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anita L. Snyder**
236 Ethel Avenue
Norfolk, VA 23504

**Clm No 6080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anita L. Walls**
273 Homewood Ave.
Fairmont, WV 26554

**Clm No 53872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                   829 of 3335

---

**ANITA LANE**                          **Clm No 39440**    Filed In Cases: 140
4410 KELLING ST. #7140
HOUSTON TX 77045                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANITA LEWIS**                         **Clm No 39637**    Filed In Cases: 140
P.O. BOX 788
TYLER TX 75710                          Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anita Miller**                        **Clm No 28287**    Filed In Cases: 140
400 Filbert Ave
Moundsville, WV 26041                   Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $10,000.00
                                                             $10,000.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Anita Moore**
1516 Greenfield Ave.
Springfield, OH 45505

**Clm No 59577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Anita Myers**
1627 Quail Court
Pendleton, IN 46064

**Clm No 24415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Anita Parrott**
1302 B Avenue
Ellisville, MS 39437

**Clm No 46131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              831 of 3335

---

**Anita Pennamon**                    **Clm No 51494**    Filed In Cases: 140
PO Box 1325
Gray, GA 31032                        Class        Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anita Player**                      **Clm No 52986**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                 Class        Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anita Powers**                      **Clm No 24478**    Filed In Cases: 140
1704 S Oneida Street
Green Bay, WI 54304                    Class        Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          832 of 3335

---

**ANITA SELMAN**                         **Clm No 41942**    Filed In Cases: 140
601 APPLE BLOSSOM STREET
WOODVILLE TX 75979                        Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Anita W. Mallory**                     **Clm No 50658**    Filed In Cases: 140
c/o Anita Mallory
1028 Trinity Hills Drive                  Class            Claim Detail Amount      Final Allowed Amount
Dublin, GA 31021
                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Anita Wells**                          **Clm No 29903**    Filed In Cases: 140
2623 Eoff St  Rear
Wheeling, WV 26003                        Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    833 of 3335

---

**ANITA WILKERSON**
2462 BOYETTE STREET
MOBILE, AL 36617-

**Clm No 21366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anita Yauger**
7573 Drake State Line Road
Burghill, OH 44404

**Clm No 18408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANN (IRENE) TILLMAN**
3625 Azalea St.
Moss Point, MS 39563

**Clm No 58408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                834 of 3335

---

**Ann A. Creel, Estate**                 **Clm No 53689**   Filed In Cases: 140
1617 Willoughby Drive
Parkersburg, WV 26101                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANN ANDERSON**                          **Clm No 35290**   Filed In Cases: 140
P. O. BOX 986
SHALLOWATER TX 79363                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANN ARNAUD**                            **Clm No 35334**   Filed In Cases: 140
3081 AVA LANE
PORT ARTHUR TX 77640                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Ann Bavett**
1404 Beetree Court
Bel Air, MD 21014

**Clm No 2663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Bryant**
138 Manor Court
Jackson, GA 30233

**Clm No 46271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Burgess**
105 Lambtown Road
Ledyard, CT 06339

**Clm No 19852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Ann Calhoun**
118 Mary Dr.
East Dublin, GA 31027

**Clm No 45814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Cazeault**
94 Auburn Street
Cherry Valley, MA 01611

**Clm No 2013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Chrisman**
1604 Grimes Road
Hampton, VA 23663-1148

**Clm No 3199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

837 of 3335

---

**Ann Chrisman**
c/o Teresa Hammer
6225 Willow Glen Road
Midlothian, VA 23112

**Clm No 3198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANN CHRISTINE POTTER, PERSONAL REPRESENTATIVE FOR**
DONALD ROBERT SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Ann Collins**
P. O. Box 1877
Jackson, GA 30233

**Clm No 50843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    838 of 3335

---

**Ann Cox**                           **Clm No 20305**    Filed In Cases: 140
147 Brace Road
West Hartford, CT 06107        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**ANN E. WILSON, PERSONAL REPRESENTATIVE**    **Clm No 79785**    Filed In Cases: 140
**FOR**

RICHARD WILSON (DECEASED)
C/O BRAYTON PURCELL, LLP        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
ATTN: CURT HENNECKE             | UNS | Unknown | |
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Ann Ellis**                        **Clm No 52258**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
Novato, CA 94948                | UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

**Ann Fasbinder**
1341 Grand Oaks Dr
Hendersonville, NC 28792

**Clm No 26590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ann Freeman**
66 Roosevelt Ave
Lancaster, NY 14086

**Clm No 26726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ann Garner**
205 E. County Road Apt. #2E
Thomaston, GA 30286

**Clm No 47196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**    **Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**    **PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Ann Gilliam**
133 Acrilane Drive
Trussville, AL 35173

**Clm No 24838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              5-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ann Gross**
1448 Ferry St
Easton, PA 18042

**Clm No 26972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ann H. Bloodworth**
150 Merriweather Lane NW
Milledgeville, GA 31061

**Clm No 46486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Ann H. Mazur**
330 Home Street
Fairmont, WV 26554

**Clm No 53952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Hampton**
1201 Edgewood Dr.
Dublin, GA 31021

**Clm No 45871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Hebert**
58 Jacobs Street
Chicopee, MA 01020

**Clm No 2114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

842 of 3335

---

**ANN HOLDER STEVENS**
3119 US HWY 67 EAST
MT. VERNON TX 75457

**Clm No 42422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ann Howard**
PO Box 555
Greenup, KY 41144

**Clm No 27351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ann Johnson**
629 W Findley St
Carey, OH 43316

**Clm No 27507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

843 of 3335

**Ann Jordan**
11990 George Newell Road
Vance, AL 35490

**Clm No 24898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANN KITCHENS**
124 Springlake Blvd
Bryam, MS 39272

**Clm No 56919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANN L. COLEMAN, PERSONAL REPRESENTATIVE FOR**
CLARENCE JORGENSEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                                     844 of 3335

**Ann L. Green**                          **Clm No 47406**    Filed In Cases: 140
2206 Village Blvd S.E.
Rome, GA 30161                            Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00
                                                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Ann L. Hartung**                        **Clm No 52470**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                     Class              Claim Detail Amount        Final Allowed Amount
Novato, CA 94948
                                          UNS                     $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Ann Langone**                           **Clm No 2146**     Filed In Cases: 140
36 Mark Drive
Agawam, MA 01001                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

845 of 3335

---

**Ann Legassey**
227 Church Avenue
Northbridge, MA 01534

**Clm No 2153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Lewis**
1171 Northside Road
Elizabeth City,  NC 27909

**Clm No 4885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANN LOU GAUTHIER**
8423 TULANE
ORANGE TX 77630

**Clm No 37798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                          846 of 3335

---

**Ann Luckett-James**                    **Clm No 59507**    Filed In Cases: 140

2249 65th Ave.

Oakland, CA 94605                         | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Ann M. Barajas**                       **Clm No 1526**    Filed In Cases: 140

1950 Clove Road, Apt 312

Staten Island, NY 10304                  | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              14-Nov-2016

Bar Date

Claim Face Value        $1.00

---

**ANN MARIE LO PORTO**                   **Clm No 83481**    Filed In Cases: 140

Frank Lo Porto

C/O O'SHEA & REYES, LLC                   | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
ATTN: DANIEL F. O'SHEA                    | UNS   | $10,000.00          |                      |
5599 SOUTH UNIVERSITY DR, STE 202        |       | $10,000.00          |                      |
DAVIE, FL 33328

Date Filed              22-Mar-2017

Bar Date

Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              847 of 3335

**ANN MARIE MILEY**                 <u>Clm No 83483</u>    Filed In Cases: 140
Fred Minard
C/O O'SHEA & REYES, LLC            | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA             |-------|---------------------|----------------------|
5599 SOUTH UNIVERSITY DR, STE 202  | UNS   | $10,000.00          |                      |
DAVIE, FL 33328                    |       | $10,000.00          |                      |

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

**Ann McCarron**                    <u>Clm No 59037</u>    Filed In Cases: 140
102 Bayland Drive; Unit #9
Havre De Grace MD 21078            | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

**ANN MCKAY BOULWARE, PERSONAL**    <u>Clm No 79223</u>    Filed In Cases: 140
**REPRESENTATIVE FOR**
WILLIAM NICHOLLS (DECEASED)        | Class | Claim Detail Amount | Final Allowed Amount |
C/O BRAYTON PURCELL, LLP           |-------|---------------------|----------------------|
ATTN: CURT HENNECKE                | UNS   | Unknown             |                      |
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/30/2018 5:48:22 PM

*Claims Details*                                                   848 of 3335

| Ann Monello | **Clm No 1200** | Filed In Cases: 140 | |
|---|---|---|---|
| 14 Braen Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Hawthorne, NJ 07506 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Ann Nixon | **Clm No 5326** | Filed In Cases: 140 | |
|---|---|---|---|
| 704 N Dr. Martin Luther King Jr. Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Ahoskie, NC 27910 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Ann Pendell | **Clm No 23518** | Filed In Cases: 140 | |
|---|---|---|---|
| 1871 US 70 Lot 28 | Class | Claim Detail Amount | Final Allowed Amount |
| Mebane, NC 27302 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                          849 of 3335

---

**Ann Peterson**                    **Clm No 24995**    Filed In Cases: 140
121 Shepherds Bend Rd.
Cordova, AL 35550              | Class | Claim Detail Amount | Final Allowed Amount |
                              |-------|---------------------|----------------------|
                              | UNS   | $1.00               |                      |
                              |       | $1.00               |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ANN POWE**                         **Clm No 41160**    Filed In Cases: 140
658 BOND ST.
MOBILE AL 36607               | Class | Claim Detail Amount | Final Allowed Amount |
                              |-------|---------------------|----------------------|
                              | UNS   | $1.00               |                      |
                              |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ANN QUINN**                        **Clm No 41274**    Filed In Cases: 140
1416 18TH STREET
NEDERLAND TX 77627           | Class | Claim Detail Amount | Final Allowed Amount |
                              |-------|---------------------|----------------------|
                              | UNS   | $1.00               |                      |
                              |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    850 of 3335

| **ANN R. MATHEWSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 80900** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT DURENBERGER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **Ann Rainer** | **Clm No 47646** | Filed In Cases: 140 | |
|---|---|---|---|
| 2412 River Ridge Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Milledgeville, GA 31061 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Ann Reese** | **Clm No 45306** | Filed In Cases: 140 | |
|---|---|---|---|
| 10232 Waterford Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Covington, GA 30014 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                   851 of 3335

---

**ANN RICKETT**                        **Clm No 41498**     Filed In Cases: 140
111 S. CRAIG AVENUE
COVINGTON VA 24426          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ANN SGROI, PERSONAL REPRESENTATIVE FOR**     **Clm No 80853**     Filed In Cases: 140
FRANK SGROI (DECEASED)
C/O BRAYTON PURCELL, LLP       | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: CURT HENNECKE            |-------|---------------------|----------------------|
222 RUSH LANDING ROAD          | UNS   | Unknown             |                      |
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Ann Simmons**                        **Clm No 29270**     Filed In Cases: 140
10946 Grapefield
Bastian, VA 24314          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**ANN SLACK**
6606 LANCASTER DRIVE
ORANGE TX 77632

**Clm No 42114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANN SLACK**
6606 LANCASTER
ORANGE TX 77632

**Clm No 42113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANN SLACK**
6606 LANCASTER
ORANGE TX 77632

**Clm No 42115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/30/2018 5:48:22 PM

*Claims Details*                                                                           853 of 3335

---

**Ann Stallings**                    **Clm No 48739**    Filed In Cases: 140
401 County Road 256
Shubuta, MS 39360                    Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Ann Standiford**                   **Clm No 29449**    Filed In Cases: 140
229 Virginia St
New Martinsville, WV 26155           Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ANN STANLEY**                      **Clm No 42357**    Filed In Cases: 140
7601 HWY 1
SHREVEPORT LA 71101                  Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            854 of 3335

**ANN STURGEON**                    **Clm No 42488**    Filed In Cases: 140
C/O RUSSELL WINBURN
P. O. BOX 1868                       Class              Claim Detail Amount    Final Allowed Amount
FAYETTEVILLE, AR 72702
                                     UNS                     $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

**Ann Therrien**                     **Clm No 47442**    Filed In Cases: 140
2234 Cedar Grove Rd.
Newton, MS 39345                     Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

**Ann Vadas**                        **Clm No 17464**    Filed In Cases: 140
363 Earl Drive NW
Warren, OH 44483                     Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ANN VASTARDIS**
9417 WATERVIEW PKWY
ROWLETT TX 75089

**Clm No 42917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**ANN WILBANKS**
304 NORTH MONTGOMERY
GILMER TX 75644

**Clm No 43325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**ANN WILLIAMS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83436**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | | |
|---|---|---|
| Date Filed | 22-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $35,000.00 | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

856 of 3335

**Ann Worrell-Blowe**
1005 Oldwood Street
Chesapeake,  VA 23324

**Clm No 6848**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ann Wyatt**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $500.00 | |
| | $500.00 | |

| Date Filed | 7-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $500.00 |

**ANN ZERNIAL**
648 JORDAN DRIVE
LUMBERTON TX 77657

**Clm No 43711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

**ANNA B. GRAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Anna Ball**
Rt 1 Box 395
Williamson, WV 25661

**Clm No 25318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Anna Balzer**
458 Mill Rd
Conneaut, OH 44030

**Clm No 25329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Anna Beale**
3337 Sherbrooke Rd
Toledo, OH 43606

**Clm No 25389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNA BELLE SIMPSON**
4496 LINDA LANE
ORANGE TX 77630

**Clm No 42072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Brown**
177 Cherry Road
Taylorsville, MS 39168

**Clm No 46845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              859 of 3335

---

**Anna Burnett**                    **Clm No 8249**    Filed In Cases: 140
2134 E. 40th St.
Lorain, OH 44055                     Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Anna Caples**                     **Clm No 25821**   Filed In Cases: 140
715 Plum Tree Lane
Hanover, PA 17331                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANNA CHAPMAN**                    **Clm No 36389**   Filed In Cases: 140
8509 S. KILARNEY
BEAUMONT TX 77705                   Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    860 of 3335

---

**Anna Childers**    **Clm No 25935**   Filed In Cases: 140
825 Fudges Creek Rd
Barboursville, WV 25504

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Anna Clark**    **Clm No 25959**   Filed In Cases: 140
807 N Norwood Rd
Huntington, WV 25705

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ANNA CLARK, PERSONAL REPRESENTATIVE FOR**    **Clm No 79373**   Filed In Cases: 140
CAL JONES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                861 of 3335

---

**Anna Cogar**                          **Clm No 26024**    Filed In Cases: 140
465 North Columbia Ave
Columbus, OH 43209                       | Class | Claim Detail Amount | Final Allowed Amount |
                                        |-------|---------------------|----------------------|
                                        | UNS   | $1.00               |                      |
                                        |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANNA COLE**                           **Clm No 36517**    Filed In Cases: 140
281 EAST COLE ROAD
RAGLEY LA 70657                         | Class | Claim Detail Amount | Final Allowed Amount |
                                        |-------|---------------------|----------------------|
                                        | UNS   | $1.00               |                      |
                                        |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anna Darlington**                     **Clm No 26248**    Filed In Cases: 140
54 Haldias St
Athens, Greece,                         | Class | Claim Detail Amount | Final Allowed Amount |
                                        |-------|---------------------|----------------------|
                                        | UNS   | $1.00               |                      |
                                        |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                           862 of 3335

| Anna Daugherty | **Clm No 44015** | Filed In Cases: 140 | |
| 1067 County Road 150 | Class | Claim Detail Amount | Final Allowed Amount |
| Quitman, MS 39355 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

| ANNA DAVIS | **Clm No 36875** | Filed In Cases: 140 | |
| 490 PARK STREET | Class | Claim Detail Amount | Final Allowed Amount |
| BEAUMONT TX 77701 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

| ANNA ELLENDER | **Clm No 37339** | Filed In Cases: 140 | |
| 2400 POST OAK | Class | Claim Detail Amount | Final Allowed Amount |
| GROVES TX 77619 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

863 of 3335

---

**Anna Haynes**
PO Box 223
Friendship, OH 45630

**Clm No 27156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Hillman**
10151 Road 109
Union, MS 39057

**Clm No 44280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Hodge**
9456 Huntshire Ave NW
North Canton, OH 44720

**Clm No 27284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details                                                            864 of 3335

---

**Anna Hutter**                        **Clm No 2404**    Filed In Cases: 140
347 15th St
West Babylon, NY 11704                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ANNA J. VICTORY**                    **Clm No 88595**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                       Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                       UNS                 Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**ANNA JENKINS**                       **Clm No 56688**    Filed In Cases: 140
c/o Porter & Malouf, PA
P.O. Box 12768                         Class          Claim Detail Amount      Final Allowed Amount
Jackson, MS 39236
                                       UNS                  $1.00
                                                            $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

865 of 3335

---

**ANNA JEWEL WINGER, PERSONAL REPRESENTATIVE FOR**

RICHARD WINGER JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78829**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNA JONES WILKS**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 87326**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Karl**

c/o Bevan & Associates LPA, Inc.

6555 Dean Memorial Parkway

Boston Heights, OH 44236

**Clm No 12310**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                866 of 3335

---

**Anna Kresho**                      **Clm No 27757**   Filed In Cases: 140
571 Virgin Run Rd
Vanderbilt, PA 15486                  | Class | Claim Detail Amount | Final Allowed Amount |
                                      |-------|---------------------|----------------------|
                                      | UNS   | $1.00               |                      |
                                      |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Anna L. Vincent**                  **Clm No 54683**   Filed In Cases: 140
RR 4, Box 637
Fairmont, WV 26554                   | Class | Claim Detail Amount | Final Allowed Amount |
                                     |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ANNA LAWSON-LONDON**               **Clm No 39502**   Filed In Cases: 140
441 COUNTY ROAD 2555
SHELBYVILLE TX 75973                 | Class | Claim Detail Amount | Final Allowed Amount |
                                     |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                         867 of 3335

---

**ANNA LAYTON**                    **Clm No 20995**   Filed In Cases: 140
3287 CRESTWOOD DRIVE
SEMMES, AL 36575-              Class            Claim Detail Amount    Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANNA LEE MYERS**                 **Clm No 85240**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.           Class            Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                              UNS                    $1.00
                                                     $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Anna Louise Murdock**            **Clm No 34259**   Filed In Cases: 140
c/o Coady Law Firm
300 Trade Center, Suite 7640  Class            Claim Detail Amount    Final Allowed Amount
Woburn, MA 01801
                              UNS                  $10,000.00
                                                   $10,000.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

868 of 3335

---

**Anna M. Ayoob, Estate**
305 Broadway Apt. B
Clarksburg, WV 26301

**Clm No 53915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna M. Collar**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNA M. NEUMANN, PERSONAL REPRESENTATIVE FOR**
VALDEMAR E. NEUMANN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Anna Mae Marshall**
670 Lovell Road
Roseville, MN 55113

**Clm No 20427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANNA MAE PATTERSON**
P.O. BOX 8114
CORPUS CHRISTI TX 78468

**Clm No 40905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Maholick**
604 Ridge Rd
Andreas, PA 18211

**Clm No 28024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details                                                            870 of 3335

---

**Anna Marie Christ, PR, E/O Charles J. Hajek**    **Clm No 78583**    Filed In Cases: 140
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny                              | Class | Claim Detail Amount | Final Allowed Amount |
100 N. Charles St, 22nd Fl                         |-------|---------------------|----------------------|
Baltimore, MD 21201                                | UNS   | Unknown             |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**Anna Marie Smith**                              **Clm No 50023**    Filed In Cases: 140
715 S. Washington
Bastrop, LA 71220                                 | Class | Claim Detail Amount | Final Allowed Amount |
                                                  |-------|---------------------|----------------------|
                                                  | UNS   | $1.00               |                      |
                                                  |       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**ANNA MATTHEWS**                                 **Clm No 70739**    Filed In Cases: 140
10902 State Hwy. 97, S
Letohatchie, AL 36047-                            | Class | Claim Detail Amount | Final Allowed Amount |
                                                  |-------|---------------------|----------------------|
                                                  | UNS   | $1.00               |                      |
                                                  |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

871 of 3335

**ANNA MCGALLION**
2213 5TH STREET
PORT NECHES TX 77651

**Clm No 40133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anna Miller**
3622 N Gale Avenue
Peoria, IL 61604

**Clm No 24391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anna Millican**
705 Forrest St.
Chickasaw, AL 36611

**Clm No 59561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/30/2018 5:48:22 PM

*Claims Details*                                                                                   872 of 3335

**ANNA MORALES, PERSONAL REPRESENTATIVE FOR**               **Clm No 79158**    Filed In Cases: 140

HORACIO MORALES (DECEASED)                    Class          Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                            UNS                 Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Anna P. Minnocci**                          **Clm No 58948**    Filed In Cases: 140

2018 Hamill Ave                                Class          Claim Detail Amount        Final Allowed Amount

Clarksburg, WV 26301

UNS                 $1.00

$1.00

Date Filed             9-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Anna Palmer**                               **Clm No 14656**    Filed In Cases: 140

59579 Mt. Victory Rd.                          Class          Claim Detail Amount        Final Allowed Amount

Jacobsburg, OH 43933

UNS                 $1.00

$1.00

Date Filed            23-Nov-2016

Bar Date

Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    873 of 3335

---

**Anna Plummer**                      **Clm No 28728**   Filed In Cases: 140
1755 Shawnee Rd
Lima, OH 45805                         Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANNA PLUYMEN**                      **Clm No 41109**   Filed In Cases: 140
6805 OLD QUARRY LANE
AUSTIN TX 78731                        Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anna R. Pritchett**                 **Clm No 5576**    Filed In Cases: 140
2196 New Hope Road
Hartford,  NC 27944                    Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

874 of 3335

---

**Anna Ragsdale**
1809 Lake Deeson Drive
Lakeland, FL 33805

**Clm No 1881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Ralls**
247 Union Hill Dr.
Forsyth, GA 31029

**Clm No 47682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNA RAMKE**
4 WINCHESTER COVE
BEAUMONT TX 77706

**Clm No 41304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

875 of 3335

**Anna Rega**
3561 Denver Ave
Youngstown, OH 44505

**Clm No 28877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anna Reynolds**
1407 Franklin Ave
Covington, VA 24426

**Clm No 28896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANNA RIVERA**
214 CR 661
Brazoria, TX 77422

**Clm No 72327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                                876 of 3335

---

**ANNA ROUSKA, PERSONAL REPRESENTATIVE FOR**

JOSEPH A. FRASE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**ANNA RUTH STEFONIC, PERSONAL REPRESENTATIVE FOR**

LARRY EUGENE STEFONIC (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Anna Sargent**
6125 Margret St
Ashland, KY 41102

**Clm No 29097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

877 of 3335

---

**Anna Sciarappa**
2000 6th Ave. Apt. 512
Neptune City, NJ 07753

**Clm No 151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNA SHERRI BLANKS**
2337 COUNTY ROAD 690
SHUBUTA, MS 39360-

**Clm No 20613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Simmons**
804 Bouie Court
Portsmouth,  VA 23704

**Clm No 5960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                          878 of 3335

---

**ANNA SMITH**                          <u>Clm No 42139</u>     Filed In Cases: 140
104 WILLOWBEND DRIVE
SILSBEE TX 77656                        Class              Claim Detail Amount         Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Anna Stallworth**                     <u>Clm No 59719</u>     Filed In Cases: 140
1711 South Atmore Avenue
Whistler, AL 36612                       Class              Claim Detail Amount         Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Anna V. Cattafesta, Estate**          <u>Clm No 54376</u>     Filed In Cases: 140
P.O. Box 19
Kingmont, WV 26578                       Class              Claim Detail Amount         Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

879 of 3335

---

**Anna Ward**
1686 Hinerman Hill Rd
Glen Easton, WV 26039

**Clm No 29826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Wilson**
763 County Road 52
Ironton, OH 45638

**Clm No 30025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Yarborough**
808 Redheart Drive
Hampton,  VA 23666

**Clm No 6885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                          880 of 3335

---

**ANNABEL CHANEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 81219**    Filed In Cases: 140

ROBERT F. CHANEY (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNABELL BORDERS**

**Clm No 88098**    Filed In Cases: 140

C/O EDWARD O. MOODY, PA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

801 WEST 4TH ST.

LITTLE ROCK, AR 72201

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNABELL CRITIAN**

**Clm No 36749**    Filed In Cases: 140

3150 LAKESHORE DRIVE

PORT ARTHUR TX 77642

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              881 of 3335

---

**Annabelle  Morrison**                    **Clm No 58961**   Filed In Cases: 140
Route 4, Box 104A
Fairmont, WV 26554                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Annabelle Hull**                         **Clm No 20389**   Filed In Cases: 140
15776 Duggans Road
Grass Valley, CA 95949                      Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $10,000.00
                                                               $10,000.00

Date Filed              5-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Annabelle Tanner**                       **Clm No 17031**   Filed In Cases: 140
16 Reed ST B
Norwalk, OH 44857                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**ANNAH MAE KREPS, PERSONAL REPRESENTATIVE FOR**

DONALD KREPS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Annaleis Scammell**

211 Elaine Ave

Follansbee, WV 26037

**Clm No 29114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annanette Koehler**

1720 Mayflower Ave., Apt 4I

Bronx, NY 10461

**Clm No 1720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    883 of 3335

---

**ANNE BURNS, PERSONAL REPRESENTATIVE FOR**    **Clm No 80398**    Filed In Cases: 140
WILLIAM BURNS (DECEASED)
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANNE C. GAMBLE**    **Clm No 20817**    Filed In Cases: 140
1704 ST. ANTHONY DRIVE
FLORENCE, SC 29505-

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anne C. Parra**    **Clm No 1808**    Filed In Cases: 140
7811 Naylor Ave.
Los Angeles, CA 90045

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Anne DiGiaimo**
23-14 Watkins Ave.
Fair Lawn, NJ 07410

**Clm No 1033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 14-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Anne E. Woodard**
4040 Sunkist Road
Chesapeake,  VA 23321

**Clm No 6830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Anne Eddens**
Post Office Box 27
Huntland, TN 37345

**Clm No 59272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      885 of 3335

---

**ANNE GILES**                          **Clm No 37855**    Filed In Cases: 140
6410 MEADOWVISTA DRIVE APT 102
CORPUS CHRISTI TX 78414         Class          Claim Detail Amount    Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Anne H. Sasser**                      **Clm No 50661**    Filed In Cases: 140
c/o Anne H. Sasser
4786 Hull Road SE              Class          Claim Detail Amount    Final Allowed Amount
Conyers, GA 30094
                                 UNS                 $1.00
                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Anne Haynes**                         **Clm No 4266**     Filed In Cases: 140
203 Cabell Dr.
Newport News,  VA 23602        Class          Claim Detail Amount    Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        886 of 3335

---

**Anne Higginbotham**                    **Clm No 11441**    Filed In Cases: 140
3600 Temple Avenue
Lorain, Oh 44053                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Anne Jackson**                         **Clm No 50841**    Filed In Cases: 140
P. O. Box 175
Allentown, GA 31003                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Anne L. Middleton**                    **Clm No 49196**    Filed In Cases: 140
495 Spring Haven Road
Dexter, GA 31019                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    887 of 3335

---

**Anne Lee Murray**                    **Clm No 52864**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road          Class          Claim Detail Amount          Final Allowed Amount
Novato, CA 94948
                               UNS                 $1.00
                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anne Lewis**                         **Clm No 4886**    Filed In Cases: 140
2811 Ryland Road
Hampton, VA 23661              Class          Claim Detail Amount          Final Allowed Amount

                               UNS                 $1.00
                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anne Lewis**                         **Clm No 45553**    Filed In Cases: 140
11 County Rd. #51335
Rose Hill, MS 39356           Class          Claim Detail Amount          Final Allowed Amount

                               UNS                 $1.00
                                                   $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                           888 of 3335

---

**Anne McCormick**                    **Clm No 1366**    Filed In Cases: 140
215 Morgan St.
Oberlin, OH 44074-1515

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNE MCMANUS, PERSONAL REPRESENTATIVE FOR**    **Clm No 80594**    Filed In Cases: 140

WILTON C. MCMANUS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANNE MOORE**                    **Clm No 40453**    Filed In Cases: 140
7660 WINDREST DR.
MOBILE AL 36695

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                    889 of 3335

---

**Anne Norris**                    **Clm No 14454**    Filed In Cases: 140
128 Waters Edge Drive
Elyria, OH 44035              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anne O'Reilly**                  **Clm No 141**    Filed In Cases: 140
26 West Drive
Mahopac, NY 10541            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anne Olivia Dieckelt**           **Clm No 52209**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road        | Class | Claim Detail Amount | Final Allowed Amount |
Novato, CA 94948             |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                        890 of 3335

---

**Anne Palaia**                          **Clm No 1872**      Filed In Cases: 140
126 Van Sicklen Street
Brooklyn, NY 11223                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

        Date Filed            22-Nov-2016
        Bar Date
        Claim Face Value          $1.00

---

**ANNE PATRICK**                         **Clm No 40890**     Filed In Cases: 140
18590 MARKWOOD DR.
CITRONELLE AL 36522                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

        Date Filed            9-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**ANNE PRICE, PERSONAL REPRESENTATIVE FOR**   **Clm No 80628**   Filed In Cases: 140
PAUL M. BRADLEY (DECEASED)
C/O BRAYTON PURCELL, LLP                   Class            Claim Detail Amount      Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD                      UNS                   Unknown
NOVATO, CA 94928-6169

        Date Filed            23-Mar-2017
        Bar Date
        Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             891 of 3335

---

**Anne Stevens**                    **Clm No 16768**    Filed In Cases: 140
7708 Poorman Road
Vermilion, OH 44089       | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**ANNELIE BOGUNOVIC, PERSONAL**     **Clm No 81135**    Filed In Cases: 140
**REPRESENTATIVE FOR**
JOVO BOGUNOVIC (DECEASED)
C/O BRAYTON PURCELL, LLP  | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: BRYN G. LETSCH      |---|---|---|
222 RUSH LANDING ROAD     | UNS | Unknown | |
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**ANNELIESE GONZALES**              **Clm No 37920**    Filed In Cases: 140
6380 HOWE
GROVES TX 77619           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

892 of 3335

---

**ANNELL MOORE**
105 V. E. HOWELL ROAD
LUCEDALE, MS 39452-

**Clm No 21084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annell Parham**
116 Sportsmans Dr
Milledgeville, GA 31061

**Clm No 45776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annelle Harrison**
185 Hwy 212
Milledgeville, GA 31059

**Clm No 46944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 893 of 3335

| | | | |
|---|---|---|---|
| **ANNELYN RACHLEY, PERSONAL REPRESENTATIVE FOR** | **Clm No 79164** | Filed In Cases: 140 | |
| JERRY RACKLEY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

| | | | |
|---|---|---|---|
| **Anner Coleman** | **Clm No 46679** | Filed In Cases: 140 | |
| 16276 Claude Mann Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Bastrop, LA 71220 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| | | | |
|---|---|---|---|
| **Annett Carr** | **Clm No 50131** | Filed In Cases: 140 | |
| 751 Walker Dairy Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Dublin, GA 31021 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

894 of 3335

---

**ANNETTA KELLEY**
2422 PINE BROOK CT
DEER PARK TX 77536

**Clm No 39189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annette Alford**
156 Willis Circle
Forsyth, GA 31029-5118

**Clm No 46571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annette Anderson**
123 Marsh's Lane
Elyria, OH 44035

**Clm No 7110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

895 of 3335

---

**ANNETTE ANDERSON, PERSONAL REPRESENTATIVE FOR**

SYLVESTER JAMES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ANNETTE ARMENTA, PERSONAL REPRESENTATIVE FOR**

AUGUST TURRICIANO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Annette Bowie**

c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          896 of 3335

---

**Annette Braden**                          **Clm No 50662**    Filed In Cases: 140
c/o Annette Braden
824 Beechwood Ct.                           Class              Claim Detail Amount      Final Allowed Amount
Jackson, MS 39206
                                            UNS                $1.00
                                                               $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNETTE BROUWS, PERSONAL**                **Clm No 81066**    Filed In Cases: 140
**REPRESENTATIVE FOR**

RICHARD CORNELIUS BROUWS (DECEASED)         Class              Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                         UNS                Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Annette Bryant**                          **Clm No 3003**     Filed In Cases: 140
7041 Mamie Blvd.
Norfolk, VA 23513                           Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                $1.00
                                                               $1.00

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                897 of 3335

---

**Annette Butler**                    **Clm No 3051**        Filed In Cases: 140
1260 Sir Kay Drive
Chesapeake, VA 23323              Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Annette Chapman**                  **Clm No 46062**       Filed In Cases: 140
1275 North 17th Street
Milwaukee, WI 53205              Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Annette Cole**                     **Clm No 51354**       Filed In Cases: 140
P.O. Box 662
Tifton, GA 31794                Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Annette Daniels**
2069 Pinnacle Point Dr.
Norcross, GA 30071

**Clm No 47226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

**Annette Daugherty Nice**
HC60 Box 144
Reader, WV 26167

**Clm No 26254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

**Annette Edwards**
2028 Bencal Dr
Atlanta, GA 31306

**Clm No 47168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    899 of 3335

---

**Annette Eley**          **Clm No 3673**    Filed In Cases: 140
718 Homestead Ave.
Hampton,  VA 23661        Class          Claim Detail Amount      Final Allowed Amount

UNS                  $1.00
                                         $1.00

Date Filed        1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Annette Este**          **Clm No 20563**    Filed In Cases: 140
40025 Adams Road
Hammond, LA 70403        Class          Claim Detail Amount      Final Allowed Amount

UNS                  $10,000.00
                                         $10,000.00

Date Filed        6-Dec-2016
Bar Date
Claim Face Value       $10,000.00

---

**Annette Fannin**          **Clm No 47154**    Filed In Cases: 140
202 Cooley Rd.
La Grange, GA 30241        Class          Claim Detail Amount      Final Allowed Amount

UNS                  $1.00
                                         $1.00

Date Filed        8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                           900 of 3335

---

**ANNETTE FENDER, PERSONAL REPRESENTATIVE FOR**

ROGER STEWART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Annette Ferrell**

c/o Byron Taylor

19475 Beechwood Lane

Smithfield, VA 23430

**Clm No 3771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annette Freeman**

3239 Charlene Avenue SW

Canton, OH 44706

**Clm No 10301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                901 of 3335

---

**ANNETTE GOMEZ**                          **Clm No 37917**   Filed In Cases: 140
9130 OLD HIGHWAY 87
ORANGE TX 77632                            Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**ANNETTE GOODLOE**                        **Clm No 86233**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                $1.00
                                                             $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value     $1.00

---

**Annette Goodwin**                        **Clm No 24846**   Filed In Cases: 140
2807 Cedar Lane
Adamsville, AL 35005                        Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed           5-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

| **Annette Griffey** | **Clm No 59334** | Filed In Cases: 140 | |
|---|---|---|---|
| Post Office Box 391 | Class | Claim Detail Amount | Final Allowed Amount |
| Theodore, AL 36590 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Annette Griner** | **Clm No 47672** | Filed In Cases: 140 | |
|---|---|---|---|
| 245 Ferris Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Enigma, GA 31749 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **ANNETTE HALLMON** | **Clm No 38188** | Filed In Cases: 140 | |
|---|---|---|---|
| 1155 TAYLORWOOD CR. | Class | Claim Detail Amount | Final Allowed Amount |
| TUSCALOOSA AL 35405 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                            903 of 3335

---

**Annette Hill Kelly**                    **Clm No 49797**    Filed In Cases: 140
6379 GA Highway 18
Jeffersonville, GA 31044

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANNETTE HIMMELSBACH, PERSONAL REPRESENTATIVE FOR**    **Clm No 80220**    Filed In Cases: 140

ARTHUR EDWIN KNOWLTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Annette King**                    **Clm No 27672**    Filed In Cases: 140
PO Box 416
Georgetown, GA 31754

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    904 of 3335

---

**Annette Lawrence**
3511 Omohundro Ave., #1
Norfolk,  VA 23504

**Clm No 4843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annette Leonard**
618 Pobiddy Road
Thomaston, GA 30286

**Clm No 49732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annette Lininger**
185 Shadyside Road
Uniontown,  PA 15401

**Clm No 4911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/30/2018 5:48:22 PM

*Claims Details*

---

**Annette McCloud**                    **Clm No 59538**    Filed In Cases: 140
134 Fisher Street
Buffalo, NY 14215                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                   $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Annette Mennella**                   **Clm No 2355**    Filed In Cases: 140
1001 So. Collier Blvd., Apt. TH6
Marco Island, FL 34145                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                   $10,000.00
                                                             $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**ANNETTE POWELL**                     **Clm No 57732**    Filed In Cases: 140
Route 3 Box 485
Mount Olive, MS 39119                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                   $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail:** claimsmanager@omnimgt.com            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

906 of 3335

---

**Annette R. Moss**
567 Old Monticello Road NW
Milledgeville, GA 31059

**Clm No 49532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNETTE R. ROBERSON, PERSONAL REPRESENTATIVE FOR**
CHARLES B. ROBERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Annette Sams**
472 Weems Rd.
Molena, GA 30258

**Clm No 49128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              907 of 3335

---

**ANNETTE SANCHEZ, PERSONAL REPRESENTATIVE FOR**

JOSEPH R. SANCHEZ (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Annette Tobias**

14 Mountain Ash Pl.

Hampton, VA 23666

**Clm No 6361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annette Viewins Brown**

312 S Houston Ave

Cameron, TX 76520

**Clm No 22502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $500.00            |                    |
|       | $500.00            |                    |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $500.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 908 of 3335

---

**Annette Williams**                    **Clm No 47905**    Filed In Cases: 140
2741 Allendale Dr
Macon, GA 31211                          Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Annie Williams**                      **Clm No 33654**    Filed In Cases: 140
13087 Hwy 43 North
Karnack, TX 75661                        Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Annie Abney**                         **Clm No 43717**    Filed In Cases: 140
713 Cohn Street
Belzoni, MS 39038                        Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

909 of 3335

**Annie Anderson**
304 Possum Point Dr.
Eatonton, GA 31024

**Clm No 48125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Armstrong**
108 County Road 408
Calhoun City, MS 38916

**Clm No 45487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Atkins**
18000 Hwy 14
Carrollton, AL 35447

**Clm No 65661**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    910 of 3335

---

**ANNIE B. WELCH**                    **Clm No 21355**    Filed In Cases: 140
17840 CELESTE ROAD
CITRONELLE, AL 36522              Class              Claim Detail Amount         Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANNIE B. WILLIS**                   **Clm No 88191**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                  Class              Claim Detail Amount         Final Allowed Amount
LITTLE ROCK, AR 72201
                                 UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Annie Bailey**                      **Clm No 43751**    Filed In Cases: 140
8793 Poplar Hill Road
Lorman, MS 39096                  Class              Claim Detail Amount         Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

911 of 3335

---

**Annie Baldree**
P.O. Box 2671
Tifton, GA 31793-2671

**Clm No 51151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Annie Barnes**
104 Jackson Avenue
Carthage, MS 39051

**Clm No 43767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ANNIE BARNES**
3015 13TH ST
PORT ARTHUR TX 77642

**Clm No 35478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              912 of 3335

**Annie Barrino**                  **Clm No 7439**    Filed In Cases: 140
161 S. Hawkins
Akron, OH 44313                    Class                Claim Detail Amount        Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

**Annie Beach**                   **Clm No 51670**   Filed In Cases: 140
PO Box 482
Forsyth, GA 31029                 Class                Claim Detail Amount        Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

**ANNIE BELL**                    **Clm No 55136**   Filed In Cases: 140
1063 Cedar Lane
Crawford, MS 39440-1642           Class                Claim Detail Amount        Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              913 of 3335

---

**ANNIE BELL ARMSTRONG**                 **Clm No 84269**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class        Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS              $1.00
                                                          $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**ANNIE BELL WHALE**                     **Clm No 88273**    Filed In Cases: 140
FOR THE ESTATE OF SAMUEL LEE WHALE SR.
C/O EDWARD O. MOODY, PA                  Class        Claim Detail Amount      Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                    UNS              Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE BELLE SMILEY**                   **Clm No 87017**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class        Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS              $1.00
                                                          $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                            914 of 3335

---

**ANNIE BERNICE WOOLDRIDGE**                    **Clm No 87036**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                             Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                                UNS                   $1.00
                                                                      $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value             $1.00

---

**Annie Beverly**                               **Clm No 7644**     Filed In Cases: 140
5125 Stewart Avenue
Cincinnati, OH 45227                            Class            Claim Detail Amount      Final Allowed Amount

                                                UNS                   $1.00
                                                                      $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Annie Bloodworth**                            **Clm No 46485**    Filed In Cases: 140
150 Meriweather Lane NW
Milledgeville, GA 31061                         Class            Claim Detail Amount      Final Allowed Amount

                                                UNS                   $1.00
                                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2717**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANNIE BOOKER**
1324 S. Delesseps Apt. A
Greenville, MS 38701

**Clm No 55213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE BOREL**
4278 WESTBLUFF ROAD
ORANGE TX 77632

**Clm No 35777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE BOURNES**
8345 GEORGIA AVENUE
GULFPORT, MS 39501-8377

**Clm No 20625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                   3/30/2018 5:48:22 PM

*Claims Details*                                                                            916 of 3335

---

**ANNIE BOWENS**                          **Clm No 84550**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                  $1.00
                                                                $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Annie Boyd**                            **Clm No 51684**    Filed In Cases: 140
PO Box 518
Pine Hill, AL 36769                        Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Annie Brent**                           **Clm No 46756**    Filed In Cases: 140
1705 Hwy 583 North
Jayess, MS 36941                           Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Annie Brown**
100 Grady Leach Rd
Lawrence, MS 39336

**Clm No 43851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Annie Brown**
688 Moreley Ave.
Akron, OH 44320

**Clm No 8075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Annie Brown**
P.O. Box 292
Richton, MS 39476

**Clm No 51172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                          918 of 3335

---

**ANNIE BROWN**                    **Clm No 66296**    Filed In Cases: 140
c/o Glenda Mixon
431 W. Smithfield Circle          Class          Claim Detail Amount          Final Allowed Amount
Dolomite, AL 35061
                                  UNS                  $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Annie Brown**                    **Clm No 48170**    Filed In Cases: 140
309 Harrisburg Rd
Milledgeville, GA 31061           Class          Claim Detail Amount          Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Annie Brown**                    **Clm No 46701**    Filed In Cases: 140
165 Bell St.
Sparta, GA 31087                  Class          Claim Detail Amount          Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                   3/30/2018 5:48:22 PM

*Claims Details*                                                                                        919 of 3335

---

**Annie Brown**                          **Clm No 50817**    Filed In Cases: 140
P O Box 987
Hardwick, GA 31031                       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANNIE BRYANT**                         **Clm No 83702**    Filed In Cases: 140
MATTHEW BRYANT
C/O O'SHEA & REYES, LLC                   | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA                    |-------|---------------------|----------------------|
5599 SOUTH UNIVERSITY DR, STE 202        | UNS | $10,000.00 | |
DAVIE, FL 33328                          | | $10,000.00 | |

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**ANNIE BUTLER**                         **Clm No 285**    Filed In Cases: 140
6842 BUHR STREET
DETROIT, MI 48212                        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ANNIE CAIN**
127 Greenfield Road
Natchez, MS 39120

**Clm No 55444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANNIE CAMERON**
629 Victoria Ave.
Laurel, MS 39440

**Clm No 55448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Annie Campbell**
5470 Natchez Hwy Box 94
Wilmer, AL 36587

**Clm No 49456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Annie Chappell**
6366 Thornhedge Drive
Riverdale, GA 30296

**Clm No 43934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Chism**
13879 Bone Camp Road
Coker, AL 35452

**Clm No 66791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Church**
908 West 20th Street
Lorain, OH 44052

**Clm No 8687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

922 of 3335

---

**Annie Clark**
1100 Hwy 18
Molena, GA 30258

**Clm No 45588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Coleman**
1054 Lomax Road  # 1
Hermanville, MS 39086

**Clm No 43959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE COLLINS**
113 DOVER CT
SMITHFIELD VA 23430

**Clm No 36564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

923 of 3335

---

**Annie Collins**
21 Colchester Street
Springfield, MA 01109

**Clm No 2023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE COOPER**
1748 MARIAN ANDERSON
PORT ARTHUR TX 77640

**Clm No 36642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE COX**
230 Melon Street
Laurel, MS 39440

**Clm No 55662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Annie Crowther**
314 North Chancellor Road
Hattiesburg, MS 39401

**Clm No 48223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Cunningham**
700 Atlanta Ave Apt. 302
Decatur, GA 30030

**Clm No 49946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE DALE**
1357 WINDSOR AVENUE
MOBILE, AL 36605-

**Clm No 20733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                925 of 3335

---

**Annie Davis**                    **Clm No 47143**    Filed In Cases: 140
201 Williams Street
Waynesboro, MS 39367               Class            Claim Detail Amount    Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Annie Davis**                    **Clm No 44020**    Filed In Cases: 140
15 Heather Lane
Gulfport, MS 39503                 Class            Claim Detail Amount    Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Annie Davis**                    **Clm No 49605**    Filed In Cases: 140
591 Floyd Rd.
Forsyth, GA 31029                  Class            Claim Detail Amount    Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

926 of 3335

---

**Annie Davis**
134 Saucier Drive
Hattiesburg, MS 39401

**Clm No 46218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE DELAHOUSSAYE**
2030 6TH STREET
PORT NECHES TX 77651

**Clm No 36958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Denny**
PO Box 639
Porterdale, GA 30070

**Clm No 51723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    927 of 3335

---

| Annie Devero | | **Clm No 51208** | Filed In Cases: 140 | |
| P.O. Box 335 | | Class | Claim Detail Amount | Final Allowed Amount |
| Sparta, GA 31087 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| ANNIE DICKERSON | | **Clm No 20754** | Filed In Cases: 140 | |
| 1519 FOREST CIRCLE | | Class | Claim Detail Amount | Final Allowed Amount |
| MOBILE, AL 36605 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Annie Douglas | | **Clm No 47730** | Filed In Cases: 140 | |
| 252 Lawrence Rd NW | | Class | Claim Detail Amount | Final Allowed Amount |
| Milledgeville, GA 31061 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

928 of 3335

---

**ANNIE DOUGLAS**
713 Roby
Canton, MS 39046

**Clm No 55854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE DUBOSE**
311 IRBY ST
PRICHARD AL 36610

**Clm No 37169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Duncan**
2694 Hwy41 S
Milledgeville, GA 31061

**Clm No 47861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 929 of 3335

---

**Annie Edmond** | **Clm No 51302** | Filed In Cases: 140
P.O. Box 54
Rentz, GA 31075

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE EDWARDS** | **Clm No 37328** | Filed In Cases: 140
563 KENT ST.
MOBILE AL 36617

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Englehardt** | **Clm No 45272** | Filed In Cases: 140
1018 President
Tupelo, MS 38801

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ANNIE ERWIN**
#2- 71st Street North
Birmingham, AL 35206

**Clm No 67764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Eubanks**
4 Prince Eubanks Rd.
Beaumont, MS 39423

**Clm No 48724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANNIE EVANS**
27726 Wellington St.
Farmington Hill, MI 48334-3257

**Clm No 55968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Annie Everett**
271 Holly Bush Church Road
Waynesboro, MS 39367

**Clm No 47879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie F. Mascagni**
c/o Ann Mascagni
1586 S Main
Greenville, MS 38701

**Clm No 50660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE FAY LEWIS LARRY, PERSONAL REPRESENTATIVE FOR**
CLIFFORD L. LEWIS SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             932 of 3335

---

**ANNIE FAYE WHITE**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 87294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE FURLOUGH**

C/O BRENT COON & ASSOCIATES

215 ORLEANS ST

BEAUMONT, TX 77701

**Clm No 34530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE G. CLOSE, PERSONAL REPRESENTATIVE FOR**

DAVID CLOSE SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                                         933 of 3335

---

**ANNIE GATES**                          **Clm No 56117**    Filed In Cases: 140
3208 Tougaloo Street
Jackson, MS 39213                        Class            Claim Detail Amount     Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANNIE GERTRUDE GRIFFIN**               **Clm No 86938**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201
                                         UNS                  $1.00
                                                              $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Annie Gilmore**                        **Clm No 45695**    Filed In Cases: 140
113 Russell Dr N W
Milledgeville, GA 31061                  Class            Claim Detail Amount     Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 5:48:22 PM

*Claims Details*                                                          934 of 3335

---

**ANNIE GREER**                    **Clm No 38043**   Filed In Cases: 140
4953 MERRIMAC
CORPUS CHRISTI TX 78415            Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANNIE GRIFFIN**                  **Clm No 86939**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.               Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                  UNS                 $1.00
                                                      $1.00

Date Filed             24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Annie Hall**                     **Clm No 48941**   Filed In Cases: 140
4257 Omega Ellington Rd.
Omega, GA 31775                   Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                935 of 3335

---

**ANNIE HARRIS**                           **Clm No 56366**    Filed In Cases: 140
4804 Halls Ferry Road
Vicksburg, MS 39180                         Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

         Date Filed          9-Dec-2016
         Bar Date
         Claim Face Value        $1.00

---

**Annie Harris**                           **Clm No 46913**    Filed In Cases: 140
182 White Oak Drive
Jackson, GA 30233                           Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

         Date Filed          8-Dec-2016
         Bar Date
         Claim Face Value        $1.00

---

**Annie Hawkins**                          **Clm No 11232**    Filed In Cases: 140
7143 Pugilese Place
Dayton, OH 45415                            Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

         Date Filed          23-Nov-2016
         Bar Date
         Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    936 of 3335

---

**Annie Henderson**
835 Lasiter Rd.
Silas, AL 36919

**Clm No 50338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Herring**
2084 Lee Road 427
Phenix City, AL 36867

**Clm No 47254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE HILL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANNIE HILL**
2206 CLINTON ST.
MOBILE AL 36617

**Clm No 38537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Hopson**
697 County Road 167
Stonewall, MS 39363

**Clm No 44301**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Hornsby**
13934 Hwy 80 West
Forest, MS 39074

**Clm No 44304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

---

*Claims Details*                                                              938 of 3335

---

**Annie Horton**                    **Clm No 11682**    Filed In Cases: 140
1878 Turner Blvd Apt B
Elyria, OH 44035                    Class              Claim Detail Amount      Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Annie Ivey**                      **Clm No 44330**    Filed In Cases: 140
837 Hwy 364
Booneville, MS 38829               Class              Claim Detail Amount      Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ANNIE J. CARO**                   **Clm No 88820**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             939 of 3335

---

**ANNIE J. JOHNSON**                    **Clm No 88210**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                        | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                   | --- | --- | --- |
                                        | UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Annie Jackson**                       **Clm No 44333**    Filed In Cases: 140
1001 Hard Times Road
Hermanville, MS 39086                    | Class | Claim Detail Amount | Final Allowed Amount |
                                        | --- | --- | --- |
                                        | UNS | $1.00 | |
                                        | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Jackson**                       **Clm No 51536**    Filed In Cases: 140
PO Box 175
Allentown, GA 31003                     | Class | Claim Detail Amount | Final Allowed Amount |
                                        | --- | --- | --- |
                                        | UNS | $1.00 | |
                                        | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

940 of 3335

---

**ANNIE JEAN THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86192**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Jennings**
157 Hurdletown Rd.
Hertford, NC 27944

**Clm No 4554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Jones**
806 South Magonila
Laurel, MS 39440

**Clm No 50259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

**Annie Jones**
1184 East 5th Street
Forest, MS 39074

**Clm No 44386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Annie Jones**
Post Office Box 1294
Canton, MS 39046

**Clm No 44385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Annie Kelly**
3840 California Avenue
Jackson, MS 39213

**Clm No 48663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                            942 of 3335

---

**Annie Killingsworth**                    **Clm No 45890**    Filed In Cases: 140
121 Cato Street
Hazlehurst, MS 39083                        Class            Claim Detail Amount    Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Annie Kirk**                             **Clm No 50290**    Filed In Cases: 140
812 5th Avenue NE
Magee, MS 39111                            Class            Claim Detail Amount    Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Annie Knox**                             **Clm No 23218**    Filed In Cases: 140
1345 County Road 86
Knoxville, AL 35469                         Class            Claim Detail Amount    Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

943 of 3335

---

**ANNIE L. CLOIRD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Annie Ladd**
114 SCR 11
Bay Springs, MS 39422

**Clm No 44427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Lamb Gore**
5031 Indian River Road
Virginia Beach,  VA 23464

**Clm No 4814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

944 of 3335

---

| Annie Langston | | **Clm No 50238** | Filed In Cases: 140 | |
| 801 Johnson Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Magee, MS 39111 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| ANNIE LEE | | **Clm No 84913** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | UNS | $1.00 | |
| JACKSON, MS 39201 | | | $1.00 | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| ANNIE LEE CLEVELAND | | **Clm No 85132** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | UNS | $1.00 | |
| JACKSON, MS 39201 | | | $1.00 | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             945 of 3335

---

**ANNIE LEE GROOM**                    **Clm No 86928**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                 UNS                     $1.00
                                                         $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ANNIE LEE JOHNSON**                  **Clm No 88209**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                 Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                 UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE LEE JONES**                    **Clm No 84836**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                 UNS                     $1.00
                                                         $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

946 of 3335

---

**ANNIE LEE STAPLES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE LEE STINES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE LEE THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                   E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                             947 of 3335

---

| ANNIE LEMAIRE | **Clm No 39599** | Filed In Cases: 140 | |
|---|---|---|---|
| 11357 NONA DRIVE | Class | Claim Detail Amount | Final Allowed Amount |
| BEAUMONT TX 77705 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| ANNIE LILLIAN MCCOY | **Clm No 86685** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | UNS | $1.00 | |
| JACKSON, MS 39201 | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

| ANNIE LOIS CARTER RUTLEDGE | **Clm No 85880** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | UNS | $1.00 | |
| JACKSON, MS 39201 | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                948 of 3335

---

**ANNIE LOU RAY**                           **Clm No 85432**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                            UNS                     $1.00
                                                                    $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ANNIE LOU STEELE**                        **Clm No 85602**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                            UNS                     $1.00
                                                                    $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ANNIE LUE PEARSON**                       **Clm No 85390**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                            UNS                     $1.00
                                                                    $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                            949 of 3335

---

**ANNIE M. GIDDENS**                          **Clm No 88397**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                              Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                              UNS                     Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE M. NELSON**                           **Clm No 87514**    Filed In Cases: 140
FOR THE ESTATE OF DAVID NELSON
C/O EDWARD O. MOODY, PA                        Class              Claim Detail Amount      Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                          UNS                     Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE MAE EDGE**                            **Clm No 86485**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                            Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                              UNS                     $1.00
                                                                      $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                950 of 3335

---

**ANNIE MAE JOHNSON**                    **Clm No 38954**    Filed In Cases: 140
223 SUNNYHILL ROAD
JACKSON AL 36545                          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**ANNIE MAE LOVING**                     **Clm No 85454**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                         |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ANNIE MAE WASHINGTON**                 **Clm No 43107**    Filed In Cases: 140
800 MEAHER ST.
PRICHARD AL 36610                         | Class | Claim Detail Amount | Final Allowed Amount |
                                          |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

---

*Claims Details*

951 of 3335

---

**Annie Magee**
503 Bunche Blvd
Portsmouth, VA 23701

**Clm No 4970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie MaGee**
503 Bunche Blvd
Portsmouth, VA 23701

**Clm No 4971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE MARIE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

952 of 3335

---

**Annie Martin**
1832 New Buckeye Rd
East Dublin, GA 31027

**Clm No 46924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE MARY SLAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie McAboy**
401 JC Killingsworth Drive
Hattiesburg, MS 39401

**Clm No 48740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

OldCo, LLC, successor by merger to Coltec Industries Inc                    3/30/2018 5:48:22 PM

*Claims Details*                                                             953 of 3335

---

**Annie McCann**                          **Clm No 44509**    Filed In Cases: 140
1034 County Road 125
Quitman, MS 39355                         Class           Claim Detail Amount    Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANNIE MCCLENDON**                       **Clm No 40068**    Filed In Cases: 140
231 N. WILLIAMS AVE.
PRICHARD AL 36610                         Class           Claim Detail Amount    Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Annie McCool**                          **Clm No 70818**    Filed In Cases: 140
104-20th Ave. S.W.
Reform, AL 35481                          Class           Claim Detail Amount    Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              954 of 3335

---

**Annie McCormick**                    **Clm No 49722**    Filed In Cases: 140
616 South Magnolia Street
Laurel, MS 39440

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ANNIE MCCOVERY**                    **Clm No 40091**    Filed In Cases: 140
2334 ADAMS LN.
MOBILE AL 36610

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Annie McCoy**                    **Clm No 45128**    Filed In Cases: 140
3100 Waxhaw Indian Trail Road
Indian Trail, NC 28079

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 955 of 3335

---

**Annie Miles**                              **Clm No 46377**    Filed In Cases: 140
143 Horseshoe Cir.
Jackson, MS 39203                            Class              Claim Detail Amount    Final Allowed Amount

                                             UNS                     $1.00
                                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANNIE MILLER**                             **Clm No 40305**    Filed In Cases: 140
1001 S.WASHINGTON AVE.
MOBILE AL 36603                              Class              Claim Detail Amount    Final Allowed Amount

                                             UNS                     $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Annie Miller**                             **Clm No 50364**    Filed In Cases: 140
850 Grosso Ave.
Macon, GA 31220                             Class              Claim Detail Amount    Final Allowed Amount

                                             UNS                     $1.00
                                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                956 of 3335

---

**ANNIE MYERS**                          **Clm No 57461**    Filed In Cases: 140
P.O. BOX 1
Goodman, MS 39079                        Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Annie Newell**                         **Clm No 45602**    Filed In Cases: 140
1105 County Road 12
Bay Springs, MS 39422                    Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Annie Ogungbade**                      **Clm No 33525**    Filed In Cases: 140
1217 Fredonia Street
Longview, TX 75602                       Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    957 of 3335

---

**ANNIE OUSBY (FORMERLY CLARK)**        **Clm No 57565**    Filed In Cases: 140
630 Thorner Tollviell Rd.
Tchula, MS 39169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Pacley**                          **Clm No 48728**    Filed In Cases: 140
40 Chapparal - Hiwannee Road
Waynesboro, MS 39367

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Parham**                          **Clm No 46360**    Filed In Cases: 140
1420 South Elbert Street
Milledgeville, GA 31059

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             958 of 3335

---

**ANNIE PARKER**                      **Clm No 57589**   Filed In Cases: 140
424 SCR 3
Taylorsville, MS 39168                 Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANNIE PARKERSON**                   **Clm No 57602**   Filed In Cases: 140
2523 Attalla Road 3241
Kosciusko, MS 39090                    Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Annie Patterson**                   **Clm No 46469**   Filed In Cases: 140
149 Youngblood Rd
Milledgeville, GA 31061                Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Annie Patterson**
127 Margaret Drive
Hampton, VA 23669

**Clm No 5424**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ANNIE PEARL LEFTWICH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84919**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Pearson**
2518 E. 33rd St.
Lorain, OH 44052

**Clm No 14782**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    960 of 3335

---

**Annie Phillips**                          **Clm No 24997**    Filed In Cases: 140
4300 Echols Drive
Bessemer, AL 35022                           Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed           5-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Annie Pickford**                          **Clm No 59622**    Filed In Cases: 140
403 NE Vista Street
Magee, MS 39111                              Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Annie Pitts**                             **Clm No 50943**    Filed In Cases: 140
P.O. Box 115
Ovett, MS 39464                              Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**ANNIE R. ESTER (COCHRAN)**    **Clm No 88726**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**ANNIE R. PATTERSON**    **Clm No 21142**    Filed In Cases: 140
1369 WILLOW ROAD, APT. E
MENLO PARK, CA 94025-

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Rabon**    **Clm No 59641**    Filed In Cases: 140
3065 Wise Road
Conway, SC 29526

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                  962 of 3335

---

**Annie Raines**                     **Clm No 46361**    Filed In Cases: 140
1421 Hamlin Rd
Lizella, GA 31052                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Annie Rankin**                     **Clm No 45235**    Filed In Cases: 140
101 Rankin Hayes Road
Mendenhall, MS 39114                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Annie Rawlinson**                  **Clm No 15236**    Filed In Cases: 140
3949 Bushnell Road
University Hts, OH 44118             Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 963 of 3335

---

**Annie Reaves**                         **Clm No 46335**    Filed In Cases: 140
141 Shana Dr SW
Milledgeville, GA 31061                   Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ANNIE REESE**                          **Clm No 41402**    Filed In Cases: 140
1310 MARTIN LUTHER KING S
BASTROP LA 71220                          Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ANNIE RIE THOMPSON**                   **Clm No 86000**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       Class          Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                          UNS                  $1.00

                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             964 of 3335

---

**ANNIE RILEY, PERSONAL REPRESENTATIVE FOR**     **Clm No 79799**     Filed In Cases: 140

TAFT GILLAM (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Annie Robertson**                                  **Clm No 48951**     Filed In Cases: 140

43 Cane Mill Road

Richton, MS 39476

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE ROBY**                                       **Clm No 57899**     Filed In Cases: 140

2009 Attala Road 4135

Sallis, MS 39160

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    965 of 3335

---

**Annie Rogers**
419 Jones St
Canton, MS 39049

**Clm No 48897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANNIE ROGERS**
400 FOLEY AVE
PORT ARTHUR TX 77640

**Clm No 41644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANNIE ROGERS**
240 WILLBARBER RD
Pinola, MS 39149

**Clm No 57909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              966 of 3335

---

**Annie Rowe**                          **Clm No 72512**    Filed In Cases: 140
633 6th Street
Montgomery, AL 36110                     Class            Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Annie Runnells**                      **Clm No 49166**    Filed In Cases: 140
485 SCR 62
Magee, MS 39111                          Class            Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ANNIE RUSSELL**                       **Clm No 41748**    Filed In Cases: 140
31470 COLEMAN LANE
SPANISH FORT AL 36527                     Class            Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    967 of 3335

---

**ANNIE RUTH LOVE**    **Clm No 88108**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.    | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201    |-------|--------------------|--------------------|
    | UNS | Unknown | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE RUTH ROMES**    **Clm No 87519**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.    | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201    |-------|--------------------|--------------------|
    | UNS | Unknown | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value

---

**ANNIE RUTH VAUGHN**    **Clm No 85926**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.    | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201    |-------|--------------------|--------------------|
    | UNS | $1.00 | |
    | | $1.00 | |

Date Filed    24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANNIE RUTH WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE SAPP**
1134 GLASSHOUSE STREET
BEAUMONT TX 77703

**Clm No 41818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Sayer**
4103 Keene Drive
Tuscaloosa, AL 35404

**Clm No 72677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    969 of 3335

---

**Annie Scruggs**
3720 County Road 45
Silas, AL 36919

**Clm No 48603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Annie Shannon**
3531 Stardust Circle
Decatur, GA 30034

**Clm No 48483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANNIE SHERROD**
4119 BRIGGS STREET
MOSS POINT, MS 39565

**Clm No 21239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Annie Smith**
490 K Town Rd
Stateline, MS 39362

**Clm No 49180**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Smith**
5 Duvall Dr
Cordele, GA 31015

**Clm No 49211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Smith**
756 Pobiddy Rd
Thomaston, GA 30286

**Clm No 50138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              971 of 3335

---

**ANNIE SUE SWINDLE**               **Clm No 85669**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                    UNS                  $1.00
                                                         $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ANNIE TATE**                      **Clm No 58308**    Filed In Cases: 140
886 William Price Road
Aliceville, AL 35442                Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Annie Tatum**                     **Clm No 49401**    Filed In Cases: 140
53 County Road 1553
Louin, MS 39338                     Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Annie Thigpen**
33 County Road 1715
Bay Springs, MS 39422

**Clm No 48336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Thomas**
P.O. Box 681
Reform, AL 35481

**Clm No 73003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Trotter**
313 Harrington St.
Bastrop, LA 71220

**Clm No 48216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Annie Vaughn**
3630 Coalburg Road
Fultondale, AL 35068

**Clm No 73061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Walker**
563 N. Soloman
Greenville, MS 38703

**Clm No 49517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie Ward**
P. O. BOX 1971
HARDWICK, GA 31034

**Clm No 50846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

### Claims Details

974 of 3335

---

**Annie Washington**
P.O. Box 1503
Waynesboro, MS 39367

**Clm No 51015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Washington**
252 Whiddon Rd.
Canton, MS 39046

**Clm No 47736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie White**
16 Castello Ave
Savannah, GA 31419

**Clm No 29930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              975 of 3335

---

**ANNIE WILLIAMS**                    **Clm No 58686**    Filed In Cases: 140
164 Cedar Drive
Columbus, MS 39705

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANNIE WILLIAMS**                    **Clm No 43415**    Filed In Cases: 140
5626 HWY 69
KOUNTZE TX 77625

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANNIE WILLIAMS**                    **Clm No 58692**    Filed In Cases: 140
304 HARPER STREET
Mendenhall, MS 39114

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

976 of 3335

---

**ANNIE WILLIAMS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 43359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Wilson**
208 Hillcrest Dr. Apt. 1C
Dublin, GA 31021

**Clm No 47240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE WINCHESTER**
363 CRANFIELD RD
Roxie, MS 39661

**Clm No 58768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                977 of 3335

---

**Annie Worthy**                         **Clm No 47428**    Filed In Cases: 140
222 Edna Circle
Thomaston, GA 30286              Class            Claim Detail Amount      Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Annis Mooney**                         **Clm No 71185**    Filed In Cases: 140
1965 Chinkapin
Vidor, TX 77662                 Class            Claim Detail Amount      Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Anntonnette Moultry**                  **Clm No 23423**    Filed In Cases: 140
3771 County Road 3319
Troy, AL 36079                  Class            Claim Detail Amount      Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anscile McKenney**
715 Washington Ave.
Chillicothe, OH 45601

**Clm No 13697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Ansel Myers**
340 Pineside Ln NE
Warren, OH 44481

**Clm No 14304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Ansel Pierce**
224 RT Braddy Rd
Florence, MS 39073

**Clm No 47455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              979 of 3335

---

**Ansel Plymale**                         **Clm No 1863**     Filed In Cases: 140
26028 A Langston Ave.
Glen Oaks, NY 11004-1026               Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anselmo Conderino**                     **Clm No 60866**    Filed In Cases: 140
194 River Rd
Willington, CT 06279                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANSELMO ORTIZ**                         **Clm No 83567**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                 Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                        UNS                 $10,000.00
                                                           $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

**Anselmo R Pelayre**

**Clm No 32933**   Filed In Cases: 140

8626 224th St. S.W.

Edmonds, WA  98026

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANSELMO S. DUBON**

**Clm No 81640**   Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Anson Fanary**

**Clm No 26573**   Filed In Cases: 140

PO Box 636

Sophia, WV 25921

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anson Small**
4013 State Route 257
Seneca, PA 16346

**Clm No 16368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHANETTE GRANTHAM**
8506 BROAVILLE ROAD
Lexington, MS 39095

**Clm No 56203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony  Franz**
1228 11th Street Apt. 202
Santa Monica, CA 90401

**Clm No 18901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

982 of 3335

---

**Anthony  Gurgui**
22 Pennsylvania Ave.
Brentwood L.I., NY  11717

**Clm No 32599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony  Romeo**
415 Hall Street
Fairmont, WV 26554

**Clm No 54034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony  Schlee Jr.**
515 NE 135th St.
Vancouver, WA  98685

**Clm No 33042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 983 of 3335

---

**Anthony A Gelfo**
9633 105th Terr. North
Largo, FL  33773

**Clm No 32568**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Acquista**
2010 N 3rd Ave
Ironton, OH 45638

**Clm No 25119**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Adkins**
8 Clinton Place
Huntington, WV 25705

**Clm No 25131**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Anthony Albertini**
299 Brigham Street
Hudson, MA 01749

**Clm No 1935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Alessandrini**
2015 7th Street SW
Canton, OH 44706

**Clm No 7025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Andreozzi**
107 Roosevelt Ave. Ext
Preston, CT 06365

**Clm No 19818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              985 of 3335

---

**ANTHONY ANTONELLIS**                    **Clm No 76367**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Arcaro**                        **Clm No 7169**     Filed In Cases: 140
369 Walnut Street
Conneaut, OH 44030               Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Anthony Asher**                         **Clm No 2541**     Filed In Cases: 140
6743 Bessemer Ave.
Baltimore, MD 21222              Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

986 of 3335

---

**Anthony Audia**
2337 Parkwood Drive NW
Warren, OH 44485

**Clm No 7227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Babeli**
3034 20th Street NW
Canton, OH 44708

**Clm No 7257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Baclawski**
6050 Orchard Hill Blvd.
Lorain, OH 44053

**Clm No 7267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

987 of 3335

---

**Anthony Banks**
2412 Azalea Garden Rd, Apt. B-1
Norfolk, VA 23513

**Clm No 2597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Basile**
951 Karla Dr.
Clinton, OH 44216

**Clm No 7452**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Bella**
86 Amber St.
Staten Island, NY 10306

**Clm No 156**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    988 of 3335

---

**Anthony Bennett**
910 Hilcliff Street
Louisville, OH 44641

**Clm No 7578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Berstling**
4881 French Creek Road
Sheffield Lake, OH 44054

**Clm No 7627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Betzel**
3054 Lincoln Street
Lorain, OH 44052

**Clm No 7641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                              989 of 3335

---

**ANTHONY BOBROWSKI**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Anthony Bobrowski**

2300 North Orange

Lake Station, IN 46405-0000

**Clm No 60298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Bonveno**

110 Laurel Street

San Diego, CA 92101

**Clm No 21589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

990 of 3335

---

**Anthony Braithwaite**
1915 Somerton Place
Virginia Beach, VA 23471

**Clm No 2880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Bregante**
110 Laurel Street
San Diego,CA 92101

**Clm No 21595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANTHONY BROWN**
11915 MCKINNEY FALLS LANE
SUGARLAND TX 77498

**Clm No 35987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             991 of 3335

---

**Anthony Bukta**                        **Clm No 25720**    Filed In Cases: 140
476 Timber Ln
Edinburg, PA 16116                        Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed                8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony C. Abruzzo**                    **Clm No 119**    Filed In Cases: 140
169-12 24th Ave.
Whitestone, NY 11357                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed                14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ANTHONY C. GRECH JR.**                  **Clm No 82013**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                       Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                      UNS                  Unknown

Date Filed                23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**Anthony Caetano**
110 Laurel Street
San Diego, CA 92101

**Clm No 21618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Caito**
110 Laurel Street
San Diego, CA 92101

**Clm No 21619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Calvino**
26 Marys Lane
Salem, NH 03079

**Clm No 60602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

993 of 3335

---

**Anthony Canitano**
6627 Learnagle Road
N. Ridgeville, OH 44039

**Clm No 8397**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Caprio**
342 Quinnipiac Ave
North Haven, CT 06473

**Clm No 25824**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Chaplinsky**
165 Hitchcock Road
Southington, CT 06489

**Clm No 60713**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**ANTHONY CHAPLINSKY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Anthony Chieffalo**
c/o Toni Chieffalo
Benwood, WV 26311

**Clm No 25933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Christy**
94 South Paint Street
Chillicothe, OH 45601

**Clm No 8682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

995 of 3335

---

**Anthony Ciaramella**
445 Neptune Ave. Atp. 19-B
Brooklyn, NY 11224

**Clm No 1060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Cifaldi**
6220 South Elaine Avenue
Cudahy, WI 53110

**Clm No 60759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Cifelli**
949 Mill Street
Conneaut, OH 44030

**Clm No 8695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              996 of 3335

---

**ANTHONY CIULLA**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY CLARK**

112 Shiloh Cir
Ocean Springs, MS 39564

**Clm No 55551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Clay**

611 Everett St
Huntington, WV 25702

**Clm No 25982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    997 of 3335

---

**ANTHONY CMIELEWSKI**    **Clm No 36502**    Filed In Cases: 140
4558 EMIL ROAD
SAN ANTONIO TX 78219

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Anthony Colello**    **Clm No 8834**    Filed In Cases: 140
281 Coitsville Road
Campbell, OH 44405

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**ANTHONY COLENBERG**    **Clm No 55595**    Filed In Cases: 140
P. O. Box 326
Fayette, MS 39069

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

### Claims Details                                                                998 of 3335

---

| **Anthony Condello** | **Clm No 8900** | Filed In Cases: 140 | |
|---|---|---|---|
| 5704 Frazer Ave. NW | Class | Claim Detail Amount | Final Allowed Amount |
| North Canton, OH 44720-4044 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ANTHONY CONNEELY** | **Clm No 76470** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **Anthony Conneely** | **Clm No 60872** | Filed In Cases: 140 | |
|---|---|---|---|
| 9 Laura Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hebron, CT 06248 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail:** claimsmanager@omnimgt.com              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    999 of 3335

---

**Anthony Conte**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY COSENTINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Cosentino**
15 Hyde Park Road
Franklin, CT 06254

**Clm No 60922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1000 of 3335

---

**Anthony Costa**
3808 Highland Court
Virginia Beach, VA 23456

**Clm No 3333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Covato**
17 Holly Lane
Uniontown, PA 15401

**Clm No 3343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Crianza**
c/o Mrs. Adelaide Crianza
7935 Big Horn St.
Baytown, TX 77521

**Clm No 67150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

**Anthony Crump**
1310 24th Street
Newport News, VA 23607

**Clm No 3397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Cuggino**
15 Pine Street
Sharon, MA 02067

**Clm No 61009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY CUGGINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                              1002 of 3335

---

**Anthony Cuzzola**                  **Clm No 9221**      Filed In Cases: 140
3251 Route 426
Findley Lake, NY 14736               Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Anthony D. DeMundo**               **Clm No 53651**     Filed In Cases: 140
1416 Main Street
Wellsburg, WV 26070                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Anthony Dangelo**                  **Clm No 9262**      Filed In Cases: 140
9346 Saw Mill Drive
North Ridgeville, OH 44039           Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1003 of 3335

---

**ANTHONY DARBY**                       **Clm No 55739**    Filed In Cases: 140
541 1/2 S. MAGNOLIA
Laurel, MS 39440                        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anthony Dazzo**                        **Clm No 61085**    Filed In Cases: 140
5220 Trenton Street
Metairie, LA 70006                      | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anthony Defalco**                      **Clm No 61096**    Filed In Cases: 140
222 8 Street
Fairview, NJ 07022                      | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANTHONY DEFALCO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77402**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|-----|-----|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Anthony DeFrancis**
c/o Amelia DeFrancis
3013 Eileen
Deer Park, TX 77653

**Clm No 67385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Anthony Delgrosso**
200 Michelle Lane, Apt. #107
Groton, CT 06340

**Clm No 19899**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1005 of 3335

---

**Anthony Desselles**                    **Clm No 61129**    Filed In Cases: 140
724 Manson Avenue
Metairie, LA 70001-4829                   Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $10,000.00
                                                              $10,000.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Anthony Dewayne Gipson**               **Clm No 52371**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                     Class          Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                          UNS                 $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Anthony Dickey**                       **Clm No 44051**    Filed In Cases: 140
1161 South Gin Road
Ramer, TN 38367                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1006 of 3335

---

**Anthony DiGaudio**
2418 Foxwood Road South
Orange Park, FL 32073

**Clm No 61155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Anthony Dignetti**
503 Center Hill Rd
Upper Black Eddy, PA 18972

**Clm No 26363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Anthony DioGuardi**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 9558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

## *Claims Details*

---

**Anthony Dominick Sr.**

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

**Clm No 52216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Dore, Sr.**

51868 North Ridge Rd.

Vermilion, OH 44089

**Clm No 9635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY DUANE LLOYD**

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 82174**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1008 of 3335

---

**Anthony Durante**
1061 College Ave
Elmira, NY 14901

**Clm No 26465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony English**
11350 Randon Hills Road, Suite 700
Fairfax, VA 22030

**Clm No 61334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Evans**
145 Oletimers Rd
Huntsville, AL 35811

**Clm No 59283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

---

*Claims Details*

1009 of 3335

---

**Anthony F Reynolds**
20539 Appaloosa Tr.
Crosby, TX  77532

**Clm No 32985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony F. Degulis**
4386 Via Del Villetti Dr.
Venice, FL 34293

**Clm No 1115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Fair**
2425 1st Place NW
Birmingham, AL 35215

**Clm No 24809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                                  1010 of 3335

---

**Anthony Falcone**                    **Clm No 19929**    Filed In Cases: 140
7 Burns Ave.
Westerly, RI 2891                      Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Fanizzi**                    **Clm No 9993**    Filed In Cases: 140
5409 Johnnycake Ridge NE
Canton, OH 44705                      Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Fantozzi**                    **Clm No 10000**    Filed In Cases: 140
37660 Colorado Avenue
Avon, OH 44011                        Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1011 of 3335

---

**Anthony Faulkner**
411 Monsanto Avenue
Luling, LA 70070

**Clm No 18882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Ferguson**
181 Nub McNair Rd
Magee, MS 39111

**Clm No 46898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Fields**
5801 Burrell Ave.
Norfolk,  VA 23518

**Clm No 3778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony Fosco**                   **Clm No 927**    Filed In Cases: 140
199-40 19th Avenue
Whitestone, NY 11357                Class            Claim Detail Amount    Final Allowed Amount

                                    UNS              $1.00

                                                     $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Frank**                   **Clm No 10274**   Filed In Cases: 140
328 S. Inglewood Road
Youngstown, OH 44515               Class            Claim Detail Amount    Final Allowed Amount

                                    UNS              $1.00

                                                     $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ANTHONY FRANKLIN**                **Clm No 37624**   Filed In Cases: 140
3327 HOMBLY
HOUSTON TX 77066                   Class            Claim Detail Amount    Final Allowed Amount

                                    UNS              $1.00

                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1013 of 3335

---

**Anthony Frano**  
188 Woodbine Road  
Colchester, CT 06415

**Clm No 61531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed    8-Dec-2016  
Bar Date  
Claim Face Value    $1.00

---

**ANTHONY FRANO**  
C/O THE FERRARO LAW FIRM PA  
ATTN: FERNANDO JOSE ULLOA  
600 BRICKELL AVE, STE 3800  
MIAMI, FL 33131

**Clm No 73793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed    20-Mar-2017  
Bar Date  
Claim Face Value

---

**Anthony Frasca**  
668 Niles Cortland Road NE  
Warren, OH 44484

**Clm No 10287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed    23-Nov-2016  
Bar Date  
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**  
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**  
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1014 of 3335

---

**ANTHONY FREDRICK MARCELLI**          **Clm No 81921**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class          Claim Detail Amount    Final Allowed Amount
222 RUSH LANDING ROAD            UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Froelick**                    **Clm No 33907**    Filed In Cases: 140
625 Cooper Kettle Dr.
Virginia Beach, VA 23463          Class          Claim Detail Amount    Final Allowed Amount
                                 UNS                  $10,000.00
                                                      $10,000.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Anthony G Eden**                      **Clm No 32477**    Filed In Cases: 140
100 Alcott Place,  Apt. 24D
Bronx, NY  10475                  Class          Claim Detail Amount    Final Allowed Amount
                                 UNS                  $1.00
                                                      $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    1015 of 3335

---

**Anthony Gagliardi**    <span style="color:blue">**Clm No 61578**</span>    Filed In Cases: 140
42 Albion Street
Waterbury, CT 06705

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Anthony Gallardo**    <span style="color:blue">**Clm No 10404**</span>    Filed In Cases: 140
8537 W. Ridge Rd.
Elyria, OH 44035

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Anthony Garbo**    <span style="color:blue">**Clm No 10429**</span>    Filed In Cases: 140
1000 Cooper Foster Park Road
Amherst, OH 44001

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1016 of 3335

---

**Anthony Garcia**
2021 Plantation Oaks Drive
Navarre, FL 32566

**Clm No 61606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY GARCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY GARRETT**
5470 JENARD ST
BEAUMONT TX 77708

**Clm No 37760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1017 of 3335

| ANTHONY GARTMANN | **Clm No 77697** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| Anthony Gartmann | **Clm No 61628** | Filed In Cases: 140 | |
|---|---|---|---|
| 1020 County Road D | Class | Claim Detail Amount | Final Allowed Amount |
| Woodville, WI 54028 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Anthony Gerace | **Clm No 18922** | Filed In Cases: 140 | |
|---|---|---|---|
| 154 Belington Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Madisonville, LA 70447 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1018 of 3335

---

**Anthony Giangiobbe**                    **Clm No 61668**    Filed In Cases: 140
16940 Timberwork Road
Spring, TX 77379                          Class        Claim Detail Amount    Final Allowed Amount

                                         UNS                $10,000.00
                                                            $10,000.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**ANTHONY GIANGIOBBE**                    **Clm No 78067**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class        Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                 Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Graham**                        **Clm No 46700**    Filed In Cases: 140
1645 Hwy 80 East
East Dublin, GA 31027                     Class        Claim Detail Amount    Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony Groch**
301 Fowler Hill Rd
Wellsburg, WV 26070

**Clm No 26970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Gromko**
136 Hunters Road, # 128
Norwich, CT 06360

**Clm No 19958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY GUARINO**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1020 of 3335

---

**ANTHONY GUILLORY**
3048 ELINOR
BEAUMONT TX 77705

**Clm No 38118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Anthony Halloraw**
59 Harding Ave.
Yonkers, NY 10704

**Clm No 1598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Anthony Hamilton**
1667 Catawba Circle
Akron, OH 44301

**Clm No 10989**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1021 of 3335

---

**ANTHONY HAMPTON,  PERSONAL REPRESENTATIVE FOR**

**Clm No 81358**    Filed In Cases: 140

LOUIS HAMPTON (DECEASED)

C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|-----------------|-------------|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Anthony Hannah**

**Clm No 4138**    Filed In Cases: 140

1312 Able Street

Chesapeake,  VA 23324

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY HARRIS**

**Clm No 56353**    Filed In Cases: 140

362 Sedgefield Rd.

Natchez, MS 39120

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1022 of 3335

| Anthony Harris | **Clm No 44224** | Filed In Cases: 140 | |
| 4950 Millbridge Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Salisbury, NC 28147 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Anthony Hendricks | **Clm No 23075** | Filed In Cases: 140 | |
| 5382 West 149 Street | Class | Claim Detail Amount | Final Allowed Amount |
| Brook Park, OH 44142 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| ANTHONY HENRY | **Clm No 68965** | Filed In Cases: 140 | |
| 3922 Beau Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77039 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1023 of 3335

---

**Anthony Heriot**
1922 E. High Avenue
Youngstown, OH 44505

**Clm No 11386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY HILL**
8811 WOODLEIGH DRIVE
HOUSTON TX 77083

**Clm No 38544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Holcombe**
3902 Shady Grove Circle Apt F
Williamsburg, VA 23188

**Clm No 11575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1024 of 3335

---

**Anthony Hollingsworth**
5624 Foreman Toles Rd.
Collinsville, MS 39325-7283

**Clm No 49515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Hooks**
2267 Buxton Avenue
Cincinnati, OH 45212

**Clm No 11638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Hospodavis**
7316 1/2 Root Road
N. Ridgeville, OH 44309

**Clm No 11695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                                1025 of 3335

---

**ANTHONY HUDDLESTON, PERSONAL REPRESENTATIVE FOR**

ROCHESTER HUDDLESTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Anthony Hunicke**

2614 By Creek

Houston, TX 77068

**Clm No 69383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Anthony Iannazzo**

63 Mitchelville Road

Hilton Head Island, SC 29926

**Clm No 23126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**ANTHONY INORIO**                         **Clm No 74611**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                 Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Anthony Inorio**                          **Clm No 62261**    Filed In Cases: 140
3 White Oak Drive
Clinton, CT 06413                         Class           Claim Detail Amount      Final Allowed Amount

UNS                   $1.00
                                                              $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY IVAN**                           **Clm No 500**     Filed In Cases: 140
5190 RAISIN CENTER HIGHWAY
TECUMSEH, MI 49286                        Class           Claim Detail Amount      Final Allowed Amount

UNS                   $1.00
                                                              $1.00

| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony J. Bellotte, Jr.**
118 Grove Avenue
Clarksburg, WV 26301

**Clm No 53578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**ANTHONY JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Anthony Jones**
477 Bennington Avenue
Youngstown, OH 44505

**Clm No 12193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**ANTHONY JOSEPH LOPEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**ANTHONY JUBITO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Anthony Jubito**
1303 Camelia Street
Atlantic Beach, FL 32233

**Clm No 62431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                          1029 of 3335

---

**Anthony Juersivich**                    **Clm No 12267**    Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway               | Class | Claim Detail Amount | Final Allowed Amount |
Boston Heights, OH 44236                 | --- | --- | --- |
                                         | UNS | $1.00 | |
                                         | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Keeling**                       **Clm No 4717**     Filed In Cases: 140
103 Ballast Ct.
Elizabeth City,  NC 27909                | Class | Claim Detail Amount | Final Allowed Amount |
                                         | --- | --- | --- |
                                         | UNS | $1.00 | |
                                         | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Kennedy**                       **Clm No 70032**    Filed In Cases: 140
C/o Bernice Kennedy
164 Honeycutt Road                       | Class | Claim Detail Amount | Final Allowed Amount |
Adamsville, AL 35005                     | --- | --- | --- |
                                         | UNS | $1.00 | |
                                         | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1030 of 3335

---

**ANTHONY KENNEDY**
800 MORNINGVIEW
DERBY KS 67037

**Clm No 39229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony King**
108 Kings Lane
Franklin, VA 23851

**Clm No 4754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Kirkland**
134 South Jackson
Youngstown, OH 44506

**Clm No 12542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1031 of 3335

---

**Anthony Kloss**                          **Clm No 12583**    Filed In Cases: 140
3828 Pennsylvania Avenue
Erie, PA 16504                             Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Anthony Koch**                          **Clm No 12619**    Filed In Cases: 140
116 Country View Ave.
Dalton, OH 44618                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Anthony Kolenda**                       **Clm No 27729**    Filed In Cases: 140
211 Willowbrook Avenue
Stamford, CT 06902                        Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                1032 of 3335

---

**ANTHONY KOLODZIEJ**                    **Clm No 78368**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                      Unknown

| | | |
|---|---|---|

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Kushner**                      **Clm No 27772**    Filed In Cases: 140
9018 Township Rd 166
Bloomingdale, OH 43910                Class            Claim Detail Amount        Final Allowed Amount

UNS                        $1.00

$1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANTHONY L. FRETTY SR.**                **Clm No 81228**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                   Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                 UNS                      Unknown

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1033 of 3335

---

**ANTHONY L. PREVITO**
POST OFFICE BOX 566
BILOXI, MS 39533-

**Clm No 21172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony L. Thomas III**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Lagreco**
3113 English Turn Rd.
Braithwaite, LA 70040

**Clm No 19154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony Larkin**
4450 Lockwood Blvd
Boardman, OH 44511

**Clm No 12852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Anthony Latacz**
89 Tiller Dr.
Waretown, NJ 08758

**Clm No 1332**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 14-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**ANTHONY LATHAM**
971 Double Branch Road
Gordo, AL 35466

**Clm No 56988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1035 of 3335

---

**Anthony Leibas**
1847 East 32nd Street
Lorain, OH 44055

**Clm No 12953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Anthony Lemas**
110 Laurel Street
San Diego,CA 92101

**Clm No 21867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Anthony Lemes**
461 W. Elm Park Avenue
Elmhurst, IL 60126-3129

**Clm No 62774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1036 of 3335

---

**ANTHONY LEMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Lentine**
1270 Platinum Dr.
Hoschton , GA 30548

**Clm No 20033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Leone**
32056 Woodale Drive
Hanoverton, OH 44423

**Clm No 12981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1037 of 3335

---

**Anthony Lesniewski**                    **Clm No 4879**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                $1.00

                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ANTHONY LOIACONO, PERSONAL**            **Clm No 80935**     Filed In Cases: 140
**REPRESENTATIVE FOR**

JOSEPH J. LOIACONO (DECEASED)
C/O BRAYTON PURCELL, LLP                Class          Claim Detail Amount      Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD                   UNS              Unknown
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Loria**                         **Clm No 70498**     Filed In Cases: 140
8917 Covey Ct.
Dallas, TX 75238                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00

                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                     1038 of 3335

---

**Anthony Lowe**                    **Clm No 27965**   Filed In Cases: 140
933 Jenny Ct
Florence, KY 41042

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANTHONY LOWERY, PERSONAL**        **Clm No 79280**   Filed In Cases: 140
**REPRESENTATIVE FOR**
MANSFIELD LOWERY JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY LUCCI**                   **Clm No 74417**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1039 of 3335

---

**Anthony Lucci**
6871 NW 43rd Avenue
Coconut Creek, FL 33073

**Clm No 62894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY LUCENTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Lucente**
1719 Locke Lane
Vernon Hills, IL 60061

**Clm No 62896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                         1040 of 3335

---

**ANTHONY MAIDEN**                **Clm No 39839**   Filed In Cases: 140
1019 SAYERS
LUFKIN TX 75904                   | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Anthony Marek**                 **Clm No 62985**   Filed In Cases: 140
PO Box 474
Hebron, IN 46341-8824            | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ANTHONY MAREK**                 **Clm No 76591**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800        |-------|---------------------|----------------------|
MIAMI, FL 33131                   | UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANTHONY MARVELLI**
209 W. Main St.
Florence, MS 39073

**Clm No 57183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Massaro**
3260 Dobbins Road
Poland, OH 44514

**Clm No 13451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY MASTROIANNI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|-------|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1042 of 3335

---

**Anthony Mastroianni**
26 Upland Road
P.O. Box 366
Middlebury, CT 06762

**Clm No 63040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Matthews**
1162 Meadow Park Lane
Grand Prairie, TX 75052

**Clm No 19235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY MAZZAMUTO, PERSONAL REPRESENTATIVE FOR**
JOSEPH COOPER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1043 of 3335

---

**Anthony Mazzocco**                    **Clm No 13532**    Filed In Cases: 140
2010 Country Club
Youngstown, OH 44514                    Class         Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Anthony McKenzie**                    **Clm No 13700**    Filed In Cases: 140
38100 Butternut Ridge
N. Ridgeville, OH 44039                  Class         Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Anthony Mileto**                      **Clm No 13899**    Filed In Cases: 140
4999 Cooper Road
Lowellville, OH 44436                    Class         Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1044 of 3335

---

**Anthony Milini**                    **Clm No 13903**   Filed In Cases: 140
3839 11th Street SW
Canton, OH 44710                       Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Anthony Miller**                    **Clm No 19276**   Filed In Cases: 140
P.O. Box 300
Geismar, LA 70734                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Anthony Milone, Sr.**               **Clm No 13975**   Filed In Cases: 140
2654 Henrietta Dr.
Uniontown, OH 44685                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony Montagino**
910 Stallion Way
Valrico, FL 33594

**Clm No 63308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY MONTAGINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Anthony Moore**
40 Pleasant Street
Wakeman, OH 44889

**Clm No 14083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 5:48:22 PM

## *Claims Details*                                                                     1046 of 3335

---

**Anthony Morrione**                    **Clm No 78659**   Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey         | Class | Claim Detail Amount | Final Allowed Amount |
One Independence Plaza, Suite 612 | UNS   | Unknown             |                      |
Birmingham, AL 35209

| Date Filed        | 24-Mar-2017 |
| Bar Date          |             |
| Claim Face Value  |             |

---

**Anthony Moubray**                     **Clm No 14218**   Filed In Cases: 140
10132 State Route 350
Cincinnati, OH 45113              | Class | Claim Detail Amount | Final Allowed Amount |
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Anthony Muse**                        **Clm No 1416**    Filed In Cases: 140
14 Poe Ave.
Newark, NJ 07106                 | Class | Claim Detail Amount | Final Allowed Amount |
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

| Date Filed        | 14-Nov-2016 |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Anthony Narciso**
2940 Southwestern Ave
Manchester,  MD 21102

**Clm No 5271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Nardo**
2909 East Avenue
Erie, PA 16504

**Clm No 14329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANTHONY NAULS**
1235 SKIPWITH
BEAUMONT TX 77701

**Clm No 40627**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2727**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1048 of 3335

---

**Anthony Newell**
500 East Parke St.
Rockville, IN 47872

**Clm No 49227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Anthony Nicolan**
210 W. 25th St.
Lorain, OH 44052

**Clm No 14419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**ANTHONY NICOLELLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                      1049 of 3335

---

**Anthony Nicolella**                    **Clm No 63494**    Filed In Cases: 140
1511 Lacosta Drive East
Pembroke Pines, FL 33027          Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                $10,000.00
                                                      $10,000.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**ANTHONY O. COLEMAN**                   **Clm No 87640**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class          Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Orecchio**                     **Clm No 63579**    Filed In Cases: 140
401 Dercole Court, Apt# 131
Norwood, NJ 07648                  Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                   1050 of 3335

---

**Anthony Orelski**                    **Clm No 14574**   Filed In Cases: 140
331 Metz
Erie, PA 16508

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**ANTHONY P. BARBER**                  **Clm No 81503**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY PADALINO**                   **Clm No 666**   Filed In Cases: 140
18714 THETA COURT
CLINTON TOWNSHIP, MI 48036

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1051 of 3335

---

**Anthony Pafford**
1775 E. 36th Street
Lorain, OH 44055

**Clm No 14630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Page**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Palmiero**
650 W 50th St
Erie, PA 16509

**Clm No 28579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1052 of 3335

---

**Anthony Paul Salm**          **Clm No 53120**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road          | Class | Claim Detail Amount | Final Allowed Amount |
Novato, CA 94948               |-------|---------------------|----------------------|
                               | UNS   | $1.00               |                      |
                               |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Pedone**          **Clm No 1800**    Filed In Cases: 140
156 Stoneleigh Dr.
Riverhead, NY 11901          | Class | Claim Detail Amount | Final Allowed Amount |
                            |-------|---------------------|----------------------|
                            | UNS   | $1.00               |                      |
                            |       | $1.00               |                      |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Pepe**          **Clm No 63728**    Filed In Cases: 140
858 Pisa Lane
Kissimmee, FL 34758-          | Class | Claim Detail Amount | Final Allowed Amount |
                             |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANTHONY PEPE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Perry**
8042 Hubbard-Bedford Rd.
Hubbard, OH 44425

**Clm No 14837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Perry**
804 Fairland Avenue
Hampton,  Virginia 23661

**Clm No 5461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1054 of 3335

---

**Anthony Pinkus**                          **Clm No 14952**    Filed In Cases: 140
1126 Krumroy Rd.
Akron, OH 44306                             Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**ANTHONY PIPPEN**                          **Clm No 75632**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                   Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800                 UNS                  Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Pippen**                          **Clm No 63801**    Filed In Cases: 140
5752 Country Club Drive
Birmingham, AL 35228-3655                   Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1055 of 3335

---

**Anthony Plucinski**                 **Clm No 14973**    Filed In Cases: 140
1585 Harden Dr.
Barberton, OH 44203               Class              Claim Detail Amount        Final Allowed Amount

                                 UNS                     $1.00
                                                         $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Anthony Pontino**                   **Clm No 52991**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road            Class              Claim Detail Amount        Final Allowed Amount
Novato, CA 94948
                                 UNS                     $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Anthony Provenzano**                **Clm No 28807**    Filed In Cases: 140
115 N 19th St
Wheeling, WV 26003               Class              Claim Detail Amount        Final Allowed Amount

                                 UNS                     $1.00
                                                         $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1056 of 3335

**ANTHONY QUESENBERRY**
RT. 1 BOX 31A
COPPER HILL VA 24079

**Clm No 41267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony R Aracri**
2703 Nassau Bend #D2
Coconut Creek, FL 33066

**Clm No 30230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Ramseur**
3313 Sir Meliot Drive
Chesapeake,  VA 23323

**Clm No 5609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1057 of 3335

---

**Anthony Raymond**
36202 Chestnut Ridge Road
North Ridgeville, OH 44309

**Clm No 15254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY REGALADO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Regalado**
3517 South Austin Boulevard
Cicero, IL 60804-0000

**Clm No 63979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*

---

**Anthony Reynolds**                    **Clm No 15354**   Filed In Cases: 140
4879 Oak Point Rd.
Lorain, OH 44053

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Rizza**                    **Clm No 5729**   Filed In Cases: 140
P.O. Box 633
Moyock,  NC 27958

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Rizzo**                    **Clm No 28951**   Filed In Cases: 140
118 Sunnyside Rd
New Castle, PA 16102

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*            3/30/2018 5:48:22 PM

*Claims Details*                                                              1059 of 3335

---

**ANTHONY ROBINSON**                 **Clm No 41593**    Filed In Cases: 140
109 HEMLY AVE.
MOBILE AL 36607                      Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                    ─ ─ ─ ─ ─ ─   ─────────────   ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANTHONY ROCCAFORTE**               **Clm No 41618**    Filed In Cases: 140
3029 34TH STREET
PORT ARTHUR TX 77642                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                    ─ ─ ─ ─ ─ ─   ─────────────   ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANTHONY ROGERS,  PERSONAL**        **Clm No 81359**    Filed In Cases: 140
**REPRESENTATIVE FOR**
ALLEN S. ROGERS (DECEASED)          Class          Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                 UNS                   Unknown
222 RUSH LANDING ROAD               ─ ─ ─ ─ ─ ─   ─────────────   ─ ─ ─ ─ ─ ─ ─ ─ ─
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                      3/30/2018 5:48:22 PM

*Claims Details*                                                                  1060 of 3335

---

**ANTHONY ROIG**                          **Clm No 57917**    Filed In Cases: 140
c/o Porter & Malouf, PA
P.O. Box 12768                            Class              Claim Detail Amount       Final Allowed Amount
Jackson, MS 39236
                                          UNS                      $1.00

                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Anthony Roman**                         **Clm No 53077**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                     Class              Claim Detail Amount       Final Allowed Amount
Novato, CA 94948
                                          UNS                      $1.00

                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Anthony Roman Jr.**                     **Clm No 53079**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                     Class              Claim Detail Amount       Final Allowed Amount
Novato, CA 94948
                                          UNS                      $1.00

                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1061 of 3335

---

**Anthony Rosato**
150 Bradenburg Way
Fayettville, GA 30215

**Clm No 64118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANTHONY ROSATO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Rossi**
15 Mary Beth Dr.
Warwick, RI 2886

**Clm No 20142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### *Claims Details*

1062 of 3335

---

**Anthony Rutkowski**
3406 Oberlin Avenue
Lorain, OH 44053

**Clm No 15781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Ryan**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY S. HAWS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Anthony S. Talerico**
126 E Grafton Road
Fairmont, WV 26554

**Clm No 53606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Santiago**
4428 Erie Street
Youngstown, OH 44512

**Clm No 15881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANTHONY SCHAFF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony Semilia**
1541 Hightower Dr.
Uniontown, OH 44685

**Clm No 16079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY SHARP**
264 CHICAGO AVE.
PRICHARD AL 36610

**Clm No 41966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Shaw**
1113 Foxwood Lane
Baltimore,  MD 21221

**Clm No 5927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony Shepherd**
1013 Parsons Pond Dr
Myrtle Beach, SC 29588

**Clm No 29208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY SILVA**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Simon**
455 Lee Point Road
Norfolk,  VA 23502

**Clm No 5968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1066 of 3335

---

**Anthony Singletary**
524 East Wilbeth Road
Akron, OH 44301

**Clm No 16314**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Skvarka**
2008 Hancock St
Moundsville, WV 26041

**Clm No 29304**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Smith**
700 Trellis Way Apt 202
Virginia Beach,  VA 23462

**Clm No 6016**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

**ANTHONY SOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Anthony Sola**
107 Bear's Paw Trail
Naples, FL 34105

**Clm No 64529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Anthony Stephenson**
248 Tuscarora Beach Rd.
Winton, NC 27986

**Clm No 6161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1068 of 3335

---

**ANTHONY STEWART, PERSONAL**
**REPRESENTATIVE FOR**

CRAIG LOUIS STEWART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Stimolo**

110 Laurel Street

San Diego, CA 92101

**Clm No 22008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 7-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Anthony Sturgis**

12 Darrow Street

New London, CT 06320

**Clm No 20182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                      1069 of 3335

---

**Anthony Suman**                        **Clm No 29557**    Filed In Cases: 140
1609 Penn Ave
New Brighton, PA 15066                    Class           Claim Detail Amount       Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Symcheck**                     **Clm No 16989**    Filed In Cases: 140
810 Frederick Street
Niles, OH 44446                          Class           Claim Detail Amount       Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ANTHONY T. PIAZZA**                    **Clm No 81956**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                     Class           Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                    UNS                  Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                         1070 *of* 3335

---

**Anthony T. Pinelli**

3 Morse Hill Rd.

Millerton, NY 12546

**Clm No 1349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Taccone**

7260 Harborgreen Road

Erie, PA 16510

**Clm No 64727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY TACCONE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                         3/30/2018 5:48:22 PM

## *Claims Details*

---

**ANTHONY TAVANI**                          **Clm No 75694**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS              Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Anthony Tedeschi**                         **Clm No 29617**    Filed In Cases: 140

2617 Hollywood Blvd
Steubenville, OH 43952                | Class | Claim Detail Amount | Final Allowed Amount |

                                           UNS               $1.00
                                                             $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Tomei**                            **Clm No 64836**    Filed In Cases: 140

217 W. Shepard Avenue
Hamden, CT 06514                      | Class | Claim Detail Amount | Final Allowed Amount |

                                           UNS               $1.00
                                                             $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Anthony Tonti**
7301 Hawthorne Dr.
Mentor, OH 44060

**Clm No 17305**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Touchard**
1025 Linwood Ave
Metairie, LA 70003

**Clm No 19613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ANTHONY TRAMMEL NABORS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**Anthony Tudisca**
43 Dimmock Road
Waterford, CT 06385

**Clm No 20192**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Turk**
33189 Seneca Dr.
Solon, OH 44139

**Clm No 17404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony V Alimonti**
1 Charles St.
Saugus, MA 01906

**Clm No 30213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                           1074 of 3335

---

**ANTHONY VALAKIS**                          **Clm No 85917**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          Class            Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                             UNS                    $1.00

                                                                    $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Anthony Valenti**                          **Clm No 19631**      Filed In Cases: 140
62196 Raymond Rd.
Lacombe, LA 70445                            Class            Claim Detail Amount       Final Allowed Amount

                                             UNS                    $1.00

                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Anthony Velardi**                          **Clm No 64948**      Filed In Cases: 140
700 Voluntown Road
Griswold, CT 06351                           Class            Claim Detail Amount       Final Allowed Amount

                                             UNS                    $1.00

                                                                    $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**ANTHONY VELARDI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY VENDITTI**
4077 GROVELAND S.W.
NAVARRE, OH 44662-9720

**Clm No 859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANTHONY VENTRELLO**
3162 HARDWOOD
PORT NECHES TX 77651

**Clm No 42943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony Ventura**
44 Briarwood Drive
North Branford, CT 06471-

**Clm No 64952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Anthony Vivacqua**
8476 Crystal Drive
Boardman, OH 44512

**Clm No 17591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Anthony Warren**
2468 Wrens Circle
Stow, OH 44224

**Clm No 17759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anthony Wieman**
3932 Drew Avenue
Cincinnati, OH 45248

**Clm No 18039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Wiggins**
12717 10th Ave E
Tacoma, WA 98445

**Clm No 46058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Wilczynski**
707 Wine Street
Vermillion, OH 44089

**Clm No 18057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1078 of 3335

---

**Anthony Wiley**                    **Clm No 46516**   Filed In Cases: 140
1513 West Moline
Malvern, AR 72104

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ANTHONY WILSON, PERSONAL REPRESENTATIVE**   **Clm No 79491**   Filed In Cases: 140
**FOR**

BILLY D. WILSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Anthony Wolverton**                **Clm No 59844**   Filed In Cases: 140
3807 W. Sierra Highway #6 Ste 4356
Acton, CA 93510

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1079 of 3335

---

**Anthony Woods**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Woolbright**
4012 Clipper Lane
Portsmouth,  VA 23703

**Clm No 6844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Zappulla**
87 Cooper Avenue
Long Branch, NJ 07740

**Clm No 30151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANTHONY, SR. WILSON**
5180 S. MIDDLEBELT ROAD
WESTLAND, MI 48186

**Clm No 898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Antimo Revetti**
1684 Lancaster Drive
Youngstown, OH 44511

**Clm No 15346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Antoine I Tedmore**
Antoine Tedmore Revocable Trst
1835 E Hallendale Blvd #461
Hallandale Beach, FL  33009

**Clm No 33101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**ANTOINE MENARD**                    **Clm No 57346**    Filed In Cases: 140

2038 James Drive

Merraro, LA 70072                     Class           Claim Detail Amount      Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed           9-Dec-2016

Bar Date

Claim Face Value     $1.00

---

**ANTOINE ROBINSON**                  **Clm No 41594**    Filed In Cases: 140

1718 W. BARRETT

TYLER TX 75701                        Class           Claim Detail Amount      Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed           9-Dec-2016

Bar Date

Claim Face Value     $1.00

---

**Antoinette  Majetic, Estate**       **Clm No 54503**    Filed In Cases: 140

RD # 2, Box 474

Ruffsdale PA 15679                    Class           Claim Detail Amount      Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed           9-Dec-2016

Bar Date

Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1082 of 3335

---

**Antoinette Arcuri**
4100 Westbrook Dr
Brooklyn, OH 44144

| **Clm No 25237** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTOINETTE ASCHETTINO, PERSONAL REPRESENTATIVE FOR**
ANTHONY ASCHETTINO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| **Clm No 79678** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Antoinette Baglanis**
847 Adelaid Avenue NE
Warren, OH 44483

| **Clm No 7279** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Antoinette Blanti**
4329 Hylan Blvd.
Stanten Island, NY 10312

**Clm No 1034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ANTOINETTE BROWN**
4115 CROW ROAD, APT. 3
BEAUMONT TX 77706

**Clm No 36026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Antoinette Gaines**
3716 Wendel Rd
Grafton, WV 26354

**Clm No 26781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1084 of 3335

---

**ANTOINETTE HENRY**
2711 BRYAN AVENUE
GROVES TX 77619

**Clm No 38482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antoinette Jean Kiefer**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTOINETTE RIVERA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Antoinette Rivers**
P.O. Box 146
Christmas, FL 32709

**Clm No 64048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTOINETTE STOGNER**
38 STOGNER LOOP
FOXWORTH, MS 39483-4941

**Clm No 21283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antoinette Summers**
246 Spring Valley Rd.
Paramus, NJ 07652

**Clm No 949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1086 of 3335

| | | |
|---|---|---|
| **Antoinette Swiec** | **Clm No 6244** | Filed In Cases: 140 |
| 3205 Elliott Street | | |
| Baltimore,  MD 21224 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **Antoinette Thorne** | **Clm No 6343** | Filed In Cases: 140 |
| 1361 Talbert Terrace S.E. | | |
| Washington, DC 20020 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **Antolin D Esteban** | **Clm No 32502** | Filed In Cases: 140 |
| 6068 Camden Cove St. | | |
| N.Las Vegas, NV  89081 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anton Gallagher**
765 Redbud Lane
Greenwood, IN 46142

**Clm No 26782**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anton Hitchfiel**
C/o Anton E. Hitchfiel, Jr.
216 Woodward Drive
Hueytown, AL 35023

**Clm No 69106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anton Nicolich**
220 Bette Road
East Meadow, NY 11554

**Clm No 1293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Anton Stratis**
2640 Gellert
Reno, NV 89503

**Clm No 64653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTON STRATIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ANTON WAGNER**
118 Yucca Drive
Long Beach, MS 39560

**Clm No 58507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          1089 of 3335

---

**Anton Zic**                          **Clm No 948**      Filed In Cases: 140
561 Sollas Court
Lyndhurst, NY 07071                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Antone Pereira**                     **Clm No 63730**     Filed In Cases: 140
1023 Poplar Ridge Road
White House, TN 37188                   Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ANTONE PEREIRA**                     **Clm No 75667**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                 Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1090 of 3335

---

**Antone Rego**
25 Basin Street
Portsmouth, RI 02871

**Clm No 63981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTONETTE GIOVANETTI, PERSONAL REPRESENTATIVE FOR**

ANDY A. GOMEZ (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Antonette Koscielniak**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $2,000.00 | |
| | $2,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $2,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1091 of 3335

---

**Antonette Koscielniak**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $3,000.00           |                      |
|       | $3,000.00           |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $3,000.00 |

---

**Antonette Scriber**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonino Ficarra**
504 Chapel Hill Road
Oakdale, CT 06370

**Clm No 19933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Antonino Galletti**
782 North Monroe Ave.
Lindenhurst, NY 11757

**Clm No 1072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Antonio A Castillo**
2046 Grove Ave.
San Diego, CA  92154

**Clm No 32365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Antonio A DeJesus**
2274 Montcliff Rd.
San Diego, CA  92139

**Clm No 32438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1093 of 3335

---

**Antonio Ardila**
PO Box 1313
Glen Rose, TX 76043

**Clm No 33240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio B Canonizado**
2951 Via Suspiro
San Diego, CA  92173

**Clm No 32350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Bario**
1501 Birch Run Dr. NE
Warren, OH 44483

**Clm No 7392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANTONIO BELMONTE**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Antonio Bono**
126 Walnut St
Lynbrook, NY 11563

**Clm No 25557**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Antonio Braccia**
13 Ridgeview Ave
Darien, CT 06820

**Clm No 25597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Antonio Buni**
110 Laurel Street
San Diego,CA 92101

**Clm No 21609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Candelas**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Caraballo**
2108 Fulton Road
Cleveland, OH 44113

**Clm No 8425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ANTONIO CARDENAS**
402 GARNER ROAD, #155
PASADENA TX 77502

**Clm No 36242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Antonio Carnevale**
21 McArthur Drive
Smithfield, RI 02917

**Clm No 60641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANTONIO CARNEVALE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1097 of 3335

---

**Antonio Cuerpo**                    **Clm No 3400**      Filed In Cases: 140
841 Tamarack Court
Virginia Beach, VA 23462-4921         Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00

                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ANTONIO DEHOYOS**                   **Clm No 77398**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Antonio Dehoyos**                   **Clm No 61099**     Filed In Cases: 140
3919 Elm Street
East Chicago, IN 46312-0000           Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00

                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                 3/30/2018 5:48:22 PM

## *Claims Details*

1098 of 3335

| Antonio Dellolio | **Clm No 67396** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Myra Dellolio | Class | Claim Detail Amount | Final Allowed Amount |
| 234 Industrial | | | |
| La Marque, TX 77568 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Antonio DiCristoforo | **Clm No 61153** | Filed In Cases: 140 | |
|---|---|---|---|
| 30 Rotary Drive | Class | Claim Detail Amount | Final Allowed Amount |
| West Warwick, RI 02893 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| ANTONIO DICRISTOFORO | **Clm No 77663** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Antonio Doria**
P.O. Box 1287
Odem, TX 78370

**Clm No 67481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTONIO ENCISO**
7822 HIAWATHA
BAYTOWN TX 77521

**Clm No 37372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTONIO ESQUEDA SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

## *Claims Details*                                                                            1100 *of* 3335

| ANTONIO F. DEGUZMAN | **Clm No 81754** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | UNS | Unknown | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| Antonio Flores | **Clm No 10181** | Filed In Cases: 140 | |
|---|---|---|---|
| 1220 W. 37th Street Apt. 708 | Class | Claim Detail Amount | Final Allowed Amount |
| Lorain, OH 44053 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Antonio Freda | **Clm No 10296** | Filed In Cases: 140 | |
|---|---|---|---|
| 1124 W. 7th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Lorain, OH 44052 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1101 of 3335

---

**ANTONIO GARCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Antonio Garcia**
3427 Elm Street
East Chicago, IN 46312

**Clm No 61607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTONIO GARCIA**
404 W. SHAFFER ST
SAN DEIGO TX 78384

**Clm No 37734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1102 of 3335

---

**Antonio J Mercado**                    **Clm No 32821**    Filed In Cases: 140
Calle 90 Bldg. 92 #48 Villa Carolina
Carolina, PR  985                        Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Antonio Jimenez**                      **Clm No 62330**    Filed In Cases: 140
402 W. 14 Street Apt 149
Hobert, IN 46342                         Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ANTONIO JIMENEZ**                      **Clm No 73752**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                Class          Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                 Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1103 of 3335

---

**Antonio Licastro**
2351 63 St.
Brooklyn, NY 11204

**Clm No 1171**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTONIO MENDOZA**
215 LAUREL LANE
BAYTOWN TX 77520

**Clm No 40239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTONIO MICHAELANGELO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76479**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**ANTONIO NAVARRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Antonio Navarro**
6933 Eisenhower Avenue
Portage, IN 46368

**Clm No 63442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio P Tibayan**
33705 Summit View Place
Temecula, CA  92592

**Clm No 33110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1105 of 3335

---

**Antonio Pinero**
3115 Dewey
Tampa, FL 33607

**Clm No 63794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**ANTONIO PINERO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**ANTONIO QUINTANILLA**
PO DRAWER 590
PREMONT TX 78375

**Clm No 41276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

### *Claims Details*                                                          1106 of 3335

---

| ANTONIO RAMIREZ | **Clm No 41293** | Filed In Cases: 140 | |
| 2376 HIGHWAY 61 | | | |
| DEVERS TX 77538 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Antonio Rivera | **Clm No 22436** | Filed In Cases: 140 | |
| 312 S Houston Ave | | | |
| Cameron, TX 76520 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Antonio Rodriguez | **Clm No 15588** | Filed In Cases: 140 | |
| c/o Bevan & Associates LPA, Inc. | | | |
| 6555 Dean Memorial Parkway | Class | Claim Detail Amount | Final Allowed Amount |
| Boston Heights, OH 44236 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                    1107 of 3335

---

**Antonio Rodriguez**                    **Clm No 72442**   Filed In Cases: 140
6719 Eagle Pass Street
Houston, TX 77020                  Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Antonio Romero**                       **Clm No 15643**   Filed In Cases: 140
17750 Garvey Rd.
Chelisa, MI 48118                  Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Antonio Rosario**                      **Clm No 15655**   Filed In Cases: 140
510 Quarry Lakes Drive
Amherst, OH 44001                  Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1108 of 3335

---

**ANTONIO S. RAMOS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Antonio Saleeba**
113 Orange Road NE
Lake Placid, FL 33852

**Clm No 15816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Soto, Jr.**
1744 E. 34th Street
Lorain, OH 44055

**Clm No 16561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

---

**Antonio V Rocamora**                          **Clm No 33003**    Filed In Cases: 140

390 Purok 3 Lumbang

Lipa City, Batangas

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Valdez**                          **Clm No 73052**    Filed In Cases: 140

P.O. Box 1715

Alief, TX 77411-1715

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Z Lorenzi**                          **Clm No 32735**    Filed In Cases: 140

C/O Violet Cullen 103 Pam Ct.

Bohemia, NY  11716

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1110 of 3335

---

**Antonios Tahinos**    **Clm No 1369**    Filed In Cases: 140
763 Brittany Park Blvd.
Tarpon Springs, FL 34689

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Anty Burch**    **Clm No 66400**    Filed In Cases: 140
c/o Annette Burch Brown
2116 - 30th Avenue North
Birmingham, AL 35207

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**AOBRE WESTBROOK**    **Clm No 58633**    Filed In Cases: 140
1539 Edgar Street Road
McCool, MS 39108

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1111 of 3335

---

**Apolinar Cuello**                     **Clm No 67198**    Filed In Cases: 140
P.O. Box 1044
Galveston, TX 77553                     Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Apolinario Cuerpo**                   **Clm No 3401**     Filed In Cases: 140
3424 Landstown Court
Virginia Beach, VA 23453                Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**APOLINARIO R. REYES**                 **Clm No 81324**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                    Class         Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                   UNS                Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1112 of 3335

---

**Apolonio Fontanares**
5300 Balfor Drive
Virginia Beach,  VA 23464

**Clm No 3807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**APOLONIO GALVAN**
4133 MOLINA ST.
CORPUS CHRISTI TX 78416

**Clm No 37713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**APOLONIO MORENO**
143 N. OHIO AVENUE
OTTAWA, OH 45875

**Clm No 638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed           21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1113 of 3335

---

**Apolonio Quejado Jr.**      **Clm No 53028**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road      | Class | Claim Detail Amount | Final Allowed Amount |
Novato, CA 94948

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**APRIL GRIFFIN**      **Clm No 38059**    Filed In Cases: 140
490 PARK STREET
BEAUMONT TX 77701

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**APRIL HAYES**      **Clm No 38394**    Filed In Cases: 140
309 E 2ND STREET
PORT NECHES TX 77651

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1114 of 3335

---

**April Liciaga**
10851 Airport Road, Unit 2
Seaford, DE 19973

**Clm No 59495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**APRIL LYNNE PASSERETTI, PERSONAL REPRESENTATIVE FOR**
ROBERT A. CARTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**APRIL MURPHY**
320 STANTON RD, APT. #237
MOBILE, AL 36617-

**Clm No 21102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**Apt Boykin**
831 S. Seneca Avenue
Alliance, OH 44601

**Clm No 7920**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Apuauro Mauga**
110 Laurel Street
San Diego, CA 92101

**Clm No 21893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aquilla Fairley**
25 Griffith Loop
Mount Olive, MS 39119

**Clm No 44109**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

### Claims Details

---

**ARABELLA DAIGNEAULT**                     **Clm No 36810**    Filed In Cases: 140
P.O. BOX 415
BOURG LA 70343                              Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Aracely Piombo**                          **Clm No 52984**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                       Class              Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                           UNS                      $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Arasble Wilder**                          **Clm No 6677**     Filed In Cases: 140
652 Lawrence Drive
Virginia Beach,  VA 23462                    Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                              1117 of 3335

---

**Arbie Belcher**                          **Clm No 50035**     Filed In Cases: 140
7187 Fowler Court NE unit 230
Covington, GA 30014

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**ARBIE BENNETT WILSON**                   **Clm No 87440**     Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**Arbuties Taylor**                        **Clm No 45919**     Filed In Cases: 140
1213 North Turner Street
Waynesboro, MS 39367

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

| ARCADIO RODRIGUEZ | **Clm No 41626** | Filed In Cases: 140 | |
|---|---|---|---|
| 131 21ST AVENUE NORTH | Class | Claim Detail Amount | Final Allowed Amount |
| TEXAS CITY TX 77590 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Arcelia L. Brown | **Clm No 2946** | Filed In Cases: 140 | |
|---|---|---|---|
| 1022 28th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23607 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Arcelia Schroeder | **Clm No 53130** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Brayton Purcell | Class | Claim Detail Amount | Final Allowed Amount |
| 222 Rush Landing Road | UNS | $1.00 | |
| Novato, CA 94948 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1119 of 3335

---

**Arcen Marcel**
205 Hampton St.
Houma, LA 70364

**Clm No 33486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arceneaux Clarence**
1510 Adeline Street
Oakland, CA 94607

**Clm No 66810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arceneaux Eloise**
1510 Adeline Street
Oakland, CA 94607

**Clm No 67733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1120 of 3335

---

**Arch Catalano**
1385 Lunger Rd
Rossiter, PA 15772

**Clm No 25881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arch J. Linger**
75 Forinash Road
Weston, WV 26452

**Clm No 54218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arch Thompson**
498 Jack Branch Rd
Berry, KY 41003

**Clm No 29665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Archange Brown**
3109 Ivy Place
Chalmette, LA 70043

**Clm No 18682**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Archer Stevens**
625 Pintail Lane
Chesapeake, VA 23323

**Clm No 34172**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Archiana Carter**
7129 66th Street South
Birmingham, AL 35212

**Clm No 66680**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARCHIE B. COX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ARCHIE BAGGETT**
1905 Wabo, Shubuta Rd.
Waynesboro, MS 38701-7627

**Clm No 55048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Archie Barker**
1015 Leroy Ave.
Akron, OH 44307

**Clm No 7394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Archie Bazemore**
3711 Green Wood Drive
Portsmouth, VA 23701

**Clm No 2670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Bellamy**
5313 Alishire Court
Virginia Beach, VA 23464

**Clm No 2708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Blue**
385 Ford Road
Vicksburg, MS 39183

**Clm No 43812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Archie Bryant**
1936 Linnhurst Dr
Savannah, GA 31404

**Clm No 47042**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Archie Bryant**
c/o Archie "Lee" Bryant, Jr.
806 Trimm
Pasadena, TX 77502

**Clm No 66360**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Archie Campbell**
P.O. Box 50568
Mobile, AL 36605

**Clm No 66564**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Archie Carey**
2401 James River Rd
Huntington, WV 25701

**Clm No 25831**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Chapman**
10076 Bandy Rd.
North Benton, OH 44449

**Clm No 8607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Conway**
Post Office Box 637
Ruleville, MS 38771

**Clm No 43975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1126 of 3335

---

**Archie Courtney**                    **Clm No 50436**    Filed In Cases: 140
89 Calhoun Estates Rd.
Laurel, MS 39443

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Cross**                    **Clm No 52165**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARCHIE DALFORD CRAWFORD**                    **Clm No 86150**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1127 of 3335

---

**Archie Daubin**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Archie Davidson**
3821 Arcadia Dr
Tuscaloosa, AL 35404

**Clm No 67280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Archie Dixon**
26651 Glenwood Drive
Wesley Chapel, FL 33544

**Clm No 61178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**ARCHIE DIXON**                    **Clm No 77625**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                 Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARCHIE DUANE THOMPSON**           **Clm No 82406**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH        Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169            UNS                 Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Archie Fields**                   **Clm No 61414**    Filed In Cases: 140
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800     Class          Claim Detail Amount      Final Allowed Amount
Miami, FL 33131                  UNS                 $1.00
                                                     $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

*Claims Details*     1129 of 3335

---

**ARCHIE FIELDS**                          **Clm No 75308**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class          Claim Detail Amount     Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                  Unknown

| | | |
|---|---|---|

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Archie Gentry**                          **Clm No 50190**    Filed In Cases: 140
78 Rutland Hill Drive
Collins, MS 39428                         Class          Claim Detail Amount     Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Archie Gregory**                         **Clm No 61815**    Filed In Cases: 140
16 East Burgess Road
Pensacola, FL 32503-0000                  Class          Claim Detail Amount     Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　3/30/2018 5:48:22 PM

*Claims Details*　　　　1130 of 3335

---

**ARCHIE GREGORY**　　　　**Clm No 78052**　　Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARCHIE HAMMETT**　　　　**Clm No 56314**　　Filed In Cases: 140
P. O. Box 2016
Fayette, MS 39069

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Hawkins**　　　　**Clm No 11233**　　Filed In Cases: 140
242 South Seneca Ave.
Alliance, OH 44601

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　**E-mail: claimsmanager@omnimgt.com**　　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1131 of 3335

---

**Archie Holt**                    **Clm No 62141**    Filed In Cases: 140
P.O. Box 1349
New Lenox, IL 60451-6349           Class        Claim Detail Amount    Final Allowed Amount

                                   UNS               $1.00

                                                     $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ARCHIE HOLT**                    **Clm No 74527**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class        Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS               Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Archie Hopson**                  **Clm No 69229**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                 Class        Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                   UNS               $1.00

                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*                                                    1132 of 3335

---

**Archie Horton**                          **Clm No 23104**    Filed In Cases: 140

300 North Uniroyal Road Lot 47

Opelika, AL 36801

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Archie Lawrence**                        **Clm No 70269**    Filed In Cases: 140

c/o Murray Lawrence

7561 Mevlin Lane

Fairhope, AL 36532

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**ARCHIE LEE EVANS**                       **Clm No 82708**    Filed In Cases: 140

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARCHIE LEE MCGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARCHIE LEE WALKER JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Archie McClure**
13823 Tech St.
Baton Rouge, LA 70818

**Clm No 19247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1134 of 3335

---

**Archie McGee**
C/o Geneva Mcgee
17 10th Avenue North
Birmingham, AL 35204

**Clm No 70889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Milam**
135 Greystone Dr
Beaver, WV 25813

**Clm No 28283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Neal**
153 Milan Avenue
Norwalk, OH 44857

**Clm No 14350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Archie Parker**
836 Weymouth Terrace
Hampton, VA 23666

**Clm No 5395**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Archie Phillips**
13921 Sandy Point Rd.
Charles City, VA 23030

**Clm No 34102**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARCHIE RANDALL**
13121 Quail Ridge Rd.
Gulfport, MS 39503

**Clm No 57784**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1136 of 3335

---

**Archie Rayford**
1229 Dudley Lane
Bossier City, LA 71112

**Clm No 63960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ARCHIE RENFROE**
c/o Jan Dulin
2501 Woodfern Circle
Birmingham, AL 35244

**Clm No 72239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Archie Roberson**
C/o Carmen Roberson
1920 Buttercup Drive
Birmingham, AL 35226

**Clm No 72337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Archie S. Shepard**
9169 Villedge Dr. NW
Covington, GA 30014

**Clm No 50527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ARCHIE SCARBOROUGH**
622 Pettibone Ave
Quitman, MS 39355-2439

**Clm No 57999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Archie Slager**
806 Main Street
Follansbee, WV 26037

**Clm No 29306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    1138 of 3335

---

**Archie Smith**                    **Clm No 21988**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101          Class          Claim Detail Amount      Final Allowed Amount

                           UNS                  $1.00

                                                $1.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Archie Stewart**                  **Clm No 72950**    Filed In Cases: 140
21 Apple Grove Road
Jackson, AL 36545          Class          Claim Detail Amount      Final Allowed Amount

                           UNS                  $1.00

                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Archie Stewart**                  **Clm No 1001**    Filed In Cases: 140
201 Bloomfield Ave.
Nutley, NJ 07110           Class          Claim Detail Amount      Final Allowed Amount

                           UNS                  $1.00

                                                $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARCHIE WALLACE**
616 N. 14TH STREET
NEDERLAND TX 77627

**Clm No 43047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Weinel**
6825 Bramble Ave
Cincinnati, OH 45241

**Clm No 29894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARCHIE WHATLEY**
P.O. BOX 396
RED ROCK TX 78662

**Clm No 43236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                  1140 of 3335

---

**Archie Whatley, Jr.**                    **Clm No 17950**    Filed In Cases: 140
1627 Vancover Drive
Dayton, OH 45406              Class              Claim Detail Amount       Final Allowed Amount

UNS                      $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Archie Williams**                         **Clm No 6682**     Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class         Claim Detail Amount       Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                 $1,250.00
                                                             $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1,250.00

---

**ARCHIE WOOD**                             **Clm No 77288**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class         Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                 Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Archie Wood**
1052 W. Quinn Road Apt. 219
Pocatello, ID 83202-2461

**Clm No 65264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARCHIE WRIGHT**
6013 Jesse Owens Ave.
Birmingham, AL 35228

**Clm No 73461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARCHIE YORK**
815 KENTUCKY ST
MOBILE AL 36603

**Clm No 43654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    1142 of 3335

---

**Arddie Shannon**                          **Clm No 46504**    Filed In Cases: 140
151 East Maple St.
Hazlehurst, MS 39083                        Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**ARDEALURE FIELDS**                        **Clm No 88847**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                            Class            Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                            UNS                   Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**ARDEAN M. ROBINSON**                      **Clm No 86116**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                         Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1143 of 3335

---

**ARDEAN WALKER**
435 East Oak St.
Laurel, MS 39440

**Clm No 58523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ardelia Tolbert**
520 Bond Street
Elyria, OH 44035

**Clm No 17280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00  |

---

**Ardell Gilkey-Garner**
405 Mockingbird Lane
Lowell, IN 46356

**Clm No 24179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1144 of 3335

---

**ARDELL HOWELL**                        **Clm No 83570**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA          | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202  |-------|---------------------|----------------------|
DAVIE, FL 33328                 | UNS   | $50,000.00          |                      |
                                |       | $50,000.00          |                      |

| Date Filed        | 22-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $50,000.00  |

---

**Ardell Jones**                          **Clm No 12194**    Filed In Cases: 140
9272 Maple Avenue SE
East Sparta, OH 44626           | Class | Claim Detail Amount | Final Allowed Amount |
                                |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Ardell Rice, Sr.**                      **Clm No 15388**    Filed In Cases: 140
3873 Easton Rd.
Norton, OH 44203                | Class | Claim Detail Amount | Final Allowed Amount |
                                |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1145 of 3335

---

**ARDELLA JACKSON**
6909 PARK DR.
DAPHINE AL 36526

**Clm No 38850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARDELLA JOYCE FOX**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ARDEN ASHCRAFT**
101 Dixie Dr.
West Monroe, LA 71291-7798

**Clm No 65652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

---

**Arden Kafka**                                **Clm No 62443**    Filed In Cases: 140
4344-41 Avenue South
Minneapolis, MN 55406

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARDEN KAFKA**                                **Clm No 74176**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Arden Tonn**                                 **Clm No 64840**    Filed In Cases: 140
322 South Eva Street
Port, WA 53074-

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                  E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                               1147 of 3335

---

**Ardess Jamison**                    **Clm No 11972**     Filed In Cases: 140

228 East Philadelphia Avenue          Class          Claim Detail Amount          Final Allowed Amount

Youngstown, OH 44507
                                      UNS                    $1.00

                                                             $1.00

Date Filed          23-Nov-2016

Bar Date

Claim Face Value          $1.00

---

**Ardie L. Johnson Sr.**              **Clm No 73558**     Filed In Cases: 140

6506 Little Dove Dr.                  Class          Claim Detail Amount          Final Allowed Amount

Pine Bluff, AR 71603
                                      UNS                    Unknown

Date Filed          12-Dec-2016

Bar Date

Claim Face Value

---

**Ardie L. Johnson Sr.**              **Clm No 73550**     Filed In Cases: 140

6506 Little Dove Dr.                  Class          Claim Detail Amount          Final Allowed Amount

Pine Bluff, AR 71603
                                      UNS                    Unknown

Date Filed          12-Dec-2016

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

**Ardie Lyons**                                    **Clm No 50759**    Filed In Cases: 140
c/o Pamela Lyons
9 Laurel Garden Dr                                 Class              Claim Detail Amount        Final Allowed Amount
Laurel, MS 39440
                                                   UNS                      $1.00

                                                                            $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ardith Hayden**                                  **Clm No 2108**    Filed In Cases: 140
13 Elm Street
North Brookfield, MA 01535                          Class              Claim Detail Amount        Final Allowed Amount

                                                   UNS                      $1.00

                                                                            $1.00

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ARDYS TORREY, PERSONAL REPRESENTATIVE**          **Clm No 79432**   Filed In Cases: 140
**FOR**
ARTHUR E. BICKEL (DECEASED)                         Class              Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                                UNS                     Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

**Ardyth Hughes**
713 Mountain Ave
Altoona, PA 16602

**Clm No 27394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**AREDELL THOMPSON**
Rt 4 Box 826 Saratoga Sharon Rd
Magee, MS 39111

**Clm No 58379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Aretha Austin**
51 White Street, Apt. 9
Brent, AL 35034

**Clm No 22590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1150 of 3335

---

**Aretha Cooper**
1665 Asbell Rd
Irwinton, GA 31042

**Clm No 46715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**ARETHA GATSON**
7720 THOMAS ROAD, APT 802
MOBILE AL 36695

**Clm No 37791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Aretha Langston**
1717 Fairground Rd. Apt #H2
Greenville, MS 38703

**Clm No 46780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Aretha Mask**
409 Wakefield Avenue
Hampton,  VA 23661

**Clm No 5027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aretta Brown**
708 Elm Street, Apt. I
Talladega, AL 35160

**Clm No 22689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arfreddie Crumpton**
C/o Dessie P. Crumpton
3017 27th Street
Tuscaloosa, AL 35401

**Clm No 67192**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/30/2018 5:48:22 PM

*Claims Details*                                                                                     1152 of 3335

---

**ARGEANT ELIZABETH MCVAY**           **Clm No 86841**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class          Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201
                                      UNS                 $1.00

                                                          $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Argie Sims**                         **Clm No 47938**    Filed In Cases: 140
2803 Testiment St.
Pascagoula, MS 39567                   Class          Claim Detail Amount     Final Allowed Amount

                                      UNS                 $1.00

                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARGLE GRADY MAYFIELD**              **Clm No 86699**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class          Claim Detail Amount     Final Allowed Amount
JACKSON, MS 39201
                                      UNS                 $1.00

                                                          $1.00

Date Filed           24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1153 of 3335

---

**Argle Hill**                          **Clm No 27249**    Filed In Cases: 140
226 S Denny
Indianapolis, IN 46201                  | Class | Claim Detail Amount | Final Allowed Amount |
                                        | --- | --- | --- |
                                        | UNS | $1.00 | |
                                        | | $1.00 | |

Date Filed             8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**ARGUSTA JOHNSON**                     **Clm No 83572**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                   | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202       | --- | --- | --- |
DAVIE, FL 33328                         | UNS | $10,000.00 | |
                                        | | $10,000.00 | |

Date Filed             22-Mar-2017
Bar Date
Claim Face Value       $10,000.00

---

**ARGUSTUS HARPER**                     **Clm No 56338**    Filed In Cases: 140
1904 N.Frontage Rd.
Clinton, MS 39056                        | Class | Claim Detail Amount | Final Allowed Amount |
                                        | --- | --- | --- |
                                        | UNS | $1.00 | |
                                        | | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Argyl B. Swick, Estate**
1216 N. River Avenue
Weston, WV 26452

**Clm No 53598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARICE MARVIN BASHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arie B. Roberson**
236 County Road 87
Houston, MS 38851

**Clm No 47573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                1155 of 3335

---

**Arie Freeman**                          **Clm No 10302**    Filed In Cases: 140
1443 Robin Court SE
Canton, OH 44707                          Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Arine Vanzant**                         **Clm No 64935**    Filed In Cases: 140
1441 West 17th Avenue
Gary, IN 46407                            Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ARINE VANZANT**                         **Clm No 75104**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1156 of 3335

---

**Aris Kaplanis**                    **Clm No 12303**    Filed In Cases: 140
701 Chapel Ridge Street NE
Canton, OH 44714                      Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ARISTEO FLORES**                   **Clm No 34513**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                       Class          Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                                     UNS                  $1.00
                                                          $1.00

Date Filed               8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ARITHIA SMITH FRANKLIN**           **Clm No 88009**    Filed In Cases: 140
FOR THE ESTATE OF ALICE ANN SMITH
C/O EDWARD O. MOODY, PA              Class          Claim Detail Amount      Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                UNS                 Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**ARIZONA WEIR**                          **Clm No 73899**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Arl  C. Reeves, Jr.**                   **Clm No 54878**      Filed In Cases: 140
Rt. 3, Box 343
Fairmont, WV 26554                     Class           Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlanda Dula**                          **Clm No 9726**       Filed In Cases: 140
2814 Winsted Drive
Toledo, OH 43606                       Class           Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1158 of 3335

| Arlanders Davis | **Clm No 33338** | Filed In Cases: 140 | |
|---|---|---|---|
| 1303 Martin Luther King Dr., #24 | Class | Claim Detail Amount | Final Allowed Amount |
| Jefferson, TX 75657 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ARLANDERS PHILLIPS | **Clm No 81347** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| ARLANDERS ROSS, SR. | **Clm No 57939** | Filed In Cases: 140 | |
|---|---|---|---|
| 1254 Short Holmes | Class | Claim Detail Amount | Final Allowed Amount |
| Greenville, MS 38701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1159 of 3335

---

**ARLEAN LUELLEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arleen Krajicek**
P O Box 314
Vero Beach, FL 32961

**Clm No 1190**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arleen Minniear**
8328 Finch Shelter Dr
Columbus, OH 43235

**Clm No 28332**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                       3/30/2018 5:48:22 PM

*Claims Details*                                                                                           1160 of 3335

---

**ARLEIGH CHRISTENSEN**                          **Clm No 76640**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                  UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Arleigh Christensen**                          **Clm No 60746**      Filed In Cases: 140
5518  46th Avenue
Kenosha, WI 53144-0000                  Class              Claim Detail Amount       Final Allowed Amount

                                                 UNS                   $1.00

                                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arlen Baker**                                  **Clm No 51926**      Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                   Class              Claim Detail Amount       Final Allowed Amount
Novato, CA 94948
                                                 UNS                   $1.00

                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arlen G Thomsen**
Box 273
Harrisburg, SD  57032

**Clm No 33108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arlen Gober**
91 Thomas Street
Grenada, MS 38901

**Clm No 24843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arlen Moran**
C/o Rev. Rickey Moran
5713 33rd Street
Birmingham, AL 35207

**Clm No 71239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1162 of 3335

---

**ARLEN USEY**
213 Madewood Place
Thibodaux, LA 70301

**Clm No 58477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlena James**
533 Cauthen St.
Canton, MS 39046

**Clm No 49415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Abell**
2491 Perring Manor Road
Baltimore, MD 21234

**Clm No 2426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARLENE BARNES-ROWE,  PERSONAL REPRESENTATIVE FOR**

WILLIAM BARNES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARLENE BEVERLY TOWLE, PERSONAL REPRESENTATIVE FOR**

EDWARD BAKER TOWLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARLENE BONIN-CHANCE**

590 TODD AVE.

BEAUMONT TX 77707

**Clm No 35758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1164 of 3335

---

**Arlene Boyce**                    **Clm No 1040**      Filed In Cases: 140
114-54 178th Place
St. Albans Queens, NY 11434         Class        Claim Detail Amount        Final Allowed Amount

                                    UNS              $1.00
                                                     $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Arlene Bradley**                  **Clm No 43829**     Filed In Cases: 140
58 County Road 216
Corinth, MS 38836                   Class        Claim Detail Amount        Final Allowed Amount

                                    UNS              $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Arlene Doughtry**                 **Clm No 24116**     Filed In Cases: 140
1531 W Heather Lane
Milwaukee, WI 53217                 Class        Claim Detail Amount        Final Allowed Amount

                                    UNS              $1.00
                                                     $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                   3/30/2018 5:48:22 PM

*Claims Details*                                                                    1165 of 3335

---

**Arlene Garcia**                    **Clm No 52347**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Novato, CA 94948

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARLENE GAYLE KRYSINSKI, PERSONAL**    **Clm No 80744**    Filed In Cases: 140
**REPRESENTATIVE FOR**
THEODORE KRYSINSKI II (DECEASED)
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARLENE HINKIE**                    **Clm No 38554**    Filed In Cases: 140
6265 COLTON LANE
BEAUMONT TX 77706

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1166 of 3335

---

**Arlene Hixson**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52505**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Johnson**
104 Michele Ct
Jackson, MS 39213

**Clm No 45358**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARLENE LA CROIX**
P O BOX 973
DEQUINCY LA 70633

**Clm No 39357**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1167 of 3335

---

**Arlene Mathes**
1020 Paige Court
Newton Falls, OH 44444

**Clm No 13471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene McGee**
215 Lee Road 229
Smiths, AL 36877-3892

**Clm No 47341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Miller**
762 Millbrook Dr
Avon, IN 46123

**Clm No 28288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1168 of 3335

---

**Arlene Morris**
P.O. Box 384
Purvis, MS 39475

**Clm No 51228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Parker**
2587 Tod Ave NW
Warren, OH 44485

**Clm No 14688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Pope**
7383 Hwy 83 South
Monticello, GA 31064

**Clm No 50088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARLENE ROFF**
P.O. BOX 224
KIRBYVILLE TX 75956

**Clm No 41643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARLENE THOMAS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARLENE WILBOURN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1170 of 3335

---

**Arlene Yater**
6 Willow Walk Dr.
Ledgewood, NJ 07852

**Clm No 1750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arlester Brown**
6658 Radney Rd
Damascus, GA 39241

**Clm No 49866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arletha Nelson**
PO Box 1559
Waynesboro, MS 39367

**Clm No 51522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

---

**Arlett Malvo**                          **Clm No 52738**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                     Class        Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                          UNS              $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arlex P Flauta**                        **Clm No 32531**    Filed In Cases: 140
3010 Vesuvia Way
San Diego, CA  92139                      Class        Claim Detail Amount    Final Allowed Amount

                                          UNS              $1.00
                                                           $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arley Baker, Jr**                       **Clm No 7329**    Filed In Cases: 140
520 Columbia Street
St. Marys, OH 45885                       Class        Claim Detail Amount    Final Allowed Amount

                                          UNS              $1.00
                                                           $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1172 of 3335

---

**ARLEY CARLTON**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 36254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arley Hestand**
c/o Cindy Hestand
8731 County Road 179
Richards, TX 77873

**Clm No 69006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arley J. Smith III**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

| Assignee | Amount | Percent |
|----------|--------|---------|
| Arley Smith II | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1173 of 3335

---

**ARLEY M SEIBEL**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34945**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlie Kirk**
770 Long Branch Road
Charleston, WV 25314

**Clm No 12539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlie Reynolds**
12818 Whitcomb Street
Crown Point, IN 46307-0000

**Clm No 63998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                              1174 of 3335

---

**ARLIE REYNOLDS**                          **Clm No 75966**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS                Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARLIN COLLUM**                            **Clm No 85169**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                           UNS                 $1.00
                                                                $1.00

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARLIN CONN**                              **Clm No 85161**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                           UNS                 $1.00
                                                                $1.00

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1175 of 3335

---

**Arlin Hall**
312 Old 773
Grayson, KY 41143

**Clm No 27018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlin Hogland**
926 Co. Road 109
Cullman, AL 35057

**Clm No 69138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlinda Talley-Murphy**
340 S. Boo Road  Apt 202
Burns Harbor, IN 46304

**Clm No 24615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1176 of 3335

---

**Arlinda Watson**
PO Box 806
Hardwick, GA 31034

**Clm No 51751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARLINE GARDNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**ARLINE LEWIS LASTOVICA**
65 REDBUD LANE
LUMBERTON TX 77657

**Clm No 39472**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Arline Mazzocchi**
7 Goosetown Ct.
Campbell Hall, NY 10916

**Clm No 1401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Arlis Booth**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ARLIS PORTER**
P O Box 44
Plantersville, MS 38862

**Clm No 57719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

*Claims Details*     1178 of 3335

---

**ARLISS CASTLE**
1014 ALBANY ST. TRLR. #23
ORANGE TX 77630

**Clm No 36316**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arliss Freeman**
151 Locust St
Wintersville, OH 43953

**Clm No 26727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARLISS JAMES CURRY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

## Claims Details

**ARLO MORGAN**                                    **Clm No 77244**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                   Unknown

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

**Arlo Morgan**                                    **Clm No 63344**    Filed In Cases: 140
7113 90th Ave.
Evart, MI 49631                       Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Arlo Russell**                                   **Clm No 21963**    Filed In Cases: 140
110 Laurel Street
San Diego, CA 92101                  Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                   $10,000.00
                                                           $10,000.00

| | | |
|---|---|---|
| Date Filed | 7-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |
| Duplicate Claim No | 21964 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1180 of 3335

---

**Arlo Russell**                          **Clm No 21964**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                        | Class | Claim Detail Amount | Final Allowed Amount |
                                          |-------|---------------------|----------------------|
                                          | UNS   | $10,000.00          |                      |
                                          |       | $10,000.00          |                      |

Date Filed              7-Dec-2016
Bar Date
Claim Face Value        $10,000.00

Duplicate Claim No   21963

---

**ARLONZO EUGENE CHILDRESS**              **Clm No 88352**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                     |-------|---------------------|----------------------|
                                          | UNS   | Unknown             |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Arlton G. Adams, Estate**               **Clm No 54941**    Filed In Cases: 140
Rt. 9, Box 553
Buckhannon, WV 26201                      | Class | Claim Detail Amount | Final Allowed Amount |
                                          |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1181 of 3335

---

**ARLYN HOLLAWAY**                    **Clm No 38603**   Filed In Cases: 140
P.O. BOX 722
VILLAGE MILLS TX 77663

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arlyne Benson**                    **Clm No 25431**   Filed In Cases: 140
2 Shadewood Ln
Hilton Head Island, SC 29926

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arma Bentley**                    **Clm No 46860**   Filed In Cases: 140
178 Roberts Road
Ocilla, GA 31774

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**ARMAL BROWN**
923 CAWTHORN
PRUCHARD AL 36610

**Clm No 36012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armand Bozant**
2810 61st St. Apt. 215
Galveston, TX 77551

**Clm No 66168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armand Hamel**
12 Baptist Ave.
Chicopee, MA 01013

**Clm No 61906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Armand Marcotte**
213 West Manchester Street 1st Floor
Lowell, MA 01852

**Clm No 2173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armand Matherne**
P.O. Box 1620
Metairie, LA 70004

**Clm No 19234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armand Provost**
143 Church Street
Ludlow, MA 01056

**Clm No 2231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1184 of 3335

---

**Armando  Neves**
241 E. 93rd St.
Brooklyn, NY  11212

**Clm No 32874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARMANDO A. JOVEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ARMANDO ARREDONDO**
478 S. FM 772
KINGSVILLE TX 78364

**Clm No 35352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**Armando Catanese**                    **Clm No 8543**    Filed In Cases: 140
4739 Autumn Run Dr.
Medina, OH 44256                         Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                     $10,000.00
                                                                $10,000.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**Armando D Racelis**                   **Clm No 32965**   Filed In Cases: 140
6260 McHaney Court
San Diego, CA  92114                    Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Armando Dominguez**                   **Clm No 61199**   Filed In Cases: 140
241 Logan Street
Greenriver, WY 82935                    Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                               1186 of 3335

---

**ARMANDO DOMINGUEZ**                **Clm No 78208**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ARMANDO FERNANDEZ**                **Clm No 83575**    Filed In Cases: 140

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA             | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $50,000.00 | |
| | $50,000.00 | |

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**ARMANDO HERRERA**                 **Clm No 38501**    Filed In Cases: 140

8209 SALSA DR

CORPUS CHRISTI TX 78414           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1187 of 3335

---

**Armando Locastro**
46 Mohawk Ct
Girard, OH 44420

**Clm No 13101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARMANDO LONGORIA**
233 BLAIR DR.
ARLINGTON TX 76014

**Clm No 39699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armando Mangaya**
1813 Cornerstone Court
Virginia Beach,  VA 23456

**Clm No 4994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                        1188 of 3335

---

**Armando Moreno**                          **Clm No 71242**    Filed In Cases: 140
P.O. Box 101
Peterson, AL 35478                          Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARMANDO NAVARRO**                         **Clm No 40631**    Filed In Cases: 140
P.O. BOX 151805
LUFKIN TX 75915                             Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                  $10,000.00
                                                                 $10,000.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Armando Suarez**                          **Clm No 72963**    Filed In Cases: 140
606 N. Woodlynne Ave.
Tampa, FL 33609                             Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARMANDO VILLARREAL**
2406 INDIAN WELLS COURT
CORPUS CHRISTI TX 78414

**Clm No 42974**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ARMANDO YANEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77371**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Armando Yanez**
1919 Riverlane Drive
Lake Station, IN 46405

**Clm No 65317**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                              1190 of 3335

---

**Armando Zuniga**                        **Clm No 33668**    Filed In Cases: 140
PO Box 1259
Glen Rose, TX 76043                       Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Armazell Grant**                        **Clm No 10737**    Filed In Cases: 140
340 East Pearl St.
Toledo, OH 43608                          Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**ARMELIA GARMON**                        **Clm No 87591**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                   Unknown

Date Filed           24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

1191 of 3335

---

**Armelia Miles**
7880 Vernal River Rd
Lucedale, MS 39452

**Clm No 50202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**ARMER FLETCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Armer Fletcher**
203 Westwood
Rincon, GA 31326

**Clm No 61456**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1192 of 3335

---

**ARMIDA WEAVER**                    **Clm No 43157**    Filed In Cases: 140
13826 CAPTAIN KIDD
CORPUS CHRISTI TX 78418            Class            Claim Detail Amount        Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Armie Payton**                    **Clm No 47149**    Filed In Cases: 140
2013 Sumrall Road
Richton, MS 39476                 Class            Claim Detail Amount        Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Armin Neubert**                    **Clm No 63469**    Filed In Cases: 140
207 Pine Canyon Road
Salinas, CA 93908-8746            Class            Claim Detail Amount        Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1193 of 3335

---

**ARMIN NEUBERT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 73959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARMINO CIOTTI**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Armino Ciotti**

1 Idlewood Lane, Trailer 4

Kittery, ME 03904-5517

**Clm No 60764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**ARMISTICE BAILEY, PERSONAL REPRESENTATIVE FOR**

**Clm No 79705**    Filed In Cases: 140

MARY RUTH CRAYTON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARMON HULL**

**Clm No 69369**    Filed In Cases: 140

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armon Stroud**

**Clm No 19573**    Filed In Cases: 140

178 Maximilian Ln.

Shreveport, LA 71105

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                        1195 of 3335

---

**Armond Daugherty**                          **Clm No 67265**    Filed In Cases: 140
15999 County Road 95
Elberta, AL 36530                             Class            Claim Detail Amount    Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Armour Jones**                              **Clm No 50816**    Filed In Cases: 140
P O Box 905
Heidelberg, MS 39439                          Class            Claim Detail Amount    Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ARMSTARE LANE**                             **Clm No 39441**    Filed In Cases: 140
1606 KATYE ST.
MOBILE AL 36617                               Class            Claim Detail Amount    Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**ARMSTEAD JAMERSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Armstead Tucker**
4591 Michigan, Apt. B
Youngstown, OH 44505

**Clm No 17392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Arne Pearson**
304 Essex Court
Torrington, CT 06790

**Clm No 23510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**ARNE ROLF GRIMSTAD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Arne T. Eliasen**
616 Clement Ave
Woodbury Hts, NJ 08097

**Clm No 1703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnel Henderson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARNETHA NELSON**
611 S. 29TH STREET
SAGINAW, MI 48601

**Clm No 652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnett Davis**
4109 Plaza St
Jackson, MS 39206

**Clm No 48846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNETT MILLER**
1463 HOUSTON ST.
MOBILE AL 36606

**Clm No 40325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*          1199 of 3335

---

**ARNEY FAYE ROLAND**          **Clm No 85848**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                             UNS          $1.00

                                                                       $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ARNICE CHERRY**          **Clm No 84652**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                             UNS          $1.00

                                                                       $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Arnie Gerren**          **Clm No 10528**    Filed In Cases: 140
524 Cedar  Hurst Ave
Dayton, OH 45402          Class          Claim Detail Amount          Final Allowed Amount
                             UNS          $1.00

                                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

| | | |
|---|---|---|
| **Arnold  Bradshaw** | **Clm No 33783** | Filed In Cases: 140 |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

7685 Welford Circle
Gloucester, VA 23061

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **ARNOLD ADVOCATE** | **Clm No 82579** | Filed In Cases: 140 |

C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| | | |
|---|---|---|
| **Arnold Breitbach** | **Clm No 60405** | Filed In Cases: 140 |

6507 East Paradise Drive
Scottsdale, AZ 85254

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*

**ARNOLD BREITBACH**                         **Clm No 76724**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                              UNS                Unknown

| | | |
|---|---|---|

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Arnold Burgess**                            **Clm No 66416**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                           UNS                 $1.00
                                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARNOLD C. MCDONALD**                    **Clm No 82151**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                    Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                       UNS                Unknown

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arnold Cassens**
440 South Avenue
New Canaan, CT 06840

**Clm No 60683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arnold Chambers**
RD 1 Box 129 A
Glen Easton, WV 26039

**Clm No 25905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD CHAMPAGNE**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arnold Chumbley**
9515 Railroad Avenue
Cincinnati, OH 45242

**Clm No 8686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Church**
c/o Carol Church
2706 Spring Dusk Lane
Spring, TX 77373

**Clm No 66805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Clark**
701 E. Green Drive, Apt. 615
Highpoint, NC 27260

**Clm No 60769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1204 of 3335

---

**ARNOLD CLEVELAND SHEPPARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Coates**
2305 Starr Ave. Apt 5
Oregon, OH 43515

**Clm No 8779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Coleman**
215 West Ave.
Elyria, OH 44035

**Clm No 8837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                        3/30/2018 5:48:22 PM

*Claims Details*                                                                 1205 of 3335

---

**Arnold Comeaux**                          **Clm No 66970**    Filed In Cases: 140
c/o Arnold Chirstopher Comeaux
PO Box 125                                  Class          Claim Detail Amount    Final Allowed Amount
Port Bolivar, TX 77650
                                            UNS                    $1.00

                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arnold Corbeil, Sr.**                     **Clm No 2030**     Filed In Cases: 140
26 Corey Road
Springfield, MA 01128                       Class          Claim Detail Amount    Final Allowed Amount

                                            UNS                    $1.00

                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Arnold Dembowski**                        **Clm No 61112**    Filed In Cases: 140
21501 Homer
Dearborn, MI 48124                          Class          Claim Detail Amount    Final Allowed Amount

                                            UNS                    $1.00

                                                                   $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

## Claims Details                                                                                      1206 of 3335

---

**ARNOLD DEMBOWSKI**                                   **Clm No 77388**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                    Class              Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                             UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Arnold Doughman**                                     **Clm No 9657**       Filed In Cases: 140
3285 Prebblebrook Lane
Cincinnati, OH 45251                           Class              Claim Detail Amount         Final Allowed Amount

                                                           UNS                     $1.00

                                                                                   $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Arnold Douglas**                                       **Clm No 67511**      Filed In Cases: 140
2413 14th Ave No. # I
Birmingham, AL 35234                           Class              Claim Detail Amount         Final Allowed Amount

                                                           UNS                     $1.00

                                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1207 of 3335

---

**ARNOLD FELAN**
510 East Avenue H.
Robstown, TX 78380

**Clm No 67885**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Fulmer**
500 County Rd 859
Jemison, AL 35085

**Clm No 24825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Glines**
3285 Woodbridge Blvd., #300
Grand Island, NE 68801

**Clm No 61714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

1208 of 3335

---

**ARNOLD GLINES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Arnold Graves**
2032 Willaim Penn Way
Lancaster, PA 17601

**Clm No 19954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arnold Grayer**
1405 Tod Avenue SW
Warren, OH 44485

**Clm No 10767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1209 of 3335

---

**Arnold Green**
155 Midway Oval
Groton, CT 06340

**Clm No 19955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Hall**
608 Wood Duck Ct.
Huron, OH 44839

**Clm No 10960**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Hayes**
9729 Chamberlain Rd.
Twinsburg, OH 44087

**Clm No 11248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1210 of 3335

| **Arnold Hinkle** | **Clm No 11496** | Filed In Cases: 140 | |
|---|---|---|---|
| 317 Taylor Street | Class | Claim Detail Amount | Final Allowed Amount |
| Amherst, OH 44001 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Arnold Hughes** | **Clm No 11784** | Filed In Cases: 140 | |
|---|---|---|---|
| 436 Kansas Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Lorain, OH 44052 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Arnold J. Vincent, Estate** | **Clm No 54899** | Filed In Cases: 140 | |
|---|---|---|---|
| Rt. 4, Box 147 | Class | Claim Detail Amount | Final Allowed Amount |
| Fairmont, WV 26554 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                           1211 of 3335

---

**ARNOLD JOHNSON**                          **Clm No 69786**    Filed In Cases: 140
15249 Crescent Valley RD. SE
Olalla, WA 98359

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Arnold Jones**                            **Clm No 69843**    Filed In Cases: 140
C/o Sherry A. Hayes
2619 Elberta Street
Northport, AL 35475

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ARNOLD KEITH BOSTICK**                    **Clm No 84542**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1212 of 3335

| Arnold Kidd | **Clm No 27660** | Filed In Cases: 140 | |
|---|---|---|---|
| PO Box 2442 | Class | Claim Detail Amount | Final Allowed Amount |
| Huntington, WV 25725 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Arnold L. Earl, Estate | **Clm No 53842** | Filed In Cases: 140 | |
|---|---|---|---|
| 2401 Garfield Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Parkersburg, WV 26201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ARNOLD L. JOHNSON | **Clm No 81800** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1213 of 3335

---

**ARNOLD LANGLEY**
PO Box 16592
Temple Terrace, FL 33687

**Clm No 70224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD LEE LILLEY SR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARNOLD LEE ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100            E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arnold Lees**
27 Benita Avenue
Youngstown, OH 44505

**Clm No 12939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Arnold Lemon**
220 Newfield Street, Apt. 401
Middletown, CT 06457

**Clm No 62778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ARNOLD LEMON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARNOLD LEON ROEDELL, PERSONAL REPRESENTATIVE FOR**

ARNOLD C. ROEDELL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Arnold Lewandowsky**

140 NE 51 Avenue

Ocala, FL 34470-1521

**Clm No 62795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Martin**

3641 6 Mile Road

Athens, MI 49011

**Clm No 63005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1216 of 3335

---

**ARNOLD MILLER**
4756 NORTH NINE MILE ROAD
PINCONNING, MI 48650

**Clm No 625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Arnold N. Spencer**
P.O. Box 254
Coolville OH 45723

**Clm No 54396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Arnold Neal**
1349 Bailey Avenue
Deltona, FL 32725-

**Clm No 63443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1217 of 3335

---

**Arnold Norem Sr.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Pate**
3401 S. Plaza Trail
Virginia Beach,  VA 23607

**Clm No 5418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Patz**
1611 Chestnut Drive
Crown Point, IN 46307-8219

**Clm No 63688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 1218 of 3335

---

**ARNOLD PATZ**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARNOLD PRESCOTT**

1860 THREADNEEDLE

BEAUMONT TX 77705

**Clm No 41191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD RAY ROOKER**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 85852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1219 of 3335

---

**ARNOLD REEVES**                    **Clm No 41407**   Filed In Cases: 140
326 CEPHAS REEVES ROAD
DRY CREEK LA 70637

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARNOLD RETTIG**                    **Clm No 75965**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Arnold Rettig**                    **Clm No 63997**   Filed In Cases: 140
2807 West 39th Place
Gary, IN 46408-0000

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1220 of 3335

---

**ARNOLD ROBERTS**
c/o Elizabeth W. McElroy
PO Box 12265
Birmingham, AL 35202

**Clm No 72362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD RUECKER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arnold Smith**
7819 Galvaston Blvd  Apt D3
Norfolk,  VA 23505

**Clm No 6017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arnold Stump**
6668 SR 554
Bidwell, OH 45614

**Clm No 29544**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ARNOLD T. KNIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Arnold Timlin**
127 New York
Youngstown, OH 44505

**Clm No 17258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                              1222 of 3335

---

**ARNOLD TOUPS**

1401 15th Avenue

Franklington, LA 70438-2315

**Clm No 58434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**ARNOLD TREADWAY - 2573**

C/O MOTLEY RICE, LLC

ATTN: JOSEPH F. RICE

28 BRIDGESIDE BOULEVARD

MOUNT PLEASANT, SC 29464

**Clm No 73604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Arnold W Aubol**

61 SE Iris PL

Shelton, WA 98584

**Clm No 30236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail:** claimsmanager@omnimgt.com              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1223 of 3335

---

**ARNOLD WILLIAMS**
RT 1 BOX 149
DEER PARK AL 36529

**Clm No 43416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arnold Williams**
809 East St
Ashland, KY 41101

**Clm No 29988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arnold Wojciak**
6 West Cornell Street
S. Hadley, MA 01075

**Clm No 2323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**ARNOLD YAFFE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Arnold Yancey**
357 Warden
Elyria, OH 44035

**Clm No 18389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Zgabay**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $3,000.00 | |
| | $3,000.00 | |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $3,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1225 of 3335

---

**ARNULFO BENAVIDES**
1650 E. MANOR
CORPUS CHRISTI TX 78412

**Clm No 35583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnulfo E Bermudez**
1829 International Rd.
San Diego, CA  92154

**Clm No 32283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnulfo E Manluctao**
San Aurelio 2nd #066 Balungo
Pangasinan 02442
Philippines

**Clm No 32773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ARNULFO SANTOS**
4337 MARIE STREET
CORPUS CHRISTI TX 78411

**Clm No 41815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARON REED**
P.O. BOX 533
MCINTOSH AL 36553

**Clm No 41385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arono Jeter**
2947 FM 1186
Marshall, TX 75672

**Clm No 33433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arrel Crump**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arrie Duncan**
C/o Floyd G. Duncan
16243 Yellow Creek Ch. Road
Tuscaloosa, AL 35406

**Clm No 67563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arrie Govan**
P.O. Box 414
Crossett, AR 71635

**Clm No 51249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1228 of 3335

---

**ARRINGTON, JR. LEE**                    **Clm No 564**      Filed In Cases: 140
5752 THREE MILE DRIVE
DETROIT, MI 48224                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Arsel Brown**                           **Clm No 45298**     Filed In Cases: 140
1020 Holmes Avenue
Canton, MS 39046                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Arsenath Cobbs**                        **Clm No 8783**      Filed In Cases: 140
5882 Marra Drive
Bedford Hts, OH 44146                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

---

**Arsenio R Bautista**
9532 Adolphia St.
San Diego, CA  92129

**Clm No 32269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arstralia Gipson**
453 E. Church St. Ext.
Newton, MS 39345

**Clm No 49061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Art Garduque**
1445 Lake James Dr.
Virginia Beach,  VA 23464

**Clm No 3887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1230 of 3335

---

**Art Hoover**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Art Wright**
9747 LaFont Circle
Bolivar, OH 44612

**Clm No 18356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTAMESA VANZANDT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1231 of 3335

---

**Artell Watkins**                    **Clm No 23861**    Filed In Cases: 140
403A Grover Street Southwest
Rome, GA 30161                         Class           Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Artemio B Medrano**                 **Clm No 32817**    Filed In Cases: 140
1306 Holly Ave.
Imperial Beach, CA  91932             Class           Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Artemio Manalang**                  **Clm No 4991**     Filed In Cases: 140
3568 Storm Bird Loop
Virginia Beach,  VA 23453-2265        Class           Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1232 of 3335

---

**Artha Cocherl**
578 North Prospect St
Marion, OH 43302

**Clm No 26014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Artha Winans**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHER NETTERVILLE**
P O Box 957
Woodville, MS 39669

**Clm No 57487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                              1233 of 3335

---

**ARTHOR SMITH**                          **Clm No 42224**   Filed In Cases: 140
19330 JUSTIN ST.
DETROIT MI 48234                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Arthur Agee**                           **Clm No 65448**   Filed In Cases: 140
c/o Ethel S. Agee
1304 36th Avenue North                    Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35207                      UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Arthur Albine**                         **Clm No 25175**   Filed In Cases: 140
15 Almond Acres
Dunbar, PA 15431                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ARTHUR ALLEN**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 35254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Amendol**
4157 Burgett Lane
Canfield, OH 44406

**Clm No 7084**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur Angyalfy**
P.O. Box 1974
St. Augustine, FL 32085

**Clm No 59964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Atchison**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur B Delay**
9128 Wingspread Drive
Oklahoma City, OK  73159

**Clm No 32442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur B. Duckworth**
303 Bedford Street
Ravenswood, WV 26164

**Clm No 53907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1236 of 3335

---

**Arthur Bailey**
770 28th Street NW
Massillon, OH 44647

**Clm No 7282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Ball**
217 Miller Ave
Hinton, WV 25951

**Clm No 25319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Barnby**
816 41 St. NW
Canton, OH 44709

**Clm No 7404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1237 of 3335

---

**Arthur Baumer**    **Clm No 60127**    Filed In Cases: 140
5540 32nd Avenue South
Minneapolis, MN 55417

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ARTHUR BAUMER**    **Clm No 77448**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed    20-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Bell**    **Clm No 51525**    Filed In Cases: 140
PO Box 1613
Bastrop, LA 71220

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1238 of 3335

---

**ARTHUR BELL**
c/o Marty W. Bell
1128 Cimarron Trail
Birmingham, AL 35215

**Clm No 65911**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Bettis**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Biller**
P.O. Box 83
Hoytville, OH 43529

**Clm No 7670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 1239 of 3335

---

**ARTHUR BLACK**                          **Clm No 55171**    Filed In Cases: 140
669 Sharon Road
Canton, MS 39046                          Class          Claim Detail Amount    Final Allowed Amount

                                          UNS            $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Arthur Blatchford**                     **Clm No 19837**    Filed In Cases: 140
23 Blais Road
Uncasville, CT 06382                      Class          Claim Detail Amount    Final Allowed Amount

                                          UNS            $1.00
                                                         $1.00

Date Filed            5-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ARTHUR BLEVINS**                        **Clm No 35711**    Filed In Cases: 140
1202 VALLEY STREET
ELIZABETHTON TN 37643                     Class          Claim Detail Amount    Final Allowed Amount

                                          UNS            $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1240 of 3335

---

**ARTHUR BOGASH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur Boze**
4160 Red Field Dr.
Swansea, IL 62226

**Clm No 24032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR BRADFORD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    1241 of 3335

---

**Arthur Brandon**
P.O. Box 294
Baytown, TX 77522

**Clm No 66192**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Brannon**
PO Box 246
Giddings, TX 78942

**Clm No 66196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Brenner**
49930 Bronson Road
Wellington, OH 44090

**Clm No 8005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1242 of 3335

---

**Arthur Brown**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Brown**
45219 Dawn Circle
Bay Minette, AL 36507

**Clm No 66315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Brown**
206 Thompson Ave.
Quitman, MS 39365

**Clm No 47221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ARTHUR BROWN**
HARRY BROWN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Arthur Burt**
209 Gardner Road
Prattville, AL 36067

**Clm No 22715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ARTHUR BUTLER**
924 EUCUTTA ROAD
Heidelberg, MS 39439

**Clm No 55417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1244 of 3335

---

**ARTHUR BUTLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR BYRD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83528**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur C Andrada**
38117 Padaro St
Murrieta, CA 92563

**Clm No 30222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1245 of 3335

---

**ARTHUR C. WINTERS**                    **Clm No 87468**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                 UNS                    $1.00
                                 ─ ─ ─ ─ ─ ─ ─   ══════════════   ─ ─ ─ ─ ─ ─ ─
                                                         $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**ARTHUR CADENA**                        **Clm No 36174**    Filed In Cases: 140
516 36TH STREET
NEDERLAND TX 77627               Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                    $1.00
                                 ─ ─ ─ ─ ─ ─ ─   ══════════════   ─ ─ ─ ─ ─ ─ ─
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Arthur Cargile**                       **Clm No 66618**    Filed In Cases: 140
c/o Linda C. Rodenberger
1051 Via San Gallo Ct.           Class            Claim Detail Amount        Final Allowed Amount
Henderson, NV 89011
                                 UNS                    $1.00
                                 ─ ─ ─ ─ ─ ─ ─   ══════════════   ─ ─ ─ ─ ─ ─ ─
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1246 of 3335

---

**Arthur Carnevale**          **Clm No 21623**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101            Class          Claim Detail Amount    Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed           7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Carr**               **Clm No 8475**     Filed In Cases: 140
17953 Brim Road
Bowling Green, OH 43402       Class          Claim Detail Amount    Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ARTHUR CAUSEY, SR.**        **Clm No 55498**    Filed In Cases: 140
1413 Deering Street
Cleveland, MS 38732           Class          Claim Detail Amount    Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                                 1247 of 3335

---

**Arthur Church**                    **Clm No 66803**    Filed In Cases: 140

P.o. Box  40552

Tuscaloosa, AL 35404              Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed           9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Arthur Cianchetti**                **Clm No 8690**    Filed In Cases: 140

1549 Melanie Drive

Uniontown, OH 44685              Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed           23-Nov-2016

Bar Date

Claim Face Value          $1.00

---

**ARTHUR CIOTOLI**                   **Clm No 76656**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA         Class            Claim Detail Amount      Final Allowed Amount

600 BRICKELL AVE, STE 3800       UNS                 Unknown

MIAMI, FL 33131

Date Filed           20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

### Claims Details

---

**Arthur Ciotoli**
312 Dunn Boulevard
Erie, PA 16507

**Clm No 60763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Arthur Clark**
2290 Maryland Street
Gary, IN 46407

**Clm No 60770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1249 of 3335

---

**Arthur Clark**                         **Clm No 8715**      Filed In Cases: 140
1633 Rosemont Road
Alliance, OH 44601                        Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Codner**                        **Clm No 8798**      Filed In Cases: 140
P.O. Box 560224
Macedonia, OH 44056                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $10,000.00
                                                             $10,000.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Arthur Cole**                          **Clm No 8821**      Filed In Cases: 140
4835 John Road
Bessemer, AL 35023                        Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

1250 of 3335

---

**ARTHUR CONERLY**                    **Clm No 66976**    Filed In Cases: 140
c/o Sandra Strickland
13714 Red River Avenue                Class          Claim Detail Amount    Final Allowed Amount
Baton Rouge, LA 70818-2861            UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Conner**                     **Clm No 8916**    Filed In Cases: 140
2805 Oakwood Frive
Cuyahoga Falls, OH 44137              Class          Claim Detail Amount    Final Allowed Amount
                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Cook**                       **Clm No 8938**    Filed In Cases: 140
400 Pine Hollow Blvd. Apt 118
Lorain, OH 44055                      Class          Claim Detail Amount    Final Allowed Amount
                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1251 of 3335

---

**Arthur Cooper**
516 Ellisville Blvd
Laurel, MS 39440

**Clm No 43978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Cooper**
450 Garfield Street
Canton, MS 39046

**Clm No 49051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Corbett, III**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22170**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            1252 of 3335

---

**Arthur Covington**                    **Clm No 67090**    Filed In Cases: 140
C/o Carolyn C. Robinson
704 Jemison Street                       | Class | Claim Detail Amount | Final Allowed Amount |
Birmingham, AL 36606                     |-------|--------------------|--------------------|
                                         | UNS   | $1.00              |                    |
                                         |       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Arthur Craig**                        **Clm No 78630**    Filed In Cases: 140
c/o Keahey Law Office
Attn: G. Patterson Keahey                | Class | Claim Detail Amount | Final Allowed Amount |
One Independence Plaza, Suite 612        |-------|--------------------|--------------------|
Birmingham, AL 35209                     | UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Cross**                        **Clm No 3382**    Filed In Cases: 140
3511 Sugar Run
Chesapeake, VA 23321                     | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|--------------------|--------------------|
                                         | UNS   | $1.00              |                    |
                                         |       | $1.00              |                    |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                      1253 of 3335

---

**ARTHUR CYPHERS**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR DANIEL LOTT**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 84905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Darling**

c/o Mrs. Rose Marie Darling

2708 N. Camp Circle

La Marque, TX 77568-3742

**Clm No 67262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1254 of 3335

---

**Arthur Darr**
2555 McDowell NE
Canton, OH 44721

**Clm No 9288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Davis**
869 Sunshine Avenue
Youngstown, OH 44505

**Clm No 9333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Davis**
P.o. Box 23
Sawyerville, AL 36776

**Clm No 67287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1255 of 3335

---

**ARTHUR DAVIS**
P.O. BOX 1394
DAPHNE AL 36525

**Clm No 36876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR DAVIS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Arthur Devins**
79 Howard Street
Holyoke, MA 01040

**Clm No 2042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1256 of 3335

---

**ARTHUR DIAL**                          **Clm No 67421**    Filed In Cases: 140
2131 Long 14th Street
Bessemer, AL 35020                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Arthur Didonato**                      **Clm No 26356**    Filed In Cases: 140
301 N 2nd St
Dennison, OH 44621                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ARTHUR DOOLEY**                        **Clm No 37100**    Filed In Cases: 140
3301 18TH ST.
TUSCALOOSA AL 35401                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Dougherty**
330 Alessandra Circle Apt# 1115
Orange City, FL 32763

**Clm No 61218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur Dowdell**
C/o Patricia Dowdell
293 Simmsville Road Hwy 11
Alabaster, AL 35007

**Clm No 67515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Dunkerton**
1474 Sheridan Ave. NE
Warren, OH 44483

**Clm No 9743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          1258 of 3335

---

**Arthur Eaton**                          **Clm No 19750**    Filed In Cases: 140

Box 131

Mapleville, RI 02839                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $15,000.00          |                      |
|       | $15,000.00          |                      |

Date Filed            5-Dec-2016

Bar Date

Claim Face Value      $15,000.00

---

**Arthur Elliott**                        **Clm No 67701**    Filed In Cases: 140

8123 Taylor Ferry Road

Bessemer, AL 35023                        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**ARTHUR ELLZEY**                         **Clm No 55941**    Filed In Cases: 140

P.O. Box 153

Ellisville, MS 39437                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1259 of 3335

---

**ARTHUR ENGLISH**
8820-C BRODUS LOOP
EIGHTMILE AL 36613

**Clm No 37377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Entley**
2421 Hillborn Road
Erie, PA 16509

**Clm No 9907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Erickson**
442 Pembroke Road
Valparaiso, IN 46383-0000

**Clm No 61344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1260 of 3335

---

**ARTHUR ERICKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Arthur Essary**
C/o Beneta Essary
1625 Hargrove Rd. East #802
Tuscaloosa, AL 35405

**Clm No 67776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Evans**
2732 Forest Manor
Northport, AL 35476

**Clm No 67822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1261 of 3335

| Arthur Everett | **Clm No 49475** | Filed In Cases: 140 | |
|---|---|---|---|
| 551 Big Rock Road | Class | Claim Detail Amount | Final Allowed Amount |
| Waynesboro, MS 39367 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Arthur F Meyers | **Clm No 32823** | Filed In Cases: 140 | |
|---|---|---|---|
| 1902 Fiesta Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Sarasota, FL  34231 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ARTHUR FERGUSON | **Clm No 37471** | Filed In Cases: 140 | |
|---|---|---|---|
| 610 SUNCREST | Class | Claim Detail Amount | Final Allowed Amount |
| ORANGE TX 77630 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                  1262 of 3335

---

**Arthur Fields**                    **Clm No 61415**    Filed In Cases: 140
545 Lincoln Street
Gary, IN 46402-0000                  | Class | Claim Detail Amount | Final Allowed Amount |
                                     |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARTHUR FIELDS**                    **Clm No 73825**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800          |-------|---------------------|----------------------|
MIAMI, FL 33131                      | UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR FIELDS**                    **Clm No 84153**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA               | Class | Claim Detail Amount | Final Allowed Amount |
5599 SOUTH UNIVERSITY DR, STE 202   |-------|---------------------|----------------------|
DAVIE, FL 33328                      | UNS   | $10,000.00          |                      |
                                     |       | $10,000.00          |                      |

Date Filed            22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

## *Claims Details*

---

**ARTHUR FILARDI**                                      **Clm No 73682**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                    Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                        UNS                  Unknown

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Arthur Filardi**                                        **Clm No 61424**    Filed In Cases: 140
1744 S.E. Manth Lane
Port St. Lucie, FL 34983                        Class            Claim Detail Amount        Final Allowed Amount

UNS                    $1.00
                                                                      $1.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Ford**                                          **Clm No 33369**    Filed In Cases: 140
1156 Hwy 304
Thibodaux, LA 70301                            Class            Claim Detail Amount        Final Allowed Amount

UNS                    $1.00
                                                                      $1.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1264 of 3335

---

**ARTHUR FRANCIS**                         **Clm No 73666**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Francis**                         **Clm No 61514**    Filed In Cases: 140
112 Fort Street
East Providence, RI 02914-       Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ARTHUR FRANKLIN BUSH**                   **Clm No 84413**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                          UNS                   $1.00
                                                                $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1265 of 3335

---

**ARTHUR FREDERICK SWETMAN**          **Clm No 82430**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH            Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD          UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Fritch**                     **Clm No 10329**    Filed In Cases: 140
11056 Lawndale Drive
Parma Hts, OH 44130            Class            Claim Detail Amount        Final Allowed Amount
                              UNS                    $1.00
                                                     $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Garlington**                 **Clm No 21731**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101            Class            Claim Detail Amount        Final Allowed Amount
                              UNS                    $1.00
                                                     $1.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ARTHUR GARRISON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83586**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR GENE WIDENER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Arthur Gilliam**
2737 Myrtle Ave.
Norfolk, VA 23504

**Clm No 3958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

---

*Claims Details*

1267 of 3335

---

**ARTHUR GILLILAND**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 37860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Good**
PO Box 165
Portage, ME 04768

**Clm No 26887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Good**
419 Cove Dr
Biloxi, MS 39531

**Clm No 26886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARTHUR GOULD**
4440 HARGROVE RD.
COTTONDALE AL 35453

**Clm No 37974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Goulet**
24 Jersey Drive
Worcester, MA 01606

**Clm No 2096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR GRAHAM**
132 Park Road
Pleasant Grove, AL 35127

**Clm No 68443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1269 of 3335

---

**Arthur Green**
2713 E. Lartigue Avenue
Mobile, AL 36605

**Clm No 61797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Green**
2969 West 19 Avenue
Gary, IN 46404

**Clm No 61798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR GREEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          1270 *of* 3335

| ARTHUR GREENLAW | Clm No 83531 | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Arthur Gunn | Clm No 68576 | Filed In Cases: 140 | |
|---|---|---|---|
| 5467 Winchester Hills Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35215 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Arthur H Baredian | Clm No 30251 | Filed In Cases: 140 | |
|---|---|---|---|
| 2226 Cesery Blvd. | Class | Claim Detail Amount | Final Allowed Amount |
| Jacksonville, FL 32211 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur H Case**                    **Clm No 32363**    Filed In Cases: 140
100 Garden Manor Court APT 760
Murrells Inlet, SC  29576

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ARTHUR HAIRSTON**                   **Clm No 56285**    Filed In Cases: 140
12700 Hwy. 45 S.
Crawford, MS 39743

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Arthur Hales**                     **Clm No 4111**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1272 of 3335

---

**Arthur Hall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68628**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 9-Dec-2016 |
|-------------------|-----------|
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Arthur Hall, Jr.**
545 Willis Avenue
Youngstown, OH 44511

**Clm No 10978**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 23-Nov-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Arthur Hamilton**
92 Courtland Ave
Wheeling, WV 26003

**Clm No 27042**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 8-Dec-2016 |
|-------------------|-----------|
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1273 of 3335

---

**ARTHUR HARRINGTON**                    **Clm No 446**    Filed In Cases: 140
8445 N. ROLLIN HIGHWAY
ADDISON, MI 49220                        Class            Claim Detail Amount        Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Harshbarger**                   **Clm No 11168**   Filed In Cases: 140
4141 Hamilton Eaton Rd.
Hamilton, OH 45011                       Class            Claim Detail Amount        Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Hartman**                       **Clm No 11186**   Filed In Cases: 140
4576 Winter Lane
Cleveland, OH 44144                      Class            Claim Detail Amount        Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARTHUR HARVEY**
3325 W. WARREN STREET
DETROIT, MI 48208

**Clm No 456**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Arthur Haugan**
2210 Sumac Drive
Billings, MT 59101

**Clm No 61998**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ARTHUR HAUGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77587**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

---

**ARTHUR HAWKINS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR HAYMON**
1044 Line St.
Grenada, MS 38901

**Clm No 56417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR HEBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Helms**
910 N 8th St
Clinton, IN 47842

**Clm No 62026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur Henry**
110 Laurel Street
San Diego,CA 92101

**Clm No 21776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR HOLLAND**
819 Honeysuckle Drive
Centerville, MS 39631

**Clm No 56510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

---

**Arthur Holloway**
PO Box 88
Elyria, OH 44035

**Clm No 11594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Holly**
6818 Grand Avenue
Hammond, IN 46323

**Clm No 24239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Horton**
44900 State Road 174 N. 31
Grand Coulee, WA 99133-9801

**Clm No 62161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARTHUR HORTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74543**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR HUDSON**
1933 W. 10th Street Apt. J4
Laurel, MS 39440

**Clm No 56586**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Hudson**
3005 E. Alexander St.
Greenville, MS 38703

**Clm No 48072**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

---

**Arthur Hults**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Hunsicker**
3375 Mahoning Dr.
Lake Milton, OH 44429

**Clm No 11810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Hutchinson**
7023 Cantrell Ln
Catlettsburg, KY 41129

**Clm No 27422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1280 of 3335

---

**Arthur I. Brock, Estate**          **Clm No 54687**    Filed In Cases: 140

RR 4, Box 698                        Class          Claim Detail Amount        Final Allowed Amount

Fairmont, WV 26554

                                     UNS                  $1.00

                                                          $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value           $1.00

---

**ARTHUR IRVING, JR.**               **Clm No 56634**    Filed In Cases: 140

100 Red Bud Lane                     Class          Claim Detail Amount        Final Allowed Amount

Natchez, MS 39120

                                     UNS                  $1.00

                                                          $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value           $1.00

---

**Arthur J Archibald**               **Clm No 30232**    Filed In Cases: 140

10 Graffam Rd.                       Class          Claim Detail Amount        Final Allowed Amount

S. Portland, ME 04106

                                     UNS                  $1.00

                                                          $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur J Parmelee**

6809 Conrad Drive

Sacramento, CA  95828

**Clm No 32925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur J. Laufer, Sr.**

757 Pease Lane

West Islip, NY 11795

**Clm No 1330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR JACKSON**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 85029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1282 of 3335

---

**ARTHUR JACKSON**                       **Clm No 56649**    Filed In Cases: 140

c/o Porter & Malouf, PA

P.O. Box 12768                           Class              Claim Detail Amount       Final Allowed Amount

Jackson, MS 39236                        UNS                      $1.00

                                                                  $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**ARTHUR JACKSON**                       **Clm No 38851**    Filed In Cases: 140

5267 HARTLEY RD

SATSUMA AL 36572                         Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Arthur Jackson**                       **Clm No 33988**    Filed In Cases: 140

P.O. Box 337

Shacklesford, VA 23156                   Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1283 of 3335

---

**Arthur Jackson**                                    **Clm No 48623**    Filed In Cases: 140
378 Brookwood Dr.
Forsyth, GA 31029                                     Class        Claim Detail Amount    Final Allowed Amount

                                                      UNS                  $1.00
                                                                           $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Jahnsz**                                     **Clm No 11952**    Filed In Cases: 140
2710 Homewood Drive
Lorain, OH 44055                                      Class        Claim Detail Amount    Final Allowed Amount

                                                      UNS                  $1.00
                                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Jefferson**                                  **Clm No 44357**    Filed In Cases: 140
8440 Beelake Rd., Rt. 2.
Tchula, MS 39169                                      Class        Claim Detail Amount    Final Allowed Amount

                                                      UNS                  $1.00
                                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

## *Claims Details*

**Arthur Jenkins**                          **Clm No 12009**    Filed In Cases: 140
512 Oakdale Circle
Elyria, OH 44035

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Jenkins**                          **Clm No 62315**    Filed In Cases: 140
8543 5th Avenue North
Birmingham, AL 35206

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR JENKINS**                          **Clm No 73760**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Jenkins**
Post Office Box 149
Green Pond, AL 35074

**Clm No 69626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR JOE WILSON**
23981 BAYTOWN STREET
PLAQUEMINE, LA 70764-3007

**Clm No 21391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Johnson**
PO Box  453
Racine, OH 45771

**Clm No 27508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 1286 of 3335

---

**Arthur Johnson**
5732 Cottonwood Drive
Lorain, OH 44053

**Clm No 12088**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR JONES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

**Arthur Jordan**
3664 Hwy 358
Opelousas, LA 70570

**Clm No 19111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Arthur Kaminski**
5344 Woodland Lakes Drive
Palm Beach Gardens, FL 33418

**Clm No 62447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**ARTHUR KAMINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARTHUR KELLY**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 39206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR KELLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Arthur Kelly**
1002 Deddington Place
600 Brickell Ave., Ste. 3800

**Clm No 62490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

1289 of 3335

---

**Arthur Kennedy**
7816 Walters Drive
Norfolk,  VA 23518

**Clm No 4737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ARTHUR KILLOUGH**
c/o Shirley Bishop
920 7th Place
Pleasant Grove, AL 35127

**Clm No 70067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Arthur King**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 62538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                            1290 of 3335

---

**ARTHUR KING**                           **Clm No 78286**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800         UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR KOELLER**                        **Clm No 78340**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA        Class            Claim Detail Amount        Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800         UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Koeller**                        **Clm No 62599**    Filed In Cases: 140

10 Cedar Circle                    Class            Claim Detail Amount        Final Allowed Amount
Beacon Falls, CT 06403
                                   UNS                   $1.00
                                                         $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                  **E-mail:** claimsmanager@omnimgt.com        **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1291 of 3335

---

**Arthur L Harris**
8759 Dewsbury Avenue
San Diego, CA  92126

**Clm No 32610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR L KYTE**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur L Schadel**
974 Skumlien Rd.
Blair, WI  54616

**Clm No 33041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Arthur L Worley**
2561 Raintree Trail
Ingleside, TX  78362

**Clm No 33200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR L. BETTIS, PERSONAL REPRESENTATIVE FOR**
JANICE K. BETTIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81300**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|-----|-----|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR L. HOPKINS JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|-----|-----|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                          1293 of 3335

---

**ARTHUR L. LAW**                    <u>Clm No 20993</u>    Filed In Cases: 140
616 DRAPER STREET
MOBILE, AL 36617

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARTHUR L. RITTUE**                 <u>Clm No 81330</u>    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Lane**                      <u>Clm No 62692</u>    Filed In Cases: 140
P.O. Box 3986
St. Augustine, FL 32085

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Laurey**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Lawler, Jr.**
4186 Jackson Trace Road
Lincoln, AL 35096

**Clm No 59480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Lee**
413 16th Street North
Birmingham, AL 35203-1928

**Clm No 24916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Lee**
413 16th Street North
Birmingham, AL 35203

**Clm No 24915**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Lee**
2094 Ward Rd
Columbus, OH 43224

**Clm No 27849**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR LEE CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARTHUR LEE FINDLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR LEE MAULDIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR LEE STENHOUSE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                      1297 of 3335

---

**ARTHUR LEMOS**                     **Clm No 70336**    Filed In Cases: 140
622 Crestwood Dr.
Seabrook, TX 77586-5919              Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARTHUR LEON**                      **Clm No 39604**    Filed In Cases: 140
3400 AVALON
PORT ARTHUR TX 77642                Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Leon Rogers**               **Clm No 1820**    Filed In Cases: 140
544 Salem Road
Union, NJ 07083                     Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1298 of 3335

---

**Arthur Lewis**
37 Aspenwood Drive
Hampton,  VA 23666

**Clm No 4887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Lewis**
16501 Crassett Rd.
Bastrop, LA 71220

**Clm No 46705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Lloyd**
C/o Cora Lloyd
4010 Walnut Ave S,w,
Birmingham, AL 35221

**Clm No 70440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Long**
P.O. Box 1317
Gardendale, AL 35071

**Clm No 70476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Lowery**
1843 Cotton LN
Loganville, GA 30052

**Clm No 62887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR LOWERY**
431 WALKER CT SOUTH
WAXAHACHIE TX 75167

**Clm No 39747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1300 of 3335

---

**ARTHUR MAE WILSON**                    **Clm No 87441**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class        Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                       UNS              $1.00

                                                        $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**ARTHUR MALLETT**                       **Clm No 39858**    Filed In Cases: 140
11231 REBEL STREET
HOUSTON TX 77016                        Class        Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00

                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARTHUR MARION**                        **Clm No 76593**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class        Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS              Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1301 of 3335

---

**Arthur Marion**                          **Clm No 62987**    Filed In Cases: 140
4237 Willow Brook Circle
Birmingham, AL 35215          Class          Claim Detail Amount       Final Allowed Amount

                             UNS                   $1.00

                                                   $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARTHUR MARKS**                          **Clm No 81924**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class          Claim Detail Amount       Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169        UNS                   Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Marsh**                          **Clm No 13379**    Filed In Cases: 140
4783 March Avenue
Youngstown, OH 44505          Class          Claim Detail Amount       Final Allowed Amount

                             UNS                   $1.00

                                                   $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1302 of 3335

---

**ARTHUR MARTIN**                        **Clm No 76502**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                  Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Arthur Martin**                        **Clm No 63006**    Filed In Cases: 140
1370 Inverness Farms Road
Martinsville, IN 46151                 Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Maull**                         **Clm No 23322**    Filed In Cases: 140
2363 Degarmo Street
Northport, FL 34286                    Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1303 of 3335

---

**Arthur McCormick**
RR 1 Box 123
Sumerco, WV 25567

**Clm No 28165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur McCormick**
RR 1 Box 123
Sumerco, WV 25567

**Clm No 28166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur McGlade**
1400 1st Ave. W  Apt 505
Bradenton, FL 34205

**Clm No 24375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1304 of 3335

| **Arthur McGowan** | | **Clm No 44526** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P O Box 228 | | Class | Claim Detail Amount | Final Allowed Amount |
| Port Gibson, MS 39150 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Arthur McGuinness** | | **Clm No 13667** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 159 Lincoln Park Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Youngstown, OH 44506 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 23-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Arthur McLaurin** | | **Clm No 50022** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 715 Luckney Rd | | Class | Claim Detail Amount | Final Allowed Amount |
| Brandon, MS 39042 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

*Claims Details*                                         1305 of 3335

---

**Arthur Meisenbach**                    **Clm No 63190**   Filed In Cases: 140

Liberty Village of Peru

Hawthorne Inn - 1101 31st Street          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Peru, IL 61354-

Date Filed            8-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**ARTHUR MEISENBACH**                    **Clm No 76127**   Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA                | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Arthur Melville**                      **Clm No 28249**   Filed In Cases: 140

145 Bevier Street

Billington, NY 13904                     | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARTHUR MERRIFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur Middleton**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR MILBY**
905 GLIDEWELL RD.
RICHMOND VA 23227

**Clm No 40281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1307 of 3335

---

**Arthur Miller**
676 N Market Street
Galion, OH 44833

**Clm No 13917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Miller**
3866 Postlethwait Rd
Littleton, WV 26581

**Clm No 28289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Minadeo**
274 Brinker St
Bellevue, OH 44811

**Clm No 28329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1308 of 3335

---

**Arthur Minor**                     **Clm No 44573**   Filed In Cases: 140
5153 Pattison-Tillman Road
Pattison, MS 39144                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Arthur Minter**                    **Clm No 13995**   Filed In Cases: 140
16810 Lipton Avenue
Cleveland, OH 44128                   Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                $10,000.00
                                                        $10,000.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Arthur Mitchell**                  **Clm No 24395**   Filed In Cases: 140
727 Cheyenne Road
Lowell, IN 46356                     Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Arthur Mitchell**
17201 West Moreland Road
Detroit, MI 48219

**Clm No 14012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Arthur Monskie**
730 Northspring Rd.
Westerville, OH 43082

**Clm No 14061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Arthur Moore**
208 Roberts St.
Thomaston, GA 30286

**Clm No 47247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1310 of 3335

**Arthur Moore** | **Clm No 14119** | Filed In Cases: 140
1334 Miami Street
Youngstown, OH 44505

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR MOORHEAD** | **Clm No 83581** | Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR MORA** | **Clm No 83583** | Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Moran**
124 Biscayne Blvd.
Montpelier, OH 43543

**Clm No 14134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Morgan**
15181 Highway 547
Pattison, MS 39144

**Clm No 44593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR MOXLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1312 of 3335

---

**Arthur Moxley**
P.O. Box 212
89 Stoddards Wharf Road
Ledyard, CT 06339-

**Clm No 63382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Neams**
809 Martin Luther King Jr. Dr.
Lafayette, LA 70501

**Clm No 19319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR NEWBERN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1313 of 3335

---

**ARTHUR NEWMAN**
1212 JACKSON
NEDERLAND TX 77627

**Clm No 40669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Nielsen**
679 South 500 East
Payson, UT 84651

**Clm No 63495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR NIELSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1314 of 3335

---

**Arthur Nobles**
18114 Leslie McGehee Rd.
Bogalusa, LA 70427-8350

**Clm No 46903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Norris**
211 Star Circle
Hueytown, AL 35023

**Clm No 71488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Norris**
C/o Doris Inez Norris
154 Space Road
Hueytown, AL 35023

**Clm No 71484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1315 of 3335

---

**Arthur Nuckols**                    **Clm No 71500**    Filed In Cases: 140
c/o Rene Littrell
2775 Long Grove Dr.          | Class | Claim Detail Amount | Final Allowed Amount |
Marietta, GA 30062           |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARTHUR OMEALLY**                    **Clm No 34851**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST               | Class | Claim Detail Amount | Final Allowed Amount |
BEAUMONT, TX 77701           |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Osborne**                    **Clm No 63589**    Filed In Cases: 140
1072 Chinook Trail
Ft. Myers, FL 33931-         | Class | Claim Detail Amount | Final Allowed Amount |
                             |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1316 of 3335

---

**ARTHUR OVERSTREET**                    **Clm No 57567**    Filed In Cases: 140
12006 Canal Road
Gulfport, MS 39503                       Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Arthur Owens**                         **Clm No 34088**    Filed In Cases: 140
4014 Valley Front Lane
Gloucester, VA 23061                     Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Arthur P Aficial**                     **Clm No 30190**    Filed In Cases: 140
11061 Ice Skate Place
San Diego, CA 92126                      Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                          1317 of 3335

---

**Arthur Parkhouse**                           **Clm No 24447**    Filed In Cases: 140
17704 Barber Greene Road
Maple Park, IL 60151                            Class          Claim Detail Amount      Final Allowed Amount

                                               UNS                    $1.00
                                                                      $1.00

Date Filed                 8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Arthur Parr**                                **Clm No 14705**    Filed In Cases: 140
2618 25th Street NW
Canton, OH 44708                               Class          Claim Detail Amount      Final Allowed Amount

                                               UNS                    $1.00
                                                                      $1.00

Date Filed                 23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**ARTHUR PAYMILLER**                           **Clm No 74819**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                       Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                 UNS                  Unknown

Date Filed                 20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1318 of 3335

---

**Arthur Paymiller**
728 Aster Lane
Paradise, CA 95969

**Clm No 63701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|------------------|-----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Paymiller**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Pelland**
40 Wyoming Avenue
Brockton, MA 02301

**Clm No 63718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|------------------|-----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1319 of 3335

---

**ARTHUR PERCY**
c/o Deborah Harris
1030 17th St. North
Bessemer, AL 35020

**Clm No 71798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Perry**
PO Box 585
Louisa, KY 41230

**Clm No 14834**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Person**
1003 Avondale Avenue
Toledo, OH 43607

**Clm No 14847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1320 of 3335

---

**Arthur Pflanz**
108 Heaters Hill Rd
Matamoras, PA 18336

**Clm No 28692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Pierson**
415 Karin St
Ironton, OH 45638

**Clm No 28713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR PITTS**
3103 Glendale Ave
Hattiesburg, MS 39401

**Clm No 57694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

1321 of 3335

---

**Arthur Pleuddemann**
721 Iona Ave.
Akron, OH 44314

Clm No 14970   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur Pope**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

Clm No 53008   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Porter**
2141 West 104th Street
Cleveland, OH 44102

Clm No 15023   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1322 of 3335

---

**Arthur Powell**
1730 Kinsley Ave
Akron, OH 44313

**Clm No 15050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR POWERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Arthur Powers**
161 Main Street
Limestone, ME 04750

**Clm No 63865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Preston**                      **Clm No 28785**   Filed In Cases: 140
1114 Buffalo Creek Rd
Huntington, WV 25704                     Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Arthur Quiett**                       **Clm No 72075**   Filed In Cases: 140
c/o Phillip Hoot
927 Seabreeze                           Class          Claim Detail Amount    Final Allowed Amount
La Porte, TX 77571
                                        UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**ARTHUR R. TIDWELL**                   **Clm No 82392**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                     Class          Claim Detail Amount    Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                   UNS                  Unknown

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1324 of 3335

---

**Arthur Radford**
3 Drew Ln
East Winsor, NJ 08520

**Clm No 28825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Raines**
Route 2 Box 282
Evergreen, AL 36401

**Clm No 72104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR RAINGE**
932 Erskine St.
Montgomery, AL 36108

**Clm No 72109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      1325 of 3335

---

**ARTHUR RATHBUN**                    **Clm No 78526**    Filed In Cases: 140
C/O LEVIN SIMES, LLP
ATTN: TIMOTHY FRANCES PEARCE         Class          Claim Detail Amount      Final Allowed Amount
44 MONTGOMERY STREET, 32ND FLOOR
SAN FRANCISCO, CA 94104              UNS                  Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Ray**                        **Clm No 5632**    Filed In Cases: 140
940 Adelphi Road
Virginia Beach,  VA 23464-3738       Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Reed**                       **Clm No 72211**    Filed In Cases: 140
1626 4th Street North
Birmingham, AL 35204                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1326 of 3335

---

**ARTHUR RHEAULT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR RICHA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Arthur Richardson**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 64012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARTHUR RICHARDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR RIDDLE**
P.O. BOX 1046
CHANDLER TX 75758

**Clm No 41503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Rigsby**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1328 of 3335

---

**Arthur Roberts**
10 Merton Street
Somerset, MA 02726

**Clm No 64061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARTHUR ROBINSON**
100 Hwy 28 W, Apt 9D
Camden, AL 36726

**Clm No 57888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ARTHUR ROSS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 5:48:22 PM

*Claims Details* 1329 of 3335

---

**ARTHUR S. FERRETTI**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81641**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Arthur Sacco**
5959 Meese Road
Louisville, OH 44641

**Clm No 15797**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Salter**
697 David Street
Melter, GA 30439

**Clm No 64192**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1330 of 3335

---

**Arthur Schmidt**                    **Clm No 64267**    Filed In Cases: 140
11024 North Tall Oak Lane
Peoria, IL 61615-              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**ARTHUR SCHMIDT**                    **Clm No 74761**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA     | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800    |-------|---------------------|----------------------|
MIAMI, FL 33131               | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Arthur Scholl**                     **Clm No 19491**    Filed In Cases: 140
720 Heavens Dr. Apt 12
Mandeville, LA 70471          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1331 of 3335

---

**Arthur Shaffer**
2378 Clearview Avenue
Warren, OH 44483

**Clm No 16115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Shasteen**
10493 Endley Road
Lisbon, OH 44432

**Clm No 16145**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR SHAW**
447 Robinson Rd. Lot 45
Columbus, MS 39701

**Clm No 58047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthur Sheppard**
26 Liberty Heights Dr
Savannah, GA 31405

**Clm No 47788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Simmons**
P.O. Box 930
Hardwick, GA 31034

**Clm No 51436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR SIMS**
159 Strickland Rd.
Sumrall, MS 39482

**Clm No 58086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1333 of 3335

---

**Arthur Still**
106 Pams Way
Hertford, NC 27944

**Clm No 34174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Stringer**
110 Laurel Street
San Diego, CA 92101

**Clm No 22013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Stuber**
373 New York Blvd
Effort, PA 18330-

**Clm No 64668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/30/2018 5:48:22 PM

*Claims Details*                                                                                1334 of 3335

---

**ARTHUR SULLIVAN**                    **Clm No 42495**   Filed In Cases: 140
P.O. BOX 182
CALVERT AL 36513                       Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                          $1.00
                                                                    $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Taleos**                      **Clm No 17023**   Filed In Cases: 140
3140 Main Street
Mineral Ridge, OH 44440                Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                          $1.00
                                                                    $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Thompson**                    **Clm No 64793**   Filed In Cases: 140
1954 South 2600 East
Salt Lake City, UT 84108               Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                          $1.00
                                                                    $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1335 of 3335

---

**ARTHUR THOMPSON**                    **Clm No 83532**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ARTHUR THOMPSON**                    **Clm No 75508**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR TORLEY**                      **Clm No 75182**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                        3/30/2018 5:48:22 PM

*Claims Details*                                                                                  1336 of 3335

---

**Arthur Torley**                          **Clm No 64848**      Filed In Cases: 140
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800               Class              Claim Detail Amount        Final Allowed Amount
Miami, FL 33131
                                           UNS                      $1.00
                                                                   $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Toyer**                           **Clm No 17342**      Filed In Cases: 140
3179 Cherry St
Toledo, OH 43608                           Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                   $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ARTHUR TROY MANN**                       **Clm No 85489**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                           UNS                      $1.00
                                                                   $1.00

Date Filed             24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1337 of 3335

---

**Arthur Ungerbuhler**                    **Clm No 17451**    Filed In Cases: 140
3848 Applegate Ave. Apt. 4
Cincinnati, OH 45211                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Arthur V Tabinga**                      **Clm No 33092**    Filed In Cases: 140
6485 Crabtree St.
San Diego, CA 92114                        Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed             6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Arthur Vail**                           **Clm No 45985**    Filed In Cases: 140
1238 Plazza Rd
Springdale, AR 72762                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                     1338 of 3335

---

**Arthur Vancour**                    **Clm No 64928**    Filed In Cases: 140
96 Manor Drive
Portsmouth, NH 03801              Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                     $1.00

                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Arthur Vick**                       **Clm No 33629**    Filed In Cases: 140
1305 Kent Street
Longview, TX 75604               Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                     $1.00

                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Arthur Vines**                      **Clm No 17575**    Filed In Cases: 140
716 Park Avenue
Youngstown, OH 44510             Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                     $1.00

                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Arthur W. Hartley**
819 Vermont Avenue
Fairmont, WV 26554

**Clm No 54245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Arthur Wade**
PO Box 1022
Lake Alfred, FL 33850

**Clm No 29796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Arthur Wallace**
2172 East 40th Street
Cleveland, OH 44103

**Clm No 17685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1340 of 3335

---

**Arthur Watkins**
4001 Fairmont Place
Birmingham, AL 35207

**Clm No 23862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR WAYNE VINES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85939**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Weeks**
110 Laurel Street
San Diego, CA 92101

**Clm No 22065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1341 of 3335

---

**ARTHUR WEST**
2015 Sky Farm Ave.
Vicksburg, MS 39180

**Clm No 58632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Weyer**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 65114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur White**
9540 Falcon Track
Warren, OH 44484

**Clm No 17967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1342 of 3335

---

**Arthur Wilcox**
2980 Sentinel Road
Dorset, OH 44032

**Clm No 18053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Arthur Williams**
PO Box 81755
Mobile, AL 36608

**Clm No 73165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arthur Williams**
3709 Old Branch Circle
Jasper, AL 35504

**Clm No 59824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1343 of 3335

---

**Arthur Willoughby**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6774**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR WILSON**
14607 ARDMORE STREET
DETROIT, MI 48227

**Clm No 899**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Wilson**
Post Office Box 11
Olin, NC 28660

**Clm No 59839**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      1344 of 3335

---

**Arthur Wilson**                    **Clm No 45052**    Filed In Cases: 140
359 Symond Road
Rosedale, MS 38769          Class         Claim Detail Amount    Final Allowed Amount

                            UNS              $1.00

                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Woods**                     **Clm No 6837**     Filed In Cases: 140
1639 Highway 158 West
Eure,  NC 27935             Class         Claim Detail Amount    Final Allowed Amount

                            UNS              $1.00

                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARTHUR WYNN**                      **Clm No 73475**    Filed In Cases: 140
1008 Forest St.
Birmingham, AL 35217       Class         Claim Detail Amount    Final Allowed Amount

                            UNS              $1.00

                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1345 of 3335

---

**Arthur Yates**                          **Clm No 6888**    Filed In Cases: 140
315 Middlesex Street
Norfolk,  VA 23523                         Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Yoder**                          **Clm No 18424**   Filed In Cases: 140
20691 Baird Ave.
Meadville, PA 16335                        Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Young**                          **Clm No 73502**   Filed In Cases: 140
C/o Johnnie P. Young
6728 Martin L. King Drive                  Class            Claim Detail Amount      Final Allowed Amount
Fairfield, AL 35064
                                           UNS                   $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1346 of 3335

---

**ARTHUR ZIEGLER**
4043 E. COLORADO STREET
LONG BEACH, CA 90814

**Clm No 922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHURINE BOURQUE**
4248 EUNICE AVENUE
PORT ARTHUR TX 77642

**Clm No 35820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHURINE GAMBLE**
1023 S. THOMAS AVE.
PRICHARD AL 36610

**Clm No 37718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Arthurine Henry**
C/o Jimmie R. Felder
2042 Early Street
Montgomery, AL 36108

**Clm No 68963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthus Edwards**
417 Dismukes Avenue
Prichard, AL 36610

**Clm No 67675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Artie  Parsons, Estate**
4980 Rt. 10
Barboursville, WV 25504

**Clm No 54081**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**ARTIE ATKINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Artie Sams**
1515 Clarendon Avenue
Bessemer, AL 35020

**Clm No 72597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ARTILDA JAMES WHITEMON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1349 of 3335

---

**Artimus Hart**
8500 Thomaston Rd.
Macon, GA 31220

**Clm No 50365**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Artis Harris**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Artis Latham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**ARTIS MACON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Artis Martin**
3271 Windwood Drive
Montgomery, AL 36116

**Clm No 59524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTIS MCLENDON, JR.**
22145 MCGHEE DRIVE
SAUCIER, MS 39574-9681

**Clm No 21055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Artis Williams**
443 W. Thornton Street
Akron, OH 44307

**Clm No 18112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTLEY JACK**
682 Hillside Drive
West Point, MS 39773

**Clm No 56640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTLEY JACK**
1122 N Eshman Ave
West Point, MS 39773-5436

**Clm No 56641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

---

**ARTRIS WISEMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78947**      Filed In Cases: 140

HOWARD ROSEMONDIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Arturo A Bura**

**Clm No 32325**      Filed In Cases: 140

77-151 Ho'oHonua Court

Kailua-Kona, HI  96740

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arturo A Madlangbayan**

**Clm No 32761**      Filed In Cases: 140

325 Deep Dell Road

San Diego, CA  92114

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1353 of 3335

---

**Arturo Alfaro**                         **Clm No 65485**   Filed In Cases: 140
3641 Stinson
Corpus Christi, TX 78405              Class        Claim Detail Amount       Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

         Date Filed         9-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Arturo Cruz**                           **Clm No 52162**   Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                Class        Claim Detail Amount       Final Allowed Amount
Novato, CA 94948
                                     UNS                  $1.00
                                                          $1.00

         Date Filed         9-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Arturo D Galang**                       **Clm No 32552**   Filed In Cases: 140
6403 Plaza Cuernavaca
San Diego, CA  92114                 Class        Claim Detail Amount       Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

         Date Filed         6-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1354 of 3335

---

**Arturo D Sipriaso**
934 Osage Street
San Diego, CA  92114

**Clm No 33068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arturo Escobar**
7209 Cuba Dr.
El Paso, TX 79915

**Clm No 67768**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTURO LOPEZ SANCHEZ**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1355 of 3335

---

**ARTURO MARTINEZ**
1215 PENNSYLVANIA AVE.
VICTORIA TX 77904

**Clm No 39945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arturo Mendiola**
4105 S 380 E
Salt Lake City, UT 84107

**Clm No 63200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTURO MENDIOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1356 of 3335

---

**ARTURO PADILLA**
c/o Ms. Virginia Padilla
1226 Waverly St.
Houston, TX 77008

**Clm No 71613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arturo Piatos**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTURO SIBAJA**
1454 E LOS EBANOS BLVD
BROWNSVILLE TX 78520

**Clm No 42027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                    1357 of 3335

---

**ARULA WILLIAMS**                    **Clm No 88340**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                      Class            Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                      UNS                  Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Arva Brewer**                       **Clm No 47742**    Filed In Cases: 140
253 Jim Walley Loop Road
Waynesboro, MS 39367                  Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00

                                                           $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**ARVEL GENE MOUNCE**                 **Clm No 85211**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   Class            Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                      UNS                  $1.00

                                                           $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1358 of 3335

---

**Arvel Joseph Williamson**

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

**Clm No 53437**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arvel Pruitt**

392 Midway Drive

Valparaiso, IN 46383

**Clm No 63894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARVEL PRUITT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1359 of 3335

---

**ARVEL R. L. WILLIAMS, III**                    **Clm No 21384**    Filed In Cases: 140
551 E. VILLAGE GREEN DRIVE, APT. 65

MOBILE, AL 36609-

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARVEL SCHENKS**                    **Clm No 74751**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Arvel Schenks**                    **Clm No 64257**    Filed In Cases: 140
26606 Sedona Drive

Sun Lakes, AZ 85248

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1360 of 3335

---

**ARVEL WOODWARD**

FOR THE ESTATE OF AREDITH MAXINE
WOODWARD

C/O EDWARD O. MOODY, PA

801 WEST 4TH ST.

LITTLE ROCK, AR 72201

**Clm No 87686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARVELIA D. HOLLAND, PERSONAL
REPRESENTATIVE FOR**

WILLIE GRAYS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARVESTER TOWNSEND**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 86048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1361 of 3335

---

**Arvid Armstrong**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARVID LINGAAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Arvid Lingaas**
300 South Pointe Drive, Unit 2503
Miami Beach, FL 33139

**Clm No 62825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1362 of 3335

---

**Arvie Bass**
204 South 4th St.
Alvin, TX 77511

**Clm No 65833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARVIE WHITTREDGE**
P. O. BOX 1729
GROVES TX 77619

**Clm No 43305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arvil Welcher**
PO Box 352
Craigsville, VA 24430

**Clm No 29899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1363 of 3335

---

**Arvilla Burt**                     **Clm No 8275**      Filed In Cases: 140
527 Riley Circle SE
Canton, OH 44707                     Class            Claim Detail Amount     Final Allowed Amount

                                     UNS                  $1.00

                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Arvine Gainey**                    **Clm No 10393**     Filed In Cases: 140
601 41st Street NW
Canton, OH 44709                     Class            Claim Detail Amount     Final Allowed Amount

                                     UNS                  $1.00

                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Arvinese McMillan**                **Clm No 35132**     Filed In Cases: 140
500 Manila Avenue
Jersey City, NJ 07302               Class            Claim Detail Amount     Final Allowed Amount

                                     UNS                  $1.00

                                                          $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1364 of 3335

---

**Ary Foster**
1310 Cedarwood Drive
Mineral Ridge, OH 44440

**Clm No 10242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARYNITA WOODS**
15 Applewood Road
Natchez, MS 39120

**Clm No 58807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arzo Jones**
1967 Old Richton Road
Petal, MS 39465

**Clm No 44387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1365 of 3335

---

**Asa Coldiron**
5400 Delhi Pike
Cincinnati, OH 45238

**Clm No 24078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ASA FOUX**
354 N. MEEKER
BEAUMONT TX 77713

**Clm No 37595**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Asa Howard**
2394 Vineville Ave Apt 1305
Macon, GA 31204

**Clm No 47612**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1366 of 3335

---

**Asa Sanford**                    **Clm No 64217**    Filed In Cases: 140
Route 2, Box 205A1
Bassfield, MS 39421                 Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**ASALEAN MITCHELL**               **Clm No 40373**    Filed In Cases: 140
701 BONA ST.
MOBILE AL 36607                     Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Asberry Giles**                  **Clm No 68295**    Filed In Cases: 140
c/o Asberry Giles, Jr.
1505 Canterbury Road               Class              Claim Detail Amount    Final Allowed Amount
Tuscaloosa, AL 35405
                                    UNS                $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1367 of 3335

---

**ASBERRY WHITING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Asenath Nicholson**
915 Piave Church Road
Richton, MS 39476

**Clm No 50517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aserey Kincade**
1302 N All Saint's Circle
Greenville, MS 38703

**Clm No 46132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1368 of 3335

---

| **Ashby Minnick** | **Clm No 63271** | Filed In Cases: 140 | |
|---|---|---|---|
| 3013 Reef View Street | Class | Claim Detail Amount | Final Allowed Amount |
| Las Vegas, NV 89117-0137 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ASHBY MINNICK** | **Clm No 76229** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ASHFORD KELLY** | **Clm No 529** | Filed In Cases: 140 | |
|---|---|---|---|
| 6165 VILLAGE PARK DRIVE,APT. 204 | Class | Claim Detail Amount | Final Allowed Amount |
| WEST BLOOMFIELD, MI 48322 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1369 of 3335

---

**Ashley Brock**                          **Clm No 2921**      Filed In Cases: 140
309 Hardy Avenue
Norfolk, VA 23523                          Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Ashley Fleming**                        **Clm No 24815**     Filed In Cases: 140
21580 Lynn Ridge Drive
Fairhope, AL 36532                         Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              5-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Ashley Gloria**                         **Clm No 68341**     Filed In Cases: 140
P O Box 713
West Columbia, TX 77486                    Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

1370 of 3335

---

**Ashley Nicholson**                    **Clm No 24425**    Filed In Cases: 140
119 S Eighth Avenue
Sturgeon Bay, WI 54235

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ASHLEY VAUGHN**                    **Clm No 42920**    Filed In Cases: 140
490 PARK STREET
BEAUMONT TX 77701

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ashton Bowen**                    **Clm No 2852**    Filed In Cases: 140
6011 Hyde Park Drive
Indian Trail, NC 28079

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*  3/30/2018 5:48:22 PM

## Claims Details

---

**Asia Carter**

300 Triune Ave

Thomaston, GA 30286-4218

**Clm No 48067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Askew Adams**

P.o. Box 81

Saginaw, AL 35137

**Clm No 65415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ASTA SHACKLES, PERSONAL REPRESENTATIVE FOR**

DONALD LAWRENCE SHACKLES (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 1372 of 3335

---

**Astarsia Smith-Elliott**                    **Clm No 25049**    Filed In Cases: 140

c/o Brooks Burdette                            Class          Claim Detail Amount    Final Allowed Amount

Trussville, AL 35173                           UNS                $1.00

                                                                  $1.00

Date Filed              5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ASTON RICHARDS**                             **Clm No 75945**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA                    Class          Claim Detail Amount    Final Allowed Amount
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800                     UNS                Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Asuncion  Bermio**                           **Clm No 32282**    Filed In Cases: 140

2035 Grove Ave.                                Class          Claim Detail Amount    Final Allowed Amount
San Diego, CA  92154
                                               UNS                $1.00

                                                                  $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

## Claims Details

---

**Athanas Vani**
2462 9th Street
Cuyahoga Falls, OH 44221

**Clm No 17493**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ATHANASIOS HASAPIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77580**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Athanasios Hasapis**
3915 Main Street
East Chicago, IN 46312

**Clm No 61991**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail:** claimsmanager@omnimgt.com     **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1374 of 3335

---

**ATHENA FINKENBINER**
210 WEATHERFORD STREET
VIDOR TX 77662

**Clm No 37489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Athena Johnson**
301 Arboretum Way, Apt. 5
Newport News,  VA 23602

**Clm No 4570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Athera Flucker**
1837 Coosa County Rd #123
Goodwater, AL 35072

**Clm No 59289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1375 of 3335

---

**Atilano D Vargas**                      **Clm No 33138**    Filed In Cases: 140
6584 Paradise Ridge Road
San Diego, CA  92114                      Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

        Date Filed            6-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Atlas Farrell**                         **Clm No 10025**    Filed In Cases: 140
3501 S. Arlington Road
Akron, OH 44312                           Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

        Date Filed           23-Nov-2016
        Bar Date
        Claim Face Value          $1.00

---

**ATLEAN RILEY**                          **Clm No 88462**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                    Unknown

        Date Filed           24-Mar-2017
        Bar Date
        Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1376 of 3335

---

**ATONE REGO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Atron Gamble**

1431 Sherman Street

Hammond, IN 46320

**Clm No 24164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Atticus Shorter**

c/o Bevan & Associates LPA, Inc.

6555 Dean Memorial Parkway

Boston Heights, OH 44236

**Clm No 16222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1377 of 3335

---

**Attilio Vincenti**                    **Clm No 17570**   Filed In Cases: 140
5001 E Pleasant Valley Road
Independence, OH 44131            | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubbra Lang**                    **Clm No 47844**   Filed In Cases: 140
2668 County Road 624
Waynesboro, MS 39367            | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBERY COCHRAN**                    **Clm No 55576**   Filed In Cases: 140
5561 old Citronella Hwy.
Eight Mile, AL 36613            | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1378 of 3335

---

**Aubie Fillingim**
3098 Highway 196
Molino, FL 32577

**Clm No 61427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBIE FILLINGIM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Aubra Kirks**
204 Pinar Del Rio
Brownsville, TX 78526

**Clm No 70112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Aubrey  Moore, Jr.**
1534 Fetty Avenue
Fairmont, WV 26554

**Clm No 53679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY AMOS NIX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85193**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Arnold**
1020 McCall Creek Road NE
McCall Creek, MS 39647

**Clm No 45299**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          1380 of 3335

---

**Aubrey Atkinson**                          **Clm No 33737**    Filed In Cases: 140
7131 Ellerson Mill Rd., Apt. F
Mechanicsville, VA 23111                      Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00
                                                                   $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Aubrey Beckner**                           **Clm No 7522**     Filed In Cases: 140
619 Lakeview Drive
Canal Fulton, OH 44614                        Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00
                                                                   $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**AUBREY BUCKALEW**                          **Clm No 36059**    Filed In Cases: 140
1701 RICHARDSON
BAYTOWN TX 77520                              Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1381 of 3335

---

**AUBREY CARRUTH**
672 CR 3180
COLMESNEIL TX 75938

**Clm No 36274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Aubrey Cummins**
4813 Nailor Road, Lot 30
Vicksburg, MS 39180

**Clm No 44005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Aubrey Dickerson**
300 Bostick Dr.
Marshall, TX 75672

**Clm No 33343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Aubrey G Wilson**
510 Simms Dr.
Saraland, AL 36571

**Clm No 33191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Green**
16 Royston Drive
Hampton,  VA 23669

**Clm No 4033**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Hiatt**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                             1383 of 3335

---

**AUBREY HILDERBRAND**                    **Clm No 56477**    Filed In Cases: 140
1019 North Broadway
Hartford, AR 72938                         Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**AUBREY HOLLOWAY**                       **Clm No 38617**    Filed In Cases: 140
4016 SHAW DR.
TUSCALOOSA AL 35404                        Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**AUBREY HOWELL**                         **Clm No 56576**    Filed In Cases: 140
9041 Saracennia Rd.
Moss Point, MS 39562                       Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Aubrey Huff**
1611 W. 22nd Street
Lorain, OH 44052

**Clm No 11769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY HYNUM**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 38795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Johnson**
3540 East 43rd Street
Panama City, FL 32404

**Clm No 62340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1385 of 3335

| Aubrey Johnson | **Clm No 24885** | Filed In Cases: 140 | |
|---|---|---|---|
| 1427 Blackberry Street N. | | | |
| Pell City, AL 35128 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Aubrey Kennedy | **Clm No 19128** | Filed In Cases: 140 | |
|---|---|---|---|
| 821 Franklin Street | | | |
| Gretna, LA 70053 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Aubrey Keys | **Clm No 12448** | Filed In Cases: 140 | |
|---|---|---|---|
| 2336 Derby Drive | | | |
| Raleigh, NC 27610 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**AUBREY L SHANNON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34946**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**AUBREY L. HUNTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82112**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Aubrey Lephiew**
208 Ashely 14 West
Crossett, AR 71651

**Clm No 47237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**AUBREY MATTHEWS JR.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey McMichael**
1022 Grimes Circle
Bessemer, AL 35020

**Clm No 70951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Reedy**
3967 N. Chapel Lane
Martinsville, IN 46151

**Clm No 15295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1388 of 3335

---

**Aubrey Reynolds**                    **Clm No 72250**    Filed In Cases: 140
282 Johnson Drive
Cropwell, AL 35054-2822              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Aubrey Robinson**                   **Clm No 72416**    Filed In Cases: 140
3410 Clubhouse Road
Mobile, AL 36605                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**AUBREY ROSS ADEN**                  **Clm No 84206**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                     UNS                $1.00
                                                        $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1389 of 3335

---

**Aubrey Sides**                     **Clm No 72841**    Filed In Cases: 140
61 Buttercup Lane
Cordova, AL 35550                     Class         Claim Detail Amount    Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**AUBREY SIMMONS**                   **Clm No 73659**    Filed In Cases: 140
C/O SWMK LAW, LLC
ATTN: LAUREN ELIZABETH BOAZ           Class         Claim Detail Amount    Final Allowed Amount
701 MARKET STREET, SUITE 1000
ST. LOUIS, MO 63101                  UNS              Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Aubrey Sipes**                     **Clm No 33587**    Filed In Cases: 140
10442 FM 3231
Beckville, TX 75631                   Class         Claim Detail Amount    Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**Aubrey Smith**
12028 NE 209th Ave
Lake Butler, FL 32054

**Clm No 64456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Spruill**
2052 Malbon Road
Virginia Beach,  VA 23456

**Clm No 6125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**AUBREY SUDDUTH**
227 CR 409
KIRBYVILLE TX 75956

**Clm No 42491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Aubrey Tate**
510 North Adams St
Crossett, AR 71635

**Clm No 49308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY WEST**
P.O. BOX 47
DEWEYVILLE TX 77614

**Clm No 43221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY WEST**
P.O. BOX 47
DEWEYVILLE TX 77614

**Clm No 43229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1392 of 3335

---

**Aubrey Whitfield**                    **Clm No 6652**    Filed In Cases: 140
937 Hamilton Avenue
Portsmouth, VA 23707                     Class              Claim Detail Amount       Final Allowed Amount

                                        UNS                       $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Aubrey Williams**                     **Clm No 6683**    Filed In Cases: 140
1496 Millpond Road
Elizabeth City, NC 27909                 Class              Claim Detail Amount       Final Allowed Amount

                                        UNS                       $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**AUBREY WOOD**                         **Clm No 73405**   Filed In Cases: 140
163 Brooks Lane
Oneonta, AL 35121                        Class              Claim Detail Amount       Final Allowed Amount

                                        UNS                       $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1393 of 3335

---

**AUBREY WOODSIDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87031**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY WRIGHT**
3870 ERNESTINE DRIVE
BEAUMONT TX 77703

**Clm No 43599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUBREY ZACK WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**AUBRY SANDERSON**
414 W. 25TH STREET
TEXARKANA TX 75507

**Clm No 41808**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**AUBURN MCBRIDE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76155**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Auburn McBride**
P.O. Box 427
Hartford, KY 42347

**Clm No 63075**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Audavee Lawless**
c/o Jeanne K. Blankenship
3522 West Circle Dr.
Pearland, TX 77581

**Clm No 70265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audie Counts**
408 Preston St
Waycross, GA 31501

**Clm No 26126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audie Lee**
299A Salem Rd.
Picayune, MS 39466

**Clm No 19172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                  1396 of 3335

---

**Audie Thigpen**                    **Clm No 51408**    Filed In Cases: 140
P.O. Box 832
Bay Springs, MS 39422                Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                     - - - - - -      - - - - - - - - - -    - - - - - - - - - -
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Audis McGuire**                    **Clm No 63138**    Filed In Cases: 140
2122 Ashland Street
Jacksonville, FL 32207               Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                     - - - - - -      - - - - - - - - - -    - - - - - - - - - -
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**AUDIS MCGUIRE**                    **Clm No 76716**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                   Unknown
                                     - - - - - -      - - - - - - - - - -    - - - - - - - - - -

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1397 of 3335

---

**Audley C Green**
P.O. Box 683
La Ceiba
Honduras

**Clm No 32590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audley Turner**
7433 Linn Rd.
Liberty Township, OH 45044-9435

**Clm No 17409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audra M. Snider, Estate**
RR 8, Box 268 A
Morgantown, WV 26505

**Clm No 54725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1398 of 3335

---

**AUDREA GILBERT**
211 LEOLA ST.
SILSBEE TX 77656

**Clm No 37844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Ahler**
2659 S 70th Street
Milwaukee, WI 53219

**Clm No 23956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Akin**
897 Nelson Rd NW
Milledgeville, GA 31061

**Clm No 50449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1399 of 3335

---

**AUDREY AUREALIA MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUDREY BERNARD**
1218 MONTROSE DRIVE
PORT NECHES TX 77651

**Clm No 35616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUDREY BOREL**
4831 WEST LAWTHER DRIVE APT 217
DALLAS TX 75214

**Clm No 35776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1400 of 3335

---

**Audrey Brummitt**
5187  DeRussey Road
Collins, OH 44826

**Clm No 8168**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Audrey Budd**
5479 N. Western Drive
Hernando, FL 34442

**Clm No 24750**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**AUDREY D. HUGHES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88172**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                        1401 of 3335

---

**AUDREY DENSON, PERSONAL REPRESENTATIVE FOR**          **Clm No 80607**    Filed In Cases: 140

DON A DENSON (DECEASED)          Class          Claim Detail Amount          Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE          UNS                    Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Audrey DiPiero**          **Clm No 26376**    Filed In Cases: 140

2512 Frostwood Drive          Class          Claim Detail Amount          Final Allowed Amount

Youngstown, OH 44515

                              UNS                    $1.00

                                                     $1.00

Date Filed          8-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Audrey E. Golden**          **Clm No 54398**    Filed In Cases: 140

P.O. Box 266          Class          Claim Detail Amount          Final Allowed Amount

Granville, WV 26534

                              UNS                    $1.00

                                                     $1.00

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**AUDREY EVANS**
2321 1ST STREET
PORT NECHES TX 77651

**Clm No 37420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Audrey Faircloth**
252 Sutton Dr
Swainsboro, GA 30401

**Clm No 47735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Audrey Ferguson**
1503 Stoney Run Rd
W Portsmouth, OH 45663

**Clm No 26604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1403 of 3335

---

**AUDREY FOWLER**                    **Clm No 37600**    Filed In Cases: 140
2785 HWY 62 N
ORANGE TX 77632                      Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Audrey Goode**                     **Clm No 49079**    Filed In Cases: 140
459 Wilson Bates Road
Morton, MS 39117-9500                Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**AUDREY GRIMES**                    **Clm No 38071**    Filed In Cases: 140
P.O. BOX 1546
GAYLORD MI 49734                     Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1404 of 3335

---

**Audrey Howard**                    **Clm No 49258**   Filed In Cases: 140
503 Taylor Street
Waynesboro, MS 39367                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**AUDREY INGRAM**                    **Clm No 69452**   Filed In Cases: 140
9830 Claiborne Road
Chunchula, AL 36521                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Audrey Jones**                     **Clm No 47763**   Filed In Cases: 140
2559 Holliday Rd
Raymond, MS 39154                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**AUDREY JONES**
435 5TH STREET
ASHVILLE AL 35953

**Clm No 39054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Little**
c/o Audrey Little
P.O. Box 253
Forsyth, GA 31029

**Clm No 50664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Lockhart**
3300 Loring Ct.
Hampton, VA 23666

**Clm No 4923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                    1406 of 3335

---

**AUDREY LORIE ROBINSON**          **Clm No 88079**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                 Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**AUDREY LUCILLE MOZINGO**          **Clm No 87872**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                   Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                   UNS                 Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Audrey Mallett**                  **Clm No 24357**    Filed In Cases: 140
2957 N 18th Street
Milwaukee, WI 53206                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1407 of 3335

---

**Audrey Moorer**
Post Office Box 781
Bay Minette, AL 36507

**Clm No 71230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Audrey Pearson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Audrey Polk**
44 County Road 450
Cullman, AL 35057

**Clm No 49005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1408 of 3335

---

**Audrey Pradia**
10555 Turtlewood Court, #304
Houston, TX 77072

**Clm No 71984**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**AUDREY REVES**
2405 N 40TH ST
ORANGE TX 77630

**Clm No 41426**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Audrey Richardson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72281**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Audrey Riels**
514 Hwy 598
Seminary, MS 39479

**Clm No 44737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Rodgers**
3000 Meadow Lane NE
Warren, OH 44483

**Clm No 15580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Ross**
627 Markham Road
Baltimore,  MD 21229

**Clm No 5779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**AUDREY SCAFIDEL**
50358 Averett Road
Loranger, LA 70446

**Clm No 57998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Audrey Shively**
32 North Bentley
Niles, OH 44446

**Clm No 16211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Audrey Simms**
HC 83 Box 335
Rainelle, WV 25962

**Clm No 29275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**AUDREY STAUDT**
3107 AVE B.
NEDERLAND TX 77627

**Clm No 42386**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Tackett**
3772 Golf Course Dr.
Norton, OH 44203

**Clm No 17014**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Terrell**
2498 Garrison Dr
Cincinnati, OH 45231

**Clm No 29634**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1412 of 3335

**Audrey Thames**
109 Barry Street
Hattiesburg, MS 39401

**Clm No 45520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUDREY WESLEY HEATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Williams**
110 Laurel Street
San Diego, CA 92101

**Clm No 22076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1413 of 3335

---

**AUDRIE EARNEST TUCKER**          **Clm No 86071**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                   UNS                $1.00
                                                      $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**AUDRY B. MCGEE**                 **Clm No 86656**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                   UNS                $1.00
                                                      $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**AUGRELIO CARRILLO**              **Clm No 36270**    Filed In Cases: 140
P.O. BOX 221
FREER TX 78357                     Class              Claim Detail Amount      Final Allowed Amount
                                   UNS                $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1414 of 3335

---

**August Arbeiter**
1606 Chicago Street
Green Bay, WI 54302

**Clm No 59976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUGUST ARBEITER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**August Cavallero**
39645 Keiths Circle
Zephyrhills, FL 33542-2983

**Clm No 20290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                          1415 of 3335

---

**August Cotton**                          **Clm No 67075**    Filed In Cases: 140
C/o Birteail Cotton
812 Pettus Street                          Class              Claim Detail Amount    Final Allowed Amount
Mobile, AL 36603
                                           UNS                       $1.00
                                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**August Demoulin**                        **Clm No 61117**    Filed In Cases: 140
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800               Class              Claim Detail Amount    Final Allowed Amount
Miami, FL 33131
                                           UNS                       $1.00
                                                                     $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**August Edwards**                         **Clm No 18864**    Filed In Cases: 140
1311 Cook Street
Gretna, LA 70053                           Class              Claim Detail Amount    Final Allowed Amount

                                           UNS                       $1.00
                                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1416 of 3335

---

**August Jasmin**
P.O. Box 1102
Vacherie, LA 70090

**Clm No 19074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**August Kreuzer**
118 Ridgecrest Drive
Mountaintop, PA 18707

**Clm No 62638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**August Rovder**
16625 Downey Glen Trl
Chagrin Falls, OH 44023

**Clm No 29027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

## Claims Details                                                                      1417 of 3335

---

**August Santos**                          **Clm No 64226**    Filed In Cases: 140
91 Plympton Street
Middleboro, MA 02346                        Class              Claim Detail Amount       Final Allowed Amount

                                            UNS                       $1.00
                                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**August Steadman**                        **Clm No 29463**    Filed In Cases: 140
210 Oneida St
Monessen, PA 15062                          Class              Claim Detail Amount       Final Allowed Amount

                                            UNS                       $1.00
                                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**August Tierney**                         **Clm No 19605**    Filed In Cases: 140
2752 Corinne Drive
Marrero, LA 70072                           Class              Claim Detail Amount       Final Allowed Amount

                                            UNS                       $1.00
                                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1418 of 3335

---

**August Wolfie**
203 Potts Road
Morganville, NJ 07751

**Clm No 1624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUGUSTA BROWN**
711 RIDGEWOOD DR, APT 89
PORT NECHES TX 77651

**Clm No 35988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Augusta Jackson**
#11 North 15th Ct
Birmingham, AL 35204

**Clm No 69550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Augusta Lawson**
6845 Lockwood Blvd
Youngstown, OH 44512

**Clm No 12877**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUGUSTA MAE BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Augusta McCovery**
c/o Alice McCovery
P.O. Box 7028
Spanish Fort, AL 36577

**Clm No 70819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Augusta Starks**
1905 36 Avenue North
Birmingham, AL 35207

**Clm No 72917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUGUSTA THOMAS, PERSONAL
REPRESENTATIVE FOR**
ANDREW C. THOMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79752**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Augusta Williams**
1200 East 8th Street, Apt. 7
Metropolis, IL 62960

**Clm No 59830**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Auguster Greene**
2124 Allen Avenue SE
Canton, OH 44707

**Clm No 10788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Augustin Andrews**
767 Albany Ave.
Brooklyn, NY 11203

**Clm No 125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**AUGUSTINE AMAYA**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

1422 of 3335

---

**AUGUSTINE DAVIS**
322 Book Ave
Mobile, AL 36610

**Clm No 67333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Augustine P. Massello**
70 Sunset Drive
North Salem, NY 10560

**Clm No 1397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Augustine Pulley**
4421 County Road 350
Meridian, MS 39301

**Clm No 44706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1423 of 3335

---

**AUGUSTINE SIMS**
233 PICKENS-GARNETT RD.
Pickens, MS 39146

**Clm No 58084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUGUSTINO GAGLIARDI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Augustino Gagliardi**
846 SW 31st Street
Cape Coral, FL 33914-4273

**Clm No 61579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail:** claimsmanager@omnimgt.com         **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1424 of 3335

---

**Augusto A Martinez**          **Clm No 32788**    Filed In Cases: 140
9358 Hito Court
San Diego, CA  92129            Class        Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Augusto P Fernando**          **Clm No 32523**    Filed In Cases: 140
350 S. Siena St.
San Diego, CA  92114            Class        Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Augusto R Beltran**           **Clm No 32276**    Filed In Cases: 140
126 Lopez Way
Hemet, CA  92545                Class        Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Augusto Rodrigues**
138 Providence Street
Millville, MA 01529

**Clm No 2249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Augusto Sumulong**
5661 Haden Road
Virginia Beach,  VA 23455

**Clm No 6230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Augustus A Cooper**
1631 Sylvester Dr.
Savannah, GA  31415

**Clm No 32402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1426 of 3335

**AUGUSTUS HUTTING**                    **Clm No 497**    Filed In Cases: 140
1682 BROADSTONE ROAD
GROSSE POINT WOODS, MI 48236            Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $10,000.00

                                                             $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00


**Augustus Marshall**                   **Clm No 19222**   Filed In Cases: 140
7620 Branch Dr.
New Orleans, LA 70128                   Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00


**Augustus Moore**                      **Clm No 34069**   Filed In Cases: 140
204 Crown Dr.
Washington, NC 27889                    Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　　　3/30/2018 5:48:22 PM

### Claims Details

**Augustus Payne**
7091 Flenner Avenue
Navarre, OH 44662

**Clm No 14770**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Augustus Pitts**
4511 Haynes Lane
Chattanooga, TN 37416

**Clm No 28721**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Augustus Reeves**
5102 Haddon Place
McDonough, GA 30253

**Clm No 49309**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　**Visit us on the Web at www.omnimgt.com**　　**PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**　　**E-mail:** claimsmanager@omnimgt.com　　**FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 5:48:22 PM

*Claims Details*                                                                     1428 of 3335

---

**Augustus Riddick**                     **Clm No 5707**      Filed In Cases: 140
3566 Ladd Avenue
Norfolk, VA  23502 23455                  Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**AUGUSTUS SMITH**                        **Clm No 58112**     Filed In Cases: 140
P O Box 553
Terry, MS 39170                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**AUGUSTUS SMITH**                        **Clm No 42192**     Filed In Cases: 140
1749 EAST 12TH STREET
PORT ARTHUR TX 77640                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1429 of 3335

---

**Aulton Mitchell**
2664 Kiowa Rd.
Star City, AR 71667

**Clm No 47843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**AUNDRA L. WINSTON**
10535 TOM WALLER ROAD
GRAND BAY, AL 36541-

**Clm No 21393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**AUNDRE JONES**
1041 College Street
Mobile, AL 36610

**Clm No 56770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1430 of 3335

---

**AUNDREA JORDAN BAKER**          **Clm No 84308**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class         Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                 UNS                 $1.00
                                                     $1.00

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**AUNDREA QUINNEY**               **Clm No 21180**    Filed In Cases: 140
708 PINEHILL DRIVE
MOBILE, AL 36606-                Class         Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**AUNOA UIAGALELEI**              **Clm No 82497**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH             Class         Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169            UNS                Unknown

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

*Claims Details*

---

**AUNOA UIAGALELEI, PERSONAL REPRESENTATIVE FOR**

LAFO M. UIAGALELEI (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78699**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Aura Perry**

5271 Mays Branch Rd

Lavalette, WV 25535

**Clm No 28672**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUREL ZURA**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77637**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1432 of 3335

---

**Aurel Zura**
9835 Wildwood Circle Unit 1-D
Munster, IN 46321-0000

**Clm No 65375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aurelia Griffin**
11066 Spottswood
Houston, TX 77016

**Clm No 68530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aurelia Holloway**
3229 Victory Avenue
Lorain, OH 44055

**Clm No 11595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                 3/30/2018 5:48:22 PM

*Claims Details*                                                          1433 of 3335

| Aurent Agee | | | |
|---|---|---|---|
| c/o Estate of Aurent Agee | **Clm No 65449** | Filed In Cases: 140 | |
| 6648 Viewpoint Road | Class | Claim Detail Amount | Final Allowed Amount |
| Eight Mile, AL 36613 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| AURICE CHOYCE,  PERSONAL REPRESENTATIVE FOR | | | |
|---|---|---|---|
| WILLIAM CHOYCE SR. (DECEASED) | **Clm No 81390** | Filed In Cases: 140 | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| AURORA GONZALEZ | | | |
|---|---|---|---|
| 1509 EAST 28TH STREET | **Clm No 37936** | Filed In Cases: 140 | |
| MISSION TX 78574 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1434 of 3335

---

**Aurora Tipton**
PO Box 25
Hopedale, OH 43976

**Clm No 29693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin Anderson**
28 Austin Anderson Road
Beaumont, MS 39423

**Clm No 65577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin C. Morrison, Estate**
510 Washington Street
Nutter Fort, WV 26301

**Clm No 54104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1435 of 3335

---

**Austin Carosello**
1112 Vincent Rd., NW
North Canton, OH 44720

**Clm No 8459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin Donohue**
1260 Brahms Dr.
Virginia Beach, VA 23454

**Clm No 33870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin Gilbert**
c/o Mrs. Lorraine Gilbert
5614 Bellfort
Houston, TX 77033

**Clm No 68284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1436 of 3335

---

**AUSTIN GUTIERREZ**                    <u>**Clm No 68587**</u>    Filed In Cases: 140
5020 Scenic Dr.
Dickinson, TX 77539                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin Holifield**                    <u>**Clm No 69153**</u>    Filed In Cases: 140
25 13th Ave North
Birmingham, AL 35204                    Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin Hucker**                       <u>**Clm No 1256**</u>    Filed In Cases: 140
1001 Starkey Rd.
Largo, FL 33771                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1437 of 3335

---

| Austin Jansen | **Clm No 21820** | Filed In Cases: 140 | |
| 110 Laurel Street | | | |
| San Diego, CA 92101 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          7-Dec-2016
Bar Date
Claim Face Value       $1.00

---

| AUSTIN JEFFERSON | **Clm No 69615** | Filed In Cases: 140 | |
| 880 Cooner Road | | | |
| Jasper, AL 35503 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

| AUSTIN JOINER | **Clm No 56758** | Filed In Cases: 140 | |
| 533 Old Port Gibson Rd | | | |
| Raymond, MS 39154 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1438 of 3335

---

**Austin L. Babe, Estate**                    **Clm No 58860**    Filed In Cases: 140
107 North Fifth Avenue
Paden City, WV 26159

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed                    9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**AUSTIN LOWERY**                              **Clm No 83538**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed                    22-Mar-2017
Bar Date
Claim Face Value              $10,000.00

---

**AUSTIN MERRIWEATHER**                        **Clm No 71021**    Filed In Cases: 140
4509 21st Street
Tuscaloosa, AL 35401

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed                    9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1439 of 3335

---

**Austin Ray**
c/o Vickie Ray
PO Box 550633
Houston, TX 77255

**Clm No 72161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin Sandlin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin Tuel**
110 Laurel Street
San Diego,CA 92101

**Clm No 22037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 7-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

## Claims Details

1440 of 3335

---

**Austin Wagner**
9439 Barbour Co. Hwy.
Belington, WV 26250-7880

**Clm No 17631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Auston Horton**
7400 Wade Park, Apt. 1001
Cleveland, OH 44103

**Clm No 69249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Australia Campbell**
1530 Will Pet Road
Lucedale, MS 39452

**Clm No 8378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1441 of 3335

---

**Australia Thomas**                 **Clm No 6327**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class              Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                     UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Auther James**                     **Clm No 46333**     Filed In Cases: 140
141 N. Archer St
Eudora, AR 71640                     Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**AUTHER MAE CHEWE**                 **Clm No 84656**     Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                     UNS                      $1.00
                                                              $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1442 of 3335

---

**AUTHER SWITCHER**

4485 C.R. 200

Corinth, MS 38834

**Clm No 58293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUTHOR YARBROUGH**

c/o Ivey Yarbrough

611 Thorton Drive

Columbus, MS 39702

**Clm No 73478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUTHUR LEE SELLERS**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 87195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

**Authur McDuffy**
112 North Davis Cr
Indianola, MS 38751

**Clm No 44522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Authur Wilson**
5285 Greenwood Terrace
Macon, GA 31206

**Clm No 49396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Autra Evans**
297 Franklin Evans Road
Newton, MS 39345

**Clm No 48034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1444 of 3335

---

**AUTRINIECE BURTON FOLSOM**                    **Clm No 86390**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                             Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                                UNS                  $1.00
                                                                     $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Autry Earl Barney**                          **Clm No 73555**    Filed In Cases: 140
517 Cherry Avenue
Jackson, AL 36545-3607                          Class            Claim Detail Amount      Final Allowed Amount

                                                UNS                $100,000.00
                                                                   $100,000.00

Date Filed            16-Feb-2017
Bar Date
Claim Face Value      $100,000.00

---

**AUTRY EARL BARNEY PRO SE**                   **Clm No 56**       Filed In Cases: 140
517 Cherry Avenue
Jackson, AL 36545-3607                          Class            Claim Detail Amount      Final Allowed Amount

                                                UNS                  $1.00
                                                                     $1.00

Date Filed            24-Oct-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1445 of 3335

---

**Autry Earl Barney Pro Se.**
517 Cherry Avenue
Jackson, AL 36545

**Clm No 73534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 25-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**AUTRY FONTENOT**
C/O AUDRY HARRISON
9195 MONICE DRIVE
BEAUMONT TX 77706

**Clm No 37536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUTRY HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1446 of 3335

---

**AUTRY LINDLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Autry Lindley**
1970 Trammell Motor Way
Sylacauga, AL 35150

**Clm No 62819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AUTRY RUFFIN**
2106 N. DOWNING ST.
MOBILE AL 36617

**Clm No 41721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Autumn Baker**
1025 Harlie Ave
Virginia Beach, VA 23464

**Clm No 2575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Ava Lick**
PO Box 822778
Vicksburg, MS 39182

**Clm No 44455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**AVA MARIA LOVELACE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1448 of 3335

---

**AVA NELL WHITAKER CARTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ava Rockett**
2102 Canvasback Drive
Suffolk, VA 23435

**Clm No 5764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Avalos George**
2104 Charlotte Dr
Baytown, TX 77520

**Clm No 68254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1449 of 3335

---

**AVAN KEYES**                                    **Clm No 56884**    Filed In Cases: 140
60 JT Keyes Rd.
Taylorsville, MS 39168        Class            Claim Detail Amount        Final Allowed Amount

                             UNS                  $1.00
                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Avance Lomax**                                  **Clm No 70472**    Filed In Cases: 140
C/o Donald T. Lomax
P.o. Box 11904               Class            Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35202
                             UNS                  $1.00
                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Avery Adkins**                                  **Clm No 6986**    Filed In Cases: 140
4253 Knollbrook Drive
Norton, OH 44203             Class            Claim Detail Amount        Final Allowed Amount

                             UNS                  $1.00
                                                  $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1450 of 3335

---

**Avery Akers**                          **Clm No 59894**    Filed In Cases: 140
2050 Garden Springs Dr. Apt 1007
Lexington, KY 40504                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**AVERY AKERS**                          **Clm No 77082**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Avery Ferguson**                       **Clm No 26605**    Filed In Cases: 140
Sue Paris Apt 105
Milton, WV 25541                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*

---

**Avery Fong**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Avery Hurt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AVERY SEGERS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1452 of 3335

---

**Avery William**                    **Clm No 73162**    Filed In Cases: 140
1812 13th Way SW
Birmingham, AL 35211-4417

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed         | 9-Dec-2016 |
|--------------------|------------|
| Bar Date           |            |
| Claim Face Value   | $1.00      |

---

**Avery Willie**                     **Clm No 19699**    Filed In Cases: 140
27457 Wilson Willie Road
Folsom, LA 70437

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed         | 1-Dec-2016 |
|--------------------|------------|
| Bar Date           |            |
| Claim Face Value   | $1.00      |

---

**Avey Larck**                       **Clm No 12850**    Filed In Cases: 140
5925 East State Route 571
Tipp City, OH 45371

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed         | 23-Nov-2016 |
|--------------------|-------------|
| Bar Date           |             |
| Claim Face Value   | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**AVIS FAZER**
218 LAKE SHORE DRIVE
ESCANABA, MI 49829

**Clm No 382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Avis Gibson**
5933 Vernal River Road
Lucedale, MS 39452

**Clm No 49611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Avis Jordan**
250 Arlington Loop
Beaumont, MS 39423

**Clm No 47708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1454 of 3335

---

**Avis Lancaster**
622 County Road 600
Walnut, MS 38683

**Clm No 44429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Avis McCord**
609 E Poplar Street
Robinson, IL 62454

**Clm No 24370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**AVONNE LOPEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1455 of 3335

---

**Avonne Lopez**
49 Forrest Circle
Hollywood, FL 33026-1101

**Clm No 62873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Avron Cook**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ayliffee Moore**
c/o Mildred I. Moore
4219 An Co Rd 403
Palestine, TX 75803

**Clm No 71201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                            1456 of 3335

---

**AZALENE HARE**                    **Clm No 56336**    Filed In Cases: 140

P. O. Box 91                         Class          Claim Detail Amount       Final Allowed Amount
Paulding, MS 39348
                                     UNS                  $1.00

                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**AZAR MONTGOMERY JR.**              **Clm No 87552**    Filed In Cases: 140

C/O EDWARD O. MOODY, PA              Class          Claim Detail Amount       Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201               UNS                  Unknown

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**Azariah Smith**                    **Clm No 19519**    Filed In Cases: 140

3613 Cambronne St. Apt. 125          Class          Claim Detail Amount       Final Allowed Amount
New Orleans, LA 70118
                                     UNS                  $1.00

                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Azariah Smith**
137 Shoop Avenue
Dayton, OH 45417

**Clm No 16428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aziz A Youssef**
3705 27th St.
Long Island City, NY  11101

**Clm No 33209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Azor Kelly**
22 Woodfield Crossing
Glastonbury, CT 06033-

**Clm No 62491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　　3/30/2018 5:48:22 PM

## *Claims Details*

---

**Azzilene Smith**
2739 Beech Ave
Macon, GA 31204

**Clm No 47900**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B B  Wimberly**
8819 RR 255E
Burkeville, TX 75932

**Clm No 33193**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B Draughon**
7574 Buck Lake Road
Tallahassee, FL 32311

**Clm No 67528**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**B Martin**
PO Box 117
Richlands, VA 24641

**Clm No 28068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. Douglas**
P O Box 368
Kemp, OK 74747

**Clm No 67505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. Dudley**
521 24Th Ave North
Texas City, TX 77590

**Clm No 67543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1460 of 3335

---

**B. Garner**
40 Wentworth Drive
Oxford, GA 30054

**Clm No 48731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. Hansen**
5703 Stewart Ave.
Galveston, TX 77551

**Clm No 68715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. James**
5610 Oriole
Houston, TX 77017

**Clm No 69580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

1461 of 3335

---

**B. Jessie**
4302 16th St.
Bacliff, TX 77518

**Clm No 69652**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. John**
P.O. Box 1284
Taylor, tx 76574

**Clm No 69671**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. JOHNSON**
1423 S. RIDGE DRIVE
TYLER TX 75702

**Clm No 39032**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**B. Juan**
5201 Millwood
Corpus Christi, TX 78413

**Clm No 69949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. Julio**
15218 East Chaparral Drive
Baytown, TX 77520

**Clm No 69965**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. June Smallwood**
1355 S. Rangeline Road
Ludlow Falls, OH 45339

**Clm No 16370**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1463 of 3335

---

**B. Keith Hershman**                     **Clm No 11406**    Filed In Cases: 140
2386 Congo St.
Akron, OH 44305                           | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**B. Leon**                               **Clm No 70342**    Filed In Cases: 140
240 Daisy Simon
Nash, TX 75569                            | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**B. Robert**                             **Clm No 72343**    Filed In Cases: 140
P. O. Box 32
Normangee, TX 77871                       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                    1464 of 3335

---

**B. William**                          **Clm No 73157**   Filed In Cases: 140
403 12th Ave. North
Texas City, TX 77590                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**B. William**                          **Clm No 73156**   Filed In Cases: 140
4913 Ivy
Pasadena, TX 77505                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**B.B. HAYES**                          **Clm No 56416**   Filed In Cases: 140
c/o Porter & Malouf, PA
P.O. Box 12768                           Class          Claim Detail Amount      Final Allowed Amount
Jackson, MS 39236
                                         UNS                    $1.00
                                                               $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**B.G. Hagler**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68612**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B.J. Wilson**
802 Illinois Road
Birmingham, AL 35221

**Clm No 73310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BACILIO MACIAS**
P.O. BOX 3315
BAYTOWN TX 77520

**Clm No 39809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

| | | |
|---|---|---|
| **BAILEY MCNEICE** | **Clm No 70968** | Filed In Cases: 140 |
| c/o Ms. Betty McNiece Carroll | Class | Claim Detail Amount | Final Allowed Amount |
| 281 West Oxmoor Rd, Apt 1-B | | |
| Birmingham, AL 35209 | UNS | $1.00 |
| | | $1.00 |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **BAILEY VARNADO JR.** | **Clm No 82481** | Filed In Cases: 140 |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: BRYN G. LETSCH | | |
| 222 RUSH LANDING ROAD | UNS | Unknown |
| NOVATO, CA 94928-6169 | | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| | | |
|---|---|---|
| **Bailey White** | **Clm No 6620** | Filed In Cases: 140 |
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | |
| Hunt Valley, MD 21030 | UNS | $1.00 |
| | | $1.00 |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

## Claims Details

---

**Baker Hamm**
1225 Good Hope Rd
Lake, MS 39092

**Clm No 44210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Baker Haywood**
603 W Martin Luther KingStreet
Mound Bayou, MS 38762

**Clm No 44251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Baker Hollowell**
717 Harpersville Road
Newport News,  VA 23601

**Clm No 4390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1468 of 3335

---

**Baldemar Palacios**
c/o Lydia Palacios
343 County Road 425
Premont, TX 78375

**Clm No 71625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BALDEMAR SILGUERO**
120 S. 2ND ST.
BAYTOWN TX 77520

**Clm No 42037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Baldomero Calvet**
C/O Beatriz L. Lozano 817 S.E. 16 Street
Deerfield Beach, FL 33441

**Clm No 60601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**BALEY BRASHER**
1816 Athens Street
Leeds, AL 35094

**Clm No 55272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ballard Alice**
5207 Raford Ln.
Santa Fe, TX 77510

**Clm No 65493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**BALLARD WRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1470 of 3335

---

**Ballard Wright**                          **Clm No 65292**    Filed In Cases: 140
135 Joe Boyles Road
Jamestown, TN 38556                         Class            Claim Detail Amount    Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Balli Raymond**                           **Clm No 72180**    Filed In Cases: 140
2004 Lenz
La Marque, TX 77568-5327                     Class            Claim Detail Amount    Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Balmer Alice**                            **Clm No 65492**    Filed In Cases: 140
5358 Apple Blossom
Friendswood, TX 77546                        Class            Claim Detail Amount    Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                              3/30/2018 5:48:22 PM

*Claims Details*                                                                                                      1471 of 3335

---

**BAMA L. WILLIAMS**                    **Clm No 21378**    Filed In Cases: 140

P. O. BOX 584

PORT SULPHUR, LA 70083-                 Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Bamon Lawrence**                      **Clm No 23239**    Filed In Cases: 140

3745 Howard Avenue SW

Birmingham, AL 35221                     Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**BANCE FRANKLIN**                      **Clm No 37621**    Filed In Cases: 140

2743 BELLMEADE DR.

WHISTLER AL 36612                       Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1472 of 3335

---

**BANKER PHARES**                    **Clm No 41026**    Filed In Cases: 140
8141 GLADYS AVENUE
BEAUMONT TX 77706                     Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Banks Sullivan**                   **Clm No 45292**    Filed In Cases: 140
102 Rockbridge Circle
Clinton, MS 39056                    Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barb Todd**                        **Clm No 17275**    Filed In Cases: 140
13015 Thompson Rd.
Vermilion, OH 44089                  Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    1473 of 3335

---

**Barbara Conroy**    **Clm No 19745**    Filed In Cases: 140
2526 Central Avenue
Baldwin, NY 11510

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed    5-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Barbara Palazetti**    **Clm No 20465**    Filed In Cases: 140
39 Lake Circle Drive
Bradford, PA 16701

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed    5-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Barbara Share**    **Clm No 19797**    Filed In Cases: 140
49 Edmands Road, Apt. 3358
Framingham, MA 01701

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

Date Filed    5-Dec-2016
Bar Date
Claim Face Value    $50,000.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Barbara A. Elkins**
56 Sycamore Lane
Kennebunk, ME 04043-7177

**Clm No 19751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARBARA A. GARDNER, PERSONAL REPRESENTATIVE FOR**
TERRY GARDNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BARBARA A. JUZANG**
POST OFFICE BOX 6612
MOBILE, AL 36660-

**Clm No 20957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Barbara A. Patterson**          **Clm No 1355**    Filed In Cases: 140
2514 Monroe Terrace
The Villages, FL 32162            Class          Claim Detail Amount      Final Allowed Amount

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BARBARA A. SMITH**          **Clm No 88010**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.             Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| | UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA A. WANN PERSONAL**          **Clm No 80831**    Filed In Cases: 140
**REPRESENTATIVE FOR**
ROBERT WANN (DECEASED)
C/O BRAYTON PURCELL, LLP          Class          Claim Detail Amount      Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD

| | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|---|
| | UNS | Unknown | |

NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

1476 of 3335

---

**BARBARA ADAMS**
DONALD ADAMS
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Andersen**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Andresen**
139 H Millennium Road
Aulander, NC 27805

**Clm No 2503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Andrews**
681 Marion Road
Cincinnati, OH 45215

**Clm No 7136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Angellar**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA ANN CAMERON**
POST OFFICE BOX 62
KILN, MS 39556

**Clm No 20661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                                          1478 of 3335

---

**Barbara Ann Curran**                    **Clm No 52168**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                      Class          Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                           UNS                  $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BARBARA ANN EMMONS**                     **Clm No 88715**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                Unknown

Date Filed             24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA ANN GOODE**                      **Clm No 86235**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                           UNS                  $1.00
                                                                 $1.00

Date Filed             24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1479 of 3335

---

**BARBARA ANN HARRISON**          **Clm No 20869**    Filed In Cases: 140
4313 STAUTER STREET
MOSS POINT, MS 39563              Class            Claim Detail Amount       Final Allowed Amount

                                 UNS                  $1.00
                                 _____         _____        _____
                                                      $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BARBARA ANN HAYNES**            **Clm No 87183**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class            Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                 UNS                  $1.00
                                 _____         _____        _____
                                                      $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**BARBARA ANN KING**              **Clm No 88039**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                 Class            Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                 UNS                 Unknown
                                 _____         _____        _____

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1480 of 3335

---

**BARBARA ANN MCMULLEN**
3650 OPTIMIST WAY 101
ORANGE TX 77630

**Clm No 40189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA ANN MOSIER**
104 CHRISTY LANE
DAINGERFIELD TX 75638

**Clm No 40546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA ANN NICHOLS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARBARA ANN RILEY GREENE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA ANN ROGERS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA ANN THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1482 of 3335

---

**BARBARA ANN WIGGINS, PERSONAL REPRESENTATIVE FOR**                **Clm No 79194**   Filed In Cases: 140

OSCAR K. WIGGINS (DECEASED)
C/O BRAYTON PURCELL, LLP              | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: CURT HENNECKE                  |-------|---------------------|----------------------|
222 RUSH LANDING ROAD                | UNS   | Unknown             |                      |
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA ANNE BUTLER, PERSONAL REPRESENTATIVE FOR**               **Clm No 81009**   Filed In Cases: 140

JACK H. BUTLER SR. (DECEASED)
C/O BRAYTON PURCELL, LLP              | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: CURT HENNECKE                  |-------|---------------------|----------------------|
222 RUSH LANDING ROAD                | UNS   | Unknown             |                      |
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Barbara Bailey**                                                 **Clm No 23984**   Filed In Cases: 140

2543 E Lakeshore Dr  Apt 1
Crown Point, IN 46307                | Class | Claim Detail Amount | Final Allowed Amount |
                                     |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1483 of 3335

---

**Barbara Banks**                      **Clm No 51752**    Filed In Cases: 140
PO Box 80695
Conyers, GA 30013

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BARBARA BANKS, PERSONAL REPRESENTATIVE FOR**    **Clm No 79671**    Filed In Cases: 140

BENJAMIN HARRISON JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA BARHORST**                   **Clm No 35468**    Filed In Cases: 140
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1484 of 3335

---

**BARBARA BARNES**
C/O MR. HARVEY WARREN
2555 NORTH ST.
BEAUMONT TX 77702

**Clm No 35475**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA BARTON**
P.O. BOX 543
TROUP TX 75789

**Clm No 35508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA BATES**
2105 N. 35TH STREET
ORANGE TX 77630

**Clm No 35519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                                    1485 of 3335

---

**BARBARA BELL**                    **Clm No 83042**    Filed In Cases: 140
ROBERT BELL
C/O O'SHEA & REYES, LLC              Class          Claim Detail Amount      Final Allowed Amount
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202    UNS              $10,000.00
DAVIE, FL 33328                                       $10,000.00

     Date Filed            22-Mar-2017
     Bar Date
     Claim Face Value      $10,000.00

---

**Barbara Benfer**                   **Clm No 2718**     Filed In Cases: 140
5670 Anchor Drive
Granite Falls, NC. 28630             Class          Claim Detail Amount      Final Allowed Amount

                                     UNS              $1,250.00
                                                      $1,250.00

     Date Filed            1-Dec-2016
     Bar Date
     Claim Face Value      $1,250.00

---

**BARBARA BENNETT**                  **Clm No 35593**    Filed In Cases: 140
490 PARK STREET
BEAUMONT TX 77701                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

     Date Filed            9-Dec-2016
     Bar Date
     Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

1486 of 3335

---

**Barbara Benson**
1415 Darren Drive
Portsmouth, VA 23701

**Clm No 2729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Berger**
N8891 County Road D
Algoma, WI 54201

**Clm No 24007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Blakely**
277 North West Street
Coffeeville, MS 38922

**Clm No 47919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Blakeslee**
28085 Kaufman St
Roseville, MI 48066

**Clm No 25507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Bond**
630 Lancelot Drive
Evansville, IN 47711

**Clm No 24025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Bradley**
Post Office Box 663
Lincoln, AL 35096

**Clm No 59138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                           1488 of 3335

---

**BARBARA BREAUX**                    **Clm No 35885**    Filed In Cases: 140
4227 HOLLAND
ORANGE TX 77630                       Class          Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA BRENGETTSY**                **Clm No 84572**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                  Class          Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                     UNS                  $1.00
                                                          $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Barbara Briggs**                    **Clm No 50291**    Filed In Cases: 140
812 Academy Park Dr.
Canton, MS 39046                     Class          Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1489 of 3335

---

**BARBARA BRITTAIN**                    **Clm No 35912**    Filed In Cases: 140
242 CR 2110
BURKEVILLE TX 75932                     Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Barbara Brown**                       **Clm No 2948**    Filed In Cases: 140
1404 Bardot Lane
Portsmouth, VA 23701                    Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Barbara Brown**                       **Clm No 43852**    Filed In Cases: 140
4152 Chewalla Road
Ramer, TN 38367                         Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1490 of 3335

---

**Barbara Brown**
1218 Gilbert Rd
Manchester, GA 31816

**Clm No 45928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Brown**
1050 E Magnolia Ave
West Point, VA 23181

**Clm No 25656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA BROWN**
407 HOSPITAL ST.
MOBILE AL 36603

**Clm No 35968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1491 of 3335

---

**Barbara Brown**                    **Clm No 2947**    Filed In Cases: 140
2320 Bryant Avenue
Baltimore, MD 21217                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00

                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barbara Bruce**                     **Clm No 8159**    Filed In Cases: 140
3629  Monticello Blvd
Cleveland Hts, OH 44121               Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00

                                                         $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA BRUCE**                     **Clm No 36030**    Filed In Cases: 140
3601 VICTORIA AVE APT 137-BOX 37
COLLEGE STATION TX 77845              Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00

                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                  1492 of 3335

---

**Barbara Bruder**                    **Clm No 8162**    Filed In Cases: 140
6033 Knob St.
Louisville, OH 44641                   Class         Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BARBARA BRYANT**                    **Clm No 36052**    Filed In Cases: 140
P.O. BOX 2323
PORT ARTHUR TX 77643-2323             Class         Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Burch**                    **Clm No 47720**    Filed In Cases: 140
251 N. Irwin Street Unit #315
Milledgeville, GA 31061               Class         Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1493 of 3335

---

**Barbara Burton**
3859 Logan Rd
Bellefontaine, OH 43311

**Clm No 25756**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Bush**
400 E. Hyland Drive
Union, WA 98592

**Clm No 20281**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Butler**
245 County Road 738
Corinth, MS 38834

**Clm No 43902**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1494 of 3335

---

**BARBARA CABEAL, PERSONAL REPRESENTATIVE FOR**

RICHARD W. MELLIN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara Campeau**

35 Warren Wright Street

Belchertown, MA 01007

**Clm No 2004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA CARDWELL**

1101 CAMINO DEL CORONADO

TUCUMCARI NM 88401

**Clm No 36244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

**Barbara Carr**
4342 Ridge Road
Cortland, OH 44410

**Clm No 8476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Chapman**
14650 SE 96th Court
Summerfield, FL 34491

**Clm No 25918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA CHAPMAN-POWELL**
JESSIE CHAPMAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $100,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1496 of 3335

---

**Barbara Clark**
212 St. John Rd.
Brooklyn, MS 39425

**Clm No 47307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Clay**
420386 E. 1090 Road
Checotah, OK 74426

**Clm No 20295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Close**
2985 Dalzell Rd
Whipple, OH 45788

**Clm No 26007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARBARA CLUTE**
1106 BAKER LN
MADISONVILLE TX 77864

**Clm No 36501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA COATES, PERSONAL REPRESENTATIVE FOR**
ERNEST RANDOLPH COATES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80781**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara Coker**
362 Enfinger Road
Lowndesboro, AL 36752

**Clm No 59207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Colangelo**
1617 Electric St
Dunmore, PA 18509

**Clm No 26025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Coleman**
44670 Parsons Road
Oberlin, OH 44074

**Clm No 8838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA COLEMAN**
1453 D STREET
MOBILE, AL 36605-

**Clm No 20693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                   1499 of 3335

---

**Barbara Collier**                    **Clm No 45768**    Filed In Cases: 140

116 Cole Avenue

Newton, MS 39345                       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**BARBARA CONSTANZA**                  **Clm No 83779**    Filed In Cases: 140

JOHN CONSTANZA

C/O O'SHEA & REYES, LLC                | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

Date Filed              22-Mar-2017

Bar Date

Claim Face Value        $10,000.00

---

**BARBARA CONTI, PERSONAL REPRESENTATIVE FOR**    **Clm No 79297**    Filed In Cases: 140

MARIO CONTI (DECEASED)

C/O BRAYTON PURCELL, LLP               | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Barbara Cooley**
112 Victory Road
Laurel, MS 39443

**Clm No 45669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Cosey**
5415 Bourgeois Road
Houston, TX 77066

**Clm No 59224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BARBARA COSS, PERSONAL REPRESENTATIVE FOR**
WILLIAM ALBERT COSS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1501 of 3335

---

**Barbara Costa**
7 Peach Tree Lane
Mount Sinai, NY 11766

**Clm No 22798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA COSTER**
JAMES COSTER
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Barbara Crager**
70 North Manor Creek Road
Waynesboro, MS 39367

**Clm No 49945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARBARA CRAIN**
2804 AVENUE G
NEDERLAND TX 77627

**Clm No 36720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Crippen**
1312 Fraibourne Court
Lansdale, PA 19446

**Clm No 26166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Crutchfield**
33591 GA Highway 112
Milledgeville, GA 31061

**Clm No 48384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1503 of 3335

---

**BARBARA CUNNINGHAM**                **Clm No 36797**    Filed In Cases: 140

P.O. BOX 272

MAURICEVILLE TX 77626                 Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00

                                                           $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Barbara Currence**                  **Clm No 26203**    Filed In Cases: 140

4805 Carpenter Rd

Ashtabula, OH 44004                   Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00

                                                           $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Barbara Curry**                     **Clm No 59237**    Filed In Cases: 140

Post Office Box 2332

Anniston, AL 36202                    Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00

                                                           $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

---

**Barbara Dale**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22178**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Daniel**
1015 31st Street
Ensley, AL 35218

**Clm No 59241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA DAVIS**
THOMAS HEDGES
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1505 of 3335

---

**BARBARA DAVIS**
14019 KINSBOURN COURT
HOUSTON TX 77014

**Clm No 36865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Davis**
185 Roy Shoemaker Road
Waynesboro, MS 39367

**Clm No 46945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | 1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA DAVIS, PERSONAL REPRESENTATIVE FOR**
EARL DAVIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details                                                                    1506 of 3335

---

**BARBARA DEETER**                    **Clm No 83097**    Filed In Cases: 140

KEITH DEETER

C/O O'SHEA & REYES, LLC            Class            Claim Detail Amount       Final Allowed Amount

ATTN: DANIEL F. O'SHEA             UNS                   $10,000.00

5599 SOUTH UNIVERSITY DR, STE 202                        -- -- -- -- --       -- -- -- -- --

DAVIE, FL 33328                                          $10,000.00

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARBARA DEYOUNG**                   **Clm No 37035**    Filed In Cases: 140

P.O. BOX 698

HAMSHIRE TX 77622                  Class            Claim Detail Amount       Final Allowed Amount

                                   UNS                      $1.00

                                                        -- -- -- -- --       -- -- -- -- --

                                                           $1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA DIANE SUTTON, PERSONAL**    **Clm No 80566**    Filed In Cases: 140
**REPRESENTATIVE FOR**

JARVIS LUCENE SUTTON (DECEASED)

C/O BRAYTON PURCELL, LLP            Class            Claim Detail Amount       Final Allowed Amount

ATTN: BRYN G. LETSCH               UNS                    Unknown

222 RUSH LANDING ROAD                                   -- -- -- -- --       -- -- -- -- --

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1507 of 3335

---

**Barbara Dickerson**
1101 Esther Drive
Columbus, OH 43207

**Clm No 9526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara DiFatta**
1124 Maple Road
Essex, MD 21221

**Clm No 3531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara DiNicolas**
5 Glen Ave.
Cranford, NJ 07016

**Clm No 1694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1508 of 3335

---

**BARBARA DONALD**
3706 WALKER SPRINGS ROAD
GROVE HILL, AL 36451-

**Clm No 20759**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Donaldson**
195 N Calhoun St
Dublin, GA 31021

**Clm No 47060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Donaldson**
1345 E. Riverside Ave.
Essex,  MD 21221

**Clm No 3569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                         1509 of 3335

---

**Barbara Douglas**            **Clm No 22876**   Filed In Cases: 140
40 Kyle Road
Watertown, TN 37184           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA DUCHAC**             **Clm No 83592**   Filed In Cases: 140
EUGENE DUCHAC
C/O O'SHEA & REYES, LLC        | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA        |---|---|---|
5599 SOUTH UNIVERSITY DR, STE 202  | UNS | $10,000.00 | |
DAVIE, FL 33328               | | $10,000.00 | |

Date Filed              22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Barbara Duffee**             **Clm No 51194**   Filed In Cases: 140
P.O. Box 321
Experiment, GA 30212          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Dufour**
405 Antler Dr.
San Antonio, TX 78213

**Clm No 26441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Dye**
872 County Road 885
Saltillo, MS 38866

**Clm No 59268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara E. Cutright**
501 Hayhurst Street
Rivesville, WV 26588

**Clm No 54086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

### Claims Details

1511 of 3335

| **Barbara E. Wilson** | **Clm No 54293** | Filed In Cases: 140 | |
|---|---|---|---|
| Box 25 | Class | Claim Detail Amount | Final Allowed Amount |
| Baxter, WV 26560 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Barbara Eakin** | **Clm No 59270** | Filed In Cases: 140 | |
|---|---|---|---|
| 7613 County Road 21 | Class | Claim Detail Amount | Final Allowed Amount |
| Scottsboro, AL 35768 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **BARBARA ECHOLS** | **Clm No 83249** | Filed In Cases: 140 | |
|---|---|---|---|
| R.J. ECHOLS | Class | Claim Detail Amount | Final Allowed Amount |
| C/O O'SHEA & REYES, LLC | UNS | $50,000.00 | |
| ATTN: DANIEL F. O'SHEA | | $50,000.00 | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | | |
| DAVIE, FL 33328 | | | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value          $50,000.00

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1512 of 3335

---

**BARBARA ELAINE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86865**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Elliott**
181 Crane Rd
Portsmouth, OH 45663

**Clm No 26515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA ELLZEY**
148 Lindsey Drive
Laurel, MS 39440

**Clm No 67724**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                          1513 of 3335

---

**BARBARA ELSPERMAN, PERSONAL REPRESENTATIVE FOR**

GLENN ELSPERMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA EVANS**

237 S. JOSEPH AVE

PRICHARD AL 36610

**Clm No 37411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA EVANS-SIMON**

1309 HERRING AVENUE

PORT NECHES TX 77651

**Clm No 37428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                    1514 of 3335

---

**BARBARA EVELYN SAGER, PERSONAL REPRESENTATIVE FOR**

ELWOOD MANLEY SAGER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara Farrell**

1227 Lakeview Court

Chesapeake,  VA 23323

**Clm No 3747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Feehely**

2908 Salford Drive

Abingdon,  MD 21009

**Clm No 3758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Barbara Felton**
2327 Dorminey St.
Tifton, GA 31794

**Clm No 47546**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Barbara Fetterman**
1712 Parkview Ave.
Norfolk, VA 23503

**Clm No 3777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**BARBARA FISHER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1516 of 3335

---

**Barbara Fisher**
28422 Parkwood Street
Inkster, MI 48141

**Clm No 22928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Fitch-Haly**
2753 Glenhaven Avenue Apt #A
Copley, Oh 44321

**Clm No 2073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Flowers**
1282 Frost Cr.
Cincinnati, OH 45231

**Clm No 10195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 1517 of 3335

---

**BARBARA FONTENOT**                 **Clm No 37544**    Filed In Cases: 140
9230 LOMBARD
BEAUMONT TX 77707                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**BARBARA FOSTER**                   **Clm No 37588**    Filed In Cases: 140
P.O. BOX 176
PARROTT VA 24132                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**BARBARA FURMAN, PERSONAL           Clm No 80024**    Filed In Cases: 140
**REPRESENTATIVE FOR**
LAVERN CLARENCE FURMAN (DECEASED)
C/O BRAYTON PURCELL, LLP             Class          Claim Detail Amount      Final Allowed Amount
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD                UNS                   Unknown
NOVATO, CA 94928-6169

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARBARA GAIL WATSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Galberth**
1240 Parkview Dr.
Greenville, MS 38703

**Clm No 46000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Gallaher**
Jack Gallon Building
Toledo, OH 43617

**Clm No 26786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1519 of 3335

---

**BARBARA GAMBLIN**                    **Clm No 37719**    Filed In Cases: 140
122 CLAYMORE LANE
OAK RIDGE TN 37830                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barbara Garner**                     **Clm No 68176**    Filed In Cases: 140
1609 18Th Place Sw
Birmingham, AL 35211                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barbara Gee**                        **Clm No 52351**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                  Class          Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                       UNS                    $1.00

                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1520 of 3335

---

**Barbara Gehegan**
9408 Cooper Lake Rd.
Bastrop, LA 71220

**Clm No 50571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Gentilcore**
5464 Enclave Crossing Way, Apt T1
Delray Beach, FL 33484

**Clm No 59307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Genuske**
2024 Medford Street
Youngstown, OH 44514

**Clm No 10511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                   1521 of 3335

---

**Barbara Gillette**          **Clm No 19757**   Filed In Cases: 140
321 Frisbee Hill
Hilton, NY 14468

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Dec-2016  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Barbara Gilmore**          **Clm No 10590**   Filed In Cases: 140
9640 Great Egret Court
West Palm Beach, FL 33411

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**BARBARA GLENN BROWN, PERSONAL
REPRESENTATIVE FOR**          **Clm No 79399**   Filed In Cases: 140
WILLIAM L. BROWN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 23-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                        1522 of 3335

---

**BARBARA GOEN**                          **Clm No 37894**    Filed In Cases: 140
1414 PEBBLE BANKS LANE
SEABROOK TX 77586                         Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA GOODEN**                        **Clm No 37941**    Filed In Cases: 140
803 WILKENSON ST.
MOBILE AL 36603                           Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA GRADNEY**                       **Clm No 37978**    Filed In Cases: 140
5775 MOONGLOW DRIVE
BEAUMONT TX 77713                         Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1523 of 3335

---

**Barbara Grant**
729 Ellsworth Drive
Trotwood, OH 45426

**Clm No 10738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Gray**
142 Dantzler Drive Apt A
Cincinnati, OH 45215

**Clm No 10758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA GREER**
507 EAST LUCE
LLANO TX 78643

**Clm No 38044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Gregory**
7531 Old River Road
New Kent,  VA 23124

**Clm No 4053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Gunyon**
4529 W State Rd 28
Frankfort, IN 46041

**Clm No 26993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Guskey**
401 Main Street
Oxford, MA 01540

**Clm No 2102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1525 of 3335

---

**BARBARA HAMBY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Handley**
1301 Patton Road
Bessemer, AL 35023

**Clm No 24851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BARBARA HARDY**
P.O. BOX 1430
VIDOR TX 77762

**Clm No 38253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          1526 of 3335

**Barbara Hargrove**                    **Clm No 22254**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $500.00             |                      |
|       | $500.00             |                      |

Date Filed          7-Dec-2016
Bar Date
Claim Face Value       $500.00

**Barbara Harlow**                    **Clm No 27082**    Filed In Cases: 140
51 Wynn-Gate Ct
New Albany, IN 47150

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

**Barbara Harrison**                    **Clm No 4218**    Filed In Cases: 140
1225 Tyler Court
Virginia Beach,  VA 23456-7103

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Harvey**
P.O. Box 13
Woodland, GA 31836

**Clm No 50976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Hasberry**
567 Anderson Avenue
Selma, AL 367015943

**Clm No 23059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Haseleu**
158 Knob St
Morgantown, WV 26505

**Clm No 27115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

### Claims Details

---

**Barbara Hayden**                          **Clm No 11243**    Filed In Cases: 140
4358 St. Lawrence Avenue
Cincinnati, OH 45205                         Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**BARBARA HEBERT**                          **Clm No 38428**    Filed In Cases: 140
3411 MEMPHIS
NEDERLAND TX 77627                          Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Barbara Hedges**                          **Clm No 24222**    Filed In Cases: 140
10644 Gettysburg Dr
Newburg, IN 47630-9453                       Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed               8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Barbara Hodges**
966 Howard Roberts Rd.
Gray, GA 31032

**Clm No 50611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Barbara Hoffman**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BARBARA HOFFPAUIR**
200 MEADOW DRIVE
BRIDGE CITY TX 77611

**Clm No 38579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1530 of 3335

---

**BARBARA HOLEY**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 38594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Holley**
651  25th Street, Apt. 104
Newport News,  VA 23607

**Clm No 4366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Holloway**
25 Hunts Neck Road
Poquoson,  VA 23662

**Clm No 4382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

*Claims Details*     1531 of 3335

---

**BARBARA HOLMES**
RT 1 BOX 200 E
CALL TX 75933

**Clm No 38623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Holston**
515 5th St. NW, Apt. 314
Canton, OH 44703

**Clm No 11610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara House**
993 Mulga Road
Wellston, OH 45692

**Clm No 27347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1532 of 3335

---

**BARBARA HOWARD**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 38697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA HOWARD JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Barbara Hudgins**
1532 Powells Tavern Pl.
Herndon,  VA 20170

**Clm No 4433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Huggins**
86 E. Thistle Dr
New Martinsville, WV 26155

**Clm No 27391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Hulsen**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Huston**
206 Hickory Circle
Canonsburg, PA 15317

**Clm No 11847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1534 of 3335

---

**Barbara I. Burke**                    **Clm No 1473**      Filed In Cases: 140
5464 E. Pleasant View Way
Pekin, IN 47165             | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              17-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BARBARA INGRAM**                      **Clm No 82967**     Filed In Cases: 140
RICK INGRAM
C/O O'SHEA & REYES, LLC       | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA        |---|---|---|
5599 SOUTH UNIVERSITY DR, STE 202  | UNS | $10,000.00 | |
DAVIE, FL 33328               | | $10,000.00 | |

Date Filed              22-Mar-2017
Bar Date
Claim Face Value          $10,000.00

---

**BARBARA IRION**                       **Clm No 38815**     Filed In Cases: 140
6850 CAMBRIA LANE
GROVES TX 77619               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1535 of 3335

---

| **BARBARA ISLEY, PERSONAL REPRESENTATIVE FOR** | **Clm No 81414** | Filed In Cases: 140 | |
|---|---|---|---|
| WILLIAM ORLINDO ISLEY (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **Barbara J. Cavallaro** | **Clm No 19740** | Filed In Cases: 140 | |
|---|---|---|---|
| 281 Evergreen Road | Class | Claim Detail Amount | Final Allowed Amount |
| Barrington, NJ 08007-1457 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **Barbara J. Ladwig** | **Clm No 19770** | Filed In Cases: 140 | |
|---|---|---|---|
| Chippewa Manor Residential Living, | Class | Claim Detail Amount | Final Allowed Amount |
| 756 Irvine St, Apt 207 | UNS | $20,000.00 | |
| Chippewa Falls, WI 54729 | | $20,000.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $20,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                               1536 of 3335

---

**BARBARA J. ADAMS, PERSONAL REPRESENTATIVE FOR**

ROBERT LOUIS ADAMS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA J. BELLAH, PERSONAL REPRESENTATIVE FOR**

JAMES G. BELLAH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara J. Brown**

153 Smith Street

Oberlin, OH 44074

**Clm No 8087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BARBARA J. DUNN, PERSONAL REPRESENTATIVE FOR**

**Clm No 78802**    Filed In Cases: 140

JAMES RICHARDSON JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara J. Mihaliak**

**Clm No 54083**    Filed In Cases: 140

500 Elmwood Ave.
Stonewood, WV 26301

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara J. Musick**

**Clm No 53481**    Filed In Cases: 140

100 Carpenter Street
Clarksburg, WV 26301

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                  1538 of 3335

---

**Barbara J. Osborne**                    **Clm No 54222**    Filed In Cases: 140

78 River Farms Drive

Fairmont, WV 26554

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA J. POUNDS, PERSONAL**          **Clm No 80301**    Filed In Cases: 140
**REPRESENTATIVE FOR**

GAYLORD D. POUNDS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Barbara J. Smith, Estate**             **Clm No 54115**    Filed In Cases: 140

519 Mount Vernon Avenue

Fairmont, WV 26554

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*      3/30/2018 5:48:22 PM

## Claims Details

**Barbara J. Snodgrass**
P.O. Box 455
Farmington, WV 26571

**Clm No 54448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara James**
3179 Hwy 441 South
Rentz, GA 31075

**Clm No 48252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA JANE MURPHY, PERSONAL REPRESENTATIVE FOR**
JOHN ROBERT MURPHY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1540 of 3335

| **BARBARA JEAN COLSON, PERSONAL REPRESENTATIVE FOR** | | **Clm No 80523** | Filed In Cases: 140 | |
|---|---|---|---|---|
| KEITH LEROY UTLEY (DECEASED) | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | | |
| ATTN: BRYN G. LETSCH | | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | | |
| NOVATO, CA 94928-6169 | | | | |
| Date Filed | 23-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | | | | |

| **BARBARA JEAN FAILS** | | **Clm No 86405** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O JOHN ARTHUR EAVES | | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | | |
| JACKSON, MS 39201 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 24-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **BARBARA JEAN GLADDEN, PERSONAL REPRESENTATIVE FOR** | | **Clm No 79506** | Filed In Cases: 140 | |
|---|---|---|---|---|
| WAYNE ELLIOTT GLADDEN II (DECEASED) | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | | |
| ATTN: CURT HENNECKE | | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | | |
| NOVATO, CA 94928-6169 | | | | |
| Date Filed | 23-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | | | | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                     1541 of 3335

---

**BARBARA JEAN JONES**           **Clm No 88126**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                 Class           Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                 UNS                    Unknown

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BARBARA JEAN LEWIS, PERSONAL**     **Clm No 80597**    Filed In Cases: 140
**REPRESENTATIVE FOR**
JOHN ROBERT LEWIS (DECEASED)         Class           Claim Detail Amount       Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                 UNS                    Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BARBARA JEAN PATTERSON**          **Clm No 83417**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA              Class           Claim Detail Amount       Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                     UNS                   $10,000.00
                                                          $10,000.00

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARBARA JEAN SCARBOROUGH, PERSONAL REPRESENTATIVE FOR**

**Clm No 80591**    Filed In Cases: 140

EUGENE SCARBOROUGH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BARBARA JEAN TODD, PERSONAL REPRESENTATIVE FOR**

**Clm No 79857**    Filed In Cases: 140

MASON TODD SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BARBARA JEAN YARBROUGH**

**Clm No 87393**    Filed In Cases: 140

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1543 of 3335

---

**Barbara Jeanie Betchan**          <u>Clm No 22128</u>    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $500.00            |                    |
|       | $500.00            |                    |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $500.00 |

---

**BARBARA JEANNE FAULKNER, PERSONAL REPRESENTATIVE FOR**          <u>Clm No 80355</u>    Filed In Cases: 140

JOHN FAULKNER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**BARBARA JEANNE PEDRO, PERSONAL REPRESENTATIVE FOR**          <u>Clm No 79071</u>    Filed In Cases: 140

EDMOND CLARK PEDRO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1544 of 3335

---

**Barbara Jenkins**
C/o Amy Meggs
150 Rosewood Lane
Moundville, AL 35474

**Clm No 69633**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA JOANNE MCCLUSKEY, PERSONAL REPRESENTATIVE FOR**
RICHARD A. MCCLUSKEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Barbara Johanson**
4260 Aberdeen Circle
Rockledge, FL 32955

**Clm No 1851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                      1545 of 3335

---

**BARBARA JOHNSON**                    **Clm No 39016**    Filed In Cases: 140
508 SOUTH HERNDON
KIRBYVILLE TX 75956                    Class              Claim Detail Amount         Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Barbara Johnson**                    **Clm No 23151**    Filed In Cases: 140
137 School Road
Pearisburg, VA 24134                   Class              Claim Detail Amount         Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Barbara Johnson**                    **Clm No 47058**    Filed In Cases: 140
195 County Rd. 5046
Newton, MS 39345                       Class              Claim Detail Amount         Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

---

## Claims Details

1546 of 3335

---

**Barbara Johnson**
791 Loop Road
Magnolia, AL 36754

**Clm No 59434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA JONES**
4585 JIMMY JOHNSON BLVD APT 1
PORT ARTHUR TX 77642

**Clm No 39109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA JONES**
327 EAST ELM STREET
WINNIE TX 77665

**Clm No 39071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1547 of 3335

---

**BARBARA JORDAN**
4354 ANTARES LANE
MOBILE, AL 36693

**Clm No 20953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Jordan**
876 44th Place
Birmingham, AL 35212

**Clm No 59451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara June Campbell**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1548 of 3335

---

**Barbara Justice**                    **Clm No 27585**    Filed In Cases: 140
1915 Eastview Ave
W Portsmouth, OH 45663                  Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Barbara Keabler**                    **Clm No 27614**    Filed In Cases: 140
PO Box 802
Brownsville, KY 42210                   Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Barbara Kelley**                     **Clm No 24290**    Filed In Cases: 140
886 Acorn Lane
Marseilles, IL 61341-1107               Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1549 of 3335

---

**BARBARA KELLEY**                     **Clm No 39197**    Filed In Cases: 140
C/O RUSSELL WINBURN
P. O. BOX 1868                         Class         Claim Detail Amount    Final Allowed Amount
FAYETTEVILLE, AR 72702
                                       UNS               $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Barbara Kennemer**                   **Clm No 23202**    Filed In Cases: 140
110 Douglas Street
Laurens, SC 29360                      Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Barbara Kines**                      **Clm No 51173**    Filed In Cases: 140
P.O. Box 293
Covington, GA 30015                    Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                       1550 of 3335

---

**Barbara Kinney**                    **Clm No 27681**   Filed In Cases: 140
PO Box 585
Battle Creek, MI 49017               Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BARBARA KIZZIAH**                   **Clm No 39297**   Filed In Cases: 140
4320 PEACHGROVE
COTTONDALE AL 35453                  Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BARBARA KUGLER**                    **Clm No 39342**   Filed In Cases: 140
1601 GULFWAY
PORT ARTHUR TX 77640                 Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

---

**Barbara L.  Birdsall, Esq.**

BIRDSALL & LAUGHLIN LLC

1720 Highway 34 North

PO Box 1380

Wall, NJ 07719

| **Clm No 19734** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara L. Gee-Fagg**

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

| **Clm No 52353** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara L. Horner**

205 Homer Ave

Voornees, NJ 08043

| **Clm No 1845** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1552 of 3335

---

**BARBARA LAGRAPPE**
274 SPOONER
ORANGE TX 77630

**Clm No 39388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Lang**
1119 Will-o-ee Dr.
Amelia, OH 45102

**Clm No 12838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Lash**
16 W 26th St
Wilmington, DE 19802

**Clm No 27815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**BARBARA LAWS**
1014 IRENE STREET
Greenville, MS 38701

**Clm No 57000**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA LEE SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88011**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara Lemley**
1893 National Road
Wheeling, WV 26003

**Clm No 27875**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                            1554 of 3335

---

**BARBARA LEONARD**                    **Clm No 39606**    Filed In Cases: 140
17136 HWY 69
N. NORTHPORT AL 35476                   Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BARBARA LEWIS**                      **Clm No 39617**    Filed In Cases: 140
4407 GROTON DRIVE
HOUSTON TX 77047                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Barbara Linehan**                    **Clm No 27920**    Filed In Cases: 140
1515 Pleasant View Drive
Lancaster, OH 43130                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Locke**
1610 Jennifer Drive
Columbia, TN 38401

**Clm No 46655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Logan**
524 109th Street
Cleveland, OH 44108

**Clm No 13116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Logsdon**
717 Hillcrest Ln
Glen Dale, WV 26038

**Clm No 27943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1556 of 3335

---

**Barbara Loraine Thorne**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA LOUISE IVY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA LOUT**
508 SOUTH 5-1/2 STREET
NEDERLAND TX 77627

**Clm No 39728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                              1557 of 3335

---

**BARBARA LOWE**                          **Clm No 87**        Filed In Cases: 140
711 SUNFLOWER ROAD
BONNERDALE, AR 71933              Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed            31-Oct-2016
Bar Date
Claim Face Value           $1.00

---

**BARBARA LOWE**                          **Clm No 39744**     Filed In Cases: 140
290 MANUEL LANE
BROOKLAND TX 75931               Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Barbara M. Brownson**                   **Clm No 52027**     Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road            Class            Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                 UNS                  $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1558 of 3335

---

**Barbara M. Sawyer**
128 Sunflower Lane
Hertford,  NC 27944

**Clm No 5853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BARBARA MARIA MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA MARIE**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1559 of 3335

---

**BARBARA MARIE CURRIER, PERSONAL REPRESENTATIVE FOR**

ROBERT LYLE CURRIER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA MARIE ROBINSON**

C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA MARIE UNDERWOOD**

C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARBARA MARTIN**
17901 BOONDOCKS ROAD
BEAUMONT TX 77705

**Clm No 39913**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA MASON HAMPTON, PERSONAL REPRESENTATIVE FOR**
WILLIE B. GREGORY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79209**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BARBARA MAYES, PERSONAL REPRESENTATIVE FOR**
HOWARD MAYES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80387**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                        1561 of 3335

---

**BARBARA MAYFIELD**                    **Clm No 40016**    Filed In Cases: 140
P.O. BOX 1931
SAN PEDRO CA 90733

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA MCCAUSLAND, PERSONAL**       **Clm No 79964**    Filed In Cases: 140
**REPRESENTATIVE FOR**
IRA WILSON (DECEASED)
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Barbara McCoy Dumas**                 **Clm No 48965**    Filed In Cases: 140
4310 Plaudit Rd.
Lizella, GA 31052

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1562 of 3335

---

**Barbara McDaniel**
2389 GA Hwy 195
Dublin, GA 31021

**Clm No 47600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara McGee**
13010 Bowling St
Cumberland, MD 21502

**Clm No 28190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA MCINNIS**
5410 PARK PLAZA
HOUSTON TX 77091

**Clm No 40157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1563 of 3335

---

**BARBARA MCKENNA LANE, PERSONAL REPRESENTATIVE FOR**

HIRAM LANE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80105**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA MCNEESE**

FOR THE ESTATE OF DORIS L. TAYLOR

C/O EDWARD O. MOODY, PA

801 WEST 4TH ST.

LITTLE ROCK, AR 72201

**Clm No 88348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara McRee**

137 County Road 127

Quitman, MS 39355

**Clm No 44556**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**BARBARA MEEKINS**
2652 FM 1725
CLEVELAND TX 77328

**Clm No 40217**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BARBARA MENDOZA**
604 SOUTH 10TH
NEDERLAND TX 77627

**Clm No 40242**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BARBARA MERRIDA, PERSONAL REPRESENTATIVE FOR**
U.T. HILL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                        1565 of 3335

---

**Barbara Meyer**                          **Clm No 28269**     Filed In Cases: 140
2018 Jackson St
Moundsville, WV 26041                       Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Barbara Middlebrooks**                   **Clm No 13875**     Filed In Cases: 140
4702 Chelsea Drive
Lorain, OH 44055                            Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Barbara Miller**                         **Clm No 44562**     Filed In Cases: 140
1490 Dickey Rd.
Ramer, TN 38367                             Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1566 of 3335

---

**BARBARA MILLER**                          **Clm No 88502**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                            Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                            UNS                      Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Barbara Miller**                          **Clm No 73557**    Filed In Cases: 140
3307 W. 4th Ave.
Pine Bluff, AR 71601                         Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                      Unknown

Date Filed          12-Dec-2016
Bar Date
Claim Face Value

---

**Barbara Miller**                          **Clm No 73551**    Filed In Cases: 140
3307 W. 4th Ave.
Pine Bluff, AR 71601                         Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                      Unknown

Date Filed          12-Dec-2016
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                     1567 of 3335

---

**Barbara Miller**                    **Clm No 28290**    Filed In Cases: 140
3203 Amherst Ave
Lorain, OH 44052                       Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Barbara Mitchell**                  **Clm No 14013**    Filed In Cases: 140
8258 Four Worlds, Bldg B-Apt.6
Cincinnati, OH 45231                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Barbara Mizell**                    **Clm No 46551**    Filed In Cases: 140
154 Howell Cemetary Road
Lucedale, MS 39452                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARBARA MOORE**
P.O. BOX 1416
DEER PARK TX 77536

**Clm No 40461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Morgan**
2536 1/2 South Cochran Ave
Los Angeles, CA 90016

**Clm No 44594**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA MORRELL**
C/O LINDSEY B. WHISENHANT
130 SOUTH CHARLTON
WOODVILLE TX 75979

**Clm No 40501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Morris**
1 Mulberry Dr.
Phenix City, AL 36870

**Clm No 45165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Morrison**
197 Boyleston Ave.
Newark, OH 43055-6292

**Clm No 14174**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Moxon**
1772 Hwy 36 East
Milner, GA 30257

**Clm No 46852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Muegge-Machu**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA NAOMI FRIDAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA NELL ROLLO**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1571 of 3335

---

**Barbara Nelson**
153 Cloverleaf Drive
Longs, SC 29568

**Clm No 20457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Newby**
P. O. Box 316
Carrollton, VA 23314

**Clm No 5300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Newman**
130 E Hills
Wellsburg, WV 26070

**Clm No 28476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

1572 of 3335

---

**BARBARA NOVAK, PERSONAL REPRESENTATIVE FOR**

**Clm No 79800**   Filed In Cases: 140

EDWARD J. NOVAK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Barbara Ogg**

**Clm No 22394**   Filed In Cases: 140

312 S Houston Ave

Cameron, TX 76520

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Ormond**

**Clm No 44645**   Filed In Cases: 140

1309 7th Street

Forest, MS 39074

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1573 of 3335

---

**BARBARA ORR**                        **Clm No 40774**    Filed In Cases: 140
P.O. BOX 2178
ANAHUAC TX 77514

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA ORTIZ, PERSONAL REPRESENTATIVE FOR**    **Clm No 81311**    Filed In Cases: 140

JOSEPH E. VIGIL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara Owens**                        **Clm No 50803**    Filed In Cases: 140
P O Box 131
D'Lo, MS 39062

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1574 of 3335

| Barbara Packer | **Clm No 14629** | Filed In Cases: 140 | |
|---|---|---|---|
| 1730 W 21st Street | Class | Claim Detail Amount | Final Allowed Amount |
| Lorain, OH 44052 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| BARBARA PAINE | **Clm No 40823** | Filed In Cases: 140 | |
|---|---|---|---|
| 1612 AVENUE E | Class | Claim Detail Amount | Final Allowed Amount |
| NEDERLAND TX 77627 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| BARBARA PARKER | **Clm No 40844** | Filed In Cases: 140 | |
|---|---|---|---|
| 23671 BRADNER ROAD | Class | Claim Detail Amount | Final Allowed Amount |
| GENOA OH 43430 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                                  1575 of 3335

---

**Barbara Parker**                          **Clm No 59603**    Filed In Cases: 140
2200 Vaughn Lakes Blvd Apt. 1936
Montgomery, AL 36117            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA PATE**                            **Clm No 40882**    Filed In Cases: 140
3415 7TH AVENUE
PORT ARTHUR TX 77642            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA PATRICK, PERSONAL**               **Clm No 79320**    Filed In Cases: 140
**REPRESENTATIVE FOR**
DANIEL PATRICK (DECEASED)       | Class | Claim Detail Amount | Final Allowed Amount |
C/O BRAYTON PURCELL, LLP        |---|---|---|
ATTN: CURT HENNECKE             | UNS | Unknown | |
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Pauley**
5565 Southbrook Dr
Lakeland, FL 33811

**Clm No 28635**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA PEARSON**
8351 Hunters Meadow Lane
Arlington, TN 38002-8453

**Clm No 57629**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Perry**
6633 Virgo Lane NE #D14
Bremerton, WA 98311

**Clm No 33715**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                              1577 of 3335

---

**Barbara Phillips**               **Clm No 47381**   Filed In Cases: 140
219 D Street
Thomaston, GA 30286                | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BARBARA PHILLIPS**               **Clm No 87980**   Filed In Cases: 140
FOR THE ESTATE OF ALMA LOUISE CHAMBERS
C/O EDWARD O. MOODY, PA            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
801 WEST 4TH ST.                  | UNS | Unknown | |
LITTLE ROCK, AR 72201

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Barbara Pinkerton**              **Clm No 45468**   Filed In Cases: 140
1071 Oconee Springs Rd.
Eatonton, GA 31024                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1578 of 3335

---

**BARBARA PINTER**
1310 EAST KENT DRIVE
SULPHUR LA 70663

**Clm No 41091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Porter**
2377 Chimney Cottage Circle
Marietta,  GA 30066

**Clm No 5527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA POWELL**
18 HERITAGE DRIVE
VIDOR TX 77662

**Clm No 41161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/30/2018 5:48:22 PM

---

*Claims Details*                                                                                    1579 of 3335

---

**BARBARA PRINCE, PERSONAL REPRESENTATIVE FOR**                    **Clm No 80867**    Filed In Cases: 140

BURKE PRINCE SR. (DECEASED)                    Class          Claim Detail Amount        Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                            UNS                    Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Barbara Puchosic**                                               **Clm No 53003**    Filed In Cases: 140

c/o Brayton Purcell                            Class          Claim Detail Amount        Final Allowed Amount

222 Rush Landing Road

Novato, CA 94948                               UNS                     $1.00

                                                                       $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Rainey**                                                 **Clm No 72108**    Filed In Cases: 140

15744 FM 16 W                                  Class          Claim Detail Amount        Final Allowed Amount

Lindale, TX 75771

                                               UNS                     $1.00

                                                                       $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1580 of 3335

---

**BARBARA RAUGHTON**
RICHARD RAUGHTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $50,000.00 |

---

**BARBARA RAY**
11790 S. COCHRAN STREET
WILLIS TX 77378

**Clm No 41347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Barbara Reagan**
12076 Brown Bridge Rd.
Covington, GA 30016

**Clm No 45884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1581 of 3335

---

**Barbara Rice**
505 Fire Tower Rd
Mountain City, TN 37683

**Clm No 59652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA RICHARD**
5110 N. HOLLY LANE
ORANGE TX 77632

**Clm No 41463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Rine**
1213 Leisure World
Mesa, AZ 85206

**Clm No 28937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                        1582 of 3335

---

**Barbara Roberts**                    **Clm No 15520**    Filed In Cases: 140
4318 Walbridge Trial
Dayton, OH 45430                        Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Roberts**                    **Clm No 5734**    Filed In Cases: 140
2600 Ballentine Blvd
Norfolk,  VA 23509                      Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Robinson**                   **Clm No 45264**    Filed In Cases: 140
1017 Gloria Lane
Hazlehurst, MS 39083                    Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1583 of 3335

---

**BARBARA ROUSSEAU, PERSONAL REPRESENTATIVE FOR**

CLAIRE ROUSSEAU (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara Rowan**

43133 Oberlin Elyria Road

Oberlin, OH 44074

**Clm No 15709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara S. Brown**

1404 Bardot Lane

Portsmouth, VA 23701

**Clm No 2949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

**Barbara S. Conway**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA S. EDMONDS**
4 CHARLIE GREEN ROAD EXT.
LAUREL, MS 39443-8379

**Clm No 20780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Sanders**
385 Prather Road
Michie, TN 38357

**Clm No 44773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                                    1585 of 3335

---

**Barbara Sarnosky**                    **Clm No 15892**    Filed In Cases: 140

P.O. Box 35

Dixonville, PA 15734                     Class              Claim Detail Amount       Final Allowed Amount

                                        UNS                $1.00

                                                            $1.00

Date Filed              23-Nov-2016

Bar Date

Claim Face Value        $1.00

---

**Barbara Sawyer**                      **Clm No 5852**     Filed In Cases: 140

128 Sunflower Lane

Hertford,  NC 27944                      Class              Claim Detail Amount       Final Allowed Amount

                                        UNS                $1.00

                                                            $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**BARBARA SCHULZE, PERSONAL**           **Clm No 80365**    Filed In Cases: 140
**REPRESENTATIVE FOR**

HUGH C. FITZGERALD (DECEASED)

C/O BRAYTON PURCELL, LLP                 Class              Claim Detail Amount       Final Allowed Amount

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD                    UNS                Unknown

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1586 of 3335

---

**Barbara Scott**                      **Clm No 51662**    Filed In Cases: 140
PO Box 47
Irwinton, GA 31042                     Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BARBARA SCUDDER**                    **Clm No 41916**    Filed In Cases: 140
C/O RUSSELL WINBURN
P. O. BOX 1868                         Class          Claim Detail Amount    Final Allowed Amount
FAYETTEVILLE, AR 72702
                                       UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Seals**                      **Clm No 47841**    Filed In Cases: 140
266 Hwy 28 West
Laurel, MS 39443                       Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1587 of 3335

---

| Barbara Shackelford | | **Clm No 29181** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 4100 Hillview Ave | | Class | Claim Detail Amount | Final Allowed Amount |
| Louisville, KY 40216 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Barbara Shedd | | **Clm No 59687** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 3825 Hastings Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Oxford, AL 36203 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Barbara Shelby | | **Clm No 24560** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 1729 Oakwood Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Joliet, IL 60433 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

1588 of 3335

---

**Barbara Shirley**                    **Clm No 72838**    Filed In Cases: 140
14229 Echola Road
Gordo, AL 35466

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA SINGLETON**                    **Clm No 42087**    Filed In Cases: 140
855 KUFFSKIE LN
MOBILE AL 36618

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA SINGLETON**                    **Clm No 42086**    Filed In Cases: 140
855 KUFFSKLE LN.
MOBILE AL 36618

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1589 of 3335

---

**Barbara Skillman**                 **Clm No 53201**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                 Class         Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                      UNS              $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Barbara Slack**                    **Clm No 23706**    Filed In Cases: 140
1337 North Fossil Highway
Russell, KS 67665                     Class         Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**BARBARA SMITH**                    **Clm No 42159**    Filed In Cases: 140
P.O. BOX 808
SILSBEE TX 77656                     Class         Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

1590 of 3335

---

**Barbara Smith**
6349 Dupree Dr
Columbus, GA 31907

**Clm No 49786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BARBARA SMITH**
6227 NORTH HWY 146, LOT 7
BAYTOWN TX 77523

**Clm No 42222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Smith**
1600 County Road 44
Selma, AL 36701

**Clm No 23709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    1591 of 3335

---

**Barbara Smith**                    **Clm No 16430**    Filed In Cases: 140
30728 Quail Trail
Ardmore, TN 38449                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Barbara Smith**                    **Clm No 45965**    Filed In Cases: 140
123 Melanie Loop
Daphne, AL 36526                      Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BARBARA SMITH**                    **Clm No 42199**    Filed In Cases: 140
P O BOX 808
SILSBEE TX 77656                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                              3/30/2018 5:48:22 PM

*Claims Details*                                                                                        1592 of 3335

---

**BARBARA SMITH**                          **Clm No 42176**    Filed In Cases: 140
3081 BYRDSTOWN HWY
MONROE TN 38573                            Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Smith**                          **Clm No 16429**    Filed In Cases: 140
357 W. Oakland St.
Toledo, OH 43608                           Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Solve**                          **Clm No 53204**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                      Class            Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                          UNS                  $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1593 of 3335

---

**Barbara Spivey**                    **Clm No 49665**    Filed In Cases: 140
604 Springdale Rd
Dublin, GA 31021                       Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BARBARA STATON**                    **Clm No 42384**    Filed In Cases: 140
2770 66TH STREET
PORT ARTHUR TX 77640                   Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Steele**                    **Clm No 16729**    Filed In Cases: 140
8800 Birchdale Avenue
Cleveland, OH 44106                    Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1594 of 3335

---

**Barbara Stephenson**
2211 Green Street
Portsmouth, VA 23704

**Clm No 6162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Stone**
2408 Woodmere Drive
Birmingham, AL 35226

**Clm No 23764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA STRICKLAND**
180 Dace Town Rd
Ellisville, MS 39437

**Clm No 58257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            1595 of 3335

---

**Barbara Strine**
751 Pennsylvania Ave
Lemoyne, PA 17043

**Clm No 29537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Barbara Stubbs**
1942 Haverhill
Cleveland, OH 44112

**Clm No 16885**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**BARBARA SUE ADCOCK**
2205 GUILLOTTEVILLE ROAD
GAUTIER, MS 39553

**Clm No 20572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1596 of 3335

---

**BARBARA SUE BUNT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA SUE STOCKMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA T. OAKE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1597 of 3335

---

**Barbara T. Oake**                     **Clm No 1810**      Filed In Cases: 140
1 Blue Darter Lane
Savannah, GA 31411                       Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Barbara T. Reed**                      **Clm No 5643**      Filed In Cases: 140
16 Pondersoa Drive
Hampton,  VA 23666                       Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Barbara Taylor**                       **Clm No 59748**     Filed In Cases: 140
P.O. Box 1314
Bogalusa, LA 70427                       Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1598 of 3335

---

**Barbara Teague**                      **Clm No 59750**      Filed In Cases: 140
1200 North Helen Avenue
Sylacauga, AL 35150                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA TEODORA USEY, PERSONAL**      **Clm No 79112**      Filed In Cases: 140
**REPRESENTATIVE FOR**

JAMES JOSEPH USEY (DECEASED)            Class            Claim Detail Amount      Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                     UNS                  Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Barbara Terrell**                     **Clm No 17125**      Filed In Cases: 140
750 Mull Avenue Apt. 8M
Akron, OH 44313                         Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00

                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Thomas**
449 Booher Lane
Bristol, TN 37620

**Clm No 25064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BARBARA THOMAS**
PO BOX 172
RAYWOOD TX 77582

**Clm No 42651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Barbara Thomas**
4013 County 9 Rd
Reno, OH 45773

**Clm No 29649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1600 of 3335

| **Barbara Tisdale** | | **Clm No 49024** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 442 Pine Cone Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Slidell, LA 70458 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Barbara Tucker** | | **Clm No 53312** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Brayton Purcell | | Class | Claim Detail Amount | Final Allowed Amount |
| 222 Rush Landing Road | | UNS | $1.00 | |
| Novato, CA 94948 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **BARBARA TYLER HAYES** | | **Clm No 87769** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O EDWARD O. MOODY, PA | | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | UNS | Unknown | |
| LITTLE ROCK, AR 72201 | | | | |
| Date Filed | 24-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/30/2018 5:48:22 PM

*Claims Details*                                                                               1601 of 3335

---

**Barbara Ulrich**                          **Clm No 24628**    Filed In Cases: 140
W7358 Spring Valley Drive
Greenville, WI 54942                         Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $10,000.00
                                                                $10,000.00

            Date Filed        8-Dec-2016
            Bar Date
            Claim Face Value  $10,000.00

---

**Barbara Vaughn**                          **Clm No 46502**    Filed In Cases: 140
1507 Lynnwood Dr
Dalton, GA 30721                            Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

            Date Filed        8-Dec-2016
            Bar Date
            Claim Face Value  $1.00

---

**Barbara Vines**                           **Clm No 6466**     Filed In Cases: 140
3608 Braxton Avenue
Portsmouth,  VA 23701                       Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

            Date Filed        1-Dec-2016
            Bar Date
            Claim Face Value  $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1602 of 3335

---

**Barbara Vines**
3608 Braxton Avenue
Portsmouth, VA 23701-3543

**Clm No 6467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Barbara Vivian**
P.O. Box 73
Harmonsburg, PA 16422

**Clm No 17592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Barbara Vroman**
125 Keever Ave
Lackawanna, NY 14218

**Clm No 29794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                   3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Wall**                    **Clm No 6500**      Filed In Cases: 140
5329 Parliament Drive
Virginia Beach,  VA 23462           Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Washington**              **Clm No 24646**     Filed In Cases: 140
2568 W. 59th Place
Merriville, IN 46410                Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Weaver**                  **Clm No 50323**     Filed In Cases: 140
824 North 15th Avenue
Laurel, MS 39440                    Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1604 of 3335

---

**BARBARA WELLS**
1009 MACARTHUR DRIVE
PORT NECHES TX 77651

**Clm No 43212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara West**
1531 Fleming Road
Hayes,  VA 23072

**Clm No 6592**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara West**
205 Pamela Drive
Hampton,  VA 23666

**Clm No 6593**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbara Whalen**
39382 Hwy 411
Ashville, AL 35953

**Clm No 59811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara White**
106 McDonald Street
Smackover, AR 71762

**Clm No 59814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA WHITE**
2836 Cannonsburg Road
Natchez, MS 39120

**Clm No 58643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                1606 of 3335

---

**BARBARA WHITE**                          **Clm No 87689**   Filed In Cases: 140
FOR THE ESTATE OF EULA ESTELLE WORKS
C/O EDWARD O. MOODY, PA          Class            Claim Detail Amount      Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201            UNS                Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Barbara Whitman**                        **Clm No 59816**   Filed In Cases: 140
2716 Grandview Avenue
Portsmouth, OH 45662             Class            Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARBARA WILEY**                          **Clm No 58666**   Filed In Cases: 140
1018 Meadow Drive
Greenville, MS 38703            Class            Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1607 of 3335

---

**BARBARA WILLEY, PERSONAL REPRESENTATIVE FOR**

SAM BARR (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BARBARA WILLIAMS**

20100 WOODINGHAM DRIVE

DETROIT, MI 48221

**Clm No 893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Williams**

3208 Neosho Road

Youngstown, OH 44511

**Clm No 18113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

1608 of 3335

---

**Barbara Williams**
2002 Edward Lane
Jackson, MS 39213

**Clm No 47118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Williams**
108 Summit Rd NE
Milledgeville, GA 31061

**Clm No 45501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA WILLINGHAM**
2897 SYCAMORE STREET
ORANGE TX 77632

**Clm No 43446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARBARA WILMORE**
911 HEMPHILL DRIVE
CLEBURNE TX 76033

**Clm No 43455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA WILSON**
DONAL WILSON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Wilson**
8557 Wicklow Avenue
Cincinnati, OH 45236

**Clm No 65217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                1610 of 3335

---

**BARBARA WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74051**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA WILTZ, PERSONAL REPRESENTATIVE FOR**
JOSEPH AUGUST WILTZ JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79469**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BARBARA WOOD**
P.O. BOX 5303
SAM RAYBURN TX 75951

**Clm No 43535**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    1611 of 3335

---

**Barbara Woods**    **Clm No 6838**    Filed In Cases: 140
119-44 195th Street
St. Albans, NY 11412

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**BARBARA WRIGHT**    **Clm No 73449**    Filed In Cases: 140
Post Office Box 433
Aliceville, AL 35442

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Barbara Yancey Sumner**    **Clm No 47048**    Filed In Cases: 140
194 Lower Brookfield Rd.
Tifton, GA 31794

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barbe Glass**
7198 Glass Drive
Bessemer, AL 35023

**Clm No 68328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbie Kyzer**
c/o James Gordon Kyzer
7508 Bradley Rd.
Duncanville, AL 35456

**Clm No 70174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bardine  Pillo, Estate**
410 Howard St.
Shinnston, WV 26431

**Clm No 58979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      1613 of 3335

---

**Barkley Esther**                    **Clm No 67786**    Filed In Cases: 140
2610 Stevens St.
Houston, TX 77026                     Class                Claim Detail Amount        Final Allowed Amount

                                      UNS                       $1.00
                                      ─────────────────────────────────────────────
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barkley Young**                     **Clm No 22528**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                     Class                Claim Detail Amount        Final Allowed Amount

                                      UNS                       $1.00
                                      ─────────────────────────────────────────────
                                                                 $1.00

Date Filed            7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BARNARD MYERS**                     **Clm No 21104**    Filed In Cases: 140
613 TUTTLE AVENUE
MOBILE, AL 36605-                     Class                Claim Detail Amount        Final Allowed Amount

                                      UNS                       $1.00
                                      ─────────────────────────────────────────────
                                                                 $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1614 of 3335

---

**Barnell Davidson**                    **Clm No 67278**    Filed In Cases: 140
C/o Carrie C. Davidson
7241 Belgium Ave              Class              Claim Detail Amount       Final Allowed Amount
Birmingham, AL 35224
                             UNS                    $1.00
                                                    $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barnell Henley**                      **Clm No 62036**    Filed In Cases: 140
1406 Hunt Club Circle
Panama City Beach, FL 32407   Class              Claim Detail Amount       Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BARNELL HENLEY**                      **Clm No 77541**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA     Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131              UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

---

**BARNETT(BONNIE) GILCHRIST**
1804 Highway 33 South
Fayette, MS 39069

**Clm No 56145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barney Bowes**
5786 Hubbards Branch Road
Huntington, WV 25704

**Clm No 25585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barney Brown**
3700 Ring Rd.
Vicksburg, MS 39180

**Clm No 48589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                1616 of 3335

---

**BARNEY CANNADY**                     **Clm No 77133**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                   Unknown
MIAMI, FL 33131

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Barney Cannady**                     **Clm No 60614**    Filed In Cases: 140
P.O. Box 1773
Tybee Island, GA 31328-1773           Class            Claim Detail Amount       Final Allowed Amount
                                      UNS                     $1.00
                                                              $1.00

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**BARNEY CONN**                        **Clm No 55620**    Filed In Cases: 140
900 Pleasant Hill Rd
Columbus, MS 39702                     Class            Claim Detail Amount       Final Allowed Amount
                                      UNS                     $1.00
                                                              $1.00

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1617 of 3335

---

**BARNEY COURTS**
1050 EDGEWOOD ST
VIDOR TX 77662

**Clm No 36695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barney DeOerio, Jr.**
47 Henry Drive
Struthers, OH 44471

**Clm No 9469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARNEY ENGLAND**
P.O.Box 21
Ruth, MS 39662

**Clm No 55947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Barney Faulk**
926 Nicklaus Drive
Newport News,  VA 23602

**Clm No 3751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Barney Hall**
6173 Zenobia Rd.
Wakeman, OH 44889

**Clm No 10942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Barney L Krieg**
6050 Kennedy Blvd. East Apt G
W. New York, NJ  7093

**Clm No 32694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1619 of 3335

---

**Barney Odom**
1301 North B Street
Pensacola, FL 32501

**Clm No 71531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barney Willis**
Hilltop Estates 1211 Lot 17 Hwy 319 North
Tifton, GA 31794

**Clm No 50791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barnie Smith**
1805 Paper Ave
Bastrop, LA 71220

**Clm No 46891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1620 of 3335

| **Barnnie Boston**<br>1714 E 32nd St<br>Savannah, GA 31404 | **Clm No 46774** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **BARREN NEWTON**<br>c/o Williams Kherkher<br>8441 Gulf Fwy #600<br>Houston, TX 77017 | **Clm No 71426** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Barrett Kain**<br>5214 Camp Street<br>New Orleans, LA 70115 | **Clm No 49362** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/30/2018 5:48:22 PM

*Claims Details*                                                                1621 of 3335

---

**BARRION GLOVER**                    **Clm No 20836**    Filed In Cases: 140
1141 COUNTY ROAD 48
VAIDEN, MS 39176-                     Class              Claim Detail Amount     Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Barry  Hughes**                     **Clm No 19991**    Filed In Cases: 140
12238 Front Place
Gonzales, LA 70737                   Class              Claim Detail Amount     Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            5-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Barry  Wesberry**                   **Clm No 33648**    Filed In Cases: 140
3405 Tahitian Court
Granbury, TX 76048                   Class              Claim Detail Amount     Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1622 of 3335

---

**BARRY ALLEN EVANS**                    **Clm No 86888**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                         UNS                    $1.00

                                                                $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**BARRY BOSTON**                         **Clm No 35794**    Filed In Cases: 140
6813 WINIFRED
FORT WORTH TX 76133                       Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Barry Brothers**                       **Clm No 2939**     Filed In Cases: 140
304 Dogwood Drive
Newport News, VA 23606                    Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1623 of 3335

---

**Barry Brunner**                     **Clm No 2998**      Filed In Cases: 140
105 Lane Cresent
Smithfield, VA 23430                   Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barry Burnham**                     **Clm No 52049**     Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                 Class           Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barry Catlett**                     **Clm No 8550**      Filed In Cases: 140
925 Ridgeview Dr.
Huron, OH 44839                        Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                        1624 of 3335

---

**Barry Danforth**                    **Clm No 3425**      Filed In Cases: 140
118 Culpepper Lane
Elizabeth City,  NC 27909             Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BARRY FRASIER**                     **Clm No 37638**     Filed In Cases: 140
4075 WILSON LANE
LUMBERTON TX 77657                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barry Freeland**                    **Clm No 68077**     Filed In Cases: 140
1118 Gaston Ave.
Fairmont, WV 26554                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1625 of 3335

---

**Barry Gerenstein**                **Clm No 1830**    Filed In Cases: 140
7621 Garibaldi Ct.
Naples, FL 34114                    | Class | Claim Detail Amount | Final Allowed Amount |
                                    |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Barry Gerson**                   **Clm No 10529**   Filed In Cases: 140
110 Edgecliff Circle E
Elyria, OH 44035                   | Class | Claim Detail Amount | Final Allowed Amount |
                                   |-------|---------------------|----------------------|
                                   | UNS   | $1.00               |                      |
                                   |       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Barry Hazlett**                  **Clm No 11273**   Filed In Cases: 140
382 Olney Avenue
Marion, OH 43302                   | Class | Claim Detail Amount | Final Allowed Amount |
                                   |-------|---------------------|----------------------|
                                   | UNS   | $1.00               |                      |
                                   |       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**BARRY HELSEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Barry J. Kisselbach**
8 Springridge Rd
Bath, PA 18014

**Clm No 1193**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Barry Johnson**
8700 Hwy 10
Montevallo, AL 35115

**Clm No 24886**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barry Jones**
6418 Old Bullocks Circle
Suffolk,  VA 23435

**Clm No 4610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARRY LARKIN**
7090 FM 60 SOUTH
SOMERVILLE TX 77879

**Clm No 39462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARRY LARKIN**
7090 FM 60 SOUTH
SOMERVILLE TX 77879

**Clm No 39463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**BARRY LEONARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Barry Lewis**
2009 Bookbinder Ct.
Toms River, NJ 08753

**Clm No 1730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**BARRY MACKEBON**
1613 S. LAGO VISTA DRIVE
PEARLAND TX 77582

**Clm No 39814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barry McCall**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARRY MCCLELLAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Barry McClellan**
408 Lovett Lane
Sylacauga, AL 35151

**Clm No 63088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**                  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                    1630 of 3335

---

**Barry Mitchell**                    **Clm No 59566**    Filed In Cases: 140
Post Office Box 66053
Mobile, AL 36660                      Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barry Munday**                      **Clm No 28421**    Filed In Cases: 140
302 Marquette Ave
Follansbee, WV 26037                  Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barry N Hanish**                    **Clm No 32605**    Filed In Cases: 140
930 Tahoe Blvd  802-499
Incline Village, NV  89451            Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BARRY NASH**
209 West Drive
Vicksburg, MS 39180

**Clm No 57471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry Padgett**
406 Clancy St
Prichard, AL 36610

**Clm No 48782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry Parrish**
451 Woodlawn Dr
Danville, VA 24541

**Clm No 28606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1632 of 3335

---

**BARRY PARSON**
8646 Stewart Dr.
Trussville, AL 35173

**Clm No 71693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Barry Priest**
5487 Arrow Ridge Place
Bastrop, LA 71220

**Clm No 49459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BARRY RAY MACKENZIE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barry Sharp**
1416 Shawnee Trail
Henderson, TX 75654

**Clm No 33582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry Snider**
316 FM. 1580
Fairfield, TX 75840

**Clm No 33598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry Stashick**
2145 Claus Rd.
Vermilion, OH 44089

**Clm No 16707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1634 of 3335

---

**BARRY THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barry Tomlinson**
3913 Malaer Drive
Cincinnati, OH 45241

**Clm No 17297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARRY TURLINGTON**
2159 LEEDS LANE
WINSTON-SALEM NC 27103

**Clm No 42847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Barry W.  Geideck**
1095 Calle Escarpada
Bonita, CA 91902-7024

**Clm No 2416**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 30-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry Wandling**
17 Jill Ave
Poca, WV 25159

**Clm No 29822**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry Weyand**
412 16th NW Street
Canton, OH 44703

**Clm No 17940**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1636 of 3335

---

**Barry Wright**
534 E Pearl Avenue
Loves Park, IL 61111

**Clm No 24685**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry Wyatt**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 18374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bart Brennan**
440 Loomis Ave.
Cuyahoga Falls, OH 44221

**Clm No 8001**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 5:48:22 PM

*Claims Details*                                                                       1637 of 3335

**Bart Davis**                          **Clm No 22841**    Filed In Cases: 140
6191 Contadora Drive
West Valley City, UT 84128              Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00


**Bart Herrell**                        **Clm No 11390**    Filed In Cases: 140
2715 Manchester Rd.
Akron, OH 44319                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00


**Bart McCurry**                        **Clm No 70847**    Filed In Cases: 140
C/o Lola Mccurry
411 Church Street                      Class          Claim Detail Amount      Final Allowed Amount
Warrior, AL 35180
                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1638 of 3335

---

**Bartley Adcock**
281 SCR 514A
Morton, MS 39117

**Clm No 47946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bartley Pierson**
5091 Vance Road
West Blocton, AL 35184

**Clm No 71903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bartley Pragnell**
4334 Gephart Ave.
Louisville, OH 44641

**Clm No 15069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1639 of 3335

---

**Barton S. Blackwood**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barton Woods**
2101 Choctaw Ave
Pascagoula, MS 39567

**Clm No 47282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BASCOMB MARCHANT**
18796 Union Road
Vance, AL 35490

**Clm No 70630**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1640 of 3335

---

**BASH WALKER, JR**
218 Morris St.
Ittabena, MS 38941-2324

**Clm No 58536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Basil Browning**
122 Browning Lane
South Shore, KY 41175

**Clm No 25697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BASIL BYRON DAHL SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Basil Elliott**
1184 Greenwich E.T.L.
New London, OH 44851

**Clm No 9874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Basil Sloan**
2539 Warrior-Jasper Rd.
Warrior, AL 35180

**Clm No 72859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Basilio Perez**
2613 Lexington Avenue
Lorain, OH 44055

**Clm No 14821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail:** claimsmanager@omnimgt.com              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                                1642 of 3335

---

**BASILIO TORRES**                    **Clm No 75180**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Batson Noble**                      **Clm No 71461**    Filed In Cases: 140
C/o Betty Sue Noble
228 Husey Street                    | Class | Claim Detail Amount | Final Allowed Amount |
Bessemer, AL 35023                    UNS                     $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Baxter Love**                       **Clm No 59502**    Filed In Cases: 140
8956 Coyle St.
Detroit, MI 48228                   | Class | Claim Detail Amount | Final Allowed Amount |
                                      UNS                     $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1643 of 3335

---

**BAXTER TOMLINSON**
2310 OWENS AVENUE
GROVES TX 77619

**Clm No 42750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BAXTER WILSON EVANS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BAYARD WILSON**
13120 HWY 1078
FOLSOM LA 70437

**Clm No 43463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BAZZLE JOHN WILSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**BEA J. WHITE, PERSONAL REPRESENTATIVE FOR**
EMERSON V. ARCHER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Beamon Gordon**
10716 Macintosh Road
Thonotosassa, FL 33592

**Clm No 61750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

---

**BEAMON GORDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bearden Linda**
347 Brandy Ridge Lane
Dickinson, TX 77539

**Clm No 70411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEATRICE B. MCCORMICK, PERSONAL REPRESENTATIVE FOR**
GEORGE P. MCCORMICK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1646 of 3335

---

**Beatrice B. Williams**
RR 5, Box 571 E
Clarksburg, WV 26301

**Clm No 54697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice Beverly**
22 Shawnee Dr
Chillicothe, OH 45601

**Clm No 25452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice Burroughs**
P.o. Box 8264
Montgomery, AL 36110

**Clm No 66457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*  3/30/2018 5:48:22 PM

*Claims Details*  1647 of 3335

---

**Beatrice Carpenter**
1661 Westover Road
Chicopee, MA 01020

**Clm No 2010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice Dalton**
6715 St Rt 207
Greenup, KY 41144

**Clm No 26225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEATRICE DOWNING**
10048 US HWY 190 E
BON WIER TX 75928

**Clm No 37139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1648 of 3335

---

**Beatrice Gibbs**
3513 Thalia
Jackson, MS 39213

**Clm No 48471**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BEATRICE GRANDISON**
C/O JON A. GREEN, ESQ.
711 DAUPHIN ST.
MOBILE, AL 36602-

**Clm No 20841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Beatrice Green**
PO Box 12
Hermanville, MS 39086

**Clm No 44184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1649 of 3335

---

**BEATRICE H. JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BEATRICE HACKEMACK**
4340 BIRTIE
VIDOR TX 77662

**Clm No 38144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Beatrice Harper**
2665 Kenview Rd S
Columbus, OH 43209

**Clm No 27091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1650 of 3335

---

**BEATRICE HART**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice Hitchcock**
419 Nelson Rd NW
Milledgeville, GA 31061

**Clm No 48898**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice Hoffman**
68 Jordan Road
Brick, NJ 08724

**Clm No 1249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      1651 of 3335

---

**Beatrice Ianno**                    **Clm No 1237**    Filed In Cases: 140
10180 NW 30 Ct.,  Apt.101
Sunrise, FL 33322

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Beatrice Jenkins**                    **Clm No 69625**    Filed In Cases: 140
Post Office Box 238
Gordo, AL 35466

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BEATRICE JOSEPH**                    **Clm No 39147**    Filed In Cases: 140
4375 CADILLAC LANE
BEAUMONT TX 77705

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Beatrice Kirk**
1120 Meigg Street
Corinth, MS 38834

**Clm No 44421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice LaChappelle**
4606 Mishicot Road  # 14
Two Rivers, WI 54241

**Clm No 24323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEATRICE LEE**
3144 MARIONWOOD
PORT NECHES TX 77651

**Clm No 39555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/30/2018 5:48:22 PM

*Claims Details*    1653 of 3335

---

**BEATRICE MEYER**
JOHN MEYER
ATTN: DANIEL F. O'SHEA
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BEATRICE NERO**
1321 DRODDY DRIVE
PORT NECHES TX 77651

**Clm No 40655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEATRICE PARKER**
c/o Sam Allen
120 Country Club Ct.
Hiram, GA 30141

**Clm No 57595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Beatrice Polk**
16715 Inzermere Avenue
Cleveland, OH 44128

**Clm No 2228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice Porter**
637 West Main St.
Hogansville, GA 30230

**Clm No 49794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice Radcliff**
1103 N 8th Avenue
Laurel, MS 39440

**Clm No 45598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Beatrice Robinson**
310 Wayne Street
Waynesboro, MS 39367

**Clm No 48188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEATRICE SEAY THOMAS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BEATRICE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

1656 of 3335

---

**BEATRICE THREATT, PERSONAL REPRESENTATIVE FOR**

ROBERT THREATT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Beatrice Webb**

5372 Deer Crossing

Sheffield Village, OH 44054

**Clm No 17831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 23-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Beatrice Wells**

5930 Fontaine Park Dr.

Jackson, MS 39206

**Clm No 49610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**BEAURETTE M. JONES**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Beb Robinson**
7813 Sparta Street
Houston, TX 77028

**Clm No 72409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Becky Carter**
E 2474 Highway 29
Kewaunee, WI 54216

**Clm No 24064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**BECKY DAGLE**
P O BOX 2600
BRIDGE CITY TX 77611

**Clm No 36808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Becky Dixon Hayden**
683 Lake Meade Drive
Suffolk, VA 23434

**Clm No 4256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Becky Eaton**
1045 Conrad DR
Kalispell, MT 59901

**Clm No 26487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1659 of 3335

---

**Becky Pierce**                          **Clm No 20478**    Filed In Cases: 140
12782 Lacey Boulevard
Hanford, CA 93230                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              5-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BECKY ROWE, PERSONAL REPRESENTATIVE FOR**    **Clm No 79640**    Filed In Cases: 140
CLAUDE EUGENE ECHOLS (DECEASED)
C/O BRAYTON PURCELL, LLP                   Class          Claim Detail Amount      Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD                      UNS                 Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Bedelle McKenzie**                      **Clm No 48389**    Filed In Cases: 140
337 County Road 411
Pachuta, MS 39347                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bee L Papa**
2517 Cockatiel Dr.
N. Las Vegas, NV  89084

**Clm No 32921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bee Shepherd**
4265 State Route 61 Lot #9
Plymouth, OH 44865

**Clm No 16185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BEECHER MILLER**
RT. 3 BOX 267
PULASKI VA 24301

**Clm No 40311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1661 of 3335

---

**Behrman Mosley**                          **Clm No 19305**    Filed In Cases: 140
1010 Dan Haskins Way Apt 1010
Texarkana, TX 75501                         Class         Claim Detail Amount    Final Allowed Amount

                                            UNS               $1.00

                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bejay Pollard**                           **Clm No 1795**    Filed In Cases: 140
353 Newport Way
Little Egg Harbor, NJ 08087                 Class         Claim Detail Amount    Final Allowed Amount

                                            UNS               $1.00

                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Bela Vinczi**                             **Clm No 17574**    Filed In Cases: 140
1517 South Lakeview Blvd.
Lorain, OH 44052                            Class         Claim Detail Amount    Final Allowed Amount

                                            UNS               $1.00

                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

### Claims Details

1662 of 3335

| | | | |
|---|---|---|---|
| **Beldon Asher** | **Clm No 25258** | Filed In Cases: 140 | |
| 2185 Highway 64 NE | Class | Claim Detail Amount | Final Allowed Amount |
| New Salisbury, IN 47161 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

| | | | |
|---|---|---|---|
| **BELINDA ADCOCK** | **Clm No 20573** | Filed In Cases: 140 | |
| 11774 OLD HIGHWAY 80-W | Class | Claim Detail Amount | Final Allowed Amount |
| MERIDIAN, MS 39307- | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

| | | | |
|---|---|---|---|
| **BELINDA ANN GUIDRY** | **Clm No 38091** | Filed In Cases: 140 | |
| 3220 BLUE JAY DRIVE | Class | Claim Detail Amount | Final Allowed Amount |
| CORINTH TX 76210 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BELINDA ARREDONDO**
149 COUNTY ROAD 130
ALICE TX 78332

**Clm No 35351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BELINDA CORBIN**
4648 EVANGELINE HWY
STARKS LA 70661

**Clm No 36660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Belinda Cornish**
415 Buedel Court
Sparks, MD 21152

**Clm No 3327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1664 of 3335

---

**BELINDA DAVIS**
12573 FM 279
CHANDLER TX 75758

**Clm No 36907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Belinda Kelley**
1601 Plum Street
Steubenville, OH 43952

**Clm No 12379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Belinda Lancaster**
4619 Greenmeadow NW
Canton, OH 44709

**Clm No 12818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                           1665 of 3335

---

**BELINDA LANDRY**                     **Clm No 39431**    Filed In Cases: 140
3833 SHADOW BEND LANE
PORT ARTHUR TX 77642                   Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Belinda Lupton**                     **Clm No 4949**     Filed In Cases: 140
245 S. 5th Street Apt 604
Aurora,  NC 27806                      Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1,250.00
                                                            $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**BELINDA MADES**                      **Clm No 39821**    Filed In Cases: 140
311 KING ARTHUR DR
PORT NECHES TX 77651                   Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BELINDA PELTIER**
6400 CANAL STREET
PORT ARTHUR TX 77640

**Clm No 40941**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Belinda Preston**
Post Office Box 192
Dixons Mills, AL 36736

**Clm No 59632**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BELINDA RANDALS**
2949 11TH STREET
PORT ARTHUR TX 77642

**Clm No 41318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

*Claims Details*                                                                                      1667 of 3335

---

**BELINDA RECTOR, PERSONAL REPRESENTATIVE FOR**          **Clm No 79538**     Filed In Cases: 140

STANLEY STEPHEN LUCIEN (DECEASED)          Class          Claim Detail Amount          Final Allowed Amount

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE                       UNS                    Unknown

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Belinda Stinson**                        **Clm No 960**      Filed In Cases: 140

879 Rising Star Rd.                        Class          Claim Detail Amount          Final Allowed Amount

Hollysprings, MS 38635                     UNS                  $10,000.00

                                                                $10,000.00

| | |
|---|---|
| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |
| Duplicate Claim No | 81 |

---

**Belinda Stinson**                        **Clm No 81**       Filed In Cases: 140

879 Rising Star Rd.                        Class          Claim Detail Amount          Final Allowed Amount

Hollysprings, MS 38635                     UNS                  $10,000.00

                                                                $10,000.00

| | |
|---|---|
| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |
| Duplicate Claim No | 960 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

---

**Belinda Wilson**                    **Clm No 6777**    Filed In Cases: 140
410 Cynthia Drive
Hampton,  VA 23666    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Belinda Wilson**                    **Clm No 18195**    Filed In Cases: 140
2941 Regal Drive NW
Warren, OH 44485    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BELING GUILKEY, PERSONAL REPRESENTATIVE FOR**    **Clm No 79002**    Filed In Cases: 140
LEROY GRIFFIN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

### Claims Details                                                                1669 of 3335

---

**BELISSIA BOSARGE**

13031 OLD PASCAGOULA ROAD

GRAND BAY, AL 36541-

**Clm No 20623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BELLMON BENTON**

C/O RELEICIA SHIELDS, GUARDIAN

6060 EASTBROOKE

WEST BLOOMFIELD, MI 48322

**Clm No 228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 21-Nov-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BELLUM MONCRIEF**

203 STONERIDGE TRAIL

BIRMINGHAM AL 35210

**Clm No 40405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Beloid Johnson**
1501 Guenther Road
Dayton, OH 45417

**Clm No 12089**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BELTON BROWN, JR.**
177 CHERRY ROAD
Taylorsville, MS 39168

**Clm No 55353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Belton Currington**
110 Laurel Street
San Diego, CA 92101

**Clm No 21663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 7-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                        1671 of 3335

---

**Belton Griffin**                          **Clm No 68524**      Filed In Cases: 140
C/o Ronnie Griffin
22961 Highway 43 North          Class          Claim Detail Amount       Final Allowed Amount
Berry, AL 35546
                                UNS                    $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BELTON TURNER**                           **Clm No 58461**      Filed In Cases: 140
165 Gunnels Road
Millport, AL 35576              Class          Claim Detail Amount       Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Belvia Kaylor**                           **Clm No 12339**      Filed In Cases: 140
1886 S. County Rd. 15
Tiffin, OH 44883               Class          Claim Detail Amount       Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Ben  Franklin**
920 Pacific Ave.
New Orleans, LA 70114

**Clm No 18900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEN ALLEN**
201 WILDFLOWER LANE
KERRVILLE TX 78028

**Clm No 35250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Benton**
100 Private Rd. 4032 Lot 26
Marshall, TX 75670

**Clm No 33260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          1673 *of* 3335

---

**BEN BLANSOR, JR.**                    **Clm No 84504**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                        UNS                   $1.00
                                                              $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Ben Boyd**                            **Clm No 60369**    Filed In Cases: 140
7206 Colorado Street
Merrillville, IN 46410                  Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BEN BOYD**                            **Clm No 77204**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1674 of 3335

---

**Ben Brantley**                          **Clm No 50372**    Filed In Cases: 140
853 Ben Brantley Road
Dublin, GA 31021                          Class            Claim Detail Amount    Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BEN BUCHKO**                            **Clm No 76841**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class            Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Ben Buchko**                            **Clm No 60513**    Filed In Cases: 140
5585 Van Buren Street
Merrillville, IN 46410                    Class            Claim Detail Amount    Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

1675 of 3335

---

**BEN C. RUFF**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Christianson**
483 East 550 North 89-2
Roosevelt, UT 84066-0000

**Clm No 60748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEN CHRISTIANSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Ben Clark**
C/o Gwendolyn Clark
1816 Princeton Avenue
Birmingham, AL 35211

**Clm No 66824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ben Clark**
C/o Kay L. Cason, Gen. Adm.
505 20th Street North Suite 1650
Birmingham, AL 35203

**Clm No 66822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ben Cooper**
377 Club Dr
Blakely, GA 39828

**Clm No 48621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1677 of 3335

---

**BEN EDWARDS**
10781 Hwy 46
Cedar Bluff, MS 39741

**Clm No 55917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Fair**
Route 5 Box 251
Gordo, AL 35466

**Clm No 67842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Faltesek**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1678 of 3335

---

**BEN FRENCH**                    **Clm No 56066**    Filed In Cases: 140
106 Shadow Lodge Circle
Pearl, MS 39208                    Class         Claim Detail Amount    Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BEN G DUNCAN**                  **Clm No 34476**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                    Class         Claim Detail Amount    Final Allowed Amount
BEAUMONT, TX 77701
                                  UNS                    $1.00
                                                         $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BEN GARDNER**                   **Clm No 68166**    Filed In Cases: 140
1653 16Th Section Road
Starkville, MS 39759              Class         Claim Detail Amount    Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**Ben Gray**                         **Clm No 68466**    Filed In Cases: 140
C/o Alma Lamont Gray
521 Leisure Drive                    Class            Claim Detail Amount        Final Allowed Amount
Warrior, AL 35180
                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Ben Hancock**                      **Clm No 4133**     Filed In Cases: 140
140 Songbird Trail
Yorktown,  VA 23692                  Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Ben Harber**                       **Clm No 11050**    Filed In Cases: 140
70 Fell Avenue
Northfield, OH 44067                 Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1680 of 3335

---

**BEN HARRIS**                          **Clm No 38312**    Filed In Cases: 140
554 SURRIE ST
MOBILE AL 36617                          Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BEN HIGGINBOTHAM**                    **Clm No 74112**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class         Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Ben Higginbotham**                    **Clm No 62079**    Filed In Cases: 140
3883 Galicia Road
Jacksonville, FL 32217                  Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                          1681 of 3335

---

**Ben Huntley**                          **Clm No 49987**   Filed In Cases: 140
7095 US Hwy 1 North
Louisville, GA 30434                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BEN J. MARTINEZ**                       **Clm No 81934**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                     UNS                    Unknown

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Ben Jackson**                          **Clm No 69517**   Filed In Cases: 140
C/o Charles Glenn Jackson
1609 Maple Avenue S.w.                    Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35211
                                          UNS                    $1.00

                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      1682 of 3335

---

**Ben Jones**                          **Clm No 69832**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                       UNS                 $1.00

                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ben Lewis**                          **Clm No 70369**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                       UNS                 $1.00

                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ben Lykins**                         **Clm No 13237**    Filed In Cases: 140
7883 Kaye Drive
Franklin, OH 45005                     Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                 $1.00

                                                           $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2727**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Ben McKimmie**
1125 19th St. NE
Canton, OH 44714

**Clm No 13703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben McLeod, Sr.**
13400 Ashwood road
Shaker Hts, OH 44120

**Clm No 13733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Murphy**
2066 Attala Road 3989
Vaiden, MS 39176

**Clm No 47225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*

**Ben Parker**                                   **Clm No 5396**      Filed In Cases: 140
104 Sandridge Ave.
South Mills, NC 27976

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BEN PARNELL**                                  **Clm No 71685**     Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Ben Rabion**                                   **Clm No 63920**     Filed In Cases: 140
288 Mellon Street
Jessup, GA 31545

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1685 of 3335

---

**BEN RAMSEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Ben Ramsey**
2091 River Circle
Richmond, KY 40475-0000

**Clm No 63941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEN REINA**
2700 W 16TH
AMARILLO TX 79102

**Clm No 41417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                               1686 of 3335

---

**Ben Robinson**                          **Clm No 72404**    Filed In Cases: 140
C/o Madene Robinson
1907 Loop Road                            Class          Claim Detail Amount      Final Allowed Amount
Moody, AL 35004
                                          UNS                  $1.00

                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ben Romano**                            **Clm No 72475**    Filed In Cases: 140
2476 Churchura Road
Birmingham, AL 35244-3342                 Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BEN SCHAFER**                           **Clm No 74750**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                  Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1687 of 3335

---

**Ben Schafer**
1007 Querida Drive
Colorado Springs, CO 80909-4114

**Clm No 64252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Sellers**
C/o Angela Sellers
1024 12th Street
Bessemer, AL 35020

**Clm No 72773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Strange**
3409 Poplar Springs Rd
Toomsboro, GA 31091

**Clm No 48421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1688 of 3335

---

**BEN W COLVIN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEN WILCOX**
115 MAPLE ST.
PORT NECHES TX 77651

**Clm No 43329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEN WILKERSON**
1071 PARRISH BARRETT CIR
BRONSON TX 75930

**Clm No 43339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1689 of 3335

---

**Ben Willett**                          **Clm No 6680**     Filed In Cases: 140
1311 Camden Lane
Portsmouth, VA 23704                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**BEN WILLIAM SWYERS**                   **Clm No 82397**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                      Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                     UNS                 Unknown

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**BEN WILLIAMSON**                       **Clm No 58745**    Filed In Cases: 140
106 Johnson Street
Grenada, MS 38901                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　3/30/2018 5:48:22 PM

## Claims Details

---

**Ben Williamson**
30 Verona Court Blvd.
Verona, VA 24482

**Clm No 34228**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENARD HUBBARD**
1162 Seven Springs Rd.
Raymond, MS 39154

**Clm No 56580**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benard J. Marshall**
2019 Johnson Lane
Benton, AR 72019

**Clm No 20428**　　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Benard Montgomery**
1900 30th Avenue
Tuscaloosa, AL 35401

**Clm No 71169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benard Williams**
1408 Carterville Road
Petal, MS 39465

**Clm No 45034**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bendora Wilson**
32 County Road 211
Laurel, MS 39443

**Clm No 48267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1692 of 3335

---

**BENEAVER STEWART, PERSONAL REPRESENTATIVE FOR**                **Clm No 80994**    Filed In Cases: 140

LUKE V. STEWART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Benedetto Parrillo**                        **Clm No 63660**    Filed In Cases: 140

D'Amico - Burchfield, LLP

536 Awells Avenue

Providnece, RI 02909

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**BENEDETTO PARRILLO**                        **Clm No 74789**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1693 of 3335

---

**Benedict Santana**
218 Gordon Avenue
Campbell, OH 44405

**Clm No 15875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benigno  Santos**
3812 Spring Breeze Dr
Orlando, FL  32829

**Clm No 33032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benit Walker**
11745 Parkwood Drive
Baton Rouge, LA 70815

**Clm No 19648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BENITA CANTU**
2614 BOLIVAR STREET
CORPUS CHRISTI TX 78416

**Clm No 36226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENITA ODOM**
2370 SOUTH ST
BEAUMONT TX 77702

**Clm No 40735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benito  Calderon**
Granada #84 Vistamar
Carolina, PR  983

**Clm No 32339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                    1695 of 3335

---

**BENITO G. GOMEZ**                     **Clm No 82229**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169          UNS                 Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Benito Pena**                         **Clm No 23516**    Filed In Cases: 140
202 South Clarkwood Rd
Corpus Christi, TX 78406        Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BENITO RODRIGUEZ**                    **Clm No 41632**    Filed In Cases: 140
107 W. MAIN
ROBSTOWN TX 78380              Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1696 of 3335

---

**Benito Vasquez**                          **Clm No 73058**    Filed In Cases: 140
P. O. Box 41
Taft, TX 78390                              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BENITO ZACCARDI, PERSONAL REPRESENTATIVE**    **Clm No 79670**    Filed In Cases: 140
**FOR**

BENITO CEASAR ZACCARDI (DECEASED)
C/O BRAYTON PURCELL, LLP                    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Benjamin  Diaz**                          **Clm No 32450**    Filed In Cases: 140
Grace Street #703
Urb. Ext. El Comandante                     | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
Carolina, PR  00982                        | UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

### Claims Details

1697 of 3335

---

**Benjamin Allison**
C/O Mrs. Blair
3110 Chestnut Avenue
Newport News, VA 23607

**Clm No 2476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**BENJAMIN ALTADONNA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Benjamin Andrews**
525 Susan Constant Drive
Virginia Beach, VA 23451

**Clm No 2504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1,250.00  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1698 of 3335

---

| Benjamin B Albayalde | **Clm No 30200** | Filed In Cases: 140 | |
|---|---|---|---|
| 1920 E 24th St Unit A | Class | Claim Detail Amount | Final Allowed Amount |
| National City, CA 91950 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Benjamin Barnwell | **Clm No 65808** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Nancy L. Barnwell | Class | Claim Detail Amount | Final Allowed Amount |
| 1269 Adell Street | UNS | $1.00 | |
| Prattville, AL 36066 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| BENJAMIN BASKIN | **Clm No 84447** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | UNS | $1.00 | |
| JACKSON, MS 39201 | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Benjamin Bearden**
C/o Londa B. Bearden
5632 Morning Glory Lane
Tuscaloosa, AL 35405

**Clm No 65871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BENJAMIN BELDING**
3804 Hwy 528
Heidelberg, MS 39439

**Clm No 55131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Benjamin Blanton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Benjamin Boutaugh**
193 Markham Street
Middletown, CT 06457

**Clm No 19842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN BROWN**
c/o Mrs. Lillie Brown
3710 Terrace G
Fairfield, AL 35064

**Clm No 66288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Brown**
6410 Garland Ave.
Baker, LA 70714

**Clm No 18689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BENJAMIN BURNS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**BENJAMIN C DUNCAN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Benjamin Callahan**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

**Benjamin Carmon**
P. O. Box 10816
Norfolk, VA 23513

**Clm No 3116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Carter**
C/o Lois Carter
108 12th Avenue West
Birmingham, AL 35204

**Clm No 66673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Carter**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1703 of 3335

---

**Benjamin Clark**
121 Margo Drive
Johnson City, TN 37601-6266

**Clm No 60771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--|--|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Benjamin Cooper**
120 North Yorkshire Blvd
Youngstown, OH 44515

**Clm No 8967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1704 of 3335

---

**Benjamin Copeland**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3304**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN CRANDLE**
14650 FORTS LAKE ROAD
GRAND BAY, AL 36541-

**Clm No 20704**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Cross**
C/o Arilla C. Moore
P.o. Box 249
Dora, AL 35062

**Clm No 67171**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Benjamin Cunningham**
c/o James Cunningham
1025 7th Street SE
Graysville, AL 35073-1912

**Clm No 67209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Dale Hoffer**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Davis**
3778 Northern Hills Drive
Rocky Mount, NC 27804

**Clm No 21420**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1706 of 3335

---

**Benjamin DeLappi**
936 James Ave
Scranton, PA 18510

**Clm No 26321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BENJAMIN DENMARK JENSEN, PERSONAL REPRESENTATIVE FOR**

JEROLD JENSEN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Benjamin Dixon**
340 Brown Crossing Rd NW
Milledgeville, GA 31061

**Clm No 48411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

### Claims Details

**Benjamin Dunlap**

2919 Carolyn Ave

Lorain, OH 44053

**Clm No 9745**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN ELI THOMAS**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 86193**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN ELLAL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77427**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1708 of 3335

| BENJAMIN ELMORE | **Clm No 67727** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Juanita Elmore | Class | Claim Detail Amount | Final Allowed Amount |
| 795 County Road 31 | | | |
| Millry, AL 36558 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Benjamin Franklin | **Clm No 2348** | Filed In Cases: 140 | |
|---|---|---|---|
| 138-42 227 St Laurelton | Class | Claim Detail Amount | Final Allowed Amount |
| Queens, NY 11413 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| BENJAMIN FRANKLIN DONAHOO | **Clm No 86556** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1709 *of* 3335

---

**BENJAMIN FRANKLIN WHITFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Freeman**
2507 Cromwell Road
Norfolk,  VA 23509

**Clm No 3840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN GILBREATH**
833 E. HOUSTON ROAD
PARIS TX 75460

**Clm No 37846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1710 of 3335

---

**BENJAMIN GILES**
517 CRAWFORD LANE
MOBILE AL 36617

**Clm No 37853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Gill**
8420 Circle Dr.
Hayes, VA 23072

**Clm No 33918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Benjamin Good**
1663 Denton Ln.
Hayes, VA 23072

**Clm No 33923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1711 of 3335

---

**Benjamin Hannegan**
c/o Reba Hannegan
5006 Janssen Dr.
Corpus Christi, TX 78411

**Clm No 68713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**BENJAMIN HARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 20-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  |             |

---

**Benjamin Harris**
25 Armadillo TRL#25
Lake Placid, FL 33852-6272

**Clm No 61966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                              3/30/2018 5:48:22 PM

*Claims Details*                                                                                       1712 of 3335

---

**Benjamin Hill**                        **Clm No 11454**      Filed In Cases: 140
9598 Creekhill Drive
Cincinnati, OH 45237                      Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Benjamin Hilliard**                    **Clm No 47105**      Filed In Cases: 140
200 Elenor Dr
Covington, GA 30016                      Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Benjamin Holman**                      **Clm No 69183**      Filed In Cases: 140
1353 Westminster Place
Birmingham, AL 35235-2632                Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1713 of 3335

---

**Benjamin House**
16670 Xenia Avenue
Brookwood, AL 35444

**Clm No 69257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Irvin**
Post Office Box 2317
Harvey, LA 70059

**Clm No 23130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN J. GREEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**Benjamin Jackson**
109 Lake Forest Pkwy
Wilmington, NC 28401-0000

**Clm No 62276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN JAMES JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Benjamin Jenkins**
15318 Gretchen Lane
Covington, LA 70435

**Clm No 19076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Benjamin Koziol**
4 Crossley Court
Niantic, CT 06357

**Clm No 20014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin L De Rosales**
1515 Blanford St.
San Diego, CA  92114-7004

**Clm No 32435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN LAMB**
2913 33RD PLACE N.
BIRMINGHAM AL 35207

**Clm No 39395**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**Benjamin Lee**
9512 Gatun St
New Port Richy, FL 34654

**Clm No 27850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN LEROY GROOM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN LOUIS JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1717 of 3335

---

**Benjamin Major**
804 South Church Street
Smithfield, VA 23430

**Clm No 4979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**BENJAMIN MARSHALL**
4415 BRISTOL CTAPT 1
FLINT, MI 48532

**Clm No 592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 21-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**BENJAMIN MARSHALL**
14372 Hwy 11 S
Fosters, AL 35463

**Clm No 57159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1718 of 3335

**BENJAMIN MAYFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Benjamin N Oani**
21523 Craig Court
Carson, CA  90745

**Clm No 32888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BENJAMIN O HIPP**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**BENJAMIN O. MOREE, JR.**
205 NEW UNION ROAD
COLUMBIA, MS 39429

**Clm No 21088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Ogello**
184 South Smith St
Cochranton, PA 16314

**Clm No 28527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Park**
8285 County Road 222
Cullman, AL 35057

**Clm No 71645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Benjamin Parker**
19277 Rawlings Road
Capron,  VA 23829

**Clm No 5397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Benjamin Rader**
41833 Edison Court
Elyria, OH 44035

**Clm No 15174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Benjamin Reynolds**
509 Reed St
Parkersburg, WV 26101

**Clm No 28897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Benjamin Rotman**
Robinson & Cole, L.L.P.
1 Boston Place
Boston, MA 02108-4404

**Clm No 64136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BENJAMIN RUOTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Benjamin Ruoti, IS**
10817 West Campana
Sun City, AZ 85351

**Clm No 64161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                              1722 of 3335

---

**BENJAMIN RUSH**                          **Clm No 57955**      Filed In Cases: 140
4705 Hwy 182 west
Starkville, MS 39759                        Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Benjamin S Layno**                       **Clm No 32710**      Filed In Cases: 140
1970 Skybrook Place
Chula Vista, CA  91913                      Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Benjamin Small**                         **Clm No 47212**      Filed In Cases: 140
206 Brown Rd E
Canton, MS 39046                            Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

1723 of 3335

---

**Benjamin Stephens**
803 AV White Blvd
Dry Branch, GA 31020

**Clm No 50241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Stevenson**
610 Whiddon Street
Tifton, GA 31794

**Clm No 49694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Tendilla**
1516 Narbonne Ct.
Virginia Beach,  VA 23456

**Clm No 6317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*

---

**Benjamin Thompson**
550 Walnut St.
Elyria, OH 44035

**Clm No 17194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BENJAMIN THOMPSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Benjamin Thrasher**
5117 Constance Dr
Louisville, KY 40272

**Clm No 29686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1725 of 3335

---

**BENJAMIN TORRES**

C/O BRENT COON & ASSOCIATES

215 ORLEANS ST

BEAUMONT, TX 77701

**Clm No 35012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Vaughn**

2102 Belgian Court

Fallston,  MD 21047

**Clm No 6455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Vaughn**

2102 Belgian Ct.

Fallston,  MD 21047

**Clm No 6456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/30/2018 5:48:22 PM

*Claims Details*                                                    1726 of 3335

---

**Benjamin Vickers**

109 Vickers Path

Jakin, GA 39861

**Clm No 45542**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Willis**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 73270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN WOODS**

629 PARK AVE

FLORENCE SC 29501

**Clm No 43568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1727 of 3335

---

**Bennett Keel**                    **Clm No 4716**    Filed In Cases: 140
154 Wharf Road
Shiloh,  NC 27974                   Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bennett Mitchell**                **Clm No 44574**   Filed In Cases: 140
17 CR 6314
Quitman, MS 39355                  Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BENNETT PRICE**                   **Clm No 41207**   Filed In Cases: 140
P.O. BOX 5237
BEAUMONT TX 77726                  Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BENNETT SIMAR**
317 Joli Road
Carencro, LA 70520

**Clm No 58074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennett W Bloom**
P.O.Box 220 Bloom Farms Rd.
Margaretville, NY  12455

**Clm No 32292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNEY LANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Benney Landers**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 62686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Adams**
1014 Sunnydell Ln
Bessemer, AL 35023

**Clm No 65438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Askew**
1013 Craig Street
Norfolk, VA 23523

**Clm No 2543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1730 of 3335

---

**BENNIE B. GOBLE, JR.**
920 YANKEE WAY S.W.
CORYDON, IN 47112-

**Clm No 20838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE BELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bennie Blackwell**
858 May St.
Akron, OH 44311

**Clm No 7716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1731 of 3335

---

**BENNIE BLANSETT**
P. O. Box 25
Redwood, MS 39156

**Clm No 55192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Bridges**
1098 Hill Bridge Rd.
Dexter, GA 31019

**Clm No 45551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Brown**
927 46th Ave.
Meridian, MS 39307

**Clm No 50548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1732 of 3335

---

**Bennie Bunkley**
1734 Georgia Street
Gary, IN 46407

**Clm No 60535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE BUNKLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bennie Calcote**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1733 of 3335

---

**Bennie Chaney**
2707 Blackwell Rd.
Little Rock, MS 39337

**Clm No 47877**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BENNIE CHIMENE**
700 Factory Outlet  Dr. #46
Hempstead, TX 77445

**Clm No 66789**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Bennie Clark**
81 Boxwood Dr
Sparta, GA 31087

**Clm No 50272**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BENNIE COLLINS**
111 CASIDAY LANE
KILGORE TX 75662

**Clm No 36559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Conley**
128 North Massengill St.
Hazlehurst, MS 39083

**Clm No 46075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Cope**
1253 18th Place Southwest
Birmingham, AL 35211

**Clm No 67040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1735 of 3335

---

**BENNIE CREAMER**                    **Clm No 36736**    Filed In Cases: 140
1015 LAYMAN STREET
LAMARQUE TX 77568                      Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BENNIE EDWARD THOMPSON**            **Clm No 35003**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                        Class          Claim Detail Amount    Final Allowed Amount
BEAUMONT, TX 77701
                                      UNS                 $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bennie Ethridge**                   **Clm No 9931**     Filed In Cases: 140
16875 Tracey
Detroit, MI 48235                     Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1736 of 3335

---

**Bennie Ford**
900 Tuscaloosa Ave Sw, Apt 2553
Birmingham, AL 35211

**Clm No 67991**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Free**
P. O. Box 3282
Jasper, AL 35502

**Clm No 24823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE G MCCARLEY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1737 of 3335

---

**BENNIE GARCIA**

c/o Rebecca R. Garcia, rep.

1146 Hahlo

Houston, TX 77020

**Clm No 68148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Goddard**

106 Dock Landing Loop

South Mills,  NC 27976

**Clm No 3973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Goodman**

325 Freedom Avenue NE

Canton, OH 44704

**Clm No 10680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Bennie Graham**
2745 South GA Hwy 199
Rockledge, GA 30454

**Clm No 47909**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie H. Newhouse, Jr.**
5473 Elk River Road N.
Elkview, WV 25071

**Clm No 54140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Harris**
C/o Thomas C. Harris, Sr.
200 County Rd 181
Eutaw, AL 35462

**Clm No 68799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**BENNIE HOLLIMAN**
131 Lamar Drive
Kennedy, AL 35574

**Clm No 69162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE HUDSON**
10335 OLD BAMMEL N. HOUSTON ROAD APT. 2202
HOUSTON TX 77086

**Clm No 38726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Hurst**
C/o Pauline Hurst
7424 Oporto Madrid Blv. South
Birmingham, AL 35206

**Clm No 69409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1740 of 3335

---

**Bennie J Benesh**
103 Lowell Ln.
Sartell, MN  56377

**Clm No 32278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Jackson**
1424 Mims Street S.w.
Birmingham, AL 35211

**Clm No 69542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Jeffers**
301 Madison Oaks Drive
Rincon, GA 31326

**Clm No 62310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bennie Jefferson**
225 Mercer Ave.
Hermitage, PA 16148

**Clm No 11998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Johnson**
6708 FM 1998
Marshall, TX 75672

**Clm No 33438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE JONES**
4277 E. RAINTREE RD
EIGHT MILE AL 36613

**Clm No 39113**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              1742 of 3335

---

**BENNIE JONES**

1917 LUCY AVE.

MOBILE AL 36617

**Clm No 39081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE JONES**

1220 Hannon Rd.

Mobile, AL 36605

**Clm No 56783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Lee**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 70303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1743 of 3335

---

**BENNIE LEE OWENS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BENNIE MACK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**BENNIE MACK COBB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1744 of 3335

---

**Bennie Martin**
6851 Plymouth Road Apt 33
Stockton, CA 95207

**Clm No 23302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Mason**
c/o Bennie R. Mason, Jr.
2431 FM 1960 W, Apt. 3202
Houston, TX 77068

**Clm No 70711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Mitchell**
1078 Cannon St.
Greenville, MS 38701

**Clm No 45476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1745 of 3335

---

**Bennie Northcutt, Jr.**
402 Sandhurst Dr.
Dayton, OH 45405

**Clm No 14461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE OAKES**
439 Smith Road
Cleveland, MS 38732

**Clm No 57532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Pearson**
34 Whitman Lane
Youngstown, OH 44505

**Clm No 14783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bennie Pinkerton**
1071 Oconee Springs Rd.
Eatonton, GA 31024

**Clm No 45469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Bennie Prater**
949 Porehl Dr.
Barberton, OH 44203

**Clm No 15070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**BENNIE PRICHETT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1747 of 3335

---

**BENNIE R FITZHUGH**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Bennie Rabb**
c/o Ozella Walton
2039 Hickory Glen
Missouri City, TX 77489

**Clm No 72093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**BENNIE ROBINSON**
2009 MORGANTHAW DR
MOBILE AL 36618

**Clm No 41596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1748 of 3335

---

**Bennie Robinson**
3802 Quenby Drive
Montgomery, AL 36116-4535

**Clm No 72415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Sayles**
11705 SW 186th Street
Miami, FL 33177

**Clm No 44786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Seaton**
c/o Celicia Henson
7851 CR 427
Tyler, TX 75706

**Clm No 72754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bennie Sneed**
41 Malden Ave
Dayton, OH 45427

**Clm No 16507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Spencer**
4306 Galston Court
Chesapeake,  VA 23321

**Clm No 6112**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Staten**
122 Loretta Dr
Quitman, MS 39355

**Clm No 45937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**Bennie Taylor**
1031 W. 8th St.
Lorain, OH 44052

**Clm No 17053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE THOMAS**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 58364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE THOMAS**
5803 INGRAM ROAD APT. #2303
SAN ANTONIO TX 78228

**Clm No 42650**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1751 of 3335

---

**Bennie Tobias**
607 Arbor Court
Newport News,  VA 23606

**Clm No 6362**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Walton**
1015 East Oakland
Monticello, AR 71655

**Clm No 23848**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Watford**
156 Linden Street
Pittsfield, MA 01201

**Clm No 23860**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

1752 of 3335

---

**Bennie Watson**
402 Brookwood Dr
Forsyth, GA 31029

**Clm No 48748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BENNIE WATTS**
2680 N. 9TH ST.
BEAUMONT TX 77703

**Clm No 43137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BENNIE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1753 of 3335

---

**Bennie Williams**                    **Clm No 65169**   Filed In Cases: 140
P.O. Box 1774
Washington, NC 27889                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Bennie Williams**                    **Clm No 46127**   Filed In Cases: 140
1301 Martin Luther King Street
Bastrop, LA 71220                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Bennie Wilson**                      **Clm No 18189**   Filed In Cases: 140
POB 67
Maineville, OH 45039                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1754 of 3335

| Benny Balsamo | **Clm No 30247** | Filed In Cases: 140 | |
|---|---|---|---|
| 163 Orchard Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| East Patchogue, NY 11772 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Benny Giovingo | **Clm No 18929** | Filed In Cases: 140 | |
|---|---|---|---|
| 230 Half Oak Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Thibodaux, LA 70301 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Benny Adkins | **Clm No 25132** | Filed In Cases: 140 | |
|---|---|---|---|
| 2391 US 1, South | Class | Claim Detail Amount | Final Allowed Amount |
| St. Augustine, FL 32086 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1755 of 3335

---

**Benny Bonner**
911 Peterson Rd.
Kilgore, TX 75662

**Clm No 33267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNY BROWN**
5928 31ST ST.
TUSCALOOSA AL 35401

**Clm No 36018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benny Chilton**
310 Midland Blvd. Apartment 406
Shelbyville, KY 40065

**Clm No 22762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BENNY CLAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benny Craft**
3195 Lorain Drive
Vermilion, OH 44089

**Clm No 9080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benny D. Suarez**
P.O. Box 252
Anmoore, WV 26323

**Clm No 59017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Benny Dean**
27 Pendleton Dr.
Lakeland, GA 31635

**Clm No 47868**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNY DEASON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86590**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNY EDENS**
16431 Wickstrand Rd.
Biloxi, MS 39532

**Clm No 55910**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          1758 of 3335

---

**BENNY FIDONE**                                    **Clm No 75309**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                    UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Benny Fidone**                                    **Clm No 61412**    Filed In Cases: 140
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800        Class              Claim Detail Amount      Final Allowed Amount
Miami, FL 33131
                                                  UNS                     $1.00
                                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BENNY FIELDS**                                    **Clm No 67924**    Filed In Cases: 140
1333 Elmwood Street, SW
Birmingham, AL 35211                Class              Claim Detail Amount      Final Allowed Amount

                                                  UNS                     $1.00
                                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BENNY FRED STRINGFELLOW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Benny Haddan**
403 Jessica Rd.
Slocomb, AL 36375

**Clm No 48764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**BENNY HOPPER**
5800 Dogwood Circle
McCalla, AL 35111

**Clm No 56550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

**Benny Johnson**
1503 Woodman Drive
Dayton, OH 45432

**Clm No 12090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNY KEY**
3993 S. NORRIS ROAD
DELTON, MI 49046

**Clm No 533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benny L. Campbell**
213 Maple Avenue
Stonewood, WV 26301

**Clm No 53787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BENNY LEE GARRAWAY**
3331 BELLVIEW STREET
MOSS POINT, MS 39563

**Clm No 20821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNY LEE NORTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benny McKnight**
14607 Old Columbus Rd.
Coker, AL 35452

**Clm No 70942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1762 of 3335

---

**Benny Neal**
3408 Warrior River Road
Bessemer, AL 35023

**Clm No 24977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**BENNY RAY JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Benny Self**
2500 Hwy 19 South
Dublin, GA 31021

**Clm No 47713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Benny Tatum**
5455 Cape Henry Avenue
Norfolk, VA 23513

**Clm No 6280**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNY TODD**
6254 MADISON
GROVES TX 77619

**Clm No 42739**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benny Torres Sr.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53299**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

**BENNY WASHINGTON**
4627 PINEBROOK LANE
HOUSTON TX 77053

**Clm No 43114**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Benny Wilkins Sr.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53402**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Benny Williams**
515 Manatee Springs Court
Orange City, FL 32763

**Clm No 49330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1765 of 3335

**Benny Willis**
1751 Northcut Avenue
Cincinnati, OH 45237

**Clm No 18166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Benny Woods**
P.O. Box 443
Leesburg, AL 35983

**Clm No 51265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Benoit Richard**
820 Frazier
Gilmer, TX 75644

**Clm No 33565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1766 of 3335

---

**Benson Bailess**
c/o Alnet Scott Bailess
5892 FM 328
Huntington, TX 75949

**Clm No 65710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BENSON REGGIE BELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENTLEY F. ROBERTSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1767 of 3335

---

**Bentley Hause**                    **Clm No 22258**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              7-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Bentley York**                    **Clm No 18429**    Filed In Cases: 140
14738 Baumhart Road
Oberlin, OH 44074                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**BENTON ALLISTON**                    **Clm No 54978**    Filed In Cases: 140
1104 Mullican Rd.
Florence, MS 39565-6100              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1768 of 3335

---

**BENTON CARTER**
3730 7th Avenue, Wylam
Birmingham, AL 35224

**Clm No 66683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BENTON COOLEY**
c/o Carolyn Sue Allmon
56 Steelman Road
Purvis, MS 39475

**Clm No 67024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Benton Dwight**
Post Office Box 765
Hattiesburg, MS 39403

**Clm No 44081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1769 of 3335

**Benton Hoak**
9469 St Rt 729
New Vienna, OH 45159

**Clm No 11519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Benton Horton**
422 Highway 49 West
Milledgeville, GA 31061

**Clm No 48923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BENTON KUEBODEAUX**
1190 ODIN TER
DELTONA FL 32738

**Clm No 39340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            1770 of 3335

---

**BENTON PRINCE**                    **Clm No 83549**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA           Class          Claim Detail Amount    Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202    UNS              $10,000.00
DAVIE, FL 33328
                                                        $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**BENTON SLADE**                     **Clm No 58098**    Filed In Cases: 140
346 Lakeside Drive
Carrier, MS 39426                Class          Claim Detail Amount    Final Allowed Amount
                                 UNS                  $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Benton Smith**                     **Clm No 19520**    Filed In Cases: 140
195 Boyles Road
Waynesboro, MS 39367            Class          Claim Detail Amount    Final Allowed Amount
                                 UNS                  $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1771 of 3335

---

**Beontras McWaine**
P.o. Box 1291
Bessemer, AL 35021

**Clm No 70976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BER GOLLIDAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERA BURGE**
625 CR 243
Florence, AL 35633

**Clm No 66411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERDIA B. MURRAY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87880**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bergman David**
1492 S. Camino Real Apt 310
Palm Springs, CA 92264

**Clm No 67272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERKLEN BOUDREAUX**
110 Klondike Road
Bourg, LA 70343

**Clm No 55225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**BERKLEY GADWAH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77732**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Berkley Gadwah**
49 Bee Street
Meriden, CT 06450

**Clm No 61575**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**BERKLEY MOREAU**
308 AVE C
PORT NECHES TX 77651

**Clm No 40481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Berl White**
545 Louisa Street
Norfolk, VA 23523

**Clm No 6621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berle Hollingsworth**
655 4th Ave. NW
Gordo, AL 35466

**Clm No 69165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berle Siddens**
62 Kings Drive SW
Warren, OH 44481

**Clm No 16252**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERLIE MAURINE CHANDLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84600**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berlin Morrow**
3730 Council Ave
Bessemer, AL 35020

**Clm No 71283**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERLIN THOMAS PETTY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85417**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*

---

**BERLINSIA GALLENTINE**                    **Clm No 37704**    Filed In Cases: 140
3620 LEXINGTON AVE
PORT ARTHUR TX 77642

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berlyn Howard**                    **Clm No 4420**    Filed In Cases: 140
1020 Main Creek Road
Chesapeake,  VA 23320

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNABE GONZALES**                    **Clm No 82232**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Bernadette Beran**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $2,000.00 | |
| | $2,000.00 | |

| Date Filed | 7-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $2,000.00 |

**Bernadette Bocci**
1928 Susquehanna Ave
Exeter, PA 18643

**Clm No 25533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernadette M. Logan**
81 Park Ave.
North Arlington, NJ 07031

**Clm No 1736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNADETTE MONTGOMERY**
P. O. BOX 188
NOME TX 77629

**Clm No 40425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNADETTE NELSON, PERSONAL
REPRESENTATIVE FOR**

EDGAR NELSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernadette Sexton**
2618 W 104th Place
Chicago, IL 60655

**Clm No 24558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**    **Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**    **PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernadine  Bragg**
302 Columbia Street
Fairmont, WV 26554

**Clm No 53905**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernadine Ellington**
6560 Wellington Chase Court
Lithonia, GA 30038

**Clm No 49843**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernadine Joan Kardy**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52607**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1780 of 3335

---

**BERNADINE MAYCOCK, PERSONAL REPRESENTATIVE FOR**

RICHARD BUDGERY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Bernadine McIntire**

8228 Willowhurst Circle

North Canton, OH 44720

**Clm No 13677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Bernadine Meadows**

3808 Woodford Road, Apt E1

Cincinnati, OH 45213

**Clm No 13776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Bernadine V. Snider**
Rt. 1, Box 186 A
Wallace, WV 26448

**Clm No 54755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BERNADINE TYLER**
6847 CR 451
KIRBYVILLE TX 75956

**Clm No 42867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernard Ables**
6227 Antrim Rd.
Elyria, OH 44035

**Clm No 6918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1782 of 3335

---

**Bernard Barnhart**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Battista**
106 West College Street Apt 11
Canonsburg, PA 15317

**Clm No 22619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Belles**
902 N Palm Drive
Plant City, FL 33563-3949

**Clm No 60185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1783 of 3335

---

**BERNARD BELLES**    **Clm No 74325**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class    Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131    UNS    Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bernard Bidwell**    **Clm No 18629**    Filed In Cases: 140
P. O. Box 364
Hammond, LA 70404    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD BLAKELY**    **Clm No 55188**    Filed In Cases: 140
14000 Hwy 61 S
vicksburg, MS 38701-9552    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernard Bobo**
542 Fairfield Avenue
Fairborn, OH 45324

**Clm No 7785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD BORRMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernard Borrman**
C/o Judy Mullis
13320 US Hwy 441 S.E.
Okeechobee, FL 34974

**Clm No 60346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNARD BOWEN**
101 N. SHORELINE BLVD SUITE 210
CORPUS CHRISTI TX 78401

**Clm No 35825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD BRENNER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bernard Bridges**
7 Westwood Circle SW
Rome, GA 30165

**Clm No 49940**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

1786 of 3335

---

**Bernard Brooks**
PO Box 3434
Huntington, WV 25702

**Clm No 25642**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bernard Brosky**
798 Mozart Rd
Wheeling, WV 26003

**Clm No 25653**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bernard Brotzki**
1101 W. Bogart Road
Sandusky, OH 44870

**Clm No 8066**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Bernard C. Smith**
22 Lyman Lane
Scott Depot WV  25560

**Clm No 53796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Bernard Casserly**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernard Castagnetti**
95 Temple Street
West Boylston, MA 01583-

**Clm No 60685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**Bernard Chambers**
600 Beechwood Dr
Clinton, IN 47842

**Clm No 25906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Chambers**
Carefree County Club Lot #461
Winter Haven, FL 33884

**Clm No 25907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD CHAMBERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

---

*Claims Details*                                                    1789 of 3335

---

**Bernard Clary**                    **Clm No 25978**    Filed In Cases: 140
RR 2 Box 765
Milton, WV 25541                     Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BERNARD CLERMONT**                 **Clm No 83553**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA               Class           Claim Detail Amount    Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                      UNS                  $10,000.00
                                                          $10,000.00

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Bernard Coleman**                  **Clm No 18763**    Filed In Cases: 140
320 8th Street
Gretna, LA 70053                     Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNARD CRAIG**
P.O. Box 321231
Birmingham, AL 35232

**Clm No 67116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Culver**
522 N. Main Street
Amherst, OH 44001

**Clm No 9179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD CUNNINGHAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Bernard Curella**
3948 East Double J Acres Road
LaBelle, FL 33935

**Clm No 61017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD CURELLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bernard D. Dilly**
RR 4, Box 138
Mineral Wells, WV 26150

**Clm No 54666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernard Dalton**
65 Chapman Rd
Wurtland, KY 41144

**Clm No 26226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Dunn**
1356 Moore Street
Akron, OH 44301

**Clm No 9753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard E. Belville**
211 Slice Road
Prosperity SC 29127

**Clm No 53778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1793 of 3335

---

**Bernard E. Haggarty**
RR 5, Box 705
Clarksburg, WV 26301

**Clm No 54701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD EGAN**
1800 Beach Dr. Room 1710
Gulfport, MS 39507

**Clm No 55921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard F Fanuncial**
13451 4th Ave. S. W.
Burien, WA  98146

**Clm No 32511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1794 of 3335

---

**Bernard F. Smith**
P.O. Box 27
Jane Lew, WV 26378

**Clm No 54399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Felton**
P.O. Box 131
Edenton,  NC 27932

**Clm No 3759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Fittro**
1801 Bywood St. SE
Canton, OH 44707

**Clm No 10142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernard Flaherty**
110 Laurel Street
San Diego, CA 92101

**Clm No 21709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bernard Gamble**
1405 Welcome Road
Portsmouth,  VA 23701

**Clm No 3883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Gawronski**
951 North 100 West
Chesterton, IN 46304-0000

**Clm No 61640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1796 of 3335

**BERNARD GAWRONSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Bernard Gerbec**
173 25th St. NW
Barberton, OH 44203

**Clm No 10518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernard Graves**
4077 Gallatin Dr.
Columbus, OH 43207

**Clm No 10748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1797 *of* 3335

---

**BERNARD HAFFEY**                         **Clm No 77969**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class            Claim Detail Amount     Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                  Unknown

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Bernard Haffey, IS**                     **Clm No 61874**    Filed In Cases: 140
35755 DETROIT RD RM 401
Avon, OH 44011                          Class            Claim Detail Amount     Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Harmon**                         **Clm No 61951**    Filed In Cases: 140
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800            Class            Claim Detail Amount     Final Allowed Amount
Miami, FL 33131
                                        UNS                  $1.00
                                                             $1.00

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNARD HARMON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernard Harris**
1145 Second Ave.
Gallipolis, OH 45631

**Clm No 11117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Harvey**
1314 Main Street SW
Warren, OH 44483

**Clm No 11193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1799 of 3335

---

**Bernard Heikkinen**
c/o Paul N. Potti, Esq. Aho & Potti, LLP
23629 Liberty, Suite 100
Farmington, MI 48335

**Clm No 62018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BERNARD HEIKKINEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernard Hester**
506 Oak Manor Ave NE
Massillon, OH 44646

**Clm No 11416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1800 of 3335

---

**Bernard Hilton**
1219 North Linwood Avenue
Baltimore, MD 21213

**Clm No 4329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Hirchak**
17972 Chatham Court
Strongsville, OH 44136

**Clm No 11504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bernard Hoelscher**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $3,000.00 | |
| | $3,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $3,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1801 of 3335

---

**Bernard Hummel**
1742 Hartford Turnpike
North Haven, CT 06473

**Clm No 62222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Ingram**
497 Coppercreek Circle
Pooler, GA 31322

**Clm No 49202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard J. Lehosit**
1304 N. 24th Street
Clarksburg, WV 26301

**Clm No 53619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

---

**BERNARD JACKSON**                    **Clm No 69486**    Filed In Cases: 140
PO Box 310135
Birmingham, AL 35214                   Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bernard James**                      **Clm No 27469**    Filed In Cases: 140
5860 E 18th St
Indianapolis, IN 46218                 Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bernard James**                      **Clm No 4510**     Filed In Cases: 140
1406 Anthony Drive
Chesapeake,  VA 23320                   Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1803 of 3335

---

**BERNARD JAMES SR.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Bernard Janishefski**
5310 East Ave.
Baltimore, MD 21206

**Clm No 4524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Bernard Jarvis**
301 Sherluck Court
Virginia Beach, VA 23462

**Clm No 4528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1804 of 3335

---

**Bernard Jeffries**
201 Portland Ave
Clifton Forge, VA 24422

**Clm No 27491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Jones**
1325 Bedford Rd.
Lowellville, OH 44436

**Clm No 12175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Kalinay, Sr.**
136 Wilcox Road
Youngstown, OH 44515

**Clm No 12286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1805 of 3335

---

**BERNARD KELLY**                    **Clm No 56871**    Filed In Cases: 140
2221 Munsey Ave.
Jackson, MS 39213                    Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Bernard Kovach**                   **Clm No 12675**    Filed In Cases: 140
612 Wyndcliff Circle
Austintown, OH 44515                 Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Bernard L. Crawford**              **Clm No 54458**    Filed In Cases: 140
P.O. Box 502
Gallipolis Ferry, WV 25515           Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1806 of 3335

---

**Bernard L. King, Estate**
#9 Homestead Drive
Williamstown, WV 26187

**Clm No 53476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bernard L. McGraner, Sr.**
105 Van Buren Avenue
Lanson SC 29801

**Clm No 53515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bernard Lee Marshall**
P.O. Box 126
West Milford, WV 26451

**Clm No 54348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernard Leugers**
5447 Creekside Meadowns Drive
Liberty Township, OH 45011

**Clm No 12994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Lewis**
2621 Granville Avenue
Bessemer, AL 35020

**Clm No 59493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Lipscomb**
Rt 2 Box 325
New Martinsville, WV 26155

**Clm No 27929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNARD LORASCH**
1695 CENTURY LANE
ZANESVILLE, OH 43701

**Clm No 579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BERNARD MANDEVILLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BERNARD MCGEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1809 of 3335

---

**Bernard McGee**
270 First St.
Melrose, MA 02176

**Clm No 63123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD MICHIELS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernard Michiels**
16151 Mount Street
600 Brickell Ave., Ste. 3800

**Clm No 63233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1810 of 3335

---

**Bernard Mulholand**                      **Clm No 14245**    Filed In Cases: 140
430 Lombard Road
Columbus, OH 43228                          Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Bernard Phillips**                       **Clm No 14907**    Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway                  Class              Claim Detail Amount        Final Allowed Amount
Boston Heights, OH 44236
                                            UNS                     $1.00
                                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Bernard Randolph**                       **Clm No 63946**    Filed In Cases: 140
P.O. Box 156
Fountain, CO 80817                          Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

**BERNARD RAY BOTELER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84544**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD REED**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34900**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Rettka**
11081 70th Ave N
Seminole, FL 33772

**Clm No 28890**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1812 of 3335

---

**Bernard Roberts**
912 Corby Street
Mishawaka, IN 46545-2804

**Clm No 24515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD RUBEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernard Rubel**
North 9918 18th Avenue
Necedah, WI 54646

**Clm No 64150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**BERNARD SANDERS**
RT. 1 BOX 840
GREENSBORO AL 36744

**Clm No 41806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD SARRELL COUCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Sauter**
3019 Navaho Street
Middletown, OH 45044

**Clm No 15914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Bernard Schultz**
7410 Highway HH
Arpin, WI 54410

**Clm No 64282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**BERNARD SCHULTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

**BERNARD SHANG**
3017 Mesa Dr.
Hattiesburg, MS 39402

**Clm No 58034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernard Sloan**
2951 Emory St.
Columbus, GA 31903

**Clm No 16356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BERNARD SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Bernard Smith**
1 Ileberry Path
Palm Coast, FL 32164

**Clm No 64457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1816 of 3335

**BERNARD STATILE**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 83552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bernard Sutton**

1201 Calumet Avenue

Middletown, OH 45044

**Clm No 16951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard T. Hennelly**

254 Walnut Street

Massapequa Park, NY 11762

**Clm No 1257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

## *Claims Details*

---

**Bernard Vichot**
44-63 Edwina Lane
Lake Worth, FL 33463

**Clm No 64965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD VICHOT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BERNARD W. MAGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

### Claims Details

1818 of 3335

---

**Bernard Walker**
32468 U.S. Highway 43
Gallion, AL 36742

**Clm No 23843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Warnick**
3349 Trailon Road
Dayton, OH 45439

**Clm No 17758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARD WATTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74686**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernard Watts, IS**
13480 A Celast Road
Chunchula, AL 36521

**Clm No 65060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard West**
145 Second St. SW
Barberton, OH 44203

**Clm No 17922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard West**
205 Pamela Drive
Hampton, VA 23666

**Clm No 6594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernard Wills**
Box 178 Amsbry Rd
Gallitzin, PA 16641

**Clm No 30023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Winslow**
1108 Soundside Road
Edenton,  NC 27932

**Clm No 6816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Wyne**
4145 Hawaii Avenue
Norton, OH 44203

**Clm No 18382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNARD ZIEGLER**
14051 EDGEWOOD STREET
LIVONIA, MI 48154

**Clm No 923**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARDINA R. MERCADO, PERSONAL REPRESENTATIVE FOR**
ROBERT ORTIZ MERCADO (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81041**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Bernardino D Pallera**
P.O. Box 2420
Mashpee, MA 02649

**Clm No 32914**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernardino M Castro**
8832 La Cintura Court
San Diego, CA  92129

**Clm No 32366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNARDO GARCIA**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernardyne Green**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNARR ALEXANDER**
1111 WASHINGTON
ALICE TX 78332

**Clm No 35233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNEICE HURST**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernell  Hally**
P.O. Box 414
Ponchatoula, LA 70454

**Clm No 18983**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1824 of 3335

---

**BERNELL NECAISE**
24060 Rd. 357
Kiln, MS 39556

**Clm No 57480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BERNEST GULLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Bernett  Grevious**
13595 Hwy 411
P.O. Box 154
Maringouin, LA 70757

**Clm No 18958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                            1825 of 3335

---

**Bernhard Thole**                        **Clm No 17154**    Filed In Cases: 140
10690 Lagrange Rd.
Elyria, OH 44035                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Bernice Alford**                        **Clm No 22106**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BERNICE ASPINWALL**                     **Clm No 83556**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                     Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                           UNS                   $10,000.00
                                                                $10,000.00

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    1826 of 3335

---

**Bernice Baker**                          **Clm No 7315**      Filed In Cases: 140
594 Barbcliff Road
Canfield, OH 44406             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**BERNICE BARDLEY FORTE**                  **Clm No 86377**     Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.           | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201             |-------|---------------------|----------------------|
                              | UNS   | $1.00               |                      |
                              |       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**Bernice Benn**                           **Clm No 51729**     Filed In Cases: 140
PO Box 674
Richton, MS 39476             | Class | Claim Detail Amount | Final Allowed Amount |
                              |-------|---------------------|----------------------|
                              | UNS   | $1.00               |                      |
                              |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1827 of 3335

---

**Bernice Brown**
P.O. Box 36
Newton, MS 39345

**Clm No 51219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE BRUNELL**
412 CAMP EDGEWOOD ROAD
DEQUINCY LA 70633

**Clm No 36034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE C. THOMAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1828 of 3335

---

**BERNICE CAMPAGNA**

6100 E LOOP 820 S APT 712E

FORT WORTH TX 76119-7054

**Clm No 36193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Carrell**

312 S Houston Ave

Cameron, TX 76520

**Clm No 22150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Cherry**

36 May Lane

Butler, AL 36904

**Clm No 48522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details                                                          1829 of 3335

---

**Bernice Choice**                    **Clm No 46619**    Filed In Cases: 140
160 Loretta Lane
Milledgeville, GA 31061

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**BERNICE DANIELS**                    **Clm No 85543**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**BERNICE DEPHILLIP, PERSONAL REPRESENTATIVE FOR**          **Clm No 80660**    Filed In Cases: 140
JOE DEPHILLIP (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1830 of 3335

---

**Bernice Duncan**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Eason**
893 B Highway 158
Elizabeth City,  NC 27909

**Clm No 3639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Eason**
893 B Highway 158
Elizabeth City,  NC 27909

**Clm No 3638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNICE EVELYN HICKMAN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BERNICE F. SHERROD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Flenoid**
738 W Union Apt 14 B
Greenville, MS 38702

**Clm No 50087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNICE GAUTREAUX**
1801 GRAND ANSE HWY
BREAUX BRIDGE LA 70517

**Clm No 37801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Gentile**
4874 Chevy Chase Avenue
Columbus, OH 43220

**Clm No 10510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BERNICE GRAVES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNICE GREEN**
3842 SECOND STREET
MOSS POINT, MS 39563

**Clm No 20851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Grimes**
PO Box 23462
Savannah, GA 31403

**Clm No 51577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE H. COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1834 of 3335

---

**Bernice Hans**
3047 Benefit Court
Abingdon, MD 21009

**Clm No 4139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BERNICE HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Bernice Hartley**
15404 Lock 9 Road
Fosters, AL 35463

**Clm No 68845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1835 of 3335

---

**Bernice Hayes**
969 Front Street
Forest, MS 39074

**Clm No 44244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BERNICE HENDERSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Bernice Henderson**
108 Meadow Hill Rd.
Forest, MS 39074

**Clm No 44262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1836 of 3335

---

**BERNICE HENDERSON**                    **Clm No 87493**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class            Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                  Unknown

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BERNICE HICKS**                        **Clm No 56469**    Filed In Cases: 140
19 GLADIOLUS CIRCLE
Laurel, MS 39440                         Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE HOWARD**                       **Clm No 88195**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class            Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                  Unknown

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1837 of 3335

---

**BERNICE HUNOLD, PERSONAL REPRESENTATIVE FOR**          **Clm No 80458**     Filed In Cases: 140

NOEL RAYMOND HUNOLD (DECEASED)          Class          Claim Detail Amount          Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                    UNS                Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bernice Jefferson**                               **Clm No 46198**     Filed In Cases: 140

133 R. L. Jefferson Rd.                    Class          Claim Detail Amount          Final Allowed Amount
Canton, MS 39046
                                           UNS                $1.00
                                                              $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE JONES**                                **Clm No 39057**     Filed In Cases: 140

2330 LAVENDER STREET                       Class          Claim Detail Amount          Final Allowed Amount
PORT ARTHUR TX 77640
                                           UNS                $1.00
                                                              $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Bernice Jordan**
410 E. 147th Street
Cleveland, OH 44110

**Clm No 12239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BERNICE KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernice Lee-Hopkins**
2742 Jason Ave.
Norfolk,  VA 23509

**Clm No 4866**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERNICE LOUISE BABB**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice M Kirkland**
13000 Hymeadow Dr Apt 201
Austin, TX  78729

**Clm No 32691**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice M. Devericks**
412 Plainwood Avenue
Stonewood, WV 26301

**Clm No 54031**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                      1840 of 3335

---

**Bernice Martin**                    **Clm No 46662**    Filed In Cases: 140
16154 Highway 51 N
Hazlehurst, MS 39083                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Bernice Merrill**                   **Clm No 45637**    Filed In Cases: 140
1112 Legion Dr
Greenville, MS 38703                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**BERNICE MOFFETT**                   **Clm No 57391**    Filed In Cases: 140
P. O. Box 704
Ellisville, MS 39437                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

**Bernice Montgomery**
648 Baker Lane
Brandon, MS 39047

**Clm No 49824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Morgan**
230 Lake Laurel Rd
Milledgeville, GA 31061

**Clm No 47514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Mosley**
530 Boundary St.
Milledgeville, GA 31061

**Clm No 49404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          1842 of 3335

---

**BERNICE PENINNAH COX, PERSONAL REPRESENTATIVE FOR**

JACK WALDRON COX (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BERNICE PRIDE**

C/O O'SHEA & REYES, LLC

ATTN: DANIEL F. O'SHEA

5599 SOUTH UNIVERSITY DR, STE 202

DAVIE, FL 33328

**Clm No 82810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**BERNICE REDMOND**

6367 Hwy 14 East

Goodman, MS 39079

**Clm No 57811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1843 of 3335

---

**Bernice Robinson**
4835 Afton Court
Virginia Beach,  VA 23462-7232

**Clm No 5753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Robinson**
P.O. Box 296
Newton, MS 39345

**Clm No 51178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Rydbom**
10403 Franklin Pike
Meadville, PA 16335

**Clm No 29061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1844 of 3335

---

**BERNICE SANDERS**

P. O. Box 1142

West Point, MS 39773

**Clm No 57982**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE SCHLUEP, PERSONAL REPRESENTATIVE FOR**

ALLEN SCHLUEP (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80687**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BERNICE SHAW**

179 MARCUS PIERCE ROAD

LUCEDALE, MS 39452-

**Clm No 21234**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1845 of 3335

---

**BERNICE SMITH, PERSONAL REPRESENTATIVE FOR**

**Clm No 79310**    Filed In Cases: 140

MARSHALL SMITH (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bernice Stewart**

**Clm No 50811**    Filed In Cases: 140

P O Box 454

Crystal Springs, MS 39059

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE STRAUGHN**

**Clm No 58255**    Filed In Cases: 140

14 BURT CREEL ROAD

Taylorsville, MS 39168

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1846 of 3335

---

**Bernice Terrell**
704 East 7th Street
Hattiesburg, MS 39401

**Clm No 49962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Tichnell**
181 Armstrong Street, Apt. D
Keyser,  West Virginia 26726

**Clm No 6350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Washington**
7671 Peggy Dr.
Charleston, SC 29418

**Clm No 50159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

### Claims Details

---

**Bernice Washington**
573 Georgetown Street
Hazlehurst, MS 39083

**Clm No 49554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNICE WATSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bernice Williams**
718 Martin Luther King, Jr. Dr.
Manchester, GA 31816

**Clm No 50033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 1848 of 3335

---

**BERNICE WITHERSPOON**                    **Clm No 73376**    Filed In Cases: 140
c/o Aleck J. Witherspoon
4706 Longmeadow Drive                       Class           Claim Detail Amount    Final Allowed Amount
McCalla, AL 35022
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bernice Young**                          **Clm No 73495**    Filed In Cases: 140
c/o Robert Young
910 Essex Cir. North                        Class           Claim Detail Amount    Final Allowed Amount
Jacksonville, FL 32227
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bernie F. Adkins, Sr.**                  **Clm No 54176**    Filed In Cases: 140
630 Loughs Terrace
Keyser, WV 26726                            Class           Claim Detail Amount    Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bernie Hickey**
9209 W St Martins Road
Franklin, WI 53132-9794

**Clm No 24235**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNIE SARRETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75360**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Berniece Gottschalk**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52393**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1850 of 3335

---

**BERNIECE OEHRLEIN**
1106 WARREN
DEER PARK TX 77536

**Clm No 40740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNITA ELAINE GRANT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernita Worley**
2311 Hedera Way
Apex, NC 27539

**Clm No 19709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Berry Early**
PO Box 381
Blakley, GA 39823

**Clm No 51638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berry Merritt**
c/o Lillie Merritt
1829 15th St. Ensley
Birmingham, AL 35218

**Clm No 71017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berry Rosie**
9254 Escondido Dr.
Willis, TX 77318

**Clm No 72498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1852 of 3335

---

**BERRY SATCHER**
239 CR 39
Vossburg, MS 39366

**Clm No 57993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERT CHAIN**
78 N. View Circle
Columbus, MS 39702

**Clm No 55503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bert Collette**
68667 Mutton Hollow
Bridgeport, OH 43912

**Clm No 26032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bert Daniels**
PO Box 271
Salyersville, KY 41465

**Clm No 26240**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bert Dropco**
143 Penrose Ct.
Elyria, OH 44035

**Clm No 9693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bert Estep**
1321  171st Place
Hammond, IN 46324

**Clm No 61349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1854 of 3335

---

**BERT ESTEP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bert Green**
P. O. Box 567
Pinson, AL 35126

**Clm No 24847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bert Hamilton**
1912 Main Street
Greenup, KY 41144

**Clm No 23038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1855 of 3335

**Bert Harding**                              **Clm No 68727**    Filed In Cases: 140
C/o Edith J. Harding
622 Broken Bow Circle          | Class | Claim Detail Amount | Final Allowed Amount |
Birmingham, AL 35214           |-------|---------------------|----------------------|
                               | UNS   | $1.00               |                      |
                               |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00


**Bert Hess**                                 **Clm No 26**    Filed In Cases: 140
59 Rosebriar Ave
Wakefield, RI 02879            | Class | Claim Detail Amount | Final Allowed Amount |
                               |-------|---------------------|----------------------|
                               | UNS   | $10,000.00          |                      |
                               |       | $10,000.00          |                      |

Date Filed            11-Oct-2016
Bar Date
Claim Face Value      $10,000.00


**BERT HESS**                                 **Clm No 77899**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA      | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800     |-------|---------------------|----------------------|
MIAMI, FL 33131                | UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1856 of 3335

---

**Bert Huntington**
473 East 3050 North
Provo, UT 84604

**Clm No 62231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERT HUNTINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bert Johnson**
545 Lake Shores Drive
Portsmouth,  VA 23707

**Clm No 4571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1857 of 3335

---

**Bert Jones**
253 Wesley Ave.
Elyria, OH 44035

**Clm No 12195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERT O'NEAL ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bert Odom**
13526 Mt. Moriah Road
West Blocton, AL 35184

**Clm No 71530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BERT ROBERTSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Bert Robertson**
3100 Lightfoot Drove
Springfield, IL 62707-

**Clm No 64071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bert Ruble**
PO Box 2305
Warren, OH 44484

**Clm No 15734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                        3/30/2018 5:48:22 PM

*Claims Details*                                                                  1859 of 3335

---

**Bert W. Bartlett**

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

**Clm No 51951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bert Wright**

793 Fortville Milledgeville Rd

Haddock, GA 31033

**Clm No 50208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berta Barton**

209 Don Barton Road

Lucedale, MS 39452

**Clm No 47258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1860 of 3335

| BERTA MAE KUEBODEAUX | **Clm No 39341** | Filed In Cases: 140 | |
|---|---|---|---|
| 5019 TIMBER CREEK AVENUE | Class | Claim Detail Amount | Final Allowed Amount |
| BAYTOWN TX 77523 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| BERTA MAE PARKER | **Clm No 21136** | Filed In Cases: 140 | |
|---|---|---|---|
| POST OFFICE BOX 52 | Class | Claim Detail Amount | Final Allowed Amount |
| MONT ROSE, AL 36559 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Berteel Sims | **Clm No 53182** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Brayton Purcell | Class | Claim Detail Amount | Final Allowed Amount |
| 222 Rush Landing Road | | | |
| Novato, CA 94948 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERTHA B. HALL (STUMON)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Bertha Belton**
12180 HWY 51
Hazlehurst, MS 39083

**Clm No 45930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Blakney**
9960 Highway 159
Gordo, AL 35466

**Clm No 66044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1862 of 3335

---

**BERTHA BROOKS**
76 Bedrock Road
Ellisville, MS 39437-8704

**Clm No 55304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Bertha Brown**
3915 King Park Cir
Macon, GA 31217

**Clm No 48699**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Bertha Campbell**
1604 Muscovy Court
Chesapeake, VA. 23320

**Clm No 3090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bertha Claiborne**
682 Nelson Street
Portsmouth, VA 23704

**Clm No 3208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Cline**
Rt 3 Box 2034
Wayne, WV 25570

**Clm No 25998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Cooley**
1166 Hwy 503
Vossburg, MS 39366

**Clm No 45784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1864 of 3335

---

**Bertha Curtis**                    **Clm No 26205**    Filed In Cases: 140
6802 Earl Reynolds Rd
Meridian, MS 39301                  Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BERTHA DAVIS**                     **Clm No 36910**    Filed In Cases: 140
2006 6TH ST
PORT NECHES TX 77651               Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BERTHA DE LA CRUZ**                **Clm No 36922**    Filed In Cases: 140
4013 RAMSEY ST
CORPUS CHRISTI TX 78415            Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1865 of 3335

---

**BERTHA DELORISE CARTER**                    **Clm No 84724**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                           Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                              UNS                 $1.00
                                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**BERTHA DOTSON**                             **Clm No 83585**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                         Class          Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                               UNS                 $10,000.00
                                                                  $10,000.00

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**BERTHA DRUMMONDS**                          **Clm No 55866**    Filed In Cases: 140
1042 Hwy 43 South
Pinola, MS 39149                              Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                 $1.00
                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BERTHA GAVIN**
904 S. 9th
Laurel, MS 39440

**Clm No 56124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Bertha Holmes**
4821 McClain Street
Brighton, AL 35020

**Clm No 59395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**BERTHA JEFFERSON**
15004 CROSSWINDS DRIVE APT. 4102
HOUSTON TX 77032

**Clm No 38911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1867 of 3335

---

**Bertha Johnson**                    **Clm No 46172**   Filed In Cases: 140
132 Brown Circle
Laurel, MS 39440                      | Class | Claim Detail Amount | Final Allowed Amount |
                                      |-------|---------------------|----------------------|
                                      | UNS   | $1.00               |                      |
                                      |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BERTHA JONES**                      **Clm No 39120**   Filed In Cases: 140
P.O. BOX 202
VIDOR TX 77670                        | Class | Claim Detail Amount | Final Allowed Amount |
                                      |-------|---------------------|----------------------|
                                      | UNS   | $1.00               |                      |
                                      |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BERTHA KATE ISHMAN**                **Clm No 85020**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                   | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                     |-------|---------------------|----------------------|
                                      | UNS   | $1.00               |                      |
                                      |       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                                                     1868 of 3335

---

**BERTHA KEIDEL**                          **Clm No 527**      Filed In Cases: 140
2604 EDDY STREET
SAGINAW, MI 48604                          Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                       $1.00
                                                                     $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Bertha L. Conley**                       **Clm No 50810**    Filed In Cases: 140
P O Box 432
Coffeeville, MS 38922                      Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                       $1.00
                                                                     $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BERTHA L. HOLMES**                       **Clm No 88751**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class              Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                      Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERTHA L. LOWE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BERTHA LAWSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTHA LEE BAKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        1870 of 3335

---

**BERTHA LEE DISHMAN**                     **Clm No 88269**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                     Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA LEE ROBERTS**                     **Clm No 88456**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                     Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA LEE RUDLEY**                      **Clm No 88582**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                     Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bertha Lockhart Robinson**
1395 County Road 11
Waverly, AL 36879

**Clm No 23268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha M. Smith**
2205 Stockton Dr
Greenville, MS 38701

**Clm No 47405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTHA MAE KIRKLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1872 of 3335

---

**BERTHA MAE MEARDIE**                      **Clm No 86837**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                             UNS                  $1.00

                                                                  $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**BERTHA MAE NATHANIEL**                    **Clm No 88294**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                             Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                             UNS                  Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**BERTHA MAE WEAVER**                       **Clm No 43165**    Filed In Cases: 140
4350 CORLEY ST
BEAUMONT TX 77707                            Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00

                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BERTHA MARIE WARD KINCHEN**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BERTHA MARSHALL**
2252 RUSHING DR.
MOBILE AL 36617

**Clm No 39902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Mathis**
101 Manning Mill Road NW
Adairsville, GA 30103

**Clm No 24942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1874 of 3335

---

**Bertha Nash**
125 David Canary Dr. SW Apt. 403
Massillon, OH 44647

**Clm No 14333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Newbaker**
401 Sharkey St.
Belzoni, MS 39038

**Clm No 48743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Noster**
12300 State Route #113
Wakeman, OH 44889

**Clm No 14463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1875 of 3335

---

**BERTHA P. HOLLOMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Patrick**
1502 Hopewell Avenue
Baltimore,  MD 21221

**Clm No 5420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTHA RICE**
101 W. GROTHE STREET
FREDRICKSBURG TX 78624

**Clm No 41457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1876 of 3335

---

**Bertha Romagnoli**    **Clm No 20494**    Filed In Cases: 140
231 North Randolph Road
Fredericksburg, VA 22405

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bertha Sawyer**    **Clm No 5854**    Filed In Cases: 140
131-A Creek Road
Elizabeth City,  NC 27909

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Simpson**    **Clm No 50443**    Filed In Cases: 140
8940 County Road 670
Quitman, MS 39355

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    1877 of 3335

---

**BERTHA STEWART**
2595 ROCKWELL
BEAUMONT TX 77701

**Clm No 42434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bertha Strickland**
31 McHenry School Drive
McHenry, MS 39561

**Clm No 44879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BERTHA TALCOTT**
175 S. DEWITT
VIDOR TX 77662

**Clm No 42547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1878 of 3335

---

**Bertha Taylor**
38 North Sugar Avenue
Chillicothe, OH 45601

**Clm No 29602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Thomas**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTHA TRIBBLE**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1879 of 3335

---

**Bertha Walker**                     **Clm No 17661**    Filed In Cases: 140
2709 S. Leavitt Road
Warren, OH 44481                       Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Bertha Wells**                      **Clm No 45011**    Filed In Cases: 140
499 Springridge Road, Lot A21
Clinton, MS 39056                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BERTHA WILLIAMS**                   **Clm No 43379**    Filed In Cases: 140
15051 CR 45 WEST
TYLER TX 75704                         Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    1880 of 3335

---

**BERTHA WOODWARD**                         **Clm No 35096**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                              Class            Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                                            UNS                   $1.00
                                                                  $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Berthalene A. Payne**                     **Clm No 49088**    Filed In Cases: 140
4618 Salem Rd.
Covington, GA 30016                         Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Bertharine Francis**                      **Clm No 3832**    Filed In Cases: 140
5010 Madison Avenue
Newport News, VA 23605                      Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1881 of 3335

---

**BERTHART VINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Berthart Vinson**
580 Johnson Street
Gary, IN 46402

**Clm No 64980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BERTIE COLEMAN**
1130 ALTON LANE
BRIDGECITY TX 77611

**Clm No 36540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

1882 of 3335

---

**Bertie Mauney**
237 County Road 753
Corinth, MS 38834

**Clm No 44501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTIE MAY YATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTIE OLSON**
3549 27TH STREET
PORT ARTHUR TX 77642

**Clm No 40761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

1883 of 3335

---

**BERTIE SUE SWEDENBURG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertow Ricks**
143 Butler Ridge Rd
Covington, GA 30016

**Clm No 46371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertram Zanaglio**
317 Wellness Way, Apt. 323
Washington, PA 15301

**Clm No 33211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1884 of 3335

---

**Bertram Brasz**
P.O. Box 989
Lexington, VA 24450

**Clm No 2885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertram Devincentis**
172 Budington Road
Shelton, CT 06484

**Clm No 61133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertram Lawrence**
1063 County Road 953
Orrville, AL 36767

**Clm No 70274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1885 of 3335

---

**Bertram Warren**                    **Clm No 49699**   Filed In Cases: 140
611 Brighton Cir
Evans, GA 30809                       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Bertrand Eugene**                   **Clm No 18872**   Filed In Cases: 140
177 Bishop Dr.
Westwego, LA 70094                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BERTRAND WILSON**                   **Clm No 35090**   Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                        | Class | Claim Detail Amount | Final Allowed Amount |
BEAUMONT, TX 77701                    |-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Bertsel F. Nichols, Estate**
113 E. 4th Street
Williamstown, WV 26187

**Clm No 53556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Berwyn Perrine, Sr.**
6287 Sylvia Dr.
Brookpark, OH 44142

**Clm No 14833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Beryl Lingenfield**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          1887 of 3335

---

**Beryl Little**                           **Clm No 27934**     Filed In Cases: 140
210 E Todd St
Covington, VA 24426                        Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bess Cortis**                            **Clm No 67059**     Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class            Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bessie Amburgey**                        **Clm No 2488**      Filed In Cases: 140
2 Valley Vale Lane
Taylors, SC 29687                          Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1888 of 3335

| BESSIE BLANCHARD | **Clm No 35695** | Filed In Cases: 140 | |
|---|---|---|---|
| 2308 BUTLER ROAD | | | |
| ORANGE TX 77630 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| BESSIE BROCK | **Clm No 55298** | Filed In Cases: 140 | |
|---|---|---|---|
| 303 Legan | | | |
| Macon, MS 39341 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Bessie Cadle | **Clm No 8329** | Filed In Cases: 140 | |
|---|---|---|---|
| 5664 Grove Rd. | | | |
| Clinton, OH 44216 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**Bessie Campbell**                    **Clm No 51321**    Filed In Cases: 140
P.O. Box 583
Indianola, MS 38751

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BESSIE CATES**                    **Clm No 20678**    Filed In Cases: 140
4737 HUBERT STREET
MOSS POINT, MS 39563

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Chappell**                    **Clm No 49711**    Filed In Cases: 140
6123 N. McRaven Rd.
Jackson, MS 39209

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1890 of 3335

---

**Bessie Cleveland**                    **Clm No 48590**    Filed In Cases: 140
3704 California Avenue
Jackson, MS 39213                        Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bessie Comp**                         **Clm No 26049**    Filed In Cases: 140
31 Greenfield Lane
Commack, NY 11725                        Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BESSIE FLORENCE THAXTON**             **Clm No 86190**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                        UNS                 $1.00
                                                            $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BESSIE FLORENCE THAXTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BESSIE FUNCHES**
1900 Baldwin Ferry Road, Apt 3C
Vicksburg, MS 39180

**Clm No 56088**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Galloway**
20 Galloway Rd.
Covington, GA 30016

**Clm No 47092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bessie Garth**
410 Iowa Ave
Louisville, KY 40208

**Clm No 26805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BESSIE GIBSON, PERSONAL REPRESENTATIVE FOR**

JAMES MALLARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bessie Given**
599 Toms Run Rd
Morgantown, WV 26508

**Clm No 26861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1893 of 3335

---

**Bessie Guin**
1750 Lake Lowndes Road
Columbus, MS 39702

**Clm No 68569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie H Hurst**
4611 Myers Rd. Apt. 3-T
Eight Mile, AL  36613

**Clm No 32642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Harrell**
c/o Edwin Harrell
P.O. Box 40026
Tuscaloosa, AL 35404

**Clm No 68781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1894 of 3335

---

**BESSIE HATTIE THROWER**                    **Clm No 88879**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                             Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                             UNS                    Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**BESSIE HELMS ROBERTSON**                   **Clm No 88454**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                             Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                             UNS                    Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Bessie Henderson**                         **Clm No 46862**    Filed In Cases: 140
1785 Ford Rd
Terry, MS 39170                              Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                     $1.00
                                                                     $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1895 of 3335

---

**BESSIE K. HUDSON**                    **Clm No 20910**   Filed In Cases: 140
1860 NORTH MOTT DRIVE
MOBILE, AL 36617                         Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Bessie Kimbro**                       **Clm No 12482**   Filed In Cases: 140
15 Chestnut St. Apt. 318
Elyria, OH 44035                         Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**BESSIE L. TURNER**                    **Clm No 21322**   Filed In Cases: 140
#9 ROSE BUD COURT
GULFPORT, MS 39501                       Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail:** claimsmanager@omnimgt.com           **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**BESSIE LEE THORNTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BESSIE LINSCOMB**
6625 HIGHWAY 12
VIDOR TX 77662

**Clm No 39652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BESSIE M. SAVAGE, PERSONAL REPRESENTATIVE FOR**
ROBERT CHARLES SAVAGE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BESSIE MAE SHORTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BESSIE MCQUIRTER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Montgomery**
930 Garden Street SW
Birmingham, AL 35221

**Clm No 23405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BESSIE MORRIS**
316 SOUTH 3RD STREET
NEDERLAND TX 77627

**Clm No 40514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Niswander**
75 Fulton Rd
Hedgesville, WV 25427

**Clm No 28495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Nobles**
246 Cool Springs Rd
Danville, GA 31017

**Clm No 47678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1899 of 3335

---

**Bessie O'Neal**
6250 Warriors Trail
Vicksburg, MS 39180

**Clm No 44643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BESSIE PREVOST**
1027 ROOSEVELT AVE.
PORT ARTHUR TX 77640

**Clm No 41200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Rhodes**
406 Burleigh Avenue
Dayton, OH 45417

**Clm No 15369**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BESSIE ROBY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BESSIE SIMMONS**
841 Johnson Street
Greenville, MS 38701

**Clm No 58075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bessie Smith**
855 Pat Station Road
Starkville, MS 39759

**Clm No 44827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1901 of 3335

---

**Bessie Smith**                          **Clm No 29317**    Filed In Cases: 140
279 Genteel Ridge
Wellsburg, WV 26070          Class          Claim Detail Amount          Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BESSIE STEWART**                      **Clm No 85611**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                            UNS                    $1.00
                                                   $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Bessie Tanner**                        **Clm No 45896**    Filed In Cases: 140
121 Linton Rd.
Milledgeville, GA 31059      Class          Claim Detail Amount          Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Bessie Taylor**
5923 Catletts Crk
Catlettsburg, KY 41129

**Clm No 29603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Vaughn**
P.O. Box 357
Dublin, GA 31040-0357

**Clm No 51217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BESSIE WALKER, PERSONAL REPRESENTATIVE FOR**
IMOGENE L. TILLIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1903 of 3335

---

**Bessie Walley**
89 Sambo Walley Lane
Leakesville, MS 39451

**Clm No 50437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Walter**
164 Roan Ready Road
Monticello, Ms 39654

**Clm No 46698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Walton**
7336 Bovina Cut Off Rd
Vicksburg, MS 39180

**Clm No 44988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

---

*Claims Details*                                                          1904 of 3335

---

**BESSIE WILMA NEWMAN, PERSONAL REPRESENTATIVE FOR**

RICHARD WAYNE NEWMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Beth Ann Rich**

5613 Tramore Road

Baltimore,  MD 21214

**Clm No 5688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETH WHEELER**

8010 DORAL DRIVE

BEAUMONT TX 77707

**Clm No 43246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1905 of 3335

---

**BETHA FAYE RINEHART**
1350 KENWOOD DRIVE
VIDOR TX 77662

**Clm No 41530**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betha I. Tarley**
P.O. Box 9065
Monongah, WV 26555

**Clm No 54494**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETHANY ROMER**
10326 SOUTH BRAY RD
CLIO, MI 48420

**Clm No 737**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1906 of 3335

---

**BETHANY TREVINO**
3151 OAK AVE
GROVES TX 77619

**Clm No 42816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Bethel Larson**
43445 North Rain Tree Road
Antioch, IL 60002

**Clm No 62711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BETHEL LARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1907 of 3335

---

**BETHENE KITCHENS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bette Shutt**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bette Youngblood**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $3,000.00 | |
| | $3,000.00 | |

| Date Filed | 7-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $3,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1908 of 3335

---

**Bettie Ann Townsend**
c/o Bettie Ann Townsend
35 Pine Lane
Laurel, MS 39443-7151

**Clm No 50668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bettie Ashford**
122 McMullen Road
Ackerman, MS 39735

**Clm No 43746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BETTIE BOGUESS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 35741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1909 of 3335

---

**Bettie Craft**
1120 West 11th Street
Laurel, MS 39440

**Clm No 45675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTIE F. CAMBA, PERSONAL REPRESENTATIVE FOR**
GEORGE G. MILLER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTIE GRILLO**
5390 AVENUE A
BEAUMONT TX 77705

**Clm No 38069**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BETTIE HALL**
1526 French St
Montgomery, AL 36104

**Clm No 68651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTIE JONES**
2120 N. 3rd Ave.
Laurel, MS 39440

**Clm No 56800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTIE LOU PHILLIPS**
POST OFFICE BOX 262
SILVERHILL, AL 36576-

**Clm No 21157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bettie M. Gray**
1446 West Queen Street, Apt 346
Hampton,  VA 23669-6103

**Clm No 4019**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bettie Nelson-Lowhar**
290 9th Avenue, Apt. 18-B
New York, NY 10001

**Clm No 1790**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bettie Ricks**
100 Dover Court Apt 400
Suffolk,  VA 23434

**Clm No 5699**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

**Bettie Rolin**                          **Clm No 59664**    Filed In Cases: 140
240 Wilson Avenue
Atmore, AL 36502

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**BETTIE SUE MOUTON**                     **Clm No 40565**    Filed In Cases: 140
#4 CONCORD DRIVE
ORANGE TX 77630

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Bettie Townsend**                       **Clm No 48459**    Filed In Cases: 140
35 Pine Lane
Laurel, MS 39443

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1913 of 3335

---

**Bettie Whaley**
333 Will Holt Rd
Hazel Green, AL 35750

**Clm No 59812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTIE WILLIAMS**
364 Frost Street
Canton, MS 39046

**Clm No 58720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTIE WRIGHT FLORES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1914 of 3335

---

**Betty  O'Mara**
Box 243
Dry Branch, WV 25061

**Clm No 54291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty  Pickett**
73 Rock Rd.
Maple Hill, NC 28454

**Clm No 33543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty  Yock, Estate**
1112 Morningstar Lane
Fairmont, WV 26554

**Clm No 59032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1915 of 3335

---

**BETTY A. HUGHES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY A. MCBRIDE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Betty Adams**
853 Jamestown St.
Elyria, OH 44035

**Clm No 6944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          1916 of 3335

---

**Betty Adkins**                    **Clm No 25133**    Filed In Cases: 140
PO Box 5
Branchland, WV 25506

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY ALBERT**                    **Clm No 20576**    Filed In Cases: 140
20377 28TH STREET
LONG BEACH, MS 39560

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Betty Allen**                    **Clm No 48108**    Filed In Cases: 140
303 Hwy 22 West
Milledgeville, GA 31061

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1917 of 3335

---

**BETTY ALSTON**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 54982**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Amos**
114 Amos Drive
Braxton, MS 39044

**Clm No 45713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY ANN HIGGINS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1918 of 3335

---

**Betty Auterson**
1200 Maple Avenue # 204
Terre Haute, IN 47804

**Clm No 23980**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty B. Henshaw**
6401 Ocean Pines Lane
Spring Hill, FL 34606

**Clm No 20382**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Betty Barber**
4634 Old Coal City Road
Ragland, AL 35131

**Clm No 59104**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1919 of 3335

| Betty Barnes | **Clm No 46778** | Filed In Cases: 140 | |
|---|---|---|---|
| 1715 Old Hwy 51 South | Class | Claim Detail Amount | Final Allowed Amount |
| Terry, MS 39170 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Betty Barrett | **Clm No 7434** | Filed In Cases: 140 | |
|---|---|---|---|
| 607 High Avenue SW | Class | Claim Detail Amount | Final Allowed Amount |
| Canton, OH 44707 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Betty Bartlett | **Clm No 22115** | Filed In Cases: 140 | |
|---|---|---|---|
| 312 S Houston Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Cameron, TX 76520 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 7-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

**Betty Basden**
242 County Road 515
Rienzi, MS 38865

**Clm No 43778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY BEAN**
1720 MEADOW RUN
BEAUMONT TX 77713

**Clm No 35533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Benton**
13099 Clifton Road
Forest, MS 39074

**Clm No 43798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 5:48:22 PM

### *Claims Details*

1921 of 3335

---

**BETTY BERNARD**
2628 12TH ST
PORT ARTHUR TX 77640

**Clm No 35615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY BERNARD**
2628 12TH ST
PORT ARTHUR TX 77640

**Clm No 35613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Berry**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1922 of 3335

---

**Betty Betts**
1608 Park Dr
Barberton, OH 44203

**Clm No 25448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Betts**
1192 Steve Dr
Akron, OH 44319

**Clm No 25447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Beverly**
12414 Linton Road South
Sparta, GA 31087-9351

**Clm No 46003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1923 of 3335

---

**BETTY BICKHAM**
P O BOX 322
DEWEYVILLE TX 77614

**Clm No 35642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Biggs**
4844 Old Seale Hwy 137
Seale, AL 36875

**Clm No 49162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Billman**
303 Yoder Street
Hamburg, PA 19526

**Clm No 25464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1924 of 3335

---

**Betty Blackwell**
302 Alcorn Drive
Corinth, MS 38834

**Clm No 43804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY BLAIR**
5227 CANNONSBURG ROAD
CATLETTSBURG KY 41129

**Clm No 35683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Blake**
2008 Saturn Road
Bastrop, LA 71220

**Clm No 47129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1925 of 3335

---

**Betty Blankenship**
4133 Frances St
Covington, GA 30014

**Clm No 48868**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Blizzard**
125 Loise Lane NE
Milledgeville, GA 31059

**Clm No 46024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Bobak**
29192 Kearsley Rd
Millbury, OH 43447

**Clm No 25529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Bolyard**
11832 Broadway St
Oaklandon, IN 46236

**Clm No 25551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Bond**
512 Barkley Road
Hattiesburg, MS 39401

**Clm No 49317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Bracewell**
5025 Red Bud Dr
Grovetown, GA 30813

**Clm No 49252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY BRANCH**
Gerry Taylor ,Conservator 230 Washington St
Kosciusko, MS 39090

**Clm No 55261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Brooks**
2240 16th St
Parkersburg, WV 26101

**Clm No 25643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY BROWN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Betty Brown**
334 Erie St.
Jackson, MS 39203

**Clm No 48374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Brown**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,000.00 | |
| | $1,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,000.00 |

---

**Betty Bryant**
3351 Country Side Circle Apt. 34
Horn Lake, MS 38637

**Clm No 48382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1929 of 3335

**Betty Bullard**
30 School Street
Rienzi, MS 38865

**Clm No 43884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Burger**
11828 Robinwood Drive
Hagerstown, MD 21742

**Clm No 25731**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Burkhart**
366 E Washington Ave
Peru, IN 46970

**Clm No 25743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Betty Burley**
2 N Highland Ave
Moundsville, WV 26041

**Clm No 25747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY BURNETT**
P.O. BOX 2722
CONWAY AR 72032

**Clm No 36098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Betty Burnham**
852 Crossroad Rd
Pelahatchie, MS 39145

**Clm No 50368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1931 of 3335

---

**BETTY BURRELL**
60 Water Oak Lane
Starkville, MS 39759

**Clm No 55403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Bussell**
3104 Tournament Drive
Chesapeake, VA 23323-2516

**Clm No 3049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Butts**
1202 Roosevelt Blvd.
Portsmouth, VA 23701

**Clm No 3060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

1932 of 3335

---

**Betty Byars**
174 County Road 102
Pittsboro, MS 38951

**Clm No 46806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY C. WILLIAMS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Betty Caldwell**
110 Heather Street
Warner Robins, GA 31093

**Clm No 45569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Caldwell**
22479 Vellines Lane
Carrollton, VA 23314

**Clm No 3082**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Betty Carpenter**
P.O. Box 114
Cottondale, AL 35453

**Clm No 50940**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BETTY CARROLL**
c/o Lois Jean Muirhead
930 Wells Road
Vicksburg, MS 39180

**Clm No 55469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Carter**
368 Twp Rd 84 S
Chesapeake, OH 45619

**Clm No 25859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Chapman**
805 Highway 510
Shubuta, MS 39360

**Clm No 50254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY CHISOLM**
P. O. BOX 122
Tchula, MS 39169

**Clm No 55536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

1935 of 3335

---

**Betty Clark**
758 Greenwood St
Barnesville, GA 30204

**Clm No 50141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Clark**
222 Callaway St
Manchester, GA 31816

**Clm No 47427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Clevenger**
326 Oak Lane
Huntington, WV 25704

**Clm No 25997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Clifton**
160 Gatorwood Road
Richton, MS 39476

**Clm No 46618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY CLOUD, PERSONAL REPRESENTATIVE FOR**
JAMES OLEN CLOUD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Betty Colquitt**
14477 Yellow Creek Fishing Camp Road
Northport, AL 35475

**Clm No 66957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY COMEAUX**
1115 TEXAS STREET
ORANGE TX 77630

**Clm No 36582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY CONLEY**
7375 WHITE PINE DR.
HICKORY NC 28602

**Clm No 36602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 36603 |

---

**BETTY CONLEY**
7375 WHITE PINE DR.
HICKORY NC 28602

**Clm No 36603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 36602 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1938 of 3335

---

**Betty Conti**
124 Meadowbrook Ave
Boardman, OH 44512

**Clm No 26076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Cook- Wildermuth**
581 W Front St
Logan, OH 43138

**Clm No 26087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Copeland**
1417 E 5th Street
Corinth, MS 38834

**Clm No 43980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

**Betty Cotton**
1856 Airport Rd
McConnelsville, OH 43756

**Clm No 26121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Cox**
221 N Pine St
Adams, WI 53910

**Clm No 59226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Crews**
105 Plantation Dr. Lot 8
Warm Springs, GA 31830

**Clm No 45397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                              1940 of 3335

---

**BETTY CROCKER**                    **Clm No 55681**    Filed In Cases: 140
47 Delta Avenue, apt. 111
Clarksdale, MS 38614             | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY CROOKS**                     **Clm No 36758**    Filed In Cases: 140
P. O. BOX 1244
MT. PLEASANT TX 75456           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY CRUZ**                       **Clm No 36783**    Filed In Cases: 140
1523 CORINA ST.
ALICE TX 78332                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1941 of 3335

---

**BETTY CUEVAS**
25463 ST. STEPHENS ROAD
PASS CHRISTIAN, MS 39571

**Clm No 20715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Curry**
P.O. Box 151
McIntyre, GA 31054

**Clm No 51017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY CURRY**
57 CR 1717
Bay Springs, MS 39422

**Clm No 55713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1942 of 3335

---

**Betty Curtis**
5610 Hampton Park Dr
Cumming, GA 30041

**Clm No 26206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty D. Garrett**
P.O. Box 54
Four States, WV 26572

**Clm No 54462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty D. Lowe**
24 Roosevelt Ave Apt 2-E
Shinnston, WV 26431

**Clm No 58915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1943 of 3335

---

**BETTY DAGONS**
1536 MONROE ROAD
Hattiesburg, MS 39401

**Clm No 55718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY DANIELS**
73 N. Palestine Road
Natchez, MS 39120

**Clm No 55730**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Darden**
3732 Judy Lane
Dayton, OH 45405

**Clm No 9283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

## *Claims Details*

| **Betty Darnell** | **Clm No 51564** | Filed In Cases: 140 | |
|---|---|---|---|
| PO Box 208 | Class | Claim Detail Amount | Final Allowed Amount |
| Flovilla, GA 30216 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **BETTY DAVIS** | **Clm No 34448** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRENT COON & ASSOCIATES | Class | Claim Detail Amount | Final Allowed Amount |
| 215 ORLEANS ST | UNS | $1.00 | |
| BEAUMONT, TX 77701 | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Betty Davis** | **Clm No 26262** | Filed In Cases: 140 | |
|---|---|---|---|
| 158 Little Creek Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Milton, WV 25541 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1945 of 3335

---

**BETTY DAVIS**
11897 GRACELAND RD
NORTH PORT AL 35475

**Clm No 36870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Davis**
5532 Bethesda Ave
Macon, GA 31206

**Clm No 49487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Deal**
P. O. Box 5
White Marsh,  VA 23183

**Clm No 3482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

### Claims Details                                                                          1946 of 3335

---

**BETTY DEARING JAY**                          **Clm No 88220**      Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                               Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                               UNS                    Unknown

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Betty Dees**                                 **Clm No 48685**      Filed In Cases: 140
389 CR 418
Calhoun City, MS 38916                         Class              Claim Detail Amount      Final Allowed Amount

                                               UNS                    $1.00
                                                                      $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY DEON**                                 **Clm No 36993**      Filed In Cases: 140
7722 WOODWAY DRIVE
HOUSTON TX 77063                               Class              Claim Detail Amount      Final Allowed Amount

                                               UNS                    $1.00
                                                                      $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1947 of 3335

---

**BETTY DIABO**
5389 CARIBOU EXT
ORANGE TX 77630

**Clm No 37038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY DINSDALE, PERSONAL REPRESENTATIVE FOR**
FRANK DINSDALE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Betty Dockins**
545 Scott Cemetery Road
Carbon Hill, AL 35549

**Clm No 59260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1948 of 3335

---

**Betty Dominy**
468 Hwy 441 South
Irwinton, GA 31042

**Clm No 49111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Dominy**
2561 Hwy 80 West
Dublin, GA 31021

**Clm No 47767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Douglas**
335 Browns Crossing Rd. NW
Milledgeville, GA 31061

**Clm No 48378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          1949 of 3335

---

**Betty Drake**                    **Clm No 26424**    Filed In Cases: 140
31310 St Rt 31
Richwood, OH 43344                  Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY DREW**                     **Clm No 37158**    Filed In Cases: 140
2444 RAY ROAD
OXFORD MI 48370                    Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Betty Duett**                    **Clm No 49394**    Filed In Cases: 140
5280 Gooden Lake Rd
Belzoni, MS 39038                  Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY DUPLANT**
4628 GULF
GROVES TX 77619

**Clm No 37242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY DYESS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Dykes**
P.O. Box 707
Richton, MS 39476

**Clm No 51372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1951 of 3335

---

**BETTY E. FREEMAN**                      **Clm No 87576**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                          Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                          UNS                    Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Betty Eason**                           **Clm No 3640**     Filed In Cases: 140
101 Kings Lane
Franklin,  VA 23851                        Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**BETTY EASTERWOOD**                      **Clm No 67637**    Filed In Cases: 140
c/o Glenda E. Bryan, POA
464 County Road #276                       Class              Claim Detail Amount      Final Allowed Amount
Cullman, AL 35057
                                          UNS                    $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                          1952 of 3335

---

**BETTY ELAINE WRIGHT**                          **Clm No 87038**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                              Class              Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                                 UNS                     $1.00
                                                                         $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**BETTY ELARM,  PERSONAL REPRESENTATIVE**        **Clm No 81405**      Filed In Cases: 140
**FOR**
ROSCOE CONKLIN MCCRARY (DECEASED)
C/O BRAYTON PURCELL, LLP                          Class              Claim Detail Amount      Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD                             UNS                    Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Betty Ellis**                                  **Clm No 26520**      Filed In Cases: 140
211 Private Dr #8323
Proctorville, OH 45669                            Class              Claim Detail Amount      Final Allowed Amount

                                                 UNS                     $1.00
                                                                         $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1953 of 3335

**BETTY ELSBERRY**
1696 Dennison Ave. SW
Birmingham, AL 35211

**Clm No 67735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Evans**
5816 Redmond Street
Baltimore,  MD 21225

**Clm No 3718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Fenn**
809 W 16th St
Tifton, GA 31794

**Clm No 50271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1954 of 3335

---

**Betty Ferguson**                    **Clm No 46899**    Filed In Cases: 140
181 Nub McNair Rd
Magee, MS 39111                       Class         Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Betty Ferguson**                    **Clm No 22207**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                     Class         Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            7-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Betty Forbes**                      **Clm No 46802**    Filed In Cases: 140
1736 Tipton Circle
Dexter, GA 31019                      Class         Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             1955 of 3335

---

**BETTY FOSTER**                          **Clm No 37587**    Filed In Cases: 140
136 GRAND CHASE
NEDERLAND TX 77627                    Class            Claim Detail Amount      Final Allowed Amount

UNS                  $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY FOX**                             **Clm No 56053**    Filed In Cases: 140
P.O. bOx 125
Leland, MS 38756                      Class            Claim Detail Amount      Final Allowed Amount

UNS                  $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY FRAZIER**                         **Clm No 87718**    Filed In Cases: 140
FOR THE ESTATE OF SELMA C. SABBS
C/O EDWARD O. MOODY, PA              Class            Claim Detail Amount      Final Allowed Amount
801 WEST 4TH ST.
LITTLE ROCK, AR 72201                UNS                 Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/30/2018 5:48:22 PM

---

*Claims Details*                                                                            1956 of 3335

---

**BETTY FRAZIER, PERSONAL REPRESENTATIVE FOR**          **Clm No 80108**    Filed In Cases: 140

CHARLES L. FRAZIER (DECEASED)                    Class          Claim Detail Amount        Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                             UNS                    Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**Betty Freeman**                                       **Clm No 26728**    Filed In Cases: 140

1130 3rd Avenue                                  Class          Claim Detail Amount        Final Allowed Amount
Huntington, WV 25701
                                                UNS                     $1.00
                                                                        $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Betty French**                                        **Clm No 18906**    Filed In Cases: 140

701 Spell Street                                 Class          Claim Detail Amount        Final Allowed Amount
West Monroe, LA 71292
                                                UNS                     $1.00
                                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1957 of 3335

---

**BETTY GAIL LOPEZ, PERSONAL REPRESENTATIVE FOR**

EUGENE CLYDE BARNETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY GALLIER**

2305 BERWICK ST

VIDOR TX 77662

**Clm No 37709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY GAY CALLAHAN**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 84692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1958 of 3335

---

**Betty Gee**
1648 Morris Street
Mineral Ridge, OH 44440

**Clm No 10495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Gilliam**
1455 Foster Road
Kennedy, AL 35574

**Clm No 68306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Ginn**
254 County Road 604
Corinth, MS 38834

**Clm No 44161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Betty Ginn**
232 Ritzcraft Drive
Virginia Beach,  VA 23462

**Clm No 3960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY GLADDEN,  PERSONAL REPRESENTATIVE FOR**
ALFRED CAROL MARSH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTY GLAZE**
799 OAKMONT DRIVE
HEWITT TX 76643

**Clm No 37879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY GODDARD**
P O BOX 473
DEWEYVILLE TX 77614

**Clm No 37889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Goetz**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $2,000.00           |                      |
|       | $2,000.00           |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $2,000.00 |

---

**Betty Goletz**
116 Candlelight Dr
Ruffsdale, PA 15679

**Clm No 26882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1961 of 3335

| **Betty Gordon-Head** | | **Clm No 51560** | Filed In Cases: 140 | |
|---|---|---|---|---|
| PO Box 203 | | Class | Claim Detail Amount | Final Allowed Amount |
| Pontotoc, MS 38863 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Betty Graves** | | **Clm No 51833** | Filed In Cases: 140 | |
|---|---|---|---|---|
| Rt. 3 Box 312 | | Class | Claim Detail Amount | Final Allowed Amount |
| Mt. Olive, MS 39119 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Betty Griffin** | | **Clm No 4061** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1453 Lambs Grove Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabeth City,  NC 27909 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**BETTY GUILLORY**
1009 EAST 5TH STREET
PORT ARTHUR TX 77640

**Clm No 38124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty H. McDade**
102 North Main Street South West
Milledgeville, GA 31059

**Clm No 45289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Hagler**
25- 39th Avenue
Phenix City, AL 36869

**Clm No 47698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**Betty Hall**
3085 SE 80th St Lot 13
Ocala, FL 34480

**Clm No 27019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY HAMILTON**
POST OFFICE BOX 1962
OCEAN SPRINGS, MS 39564

**Clm No 20860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Hamilton**
140 Dry Creek Road Lot #12A
Magee, MS 39111

**Clm No 46303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                    1964 of 3335

---

**BETTY HAMPTON**                      **Clm No 87766**   Filed In Cases: 140
FOR THE ESTATE OF HUBERT DOYAL HAMPTON
C/O EDWARD O. MOODY, PA          Class        Claim Detail Amount    Final Allowed Amount
801 WEST 4TH ST.                 UNS            Unknown
LITTLE ROCK, AR 72201

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Betty Hamrick**                      **Clm No 11022**   Filed In Cases: 140
2830 Manchester Avenue NW
North Lawrence, OH 44666         Class        Claim Detail Amount    Final Allowed Amount
                                 UNS            $1.00
                                                $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Betty Haralson**                     **Clm No 48198**   Filed In Cases: 140
311 Scott St Apt 14
Atlanta, GA 30311               Class        Claim Detail Amount    Final Allowed Amount
                                 UNS            $1.00
                                                $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1965 of 3335

---

**Betty Harris**
580 Hemlock Drive
Euclid, OH 44132

**Clm No 11120**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BETTY HARRIS**
342 EAST PINEY-RIDGE DR
ZAVALLA TX 75980

**Clm No 38300**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**BETTY HARRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**BETTY HARVILLE**
RT. 2 BOX 1066
RIDGEWAY VA 24148

**Clm No 38347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BETTY HATCHEL**
P.O. BOX 153212
LUFKIN TX 75915

**Clm No 38352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Hayes**
310 Kastal Court
Hampton,  VA 23669

**Clm No 4258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Henderson**
10451 Cliffwood Rd
Perrysburg, OH 26104

**Clm No 27195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Henson**
2828 County Rd 220
Middleburg, FL 32068

**Clm No 27217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Hicks**
112 West Plaza Street
Crystal Springs, MS 39059

**Clm No 45671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1968 of 3335

**Betty Higgins**
12007 Mt. Olive Road
Coker, AL 35452

**Clm No 69040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Hill**
4137 Briscoe St NW
Covington, GA 30014

**Clm No 48872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Hill**
136 Sugar Creek Drive
Marshall, TX 75672

**Clm No 33418**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

---

**Betty Hill**
5018 Highway 15 N
Laurel, MS 39443

**Clm No 49244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY HITCHCOCK (FORMERLY SMITH)**
31 Farr Road
Natchez, MS 39120

**Clm No 56499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Hobbs**
267 Ella Walker Road
Magee, MS 39111

**Clm No 47847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Hobbs**
267 Ella Walker Road
Magee, MS 39111

**Clm No 47846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Hogge**
1823 Lillaston Lane
Hayes,  VA 23072

**Clm No 4352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Holifield**
162 Northside Church Road
Lucedale, MS 39452

**Clm No 46672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Betty Holleman**
4073 BK Bayou Road
Leland, MS 38756

**Clm No 48798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Holzer**
10676 LeMarie Drive
Cincinnati, OH 45241

**Clm No 11622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Houchins**
PO Box 411
Athens, WV 24712

**Clm No 27344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1972 of 3335

---

**Betty Howard**
5327 36th Ave. East
Tuscaloosa, AL 35405

**Clm No 69283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Howard**
108 Ladywood Lane
Bessemer, AL 35022

**Clm No 24868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Hubele**
12655 Williamsburg Ave., NW
Uniontown, OH 44685

**Clm No 11750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Betty Hyde Reed**
705 Schoolwood Dr.
Redfield, AR 72132

**Clm No 49970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY IMOGENE MILLER, PERSONAL REPRESENTATIVE FOR**
JAMES CRAIG MILLER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN:BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Betty Ireson**
655 E Gilchrist Ct
Hernando, FL 34442

**Clm No 27443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    1974 of 3335

---

**Betty Ison**                          **Clm No 27449**    Filed In Cases: 140
1290-J Airport Rd
Fairmont, WV 26554                       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Betty J Simmons**                     **Clm No 33063**    Filed In Cases: 140
11761 Kingfisher Lane East
Jacksonville, FL  32218                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY J. BEALER**                     **Clm No 88587**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201                    |-------|---------------------|----------------------|
                                         | UNS   | Unknown             |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty J. Campbell**
P.O. Box 1765
Clarksburg, WV 26301

**Clm No 54368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY J. CUNNINGHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Betty J. Gardner**
733 Bowen Hill Rd.
Haddox, GA 31033

**Clm No 50078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    1976 of 3335

---

**BETTY J. JONES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY J. JONES, PERSONAL REPRESENTATIVE FOR**
KENNETH D. JONES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BETTY J. LANE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**Betty J. Moore**                              **Clm No 58953**    Filed In Cases: 140

P.O. Box 1001

Fairmont, WV 26554

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty J. Smith**                              **Clm No 47854**    Filed In Cases: 140

26872 Colgate Street

Inkster, MI 48141

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY J. TAYLOR, PERSONAL REPRESENTATIVE FOR**                              **Clm No 78700**    Filed In Cases: 140

J.C. BASS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                             1978 of 3335

---

**Betty J. Tinder**                     **Clm No 53602**    Filed In Cases: 140
1233 Pleasant Valley Rd.
Fairmont, WV 26554              Class          Claim Detail Amount      Final Allowed Amount

                               UNS               $1.00

                                                 $1.00

        Date Filed        9-Dec-2016
        Bar Date
        Claim Face Value       $1.00

---

**Betty Jackson**                       **Clm No 11894**    Filed In Cases: 140
1206 Angiers Drive
Dayton, OH 45417               Class          Claim Detail Amount      Final Allowed Amount

                               UNS               $1.00

                                                 $1.00

        Date Filed        23-Nov-2016
        Bar Date
        Claim Face Value       $1.00

---

**Betty Jackson**                       **Clm No 51202**    Filed In Cases: 140
P.O. Box 331
Canton, MS 39046              Class          Claim Detail Amount      Final Allowed Amount

                               UNS               $1.00

                                                 $1.00

        Date Filed        8-Dec-2016
        Bar Date
        Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

**BETTY JACKSON**
600 ST. AUBIN STREET
DETROIT, MI 48207

**Clm No 501**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 21-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Betty Jackson**
1005 Coal Shoot Road
Pocahontas, TN 38061

**Clm No 44334**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Betty Jacobs**
27 Avalon Court
Seale, AL 36875

**Clm No 47862**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

1980 of 3335

---

**BETTY JAMES**
7219 BAHIA
MISSOURI CITY TX 77489

**Clm No 38886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|-----------|
| Bar Date         |           |
| Claim Face Value | $1.00     |

---

**BETTY JANE BIRTCHET, PERSONAL
REPRESENTATIVE FOR**
RICHARD EARL BIRTCHET (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value |            |

---

**BETTY JANE CIULLA, PERSONAL
REPRESENTATIVE FOR**
JOHN V. CIULLA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value |            |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              1981 of 3335

---

| **BETTY JANE MASTERSON, PERSONAL REPRESENTATIVE FOR** | **Clm No 80946** | Filed In Cases: 140 | |
|---|---|---|---|
| MORRIS GEORGE MASTERSON (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **BETTY JANE SMITH** | **Clm No 42162** | Filed In Cases: 140 | |
|---|---|---|---|
| 690 LAURA LANE | Class | Claim Detail Amount | Final Allowed Amount |
| VIDOR TX 77662 | | | |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **BETTY JEAN ATKINS, PERSONAL REPRESENTATIVE FOR** | **Clm No 79552** | Filed In Cases: 140 | |
|---|---|---|---|
| HENRY WRIGHT (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY JEAN BETHUNE MERCHANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JEAN BRADLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Betty Jean Eason**
101 Kings Lane
Franklin,  VA 23851

**Clm No 3641**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BETTY JEAN FITZPATRICK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**BETTY JEAN FORTENBERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**BETTY JEAN HALLMARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      1984 of 3335

---

**BETTY JEAN HENRY**                    **Clm No 38481**    Filed In Cases: 140
306 N. MAGNOLIA
CONROE TX 77301                          Class                Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY JEAN MASSEY**                   **Clm No 39960**    Filed In Cases: 140
6632 WASHINGTON
GROVES TX 77619                         Class                Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY JEAN MATTISON, PERSONAL**       **Clm No 80529**    Filed In Cases: 140
**REPRESENTATIVE FOR**
VARIAN ALFRED MATTISON (DECEASED)
C/O BRAYTON PURCELL, LLP                Class                Claim Detail Amount        Final Allowed Amount
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD                   UNS                      Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BETTY JEAN O'LEARY, PERSONAL REPRESENTATIVE FOR**

MICHAEL O'LEARY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY JEAN PACE**
360 DIXIE DRIVE
BRIDGE CITY TX 77611

**Clm No 40813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JEAN PACE**
360 DIXIE DRIVE
BRIDGE CITY TX 77611

**Clm No 40817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Jean Peterson**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Jean Pursley**
P.O. Box 191
Mt. Clare, WV 26408

**Clm No 54377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JEAN RANDELL**
P.O. BOX 1024
VINTON LA 70668

**Clm No 41319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

## *Claims Details*                                                          1987 of 3335

---

**BETTY JEAN RICE**                  **Clm No 41461**   Filed In Cases: 140
P.O. BOX 2059
TEXAS CITY TX 77592              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BETTY JEAN TAYLOR**                **Clm No 87895**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201           |-------|---------------------|----------------------|
                                | UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**BETTY JEAN THOMAS, PERSONAL**      **Clm No 80575**   Filed In Cases: 140
**REPRESENTATIVE FOR**
SHEDDRICK LEON HOWARD (DECEASED)
C/O BRAYTON PURCELL, LLP        | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: BRYN G. LETSCH            |-------|---------------------|----------------------|
222 RUSH LANDING ROAD           | UNS   | Unknown             |                      |
NOVATO, CA 94928-6169

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY JEAN TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JEWEL ADCOX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JO BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY JO CHAMP**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY JO FRALEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTY JO JOHNSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

OldCo, LLC, successor by merger to Coltec Industries Inc

3/30/2018 5:48:22 PM

## Claims Details

1990 of 3335

**BETTY JO JONES**
549 RUSCHE RD.
Benton, MS 39039

**Clm No 56780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Jo Kee**
1105 Beechwood Circle
Corinth, MS 38834

**Clm No 44406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BETTY JO LANGFORD**
95157 ARBOR LANE
FERNANDINA BEACH FL 32034

**Clm No 39447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY JO MOORE**
2507 AVENUE A
NEDERLAND TX 77627

**Clm No 40460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JO SCHEFFER**
12319 TRISTA CT
SANTA FE TX 77510

**Clm No 41859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JO SHAFER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY JO TAYLOR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JOE CLARK, PERSONAL REPRESENTATIVE FOR**
JOE N. GRIMES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTY JOE CONNER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Betty Johnson**
376 White Street
Loveland, OH 45140

**Clm No 12091**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JOHNSON**
4981 SCANDIA RD.
SANDSTONE VA 23150

**Clm No 38960**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Johnson**
3 T.C. Gordon Rd.
Tifton, GA 31794

**Clm No 48049**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

1994 of 3335

---

**Betty Johnson**
5713 Eastwood Dr.
Moss Point, MS 39563

**Clm No 49552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Johnson**
P O Box 868
Gordon, GA 31031

**Clm No 50815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Jones**
1243 Smith County Rd 19 S
Taylorsville, MS 39168

**Clm No 46006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

1995 of 3335

---

**Betty Jones**
112 Jodee Dr
Middletown, OH 45042

**Clm No 27553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY JONES**
1516 LEE STREET
Laurel, MS 39440

**Clm No 56778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Jordan**
4658 Warwick South Dr.
Canfield, OH 44406

**Clm No 12255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

1996 of 3335

---

**BETTY JOYCE MCKIMM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Joyce Roberts**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $7,500.00 | |
| | $7,500.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $7,500.00 |

---

**BETTY JOYCE STRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Betty Kelley**
4910 Rosemont Dr.
Columbus, GA 31904

**Clm No 49186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Kelly**
158 Columbia Street
Mobile, AL 36607

**Clm No 70012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Ketton**
765 Singleton Road
Ethelsville, AL 35461

**Clm No 70052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

1998 of 3335

---

**BETTY KEYES, PERSONAL REPRESENTATIVE FOR**

ROBERT HOWARD KEYES JR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Betty Koehler**

Heartland of Riverview

South Point, OH 45680

**Clm No 27723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Betty Kopriva**

312 S Houston Ave

Cameron, TX 76520

**Clm No 22316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $2,000.00           |                      |
|       | $2,000.00           |                      |

| Date Filed | 7-Dec-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $2,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

1999 of 3335

---

**Betty L. Connor**
225 E. Loveland Ave. Apt 1A
Loveland, OH 45140

**Clm No 8919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY L. FRANKLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty L. Franzese**
324 Linden Place
Westbury, NY 11590

**Clm No 2**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Sep-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2000 of 3335

---

**BETTY L. GARRETT, PERSONAL REPRESENTATIVE FOR**

WILBERT GARRETT (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Betty L. Gizzi**

RR 2, Box 437

Bridgeport, WV 26330

**Clm No 54626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty L. Hawkinberry, Estate**

129 River Run Road

Fairmont, WV 26554

**Clm No 53614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2001 of 3335

---

**Betty L. Hawley**
1824 Pleasant Valley Road
Fairmont, WV 26554

**Clm No 53722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty L. Hill**
1700 Morgantown Avenue
Fairmont, WV 26554

**Clm No 53702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty L. McKinney**
206 Taff St.
Clarksburg, WV 26301

**Clm No 58935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2002 of 3335

---

**Betty L. Miller**
Rt. 3, Box 181 D
Clarksburg, WV 26301

**Clm No 54869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty L. Pulice**
1935 Pride Avenue
Clarksburg, WV 26301

**Clm No 53737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty L. Sine**
Rt. 1, Box 450
Rivesville, WV 26588

**Clm No 54787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2003 of 3335

---

**Betty L. Williams**
223 Hunt Street
Greenville, MS 38701

**Clm No 47439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Betty Langford**
112 Dye Ave.
Vardaman, MS 38878

**Clm No 45658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Betty Lanham**
7499 Buchannon Rd
Volga, WV 26238

**Clm No 27806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2004 of 3335

---

**BETTY LATINO**
105 DOVE COURT
SLIDELL LA 70461

**Clm No 39475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BETTY LAVERGNE**
6540 MADISON
GROVES TX 77619

**Clm No 39487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Lawrence**
PO Box 275
McLain, MS 39456

**Clm No 51598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

2005 of 3335

| **Betty Lawson** | | **Clm No 12880** | Filed In Cases: 140 | |
| 5060 Silverdome Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Dayton, OH 45414 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **BETTY LEE DECUIR** | | **Clm No 36940** | Filed In Cases: 140 | |
| 110 RIDGE ROCK COVE | | Class | Claim Detail Amount | Final Allowed Amount |
| KERRVILLE TX 78028 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **BETTY LEE GRIGGS** | | **Clm No 88908** | Filed In Cases: 140 | |
| C/O EDWARD O. MOODY, PA | | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | UNS | Unknown | |
| LITTLE ROCK, AR 72201 | | | | |

| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

2006 of 3335

**BETTY LEHMAN**
ROY LEHMAN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Betty Lewis**
104 Elm Court
Monticello, AR 71655

**Clm No 23259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Lindsey**
105 Juckion Ave
North Las Vegas, NV 89031

**Clm No 45393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2007 of 3335

---

**BETTY LOEFFLER**
GEORGE HALE
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Betty Lou  Munching, Estate**
728 Cambridge Avenue
Aberdeen MD 21001

**Clm No 54214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY LOU BOUTWELL BURNSIDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2008 of 3335

---

**Betty Lou Franzese**
324 Linden Place
Westbury, NY 11590

**Clm No 1583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Lou Harris**
c/o Betty Lou Harris
3700 Sandy Cir.
Macon, GA 31216

**Clm No 50669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Lou Hassebrock**
4690 Victory Dr. SW
Port Orchard, WA 98367

**Clm No 33702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2009 of 3335

---

**BETTY LOU MAY**
2710 UPTON
PORT ARTHUR TX 77642

**Clm No 40010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY LOUISE JOHNSON, PERSONAL REPRESENTATIVE FOR**
RICHARD EMIL JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**BETTY LOUISE ROBINSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2010 of 3335

---

**Betty Lunsford**
P.O. Box 1741
Covington, GA 30015

**Clm No 51060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY M. SHELLS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Betty M. Wolfe, Estate**
118 1/2 Ullom Street
Fairmont, WV 26554

**Clm No 53577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY MAE JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY MAPLE ASHLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY MARIE ACHORD**
9406 VICKSBURG AVE.
TEXAS CITY TX 77591

**Clm No 35156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2012 of 3335

---

**Betty Markoski**
3615 Rolling Ridge NE
North Canton, OH 44721

**Clm No 13362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|---------|--|
| Date Filed | 23-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**BETTY MATHIS**
2215 KELTY'S STREET
LUFKIN TX 75901

**Clm No 39974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|---------|--|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**BETTY MATTHEWS**
FOR THE ESTATE OF WALTER CANADA
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|-------|---------|--|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

2013 of 3335

---

**BETTY MAY**
373 royal Street Lot 1
Bogue Chitto, MS 39629

**Clm No 57204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Mayes**
1033 E 5th St
Forest, MS 39074

**Clm No 44503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty McClung**
206 Fourth St
Beckley, WV 25801

**Clm No 28157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail:** claimsmanager@omnimgt.com    **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2014 of 3335

---

**Betty McCord**
370 Kenna Dr
South Charleston, WV 25309

**Clm No 28164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty McCullough**
8195 Maple Dr.
Covington, GA 30014

**Clm No 50313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty McDade**
102 N. Main St. SW
Milledgeville, GA 31061

**Clm No 45287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                               3/30/2018 5:48:22 PM

*Claims Details*                                                                          2015 of 3335

---

**Betty McGrew**                     **Clm No 49275**    Filed In Cases: 140
505 North Street
Waynesboro, MS 39367                 Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Betty McKenzie**                   **Clm No 46099**    Filed In Cases: 140
13 County Road 4111A
Pachuta, MS 39347                    Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY MCPHERSON**                  **Clm No 40199**    Filed In Cases: 140
212 SIXTH ST.
CHICKASAW AL 36611                   Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2016 of 3335

---

**BETTY MCPHERSON, PERSONAL REPRESENTATIVE FOR**

EARL MCPHERSON SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Betty Menshouse**

2353 Pesaro Cir

Ocoee,, FL 34761

**Clm No 28251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY MERCER**

41801 State Hwy. 225 Lot 68

Bay Minette, AL 36507

**Clm No 57348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2017 of 3335

---

**BETTY MIKELL, PERSONAL REPRESENTATIVE FOR**

JESSIE ELLIS EL (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Betty Mingo**

c/o Caroal Hill

P. O. Box 3

Irwinton, GA 31042

**Clm No 50673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Betty Moore**

3023 Tomlinson Rd

Milledgeville, GA 31061

**Clm No 48104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

2018 of 3335

---

**Betty Moore**
253 Quail Lane
Leakesville, MS 39451

**Clm No 47745**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY MOORE**
12 REGENCY PLACE
ORANGE TX 77630

**Clm No 40469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY MOOSE, PERSONAL REPRESENTATIVE FOR**
CLAUDE C. MOOSE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2019 of 3335

---

**Betty Mosley**
883 Stateline - Battles Road
State Line, MS 39362

**Clm No 50431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Moss**
424 Whitney Avenue
Akron, OH 44306

**Clm No 14204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Muirhead**
1455 Harrison Road
Forest, MS 39074

**Clm No 44612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2020 of 3335

---

**Betty Mullins**
c/o James A. Mullins
916 - 6th Street SW
Gordo, AL 35466

**Clm No 71322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Nassaney**
3592 County Road 81
Valley Grande, AL 36703

**Clm No 23443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Newell**
22 David Newell Road
Richton, MS 39476-9420

**Clm No 47388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2021 of 3335

---

**Betty Nichols**    **Clm No 49438**    Filed In Cases: 140
54 Riverbend
Brandon, MS 39047    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY O'BRYANT**    **Clm No 40724**    Filed In Cases: 140
RT. 1 BOX 84A
GORDO AL 35466    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY OWENS**    **Clm No 40803**    Filed In Cases: 140
1606 BURDETTE DRIVE
MOBILE AL 36605    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2022 of 3335

---

**Betty Owens**                      **Clm No 5373**      Filed In Cases: 140

1619 Elder Avenue                    Class              Claim Detail Amount      Final Allowed Amount

Chesapeake,  VA 23325
                                     UNS                      $1.00
                                                              $1.00

Date Filed            1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Betty Painter**                    **Clm No 28571**     Filed In Cases: 140

933 Upper Gore Add Rd                Class              Claim Detail Amount      Final Allowed Amount

Toronto, OH 25202
                                     UNS                      $1.00
                                                              $1.00

Date Filed            8-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**BETTY PALMER**                     **Clm No 40834**     Filed In Cases: 140

4315 WINSTON DRIVE                   Class              Claim Detail Amount      Final Allowed Amount

BEAUMONT TX 77706
                                     UNS                      $1.00
                                                              $1.00

Date Filed            9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2023 of 3335

---

**Betty Parish**　　　　　　　　　　　　**Clm No 49443**　Filed In Cases: 140
541 Smith Rd
Belzoni, MS 39038

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Parker**　　　　　　　　　　　　**Clm No 28595**　Filed In Cases: 140
100 Close Rd
Newport, OH 45768

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Parker**　　　　　　　　　　　　**Clm No 44656**　Filed In Cases: 140
115 Waverly Avenue
Newton, MS 39345

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2024 of 3335

---

**Betty Passmore**
#5 Mill Village St
Hawkinsville, GA 31036

**Clm No 45152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Patchen**
Post Office Box 132
Kennedy, AL 35574

**Clm No 71701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Paulk**
602 East 8 St
Tifton, GA 31794

**Clm No 49653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2025 of 3335

---

**Betty Payne**
P.O. Box 314
Newton, MS 39345

**Clm No 51189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Betty Peaco**
1014 Cliftwood Cir
Clifton Forge, VA 24422

**Clm No 28641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Betty Perdue**
PO Box 282
Seth, WV 25181

**Clm No 28660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

2026 of 3335

---

**BETTY PERKINS**
P.O. BOX 1244
DEQUINCY LA 70633

**Clm No 40984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY PERKINS**
2590 BOLIVER STREET
BEAUMONT TX 77701

**Clm No 40970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Peters**
Rt. 3 Box 523
Nashville, GA 31639

**Clm No 51834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2027 of 3335

---

**Betty Peterson**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Peterson-Hill**
4272 E Maynor
Decatur, IL 62521

**Clm No 24460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Pierce**
P.O. Box 376
Rentz, GA 31025

**Clm No 51224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2028 of 3335

---

**Betty Pittman**
P.O. Box 583
Purvis, MS 39475

**Clm No 51322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Pitts**
PO Box 2571
Tifton, GA 31794

**Clm No 51587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY POLLARD**
435 LONGMEADOW STREET
BEAUMONT TX 77707

**Clm No 41126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2029 of 3335

---

**Betty Pope**
6355 Clifton Hillsboro Road
Forest, MS 39074

**Clm No 44695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Powell**
757 Mac Thompson Rd
Cochran, GA 31014

**Clm No 50140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Powell**
779 Curl Rd
Dublin, GA 31027

**Clm No 50184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2030 of 3335

---

**Betty Pratt**
60 Pine Street
Thorsby, AL 35171

**Clm No 25002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Betty Price**
P. O. Box 733
Prentiss, MS 39474

**Clm No 50885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Betty Price**
615 Northside Dr.Apt. H-5
Griffin, GA 30223

**Clm No 49720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2031 of 3335

---

**Betty Pritchett**
1371 Martin Road East
Northport, AL 35473

**Clm No 72036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Quick**
206 Red Knot St
Princeton, WV 24740

**Clm No 28816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY R. ANDREWS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2032 of 3335

---

**Betty R. Finch**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Betty R. Lyons**
Rt. 1, Box 308
Clarksburg, WV 26301

**Clm No 58916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY R. WADLEY, PERSONAL REPRESENTATIVE FOR**
CLAUDIA VERNICE ANDERSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                                  2033 of 3335

---

**BETTY R. WADLEY, PERSONAL REPRESENTATIVE FOR**           **Clm No 80162**    Filed In Cases: 140

LOUIS ABERCROMBIA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Betty Rabener**                                          **Clm No 53009**    Filed In Cases: 140

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**BETTY RAE FINDER, PERSONAL REPRESENTATIVE FOR**         **Clm No 80281**    Filed In Cases: 140

SCOTT SUMMERS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 5:48:22 PM

*Claims Details*                                                                    2034 of 3335

---

**Betty Rankin**                                **Clm No 28840**    Filed In Cases: 140
1544 B Old Town Manor
Cumberland, MD 21502                            Class          Claim Detail Amount      Final Allowed Amount

                                                UNS                    $1.00
                                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Betty Reed**                                  **Clm No 28869**    Filed In Cases: 140
609 Sistersvill ELE School Rd
Sistersville, WV 26175                          Class          Claim Detail Amount      Final Allowed Amount

                                                UNS                    $1.00
                                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY RICHARDSON**                            **Clm No 41487**    Filed In Cases: 140
P.O. BOX 8583
LUMBERTON TX 77656                              Class          Claim Detail Amount      Final Allowed Amount

                                                UNS                    $1.00
                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**Betty Richardson**
1930 Collins Mill Road
Castalia, NC 27816

**Clm No 23593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY RICHEY**
1293 NORTH RIVER ROAD APT. 101
DENHAM SPRINGS LA 70726

**Clm No 41494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Rickman**
310 McCollum Road
Barnesville, GA 30204-3413

**Clm No 48183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    2036 of 3335

---

**Betty Riddle**                          **Clm No 28932**    Filed In Cases: 140
4001 Blackburn Ave
Ashland, KY 41101              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**BETTY ROGERS**                          **Clm No 41645**    Filed In Cases: 140
3080 NORA STREET
BEAUMONT TX 77705             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**BETTY ROGERS HAWKINS**                  **Clm No 87154**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.           | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201             |-------|---------------------|----------------------|
                              | UNS   | $1.00               |                      |
                              |       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Ross**
2603 Vance Ave
Wheeling, WV 26003

**Clm No 29012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Ross**
129 Sycamore Ave
Moundsville, WV 26041

**Clm No 29013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Rowe**
14645 Misty Ln
Rittman, OH 44270

**Clm No 15715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 5:48:22 PM

### Claims Details

2038 of 3335

| | | |
|---|---|---|
| **BETTY RUTH CHARLES** | **Clm No 87982** | Filed In Cases: 140 |

C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| | | |
|---|---|---|
| **Betty Rutherford** | **Clm No 29059** | Filed In Cases: 140 |

5136 Elenor St
Indianapolis, IN 46203

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **BETTY S. EASTERLING** | **Clm No 86495** | Filed In Cases: 140 |

C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTY SAMSON**
224 COUNTY ROAD 6
Heidelberg, MS 39439

**Clm No 57973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Sanders**
P.O. Box 97
Shady Dale, GA 31085

**Clm No 51447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Sashington**
262 Daffodil St.
Macon, GA 31204

**Clm No 47809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2040 of 3335

---

**Betty Scallions**
4935 Fisher Fairy Road
Vicksburg, MS 39180

**Clm No 44787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Betty Scherer**
607 5th Street
Niles, OH 44446-1471

**Clm No 15940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Betty Shelley**
1503 Ables Road
Conehatta, MS 39057

**Clm No 44806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                          2041 of 3335

---

**Betty Sheridan**                          **Clm No 16191**     Filed In Cases: 140
5075 Whippoorwill Rd. NW
N. Canton, OH 44720                          Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Betty Sherman**                           **Clm No 50559**     Filed In Cases: 140
936 Asbury Church Rd
Irwinton, GA 31042                           Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**BETTY SHERRICK**                          **Clm No 42003**     Filed In Cases: 140
6895 RIDGE ROAD
ELIDA OH 45807                               Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2042 of 3335

---

**BETTY SHIMP**
711 WILLARD
LIMA OH 48504

**Clm No 42010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Siroki**
9613 Britannia Ct
Louisville, KY 40272

**Clm No 29292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY SLATER**
910 McLAURIN DRIVE
Magee, MS 39111

**Clm No 58099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

2043 of 3335

---

**BETTY SLIGER**
2802 28TH AVENUE NORTH
TEXAS CITY TX 77590

**Clm No 42123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Smith**
785 Brackenridge Rd
Vincent, OH 45784

**Clm No 29318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY SMITH**
1101 Cherry Grove Road
Crystal Springs, MS 39059

**Clm No 58163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2044 of 3335

---

**Betty Smith**
119 Hosey Smith Rd
Magee, MS 39111

**Clm No 45829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Smith**
3074 Ferry Lake Rd
Enigma, GA 31749

**Clm No 48157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Smith**
737 Juliette Rd Apt 4G
Forsyth, GA 31029

**Clm No 50085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2045 of 3335

---

**BETTY SMITH-LONG**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 42246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY SPIKES**
1405 S. HART
ORANGE TX 77630

**Clm No 42318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Spratlin**
5380 Dowlen Rd
Cedar Hill, TN 37032-9135

**Clm No 49432**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2046 of 3335

---

**BETTY STANLEY**
3027 CANAL
NEDERLAND TX 77627

**Clm No 42361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY STANSBURY**
3111 PRICE STREET
NEDERLAND TX 77627

**Clm No 42367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Stephens**
226 Short 25Th Ave. East
Tuscaloosa, AL 35404

**Clm No 72929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Betty Stephens**
123 Felton Dr
Milledgeville, GA 31061

**Clm No 45960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BETTY STEVENS**
236 Dennis Road
Lake, MS 39092

**Clm No 58226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Stewart**
740 Dublin Street
Greenville, MS 38701

**Clm No 50097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2048 of 3335

---

**Betty Stewart**
4901 14th Street, Apt. 50
Meridian, MS 39307

**Clm No 44872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Stombock**
50 County Rd 107
Proctorville, OH 45669

**Clm No 29515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Stringer**
225 Billy Knight Road
Lucedale, MS 39452

**Clm No 47463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BETTY STUART**
2319 GARY
NEDERLAND TX 77627

**Clm No 42484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BETTY SUE ALCORN**
11617 OLD HWY 62
ORANGE TX 77632

**Clm No 35216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BETTY SUE COCHRAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2050 of 3335

---

**Betty Sue Fisher**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52301**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY SUE JANISZEWSKI, PERSONAL REPRESENTATIVE FOR**
ALEX JANISZEWSKI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BETTY SUE NEAL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2051 of 3335

---

**Betty Sue Pugh**                    **Clm No 59637**    Filed In Cases: 140
P.O. Box 794
Frisco City, AL 36445                 Class            Claim Detail Amount       Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BETTY SULLIVAN**                    **Clm No 42498**    Filed In Cases: 140
RT. 6 BOX 398
EIGHT MILE AL 36613                   Class            Claim Detail Amount       Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BETTY SULLIVAN**                    **Clm No 42502**    Filed In Cases: 140
101 OLD HACKBERRY LANE APT 1203
TUSCALOOSA AL 35401                   Class            Claim Detail Amount       Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2052 of 3335

**Betty Summer**
72 William Gibbs Rd.
Tifton, GA 31794

**Clm No 50047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Sweeney**
11 Shirley Drive
Hampton,  VA 23666

**Clm No 6242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Swinney**
Post Office Box 84
Parma, MO 63870

**Clm No 23779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2053 of 3335

---

**BETTY T. JONES**                          **Clm No 88124**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                            Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                            UNS                   Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Betty Taylor**                            **Clm No 22488**   Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                           Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                    $1.00

                                                                   $1.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY TERRY**                             **Clm No 58348**   Filed In Cases: 140
115 TERRY ROAD
Goodman, MS 39079                           Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                    $1.00

                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Betty Thigpen**
103 Upland Dr
Ivey, GA 31031

**Clm No 45330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Thomas**
157 Fremont Ave
Akron, OH 44312

**Clm No 29650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Tillman**
1952 Tillman Lane
Pensacola, FL 32506

**Clm No 64823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2055 of 3335

---

**BETTY TILLMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Betty Totten**
9590 Crows Nest Lane
Litchfield, OH 44253

**Clm No 17332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY TUPPER**
P.O. BOX 2114
VILLAGE MILLS TX 77663

**Clm No 42845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Betty Turner**
273 Ferris Rd.
Enigma, GA 31749

**Clm No 47891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BETTY VALENTINE**
106 Lincoln Street
Flora, MS 39071

**Clm No 58480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Van**
P.O. Box 217
Richton, MS 39476

**Clm No 51112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2057 of 3335

---

**Betty Vangasbeck**                          **Clm No 6443**    Filed In Cases: 140
100 View Lane Apt. #104
Factoryville, PA 18419                        Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                     $1.00
                                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY VENABLE**                             **Clm No 42940**   Filed In Cases: 140
5000 COBBLESTONE COURT
GROVES TX 77619                               Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                     $1.00
                                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY VENTRESS**                            **Clm No 35033**   Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                                Class          Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                                              UNS                     $1.00
                                                                      $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                     3/30/2018 5:48:22 PM

*Claims Details*                                                                 2058 of 3335

---

**BETTY VIVADO, PERSONAL REPRESENTATIVE FOR**          <u>**Clm No 78711**</u>   Filed In Cases: 140

EDWIN WARTBURG (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Betty Walker**                               <u>**Clm No 17657**</u>   Filed In Cases: 140

800 Hoover Ave.
Cleveland, OH 44119

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Betty Ward**                                 <u>**Clm No 46168**</u>   Filed In Cases: 140

1318 Wofford Rd.
Eupora, MS 39744

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2059 of 3335

---

**Betty Washburn**
2312 N 2nd St
Ironton, OH 45638

**Clm No 29846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|------------|
| Date Filed      | 8-Dec-2016 |
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Betty Watkins**
808 Evergreen Rd
Dublin, GA 31021

**Clm No 50263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|------------|
| Date Filed      | 8-Dec-2016 |
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Betty Watkins**
4104 Flatwoods Road
Northport, AL 35476

**Clm No 73109**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|------------|
| Date Filed      | 9-Dec-2016 |
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                    2060 of 3335

**Betty Watson**                     **Clm No 6547**      Filed In Cases: 140
3964 Port Road
Chesapeake,  VA 23321                 Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY WATTS**                      **Clm No 43140**     Filed In Cases: 140
13429 FM 2937
SILSBEE TX 77656                      Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BETTY WEBB**                       **Clm No 43169**     Filed In Cases: 140
P.O. BOX 1137
TURNER OR 97392                       Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2061 of 3335

---

**Betty West**
72 Tom French Road
Eva, AL 35621

**Clm No 59808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Whipkey**
4624 Albert Avenue
Norton, OH 44203

**Clm No 17958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY WHITE**
3156 TAFT AVE
GROVES TX 77619

**Clm No 43269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2062 of 3335

---

**Betty White**
407 Aurora St
Marietta, OH 45750

**Clm No 29931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY WHITEHEAD**
5031 OLD COTTONDALE RD.
COTTONDALE AL 35453

**Clm No 43285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Whitfield**
76 Pleasant Grove - Chapparal Road
Waynesboro, MS 39367

**Clm No 50146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2063 of 3335

---

**BETTY WILDER**
110 HAYES DRIVE
Jackson, MS 39209

**Clm No 58664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Williams**
1011 Argenville Lane
Crystal Springs, MS 39059

**Clm No 45247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Williams**
5070 Ocean Highway West
Shallotte, NC 28470

**Clm No 59829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2064 of 3335

---

**Betty Williams**
P.O. Box 447
Rentz, GA 31075

**Clm No 51267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY WILLIAMSON**
144 COUNTY RD 721
BUNA TX 77612

**Clm No 43440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY WILLIAMSON**
1121 BIG WOODS VINTON RD
VINTON LA 70668

**Clm No 43442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2065 of 3335

---

**BETTY WILLIS**
445 STONES THROW WAY
LIVINGSTON TX 77351

**Clm No 43451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Wilson**
566 Ernest Cook Road
Mcalester, OK 74501

**Clm No 23918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

2066 of 3335

---

**Betty Wimberley**
12419 Lovie Ln.
Conroe, TX 77302

**Clm No 73337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY WISE**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 43520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BETTY WISE**
2705 GAYLYNN DRIVE
ORANGE TX 77630

**Clm No 43516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             2067 of 3335

---

**Betty Wood**                          **Clm No 48809**    Filed In Cases: 140
408 W. Whatley St.
Pooler, GA 31322                        Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Betty Woodard**                       **Clm No 49069**    Filed In Cases: 140
455 Joe Buckley Road
Pinola, MS 39149                        Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**BETTY WOODRUFF**                      **Clm No 43559**    Filed In Cases: 140
1616 HWY 365 SP8
NEDERLAND TX 77627                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2068 of 3335

---

**Betty Worthy**
1245 Mt Alban Lot 27
Vicksburg, MS 39180

**Clm No 45082**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Wright**
1308 Old Zion Road
Nauvoo, AL 35578

**Clm No 23930**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY YATES**
111 GRANT CIRCLE
PRICHARD AL 36610

**Clm No 43637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2069 of 3335

---

**Betty Yates**
932 McAllister Rd
Wheelersburg, OH 45694

**Clm No 30113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY YAWN**
P. O. BOX 34
FRED TX 77616

**Clm No 43642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY YOST,  PERSONAL REPRESENTATIVE FOR**
HENRY STARK (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    2070 of 3335

---

**BETTY YOUNG, PERSONAL REPRESENTATIVE FOR**      **Clm No 78827**      Filed In Cases: 140

HUBERT BENNY MATHEWS SR. (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Betty Yuhos**      **Clm No 18474**      Filed In Cases: 140

6415 Baldwin Blvd

Lorain, OH 44053

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Zittinger**      **Clm No 6909**      Filed In Cases: 140

43 Lucas Creek Road

Newport News,  VA 23602

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Bettye Anderson**
Post Office Box 562303
Charlotte, NC 28256

**Clm No 22574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bettye Cleveland**
17732 Hwy 15 N
Decatur, MS 39327

**Clm No 46854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bettye Edmond**
104 Raymond Street
Calhoun City, MS 38916

**Clm No 45361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 2072 of 3335

---

**BETTYE ELLIOTT**                    **Clm No 37344**    Filed In Cases: 140
2422 AVENUE E
NEDERLAND TX 77627                    Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bettye Fowlkes**                    **Clm No 48160**    Filed In Cases: 140
308 Julianne Drive
Indianola, MS 38751                   Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BETTYE GROVES**                     **Clm No 38080**    Filed In Cases: 140
902 SNYDER ROAD
MERRYVILLE LA 70653                   Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTYE J BEULAH**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTYE J. LEWIS, PERSONAL REPRESENTATIVE FOR**
ALBERT LEWIS JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTYE J. MCPHAIL PLUMP**
423 KIMBALL AVENUE
HATTIESBURG, MS 39401-2630

**Clm No 21166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

2074 of 3335

---

**Bettye J. Smith**
214 N Virginia St
Crossett, AR 71635

**Clm No 47328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BETTYE JEAN JAMES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**BETTYE JO STOERNER**
62 CREPE MYRTLE CT.
LAKE JACKSON TX 77566

**Clm No 42445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2075 of 3335

---

**Bettye Johnson**
320 Minter Dr
Warner Robins, GA 31088

**Clm No 48270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bettye Jones**
5232 Williams Drive
Jackson, MS 39209

**Clm No 49372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTYE KIMBRO**
1302 TOM TEMPLE DRIVE APT. #313
LUFKIN TX 75901

**Clm No 39264**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2076 of 3335

---

**Bettye Lacy**
2709 Cobb St.
Marshall, TX 75670

**Clm No 33457**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTYE P. SOUTHALL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BETTYE REDDICK**
5309 RAVEN ROW
DALLAS TX 75236

**Clm No 41369**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2077 of 3335

---

**Bettye Rial**                      **Clm No 23592**    Filed In Cases: 140
2360 Arkada Road
Monticello, AR 71655                 Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                   $1.00
                                     - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BETTYE TAYLOR, PERSONAL REPRESENTATIVE**    **Clm No 79731**    Filed In Cases: 140
**FOR**
SIDNEY HANDY (DECEASED)
C/O BRAYTON PURCELL, LLP              Class         Claim Detail Amount    Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD                 UNS                 Unknown
NOVATO, CA 94928-6169                 - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Bettye Travis**                    **Clm No 51658**    Filed In Cases: 140
PO Box 444
Soso, MS 39480                        Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                   $1.00
                                     - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BETTYE WRIGHT**
736 Eddie Street
Grenada, MS 38901

**Clm No 58825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beulah Belch**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEULAH BRADLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Beulah Bradley**
662 Stanton Street
Mobile, AL 36617

**Clm No 60386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEULAH CAROLYN FAILS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beulah Daniels**
1960 Dollar Lane
Adrian, GA 31002

**Clm No 47064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2080 of 3335

---

**Beulah F. Berry**
7 Singletary Drive
Hattiesburg, MS 39401

**Clm No 49939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEULAH G. SWANSON, PERSONAL REPRESENTATIVE FOR**
HARVEY EARL SWANSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEULAH GRANT**
2988 WHITETAIL FOREST RD.
KOUNTZE TX 77625

**Clm No 37998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2081 of 3335

---

**Beulah Harrison**
3840 Long Point Blvd.
Portsmouth, VA 23703

**Clm No 4219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beulah Jenkins**
421 4th Ave
Chesapeake, OH 45619

**Clm No 27495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEULAH JOHNSON**
P O Box 584
Gloster, MS 39638

**Clm No 56730**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2082 of 3335

---

**BEULAH JOHNSON HOOKS, PERSONAL REPRESENTATIVE FOR**

MOSE JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**BEULAH MAE CATLIN**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 84589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Beulah McCaskill**

821 W 14th Street

Lorain, OH 44052

**Clm No 13558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2083 of 3335

---

**Beulah McCorvey**
4501 Atchison St
Moss Point, MS 39563

**Clm No 49054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEULAH MESSICK**
123 SOUTH 9TH STREET
NEDERLAND TX 77627

**Clm No 40254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beulah Mitchell**
527 Maycox Avenue
Norfolk,  VA 23505

**Clm No 5164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Beulah Ramsey**
307 Simmons St
Hazelhurst, MS 39083

**Clm No 48154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Beulah Ruffin**
Season Trace
2 Autumn East
Williamsburg,  VA 23188

**Clm No 5801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Beulah Todd**
2709 Sherwood Dr.
Lorain, OH 44052

**Clm No 17277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2085 of 3335

---

**Beulah Weems**
349 Old Hwy 35 Loop
Forest, MS 39074

**Clm No 45009**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEULAH WILSON**
1600 JOE LEWIS AVENUE APT 2002
PORT ARTHUR TX 77640

**Clm No 43481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEULAH WILSON**
POA, Jan Lee, 22245 CR 4
Taylorsville, MS 39168

**Clm No 58749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 5:48:22 PM

*Claims Details*                                                                2086 of 3335

---

**BEVE TAYS JR.**                     **Clm No 88745**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                      Class            Claim Detail Amount    Final Allowed Amount
LITTLE ROCK, AR 72201
                                      UNS                   Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Bevelyn H. Greene**                 **Clm No 53962**    Filed In Cases: 140
348 Cole Street
Fairmont, WV 26554                    Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00

                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Beverley Lowe**                     **Clm No 52715**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                 Class            Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                      UNS                    $1.00

                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                        2087 of 3335

---

**Beverly  Curtis**                    **Clm No 33335**      Filed In Cases: 140
1202 Gibson
Mount Pleasant, TX 75455              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

        Date Filed          8-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Beverly  Santopietro**               **Clm No 19792**      Filed In Cases: 140
4851 Yardarm Lane
Boynton Beach, FL 33436              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $10,000.00
                                                         $10,000.00

        Date Filed          5-Dec-2016
        Bar Date
        Claim Face Value     $10,000.00

---

**Beverly  Acuff**                     **Clm No 49146**      Filed In Cases: 140
48 Avis Road
Hollandale, MS 38748                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

        Date Filed          8-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/30/2018 5:48:22 PM

### Claims Details

2088 of 3335

---

**Beverly Alltop**

1394 Indian Oaks Blvd

Rockledge, FL 32955

**Clm No 25198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Amerson**

240 E 13th Street

Elyria, OH 44035

**Clm No 7086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY ANN BROWNING, PERSONAL REPRESENTATIVE FOR**

BOYCE W. BROWNING (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BEVERLY ANN GOBERT**
1390 SMOKEY LANE
BEAUMONT TX 77705

**Clm No 37888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY ANN HUBER, PERSONAL REPRESENTATIVE FOR**
BRUCE HUBER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BEVERLY ANN LEWIS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2090 of 3335

---

**Beverly Ann Ryan**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Arrington Covington**
541 Tifton Eldorado Road
Tifton, GA 31794

**Clm No 49444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY B. MEFFERD, PERSONAL REPRESENTATIVE FOR**
KENNETH WAYNE MEFFERD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2091 of 3335

---

**Beverly Baskerville**
397 N. Grove Street
East Orange, NJ 07017

**Clm No 2643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Beazlie**
622 Meredith Lane
Cuyahoga Falls, OH 44223

**Clm No 2682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY BEI, PERSONAL REPRESENTATIVE FOR**
DONALD MORRIS BEI (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Beverly Benedict**
297 Jacobs Road
Youngstown, OH 44505

**Clm No 7564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Bise**
2918 Whitehaven Boulevard
Steubenville, OH 43952

**Clm No 25473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY BLAND**
P O BOX 186
MAURICEVILLE TX 77626

**Clm No 35700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Beverly Bragunier**
c/o Ms Dixie C Newhouse (Creager & Newhouse)
Hagerstown, MD 91740

**Clm No 25610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Bray**
1140 S. Palestine Dr.
Raymond, MS 39154

**Clm No 45732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY BROWN**
1015 North 1st Street
Laurel, MS 39440

**Clm No 55320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2094 of 3335

---

**Beverly Bryant**          **Clm No 8178**    Filed In Cases: 140
1561 Homewood Ave SE
Warren, OH 44484            Class              Claim Detail Amount    Final Allowed Amount

                           UNS                    $1.00
                                                  $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**BEVERLY BURCH**          **Clm No 36078**    Filed In Cases: 140
P. O. BOX 332
DEWEYVILLE TX 77614        Class              Claim Detail Amount    Final Allowed Amount

                           UNS                    $1.00
                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Beverly Butler**         **Clm No 8304**    Filed In Cases: 140
429 West Hylda Avenue
Youngstown, OH 44511       Class              Claim Detail Amount    Final Allowed Amount

                           UNS                    $1.00
                                                  $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Beverly Chapman**
890 Karla Drive
Clinton, OH 44216-9631

**Clm No 20291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Beverly Coles-Bowen**
213 Williamson Road
Portsmouth, VA 23707

**Clm No 3254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY COLLIER**
106 ELAINE CIRCLE, #1007
HATTIESBURG MS 39402

**Clm No 36549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

---

**BEVERLY COTTRELL**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Beverly Courson**
PO Box 11
Allerton, IL 61810

**Clm No 24091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Cox**
901 Ocean Blvd, Unit 16
Atlantic Beach, FL 32233

**Clm No 3349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2727**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2097 of 3335

---

**BEVERLY CREWS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 36746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Cypress**
4003 Saw Mill Court
Chesapeake, VA 23321

**Clm No 3414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Dahl**
6375 Naeff Rd
Fairview, PA 16415

**Clm No 26215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2098 of 3335

---

**Beverly Davis**
8627 Columbine Road
Eden Prairie, MN 55344

**Clm No 59249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY DOWNS**
8906 WREN
ORANGE TX 77630

**Clm No 37141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY EARL HARDY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**Beverly Ferris**
459 Kelly Street NW
New Philadelphia, Oh 44663

**Clm No 2067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Findish**
4130 Kolbe Rd.
Lorain, OH 44053

**Clm No 10111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Freeman**
429 Ivy Crest
Chesapeake, VA 23325

**Clm No 3841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      2100 of 3335

---

**BEVERLY GEORGE**              **Clm No 37818**     Filed In Cases: 140
5131 TORCHLIGHT
HOUSTON TX 77035                Class          Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BEVERLY GIBBS**               **Clm No 56133**     Filed In Cases: 140
2008 Wolf Ridge Road Apt 18
Whistler, AL 36612             Class          Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Beverly Glover**              **Clm No 47545**     Filed In Cases: 140
2326 New Clinton Rd
Macon, GA 31217                Class          Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2101 of 3335

---

**BEVERLY GODMAN, PERSONAL REPRESENTATIVE FOR**

**Clm No 79842**    Filed In Cases: 140

EDWARD GENE GODMAN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BEVERLY GUNTER**

**Clm No 38127**    Filed In Cases: 140

2107 CLARK LANE

ORANGE TX 77632

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY HALL**

**Clm No 38182**    Filed In Cases: 140

1100 EVANGELINE DRIVE

VIDOR TX 77662

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**BEVERLY HANSEN, PERSONAL REPRESENTATIVE FOR**          **Clm No 81076**    Filed In Cases: 140

GARY WAYNE HANSEN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | | |
|-------|--------------------|--------------------|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**BEVERLY HARPER**          **Clm No 38272**    Filed In Cases: 140

508 SOUTH 27TH

NEDERLAND TX 77627

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|--------------------|--------------------|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**BEVERLY HARPER**          **Clm No 38273**    Filed In Cases: 140

P.O. BOX 665

CHANNELVIEW TX 77530

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|--------------------|--------------------|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2103 of 3335

---

**BEVERLY HAVARD**
P.O. BOX 873
ATLANTA TX 75551

**Clm No 38363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY HIGGINS**
5771 CAMBRIDGE AVENUE
PORT ARTHUR TX 77640

**Clm No 38531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY HILL**
P.O. BOX 550
SILSBEE TX 77656

**Clm No 38540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                      2104 of 3335

---

**Beverly Hines**                     **Clm No 47132**    Filed In Cases: 140

201 B Lindale Cove                    Class              Claim Detail Amount    Final Allowed Amount
Clinton, MS 39056
                                      UNS                        $1.00

                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Beverly Hooker**                    **Clm No 2119**    Filed In Cases: 140

1275 Norton Avenue Lot N2             Class              Claim Detail Amount    Final Allowed Amount
Norton, Oh 44203
                                      UNS                        $1.00

                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**BEVERLY HOUSER, PERSONAL REPRESENTATIVE**    **Clm No 80982**    Filed In Cases: 140
**FOR**

WILLIAM CECIL HOUSER SR. (DECEASED)   Class              Claim Detail Amount    Final Allowed Amount
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                   UNS                      Unknown
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2105 of 3335

---

**Beverly Howard**                **Clm No 27352**   Filed In Cases: 140
14900 US HWY 50 W.
Bainbridge, OH 45612              Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BEVERLY HUFF**                   **Clm No 38741**   Filed In Cases: 140
933 GREEN MOORE ROAD
STARKS LA 70661                   Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BEVERLY HULSEY**                 **Clm No 38758**   Filed In Cases: 140
3425 LITTLE CYPRESS DRIVE
ORANGE TX 77632                   Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2106 of 3335

---

**Beverly Hunter**                    **Clm No 23121**    Filed In Cases: 140
333 Grants Road
Ohatchee, AL 36271                    Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Beverly Ingram**                    **Clm No 52548**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                 Class          Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                      UNS                    $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Beverly J. Ash**                    **Clm No 54406**    Filed In Cases: 140
P.O. Box 299
Lesage, WV 25537                      Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 2107 of 3335

---

**BEVERLY J. MULL, PERSONAL REPRESENTATIVE FOR**          **Clm No 80141**    Filed In Cases: 140

ROBERT GENE MULL (DECEASED)

C/O BRAYTON PURCELL, LLP              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: BRYN G. LETSCH                 | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**BEVERLY J. PARKS, PERSONAL REPRESENTATIVE FOR**          **Clm No 79706**    Filed In Cases: 140

PAUL JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: CURT HENNECKE                  | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**BEVERLY J. PERRY, PERSONAL REPRESENTATIVE FOR**          **Clm No 80384**    Filed In Cases: 140

CECIL IRA PERRY (DECEASED)

C/O BRAYTON PURCELL, LLP              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|

ATTN: BRYN G. LETSCH                 | UNS | Unknown | |

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

Date Filed              23-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                            2108 of 3335

---

**BEVERLY JANE BROWN**                    **Clm No 36016**    Filed In Cases: 140

P.O. BOX 155

WATER VALLEY TX 76958

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**BEVERLY JEAN HARDIN**                    **Clm No 88184**    Filed In Cases: 140

C/O EDWARD O. MOODY, PA

801 WEST 4TH ST.

LITTLE ROCK, AR 72201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**BEVERLY JEAN WILLITS, PERSONAL REPRESENTATIVE FOR**    **Clm No 80173**    Filed In Cases: 140

JAMES HOMER WILLITTS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2109 of 3335

---

**Beverly Jo Arnold**
759 Fox Island Dr.
Florissant, MO 63034

**Clm No 1760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Johnson**
PO Box 437004
Chicago, IL 60643

**Clm No 24267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Johnson**
6720 Wrights Road
Wayland, NY 14572

**Clm No 2340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2110 of 3335

---

**Beverly Jones**
1314 S Spaulding Avenue  Apt 303
Chicago, IL 60623

**Clm No 24276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Jones**
900 Bells Mill Road
Chesapeake,  VA 23322

**Clm No 4611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY JOYCE PAYTON**
1705 RICHLEN WAY
DESOTO TX 75115

**Clm No 40920**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                      2111 of 3335

---

**Beverly K. Covato**                    **Clm No 3344**      Filed In Cases: 140
242 Goosepond Road
Emporia, VA 23847                        Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                  $1,250.00
                                                             $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**BEVERLY KAY SMITH**                    **Clm No 88012**     Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class          Claim Detail Amount       Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                   Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**BEVERLY KEEL**                         **Clm No 34701**     Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                           Class          Claim Detail Amount       Final Allowed Amount
BEAUMONT, TX 77701
                                         UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Beverly King**
2351 Central Parkway
Warren, OH 44484

**Clm No 12512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Kirby Miller**
208 Lakeshore Dr
Eatonton, GA 31024

**Clm No 47242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Klausen**
P.O. Box 4090
Albuquerque, NM 87196-4090

**Clm No 70122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Beverly Koski**
4749 Veterans Blvd.
New Cumberland, WV 26047

**Clm No 12663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY L. HARSHAW**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87996**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Beverly Laster**
C/o Georgia Laster
1700 Ridgefiled Circle
Birmingham, AL 35215

**Clm No 70245**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2114 of 3335

---

**BEVERLY LEE, PERSONAL REPRESENTATIVE FOR**

FRANK LEE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN:BRYN G LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80047**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BEVERLY LOCKMAN**

C/O RUSSELL WINBURN

P. O. BOX 1868

FAYETTEVILLE, AR 72702

**Clm No 39679**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Lynch**

78 Miles Ave.

Staten Island, NY 10308

**Clm No 1326**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2115 of 3335

---

**BEVERLY M. TUGGLE, PERSONAL REPRESENTATIVE FOR**

PATRICK EDWARD DURKING (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BEVERLY MACHEMEHL**

14395 COUNTY ROAD 1100

TYLER TX 75703

**Clm No 39808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Marshall**

749 East Lakeside Drive

Florence, AL 35630

**Clm No 23300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    2116 of 3335

---

**Beverly Martin**                    **Clm No 28069**    Filed In Cases: 140
7682 Miami Dr
Mentor on the Lake, OH 44060          Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                     ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾
                                                           $1.00

        Date Filed          8-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Beverly McAtee**                    **Clm No 28133**    Filed In Cases: 140
315 Colegate Dr
Marietta, OH 45750                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                     ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾
                                                           $1.00

        Date Filed          8-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Beverly McClain**                    **Clm No 49391**    Filed In Cases: 140
5275 Sandfort Rd
Seale, AL 36875                        Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                     ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾
                                                           $1.00

        Date Filed          8-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BEVERLY MCCREADY**
2841 OAK
GROVES TX 77619

**Clm No 40098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY MONTGOMERY, PERSONAL REPRESENTATIVE FOR**
IRENE BROWN LEWIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEVERLY MOSS**
129 PRIVATE ROAD 1608
CLIFTON, TX 76634-

**Clm No 21096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    2118 of 3335

---

**BEVERLY NANCE**
3880 CENTRAL POINTE DR
BEAUMONT TX 77706

**Clm No 40621**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**BEVERLY NUNEZ**
311 CHAPEL BELLE LN
HOUSTON TX 77024

**Clm No 40715**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**BEVERLY PARKER**
6044 WEST MADISON
GROVES TX 77619

**Clm No 40856**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2119 of 3335

---

**Beverly Parker**　　　　　　　　　　**Clm No 44657**　Filed In Cases: 140
263 Brewer Dr
Forest, MS 39074

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　9-Dec-2016
Bar Date
Claim Face Value　　　$1.00

---

**Beverly Payton**　　　　　　　　　　**Clm No 14776**　Filed In Cases: 140
11045 Grand Avenue
Blue Ash, OH 45242

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　23-Nov-2016
Bar Date
Claim Face Value　　　$1.00

---

**Beverly Powell**　　　　　　　　　　**Clm No 28766**　Filed In Cases: 140
1363 Pampas Circle
Rock Hill, SC 29732

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed　　　8-Dec-2016
Bar Date
Claim Face Value　　　$1.00

---

**Rust Consulting | Omni Bankruptcy**　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*  3/30/2018 5:48:22 PM

*Claims Details*  2120 of 3335

---

**Beverly Prout**
3038 Third Avenue
Huntington, WV 25702

**Clm No 28805**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Beverly Roebuck**
515 E Weatherbee Rd
Ft Pierce, FL 34982

**Clm No 28986**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Beverly Romish**
587 Salva Ave
Shadyside, OH 43947

**Clm No 29004**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2121 of 3335

| | |
|---|---|
| **BEVERLY RUTH ROBERTS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80133**   Filed In Cases: 140 |

MORLEY JUNIOR SEWELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

| | |
|---|---|
| **Beverly S. Tenda** | **Clm No 53791**   Filed In Cases: 140 |

218 Reno Street
Clarksburg, WV 26301

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

| | |
|---|---|
| **BEVERLY SCHEID** | **Clm No 41861**   Filed In Cases: 140 |

1781 MERLIN LANE
WINDSOR CO 80550

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                2122 of 3335

---

**BEVERLY SCHMIDT**                      **Clm No 41874**    Filed In Cases: 140
6761 HOWE STREET
GROVES TX 77619                          Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BEVERLY SISK**                         **Clm No 42092**    Filed In Cases: 140
2910 W. OLD TOPSIDE ROAD
LOUISVILLE TN 37777                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BEVERLY SMITH**                        **Clm No 42187**    Filed In Cases: 140
6590 WASHINGTON
GROVES TX 77619                          Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2123 of 3335

---

**BEVERLY SPELL**
409 HYDRANGEA
ORANGE TX 77630

**Clm No 42309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY STEWART**
2100 Shamrock Drive
Columbus, MS 39702

**Clm No 58240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY SURGEST**
1052 BISHOP WILMER
MOBILE AL 36605

**Clm No 42512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Beverly Tarleton**
Route 2, Box 34
Port Gibson, MS 39150

**Clm No 44907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Taylor**
29 Blossom Street
Lowell, MA 01852

**Clm No 20530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Beverly Taylor**
P.O. Box 161
Buckatunna, MS 39322

**Clm No 51037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

---

**BEVERLY THARPE**                    **Clm No 21301**    Filed In Cases: 140

4954 COLE DRIVE

MOBILE, AL 36619-

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Trautt**                    **Clm No 17348**    Filed In Cases: 140

11483 Trenton Road

Galena, OH 43021

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Beverly Troudt**                    **Clm No 24627**    Filed In Cases: 140

759 W 17th Avenue

Oshkosh, WI 54901

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2126 of 3335

---

**Beverly Turner**
2119 Woodland Way, Apt. 199
Jackson, MS 39209

**Clm No 44955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEVERLY VIRGINIA HUNTER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEVERLY WALLEY**
463 CAPITAL AVENUE
LEAKESVILLE, MS 39451

**Clm No 21337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                2127 of 3335

---

**BEVERLY WELLS**                        **Clm No 21356**    Filed In Cases: 140
POST OFFICE BOX 1632
ESCATAWPA, MS 39552                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BEVERLY WIEGAND**                      **Clm No 83043**    Filed In Cases: 140
ROBERT WIEGAND
C/O O'SHEA & REYES, LLC                  | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: DANIEL F. O'SHEA                   |-------|---------------------|----------------------|
5599 SOUTH UNIVERSITY DR, STE 202        | UNS   | $10,000.00          |                      |
DAVIE, FL 33328                          |       | $10,000.00          |                      |

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Beverly Williams**                     **Clm No 23898**    Filed In Cases: 140
30414 33rd Court North
Birmingham, AL 35207                     | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　3/30/2018 5:48:22 PM

*Claims Details*　　　　2128 of 3335

---

**BEVERLY WILLIAMS**
11300 N PENNSYLVANIA AVE APT 172
OKLAHOMA CITY OK 73120

**Clm No 43429**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Beverly Williamson**
1109 Brushy Creek Road
Lucedale, MS 39452

**Clm No 45613**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Willingham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73268**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            2129 of 3335

---

**Beverly Wood**                      **Clm No 53432**   Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                 Class              Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                      UNS                        $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Beverly Woods**                     **Clm No 73429**   Filed In Cases: 140
4415 Howcher St.
Houston, TX 77047                     Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                        $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BEVERLY ZWETSCHKE**                 **Clm No 43716**   Filed In Cases: 140
C/O RUSSELL WINBURN
P. O. BOX 1868                        Class              Claim Detail Amount      Final Allowed Amount
FAYETTEVILLE, AR 72702
                                      UNS                        $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2130 of 3335

---

**Bevlah Spencer**
925 Bellveue Drive
Indianola, MS 38751

**Clm No 44854**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEWEETA BARNES**
20219 NEW MOON TRAIL
CROSBY TX 77532

**Clm No 35485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Biagio Girardi**
19 Wasilla Drive
Worcester, MA 01610

**Clm No 2091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bian Windham**
357 Windham Bottom Road
Reynolds, GA 31076

**Clm No 45064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bienvenido G Sol**
9537 Stargaze Ave.
San Diego, CA  92129

**Clm No 33077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BIENVILLE JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2132 of 3335

---

**Bienville Jones**
213 S. Ottawa Street
Joliet, IL 60436-2227

**Clm No 62394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILBO CLARK**
Route 1, Box 20D
Fayette, MS 39069

**Clm No 55554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILBO FERGUSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              2133 of 3335

---

**Bilford Griffin**                    **Clm No 4062**        Filed In Cases: 140

1354 Millpond Road                     Class              Claim Detail Amount         Final Allowed Amount

Elizabeth City,  NC 27909
                                       UNS                        $1.00

                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Bill A. Card**                       **Clm No 1441**        Filed In Cases: 140

c/o Kim Reeder                         Class              Claim Detail Amount         Final Allowed Amount

37001 NW Pacific Hwy.
                                       UNS                      $10,000.00
Woodland, WA 98674
                                                                $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value          $10,000.00

---

**Bill Atwood**                        **Clm No 49745**       Filed In Cases: 140

6225 Atkins Lake Road                  Class              Claim Detail Amount         Final Allowed Amount

Pine Bluff, AR 71601
                                       UNS                        $1.00

                                                                  $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details                                                              2134 of 3335

---

**Bill Ballard**                          **Clm No 65759**   Filed In Cases: 140
c/o Anthony Brown
8050 Fenwick Lane                         Class          Claim Detail Amount      Final Allowed Amount
Spring Hill, TN 37174                     UNS               $1.00

                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILL BARDIN - 5799**                    **Clm No 73625**   Filed In Cases: 140
C/O MOTLEY RICE, LLC.
ATTN: JOSEPH F. RICE                      Class          Claim Detail Amount      Final Allowed Amount
28 BRIDGESIDE BOULEVARD                   UNS               Unknown
MOUNT PLEASANT, SC 29464

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Bill Bays**                             **Clm No 59112**   Filed In Cases: 140
7975 East 800 South
South Whitley, IN 46787                    Class          Claim Detail Amount      Final Allowed Amount
                                          UNS               $1.00

                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

2135 of 3335

---

**Bill Berry**
104 W. Oriole Drive
Marble Falls, TX 78654

**Clm No 59118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Brasell**
165 Scenic Valley Road #43
Kerrville, TX 78028-7931

**Clm No 60401**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILL BRASELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**BILL BUSH**
10439 HIGHWAY 352
CLARKSVILLE AR 72830

**Clm No 36130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILL CHANDLER**
2210 CREEK ROAD
BROOKSHIRE TX 77423

**Clm No 36374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bill Curry**
1636 51st Street Ensley
Birmingham, AL 35208-4416

**Clm No 67222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2137 of 3335

---

**Bill Davis**
1032 Country Wood Cove
Tupelo, MS 38801

**Clm No 44021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BILL DEWBRE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Bill Dewbre**
RR 2 Box 311
Marlow, OK 73055

**Clm No 61136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2138 of 3335

---

**Bill DiCapua**
294 Dellwood Road
Avon Lake, OH 44012

**Clm No 9515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Duncan**
3605 Boga Ciega Dr  Unit202
Naples, FL 34112

**Clm No 24124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Duvall**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/30/2018 5:48:22 PM

### Claims Details

---

**Bill Evans**                          **Clm No 9940**      Filed In Cases: 140
24 Heitsman Drive
Hamilton, OH 45013                      Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Bill Ferguson**                       **Clm No 46247**     Filed In Cases: 140
136 Quinn Chapel Road
Crossett, AR 71625                      Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**BILL FOUNTAIN**                       **Clm No 68030**     Filed In Cases: 140
4806 Wynnewood Dr
Houston, TX 77013                       Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                      2140 of 3335

---

**Bill Fuller**                          **Clm No 46310**    Filed In Cases: 140
1401 Cypress
Crossett, AR 71635                        Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BILL GENE ESTES**                      **Clm No 82704**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE                      Class          Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                    UNS                Unknown

Date Filed           23-Mar-2017
Bar Date
Claim Face Value

---

**Bill Gilliam**                         **Clm No 33382**    Filed In Cases: 140
119 Beall Road
Longview, TX 75604                        Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2141 of 3335

---

**Bill Gleason**    **Clm No 10618**    Filed In Cases: 140
1627 Harbeson Avenue
Cincinnati, OH 45224    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**BILL HALLMARK**    **Clm No 38187**    Filed In Cases: 140
2248 CR 613
DAYTON TX 77535-7269    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Bill Harris**    **Clm No 11121**    Filed In Cases: 140
1855 Springfield Center Rd
Akron, OH 44312    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2142 of 3335

---

**Bill Hyche**
C/o Fannie Hyche
4501 Lake Sherwood Road
Northport, AL 35473

**Clm No 69431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill James**
2224 72nd Avenue
Baton Rouge, LA 70807

**Clm No 19067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILL L. YANDELL, PERSONAL REPRESENTATIVE FOR**
ARTHUR LLOYD YANDELL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

2143 of 3335

---

**BILL LITTLE**
3107 RUSSELL
SAOJINAW MI 48601

**Clm No 39659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILL LOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILL MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2144 of 3335

---

**Bill Martin**
6327 Old Porter Rd
Portage, IN 46368

**Clm No 63007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Mason**
226 Idaho Ave.
Lorain, OH 44052

**Clm No 13444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill McCleskey**
9 Woodberry Drive SE
Silver Creek, GA 30173

**Clm No 50460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2145 of 3335

---

**Bill Merritt**
P.O. Box 835
Richton, MS 39476

**Clm No 51410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILL MILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Montgomery**
300 Slay Street
Ruleville, MS 38771

**Clm No 44581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2146 of 3335

---

**Bill Moore**                                   **Clm No 45841**    Filed In Cases: 140
12 Blackhawk Circle
Rome, GA 30165                                   Class            Claim Detail Amount      Final Allowed Amount

                                                 UNS                  $1.00
                                                                      $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Bill Norton**                                  **Clm No 23463**    Filed In Cases: 140
17 Bobby Drive
Greenbrier, AR 72058                             Class            Claim Detail Amount      Final Allowed Amount

                                                 UNS                  $1.00
                                                                      $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Bill Pruitt**                                  **Clm No 63895**    Filed In Cases: 140
c/o Peggy Starkey
305 W. Plumb Street                              Class            Claim Detail Amount      Final Allowed Amount
Leon, KS 67074
                                                 UNS                  $1.00
                                                                      $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2147 of 3335

---

**Bill Rado**
1462 Branca Court
West Salem, OH 44287

**Clm No 15180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Bill Richardson**
250 Wooster Street
Elyria, OH 44035

**Clm No 15402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BILL S. TURNER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

## Claims Details

2148 of 3335

**Bill Schimp**
2030 Newdale
Akron, OH 44320

**Clm No 15948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Schuffert**
412 Belmar Blvd.
Avon Lake, OH 44012

**Clm No 15994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Sims**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 64406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

**BILL SIMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Bill Slaughterback**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Bill Sledge**
11600 Frances Elaine Circle
Ankorage, AK 99515

**Clm No 64441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

---

**BILL SLEDGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BILL SMITH**
347 Old Washington Road
Natchez, MS 39120

**Clm No 58143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bill Smulick**
102 Shenango Road
New Castle, PA 16105

**Clm No 16506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      2151 of 3335

---

**Bill Sorrells**                          **Clm No 6088**      Filed In Cases: 140
16039 Bowling Green Road
Windsor,  VA 23487                          Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

          Date Filed           1-Dec-2016
          Bar Date
          Claim Face Value         $1.00

---

**Bill Spaun**                             **Clm No 29412**     Filed In Cases: 140
8 Oak St
Pomeroy, OH 45769                          Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

          Date Filed           8-Dec-2016
          Bar Date
          Claim Face Value         $1.00

---

**Bill Sponseller**                        **Clm No 16629**     Filed In Cases: 140
6180 Greenacre
Toledo, OH 43615                           Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

          Date Filed          23-Nov-2016
          Bar Date
          Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2152 of 3335

---

**Bill Stidham**
1010 Poplar Fork Rd
Franklin Furnace, OH 45629

**Clm No 29501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILL STOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Bill Stott**
5079 West Kingbird Street
Tucson, AZ 85742

**Clm No 64644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                        2153 of 3335

---

**Bill Stubblefield**                    **Clm No 16884**   Filed In Cases: 140
1301 Clearview Place
Hamilton, OH 44011                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**BILL STUMP**                           **Clm No 58272**   Filed In Cases: 140
P. O. Box 1521
Denham Springs, LA 70727                 Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bill Sturgill**                        **Clm No 16900**   Filed In Cases: 140
4603 Edgewood Dr.
Lorain, OH 44053                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Bill Sykes**
945 Grey Smoke Loop
Cataula, GA 31804

**Clm No 50576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bill Watts**
37499 Lower Clearfork Rd.
Cadiz, OH 43907

**Clm No 17807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bill Wayne**
6176 Lookover Court
Toledo, OH 43612

**Clm No 17815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILL WILLEY**
809 BEROTTE ST
LIBERTY TX 77575

**Clm No 43358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Williams**
217 Hemlock Court
Hobart, IN 46342

**Clm No 65170**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILL WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2156 of 3335

---

**Bill Yandell**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILL YEAGER**
101 West Calico Drive
Raymore, MO 64083

**Clm No 73488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLE JEAN CHRISTIE**
320 ENFIELD CIRCLE
KERENS TX 75144

**Clm No 36435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

2157 of 3335

---

**BILLIE ADAMS**                          **Clm No 35170**      Filed In Cases: 140
1107 VERNA DR
NEDERLAND TX 77627

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BILLIE ANN WATKINS**                    **Clm No 43122**      Filed In Cases: 140
36693 AGAVE COURT
LAKE ELSINORE CA 92532

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BILLIE ATES**                           **Clm No 203**       Filed In Cases: 140
25511 S. 605 ROAD
GROVE, OK 74344

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billie Barr**
c/o Mrs. Earline Barr
52 Shade Crest Road
Hoover, AL 35226

**Clm No 65809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE BARREN**
904 WOODROCK DR.
MOBILE AL 36608

**Clm No 35490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Barrett**
179 River Road
Harts, WV 25524

**Clm No 25352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2159 of 3335

---

**Billie Bilanzich**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Billie Blanton**
103 Pearl Street
Rochester, OH 44090

**Clm No 7747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE BOLES**
170 CHINQUAPENN TRAIL
REIDSVILLE NC 27320

**Clm No 35745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2160 of 3335

---

**Billie Brinkman**          **Clm No 22130**    Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520            Class          Claim Detail Amount    Final Allowed Amount

                            UNS              $2,000.00
                                             $2,000.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value    $2,000.00

---

**Billie Brooks**            **Clm No 66256**    Filed In Cases: 140
250 West Lakeview Avenue
Pensacola, FL 32501          Class          Claim Detail Amount    Final Allowed Amount

                            UNS              $1.00
                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Billie Cassell**           **Clm No 25874**    Filed In Cases: 140
247 Illinois St
Huntington, WV 25704         Class          Claim Detail Amount    Final Allowed Amount

                            UNS              $1.00
                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2161 of 3335

---

**Billie Cox**
111 Sportman Cir.
Milledgeville, GA 31060

**Clm No 45627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BILLIE D. FOSTER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Billie Denise Simmons**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Billie Dodson**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE DYESS**
9171 BRANDON RD
MANY LA 71449

**Clm No 37277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Everett**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                2163 of 3335

| **Billie F. O'Mara** | **Clm No 54292** | Filed In Cases: 140 | |
|---|---|---|---|
| Box 243 | Class | Claim Detail Amount | Final Allowed Amount |
| Dry Branch, WV 25061 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Billie Faye Graham** | **Clm No 45502** | Filed In Cases: 140 | |
|---|---|---|---|
| 108 Willow Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Brunswick, GA 31525 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Billie Folmar** | **Clm No 10216** | Filed In Cases: 140 | |
|---|---|---|---|
| 1015 Kingsway Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Lorain, OH 44052 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billie Fountain**
504 E. Carrol Ave.
Nashville, GA 31639

**Clm No 49265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Franklin**
170 Port Dr.
Shelby, AL 35143

**Clm No 46747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE GAY**
RT 1 BOX 1162
LUFKIN TX 75901

**Clm No 37803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details                                                            2165 of 3335

---

**BILLIE GENE TANKERSLEY**         **Clm No 34989**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                     Class          Claim Detail Amount    Final Allowed Amount
BEAUMONT, TX 77701
                                   UNS                 $1.00
                                                       $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billie Glockengieser**           **Clm No 68339**    Filed In Cases: 140
1709 Capri Ln.
Seabrook, TX 77586                 Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BILLIE GOULART,  PERSONAL REPRESENTATIVE**    **Clm No 81394**    Filed In Cases: 140
**FOR**
ROBERT G. GOULART (DECEASED)
C/O BRAYTON PURCELL, LLP            Class          Claim Detail Amount    Final Allowed Amount
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD               UNS               Unknown
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2166 of 3335

---

**BILLIE GRAY**
51 Finley Drive
Starkville, MS 39759

**Clm No 56211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE GRINER**
2433 12TH STREET
PORT NECHES TX 77651

**Clm No 38074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Hastilow**
2429 Eagles Nest Way
Grove City, OH 43123

**Clm No 27120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLIE IVY**
923 Alvarez Drive
Saraland, AL 36571

**Clm No 69479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE JEAN GORDON-BALLOU**
5623 GRANT AVENUE
PORT ARTHUR TX 77640

**Clm No 37955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE JEAN MORGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                         3/30/2018 5:48:22 PM

*Claims Details*                                                                   2168 of 3335

---

**Billie Jean O'Neil**                     **Clm No 50670**    Filed In Cases: 140
c/o Billy Jean O'Neil
267 Phil O'Neil Rd                         Class         Claim Detail Amount      Final Allowed Amount
Mt.Olive, MS 39119
                                           UNS                  $1.00
                                                                $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLIE JEAN SOLOMON**                    **Clm No 42275**    Filed In Cases: 140
133 CATTAIL CREEK DRIVE
KERRVILLE TX 78028                          Class         Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLIE JEAN TRAWEEK WEBB**               **Clm No 42803**    Filed In Cases: 140
15222 ISABELLA COURT
CORPUS CHRISTI TX 78418                     Class         Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    2169 *of* 3335

---

**BILLIE JONES**                          **Clm No 39085**    Filed In Cases: 140
3270 CR 786
BUNA TX 77612

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**BILLIE JOYCE HANON, PERSONAL**          **Clm No 80155**    Filed In Cases: 140
**REPRESENTATIVE FOR**
LEIGHTON D. HANON (DECEASED)
C/O BRAYTON PURCELL, LLP

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | Unknown             |                      |

ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**Billie Keyes**                          **Clm No 49698**    Filed In Cases: 140
611 Arco Lane
Laurel, MS 39440

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details                                                          2170 of 3335

---

**Billie King**                          **Clm No 62539**    Filed In Cases: 140
2754 Brown Street
Portage, IN 46368                        | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BILLIE KING**                          **Clm No 78285**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800               |-------|---------------------|----------------------|
MIAMI, FL 33131                          | UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BILLIE KYLES**                         **Clm No 39352**    Filed In Cases: 140
221 DECATUR AVENUE
ORANGE TX 77630                          | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2171 of 3335

---

**Billie Lee Jackson**
110 Laurel Street
San Diego, CA 92101

**Clm No 21809**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Lollar**
176 Farley Road
Parrish, AL 35580

**Clm No 70471**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Lou Brand**
30 CR 363
Calhoun City, MS 38916

**Clm No 48052**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## Claims Details

---

**Billie Lyons**
708 Randolph Road
Newport News, VA 23605

**Clm No 4955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Marshall**
510 Bazinsky Rd Apt 2C Parkwood South Apts
Vicksburg, MS 39180

**Clm No 49305**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE MCCOLLUM**
5315 WHITAKER AVENUE
GROVES TX 77619

**Clm No 40075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

**BILLIE MCDOWELL**
C/O JANET WARD BLACK
208 W. WENDOVER AVENUE
GREENSBORO NC 27401

**Clm No 40123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Oney**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BILLIE OPHELIA SANDERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billie Osborne**
1034 Lynwood Ave
Circleville, OH 43113

**Clm No 28541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE PURVEY SYKES, PERSONAL REPRESENTATIVE FOR**
LINZLEY SYKES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BILLIE RICHARDSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2175 of 3335

---

**BILLIE ROACH**
612 W. 12TH AVENUE
EMPORIA KS 66801

**Clm No 41555**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Robinson**
731 Pierce St.
Bastrop, LA 71220

**Clm No 50075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE ROSE PATTERSON**
9641 FM 1751
BRONSON TX 75930

**Clm No 40906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLIE RUTH LUKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 24-Mar-2017 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**BILLIE SCOTT**
24268 LATHAM RD
SHADY POINT OK 74956

**Clm No 41905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Billie Smith**
428 Florence St
Maysville, KY 41056

**Clm No 29319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2177 of 3335

---

**Billie Spencer**
250 8th St. NE
Gordo, AL 35466

**Clm No 72893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE STROUD**
702 EAST MAIN STREET
ATLANTA TX 75551

**Clm No 42481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE SUE RUSSELL**
1375 COUNTY RD 777
BUNA TX 77612-9758

**Clm No 41743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billie Turnage**
2834 Main Ext.
Greenville, MS 38701

**Clm No 47965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Vasser**
2015 Ave J
Danbury, TX 77534

**Clm No 73059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE WALLET**
1674 FM 1746
WOODVILLE TX 75979

**Clm No 43053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

---

**Billie Watford**
4 William Lott Drive
Beaumont, MS 39423

**Clm No 48727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE WAYNE TAYLOR**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLIE WEBB**
P.O. BOX 185
ADRIAN TX 79001

**Clm No 43168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                                                 2180 of 3335

---

**Billie Wesbrooks**          **Clm No 49366**    Filed In Cases: 140
5222 Broadway Blvd. Apt. #1089
Garland, Tx 75043             Class          Claim Detail Amount      Final Allowed Amount

                             UNS                $1.00
                                                $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Billie White**             **Clm No 51550**    Filed In Cases: 140
PO Box 191
Pachuta, MS 39347            Class          Claim Detail Amount      Final Allowed Amount

                             UNS                $1.00
                                                $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Billie Wikovic**           **Clm No 20547**    Filed In Cases: 140
33 Plum Orchard Road
Southington, CT 06489        Class          Claim Detail Amount      Final Allowed Amount

                             UNS               $10,000.00
                                               $10,000.00

Date Filed          5-Dec-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                      2181 of 3335

---

**Billings Miner**                          **Clm No 20070**      Filed In Cases: 140
440 Gaddy Road
Semora, FL 27343                            Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              5-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billy  Beall**                            **Clm No 33251**      Filed In Cases: 140
19007 CR 2187
Tatum, TX 75691                             Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billy  Beckett, Estate**                  **Clm No 53564**      Filed In Cases: 140
114 Vaturia Lane
Hurricane, WV 25526                         Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                    $10,000.00
                                                                   $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*                                                                                           2182 of 3335

---

**Billy  McCarley**                    <u>Clm No 23328</u>    Filed In Cases: 140
161 McCarley Drive
Piedmont, AL 36272                     Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00

                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billy  Speer Sr.**                   <u>Clm No 33602</u>    Filed In Cases: 140
248 PR 2338
Kilgore, TX 75662                      Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00

                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billy A. Joy**                       <u>Clm No 53977</u>    Filed In Cases: 140
3711 6th Avenue
Parkersburg, WV 26101                  Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2183 of 3335

---

**Billy Adams**
5190 E State Road 54
Sullivan, IN 47882-7711

**Clm No 23954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Alford**
1334 East 3rd Street
Forest, MS 39074

**Clm No 43728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Alford Linville**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78647**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2184 of 3335

---

**Billy Allday**
818 Mulberry Avenue
Jackson, AL 36545

**Clm No 65496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Allen**
300  Monument Court
Yorktown, VA 23693

**Clm No 2462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Allen, Sr.**
248 Aldrich Rd.
Vermilion, OH 44089

**Clm No 7058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2185 of 3335

---

**BILLY ALVIN DAVIS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Amonette**
3703 Montvale Drive
Houston, TX 77059

**Clm No 65547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Andrews**
269 Ivey Drive
Milledgeville, GA 31061

**Clm No 47855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2186 of 3335

| **Billy Arrant** | **Clm No 18584** | Filed In Cases: 140 | |
|---|---|---|---|
| 907 Evergreen Street | Class | Claim Detail Amount | Final Allowed Amount |
| West Monroe, LA 71292 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **BILLY ATKINSON** | **Clm No 35380** | Filed In Cases: 140 | |
|---|---|---|---|
| P. O. BOX 1301 | Class | Claim Detail Amount | Final Allowed Amount |
| NEDERLAND TX 77627 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Billy Averett** | **Clm No 48694** | Filed In Cases: 140 | |
|---|---|---|---|
| 3906 Roderweis Road | Class | Claim Detail Amount | Final Allowed Amount |
| Cabot, AR 72023 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                2187 of 3335

---

**BILLY AVERY WHITTEN**                    **Clm No 87317**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class          Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                           UNS                  $1.00
                                                                $1.00

| Date Filed | 24-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Bain**                             **Clm No 65732**    Filed In Cases: 140
c/o Glen Bain
7981 Richter Rd.                           Class          Claim Detail Amount    Final Allowed Amount
San Antonio, TX 78223
                                           UNS                  $1.00
                                                                $1.00

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Bandy**                            **Clm No 25330**    Filed In Cases: 140
102 SW Dock Ave
Sebastian, FL 32958                        Class          Claim Detail Amount    Final Allowed Amount
                                           UNS                  $1.00
                                                                $1.00

| Date Filed | 8-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2188 of 3335

---

**Billy Barnes**
110 Laurel Street
San Diego, CA 92101

**Clm No 21561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 7-Dec-2016   |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

---

**Billy Barnes**
110 Laurel Street
San Diego, CA 92101

**Clm No 21563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 7-Dec-2016   |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

---

**Billy Barton**
5120 Valley Brooke Circle
Birmingham, AL 35244

**Clm No 65829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2189 of 3335

---

**BILLY BASSINGER**
709 S. Caddo
Cleburne, TX 76031

**Clm No 65836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Bauer**
C/o Cathy Lynn Whited
165 Drew Ave.
Mulga, AL 35118

**Clm No 65848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY BAXTER COFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2190 of 3335

---

**Billy Bayles**
1385 Access Rd
Williamstown, WV 26187

**Clm No 25384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Billy Bayne**
310 Old Settle Rd
Inman, SC 29349

**Clm No 25386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**BILLY BEARD**
1191 Trickhambridge Rd.
Brandon, MS 39046-3630

**Clm No 55120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2191 of 3335

---

**Billy Belcher**
5190 Old Courthouse Road
Appamottox, VA 24522

**Clm No 2691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Belew**
503 Mount Sterling Circle
Hampton, VA 23663-1928

**Clm No 2693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Belgard**
4625 Surratt Rd
Longview, TX 75604

**Clm No 33256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2192 of 3335

---

**Billy Biles**
PO Box 291
Jackson, GA 30233

**Clm No 51605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY BLACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Billy Black**
13318 Robin Lane
Wheatfield, IN 46392

**Clm No 60264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2193 of 3335

---

**BILLY BLACKSTOCK**
26480 Hwy. 12
Lexington, MS 39095

**Clm No 55180**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Bonner**
1309 Buckatunna Mt. Zion Road
Waynesboro, MS 39367

**Clm No 66112**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Booth**
2305 Wilmont Avenue
Jacksonville, FL 32218

**Clm No 60331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2194 of 3335

---

**Billy Boston**
102 Roberts St
Dublin, GA 31021

**Clm No 45291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY BOSWELL**
4452 LEATHERWOOD DRIVE
KOUNTZE TX 77625

**Clm No 35795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Bottorff**
817 Whitlock Avenue
Crawfordville, IN 47933

**Clm No 60353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2195 of 3335

---

**BILLY BOTTORFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Billy Boyette**
1410 Calhoun Avenue
600 Brickell Ave., Ste. 3800

**Clm No 60374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Billy Branham**
202 Silverfox Drive
Louisa, KY 41230

**Clm No 60396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2196 of 3335

---

**BILLY BRASFIELD**
922 Golding Rd
Columbus, MS 39702

**Clm No 55271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Brewer**
1935 Greenleaf Drive
Lexington, KY 40505

**Clm No 60416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY BREWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Bridges**
142 Mill Village St.
Tennille, GA 31089

**Clm No 46356**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY BROADWAY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Brock**
1227 12th Street N. Apt. A
Birmingham, AL 35204

**Clm No 22683**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

---

*Claims Details*                                                                          2198 of 3335

---

**Billy Brown**                          **Clm No 43853**   Filed In Cases: 140
5000 South County Road 558
Pulaski, MS 39152                         Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00

                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Billy Brown**                          **Clm No 66305**   Filed In Cases: 140
909 Ave L.
S. Houston, TX 77587                     Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00

                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**BILLY BROWNELL**                       **Clm No 76309**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2199 of 3335

---

**Billy Brownell**
1437 Peak Road
Westville, FL 32464

**Clm No 60489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY BRYANT CHESSER**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BILLY BULLOCK, JR.**
5877 Old Jasper Hwy
Graysville, AL 35073

**Clm No 55384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                          2200 of 3335

---

**Billy Burchfield**                          **Clm No 66404**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                            Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Burchfield**                          **Clm No 66406**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                            Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Busby**                               **Clm No 66477**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                            Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              2201 of 3335

---

**Billy Butler**                          **Clm No 45710**      Filed In Cases: 140
1137 Hwy 39 North
Donaldsonville, GA 39845                   Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed                 8-Dec-2016
Bar Date
Claim Face Value               $1.00

---

**BILLY BYNUM**                           **Clm No 55429**      Filed In Cases: 140
P. O. BOX 713; 212 AIRPORT RD
Mendenhall, MS 39114                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed                 9-Dec-2016
Bar Date
Claim Face Value               $1.00

---

**Billy Cable**                           **Clm No 8325**       Filed In Cases: 140
3801 Woodstock Drive
Lorain, OH 44053                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed                 23-Nov-2016
Bar Date
Claim Face Value               $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2202 of 3335

---

**Billy Cales**
Rt 1 Box 121 B
Hinton, WV 25951

**Clm No 25796**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Carin**
1609 Big Springs Pl.
Virginia Beach, VA 23453

**Clm No 3112**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY CARROLL**
864 GREENWAY CIRCLE
WAYNESBORO VA 22980

**Clm No 36273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2203 of 3335

---

**Billy Carter**
160 Dewey Road, Apt. 312
Eldorado, IL 62930

**Clm No 22747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Chambers**
1207 West Main
Ardmore, OK 73401

**Clm No 66723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Chambless**
415 Tamarind
Lake Jackson, TX 77566

**Clm No 66726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLY CHARLES NELSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Cheek**
3607 Vicksburg
Pine Bluff, AR 71601

**Clm No 48532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Chism**
12263 Tom Montgomery Rd.
Northport, AL 35476

**Clm No 66792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2205 of 3335

---

**Billy Clark**
134 Katie Eubanks Rd
Lucedale, MS 39452

**Clm No 46216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Clark**
105 Southern St.
East Dublin, GA 31027

**Clm No 45401**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY CLAYTON**
7910 Old 8St Road
Meridian, MS 39307

**Clm No 55566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2206 of 3335

---

**Billy Cole**                          **Clm No 43955**   Filed In Cases: 140
105 Turntable Crossing
Cleveland, MS 38732                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY COLEMAN**                        **Clm No 36545**   Filed In Cases: 140
11410 CR 2142 N.
TATUM TX 75691                           Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Colton**                         **Clm No 52122**   Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                    Class          Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                         UNS                    $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2207 of 3335

---

**Billy Cope**
680 Brushy Creek Rd
Rison, AR 71665

**Clm No 49902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Covert**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Crocker**
15 Kathryne Street
Springville, AL 35146

**Clm No 67157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

2208 of 3335

---

**Billy Crowder**
26330 Williamsburg Road
Federalsburg, MD 21632-2756

**Clm No 3393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY CUEVAS**
26441 Wolf Creek Road
Kiln, MS 39556

**Clm No 55697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Curtis**
2813 2nd Street  Northwest
Birmingham, AL 35215

**Clm No 67226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2209 of 3335

---

**Billy D. Bowers**
2 Gallatin Street
Ravenswood, WV 24552

**Clm No 53740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Davidson**
20794 Cedar Road
Mccalla, AL 35111

**Clm No 67281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Davis**
19 Shingler Road
Jakin, GA 39861-9742

**Clm No 46982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2210 of 3335

| **Billy Dawson** | | **Clm No 22852** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 7966 Everetts Loop | | Class | Claim Detail Amount | Final Allowed Amount |
| McCalla, AL 35111 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Billy Diamond** | | **Clm No 26346** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2211 Center St | | Class | Claim Detail Amount | Final Allowed Amount |
| Catlettsburg, KY 41129 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Billy Dickerson** | | **Clm No 61149** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2816 Hendrick Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Kaukauna, WI 54130 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2211 of 3335

---

**BILLY DICKERSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Billy Dockery**

C/o Billy Michael Dockery

16168 House Road

Brookwood, AL 35444

**Clm No 67459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Dodson**

4089 Paradise Ln.

Bessemer, AL 35022-6802

**Clm No 67465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                 2212 of 3335

---

**BILLY DON SHAW**
218 GLEN SPRINGS CIRCLE
CANONSBURG, PA 15317

**Clm No 78489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILLY DOTSON**
154 SHADY OAK ROAD
Laurel, MS 39443

**Clm No 55852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Drummonds**
2520 11th Ave North
Pell City, AL 35125

**Clm No 67535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Billy Dublo**
77 Old Hickory Lane
Valparaiso, IN 46385-7364

**Clm No 61244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BILLY DUBLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Billy Dunlap**
95 Side Rd.
Wallback, WV 25285

**Clm No 9746**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                2214 of 3335

| Billy Dunn | **Clm No 67581** | Filed In Cases: 140 | |
|---|---|---|---|
| 3810 Union Chapel Road | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35473 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Billy Dunnaway | **Clm No 67586** | Filed In Cases: 140 | |
|---|---|---|---|
| 8080 Gadsen Hwy | Class | Claim Detail Amount | Final Allowed Amount |
| Trussville, AL 35173 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Billy Dykes | **Clm No 49465** | Filed In Cases: 140 | |
|---|---|---|---|
| 55 Lamar Shows Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Soso, MS 39480 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2215 of 3335

---

**BILLY E DICKSON**            <u>**Clm No 34467**</u>    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST          Class          Claim Detail Amount          Final Allowed Amount
BEAUMONT, TX 77701
                        UNS                  $1.00
                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY EDGERTON**            <u>**Clm No 55911**</u>    Filed In Cases: 140
P.O. Box 1339
Wiggins, MS 39577          Class          Claim Detail Amount          Final Allowed Amount

                        UNS                  $1.00
                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY EDWARD DANFORD**            <u>**Clm No 85539**</u>    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          Class          Claim Detail Amount          Final Allowed Amount
JACKSON, MS 39201
                        UNS                  $1.00
                                             $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2216 of 3335

---

**Billy Ellsworth**                          **Clm No 44097**    Filed In Cases: 140
House 49 Road 428
Corinth, MS 39834                            Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                 $1.00

                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BILLY EUGENE WIGGINTON**                   **Clm No 88326**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                             Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                             UNS                Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**BILLY EVANS**                              **Clm No 37421**    Filed In Cases: 140
5959 WURZBACH RD, APT E1
SAN ANTONIO TX 78238                         Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                 $1.00

                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2217 of 3335

---

**Billy Falk**
2524 Rt. #155
Port Allegheny, PA 16743

**Clm No 9986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY FANNETTE**
P. O. Box 34655
Houston, TX 77234-4655

**Clm No 67855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Farley**
C/o Lorean L Farley
18533 John Swindle Road
Northport, AL 35475

**Clm No 67864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2218 of 3335

---

**Billy Farlow**
170 Charles Avenue
Amherst, OH 44001

**Clm No 10015**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Billy Farrington**
6589 Harbor Place
Southside, AL 35907

**Clm No 67876**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BILLY FISHER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83743**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2219 of 3335

---

**Billy Flurry**
P O Box 90
Zavalla, TX 75980-0090

**Clm No 67971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Forehand**
77 Columbia Dr.
Newport News, VA 23608

**Clm No 33904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY FRANKS**
13427 GARNER RD.
BEAUMONT TX 77705

**Clm No 37633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2220 of 3335

---

**BILLY FREE**
290 STEPHENSON DR
VIDOR TX 77662

**Clm No 37655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Frost**
3322 Old Hobart Road
Lake Station, IN 46405

**Clm No 61556**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY FROST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2221 of 3335

---

**BILLY FRY**
1422 N. DARGAN
TYLER TX 75702

**Clm No 37676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Frye**
612 Buffington St
Huntington, WV 25705

**Clm No 26751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Fullard**
276 Twin Walk
Byron, GA 31008

**Clm No 61562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2222 of 3335

---

**BILLY FULLER**
5995 Hwy 496
Toomsuba, MS 39364

**Clm No 56084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BILLY FULLER**
289 Clayton Dickerson Road
Eros, LA 71238

**Clm No 68107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Billy G. Mathis**
6474 Field Stream Way
Columbus, GA 31909-3465

**Clm No 49823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                          2223 of 3335

---

**Billy Gantt**                    **Clm No 10424**   Filed In Cases: 140
POB 12658
East Cleveland, OH 44112           Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Garner**                   **Clm No 49062**   Filed In Cases: 140
4536 Village Dr
Jackson, MS 39206                  Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY GAUTREAU**                 **Clm No 56122**   Filed In Cases: 140
P.O. Box 193
Jonesville, LA 71343              Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Billy Gavin**
14820 Hwy 63
Rison, AR 71665

**Clm No 46458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy Gibbs**
107 West 8th Avenue
Crossett, AR 71635

**Clm No 45462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy Gillespie**
4033 Court Rd.
Wakeman, OH 44889

**Clm No 10577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2225 of 3335

---

**BILLY GILLESPIE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Gillette**
1370 Baker Rd.
Albany, OH 45710

**Clm No 10583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Billy Goldman**
PO Box 632
Pelahatchie, MS 39145

**Clm No 51718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                               2226 of 3335

---

**Billy Goss**                          **Clm No 52391**   Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road               | Class | Claim Detail Amount | Final Allowed Amount |
Novato, CA 94948                    |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BILLY GRANT BING**                    **Clm No 84625**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                   |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**Billy Greensage**                     **Clm No 22245**   Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                   | Class | Claim Detail Amount | Final Allowed Amount |
                                    |-------|---------------------|----------------------|
                                    | UNS   | $2,000.00           |                      |
                                    |       | $2,000.00           |                      |

Date Filed            7-Dec-2016
Bar Date
Claim Face Value      $2,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Billy Gregg**
4960 Gregg Drive
Mccalla, AL 35111

**Clm No 68513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY GRIFFIN**
P.O. BOX 5035
PORT ARTHUR TX 77640

**Clm No 38060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Griffin**
P.O. Box 176
Gordon, GA 31031

**Clm No 51063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BILLY HALEY**
688 HALEY BOTTOMS RD
CARBON HILL AL 35549

**Clm No 38168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy Hall**
2612 Terrace Ave.
Akron, OH 44312

**Clm No 10955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy Hamilton**
615 Howe St
Waycross, GA 31501

**Clm No 27043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2229 of 3335

---

**Billy Hamilton**                          **Clm No 24204**    Filed In Cases: 140
5015 Seven Lakes West
West End, NC 27376                          Class          Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billy Hammett**                           **Clm No 68678**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                            UNS                     $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BILLY HANSFORD**                          **Clm No 56326**    Filed In Cases: 140
P.O. Box 76
Vidalia, LA 71373                           Class          Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2230 of 3335

---

**Billy Hardin**
6335 Marion Avenue
Bessemer, AL 35023

**Clm No 68726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hardin**
1260 Fowler Springs Road
Blountsville, AL 35031

**Clm No 59352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Harrell**
2702 - 26Th Ave. North
Texas City, TX 77590

**Clm No 68784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BILLY HARTSFIELD**
3845 E. SKILLERN ROAD
FAYETTEVILL AR 72703-4639

**Clm No 38340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hartzog**
22 Jesse Bridges Lane
Prentiss, MS 39474

**Clm No 47390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Harville**
690 Ashley 71 Rd
Hamburg, AR 71646

**Clm No 49918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Harvison**
2064 Cedar Grove Rd.
Leeds, AL 35094

**Clm No 68857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Haste**
P.O. Box 79
Gaston, IN 47342

**Clm No 59367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY HATHCOCK**
32275 HWY. 12
Durant, MS 39063

**Clm No 56391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2233 of 3335

---

**BILLY HAYES**
77 HERBERT LOTT RD.
BEAUMONT MS 39426

**Clm No 38382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Heath**
Post Office Box 806
Livingston, TX 77351

**Clm No 23068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hembree**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2234 of 3335

---

**BILLY HENAGAN**
6292 TANGLEWOOD DRIVE
ORANGE TX 77630

**Clm No 38460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Henderson**
1136 Jack Neely Rd
Covington, GA 30016

**Clm No 45709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hendricks**
PO Box 305
Whitesville, WV 25209

**Clm No 27200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**BILLY HENRY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hensley**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 11368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hinds**
2744 Helena Road
Helena, AL 35080

**Clm No 69087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2236 of 3335

---

**Billy Hoefer**
35625 Bronaugh Way
Hemet, CA 92544

**Clm No 23093**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY HOLLIDAY**
175 Sarratt Battles Road #1
Attalla, AL 35954

**Clm No 56519**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Holliman**
4480 Peach Grove
Tuscaloosa, AL 35401

**Clm No 69161**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/30/2018 5:48:22 PM

*Claims Details*   2237 of 3335

---

**Billy Hopkins**
c/o Shirley Hopkins
2697 Hwy 182
Jay, FL 32565-9415

**Clm No 69221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY HOPKINS**
3200 TAFT AVE.
GROVES TX 77619

**Clm No 38658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Howie**
1606 South Louisiana St
Crossett, AR 71635

**Clm No 46636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2238 of 3335

---

**Billy Huddleston**
807 Schaub Avenue
Mobile, AL 36609

**Clm No 69323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Billy Huffman**
7225 Mineral Bluff Highway
Mineral Bluff, GA 30559

**Clm No 11780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BILLY HUGHES**
6710 VIRGINIA PARKWAY SUITE #215-61
MCKINNEY TX 75071

**Clm No 38751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    2239 of 3335

---

**BILLY HUGHES**                              **Clm No 38750**    Filed In Cases: 140
6710 VIRGINIA PARKWAY SUITE #215-61
MCKINNEY TX 75071                             Class          Claim Detail Amount    Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY HUGHES, SR.**                         **Clm No 56603**    Filed In Cases: 140
P O Box 422
Saraland, AL 36571                            Class          Claim Detail Amount    Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY HUNNICUT**                            **Clm No 69384**    Filed In Cases: 140
P.O. Box 63
Peterson, AL 35478                            Class          Claim Detail Amount    Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                 3/30/2018 5:48:22 PM

*Claims Details*                                                           2240 of 3335

---

**Billy Huntley**                     **Clm No 21803**   Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                    Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BILLY ISHEE**                       **Clm No 56637**   Filed In Cases: 140
364 Antioch Dr.
Laurel, MS 39443                      Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BILLY J DIEL**                      **Clm No 34469**   Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                        Class            Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                                      UNS                    $1.00
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2241 of 3335

---

**BILLY J. ASHLEY JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILLY J. BRYAN, JR.**
2629 S. 13TH STREET
BROKEN ARROW, OK 74012-

**Clm No 20642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY J. POTTS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2242 of 3335

---

**Billy J. Taitt, Estate**
207 Woodhaven Drive
Bridgeville PA 15017

**Clm No 53767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY J. WELLS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY JACK FARMER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88832**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          2243 of 3335

| Billy Jackson | **Clm No 69495** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **BILLY JEAN MCCALL** | **Clm No 82995** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT MCCALL | Class | Claim Detail Amount | Final Allowed Amount |
| C/O O'SHEA & REYES, LLC | | | |
| ATTN: DANIEL F. O'SHEA | UNS | $10,000.00 | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | $10,000.00 | |
| DAVIE, FL 33328 | | | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **BILLY JEROME VINSON** | **Clm No 85941** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLY JOE CLAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85113**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY JOE GRAHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Joe Legg**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2245 of 3335

---

**BILLY JOE LOPER**                          <u>Clm No 84902</u>    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                 UNS                  $1.00

                                                      $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Billy Joe McClary**                        <u>Clm No 52777</u>    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road            Class          Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                 UNS                  $1.00

                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY JOE RAY**                            <u>Clm No 85433</u>    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.              Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                 UNS                  $1.00

                                                      $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2246 of 3335

---

**BILLY JOE SEITER**
28209 DENN COURT
MONTGOMERY TX 77356

**Clm No 41935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BILLY JOE STOCKMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY JOHNSON**
1238 CR 24
TYLER TX 75705

**Clm No 38979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                           3/30/2018 5:48:22 PM

*Claims Details*                                                                                     2247 of 3335

---

**BILLY JOHNSON**                          **Clm No 34678**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                             Class              Claim Detail Amount    Final Allowed Amount
BEAUMONT, TX 77701
                                           UNS                     $1.00
                                                                   $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billy Johnson**                          **Clm No 52588**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                      Class              Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BILLY JOHNSTON**                         **Clm No 74135**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                  Class              Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2248 of 3335

---

**BILLY JONES**
291 ECHO LOOP
ORANGE TX 77632

**Clm No 39130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Jones**
1380 N. Woodcrest Dr
Denham Springs, LA 70726

**Clm No 19103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Jones**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLY JUSTICE**
108 MEADOW DRIVE
FRANKLIN FURNACE OH 45629

**Clm No 39162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Keatts**
2715 Castle Dr
Ft Wayne, IN 46816

**Clm No 27617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY KELLY**
P O Box 194
Richton, MS 39476-194

**Clm No 56872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**BILLY KELLY**
15905 ROMULUS RD.
BUHL AL 35446

**Clm No 39202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Kennedy**
6144 Gateway Center #246
Kilgore, TX 75662

**Clm No 70034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Key**
c/o Elaine Key
P.O. Box 367
North Zulch, TX 77872

**Clm No 70053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2251 of 3335

---

**Billy Kimble**
811 Oakwood Drive
Elyria, OH 44035

**Clm No 12473**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Kimbrough**
PO Box 1163
Tifton, GA 31794

**Clm No 51474**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy King**
9733 Konrad Kohl Rd., NW
Bolivar, OH 44612

**Clm No 12499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    2252 of 3335

---

**Billy Kirk**
3001 Queenstown Rd.
Trussville, AL 35173

**Clm No 70103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Kirksey**
1201 Crossview Ct.
Brandon, MS 39042-7285

**Clm No 45867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy L. Hovatter**
RR 2, Box 91
Thornton, WV 26440

**Clm No 54641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                   3/30/2018 5:48:22 PM

*Claims Details*                                                                            2253 of 3335

---

**BILLY LEE**                               **Clm No 565**        Filed In Cases: 140
2251 19 MILE ROAD
STERLING HEIGHTS, MI 48314              Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $10,000.00
                                                            $10,000.00

        Date Filed          21-Nov-2016
        Bar Date
        Claim Face Value    $10,000.00

---

**BILLY LEE**                               **Clm No 57012**      Filed In Cases: 140
Route 2, Box 128
Utica, MS 39175                        Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

        Date Filed          9-Dec-2016
        Bar Date
        Claim Face Value    $1.00

---

**BILLY LEE BARNES**                        **Clm No 84338**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                       UNS                     $1.00
                                                               $1.00

        Date Filed          24-Mar-2017
        Bar Date
        Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Lemley**
226 Twp Rd 1090
Proctorville, OH 45669

**Clm No 27876**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Lemley**
226 Twsp Rd 1090
Proctorville, OH 45669

**Clm No 27877**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Lester**
11901 Old Moffat Road
Wilmer, AL 36587

**Clm No 23256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      2255 of 3335

---

**Billy Lewey**                        **Clm No 44448**    Filed In Cases: 140
40 County Road 533
Corinth, MS 38834                      Class           Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Lewis**                        **Clm No 44449**    Filed In Cases: 140
5502 N Shiloh Road
Corinth, MS 38834                      Class           Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY LEWIS**                        **Clm No 39641**    Filed In Cases: 140
420 LAKEVIEW CIRCLE
WOODVILLE TX 75979                     Class           Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2256 of 3335

---

**Billy Long**
5535 Quail Ridge Rd
Gardendale, AL 35071

**Clm No 70486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY LOWRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Billy Lowry**
9476 Parman Road
Jacksonville, FL 32222

**Clm No 62888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*

---

**BILLY LYNCH**

6247 WILLIS

GROVES TX 77619

**Clm No 39791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy M Ducharme**

1407 Loren Cres.

Portsmouth, VA  23701

**Clm No 32467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY M. WHITE**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 87295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    2258 of 3335

---

**Billy Maggard**                          **Clm No 13287**   Filed In Cases: 140
4271 Hile Road
Stow, OH 44224                             | Class | Claim Detail Amount | Final Allowed Amount |
                                           |-------|---------------------|----------------------|
                                           | UNS   | $1.00               |                      |
                                           |       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY MALONE WILLIAMS**                  **Clm No 87331**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                          |-------|---------------------|----------------------|
                                           | UNS   | $1.00               |                      |
                                           |       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Billy Mann**                             **Clm No 70609**   Filed In Cases: 140
201 Harding Street
Florence, AL 35630                         | Class | Claim Detail Amount | Final Allowed Amount |
                                           |-------|---------------------|----------------------|
                                           | UNS   | $1.00               |                      |
                                           |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/30/2018 5:48:22 PM

*Claims Details*                                                                    2259 of 3335

---

**Billy Markley**                          **Clm No 13360**   Filed In Cases: 140
4454 Broadale Road
Cleveland, OH 44109                         Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Billy Marshall**                         **Clm No 45525**   Filed In Cases: 140
109 Dogwood NW Apt I
Atlanta, GA 30318                          Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billy Mason**                            **Clm No 47107**   Filed In Cases: 140
200 Ferguson Rd
Heber Springs, AR 72543                    Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Massey**
6007 NW County Road 125
Lawtey, FL 32058

**Clm No 24940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy McAnally**
286 CR 515
Rienzi, MS 38865

**Clm No 44507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy McClary**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2261 of 3335

---

**BILLY MCCOMBS**                    **Clm No 57230**    Filed In Cases: 140

214 Brooklyn-Janice Rd.

Brooklyn, MS 39425

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**BILLY MCCRANEY**                   **Clm No 34770**    Filed In Cases: 140

C/O BRENT COON & ASSOCIATES

215 ORLEANS ST

BEAUMONT, TX 77701

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            8-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Billy McIntyre**                   **Clm No 5093**    Filed In Cases: 140

4604 Goose Creek Flyway

Chesapeake,  VA 23321

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2262 of 3335

---

**Billy McLeod**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Billy McSwain**
1600 Indian Pkwy
Gautier, MS 39553

**Clm No 19262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Billy Meeks**
C/o G. Gregory Green, Esq
. 1905 Royal Avenue
Monroe, LA 71201-0000

**Clm No 63183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2263 of 3335

---

**BILLY MEZICK**
70 Muscadine Circle
Pell City, AL 35128

**Clm No 57351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY MIKLIC**
14104 YELLOW CREEK FISHING CAMP RD.
NORTHPORT AL 35746

**Clm No 40280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY MILLER**
727 WINNIE
GALVESTON TX 77550

**Clm No 40295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2264 of 3335

---

**BILLY MILLER**                        **Clm No 76176**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class            Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                  Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**BILLY MILLER**                        **Clm No 21071**    Filed In Cases: 140
9801 SAM ROAD
MOSS POINT, MS 39562-7682              Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Billy Miller**                        **Clm No 33509**    Filed In Cases: 140
4031 Cazan Lake Rd.
Ville Platte, LA 70586                 Class            Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLY MILLER**
829 N. 2ND AVENUE
Laurel, MS 39440

**Clm No 57361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Miller**
318 Sumner Street
Elyria, OH 44035

**Clm No 13964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Miller**
1380 Vanburen Street
Gary, IN 46407

**Clm No 63242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2266 of 3335

---

**Billy Mitchell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Mixon**
192 Jackson Rd.
Milledgeville, GA 31061

**Clm No 47020**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Mobley**
2072 US Highway 82 East
Tifton, GA 31794

**Clm No 47232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2267 of 3335

---

**Billy Moore**
1260 Mcconnell Lane
Mt. Olive, AL 35117

**Clm No 71227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Morgan**
C/o Billie W. Morgan
2121 3rd St. N.w.
Birmingham, AL 35215

**Clm No 71249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY MORGAN**
237 Gravel Pitt Road
Hattiesburg, MS 39402

**Clm No 57426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Morgan**
9323 Danville Avenue
Jacksonville, FL 32208

**Clm No 63345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY MORRIS EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Morrison**
5738 Route 152
Lavalette, WV 25535

**Clm No 28395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/30/2018 5:48:22 PM

*Claims Details*                                                                               2269 of 3335

---

**Billy Morrow**                                   **Clm No 49363**    Filed In Cases: 140
522 Black Oak Circle
Pearl, MS 39208                                    Class          Claim Detail Amount       Final Allowed Amount

                                                   UNS                    $1.00
                                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Morrow**                                   **Clm No 14182**    Filed In Cases: 140
41485 Schade Road
Elyria, OH 44035                                    Class          Claim Detail Amount       Final Allowed Amount

                                                   UNS                    $1.00
                                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Mote**                                     **Clm No 52853**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                              Class          Claim Detail Amount       Final Allowed Amount
Novato, CA 94948
                                                   UNS                    $1.00
                                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2270 of 3335

---

**Billy N. Csutoros**
RR 1, Box 189
Lost Creek, WV 26385

**Clm No 54531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY NEARS, PERSONAL REPRESENTATIVE FOR**
HAYWARD NEARS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BILLY NEWTON**
1657 Pitcock Road
Lafayette, TN 37083

**Clm No 57504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLY NIX**
1710 Lee Street
Laurel, MS 39440

**Clm No 57512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY NOBLE**
1531 BAUER ROAD
ROBSTOWN TX 78380

**Clm No 40693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Nolen**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 63510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2272 of 3335

---

**BILLY NORMAN SELLERS**    **Clm No 87196**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

JACKSON, MS 39201

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Norris**    **Clm No 5337**    Filed In Cases: 140
7747 Meadow Road
Pasadena,  MD 21122

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Norris**    **Clm No 33524**    Filed In Cases: 140
PO Box 1072
Tatum, TX 75691

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLY NUNNELLEY**
142 Sears Lane
Eastaboga, AL 36260

**Clm No 57528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY NUTT**
237 COUNTRY LANE DRIVE
LUMBERTON TX 77657

**Clm No 40718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY OSWALT**
6524 Flatwoods Road, Lot K
Northport, AL 35473-1841

**Clm No 57562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                        2274 of 3335

---

**BILLY OWEN RAYFORD, PERSONAL
REPRESENTATIVE FOR**

OWEN RAYFORD (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**BILLY PARKS**

2889 BALL HOLLOW RD,

PULASKI, TN 38478

**Clm No 672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 21-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Billy Parks**

639 Mt. Pleasant Road

Altoona, AL 35952

**Clm No 24990**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 5-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### *Claims Details*                                                                            2275 of 3335

---

**Billy Parsons**                          **Clm No 71697**      Filed In Cases: 140
10567 Lock 17 Road
Adger, AL 35006                            Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BILLY PAUL PATTERSON**                   **Clm No 85289**      Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                          UNS                  $1.00
                                                               $1.00

Date Filed             24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**BILLY PEARSON**                          **Clm No 57631**      Filed In Cases: 140
206 Cherry Hill Court
Madison, MS 39110                          Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Pearson**
1803 25Th Avenue
Northport, AL 35476

**Clm No 71768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BILLY PERKINS**
2027 ST. JOHN ROAD
Braxton, MS 39044

**Clm No 57643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Billy Phillips**
2058 Hannahs Mill Rd
Thomaston, GA 30286

**Clm No 47209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                    2277 of 3335

---

**BILLY PHILLIPS**                    **Clm No 81348**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH              Class          Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD            UNS                  Unknown
NOVATO, CA 94928-6169

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Billy Polk**                        **Clm No 71932**    Filed In Cases: 140
4346 McInnis St.
Milton, FL 32583-9029            Class          Claim Detail Amount      Final Allowed Amount
                                 UNS                   $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BILLY POMPEY**                      **Clm No 41130**    Filed In Cases: 140
1154 PARTRIDGE ST.
MOBILE AL 36605                  Class          Claim Detail Amount      Final Allowed Amount
                                 UNS                   $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Porter**
C/o Billie J. Porter, Jr.
113 Brookbend
Cibolo, TX 78108

**Clm No 71949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Porter**
Rt 1 Box 67
Dunlow, WV 25511

**Clm No 28744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Postell**
Post Office Box 1335
Haleyville, AL 35565

**Clm No 71960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2279 of 3335

| Billy Pounds | **Clm No 71964** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Carol J. Skelton | Class | Claim Detail Amount | Final Allowed Amount |
| 17861 Cooper Road | | | |
| Elrod, AL 35458-2221 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Billy Preston | **Clm No 15080** | Filed In Cases: 140 | |
|---|---|---|---|
| 2061 Rhodes Road | Class | Claim Detail Amount | Final Allowed Amount |
| Farmersville, OH 45325 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Billy Pugh | **Clm No 25006** | Filed In Cases: 140 | |
|---|---|---|---|
| 276 County Rd 226 | Class | Claim Detail Amount | Final Allowed Amount |
| Fort Payne, AL 35967 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                2280 of 3335

---

**Billy R. Billiter**                    **Clm No 54195**   Filed In Cases: 140
700 North 8th Avenue
Paden City, WV 26159          Class        Claim Detail Amount      Final Allowed Amount

                              UNS              $1.00
                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy R. Lynch**                       **Clm No 53825**   Filed In Cases: 140
231 Liberty Avenue
Clarksburg, WV 26301          Class        Claim Detail Amount      Final Allowed Amount

                              UNS              $1.00
                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILLY R. NEARS**                       **Clm No 82772**   Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH          Class        Claim Detail Amount      Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169         UNS             Unknown

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2281 of 3335

---

**BILLY RAGUS**
3350 Garrett Road
Monroe, LA 71202

**Clm No 72102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Randall**
4453 SCR 538
Morton, MS 39117

**Clm No 44716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Randolph**
c/o Sarah Randolph
144 Mabelon Dr.
Hueytown, AL 35023

**Clm No 72135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                2282 of 3335

---

**BILLY RAY KEY**                          **Clm No 85082**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                           UNS                    $1.00
                                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**BILLY RAY LEE**                          **Clm No 84914**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class            Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                           UNS                    $1.00
                                                                  $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**Billy Reese**                            **Clm No 22427**   Filed In Cases: 140
312 S Houston Ave
Cameron, TX 76520                          Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2283 of 3335

---

**BILLY REX COPELAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85809**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Riley**
44 CR 1920
Atlanta, TX 75551

**Clm No 33569**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Riley**
220 Holmes Drive
Paducah, KY 42003

**Clm No 64031**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

### Claims Details

2284 of 3335

---

**BILLY RILEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**BILLY ROBERTSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BILLY ROGERS**
167 DRY CREEK RD.
Magee, MS 39111

**Clm No 57912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          2285 of 3335

---

**BILLY ROPER**                          **Clm No 85854**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                   $1.00
                                                               $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Billy Russell**                        **Clm No 15763**    Filed In Cases: 140
7654 Jonathan Court
West Chester, OH 45069                    Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**BILLY S. HAMILTON**                    **Clm No 87763**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class            Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                   Unknown

Date Filed          24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2286 of 3335

---

**BILLY SAMUEL SHORT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY SAVAGE**
P.O. BOX 2854
ORANGE TX 77631-2854

**Clm No 41838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY SCOTT**
454 BEAVER PIKE
WAVERLY OH 45690

**Clm No 41896**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2287 of 3335

---

**Billy Sewell**
8038 Hodgesville Road
Dothan, AL 36301

**Clm No 50245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY SHELLEY**
3970 Attala Rd 4213
Sallis, MS 39160-5650

**Clm No 58051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Shivers**
687 CR 248
Beckville, TX 75631

**Clm No 33584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2288 of 3335

---

**Billy Shrader**
Box 43
Rocky Gap, VA 24366

**Clm No 29241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Simmons**
4014 Dover Street
Deer Park, TX 77536

**Clm No 72844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Sims**
519 Castlewood's Blvd.
Brandon, MS 39047

**Clm No 49347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLY SKAGGS**
414 Luling Street
Pearl, MS 39208

**Clm No 58093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY SKELTON**
16293 CORNELIUS CHURCH RD
BUHL AL 35446

**Clm No 42100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY SMITH**
RT 5 BOX 112B
KIRBYVILLE TX 75956

**Clm No 42143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2290 of 3335

**Billy Smith**
53 Church Street
Windsor, VA 23487

**Clm No 34155**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Smith**
5914 Friendship Road
Catlettsburg, KY 41129-0000

**Clm No 64458**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Smith**
c/o Annette Pillsbury POA
181 Beeline Rd
Decatur, MS 39327

**Clm No 50663**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

2291 of 3335

---

**Billy Smith**
14703 Woodbury Hwy
Greenville, GA 30222

**Clm No 46444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BILLY SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**BILLY SOUTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy South**
P.O. Box 1529
Noxon, MT 59853-1529

**Clm No 64544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Spence**
4905 Turks Ferry Road
Gloucester,  VA 23061

**Clm No 6105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Spence**
6267 Tabbs Lane
Gloucester,  VA 23061

**Clm No 6106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2293 of 3335

---

**Billy Spence Jr.**
6267 Tabbs Lane
Gloucester, VA 23061

**Clm No 6111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY SPIKES**
5114 WILLOW LANE
SOUR LAKE TX 77659

**Clm No 42316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY SPIKES**
200 BOWEN
ST MARY'S GA 31558

**Clm No 42319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Spradley**
61 County Road
Stringer, MS 39481

**Clm No 44863**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Sprayberry**
473 Fosters Rd.
Delta, AL 36258

**Clm No 72895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY STAGGS**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 42344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

2295 of 3335

---

**Billy Stewart**
15610 Hwy 35 South
Rison, AR 71665

**Clm No 46572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**BILLY STEWART**
193 Justin Drive
Pelahatchie, MS 39145

**Clm No 58237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**BILLY STRICKLAND**
409 Jessamine St.
Ellisville, MS 39437

**Clm No 58258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2296 of 3335

---

**BILLY SUMNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Billy Sumner**
2145 Rayon Rd
Fernandina Bch, FL 32034

**Clm No 64693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Taylor**
9016 Sandy Run Rd.
Sparta, GA 31087

**Clm No 50474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2297 of 3335

---

**Billy Templeton**
875 Plumm Rd.
St. Marys, WV 26170

**Clm No 17114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY TERRY**
753 Glencross Dr. Apt 429
Jackson, MS 39206

**Clm No 58346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Teston**
939 Scotland Rd.
Dublin, GA 31021

**Clm No 50564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

2298 of 3335

---

**Billy Thomas**
1122 E McIntosh Rd
Griffin, GA 30223

**Clm No 45679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY THOMPSON**
50309 Burr Road
Amory, MS 38821

**Clm No 58396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY THOMPSON**
622 Meadow Road
Mt. Pleasant, TN 38474

**Clm No 58380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2299 of 3335

---

**BILLY THORNTON**
P.O. BOX 39
CHATOM AL 36518

**Clm No 42702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Threlkeld**
3681 Sussex Dr
Milledgeville, GA 31059

**Clm No 48578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Tilson**
PO Box 638
Greenville, MS 38701

**Clm No 51722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**BILLY TINDEL**
PO BOX 828
WOODVILLE TX 75979

**Clm No 42729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Todd**
P.O. Box 215
Dublin, GA 31040

**Clm No 51110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY TODD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2301 of 3335

---

**BILLY TURNER**
640 LEE ANN LANE
BEAUMONT TX 77707

**Clm No 42860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Upton**
6001 Salem Noble Road
Charlestown, IN 47111

**Clm No 20196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Valentine**
476 Hwy 43 South
Pelahatchie, MS 39145

**Clm No 49138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2302 of 3335

---

**BILLY VANDIVER**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY VARNER**
341 Courtney Circle
Brandon, MS 39042

**Clm No 58489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Vaughn**
Box 27
Prince, WV 25907

**Clm No 29767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2303 of 3335

---

**Billy Vaughn**
160 Spruce Lane
Rison, AR 71665

**Clm No 46623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy W. Little**
38069 Zugpan Hollow Road
Middleport OH 38069

**Clm No 53984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Wagoner**
753 Granview Drive
Springfield, OH 45503

**Clm No 17638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

*Claims Details*                                                                                 2304 of 3335

---

**BILLY WALLACE**                    **Clm No 43039**    Filed In Cases: 140
1801 SOUTH DELAWARE
CLARKSVILLE TX 75426             Class              Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BILLY WALSH**                      **Clm No 43055**    Filed In Cases: 140
502 GIST
PORT NECHES TX 77651            Class              Claim Detail Amount      Final Allowed Amount

                                UNS                  $10,000.00
                                                     $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**BILLY WALTER PAGE**                **Clm No 87522**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                Class              Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                UNS                    Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2305 of 3335

---

**Billy Walton**
2063 Highway 32
Columbiana, AL 35051

**Clm No 23849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Watt**
335 Ashley # 286
Crossett, AR 71635

**Clm No 48377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WATTS**
7247 LAKE JUNE RD
DALLAS TX 75217

**Clm No 43145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2306 of 3335

---

**BILLY WAYMON BUTLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84417**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WAYNE CURBOW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WAYNE MCCOOL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BILLY WAYNE REDDING**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILLY WAYNE ROBINSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WAYNE SMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2308 of 3335

---

**Billy Weathersby**                    **Clm No 48500**    Filed In Cases: 140
356 Joe Buckley Road
Pinola, MS 39149                         Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Billy Welch**                         **Clm No 46733**    Filed In Cases: 140
169 Wash Welch Rd.
Harrisville, MS 39082                    Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Billy West**                          **Clm No 48021**    Filed In Cases: 140
294 Bradley 16
Warren, AR 71671                         Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2309 of 3335

---

**Billy White**
4426 Divky Rd.
Pine Bluff, AR 71603

**Clm No 49028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Billy White**
P. O. Box 886
Porter, TX 77365

**Clm No 73136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2310 of 3335

---

**Billy White, IS**
2335 Derbish
Reno, NV 89502

**Clm No 65142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Whitehorn**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Whitfield**
2908 Goble Drive
Lorain, OH 44055

**Clm No 18010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Billy Williams**
461 W. 87th Street, #18
Los Angeles, CA 90003

**Clm No 49085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WILLIAMS**
9898 HWY 69
KOUNTZE TX 77625

**Clm No 43373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Williams**
324 Pepper St S.E.
Poulan, GA 31781

**Clm No 48300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2312 of 3335

---

**Billy Williams**
2905 Meadowbrook Dr
Point Pleasant, WV 25550

**Clm No 29989**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Williamson**
14710 Co Road 12
Berry, AL 35546

**Clm No 73263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Wilson**
3461 Mainard Branch Court
Fleming Island, FL 32003

**Clm No 65218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2313 of 3335

---

**BILLY WILSON**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 43488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BILLY WITCHER**
1329 MAIN
PORT ARTHUR TX 77642

**Clm No 43524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2314 of 3335

---

**BILLY WOLFE**
491 Paula Drive
Thibodaux, LA 70301

**Clm No 58790**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Wood**
P.O. Box 190
Box Springs, GA 31801

**Clm No 51079**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Woodard**
7722 Maple Tree Dr.
Houston, TX 77088

**Clm No 73409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2315 of 3335

---

**Billy Woods**
453 CR 3012
Dayton, TX 77535

**Clm No 73428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Workman**
18240 Wooster Rd.
Howard, OH 43028

**Clm No 18331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY WRIGHT**
732 Wright Road
Vicksburg, MS 39180

**Clm No 58817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

**Billy Yarbrough**     **Clm No 73476**    Filed In Cases: 140
c/o Norma Yarbrough
43 Elmer Barnes Rd.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Laurel, MS 39443

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy Yeater**     **Clm No 30117**    Filed In Cases: 140
3140 Johnson Rd
Steubenville, OH 43952

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BILLY YOUNG**     **Clm No 58840**    Filed In Cases: 140
2108 Dolphin Rd.
Gautier, MS 39553

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                        2317 of 3335

---

**Billy Young**                          **Clm No 46751**    Filed In Cases: 140
1700 South Jefferson
Star City, AR 71667                       | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**BILLYE RUTH EDGIL**                     **Clm No 86483**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                         |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**BINFORD LAMAR MINOR**                   **Clm No 86800**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                       | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                         |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2318 of 3335

---

**Bing Crosby, Sr.**
9465 Cherry Tree Drive Apt #206
Strongsville, OH 44136

**Clm No 9138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BING FORMAGUS**
18450 COLVILLE ST.
FOUNTAIN VALLEY CA 92708

**Clm No 37577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bingham Farmer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2319 of 3335

---

**Birda Dawson**                    **Clm No 9377**    Filed In Cases: 140
PO Box 1253
Youngstown, OH 44501             Class        Claim Detail Amount    Final Allowed Amount

                                 UNS               $1.00
                                                   $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Birdie Evans**                    **Clm No 44099**    Filed In Cases: 140
6634 Hwy 35 North
Forest, MS 39074                 Class        Claim Detail Amount    Final Allowed Amount

                                 UNS               $1.00
                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Birdie Joiner**                   **Clm No 12164**    Filed In Cases: 140
489 Dewdrop Circle Apt. C
Cincinnati, OH 45240             Class        Claim Detail Amount    Final Allowed Amount

                                 UNS               $1.00
                                                   $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    2320 of 3335

---

**Birnethia Brantley**
Apt. 231 Jones Street
Forest, MS 39074

**Clm No 43832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**BIRTHA L. WILDER, PERSONAL REPRESENTATIVE FOR**

GARFIELD WILDER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Birtie Powell**
2007 Hwy 540
Magee, MS 39111

**Clm No 47128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bishop Merritt, Jr.**
689 South Abbe Road
Elyria, OH 44035

**Clm No 13826**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**BISHOP PRZESPOLEWSKI**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         23-Mar-2017
Bar Date
Claim Face Value

---

**Blackstock Jammie**
P.O. Box 2172
Crystal Beach, TX 77650

**Clm No 69601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2322 of 3335

---

**BLAINE BALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Blaine Ball**
75 Highway 1185
Louisa, KY 41230

**Clm No 60052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BLAINE DECKER - 5426**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2323 of 3335

---

**Blaine E. Balser, Estate**
5004 Sandstone Drive
Charleston, WV 25313

**Clm No 54084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Blaine Jackson**
304 Summit Rd
Marietta, OH 45750

**Clm No 27456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BLAINE JUDICE**
6948 WILLOW STREET
GROVES TX 77619

**Clm No 39153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2324 of 3335

---

**Blaine L. Kilmer**
18 Carney Rd
Ulster Park, NY 12487

**Clm No 1233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blaine Phillis**
300 12th St. NW Apt. 21
Carrollton, OH 44615

**Clm No 14927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blaine Rossiter**
1910 Graybill Road
Uniontown, OH 44685

**Clm No 15693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

2325 of 3335

---

**Blaine Smith**
c/o Sabrina Buchanan
Paden City, WV 26159

**Clm No 29321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 29320 |

---

**Blaine Smith**
c/o Sabrina Buchanan
Paden City, WV 26159

**Clm No 29320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 29321 |

---

**Blaine Smith**
157 Clark St
Powhatan Point, OH 43942

**Clm No 29322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2326 of 3335

---

**Blaine Staats**
528 Kellers Lane
Williamstown, WV 26187

**Clm No 29436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blaine Sweitzer**
7151 Adkins Road
Mentor, OH 44060

**Clm No 16971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blaine Underwood**
2306 Christel Avenue
Middletown, OH 45044

**Clm No 17443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

---

*Claims Details*    2327 of 3335

---

**Blaine Waite**                          **Clm No 29806**    Filed In Cases: 140
19681 Summerlin Rd # 585
Fort Myers, FL 33908                       Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                       $1.00
                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Blair Barnes**                          **Clm No 65797**    Filed In Cases: 140
C/o Dorothy Brownlee
3322 19th Street
Tuscaloosa, AL 35401                       Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                       $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Blair Thomas**                          **Clm No 17189**    Filed In Cases: 140
1192 Idaho Road
Youngstown, OH 44515                       Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                       $1.00
                                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

2328 of 3335

---

**BLAISE PROVOST**
1029 BOWLIN
PORT NECHES TX 77651

**Clm No 41227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blake Barton**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BLAKE LEBLANC**
3310 CLEVELAND
GROVES TX 77619

**Clm No 39522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                               2329 of 3335

---

**BLAKE R. WATTS**                          **Clm No 88648**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                            Class              Claim Detail Amount        Final Allowed Amount
LITTLE ROCK, AR 72201
                                            UNS                Unknown

| Date Filed        | 24-Mar-2017 |
| Bar Date          |             |
| Claim Face Value  |             |

---

**Blake Sheffield**                         **Clm No 72822**    Filed In Cases: 140
C/o Cecil Bowman
1407 34th St. No.                           Class              Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35234-2923
                                            UNS                $1.00
                                                               $1.00

| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Blake Smith**                             **Clm No 16380**    Filed In Cases: 140
4365 Columbie Avenue
Newton Falls, OH 44444                       Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                $1.00
                                                               $1.00

| Date Filed        | 23-Nov-2016 |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2330 of 3335

---

**BLANCH JORDAN**
3246 WOODLAWN DRIVE
GROVES TX 77619

**Clm No 39140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BLANCHE BURRELL**
ROUTE 1, BOX 127
Goodman, MS 39079

**Clm No 55396**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blanche Bush**
206 Lum Welch Road
Ethelsville, AL 35461

**Clm No 66483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

2331 of 3335

| Blanche Hall | **Clm No 22250** | Filed In Cases: 140 | |
|---|---|---|---|
| 312 S Houston Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Cameron, TX 76520 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 7-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Blanche McKenzie | **Clm No 28203** | Filed In Cases: 140 | |
|---|---|---|---|
| 3023 S 29th St | Class | Claim Detail Amount | Final Allowed Amount |
| Ashland, KY 41102 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| BLANCHE MEYER | **Clm No 40261** | Filed In Cases: 140 | |
|---|---|---|---|
| 440 INDEPENDENCE PARKWAY, #2206 | Class | Claim Detail Amount | Final Allowed Amount |
| PLANO TX 75075 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**Blanche Morris**
725 Gorley St
Uhrichsville, OH 44683

**Clm No 28386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blanche Seward**
2512 Cedar Rd
Chesapeake,  VA 23323

**Clm No 5917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Blanche Smith**
4874 Springfield Road
Morton, MS 39117

**Clm No 44828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2333 of 3335

---

**BLANCHE WILLIAMS**
649 E. 18TH STREET
PORT ARTHUR TX 77640

**Clm No 43394**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BLANCHIE MITCHELL**
530 MAPLE STREET
Greenville, MS 38701

**Clm No 57387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BLANCHIE ROBERTS**
308 N.W. STREET
Kosciusko, MS 39090

**Clm No 57872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2334 of 3335

---

**Blane Evans**                    <u>Clm No 26558</u>    Filed In Cases: 140
2222 Circle Drive
Milton, WV 25541

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BLANKA KURSAR, PERSONAL REPRESENTATIVE FOR**        <u>Clm No 81161</u>    Filed In Cases: 140

BOB R. KURSAR (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Blankenship Margaret**                <u>Clm No 70639</u>    Filed In Cases: 140
169 Sycamore Dr.
Livingston, TX 77351

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2335 of 3335

---

**Blanton Green**                    **Clm No 47243**   Filed In Cases: 140
208 Lassiter Dr.
Dublin, GA 31021                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Blas Garza**                       **Clm No 10474**   Filed In Cases: 140
4212 Belle Avenue
Sheffield Lake, OH 44054             Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Blenda Sue Michael**               **Clm No 52812**   Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                Class          Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                     UNS                  $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2336 of 3335

---

**Blondelia Morris**
602 E. Brambleton Ave.
Norfolk,  VA 23510-2910

**Clm No 5229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blondelia Stevens**
3964 Rex Circle
Chesapeake,  VA 23321

**Clm No 6171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BLONNIE RUFF**
4131 Ruff Road
Pinson, AL 35126

**Clm No 72542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2337 of 3335

---

**BLUEFUS DAVIS**
652 Witherspoone Street
Greenville, MS 38701

**Clm No 55766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**BLUIT ARNOLD DRAIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Bluitt Sandlin**
c/o Steven Kelsoe
173 Whites Dairy Rd.
Danville, AL 35619

**Clm No 72646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

### Claims Details                                                                  2338 of 3335

---

**Blythe Morrison**

PO Box 583

Dilver, NH 03821

**Clm No 63363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**BLYTHE MORRISON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Bob  Nazareno**

PO Box 261336

San Diego, CA 92196

**Clm No 32871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2339 of 3335

---

**Bob Addleton**
1746 Ben Hill Drive
Macon, GA 31211

**Clm No 46811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bob Akers**
623 10th Ave
Huntington, WV 25701

**Clm No 25169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOB BARRINER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2340 of 3335

---

**Bob Bryant**
6017 Parker Drive
Birmingham, AL 35228

**Clm No 66363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Bob Butler**
161 Cowboy Ln Lot 42
Calhoun, LA 71225

**Clm No 18704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Bob Collins**
34654 Highland Dr.
N. Ridgeville, OH 44039

**Clm No 8863**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2341 of 3335

---

**Bob Estep**
866 Hodges Road
Sparta, MO 65753

**Clm No 21423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOB GAJDIK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83746**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bob Harper**
c/o Quincy Harper, Sr.
4115 Stamp
Houston, TX 77026

**Clm No 68769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2342 of 3335

---

**Bob Hodge**
C/o Agnes S. Hodge
615 Washington Ave. West
Oneonta, AL 35121

**Clm No 69119**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BOB JOHNSON**
25830 P DR S
HOMER, MI 49245

**Clm No 510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00  |

---

**Bob Jones**
C/o Omah Lee Jones
3273 Taylor Circle
Tuscaloosa, AL 35401

**Clm No 69847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    2343 of 3335

---

**Bob Jordan**                    **Clm No 21834**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                Class            Claim Detail Amount        Final Allowed Amount

                                  UNS                     $1.00
                                                          $1.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Bob Jordan**                    **Clm No 21835**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                Class            Claim Detail Amount        Final Allowed Amount

                                  UNS                     $1.00
                                                          $1.00

Date Filed              7-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**BOB JOSEPH BROWN**              **Clm No 81485**    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE               Class            Claim Detail Amount        Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169             UNS                    Unknown

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                   2344 of 3335

---

**Bob Kaiser**                        **Clm No 12284**    Filed In Cases: 140
798 Archwood Road
Wadsworth, OH 44281              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Bob Krimmer**                       **Clm No 12722**    Filed In Cases: 140
1786 Bent Bow Dr.
Akron, OH 44313                 | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Bob Lawler**                        **Clm No 62731**    Filed In Cases: 140
529 Little Texas Road
Tuskegee, AL 36083             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2345 of 3335

---

**Bob Lay**
11135 Baumhart Rd.
Amherst, OH 44001

**Clm No 12893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOB LINDSEY, JR.**
725 Oak Street
Newton, MS 39345

**Clm No 57051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOB LUCKIE HOLLADAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2346 of 3335

---

**Bob Matesick**
6642 Rosedale Dr.
Amherst, OH 44001

**Clm No 13468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOB ORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75733**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bob Orth**
1886 Falcon Circle West
Pocatello, ID 83204

**Clm No 63585**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2347 of 3335

---

**Bob Register**
1102 Hwy 62
Blakely, GA 39823

**Clm No 45593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bob Riley**
50555 Calcutta Smithferry Road
Calcutta, OH 43920

**Clm No 15451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bob Rogers**
305 Aster Road
Silas, AL 36919

**Clm No 48132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### *Claims Details*

---

**Bob Stidham**
728 W. Martin St.
Amherst, OH 44001

**Clm No 16795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bob Sultzbaugh**
2726 Rita Dr.
Lorain, OH 44053

**Clm No 16921**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bob Vicars**
407 West 7th Street #309
San Pedro, CA 90731

**Clm No 64963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2349 of 3335

---

**BOB VICARS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75069**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Bob Vukan**
620 Deborah Dr.
Akron, OH 44319

**Clm No 17606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 23-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**BOB WAYNE GRIFFITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bob Wayne Griffith**
2527 SE Indiana Avenue
Topeka, KS 66605

**Clm No 61828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bob Zganjar**
1277 Louisiana Avenue
Akron, OH 44314

**Clm No 18511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bob Zornes, Sr.**
1614 Hilbish Ave.
Akron, OH 44312

**Clm No 18532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Bobbie Adams**
164 Adams St
Thomaston, GA 30286

**Clm No 46696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE ALEXANDER**
2334 GRAND BLVD.
PORT NECHES TX 77651

**Clm No 35229**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Anderson**
114 Ollie Lawrence Road
Lucedale, MS 39452

**Clm No 45726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

### Claims Details

---

**Bobbie Bishop**
2918 Mulberry Street
Portsmouth, VA 23704

**Clm No 2762**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Bobo**
17 County Road 102 A
Pittsboro, MS 38951

**Clm No 46738**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE BOOTH**
P O Box 215
Bassfield, MS 38941-2324

**Clm No 55217**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

2353 of 3335

---

**Bobbie Brooks**
101 Truman Street
Belzoni, MS 39038

**Clm No 45240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Brown**
987 Western Run Dr.
Columbus, OH 43228

**Clm No 8088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Bryant**
530 Tuscarawas Avenue
Newcomerstown, OH 43832

**Clm No 8179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                              2354 of 3335

---

**Bobbie Burton**                          **Clm No 24753**    Filed In Cases: 140
1800 County Road 414
Spicewood, TX 78669                        Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              5-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBIE CAMERON**                         **Clm No 36190**    Filed In Cases: 140
445 29TH PLACE
TUSCALOOSA AL 35401                        Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobbie Cone**                            **Clm No 45635**    Filed In Cases: 140
1111 Jim Clark Rd.
Omega, GA 31775                            Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2355 of 3335

---

**BOBBIE COOLEY**
P. O. Box 1361
Laurel, MS 39440

**Clm No 55636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobbie Cooley**
P.O. Box 415
Heidelberg, MS 39439

**Clm No 51251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobbie Corn, Sr.**
367 Sommerway
Elyria, OH 44035

**Clm No 9009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bobbie Cox**
315 55th Street
Canton, OH 44720

**Clm No 9058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BOBBIE CROSS PEARSON**
8650 GRAND FARMS ROAD EAST
GRAND BAY, AL 36541

**Clm No 21147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Bobbie D. Green**
150 Bobby Foster Lane
Bentonia, MS 39040

**Clm No 46480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**Bobbie Dade**
411 Oak Street
Newton, MS 39345

**Clm No 48852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE DAYS**
543 COCKRELL RUN ROAD
LUCASVILLE OH 45648

**Clm No 36920**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE DEAN COLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85124**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 5:48:22 PM

*Claims Details*                                                                      2358 of 3335

---

**BOBBIE DEROUEN**                    <u>**Clm No 37006**</u>    Filed In Cases: 140
2696 64TH STREET
PORT ARTHUR TX 77640              Class          Claim Detail Amount        Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobbie Dilmore**                    <u>**Clm No 44056**</u>    Filed In Cases: 140
1650 SCR 538
Morton, MS 39117                 Class          Claim Detail Amount        Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobbie Dudley**                    <u>**Clm No 9712**</u>    Filed In Cases: 140
5016 E. 86th St.
Garfield Heights, OH 44125       Class          Claim Detail Amount        Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2359 of 3335

---

**Bobbie Dykes**
P.O. Box 872
Richton, MS 39476

**Clm No 51424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE ELLEN HESLIP**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**BOBBIE ELLIS**
11665 RIDGECREST
BEAUMONT TX 77705

**Clm No 37350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

2360 of 3335

---

**Bobbie Engram**
1318  17th Place SW
Birmingham, AL 35211

**Clm No 24805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Fielder**
PO Box 4
Hickory, MS 39332

**Clm No 51641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie G. May**
218 Plainview Dr.
Richland, MS 39218

**Clm No 47378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBIE GAIL TERRY**
3114 RENEE DRIVE
CHANDLER TX 75758

**Clm No 42618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobbie Germany**
110 Whittington Drive
Indianola, MS 38751

**Clm No 44151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobbie Griffin**
1199 Midway Church Rd.
Newton, MS 39345

**Clm No 45839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                                  2362 of 3335

---

**Bobbie Griffin**                      **Clm No 61822**    Filed In Cases: 140
4570 Hickory Tree Road
Saint Cloud, FL 34772

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BOBBIE GRIFFIN**                      **Clm No 78028**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Bobbie Haley**                        **Clm No 47165**    Filed In Cases: 140
2023 Cochran Hwy
Eastman, GA 31023

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bobbie Hall-Refinati**
1554 Manor Drive
Columbus, OH 43232

**Clm No 10982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE HARGRAVES**
209 CR 2002 W
LIBERTY TX 77575

**Clm No 38264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE HARPER**
C/O HARVEY WARREN
2555 NORTH STREET
BEAUMONT TX 77702

**Clm No 38276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                        2364 of 3335

---

**Bobbie Hayes**                     **Clm No 27142**    Filed In Cases: 140
651 4th St
New Martinsville, WV 26155           Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BOBBIE HAYES**                     **Clm No 38388**    Filed In Cases: 140
877 FM 2882
MOUNT PLEASANT TX 75455              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Bobbie Holston, Jr.**              **Clm No 11611**    Filed In Cases: 140
910 Riverside Dr.
Elyria, OH 44035                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                    2365 of 3335

---

**Bobbie J Morman**                    **Clm No 32856**    Filed In Cases: 140
1267 E. Virginia Beach Blvd
Norfolk, VA  23504            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBIE JEAN LOVE**                    **Clm No 88107**    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.            | Class | Claim Detail Amount | Final Allowed Amount |
LITTLE ROCK, AR 72201        |---|---|---|
| UNS | Unknown | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**BOBBIE JEAN WOODALL**                **Clm No 87363**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2366 of 3335

---

**Bobbie Jo Waldrop**
1965 Bonnie Brae Avenue NE
Warren, OH 44483

**Clm No 17651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Keith**
841 Hayes Road
Talladega, AL 35160

**Clm No 23191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE LAMBERT**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                    2367 of 3335

---

**Bobbie Lartigue**                      **Clm No 70243**   Filed In Cases: 140
6446 Bazel Brook Dr.
Missouri City, TX 77489-2703             Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**BOBBIE LEE BEW BRIDGES**               **Clm No 84581**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                      Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                         UNS                  $1.00
                                                             $1.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $1.00

---

**BOBBIE LEE SMITH**                     **Clm No 88013**   Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                         Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                         UNS                Unknown

Date Filed            24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**Bobbie Lina**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE LOUKAS**
4609 BRIARWOOD
PORT ARTHUR TX 77642

**Clm No 39727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Love**
684 King Ranch Rd.
Canton, MS 39046

**Clm No 49908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            2369 of 3335

---

**BOBBIE M. NOBLE**                        <u>Clm No 88082</u>    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                  Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**BOBBIE M. OLIVER**                       <u>Clm No 87789</u>    Filed In Cases: 140
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.                           Class          Claim Detail Amount      Final Allowed Amount
LITTLE ROCK, AR 72201
                                           UNS                  Unknown

Date Filed              24-Mar-2017
Bar Date
Claim Face Value

---

**BOBBIE MCBRIDE**                         <u>Clm No 57212</u>    Filed In Cases: 140
113 Kristi Lane
Bolivar, TN 38008                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bobbie McBride**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Miller**
2218 Mill Creek Lane S.W.
Boguechitto, MS 39629

**Clm No 63243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE MILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBIE MILTON**
902 MEADOW LANE
TYLER TX 75702

**Clm No 40343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|-----------|
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Bobbie Minter**
Post Office Box 131
Sardis, AL 36775

**Clm No 23390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|-----------|
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**BOBBIE MITCHELL**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|-----------|
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBIE MYERS**
P.O. BOX 1573
MAURICEVILLE TX 77626

**Clm No 40615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE MYERS**
833 1st Street NW
Magee, MS 39111

**Clm No 57463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie New**
2770 Radcliff Rd
Saraland, AL 36571

**Clm No 71419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2373 of 3335

---

**Bobbie Odom**                          **Clm No 49512**    Filed In Cases: 140
561 Pecan Grove Road
Ellisville, MS 39437

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobbie Page**                          **Clm No 24443**    Filed In Cases: 140
9225 W. Charleston Blvd. Apt. 2133
Las Vegas, NV 89117

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobbie Pierce**                        **Clm No 46614**    Filed In Cases: 140
16 Pierce Ave
Leakesville, MS 39451

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2374 of 3335

---

**Bobbie Pride**
940 Magnolia Drive S.E.
Smyrna, GA 30082

**Clm No 23553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobbie Rascoe**
3864 Church Point Rd.
Virginia Beach,  VA 23455

**Clm No 5621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobbie Redd**
177 Buel Ave
Muskegon, MI 49445

**Clm No 59645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

**BOBBIE RICHMOND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Bobbie Richmond**
1620 Sunset Road
Pocatello, ID 83204

**Clm No 64021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Bobbie Roberts**
1921 Manchester Rd.
Akron, OH 44314-3270

**Clm No 15521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                          2376 of 3335

---

**BOBBIE RUTH OXNAM, PERSONAL REPRESENTATIVE FOR**

MELVIN G. OXNAM (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bobbie S. Helton**

c/o Bobbie S. Helton
572 W. Crocus Dr.
Radcliff, KY 40160-2308

**Clm No 50671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Sanders**

1116 Reed Street
Mansfield, OH 44906

**Clm No 15849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

**Bobbie Sanders**
10402 OHillsboro Road
Forest, MS 39074

**Clm No 44774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bobbie Sauls**
C/o Keith Preston, Attorney
631 18th Street N
Bessemer, AL 35020

**Clm No 72666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bobbie Saunders**
824 Bradley 18 W
Warren, AR 71671

**Clm No 59676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                              2378 of 3335

---

**Bobbie Sherrod**                  **Clm No 16196**   Filed In Cases: 140
4518 River Side Drive
Lorain, OH 44055                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00

                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Bobbie Stephens**                 **Clm No 29475**   Filed In Cases: 140
PO Box 551
Grayson, KY 41143                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00

                                                        $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BOBBIE STIMAC**                   **Clm No 42441**   Filed In Cases: 140
1475 W. WALTON RD.
LUMBERTON TX 77657                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00

                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                              2379 of 3335

---

**BOBBIE SUE CHURCHILL**                      **Clm No 85094**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                           Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                              UNS                    $10,000.00
                                                                     $10,000.00

Date Filed            24-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Bobbie Sutton**                             **Clm No 25060**    Filed In Cases: 140
3100 Avenue M
Birmingham, AL 35218                          Class              Claim Detail Amount    Final Allowed Amount

                                              UNS                       $1.00
                                                                        $1.00

Date Filed            5-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Bobbie Sutton**                             **Clm No 6233**     Filed In Cases: 140
1601 Ekstine Drive
Portsmouth,  VA 23701                         Class              Claim Detail Amount    Final Allowed Amount

                                              UNS                       $1.00
                                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2380 of 3335

---

**BOBBIE TATE WASHINGTON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BOBBIE TENNANT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Thrash**
1375 Dennis Road
Walnut Grove, MS 39189

**Clm No 44929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bobbie Toney Walker**
1060 Hopewell Rd. W.
Musella, GA 31066

**Clm No 45437**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Watkins**
3734 Irwinton Rd.
Macon, GA 31217

**Clm No 48607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Williams**
1102 Shady Lane
Tifton, GA 31794

**Clm No 45594**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBIE WINDHAM**
500 Mary Drive
Adamsville, AL 35005

**Clm No 73344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Wymbs**
1979 Butterfly Lane
Monroe, GA 30655

**Clm No 47071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby A Edwards**
148 Mockingbird Dr.
Lexington, SC  29027

**Clm No 32480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2383 of 3335

---

**BOBBY A WATES**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Bobby Aaron**
398 3rd Avenue
Parrish, AL 35580

**Clm No 22542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Bobby Abney**
5114 Hwy 16 W
Yazoo City, MS 39149

**Clm No 43718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2384 of 3335

---

**BOBBY ADAMS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 35162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY ADAMS**
245 WIES BLUFF RD
VIDOR TX 77662

**Clm No 35173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Adams**
6550 Tarbell Ave.
Madison, OH 44057

**Clm No 6938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2385 of 3335

---

**Bobby Adkins**                    **Clm No 18554**    Filed In Cases: 140
13790 Kelley St.
Walker, LA 70785                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY AGEE**                      **Clm No 54958**    Filed In Cases: 140
227 CR 9
Bay Springs, MS 39442                Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY AGNEW**                     **Clm No 35200**    Filed In Cases: 140
2640 FM 13 E
TROUP TX 75789                       Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2386 of 3335

---

**Bobby Anders**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobby Anderson**
3931 Mountain Brook Avenue
Eight Mile, AL 36613

**Clm No 65575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobby Ashcraft**
c/o Sandra Ashcraft Thrower
704 Walker St.
Douglas, GA 31533

**Clm No 65650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2387 of 3335

---

**BOBBY BAKER**                     **Clm No 84309**   Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                 Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                    UNS                 $1.00

                                                        $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Bobby Banks**                     **Clm No 18594**   Filed In Cases: 140
47 Tuscany Dr
La Place, LA 70068                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00

                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BOBBY BARTLETT**                  **Clm No 65825**   Filed In Cases: 140
c/o Sarah Bartlett
100 Pine Street                     Class          Claim Detail Amount      Final Allowed Amount
Hueytown, AL 35023
                                    UNS                 $1.00

                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

2388 of 3335

---

**Bobby Barton**
524 Peachtree Lane
Bowling Green, KY 42103

**Clm No 60104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY BARTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77631**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bobby Barton**
1021 Ruddell Road
Vinton, VA 24179

**Clm No 2640**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2389 of 3335

---

**Bobby Beasley** | **Clm No 60143** | Filed In Cases: 140
157 Carolina Street
P.O. Box 221

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Mocksville, NC 27028

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY BEASLEY** | **Clm No 77467** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bobby Benton** | **Clm No 46683** | Filed In Cases: 140
163 J.D. Love Road
Ashford, AL 36312

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2390 of 3335

---

**Bobby Beran**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Best**
1080 Wooldridge Spur
Lawrenceburg, KY 40342

**Clm No 59120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Blackwell**
P. O. Box 236
Bay Springs, MS 39422

**Clm No 50854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 5:48:22 PM

*Claims Details*                                                                          2391 of 3335

---

**Bobby Bolin**                            **Clm No 2803**       Filed In Cases: 140
P.O. Box 7602
Portsmouth, VA 23707                        Class              Claim Detail Amount       Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Bobby Bolton**                           **Clm No 60317**      Filed In Cases: 140
8620 NW 13th Street #36
Gainesville, FL 32653                       Class              Claim Detail Amount       Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Bobby Bolton**                           **Clm No 66098**      Filed In Cases: 140
9440  B  Celeste Road
Saraland, AL 36571                          Class              Claim Detail Amount       Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          2392 of 3335

---

**BOBBY BOONE**                         **Clm No 55215**    Filed In Cases: 140
222 Meadow Drive
Columbus, MS 39180-8500                 Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BOBBY BOYETTE**                       **Clm No 83748**    Filed In Cases: 140
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA                   Class              Claim Detail Amount      Final Allowed Amount
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328                         UNS                    $10,000.00
                                                               $10,000.00

Date Filed              22-Mar-2017
Bar Date
Claim Face Value         $10,000.00

---

**Bobby Brand**                         **Clm No 66190**    Filed In Cases: 140
604 Ashwood Lane
Trussville, AL 35173                     Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2393 of 3335

---

**BOBBY BREWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bobby Brewer**
28031 North 230th Avenue
Wittman, AZ 85361-0000

**Clm No 60417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY BROUSSARD**
37 WIND RIVER DRIVE
CONROE TX 77384

**Clm No 35930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2394 of 3335

---

**Bobby Brown**
2351 June Springs Drive
Marietta, GA 30008

**Clm No 2950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Brown**
31 Woodland Avenue
Campbell, OH 44405

**Clm No 8070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Buck**
112 Claiborne Street
Port Gibson, MS 39150

**Clm No 43874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 5:48:22 PM

## *Claims Details*                                                      2395 of 3335

---

**Bobby Bunn**                    **Clm No 66395**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                 UNS                    $1.00
                                                        $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Burke**                   **Clm No 8240**     Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway        Class            Claim Detail Amount        Final Allowed Amount
Boston Heights, OH 44236
                                 UNS                    $1.00
                                                        $1.00

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Bush**                    **Clm No 45242**    Filed In Cases: 140
1010 Bush Rd
Dublin, GA 31027                  Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2396 of 3335

---

**Bobby Butler**                      <u>Clm No 48366</u>    Filed In Cases: 140
333 Confederate Navy Yard Rd
Jakin, GA 39861

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Butler**                      <u>Clm No 8305</u>     Filed In Cases: 140
1086 Meandering Creek St
Uniontown, OH 44685

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Cain**                        <u>Clm No 66531</u>    Filed In Cases: 140
2100 16th Street S.w.
Birmingham, AL 35211

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bobby Calvin**
556 Arnold Ave.
Greenville, MS 38701

**Clm No 49496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Camden**
980 Bearcreek Dr.
Bartow, Fl 33830

**Clm No 33819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Camp**
3593 Harper Rd.
McDonough, GA 30252

**Clm No 48515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

2398 of 2500

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Bobby Campbell**
416 Raleigh Avenue
Hampton, VA 23661

**Clm No 3091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY CARL SCOTT JR.**
FOR THE ESTATE OF BOBBY CARL SCOTT SR.
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**BOBBY CARTER**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBY CHAMBERS**
1232 Edge Wood Drive
Laurel, MS 39440

**Clm No 55507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Chambers**
2211 Calvert Dr.
Marshall, TX 75670

**Clm No 33304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Chapman**
601 First Street
PO Box 249
Jackson, SC 29831

**Clm No 60714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                      2400 of 3335

---

**BOBBY CHAPMAN**                    **Clm No 77001**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                 UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Bobby Chauvin**                    **Clm No 33307**    Filed In Cases: 140
1545 Bayou Dularge Rd.
Theriot, LA 70397               Class           Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00

                                                       $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BOBBY CHAVIS**                     **Clm No 36407**    Filed In Cases: 140
7801 OLD BIRMINGHAM HWY LOT #73
COTTONDALE AL 35453             Class           Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00

                                                       $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2401 of 3335

---

**Bobby Childers**
6163 So. Hwy. 69 So.
Lufkin, TX 75901

**Clm No 66785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Clark**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Clark**
7166 Utah Rd
Lena, MS 39094

**Clm No 50028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2402 of 3335

---

**Bobby Clay**
9744 East Miami River Road
Cincinnati, OH 45247

**Clm No 8745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Clement**
719 McFee Street
Bastrop, LA 71220

**Clm No 50037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Clenney**
2894 Fairway Glen
Collierville, TN 38017

**Clm No 60801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2403 of 3335

---

**Bobby Clifton**
6664 Commonwealth Blvd.
Parma Hts, OH 44130

**Clm No 8766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Bobby Clowser**
42592 Webster Road
LaGrange, OH 44050

**Clm No 8776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Bobby Cobbs**
C/o Christine Cobbs
327 55th Street
Fairfield, AL 35064

**Clm No 66867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                     2404 of 3335

---

**Bobby Coleman**                          **Clm No 51053**    Filed In Cases: 140
P.O. Box 171
Rentz, GA 31075                            Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Bobby Collins**                          **Clm No 8864**     Filed In Cases: 140
144 N. Main Street
New London, OH 44851                        Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Bobby Connell**                          **Clm No 66982**    Filed In Cases: 140
15938 Lake Hills Drive
Northport, AL 35476                         Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                2405 of 3335

---

**BOBBY CONNER**                     **Clm No 20701**    Filed In Cases: 140
5716 N. DEERWOOD
MOBILE, AL 36618                     Class            Claim Detail Amount        Final Allowed Amount

UNS                  $1.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                     $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Bobby Cook**                        **Clm No 60882**    Filed In Cases: 140
891 Glenwood Road
Morris, AL 35116-1708                Class            Claim Detail Amount        Final Allowed Amount

UNS                  $1.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**BOBBY COOK**                        **Clm No 76459**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                  Unknown
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2406 of 3335

---

**Bobby Cox**
375 Mt. Creek Farm Rd.
Florence, MS 39073

**Clm No 48613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Craghead**
101 Planters Court
Durham, NC 27712

**Clm No 9084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bobby Crane**
1017 Pennsylvania Ave.
Suffolk, VA 23434

**Clm No 3361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2407 of 3335

---

**Bobby Crider**
560 Great Circle Drive
St. Mathews, SC 29135

**Clm No 60973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Cutts, Sr.**
930 North Ella Street #9
Orrville, OH 44667

**Clm No 9220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY D NELSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2408 of 3335

---

**BOBBY D. PATTEN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bobby Daniels**
5937 Gainor Place
Norfolk,  VA 23502

**Clm No 3427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Davis**
252 Davis Farm Dr
Summerville, GA 30747-6771

**Clm No 47727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2409 of 3335

---

| **Bobby Davis** | | **Clm No 67343** | Filed In Cases: 140 | |
| 1402 Plantation Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35405 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Bobby Day** | | **Clm No 9386** | Filed In Cases: 140 | |
| 7484 Fairground Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Blanchester, OH 45107 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Bobby Dean** | | **Clm No 50539** | Filed In Cases: 140 | |
| 919 North Merrimac Dr. Extension | | Class | Claim Detail Amount | Final Allowed Amount |
| Fitzgerald, GA 31750 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2727**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2410 of 3335

---

**Bobby Dean**
128 DeAlba Ln.
Seaford, VA 23696

**Clm No 33862**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY DELCOURE**
c/o W. Ray Goehring
702 Johns Creek Rd.
Lavinia, TN 38348

**Clm No 67394**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY DELOYDE FILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86413**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2411 of 3335

---

**BOBBY DENNIS**                     **Clm No 359**    Filed In Cases: 140
10065 EAST LEGEND TRAIL
GOLD CANYON, AZ 85118              Class    Claim Detail Amount    Final Allowed Amount

                                    UNS              $1.00
                                                     $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**BOBBY DIDDONE**                    **Clm No 55811**    Filed In Cases: 140
21125 P. Griffen Rd.
Kentwood, LA 70444                 Class    Claim Detail Amount    Final Allowed Amount

                                    UNS              $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Bobby Dingess**                    **Clm No 26371**    Filed In Cases: 140
HC 74 Box 3116
Chapmanville, WV 25508             Class    Claim Detail Amount    Final Allowed Amount

                                    UNS              $1.00
                                                     $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2412 of 3335

---

**BOBBY DOWNS**                          **Clm No 78245**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown

| Date Filed | 20-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**Bobby Downs**                          **Clm No 61227**    Filed In Cases: 140
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800          Class              Claim Detail Amount      Final Allowed Amount
Miami, FL 33131
                                      UNS                    $1.00
                                                             $1.00

| Date Filed | 8-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Driskill**                       **Clm No 47774**    Filed In Cases: 140
258 SCR 135
Morton, MS 39117                      Class              Claim Detail Amount      Final Allowed Amount
                                      UNS                    $1.00
                                                             $1.00

| Date Filed | 8-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

2413 of 3335

---

**Bobby Durden**
387 Colony Farm Rd SW
Milledgeville, GA 31059

**Clm No 48673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Eades**
c/o Mrs. Dorothy Eades
P.O.Box 1775
Conroe, TX 77305

**Clm No 67615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY EARL FAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                      2414 of 3335

---

**BOBBY EARNEST STONE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Ellender**
400 Gaynell Dr.
Houma, LA 70364

**Clm No 33353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Ellis**
72 Ellis Dr.
Mt. Olive, MS 39119

**Clm No 50044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2415 of 3335

---

**Bobby Entrekin**                    **Clm No 24806**    Filed In Cases: 140
7037 Mt. View Drive
Pinson, AL 35126                      Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Etheridge**                   **Clm No 3711**    Filed In Cases: 140
506 Mooney Rd.
Chesapeake,  VA 23325                Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Feagin**                      **Clm No 22917**    Filed In Cases: 140
1025 Legacy Drive
Birmingham, AL 35242                 Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2416 of 3335

---

**Bobby Ferrell**                      **Clm No 22920**    Filed In Cases: 140
614 Merrydale Lane
Monticello, AR 71655              Class         Claim Detail Amount    Final Allowed Amount

                                 UNS              $1.00
                                                  $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Fields**                       **Clm No 67915**    Filed In Cases: 140
C/o Mary E. Fields
63 Circlewood                     Class         Claim Detail Amount    Final Allowed Amount
Tuscaloosa, AL 35405
                                 UNS              $1.00
                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY FIELDS**                       **Clm No 37480**    Filed In Cases: 140
505 MONTEREY DR.
NORTHPORT AL 35476                Class         Claim Detail Amount    Final Allowed Amount

                                 UNS              $1.00
                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2417 of 3335

---

**Bobby Fincher**                        **Clm No 49226**    Filed In Cases: 140
500 Castle Court
Peachtree, GA 30269          | Class | Claim Detail Amount | Final Allowed Amount |
                             |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BOBBY FLEMING**                        **Clm No 56023**    Filed In Cases: 140
213 W. Fox Avenue
Calhoun City, MS 38916-6606  | Class | Claim Detail Amount | Final Allowed Amount |
                             |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Fletcher**                       **Clm No 33902**    Filed In Cases: 140
21310 Vine Yard Ln.
Smithfield, VA 23430         | Class | Claim Detail Amount | Final Allowed Amount |
                             |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2418 of 3335

---

**Bobby Foster**
5 Mary Ingles Hwy
Dayton, KY 41074

**Clm No 10245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Franklin**
12496 Davis Creek Rd.
Mccalla, AL 35111-9520

**Clm No 68064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY GAINES**
P.O. BOX 271605
CORPUS CHRISTI TX 78427

**Clm No 37699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Bobby Gammage**
PO Box 622
Raleigh, MS 39153

**Clm No 51713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Garst**
414 Avon Circle
Mount Olive, AL 35117

**Clm No 68200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Gassett**
122 Adams St.
Thomaston, GA 30286

**Clm No 45932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**BOBBY GATES**
3586 Charles St
Dolomite, AL 35061

**Clm No 68222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Gatling**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY GELSTON**
6151 OLD WILSON ROAD
West, MS 39192

**Clm No 56128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

2421 of 3335

---

**Bobby Gene Bush**
975 Fess Avenue
Akron, OH 44307

**Clm No 8289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY GENE CALTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY GENE WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2422 of 3335

---

**Bobby Gentry**
2407 Surf Side
Pine Bluff, AR 71603

**Clm No 47636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY GEORGE BOREN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY GRAY**
25 Gray Mayre Lane
Collins, MS 39428

**Clm No 56220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2423 of 3335

---

**Bobby Green**
4630 Comal River Loop
Spring, TX 77386

**Clm No 18950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby H. Hodges**
P.O. Box 236
Richton, MS 39476

**Clm No 51128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby H. Hodges**
P.O. Box 236
Richton, MS 39476

**Clm No 51127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2424 of 3335

---

**BOBBY HADDOCK**
849 Cherry Road
Washington, NC 27889-8446

**Clm No 56283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BOBBY HALBERT**
6729 U.S. HWY 96 S.
CENTER TX 75935

**Clm No 38159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobby Hall**
123 John Glenn
Natchez, MS 39121

**Clm No 45963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/30/2018 5:48:22 PM

### *Claims Details*

---

**BOBBY HAMMERS**
6330 ALICE AVENUE
PORT ARTHUR TX 77640

**Clm No 38205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Hamner**
1313 Misty Lane
Tuscaloosa, AL 35405

**Clm No 68689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Haney**
5897 FM 2796
Gilmer, TX 75644

**Clm No 33403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2426 of 3335

---

**BOBBY HAROLD LETSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**BOBBY HAWKINS**
40493 Old Hwy 45 S
Hamilton, MS 39746

**Clm No 68881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobby Hawkins**
686 Bridle Path
Cincinnati, OH 45231

**Clm No 11229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBY HAYES**
4610 Orchard Ave. Lot 1
Pascagoula, MS 39563

**Clm No 56409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Haynes**
1284 East Avenue
Elyria, OH 44035

**Clm No 11257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Helms**
P.O. Box 311713
Enterprise, AL 36331

**Clm No 68918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                             2428 of 3335

---

**BOBBY HENRY**                          **Clm No 38480**   Filed In Cases: 140
130 DOROTHY DRIVE
NEDERLAND TX 77627                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY HENSON**                         **Clm No 56448**   Filed In Cases: 140
107 Wildwood Drive
Greenville, MS 38701-7627                Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Herring**                        **Clm No 49830**   Filed In Cases: 140
65 Al Covy Crossing Dr.
Covington, GA 30014                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00

                                                              $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2429 of 3335

---

**Bobby Hewett**
723 Zion Hill Road
East Dublin, GA 31027

**Clm No 50055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**BOBBY HICKS**
P.O. Box 24 Thomas Street
Marion, LA 71260

**Clm No 69018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobby Higginbotham**
1673 Daniels Chapel Rd.
New Boston, TX 75570

**Clm No 69035**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2430 of 3335

---

**Bobby Higginbotham**
PO Box 538
Eleanor, WV 25070

**Clm No 27241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY HILL**
531 Willow Lane
Birmingham, AL 35206

**Clm No 69075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY HODGES**
c/o Sandra C. Hodges
925 Deer Run North
West Point, MS 39773

**Clm No 69122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Bobby Holcomb**
3036 25th Street NW
Canton,   44708

**Clm No 11574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY HOLIFIELD**
289 Lebanon Road
Laurel, MS 39443-7877

**Clm No 56509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY HOLLOWAY**
969 Patton Dr.
Greenville, MS 38703

**Clm No 56527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2432 of 3335

---

**Bobby Holloway**
4945 19th Street SW
Lanett, AL 36863

**Clm No 23099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Hood**
3314 CR 286
Grenada, MS 38901

**Clm No 48359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Howeth**
c/o Joni Delgado
113 Mammoth Springs Ln.
Dickinson, TX 77539

**Clm No 69298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2433 of 3335

---

**BOBBY HUCKABAY**                      **Clm No 38715**    Filed In Cases: 140
3087 EAST LAKE DRIVE
GLADEWATER TX 75647                      Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY HUMPHRIES**                     **Clm No 56606**    Filed In Cases: 140
91 Spokane Road
Natchez, MS 39120                       Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Ingalls**                       **Clm No 62253**    Filed In Cases: 140
304 Locust Avenue
Luling, TX 78648-3367                   Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                    2434 of 3335

---

**BOBBY IRVIN LUKE**                    **Clm No 85471**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                    Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                       UNS                    $1.00
                                                              $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**BOBBY IVY**                          **Clm No 56638**    Filed In Cases: 140
3490 Hwy 37
Taylorsville, MS 39168                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Bobby J Lambert**                    **Clm No 32700**    Filed In Cases: 140
c/o The Jaques Admiralty Law Firm
645 Griswold, Suite 1370               Class          Claim Detail Amount      Final Allowed Amount
Detroit, MI 48226
                                       UNS                    $1.00
                                                              $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## *Claims Details*

**Bobby Jackson**
2137 Grandy Avenue Apt A
Norfolk,  VA 23504

**Clm No 4487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Jackson**
544 Greene Morrow Rd.
Lawrence, MS 39336

**Clm No 49449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JEAN JARVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### *Claims Details*

---

**Bobby Jeffery**
2912 S Walford Dr.
Jeffersonville, IN 47130

**Clm No 27488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JOE BOATRIGHT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JOE MILAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86827**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Bobby Joe Moore**
920 North Prospect St.
Marion, OH 43302-1744

**Clm No 14090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JOE RAGLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JOE SMITHERMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    2438 of 3335

---

| **BOBBY JOHNSON** | **Clm No 73748** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **Bobby Johnson** | **Clm No 62341** | Filed In Cases: 140 | |
| 1798 Fairway Drive | | | |
| Corinth, MS 38834 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Bobby Johnson** | **Clm No 12045** | Filed In Cases: 140 | |
| 433 Carroll Street | | | |
| Youngstown, OH 44502 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**Bobby Johnson**
P.O. Box 97
5031 Lexington Rd.
West Alexandria,  OH 45381

**Clm No 4572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY JOHNSON**
1101 ARVERN STREET
LONGVIEW TX 75602

**Clm No 39009**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Jones**
5600 Candice Lane
Bastrop, LA 71220

**Clm No 49509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                  2440 of 3335

---

**Bobby Jones**                          <u>Clm No 69893</u>    Filed In Cases: 140
875 River Bend Road
Quinton, AL 35130-3133                   Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Jones**                          <u>Clm No 48443</u>    Filed In Cases: 140
3457 Mahaffey Drive
Pearl, MS 39208                          Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed             8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BOBBY K. PIERCE**                      <u>Clm No 81957</u>    Filed In Cases: 140
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH                     Class          Claim Detail Amount    Final Allowed Amount
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169                    UNS                   Unknown

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2441 of 3335

---

**BOBBY KELLY**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 39205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Bobby Kilcrease**
314 Ashley 454 Rd
Hamburg, AR 71646

**Clm No 48220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**BOBBY KILLEBREW**
350 Town Center Way, Apt 233
Flowood, MS 39232

**Clm No 56896**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                                2442 of 3335

---

**Bobby Kittle**                          <span style="color:blue">**Clm No 51539**</span>    Filed In Cases: 140
PO Box 177
Porterdale, GA 30070                      Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Knight**                          <span style="color:blue">**Clm No 48909**</span>    Filed In Cases: 140
4200 Lake Shore Drive
Pine Bluff, AR 71603                       Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Knox**                            <span style="color:blue">**Clm No 47664**</span>    Filed In Cases: 140
2440 Reeves Cir
Milledgeville, GA 31061                    Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBY KYKER**
3470 DELESANDRI LANE
KEMAH TX 77565

**Clm No 39349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby L. Smith**
710 Sugar St
Tifton, GA 31794

**Clm No 49999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby L. Sparks**
10685 Ballah Road
Orient OH 43146

**Clm No 53522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2444 of 3335

---

**Bobby Lands**                    **Clm No 34026**    Filed In Cases: 140
12350 Jefferson Ave., Ste 300
Newport News, VA 23602             Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                $10,000.00
                                                      $10,000.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Bobby Lane**                     **Clm No 12833**    Filed In Cases: 140
1346 Saffron Dr.
West Salem, OH 44287               Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Bobby Lang**                     **Clm No 44432**    Filed In Cases: 140
374 Wilson Welch Road
Mendenhall, MS 39114               Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2445 of 3335

---

**BOBBY LEE**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY LEE MCCRARY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Lee Merz**
422 Greg Ogden Ln
West Union, OH 45693

**Clm No 13829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2446 of 3335

---

**Bobby Lemay**
9405 Cummins Road
Mount Pleasant, TN 38474

**Clm No 24921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Leopard**
335 Bear Creek Rd E
Tuscaloosa, AL 35405-6467

**Clm No 70351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY LINCOLN GARNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 5:48:22 PM

*Claims Details*                                                              2447 of 3335

---

**Bobby Lindsey**                        **Clm No 49096**    Filed In Cases: 140
464 Nicholas Paul Dr
Resaca, GA 30735            Class           Claim Detail Amount      Final Allowed Amount

                           UNS                  $1.00
                                                $1.00

            Date Filed        8-Dec-2016
            Bar Date
            Claim Face Value      $1.00

---

**Bobby Lowe**                           **Clm No 70513**    Filed In Cases: 140
803 E. Ladner Drive
Saraland, AL 36571         Class           Claim Detail Amount      Final Allowed Amount

                           UNS                  $1.00
                                                $1.00

            Date Filed        9-Dec-2016
            Bar Date
            Claim Face Value      $1.00

---

**Bobby Lucas**                          **Clm No 70531**    Filed In Cases: 140
1065 Camp Branch
Alabaster, AL 35007        Class           Claim Detail Amount      Final Allowed Amount

                           UNS                  $1.00
                                                $1.00

            Date Filed        9-Dec-2016
            Bar Date
            Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2448 of 3335

---

**Bobby Lucear**                          **Clm No 51315**    Filed In Cases: 140
P.O. Box 554
Forsyth, GA 31029                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY M WALLACE**                       **Clm No 35041**    Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                            Class          Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701
                                          UNS                  $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Mackey**                          **Clm No 4965**     Filed In Cases: 140
3816 Collier Rd
Randallstown,  MD 21133                   Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2449 of 3335

---

**BOBBY MANNING**                          **Clm No 57147**    Filed In Cases: 140
106 MANNING DRIVE
Laurel, MS 39443                           Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY MATLOCK**                          **Clm No 57194**    Filed In Cases: 140
P O Box 943
Canton, MS 39046                           Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Matthews**                         **Clm No 70737**    Filed In Cases: 140
209 Enns Street
Saraland, AL 36571                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2450 of 3335

---

**BOBBY MATTOX**
7401 ST VINCENT AVE APT S104
SHREVEPORT LA 71106

**Clm No 39992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BOBBY MAY**
P.O. BOX 30
MT. VERNON AL 36560

**Clm No 40006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Bobby Mayton**
371 Edgemere
Camden, AR 71701

**Clm No 48594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2451 of 3335

---

**Bobby McAlpine**
181 Windy Lane
Athens, WV 24712

**Clm No 28131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby McCargo**
P.O. Box 363
Talladega, AL 35160

**Clm No 59536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby McCloud**
1358 Jackson Ave
Huntington, WV 25704

**Clm No 28154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                                      2452 of 3335

---

**Bobby McCook**                           **Clm No 49589**    Filed In Cases: 140
585 Glyen Hickman Rd
Eastman, GA 31023                          Class              Claim Detail Amount    Final Allowed Amount

                                           UNS                        $1.00
                                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BOBBY MCDANIEL**                         **Clm No 57256**    Filed In Cases: 140
3930 CR 49
Kennedy, AL 35574                          Class              Claim Detail Amount    Final Allowed Amount

                                           UNS                        $1.00
                                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BOBBY MCMURRAY**                         **Clm No 86855**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                           UNS                        $1.00
                                                                      $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2453 of 3335

---

**Bobby McNeil**
429 Root Road
Lorain, OH 44052

**Clm No 13749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Meade**
1511 Lakeview Ave.
Lorain, OH 44053

**Clm No 13772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Meadows**
C/o Brent Thornley
P.O. BOX 102
Sipsey, AL 35584

**Clm No 70983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2454 of 3335

---

**Bobby Meeks**               **Clm No 48116**    Filed In Cases: 140
303 Watson St.
Swainsboro, GA 30401          Class            Claim Detail Amount    Final Allowed Amount

                              UNS                  $1.00
                                                   $1.00

Date Filed         8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Bobby Meeler**              **Clm No 47510**    Filed In Cases: 140
23 Panther Drive
Petal, MS 39465              Class            Claim Detail Amount    Final Allowed Amount

                              UNS                  $1.00
                                                   $1.00

Date Filed         8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Bobby Melton**              **Clm No 71006**    Filed In Cases: 140
P. O. Box 913
Fredericksburg, TX 78624     Class            Claim Detail Amount    Final Allowed Amount

                              UNS               $10,000.00
                                                $10,000.00

Date Filed         9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2455 of 3335

---

**Bobby Merrell**
P.O. Box 2964
Meridian, MS 39302

**Clm No 51179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobby Milstead**
c/o Mrs. Mary Milstead
230 Sweet Bay Drive
Maylene, AL 35114

**Clm No 71092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobby Morris**
c/o Effie Morris
2012 49Th Street West
Birmingham, AL 35208

**Clm No 71263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 5:48:22 PM

*Claims Details*                                                      2456 of 3335

---

**BOBBY MORTON**                  **Clm No 641**    Filed In Cases: 140
352 N. PERRY STREET
PONTIAC, MI 48342                  Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Mosley**                  **Clm No 71296**   Filed In Cases: 140
c/o Betty Mosley
9259 Mosley Loop Rd.              Class          Claim Detail Amount      Final Allowed Amount
Morris, AL 35116
                                  UNS                  $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Murphy**                  **Clm No 19313**   Filed In Cases: 140
1150 Firewood Rd
Jonesboro, LA 71251              Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

2457 of 3335

---

**BOBBY NATHANIEL BARBOUR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Nelson**
1024 Highway 13 South
Berry, AL 35546

**Clm No 71414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Newsom**
5175 Hornchitto Rd
Gloster, MS 39638

**Clm No 49339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 5:48:22 PM

*Claims Details*                                                                          2458 of 3335

---

**Bobby Newsome**                        **Clm No 52891**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road              Class              Claim Detail Amount        Final Allowed Amount
Novato, CA 94948
                                  UNS                      $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Bobby Newsome**                        **Clm No 14395**    Filed In Cases: 140
5910 Granger Road
Ashtabula, OH 44004               Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Bobby Nix**                            **Clm No 48415**    Filed In Cases: 140
3401 Main St.
Moss Point, MS 39563              Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2459 of 3335

---

**Bobby Norris**
40 Whitetail Road
Toxey, AL 36921

**Clm No 48732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY NOTTINGHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**Bobby Nottingham**
1401 SW Oklahoma Avenue
Lawton, AL 73501

**Clm No 63517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

2460 of 3335

---

**Bobby Nutall**
309 Birdsong
Indianola, MS 38751

**Clm No 44638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY O'BRYANT**
RT. 1 BOX 84A
GORDO AL 35466

**Clm No 40725**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY ODOM**
6420 SHETLAND CT.
MOBILE AL 36695

**Clm No 40733**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBY ORTA**
3189 CEDAR LANE
ORANGE TX 77632

**Clm No 40776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Pardue**
12322 Cornbread Rd
Bastrop, LA 71220

**Clm No 45973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY PARKER**
P.O. BOX 645
VIDOR TX 77662

**Clm No 40849**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 5:48:22 PM

*Claims Details*                                                                    2462 of 3335

---

**Bobby Pate**                          **Clm No 71709**    Filed In Cases: 140
c/o Nathan Pate
826 Ben Elmore Rd.                      Class          Claim Detail Amount    Final Allowed Amount
Gordo, AL 35466
                                        UNS                 $1.00
                                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BOBBY PATTERSON**                     **Clm No 71728**    Filed In Cases: 140
P.O. Box 341
Sipsey, AL 35584-                       Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                 $1.00
                                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bobby Patton**                        **Clm No 71740**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                        UNS                 $1.00
                                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Bobby Patton**
2606 Oberlin Avenue
Lorain, OH 44052

**Clm No 14748**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY PENNINGTON**
P.O. Box 801
Natchez, MS 39121

**Clm No 57638**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Pennington**
Box 139
Montcalm, WV 24737

**Clm No 28655**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2464 of 3335

---

**Bobby Person**
19523 Shawnee Avenue
Cleveland, OH 44119

**Clm No 14848**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Peterson**
53 Gadren Drive
Blakely, GA 39823

**Clm No 49403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Phillips**
50 Woodrow St
Hamilton, OH 45013

**Clm No 28697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2465 of 3335

---

**Bobby Phillips**
Post Office Box 888
Port Gibson, MS 39150

**Clm No 44679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY PHIPPS**
37 Taylor Drive
Laurel, MS 39443

**Clm No 57671**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Pierce**
1235-2  Highway 35 South
Gatesville, NC 27938

**Clm No 5497**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2466 of 3335

---

**Bobby Powell**
300 Forrest Ave.
Jackson, AL 36545

**Clm No 48062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Prayer**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY PUCKETT**
P O Box 5
Detroit, AL 35552

**Clm No 57765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBY QUICK, JR.**
1917 Hyche Street
Fultondale, AL 35068

**Clm No 57772**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY R HOLLOMAN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby R. Montgomery**
238 Arnold Street
Weston, WV 26452

**Clm No 53837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2468 of 3335

---

**BOBBY RAINES**
123 IDEAL DR.
SARALAND AL 36571

**Clm No 41288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Ratliff**
3032 Sticine Road
Guys, TN 38339

**Clm No 44719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Rawlins**
5506 8Th Street East
Tuscaloosa, AL 35404

**Clm No 72156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

## *Claims Details*                                        2469 of 3335

---

**Bobby Ray**                           **Clm No 50068**    Filed In Cases: 140
73 Forest Acres Rd.
Leland, MS 38756                         Class          Claim Detail Amount       Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY RAY COOPER**                    **Clm No 85804**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**BOBBY RAY GABLE**                     **Clm No 86333**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                     Class          Claim Detail Amount       Final Allowed Amount
JACKSON, MS 39201
                                        UNS                    $1.00
                                                               $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                            2470 of 3335

---

**BOBBY RAY HARVEY**                    **Clm No 86711**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|---------------------|----------------------|
                            | UNS   | $1.00               |                      |
                            |       | $1.00               |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value              $1.00

---

**BOBBY RAY MCCRAY, PERSONAL**          **Clm No 80648**    Filed In Cases: 140
**REPRESENTATIVE FOR**
TOMMIE BATCHIE (DECEASED)      | Class | Claim Detail Amount | Final Allowed Amount |
C/O BRAYTON PURCELL, LLP       |-------|---------------------|----------------------|
ATTN: CURT HENNECKE            | UNS   | Unknown             |                      |
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

Date Filed              23-Mar-2017
Bar Date
Claim Face Value

---

**BOBBY RICE**                          **Clm No 85526**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201            |-------|---------------------|----------------------|
                            | UNS   | $1.00               |                      |
                            |       | $1.00               |                      |

Date Filed              24-Mar-2017
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*      3/30/2018 5:48:22 PM

*Claims Details*      2471 of 3335

---

**Bobby Richardson**
13010 Mason Road
Vermilion, OH 44089

**Clm No 15403**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Rigsby**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72310**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Robinson**
410 Davis Ave.
Tifton, GA 31794

**Clm No 48833**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2472 of 3335

---

**Bobby Royal**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 64147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY RUSSELL**
2211 34TH STREET N. APT. #6108
TEXAS CITY TX 77590

**Clm No 41747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY SANDERS**
1724 Concord Road
Columbus, MS 39702

**Clm No 57979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                    2473 of 3335

---

**Bobby Savage**                    **Clm No 51216**    Filed In Cases: 140
P.O. Box 355
Porterdale, GA 30070                 Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Settlemires**               **Clm No 44800**    Filed In Cases: 140
205 Weigman Road
Corinth, MS 38834                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bobby Sexton**                    **Clm No 72795**    Filed In Cases: 140
1908 Garber St.
Holt, AL 35401                       Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2474 of 3335

---

**Bobby Shannon**

P.O. Box 1536

Elyria, OH 44035

**Clm No 16130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY SHAVER**

c/o David Shaver

7603 Cervin Drive

Amarillo, TX 79121-1201

**Clm No 72808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Smith**

3117 N Lesley Ave

Indianapolis, IN 46218

**Clm No 29323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBY SMITH**
Post Office Box 820825
Vicksburg, MS 39182

**Clm No 58127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Smith**
PO Box 175
The Rock, GA 30285

**Clm No 51537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Sowell**
179 Beaver Creek Dr
Gray, GA 31032

**Clm No 46865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/30/2018 5:48:22 PM

---

*Claims Details*                                                                                      2476 of 3335

---

**Bobby Spry**                                   **Clm No 16643**    Filed In Cases: 140
524 N. 5th Street, Apt. 208
Toronto, OH 43964                                Class            Claim Detail Amount      Final Allowed Amount

                                                 UNS                   $1.00
                                                                       $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**BOBBY STAFFORD**                               **Clm No 85585**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                              Class            Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                                 UNS                   $1.00
                                                                       $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value           $1.00

---

**Bobby Stanley**                                **Clm No 72915**    Filed In Cases: 140
1810 So Canal
Highlands, TX 77562                              Class            Claim Detail Amount      Final Allowed Amount

                                                 UNS                   $1.00
                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

---

**Bobby Stevens**
1708 Rustic Way
Marion, OH 43302

**Clm No 16764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY STEVENS**
6501 COUNTY RD
TYLER TX 75706

**Clm No 42420**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Taylor**
8561 Roush Road
Irvington, AL 36544

**Clm No 72984**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2727**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2478 of 3335

---

**BOBBY TERRELL**
32041 Ray Stonger Road
Angie, LA 70426-2733

**Clm No 58342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Thrasher**
19 County Road 626
Corinth, MS 38834

**Clm No 44931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Tignor**
97 Hudgins Road
Poquoson, VA 23662

**Clm No 34189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

**Bobby Varner**
1934 Hwy 184 East
Laurel, MS 39443

**Clm No 47039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY W. BEENE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Waddle**
34 Twp Rd 1050
Ironton, OH 45638

**Clm No 17615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2480 of 3335

---

**BOBBY WALLACE**
10093 CR 428
TYLER TX 75704

**Clm No 43044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY WARREN**
1035 Hwy 8 West
Philipp, MS 38950

**Clm No 58564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Watts**
289 Majestic Drive
Toledo, OH 43608

**Clm No 17808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                              2481 of 3335

---

**Bobby Watts**                    **Clm No 29861**    Filed In Cases: 140
4459 5th St Rd
Huntington, WV 25701              | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|--------------------|--------------------|
                                  | UNS   | $1.00              |                    |
                                  |       | $1.00              |                    |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BOBBY WHITE**                    **Clm No 58651**    Filed In Cases: 140
204 Robert Cox Drive
Edwards, MS 39066                 | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|--------------------|--------------------|
                                  | UNS   | $1.00              |                    |
                                  |       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Bobby Whitworth Sr.**            **Clm No 53396**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road            | Class | Claim Detail Amount | Final Allowed Amount |
Novato, CA 94948                 |-------|--------------------|--------------------|
                                  | UNS   | $1.00              |                    |
                                  |       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

---

**BOBBY WILKERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Bobby Wilkerson**
5018 Whitehouse Road
Jasper, AL 35501

**Clm No 65166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Bobby Williams**
1301 Martin Luther King Drive South
Bastrop, LA 71220

**Clm No 46126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2483 of 3335

---

**Bobby Williams**
15316 Oakdale Ave.
Cleveland, OH 44128

**Clm No 18114**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Willingham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Wilson**
2115 Motes Road Apt. 308
Sylacauga, AL 35150

**Clm No 23919**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2484 of 3335

---

**BOBBY WRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Bobby Wright**
8229 Wicker Park Drive
Highland, IN 46322-0000

**Clm No 65293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY WRIGHT**
2149 Leola Ave.
Birmingham, AL 35207-1219

**Clm No 58820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 5:48:22 PM

*Claims Details*                                                                    2485 of 3335

---

**Bobby Wyatt**                          **Clm No 65303**    Filed In Cases: 140
3219 Adams
Paducah, KY 42001                        | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY WYATT**                          **Clm No 77326**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800              |-------|---------------------|----------------------|
MIAMI, FL 33131                          | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Bobby Wynn**                           **Clm No 73474**    Filed In Cases: 140
33268 Street Hwy 79
Cleveland, AL 35049                      | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2486 of 3335

---

**Bobby Yates**
1816 Military Avenue
Vicksburg, MS 39180

**Clm No 45089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY YEARBY**
P.O. Box 5203
Columbus, MS 39704

**Clm No 58839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY YORK**
7654 COUNTY ROAD 3114
BUNA TX 77612

**Clm No 43653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## Claims Details

2487 of 3335

---

**Bobby Young**
3559 Burlington Drive
Fultondale, AL 35068

**Clm No 25109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBYE JENKINS**
7022 Forest Glenn Ct.
Irvington, AL 36544

**Clm No 56692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbye Poe**
248 County Road 326
Big Creek, MS 38914

**Clm No 47685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2488 of 3335

---

**BOBIE MULLINS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 40572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Boby Smith**
24168 Grand Traverse Avenue
Flat Rock, MI 48134

**Clm No 23710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BODIE CARPENTER**
371 BODIE CARPENTER ROAD
MILLRY AL 36558

**Clm No 36258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

*Claims Details*    2489 of 3335

| **BOHDAN MUTZ** | **Clm No 34830** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRENT COON & ASSOCIATES | Class | Claim Detail Amount | Final Allowed Amount |
| 215 ORLEANS ST | | | |
| BEAUMONT, TX 77701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Bok Kee Hom** | **Clm No 21790** | Filed In Cases: 140 | |
|---|---|---|---|
| 110 Laurel Street | Class | Claim Detail Amount | Final Allowed Amount |
| San Diego,CA 92101 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 7-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **BOLDEN DAVIS** | **Clm No 34450** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRENT COON & ASSOCIATES | Class | Claim Detail Amount | Final Allowed Amount |
| 215 ORLEANS ST | | | |
| BEAUMONT, TX 77701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2490 of 3335

---

**Bolden Frazier**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bolden House**
2802 Nettleton Street
Houston, TX 77004

**Clm No 19049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bolden Nelson**
110 Laurel Street
San Diego, CA 92101

**Clm No 21927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2491 of 3335

---

**Bolieu Colette**
1509 E. Baker Road
Baytown, TX 77521-2516

**Clm No 66923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONFERLON CUMMINGS**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Boni Ripol**
980 Aldos St. Apt. 7-G
Bronx, NY 10459

**Clm No 1343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

## Claims Details

---

**Bonifacio D Rivera**
1561 Diablo Pt. Ct.
Chula Vista, CA  91911

**Clm No 32993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonifacio L Cablay**
8368 Rimridge Lane
San Diego, CA  92126

**Clm No 32334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonis Sprivey**
312 Dexter Avenue
Mobile, AL 36604

**Clm No 59715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 5:48:22 PM

*Claims Details*                                                                 2493 of 3335

---

**BONITA GRAHN, PERSONAL REPRESENTATIVE FOR**

GERALD ANTHONY GRAHN (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Bonita I. Toothman**

219 Windy Hill Drive
Mannington, WV 26582

**Clm No 53795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Bonita Kincaid**

320 Linden Ave
South Point, OH 45680

**Clm No 27670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 5:48:22 PM

*Claims Details*

2494 of 3335

---

**Bonita Morgan**
734 Sanderson Avenue
Campbell, OH 44405

**Clm No 14149**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONITA PARRISH, PERSONAL REPRESENTATIVE FOR**
SAMUEL LEE PARRISH (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Bonlee Spruill**
2052 Malbon Road
Virginia Beach,  VA 23456

**Clm No 6126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2495 of 3335

---

**Bonnalea Maynard**
1522 Golden Street
Oreville, WA 98844

**Clm No 28118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonnell Loyd**
P.O. Box 16357
Dublin, GA 31021

**Clm No 51044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonner Diana**
P.O. Box 309
Bay City, TX 77404

**Clm No 67423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

## *Claims Details*

**BONNEY LESTER BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonnie Adkins**
2188 Dudding Ln
Culloden, WV 25510

**Clm No 25134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONNIE BARNES, PERSONAL REPRESENTATIVE FOR**
LINWOOD BARNES (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2497 of 3335

---

**BONNIE BRABHAM**
P.O. BOX 184
HAYES LA 70646

**Clm No 35847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONNIE BRETON**
5150 RIVES JUNCTION
JACKSON, MI 49201

**Clm No 259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONNIE BRYANT**
20173 FM 705
BROADDUS TX 75929

**Clm No 36049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

*Claims Details*

2498 of 3335

---

**Bonnie Charron**
6533 Gravel Branch Road
Hurlock, MD 21643

**Clm No 3184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonnie Copeland**
Post Office Box 636
Raleigh, MS 39153

**Clm No 43981**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonnie Coxwell**
PO Box 194
Satsuma, AL 36572

**Clm No 51553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 5:48:22 PM

### Claims Details

**BONNIE CREWS**
208 RIVERVIEW LANE
WHITE OAK GA 31568

**Clm No 36745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonnie Dennison**
75 Earl St
Jackson, OH 45640

**Clm No 26333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONNIE DUNCAN**
4810 HWY 308
NAPOLEONVILLE LA 70390

**Clm No 37220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 5:48:22 PM

### Claims Details

---

**BONNIE DUNCAN**
4810 HWY 308
NAPOLEONVILLE LA 70390

**Clm No 37224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONNIE ERICKSON**
3707 DRY VALLEY RD
RADFORD VA 24141

**Clm No 37388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonnie Essres**
1009 Bourbon Court
Chesapeake,  VA 23322

**Clm No 3708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**