*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    832 of 2981

---

**Wayne Kennedy**                          **Clm No 70033**    Filed In Cases: 140
9226 Theysen
Houston, TX 77080                          Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Wayne King**                             **Clm No 27676**    Filed In Cases: 140
610 Banfield Ave
Follansbee, WV 26037                       Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Wayne King**                             **Clm No 27677**    Filed In Cases: 140
3832 Bach Grove Ct
Amelia, OH 45102                           Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

833 of 2981

---

**Wayne Kleinert**
4375 Shanks Phalinx Road
Southington, OH 44470

**Clm No 12569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Koerber**
612 N 7th Ave
Paden City, WV 26159

**Clm No 27727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Koontz**
438 Clinton Ave
Moundsville, WV 26041

**Clm No 27733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

834 of 2981

---

**WAYNE KULICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wayne L. Godwin**
135 Pennsylvania Avenue
Nutterfort, WV 26301

**Clm No 53636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE L. KNOTTS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     E-mail: claimsmanager@omnimgt.com     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

835 of 2981

---

**WAYNE L. SMITH**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WAYNE LANDRY**
P.O. BOX 1418
ABBEVILLE LA 70510

**Clm No 39432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Lawson**
1235 South 3rd Street, Apt. 313
Louisville, KY 402032971

**Clm No 23241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                           836 of 2981

---

**Wayne Leach**                    **Clm No 62739**   Filed In Cases: 140
392 Main Street #8
Biddeford, ME 04005-2207

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE LEACH**                    **Clm No 76895**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Wayne Lohrke**                    **Clm No 62855**   Filed In Cases: 140
10 Mountain Ridge Rd
Sugarloaf, PA 18249-3639

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**WAYNE LOHRKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WAYNE M. KANGAS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Wayne Martin**
232  Sixth St. NE
North Canton, OH 44720

**Clm No 13403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

838 of 2981

---

**Wayne Martin**
277 HWY 867
Winnsboro, LA 71295

**Clm No 47918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Mason**
69533 Cresent Rd
St Clairsville, OH 43950

**Clm No 28091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne McDuff**
2445 Turin Street
Greenville, MS 38703

**Clm No 47668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

839 of 2981

---

**WAYNE MCNABB**
RUEL MCNABB
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

| | **Clm No 83072** | Filed In Cases: 140 | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wayne Messman**
3084 E. Prospect Road
York, PA 17402-9506

| | **Clm No 5131** | Filed In Cases: 140 | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Metz**
595 E. State Street
Barberton, OH 44203

| | **Clm No 13855** | Filed In Cases: 140 | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

840 of 2981

---

**Wayne Michael Regalia**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Molina**
24857 Southwest 127th Path
Princeton, FL 33032

**Clm No 63298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE MOLINA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

841 of 2981

---

**Wayne Moore**
6025 Hwy 96 N
Oxford, NC 27565

**Clm No 28372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Morgan**
1601 W Cross St
Ashland, KY 41102

**Clm No 28381**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Morgan**
597 Isner Creek Rd
Elkins, WV 26241

**Clm No 28380**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

842 of 2981

---

**Wayne Murdock**
1421 Sunset Ln
Glen Dale, WV 26038

**Clm No 28423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE OOSTERHOFF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wayne Parker**
135 Baptist Branch Rd.
Blakely, GA 39823

**Clm No 46227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

843 of 2981

---

**Wayne Parr**
921 Maryland Ave.
Suffolk,  VA 23434

**Clm No 5413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Pertuit**
1201 Ave. A
Marrero, LA 70072

**Clm No 19379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE PETERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

844 of 2981

---

**Wayne Peterson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Wayne Peterson**
3609 N. Rockwood
Peoria, IL 61604

**Clm No 63757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE PEYTON**
5542 Highway 587 Robinwood Road
Monticello, MS 39654-9524

**Clm No 57661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

845 of 2981

---

**Wayne Phillips**
441 Coyote Run
Broadway,  VA 22815

**Clm No 5492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wayne Pierce**
6960 Airport Blvd. Apt. AL44
Mobile, AL 36608

**Clm No 59624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wayne Pinson**
1640 Clairmont Ave
Wheelersburg, OH 45694

**Clm No 28717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

846 of 2981

---

**WAYNE POTTS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82949**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WAYNE POTTS**
1350 CR 6470
DAYTON TX 77535

**Clm No 41154**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne R. Smith**
39 Westbrook Pl.
Kingston, NY 12401

**Clm No 998**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

847 of 2981

---

**Wayne Rainey**
154 West Creek Road
Soso, MS 39480

**Clm No 46553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Reusser**
425 Ford St. NW
Massillon, OH 44647

**Clm No 15344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Robak**
554 Northwest Marion Avenue
Port Saint Lucie, FL 34983

**Clm No 23604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

## Claims Details                                                           848 of 2981

---

**Wayne Robinson**                  **Clm No 5762**      Filed In Cases: 140
9505 Brock Road
Spotsylvania,  VA 22553             Class          Claim Detail Amount     Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Wayne Rockenbauch**               **Clm No 15573**     Filed In Cases: 140
3878 Rolling Ridge Rd. NE
N. Canton, OH 44721                 Class          Claim Detail Amount     Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Wayne S. Bonge**                  **Clm No 33**        Filed In Cases: 140
P O Box 2448
Easley, SC 29641                    Class          Claim Detail Amount     Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed            17-Oct-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

849 of 2981

| Wayne S. Camara | **Clm No 52063** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Brayton Purcell | Class | Claim Detail Amount | Final Allowed Amount |
| 222 Rush Landing Road | | | |
| Novato, CA 94948 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| WAYNE SANDERS | **Clm No 72621** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Sheila Tatro 30236 Zurich Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Pine, CO 80470 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Wayne Sarapata | **Clm No 29096** | Filed In Cases: 140 | |
|---|---|---|---|
| 3613 Bertha St | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23513 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

850 of 2981

---

**Wayne Schmidt**
409 East Carrollton Street
Magnolia, OH 44643

**Clm No 15957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE SCHULTZ**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wayne Schultz**
6572 O'Henry Circle
N. Ridgeville, OH 44039

**Clm No 16007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

851 of 2981

---

**Wayne Scott**
26551 Lucky Lane
Millsboro, DE 19966

**Clm No 5896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Seevers**
15977 Milbourne Avenue
East Liverpool, OH 43920

**Clm No 16065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Simpson**
6821 West Glendale Avenue
Glendale, AZ 85303

**Clm No 64405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

## *Claims Details*                                                          852 of 2981

---

**WAYNE SIMPSON**                          **Clm No 75050**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                   Unknown
MIAMI, FL 33131

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Wayne Singer**                           **Clm No 16311**    Filed In Cases: 140
71600 Lucas Lane
Martins Ferry, OH 43935              Class           Claim Detail Amount      Final Allowed Amount
                                    UNS                     $1.00
                                                            $1.00

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE SMALLEY**                          **Clm No 42127**    Filed In Cases: 140
19796 VICK GREEN RD.
BARRY AL 35546                       Class           Claim Detail Amount      Final Allowed Amount
                                    UNS                     $1.00
                                                            $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 6:20:23 PM

### *Claims Details*                                                                   853 of 2981

---

**WAYNE SMITH**                          **Clm No 74838**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WAYNE SMITH**                          **Clm No 42186**      Filed In Cases: 140
5200 39TH STREET
GROVES TX 77619                          Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Smith**                          **Clm No 64500**      Filed In Cases: 140
488 Meadow Branch Road
Reidsville, NC 27320-9534                Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

854 of 2981

---

**Wayne Smith, IS**
1508 W. Lincoln Avenue
Goshen, IN 46526

**Clm No 64506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Wayne Snay**
50 Charlton Street
Rochdale, MA 01542

**Clm No 2274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Wayne Spidle**
330 Trelawney Circle
Covington, GA 30016

**Clm No 23738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

855 of 2981

---

**WAYNE STEVE POOLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Wayne Stewart**
67 Holly Lane
The Rock, GA 30285

**Clm No 25055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**WAYNE STOKES**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 42448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 6:20:23 PM

*Claims Details*                                                         856 of 2981

---

**Wayne Sutton**                    **Clm No 51824**    Filed In Cases: 140
Rt. 1 Box 376
Lenox, GA 31637                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                   $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wayne Swackhamer**                **Clm No 64699**    Filed In Cases: 140
P.O. Box 220585
Newhall, CA 91322                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                   $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wayne Taunton**                   **Clm No 45475**    Filed In Cases: 140
10777 County Rd. C-30
Port St. Joe, FL 32456              Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                   $1.00
                                                          $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

857 of 2981

---

**Wayne Taylor**
8281 Bear Ridge Road
Copperhill,  VA 24079

**Clm No 6308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wayne Taylor**
426 Sonora Drive
Hampton,  VA 23669

**Clm No 6307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wayne Thomas**
691 Turner Woods Rd.
Gray, GA 31032

**Clm No 49921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

858 of 2981

---

**Wayne Tiner**
P.O. Box 353
Cowards, AL 36321

**Clm No 51214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Toporowski**
6 Green Hills Road
Quaker Hill, CT 06375

**Clm No 20189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE TUGGLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

859 of 2981

---

| **Wayne VanNiel** | **Clm No 17495** | Filed In Cases: 140 | |
|---|---|---|---|
| 723 Crestline Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Amherst, OH 44001 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **WAYNE WALKER** | **Clm No 58522** | Filed In Cases: 140 | |
|---|---|---|---|
| 2637 E. Atlantic Blvd #33655 | Class | Claim Detail Amount | Final Allowed Amount |
| Pompano Beach, FL 33062 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Wayne Webb** | **Clm No 34212** | Filed In Cases: 140 | |
|---|---|---|---|
| 5970 Hobby Horse Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Gloucester, VA 23061 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

860 of 2981

| **Wayne Wells** | | **Clm No 2310** | Filed In Cases: 140 | |
| 71 Westbrook Road | | Class | Claim Detail Amount | Final Allowed Amount |
| South Hadley, MA 01075 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

| **WAYNE WESTPHAL, PERSONAL REPRESENTATIVE FOR** | | **Clm No 78879** | Filed In Cases: 140 | |
| LESTER EDWARD TOBIN JR. (DECEASED) | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | UNS | Unknown | |
| ATTN: CURT HENNECKE | | | | |
| 222 RUSH LANDING ROAD | | | | |
| NOVATO, CA 94928-6169 | | | | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

| **Wayne Wheeler** | | **Clm No 17957** | Filed In Cases: 140 | |
| 85 Wilson Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Xenia, OH 45385 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

861 of 2981

---

**Wayne Whitehurst**
184 Milltown Road
Shiloh, NC 27974-6220

**Clm No 6650**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Whoolery**
56 Country Club Blvd.
Uniontown, PA 15401

**Clm No 18026**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Wiggins**
2019 7th St. NE
Canton, OH 44704

**Clm No 18048**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

862 of 2981

---

**WAYNE WIGLEY**
1312 ORANGE AVENUE
NEDERLAND TX 77627

**Clm No 43324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WAYNE WILCOX**
8811 CRAZY HORSE TRAIL
HOUSTON TX 77064

**Clm No 43333**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Wayne Williamson**
417 Firewood Dr
Parkersburg, WV 26101

**Clm No 30017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

863 of 2981

---

**Wayne Willitzer**
6091 W. Hellis Drive
Muncie, IN 47304

**Clm No 18175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wayne Wilson**
1721 Braim Circle Dr
Valparaiso, IN 46383

**Clm No 65232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Wilson**
1137 Sulgave Drive
Brookfield, OH 44403

**Clm No 18188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

864 of 2981

---

**WAYNE WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Wayne Yeager**
107 Marilyn Street
Taylorsville, MS 39168

**Clm No 45457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Waynon Harris**
1950 B.C.C. Road
Buckatunna, MS 39322

**Clm No 47062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

---

*Claims Details*                                                                      865 of 2981

---

| **WEALTHY CHAPA** | | **Clm No 36380** | Filed In Cases: 140 | |
| 520 W. GRANT ST. | | Class | Claim Detail Amount | Final Allowed Amount |
| CHICKASAW AL 36611 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Weaver Banks** | | **Clm No 49628** | Filed In Cases: 140 | |
| 60 E Country Woods Dr | | Class | Claim Detail Amount | Final Allowed Amount |
| Covington, GA 30016 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Weaver Eunice** | | **Clm No 67801** | Filed In Cases: 140 | |
| P O Box 7207 | | Class | Claim Detail Amount | Final Allowed Amount |
| Texarkana, TX 75505 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

866 of 2981

---

**WEBB EVANS**
10222 Davidson Road
West Point, MS 39773

**Clm No 67830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Webb Mitchell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WEBBER BREWER**
1107 Freetown Road
Vicksburg, MS 39183

**Clm No 55283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 6:20:23 PM

### Claims Details                                                                 867 of 2981

**Webber Darrell Phillips**                     **Clm No 49598**   Filed In Cases: 140
59 Jim Burch Rd. #2
Hattiesburg, MS 39401         | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value     $1.00

**Webbie Cowart**                     **Clm No 9057**   Filed In Cases: 140
1615 Quill Street
Indianapolis, IN 46203

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           23-Nov-2016
Bar Date
Claim Face Value     $1.00

**Webster Black**                     **Clm No 66005**   Filed In Cases: 140
C/o Thomas A, Nettles, Iv, Attorney
P.o. Box 2786
Tuscaloosa, AL 35403

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**   E-mail: claimsmanager@omnimgt.com   FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

868 of 2981

| Wedell Ballard | | | |
|---|---|---|---|
| 1388 Tara Lane | **Clm No 43761** | Filed In Cases: 140 | |
| Terry, MS 39170 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WEDZELL ESCOTT | | | |
|---|---|---|---|
| 1504 Hibernian | **Clm No 67770** | Filed In Cases: 140 | |
| Birmingham, AL 35214 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Weir Humes | | | |
|---|---|---|---|
| 200 W. 54th Place | **Clm No 62221** | Filed In Cases: 140 | |
| Merrillville, IN 46410-0000 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

869 of 2981

---

**WEIR HUMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Weishiemer Alfred**
P.O. Box 682
Rosenberg, TX 77471

**Clm No 65487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WELBURN COOPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/30/2018 6:20:23 PM

*Claims Details*                                                              870 of 2981

---

**Welburn Cooper**                  **Clm No 60898**    Filed In Cases: 140
4430 Bigbie Drive
Jacksonville, FL 32207              Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Weldon Bishop**                   **Clm No 65999**    Filed In Cases: 140
#1 16th Avenue W.
Birmingham, AL 35204               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**WELDON HALL**                     **Clm No 38180**    Filed In Cases: 140
2311 12TH AVENUE N
TEXAS CITY TX 77590                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                           871 of 2981

---

**WELDON KENNETH BUNTING**          **Clm No 34366**     Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                      Class            Claim Detail Amount      Final Allowed Amount
BEAUMONT, TX 77701                  UNS                    $1.00
                                                           $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Weldon Thompson**                 **Clm No 6342**      Filed In Cases: 140
964 Washington Avenue
Norfolk,  VA 23504                   Class            Claim Detail Amount      Final Allowed Amount
                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Weldon Weeser**                   **Clm No 19665**     Filed In Cases: 140
1508 Frankel Ave.
Metairie, LA 70003                   Class            Claim Detail Amount      Final Allowed Amount
                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

872 of 2981

---

**Weldon Wehring**
PO Box 212
Perdido, AL 36562-0212

**Clm No 73119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Weldon Young**
11195 Creola Axis Loop Road
Axis, AL 36505

**Clm No 59856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wellington Bond**
311 Beech Wood Ave.
Norfolk, VA 23505

**Clm No 2812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

873 of 2981

---

**WELLS PEACH**
4155 STATE ROUTE 335
PORTSMOUTH OH 45662

**Clm No 40921**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Welmon Coleman**
P.O. Box 1383
Marrero, LA 70073

**Clm No 18765**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Welsley Tipper**
122 Sevilla Street
Auburndale, FL 33823

**Clm No 73025**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

874 of 2981

| **Welton Charles** | | **Clm No 18738** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1680 O'Neal Lane Apt. 473 | | Class | Claim Detail Amount | Final Allowed Amount |
| Baton Rouge, LA 70816 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Welton E. Harris** | | **Clm No 50168** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 77 River Loop Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Beaumont, MS 39423 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Welton Johnson** | | **Clm No 69792** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 13090 Lillian Highway | | Class | Claim Detail Amount | Final Allowed Amount |
| Pensacola, FL 32506 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

875 of 2981

---

**WELTON MILLER**
604 GLADE PLACE
VALPARAISO IN 46383

**Clm No 40324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WEMBERLY LEE POGUE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wenceslao S Puzon**
8813 Scorpius Way
San Diego, CA  92126

**Clm No 32957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

876 of 2981

**WENDALL MORRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77174**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Wendall Morris**
255 Robert Street
Westport, MA 02790

**Clm No 63362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Wendall Whiddon**
671 WPA Rd
Sumrall, MS 39482

**Clm No 45020**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

877 of 2981

---

**Wendelin Heini**
112 Kleber Avenue
Youngstown, OH 44515

**Clm No 11314**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WENDELL ALFORD**
15 Jennifer Court
Madison, MS 39441-6186

**Clm No 54966**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wendell Andrews**
735 Buckeye Road
East Dublin, GA 31027

**Clm No 50080**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

878 of 2981

---

**WENDELL ARRIE DOBBINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Wendell Ashley**
10841 SW 158th Street
Miami, FL 33157

**Clm No 59999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WENDELL ASHLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

879 of 2981

---

**Wendell Barefoot**
709 Bowen Hill Road
Haddock, GA 31033

**Clm No 49981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wendell Bates**
217 Richard Adams Road
Mayking, KY 41837

**Clm No 7462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Wendell Bellamy**
3122 Liberty Drive
Crown Point, IN 46307

**Clm No 60182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

880 of 2981

---

**WENDELL BELLAMY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74323**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WENDELL BOLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Wendell Bolin**
219 N Ohio Street
Martinsville, IN 46151-0000

**Clm No 60312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

881 of 2981

---

**Wendell Brown**
314 Hardy Ave
Norfolk, VA 23523

**Clm No 2991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Butts**
626 West 25th Street
Norfolk, VA 23517

**Clm No 3068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell C Robins**
8629 North 30th Drive
Phoenix, AZ  85051

**Clm No 32997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

882 of 2981

---

**WENDELL CLARK**
55 Clark Street
Empire, AL 35063

**Clm No 55545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDELL CORNELIUS GARRISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Fleming**
1420 Bardot Lane
Portsmouth,  VA 23701

**Clm No 3792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

883 of 2981

---

**Wendell Gainer**
4715 7th Street NW
Canton, OH 44708

**Clm No 10388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Gank**
421 Defiance Ave.
Elyria, OH 44035

**Clm No 10419**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Graham**
915 Harpersville Rd, Apt. 1006
Newport News, VA 23601

**Clm No 33928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

884 of 2981

---

**Wendell Hall**
17300 Woodstock Run
Strongsville, OH 44149

**Clm No 10952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Harbison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Harless**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

885 of 2981

---

**Wendell Hart**
Rt 1 Box 205
Honaker, VA 24260

**Clm No 27110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDELL HILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Wendell Hill**
4220 East Hamblin Drive
Phoenix, AZ 85024

**Clm No 62094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

886 of 2981

---

**Wendell Hodges**
30 Fleetwood Dr
Vero Beach, FL 32960

**Clm No 27286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDELL HUTSON**
11488 Stateline Rd. S.E.
Tremont, MS 38876

**Clm No 56619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDELL KERR**
4680 CHEROKEE TRACE
GILMER TX 75644

**Clm No 39237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

887 of 2981

| | | | |
|---|---|---|---|
| **WENDELL KEVIN COLE** | **Clm No 87639** | Filed In Cases: 140 | |
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

Date Filed      24-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **Wendell Killingsworth** | **Clm No 50793** | Filed In Cases: 140 | |
| Hwy 338 Box 3338 | Class | Claim Detail Amount | Final Allowed Amount |
| Dexter, GA 31019 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed      8-Dec-2016
Bar Date
Claim Face Value      $1.00

| | | | |
|---|---|---|---|
| **WENDELL LAMAR CLARK** | **Clm No 85116** | Filed In Cases: 140 | |
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | UNS | $1.00 | |
| JACKSON, MS 39201 | | $1.00 | |

Date Filed      24-Mar-2017
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

888 of 2981

---

**Wendell Lambert**
P.O. Box 151
Monticello, MS 39654

**Clm No 51018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wendell Lewis**
2355 3rd St. SE
Canton, OH 44707

**Clm No 13006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Wendell Martin**
24 Elm Ave
Moundsville, WV 26041

**Clm No 28079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

889 of 2981

---

**Wendell Moore**
2340 Freetown Road
Vicksburg, MS 39183

**Clm No 44592**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDELL MORRIS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Phillips**
583 Tulls Creek Road
Moyock,  NC 27958

**Clm No 5493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

890 of 2981

---

**WENDELL PREJEAN**
603 SUNDIAL COVE
AUSTIN TX 78748

**Clm No 41182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Raney**
278 Lane Rd
Kings Mountain, KY 40442

**Clm No 28838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Riels**
514 Hwy 598
Seminary, MS 39479

**Clm No 44738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

891 of 2981

---

**Wendell Scroggins**
3444 Princess Ann Street
Montgomery, AL 36109

**Clm No 25036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WENDELL SHERMER**
606 Helm Court
Brandon, MS 39047

**Clm No 58057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Sprague**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

892 of 2981

---

**Wendell Sullivan, Sr.**
2887 Narrows Rd.
Perry, OH 44081

**Clm No 16919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Wendell Turner**
74 Bowen Rd
Tifton, GA 31794

**Clm No 50093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WENDI FAY YARBROUGH**
6017 SHINGLE MILL LANDING RD.
MOSS POINT, MS 39562-

**Clm No 21403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

893 of 2981

---

**Wendle Stalnaker**
4112 Aplin Ridge Road
Gay, WV 25244

**Clm No 29446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendolyn Cook**
1709 Avenue I. Ensley
Birmingham, AL 35218

**Clm No 67021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendy Bixby**
2375 Valley Road
Washington, NH 03280

**Clm No 20264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

### Claims Details                                                                    894 of 2981

---

**Wendy Borders**  | **Clm No 22665** | Filed In Cases: 140
1422 Three Springs Road
Bowling Green, KY 42104

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendy Dunlevy**  | **Clm No 26460** | Filed In Cases: 140
509 Quall Ct
Mechanicsburg, PA 17055

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDY GEE,  PERSONAL REPRESENTATIVE FOR**  | **Clm No 81387** | Filed In Cases: 140
WILBUR Y. GEE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

895 of 2981

---

**Wendy Hailey**
7 Waltham Street
Hampton,  VA 23666

**Clm No 4109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Wendy Hogan**
1735 Pasture Walk Dr.
Wake Forest, NC 27587

**Clm No 1483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 14-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**WENDY HOWARD NICKLE, PERSONAL
REPRESENTATIVE FOR**
KENNETH LEE HOWARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 23-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/30/2018 6:20:23 PM

### *Claims Details*                                                896 of 2981

---

**WENDY IRWIN**
808 GREENWOOD AVENUE
WILMETTE IL 60091

**Clm No 38819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendy Jo Hogan**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDY M. VIRAMONTES, PERSONAL REPRESENTATIVE FOR**
JOHN PIERCE CURTIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80759**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

897 of 2981

**WENDY MAY**
1614 9TH ST
PORT ARTHUR TX 77640

**Clm No 40008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDY PENTON**
REX PENTON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WENDY S. WALKER-ZELLER, PERSONAL REPRESENTATIVE FOR**
JAMES JUNIOR MCDERMOTT (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

898 of 2981

---

**Wendy Scott**
3903 Beth Park Drive
West Valley City, UT 84120

**Clm No 23659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDY SUE SMITH**
823 TRICOU STREET
NEW ORLEANS LA 70117

**Clm No 42204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENDY TYLER JOHNSON, PERSONAL REPRESENTATIVE FOR**
LEROY JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

899 of 2981

---

**Wenfert Hill**
3089 McHenry Ave., Apt. 6
Cincinnati, OH 45211

**Clm No 11482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wenona Adams**
452 Sparta Hwy NE
Milledgeville, GA 31061

**Clm No 49060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WENONA HENDERSON, PERSONAL REPRESENTATIVE FOR**
OLIVER HENDERSON JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78865**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

900 of 2981

---

**Werner Jahnsz**
915 W. 21st St.
Lorain, OH 44052

**Clm No 11953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Werner Schneider**
7621 West Julie Drive
Glendale, AZ 85308-5933

**Clm No 64272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WES DEBARDELABEN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

901 of 2981

---

**WESLEY ARMSTRONG**
2851 Charmingdale Rd. E
Mobile, AL 39111-8760

**Clm No 55015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WESLEY BAILEY**
206 ROSE ST
BRIDGE CITY TX 77611

**Clm No 35410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WESLEY BRIDGES**
P.O. Box 5754
Greenville, MS 38704

**Clm No 55287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

902 of 2981

---

**WESLEY CANBY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Wesley Carter**
234 County Road 522
Corinth, MS 38834

**Clm No 43927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wesley Clements**
P.O. Box 1458
Gloucester, VA 23061

**Clm No 3229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

903 of 2981

---

**WESLEY CLENTON RIVERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Coffman**
3637 Ashhill Court
Cincinnati, OH 45247

**Clm No 8805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Cooper**
Post Office Box 453
Warrior, AL 35180

**Clm No 22795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

904 of 2981

---

**Wesley Cope**
2209 Oak St
Flatwoods, KY 41139

**Clm No 26098**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Covington**
C/o Paul K. Covington
5669 Hi Wood Court
Satsuma, AL 36572

**Clm No 67089**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WESLEY COWART**
2315 THOMAS WAYNE
VIDOR TX 77662

**Clm No 36700**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

905 of 2981

**WESLEY DeWITT**
24252 DEER CREEK Dr.
FLAT ROCK, MI 48134-1782

**Clm No 363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WESLEY DOUGLAS**
341 Lakecrest Ave.
Baton Rouge, LA 70807

**Clm No 67510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wesley Ferrell**
c/o Mrs. Janet Ferrell
2005 East Highway 5
Carrollton,  GA 30116

**Clm No 3772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

906 of 2981

---

**Wesley Foster**
C/o Phyllis Crowell
604 Sherry Drive
Columbia, TN 38401

**Clm No 68011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**WESLEY HOWARD**
370 CONCORD
VIDOR TX 77662

**Clm No 38680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Wesley Hughes**
C/o Shirley Nix
19 Oxford Gate Drive
Tuscaloosa, AL 35405

**Clm No 69353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

907 of 2981

---

**Wesley Jones**
6405 Octagon Dr., Apt. 1B
North Chesterfield,  VA 23234

**Clm No 4667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WESLEY JONES**
Post Office Box 116
Chatom, AL 36518

**Clm No 69812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Julien**
9377 Hwy 405
Donaldsonville, LA 70346

**Clm No 19116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

908 of 2981

---

**Wesley Kent**
1394 Firethorn Drive
Rifle, CO 81650

**Clm No 62512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Kitchens**
959 Kitchens Dr
Macon, GA 31217

**Clm No 50596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley McEntire**
1 Lloyd St.
Longview, TX 75605

**Clm No 33499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

909 of 2981

| | | | |
|---|---|---|---|

**Wesley Morgan**
925 North 5th Street
Steubenville, OH 43952

**Clm No 14157**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

**Wesley Nickell**
13980 Creekview
Somerville, OH 45064

**Clm No 14416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

**WESLEY P. MANUEL**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

910 of 2981

---

**Wesley Pennyman**
814 Trice Rd.
Thomaston, GA 30286

**Clm No 50297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Perry**
3278 Star Road
Florence, MS 39073

**Clm No 48323**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Petrovitch**
6115 Plymouth Avenue
Cincinnati, OH 45230

**Clm No 14876**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

911 of 2981

| Wesley Robertson | | **Clm No 64073** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1635 South 800 East | | Class | Claim Detail Amount | Final Allowed Amount |
| Orem, UT 84058 | | UNS | $1.00 | |
| | | | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **WESLEY ROBERTSON** | | **Clm No 75844** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | | |
| MIAMI, FL 33131 | | | | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| Wesley Sanderson | | **Clm No 72640** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.o. Box 155 | | Class | Claim Detail Amount | Final Allowed Amount |
| Elberta, AL 36530 | | UNS | $1.00 | |
| | | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

912 of 2981

---

**WESLEY SIMS**
28675 KRAUTER STREET
GARDEN CITY, MI 48135

**Clm No 780**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Trammell**
7029 Millcreek Blvd.
Boardman, OH 44512

**Clm No 17345**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WESLEY WATTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74685**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

913 of 2981

---

**Wesley Watts**
P.O. Box 711834
Salt Lake City, UT 84171-1834

**Clm No 65059**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Whitaker**
1212 Mississippi Street
Tallulah, LA 71282

**Clm No 45914**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Wise**
836 E Weber Rd
Columbus, OH 43211

**Clm No 30062**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

### Claims Details                                                                      914 of 2981

---

**WESLIE FARRAR**                          **Clm No 74665**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                 Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                       Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Weslie Farrar**                          **Clm No 61379**    Filed In Cases: 140
P.O. BOX 426
West Lebanon, IN 47991                 Class                 Claim Detail Amount          Final Allowed Amount

                                           UNS                       $1.00

                                                                     $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WESSIE WILSON**                          **Clm No 43457**    Filed In Cases: 140
4650 COLLIER STREET APT. 209
BEAUMONT TX 77706                      Class                 Claim Detail Amount          Final Allowed Amount

                                           UNS                       $1.00

                                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

915 of 2981

---

**West Maison**
1001 Tennessee St.
New Orleans, LA 70117

**Clm No 19213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Westford Robbins**
64 Hammet Road
Coventry, RI 02816

**Clm No 15510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WESTON BLAIR**
6121 HALEY LANE
FORT WORTH TX 76132

**Clm No 35684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

916 of 2981

---

**WESTON GREEN**
554 E. DOWNING ST.
MOBILE AL 36617

**Clm No 38026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Westwood Hinkle**
514 Fairmount Avenue
Elyria, OH 44035

**Clm No 11497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WETTER WILLIAMS**
Route 2, Box 203A
Meadville, MS 39653

**Clm No 58735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

917 of 2981

**WEYMAN DORSETT**
109 W. Bradley St #17
Miramar, FL 32550

Clm No 67486 Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Weyman Graham**
611 Marsh Ln
Dublin, GA 31021-1488

Clm No 49702 Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Whalon Horace**
P.O. Box 162
Gardendale, AL 35071

Clm No 69230 Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

---

**Wheeless Mark**
11618 Sagecreek Drive
Houston, TX 77089

**Clm No 70645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Whit Parks**
224 Cannons Ferry Road
Tyner,  NC 27980

**Clm No 5412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Whitlock Cathy**
2524 Harts Bluff Rd.
Mansfield, LA 71052-6252

**Clm No 66702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

919 of 2981

---

**Whitney Bacon**
67 Granby Street
Springfield, MA 01108

**Clm No 1951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Whitney Broussard**
2011 Frisco St.
Jeanerette, LA 70544

**Clm No 18681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WHITNEY COMO**
725 PHILLIS AVENUE
PORT ARTHUR TX 77640

**Clm No 36589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

920 of 2981

---

**WHITNEY EDWARD WALKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WHITNEY JOHNSON**
4440 GULFWAY DR., APT 329
PORT ARTHUR TX 77642

**Clm No 39021**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WHITNEY L. DOTSON, PERSONAL REPRESENTATIVE FOR**
RICHARD D. DOTSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

921 of 2981

---

**WHYTINE MCDONALD**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 57274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wick Peebles**
P.O. Box 73
Reform, AL 35481

**Clm No 23513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wickliffe Samuel**
13625 Patin Dyke Rd.
Ventress, LA 70783

**Clm No 19486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                      922 of 2981

---

**WIGHTMAN CANNON**

c/o Diane W. Cannon

15181 Clearwater Loop

Northport, AL 35475-3829

**Clm No 66593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wightman Cannon**

C/o June S. Cannon

3217 3rd Ave. South Park

Tuscaloosa, AL 35405

**Clm No 66592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WIILBURN EARLY GARNER**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 86304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

923 of 2981

---

**Wilber Anderson**
c/o Alpha Anderson
217 E. Neal Street
Carthage, TX 75633

**Clm No 65566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wilber Carroll**
265 NE Bickle Drive
Lake City, FL 32055-

**Clm No 60656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wilber Gladin**
487 Harmony Church Road
Sandersville, GA 31082

**Clm No 49173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

924 of 2981

---

**Wilber Hopton**
PO Box 2933
Alliance, OH 44601

**Clm No 11671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBER HOSKINS**
1416 18th Way SW
Birmingham, AL 35211

**Clm No 56561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBER SETH MCCULLOUGH**
WILBER MCCULLOUGH
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 6:20:23 PM

### Claims Details                                                      925 of 2981

---

**WILBERT ALBRECHT**                     **Clm No 35215**   Filed In Cases: 140
523 WESTSHIRE
HOUSTON TX 77013           Class          Claim Detail Amount      Final Allowed Amount

                           UNS                 $1.00
                                               $1.00

Date Filed        9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Wilbert Andrews**                      **Clm No 7138**   Filed In Cases: 140
18 Bluecrest Avenue
Dayton, OH 45427           Class          Claim Detail Amount      Final Allowed Amount

                           UNS                 $1.00
                                               $1.00

Date Filed        23-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**Wilbert Balogh**                       **Clm No 7356**   Filed In Cases: 140
2311 N. Jefferson Blvd.
Lorain, OH 44052           Class          Claim Detail Amount      Final Allowed Amount

                           UNS                 $1.00
                                               $1.00

Date Filed        23-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

926 of 2981

---

**Wilbert Beckham**
2405 Reeves Circle
Milledgeville, GA 31059

**Clm No 47634**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Bracken**
73 Eastwood Drive
Norwalk, OH 44857

**Clm No 7933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBERT BROWN**
4959 Valley Rd
Meridian, MS 39307

**Clm No 66313**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

927 of 2981

---

**Wilbert Campbell**
5510 Bye Road
East Palestine, OH 44413

**Clm No 8382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wilbert Clemans**
8735 N 500 E
Denver, IN 46926-0000

**Clm No 60797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBERT CLEMANS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

928 of 2981

**WILBERT CONN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Wilbert Cotton**
3129 Bruno Dr.
Chesapeake, VA 23323

**Clm No 3336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wilbert Dahlstrom**
3508 Berkley Road
Darlington, MD 21034

**Clm No 3416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

929 of 2981

| Wilbert Dozier | **Clm No 3588** | Filed In Cases: 140 | |
|---|---|---|---|
| 6322 Edward Street | | | |
| Norfolk,  VA 23513 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Wilbert Duncan | **Clm No 18856** | Filed In Cases: 140 | |
|---|---|---|---|
| 19719 Barnett Rd. | | | |
| Zachary, LA 70791 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Wilbert E. Hamrick | **Clm No 54062** | Filed In Cases: 140 | |
|---|---|---|---|
| 452 Roane Avenue | | | |
| Clarksburg, WV 26301 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 6:20:23 PM

## Claims Details

930 of 2981

---

**Wilbert E. Tynes**
111 Meadowbrook Lane
Smithfield, VA 23430

**Clm No 6422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Wilbert Gore**
803 Arnold Palmer Dr.
Portsmouth, VA 23701

**Clm No 4001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Wilbert Gray**
2329 17th Street Ensley
Birmingham, AL 35208

**Clm No 68469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

931 of 2981

---

**Wilbert Hancock**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Henry**
3901 Hwy 73 Apt# 1812
Port Arthur, TX 77642

**Clm No 68966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Hicks**
1905 Indian Summer Drive
Birmingham, AL 35215

**Clm No 69032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

932 of 2981

---

**WILBERT HILLIN**
312 CR 914
BUNA TX 77612

**Clm No 38550**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Hoppe**
4480 NE 112 Lane P.O. Box 912
600 Brickell Ave., Ste. 3800

**Clm No 62151**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Howard**
326 Bo Howard
Wagarville, AL 36585-6900

**Clm No 69284**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**WILBERT HUDSON**
2015 Hwy 63 South
Waynesboro, MS 39367

**Clm No 56585**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILBERT J. JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILBERT JACKSON**
1901 Eoline St.
Mobile, AL 36617

**Clm No 56648**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

934 of 2981

---

**Wilbert Jackson**
c/o Mary L. Jackson
4003 Troy Terrace
Brighton, AL 35020

**Clm No 69510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Wilbert Jeter**
1750 Cooper Foster Park Rd Apt V
Lorain, OH 44053

**Clm No 12032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Wilbert Johnson**
1003 Park Street
Trenton, TN 38382

**Clm No 23163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

935 of 2981

---

**WILBERT JOHNSON**
315 WOODROW STREET
BEAUMONT TX 77705

**Clm No 39027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Jones**
5306 Collinsville Drive
Cottondale, AL 35453

**Clm No 23176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Knight**
575 Lovers Lane  #203A
Steubenville, OH 43952

**Clm No 27711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**WILBERT L. INGE, SR.**
805 FLUTE AVENUE
PRICHARD, AL 36610

**Clm No 20917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Littleton**
PO Box 1181
Moundsville, WV 26041

**Clm No 27937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Martin**
263 Island Drive
Elyria, OH 44035

**Clm No 13423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

937 of 2981

---

**Wilbert Meibuhr**
125 Woodridge Drive
Elyria, OH 44035

**Clm No 13792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILBERT MILES**
2801 10th St. N.E.
Center Point, AL 35215

**Clm No 71048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wilbert Nix**
4150 Hanna Village Dr.
Apt. G
Indianapolis, IN 46227

**Clm No 71453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/30/2018 6:20:23 PM

*Claims Details*                                                                        938 of 2981

---

**Wilbert Robertson**                     **Clm No 19451**    Filed In Cases: 140
9522 Highpoint Rd.
Baton Rouge, LA 70810              Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Wilbert Rollyson**                     **Clm No 15637**    Filed In Cases: 140
HC 76 Box 26
Nimitz, WV 25978                  Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Wilbert Ruff**                         **Clm No 46505**    Filed In Cases: 140
151 Hawkin Rd
Sparta, GA 31087                  Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed           8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*                                                                939 of 2981

---

| **Wilbert T. Knight, Estate** | **Clm No 53495** | Filed In Cases: 140 | |
|---|---|---|---|
| 1010 Virginia Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Parkersburg, WV 26101 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Wilbert Tynes** | **Clm No 6420** | Filed In Cases: 140 | |
|---|---|---|---|
| 424 Hampton Roads Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton,  VA 23661 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Wilbert Tynes** | **Clm No 6421** | Filed In Cases: 140 | |
|---|---|---|---|
| 111 Meadowbrook Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Smithfield, VA 23430 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

940 of 2981

---

**Wilbert V. Blatt, Estate**
220 N. 1st Avenue
Paden City, WV 23207

**Clm No 53797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert VanMeter**
13959 Whitehead Rd.
LaGrange, OH 44050

**Clm No 17494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Walker**
110 Laurel Street
San Diego,CA 92101

**Clm No 22059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

941 of 2981

---

**Wilbert White**
77 East Wilderness Road
Natchez, MS 39120

**Clm No 50163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBERT WILSON**
3005 22nd St.
Tuscaloosa, AL 35401

**Clm No 58762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBERT WILSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

942 of 2981

---

**Wilbert Woodward**
8 Castine Drive
Old Orchard Beach, ME 04064

**Clm No 65282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert/ Walter Lucko**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBERTO C. RAMOS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

943 of 2981

---

**Wilbur B. Moore**
Box 74 C, Chub Run Rd
Clarksburg, WV 26301

**Clm No 58956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Balmer**
5358 Apple Blossom
Friendswood, TX 77546

**Clm No 65764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Belk**
c/o Michael H. Belk
13554 Old Greensboro Road
Tuscaloosa, AL 35405

**Clm No 65903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

944 of 2981

---

**Wilbur Brown**
3808 Boardwalk Place #248
Ruskin, FL 33570

**Clm No 60486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Chamberlin**
116 George Boutwell Road
Ovett, MS 39464

**Clm No 45771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Cosby**
304 St Charles Avenue S.w.
Birmingham, AL 35211

**Clm No 67062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

945 of 2981

| Wilbur Dean | **Clm No 48127** | Filed In Cases: 140 | |
| 304 West Moore St | Class | Claim Detail Amount | Final Allowed Amount |
| Dublin, GA 31021 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

| WILBUR DUHON | **Clm No 37206** | Filed In Cases: 140 | |
| 5078 WARREN LANE | Class | Claim Detail Amount | Final Allowed Amount |
| ORANGE TX 77630 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| Wilbur Everett | **Clm No 22203** | Filed In Cases: 140 | |
| 312 S Houston Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Cameron, TX 76520 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          7-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

946 of 2981

---

**Wilbur Fancher**
110 Laurel Street
San Diego, CA 92101

**Clm No 21701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Greathouse**
16904 Cussewago Rd
Meadville, PA 16335

**Clm No 26931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Haidet**
6654 Revenna Ave.
Louisville, OH 44641

**Clm No 10921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

947 of 2981

---

**Wilbur Heath**
450 Barcelona Lane
Virginia Beach, VA 23452

**Clm No 4277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Hillman**
922 Cherry St.
Clarksdale, MS 38614

**Clm No 50543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBUR HUMMEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

948 of 2981

| Wilbur Johnson | **Clm No 12139** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Bevan & Associates LPA, Inc. | Class | Claim Detail Amount | Final Allowed Amount |
| 6555 Dean Memorial Parkway | | | |
| Boston Heights, OH 44236 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 23-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| WILBUR JOHNSON | **Clm No 515** | Filed In Cases: 140 | |
|---|---|---|---|
| 1302 SAN JUAN DRIVE | Class | Claim Detail Amount | Final Allowed Amount |
| FLINT, MI 48504 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 21-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| Wilbur Kaigler | **Clm No 19117** | Filed In Cases: 140 | |
|---|---|---|---|
| 11011 Lake Forest Blvd. | Class | Claim Detail Amount | Final Allowed Amount |
| New Orleans, LA 70127 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

949 of 2981

---

**WILBUR KING - 9103**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date  |             |
| Claim Face Value |     |

---

**Wilbur L. Ridenhour**
RR 2, Box 113
Walker, WV 26180

**Clm No 54587**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|-----------|-------------|
| Bar Date  |             |
| Claim Face Value | $1.00 |

---

**Wilbur Lee**
415 Brittany Lane
Jefferson, OH 44047

**Clm No 12934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date  |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

950 of 2981

---

**Wilbur Marchman**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70633**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBUR METHENEY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wilbur Parker**
222 Pine Ave
Moundsville, WV 26041

**Clm No 28602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

951 of 2981

---

**WILBUR RUTLEDGE**
775 N. Santa Clara Rd
Marion, TX 78124

**Clm No 72571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Sanger**
70 Crestview Drive
Lebanon, PA 17042

**Clm No 64219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBUR SANGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

952 of 2981

---

**Wilbur Souders**
101 River Run Court
Oswego, IL 60543

**Clm No 64541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBUR STONE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Thacker**
3440 County Road 128
Ironton, OH 45638

**Clm No 23797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

953 of 2981

---

**Wilbur Tongret**
3340 Dueber Avenue SW
Canton, OH 44706

**Clm No 17304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Toth**
26274 E. Broadway St.
Walbridge, OH 43465

**Clm No 17324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbur Welch**
1846 Shosone Drive
Lancaster, OH 43130

**Clm No 17883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

954 of 2981

---

**Wilbur Willis**
204 Estancia
Irvine, CA 92602

**Clm No 59835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBURN ALEXANDER**
230 PRIVATE ROAD 8116
ORANGE TX 77632

**Clm No 35228**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilburn Bobby**
16283 W. Mountain Pass
Surprise, AZ 85374

**Clm No 66079**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

955 of 2981

---

**Wilburn Clay**
C/o Lydia M. Clay
2713 North Avenue
Fultondale, AL 35068

**Clm No 66840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wilburn Cross**
110 Laurel Street
San Diego,CA 92101

**Clm No 21660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**WILBURN DAVID ROLLINS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

956 of 2981

---

**WILBURN EMMETT DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBURN ERVIN BAGWELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBURN FOWLER**
605 Excell Circle
Pearl, MS 39208-6706

**Clm No 56051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

957 of 2981

---

**Wilburn Howard**
160 Harding Lane
Sumiton, AL 35148

**Clm No 69286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBURN LAROYCE STEPHENS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBURN ROTEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

958 of 2981

| Wilburn Roten, IS | | | |
| 211 Fulton Drive | **Clm No 64133** | Filed In Cases: 140 | |
| Corinth, MS 38834 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILBURN WHITTINGTON** | | | |
| 6340 GARNER | **Clm No 43302** | Filed In Cases: 140 | |
| GROVES TX 77619 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Wilburn Wright | | | |
| 637 Santee Rd NE | **Clm No 30104** | Filed In Cases: 140 | |
| Roanoke, VA 24019 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

959 of 2981

---

**Wilburne Horton**
881 86th Street South
Birmingham, AL 35206

**Clm No 23106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Wilce Carter**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILDA BRISTER**
P.O. BOX 853
EVADALE TX 77615

**Clm No 35910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

960 of 2981

---

**WILDA GLASPER**
3185 CORLEY
BEAUMONT TX 77701

**Clm No 37873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILDA HART**
1916 SILVER OAK
ORANGE TX 77632

**Clm No 38331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILDA HASKETT**
497 TWIN STREET, APT 10
JASPER TX 75951

**Clm No 38349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

961 of 2981

---

**Wilda Heavner**
PO Box 27
Wiley Ford, WV 26767

**Clm No 27172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilda Mays**
705 Chestnut St
Clifton Forge, VA 24422

**Clm No 28127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILDA MCKENZIE**
1680 CO RD 1360
QUITMAN TX 75783

**Clm No 40164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

962 of 2981

---

**Wilda Postlethwait**

Rt 2 Box 53

New Martinsville, WV 26155

**Clm No 28754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILDA R. DEMENT**

123 FAIRLEY LANE

LUCEDALE, MS 39452

**Clm No 20749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILDA STARKS**

11831 BRANDON OAKS

SAN ANTONIO TX 78253

**Clm No 42377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

963 of 2981

**Wilda Wolfe**
567 Lafayette Blvd.
Sheffield Lake, OH 44054

**Clm No 18278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILDON RAYNER**
186 C.R. 713
Stringer, MS 39481

**Clm No 57803**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILEDA PREJEAN**
901 W BAKER ROAD APT. 110
BAYTOWN TX 77521

**Clm No 41186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

964 of 2981

**Wilene Clark**
172 Lamar Kittrell Road
Leakesville, MS 39451

**Clm No 46783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**WILETA COLLINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Wileta Collins**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 60850**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

965 of 2981

---

**Wiley Andreu**
12842 Wanda Ln
Jacksonville, FL 32258

**Clm No 25220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILEY BARNES**
212 Wells Road
Vicksburg, MS 39180

**Clm No 55092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wiley Buckley**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

966 of 2981

---

**Wiley Crosby**
334 David Crosby Road
Laurel, MS 39443

**Clm No 48373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wiley Dunson**
2801 22nd Street
Tuscaloosa, AL 35401

**Clm No 59267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILEY FLOWERS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 37521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

967 of 2981

**WILEY GREGSTON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wiley Harrell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wiley Jackson**
922 Ferry Man Quay
Chespeake, VA 23323

**Clm No 27465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

968 of 2981

---

**Wiley Johnson**
3900 Temple Avenue
Lorain, OH 44053

**Clm No 12140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wiley L. Williamson**
217 N. Jackson Ave
Quitman, MS 39355

**Clm No 47366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wiley Layne**
624 Fountain Street
Marion, OH 43302

**Clm No 12897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

969 of 2981

---

**Wiley McLaurin**
1392 Duchanan Place NE
Columbia Heights, MN 55421

**Clm No 44544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILEY NOBLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Wiley Saxton**
395 Witherspoon Road
Yazoo City, MS 39194

**Clm No 44785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**WILEY THOMAS DEMPSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wiley Utterback**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILEY WALKER**
410 Springdale Drive
Columbus, MS 39702

**Clm No 58524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

971 of 2981

---

**Wiley Williamson**
217 N. Jackson
Quitman, MS 39355

**Clm No 47365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILFORD BARNES**
1121 J.J. Carter Road
Magnolia, MS 39209-3604

**Clm No 55087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilford Chapman**
PO Box 244
Salt Rock, WV 25559

**Clm No 25926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

972 of 2981

---

**WILFORD CHASON**
23153 N.W. 32 PLACE
LAWTEY FL 32058

**Clm No 36395**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILFORD ESTEP - 3868**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73639**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILFORD HARTLEY**
403 Plylar Rd
Parrish, AL 35580

**Clm No 68843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

973 of 2981

---

**WILFORD HATTEN**
166 Ed Rutledge Road
West Monroe, LA 71292

**Clm No 68871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILFORD HOLLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Wilford Holley**
594 Taney Street
Gary, IN 46404-0000

**Clm No 62132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

974 of 2981

---

**WILFORD JOY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wilford Mattfield**
1343 Summerdale Road
Corvallis, MT 59828

**Clm No 63051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILFORD MATTFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

975 of 2981

---

**WILFORD WARREN**
1930 PROVIDENCE DRIVE
SAN ANTONIO TX 78258

**Clm No 43093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilfred Adams**
c/o Alfred Adams
5711 LA Hwy 44
Convent, LA 70723

**Clm No 18549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILFRED CHAMBERLAIN**
890 CALLOWAY
BEAUMONT TX 77706

**Clm No 36352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

976 of 2981

---

**WILFRED CLOPHUS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilfred Crowley**
216 Forest Street
Rockland, MA 02370

**Clm No 60995**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilfred Cruz**
330 Bradford Drive
Canfield, OH 44406

**Clm No 9163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

977 of 2981

---

**WILFRED J. SCOTT**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82323**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Wilfred Lajoie**
62 Blaine Road
Hallowell, ME 04347

**Clm No 62676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILFRED LEBLANC**
3200 59TH STREET
PORT ARTHUR TX 77640

**Clm No 39536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                                      978 of 2981

---

**WILFRED MALBREAU JR., PERSONAL REPRESENTATIVE FOR**

WILFRED MALBREAU (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**WILFRED N. DECOITE**

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017

Bar Date

Claim Face Value

---

**Wilfred Poirier**

1779 Little Meadow Road

Guilford, CT 06437

**Clm No 63828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                            979 *of* 2981

---

**WILFRED POIRIER**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Wilfred Powe**

276 Buckatunna - Mt. Zion Road
Buckatunna, MS 39322

**Clm No 47911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilfred Rousseau**

45 Ray Wilson Lane
Monticello, MS 39654

**Clm No 44761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

980 of 2981

---

**Wilfred Simon**
P.O.Box 1121
Lutcher, LA 70071

**Clm No 19509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilfred Thompson**
6355 Marathon Edenton Road
Blanchester, OH 45107

**Clm No 17208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilfredo B Encarnacion**
7359 Bullock Drive
San Diego, CA  92114-7176

**Clm No 32491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

981 of 2981

---

**Wilfredo D Camerino**
7689 Norcanyon Way
San Diego, CA  92126

**Clm No 32346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilgus Crase**
150 Vernon Place
Carlisle, OH 45005

**Clm No 9095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILHELM BROWN**
2332 GARY AVENUE
NEDERLAND TX 77627

**Clm No 36025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                              982 of 2981

| | | |
|---|---|---|

**WILHELMENI BROWN**          **Clm No 55343**   Filed In Cases: 140
P.O. BOX 62
Goodman, MS 39079-62

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

**Wilhelmenia Fryer**          **Clm No 52329**   Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

**Wilhelmenia Whatley**          **Clm No 17949**   Filed In Cases: 140
1627 Vancover Drive
Dayton, OH 45406

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**         E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

983 of 2981

---

**Wiliam Muller**
110 Laurel Street
San Diego,CA 92101

**Clm No 21921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilifred Merifield**
P.O. Box 237
Theodore, AL 36582

**Clm No 63206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILIFRED MERIFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

984 of 2981

| | | | |
|---|---|---|---|
| **Wilihmena Arnold** | **Clm No 49502** | Filed In Cases: 140 | |
| 56 D-Hutto Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Waynesboro, MS 39367 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Wilihmena C. Arnold** | **Clm No 48697** | Filed In Cases: 140 | |
| 391 Willowbrook Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Waynesboro, MS 39367 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Wilker Sullivan, Jr.** | **Clm No 16917** | Filed In Cases: 140 | |
| 10877 Butternut Ridge Road | Class | Claim Detail Amount | Final Allowed Amount |
| Elyria, OH 44035 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

985 of 2981

---

**WILL BANKHEAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76436**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Will Bankhead**
P.O. Box 48
Sulligent, AL 35586

**Clm No 60059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Benson**
C/o Will Benson, Jr.
P.o. Box 5323
Birmingham, AL 35207

**Clm No 65940**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

986 of 2981

---

**Will Blakley**
P.O. Box 1616
Crossett, AR 71635

**Clm No 51038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Edmond**
233 Gloria Road
Birmingham, AL 35211

**Clm No 67651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Fletcher**
3168 Colorado Drive, SW
Powder Springs,  GA 30127

**Clm No 3797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

987 of 2981

---

**WILL FRED STARNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85600**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Glenn**
173 Will Street
Trussville, AL 35173

**Clm No 59317**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Goodman**
2917 Ford Place N.W.
Huntsville, AL 35810

**Clm No 68406**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

988 of 2981

---

**Will Griggs**
C/o Willie G. Griggs
3844 35th Avenue North
Birmingham, AL 35217

**Clm No 68538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILL HARRIS**
100 Carver Drive
Vicksburg, MS 39180

**Clm No 56355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILL HOWARD**
104 HANNON DR.
JACKSON AL 36545

**Clm No 38695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

989 of 2981

---

**Will Hunt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Jackson**
PO Box 64
Gladewater, TX 75647

**Clm No 33432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Jones**
909 Newton Street
Gadsden, AL 359015132

**Clm No 23177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

990 of 2981

**WILL JOSEPH**
2978 JIROU
BEAUMONT TX 77703

**Clm No 39146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Will Long**
P.O. Box 64
Dolomite, AL 35061

**Clm No 70475**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Will McCloud**
1168 Metcalfe Rd.
Greenville, MS 38703

**Clm No 45785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

991 of 2981

---

**Will McCray**
4600 Grasselli Blvd S.w.
Birmingham, AL 35221

**Clm No 70834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will McKinley**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Pea**
P.O. Box 1344 S. Frontage St.
Ponchatoula, LA 70454

**Clm No 19369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

992 of 2981

---

**Will Rowser**
P.O. Box 1242
Tuscaloosa, AL 35403

**Clm No 72516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Sampson**
110 Laurel Street
San Diego, CA 92101

**Clm No 21966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Snowden**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 16514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

993 of 2981

---

**Will Swift**
1125 W 35th Avenue
Gary, IN 46408

**Clm No 24612**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILL TENNER**
175 Bluebird Loop
Natchez, MS 39120

**Clm No 58336**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Warren**
321 Brown Street
Troup, TX 75759

**Clm No 17765**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                                3/30/2018 6:20:23 PM

### Claims Details

---

**WILL WEAVER**                              **Clm No 43158**    Filed In Cases: 140
4525 GAYNOR RD
EIGHT MILE AL 36613                          Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Will Williams**                            **Clm No 73216**    Filed In Cases: 140
730  North Street
Greensboro, AL 36744                         Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Will Williams**                            **Clm No 6764**     Filed In Cases: 140
1819 W. Queen Street
Hampton,  VA 23666                           Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

995 of 2981

---

**Will Winston**
1300 35th Street Ensley
Birmingham, AL 35218

**Clm No 73367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willa Beckham**
131 Moye St
Wrightsville, GA 31096

**Clm No 46149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willa Caldwell**
1713 Marilyn Lane
Cincinnati, OH 45231

**Clm No 8348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

996 of 2981

---

**WILLA FORD**
8 BYRON RD
ORANGE TX 77630

**Clm No 37555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willa Johnson**
125 S. Euclid Avenue
Dayton, OH 45402

**Clm No 12141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLA MAE DILES**
6960 ROYAL MEADOW STREET
PORT ARTHUR TX 77642

**Clm No 37060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 6:20:23 PM

*Claims Details* 997 of 2981

---

**WILLA MAE HEIGHT**
P.O. BOX 783,
ASHFORD, AL 36132

**Clm No 463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willa Maye Shepherd**
Attn: Bailey Peavy Bailey
440 Louisiana St. Suite 2100
Houston, TX 77002

**Clm No 73594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 17-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willa Robinson**
1224 Dixie Court
Cincinnati, OH 45215

**Clm No 15544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

998 of 2981

---

**WILLA YOUNG, PERSONAL REPRESENTATIVE FOR**

ANDERSON YOUNG JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLAIM CUTRIGHT**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Willam Green**

1714 Tuckahoe St
Bellwood, PA 16617

**Clm No 26937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

999 of 2981

---

**Willam Space**
3714 Cumberland
Erie, PA 16510

**Clm No 16566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willam Wilson**
508 44th Ave. East, Lot N6
Bradenton, FL 34203

**Clm No 18222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Adkins**
778 State Street
Hamlin, WV 25523

**Clm No 25159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1000 of 2981

---

**Willard Ault**
9543 Baer Road
Marshallville, OH 44645

**Clm No 7233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Birtcher**
5605 Summerwood Lane
Texarkana, AR 71854

**Clm No 65992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Blackburn**
C/o Rosie M. Wayne
15724 Tarrant Avenue
Compton, CA 90220

**Clm No 66014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1001 of 2981

---

**WILLARD BLAIR**
319 Belvedere Dr
Pearl, MS 39208-8918

**Clm No 55186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLARD BOYER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLARD BROUSSARD**
c/o Mary Fretty
729 Magnolia
Crosby, TX 77532

**Clm No 66261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1002 of 2981

---

**WILLARD BUFORD**
9532 FM 2799
JASPER TX 75951

**Clm No 36065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard Campbell**
636 Crawford
Barberton, OH 44203

**Clm No 8390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Cartwright**
PO Box 59
Oldtown, MD 21555

**Clm No 25865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1003 of 2981

| **Willard Congrove** | | **Clm No 8902** | Filed In Cases: 140 | |
| 4783 Blake Rd | | Class | Claim Detail Amount | Final Allowed Amount |
| Seville, OH 44273 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard Coomer** | | **Clm No 19878** | Filed In Cases: 140 | |
| 282 Butler Ridge Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Beattyville, KY 41311 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard Cox** | | **Clm No 67098** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1004 of 2981

---

**Willard Crawford**
1415 Illinois Street
Leeds, AL 35094-1900

**Clm No 67138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Cutright**
281 BonAir Avenue
Elyria, OH 44035

**Clm No 9217**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Dale**
2875 Pinney Topper Rd
Jefferson, OH 44047

**Clm No 26223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1005 of 2981

---

**Willard Dale**
1009 Brown Drive
Ashtabula, OH 44004

**Clm No 9238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Dale**
2875 Pinney Topper Rd
Jefferson, OH 44047

**Clm No 26222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Duncan**
P O Box 554
Fairhope, AL 36533

**Clm No 67558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1006 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30356** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30379** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30556** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1007 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 33669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1008 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1009 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30991**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1010 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1011 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31139** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31256** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31262** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1012 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1013 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1014 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                 1015 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31751**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31903**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32006**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1016 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32068** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32088** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32110** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1017 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1018 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1019 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30382** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30386** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30586** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1020 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30601** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30615** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30721** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1021 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                             1022 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31028**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31097**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31104**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1023 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1024 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1025 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1026 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31486**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31538**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1027 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1028 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1029 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31971**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32007**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32074**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1030 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1031 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32231** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32242** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30297** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1032 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1033 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                     1034 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30438**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

            Date Filed              6-Dec-2016
            Bar Date
            Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30527**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

            Date Filed              6-Dec-2016
            Bar Date
            Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30529**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

            Date Filed              6-Dec-2016
            Bar Date
            Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1035 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1036 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1037 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1038 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1039 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1040 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1041 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                         **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1042 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                          1043 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31650**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31800**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31946**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1044 of 2981

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32023** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $1.00

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32046** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $1.00

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32121** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $10,000.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 6:20:23 PM

*Claims Details*                                                                    1045 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32131**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30257**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30260**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1046 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30265** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30352** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30365** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1047 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1048 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1049 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1050 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1051 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1052 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                             1053 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31379**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31427**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31485**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class            Claim Detail Amount      Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1054 of 2981

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31593** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31645** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31652** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    1055 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31699**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class            Claim Detail Amount    Final Allowed Amount

                                                      UNS                    $1.00
                                                                             $1.00

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31762**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class            Claim Detail Amount    Final Allowed Amount

                                                      UNS                    $1.00
                                                                             $1.00

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31791**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class            Claim Detail Amount    Final Allowed Amount

                                                      UNS                    $1.00
                                                                             $1.00

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1056 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1057 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

<u>**Clm No 31907**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

<u>**Clm No 31924**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

<u>**Clm No 31963**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1058 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32155**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*                                                                                        1059 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30364**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30521**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30522**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1060 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1061 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1062 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1063 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30997**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31119**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/30/2018 6:20:23 PM

*Claims Details*                                                                 1064 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31156** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31214** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31279** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1065 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31308**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31375**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31407**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1066 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31514**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31575**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31707**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1067 of 2981

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31723** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31812** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31847** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1068 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31889** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31947** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31991** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1069 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1070 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30381**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1071 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 6:20:23 PM

*Claims Details*    1072 of 2981

---

**Willard E. Bartel, Estate Administrator**    **Clm No 30475**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**    **Clm No 30513**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**    **Clm No 30547**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1073 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30566** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30587** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30704** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1074 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                              1075 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31073**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                               Class          Claim Detail Amount    Final Allowed Amount

                                                  UNS                    $1.00

                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31133**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                               Class          Claim Detail Amount    Final Allowed Amount

                                                  UNS                    $1.00

                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31168**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                               Class          Claim Detail Amount    Final Allowed Amount

                                                  UNS                    $1.00

                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1076 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1077 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31613**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31686**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31830**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1078 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*                                                        1079 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/30/2018 6:20:23 PM

*Claims Details*                                                                                        1080 of 2981

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30309**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30340**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30450**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1081 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                        1082 of 2981

---

**Willard E. Bartel, Estate Administrator**     **Clm No 30875**     Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**     **Clm No 30935**     Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**     **Clm No 30950**     Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1083 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31052** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31111** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31143** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1084 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31182**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31332**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1085 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31363**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31390**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31434**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1086 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31440** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31479** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31484** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1087 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31688**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1088 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31754** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31797** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31904** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1089 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1090 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31999** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32093** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32186** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1091 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1092 of 2981

---

**Willard E. Bartel, Estate Administrator**    **Clm No 30644**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**    **Clm No 30668**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**    **Clm No 30990**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1093 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31017** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31171** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31243** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1094 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31317**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                1095 of 2981

---

**Willard E. Bartel, Estate Administrator**          <u>**Clm No 31606**</u>    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          <u>**Clm No 31608**</u>    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**          <u>**Clm No 31781**</u>    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1096 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1097 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31909** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32094** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32109** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1098 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1099 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1100 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1101 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1102 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1103 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                          1104 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31238**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class        Claim Detail Amount      Final Allowed Amount

                                                   UNS              $1.00
                                                                    $1.00

        Date Filed              6-Dec-2016
        Bar Date
        Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31372**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class        Claim Detail Amount      Final Allowed Amount

                                                   UNS              $1.00
                                                                    $1.00

        Date Filed              6-Dec-2016
        Bar Date
        Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31381**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class        Claim Detail Amount      Final Allowed Amount

                                                   UNS              $1.00
                                                                    $1.00

        Date Filed              6-Dec-2016
        Bar Date
        Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1105 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1106 of 2981

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $1.00

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $10,000.00

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1107 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31601**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31607**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31624**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                              1108 of 2981

---

**Willard E. Bartel, Estate Administrator**      **Clm No 31780**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                        Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**      **Clm No 31863**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                        Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**      **Clm No 31868**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                        Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/30/2018 6:20:23 PM

---

*Claims Details*                                                          1109 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31890**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00
$1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31901**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00
$1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31953**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                          Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00
$1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1110 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32011**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32061**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32108**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1111 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1112 of 2981

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1113 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|----|----|----|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|----|----|----|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|----|----|----|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*                                                      1114 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30541**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class              Claim Detail Amount    Final Allowed Amount

                                                     UNS                     $1.00
                                                                             $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30677**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class              Claim Detail Amount    Final Allowed Amount

                                                     UNS                     $1.00
                                                                             $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30730**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class              Claim Detail Amount    Final Allowed Amount

                                                     UNS                     $1.00
                                                                             $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1115 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30819** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30891** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31010** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1117 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31391**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/30/2018 6:20:23 PM

### *Claims Details*

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1119 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1120 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32010** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32051** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32116** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1121 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1122 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30578** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30590** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30777** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1123 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30846** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30861** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30889** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1124 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1125 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1126 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1127 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31334** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31455** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31466** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1128 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1129 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1130 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31877** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32004** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32028** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1131 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1132 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32245**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1133 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1134 of 2981

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30567** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30599** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30665** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1135 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1136 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30814**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30852**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30868**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1137 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30870**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30982**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31022**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1138 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31057** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31071** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31093** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1139 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31316**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1140 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1141 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1142 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1143 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1144 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30380** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30536** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30539** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1145 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1146 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30632** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30699** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30734** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1147 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1148 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1150 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31826** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31848** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31855** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1151 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31960**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32067**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32115**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                                            1152 of 2981

---

**Willard E. Bartel, Estate Administrator**              **Clm No 32199**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value      $10,000.00

---

**Willard E. Bartel, Estate Administrator**              **Clm No 32206**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**              **Clm No 32212**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1153 of 2981

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32255** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30289** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30302** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1154 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1155 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1156 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1157 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30877**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1158 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31080**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31127**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31188**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31290**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

## *Claims Details*

1160 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1161 of 2981

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1162 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1163 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                    1164 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31763**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31795**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31818**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                              1165 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31926**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31957**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31972**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1166 of 2981

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1167 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1168 of 2981

| | Clm No 30359 | Filed In Cases: 140 | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | | | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

| | Clm No 30371 | Filed In Cases: 140 | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | | | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

| | Clm No 30484 | Filed In Cases: 140 | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | | | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*                                                           1169 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1170 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30679** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30696** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30717** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1171 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1172 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1174 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31470**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1175 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 6:20:23 PM

## *Claims Details*

1176 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31671** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31979** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32032** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1177 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32197** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30277** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30323** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1180 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30510** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30661** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30675** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1181 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1182 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1183 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31151** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31193** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31263** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1184 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1185 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1186 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31555**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31561**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31569**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1187 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/30/2018 6:20:23 PM

*Claims Details*                                                    1188 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31709**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31772**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31862**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1189 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31891**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31942**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32102**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1190 of 2981

| | |
|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32147**  Filed In Cases: 140 |

1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $1.00

| | |
|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32161**  Filed In Cases: 140 |

1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $1.00

| | |
|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32183**  Filed In Cases: 140 |

1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**  **Visit us on the Web at www.omnimgt.com**  **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**  **E-mail: claimsmanager@omnimgt.com**  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1191 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32188**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1192 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1193 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30713** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30859** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31082** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1194 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31136**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31192**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31197**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1195 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31229**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31307**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                   1196 of 2981

---

**Willard E. Bartel, Estate Administrator**           **Clm No 31343**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**           **Clm No 31428**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**           **Clm No 31457**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1197 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31487**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31544**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31587**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1198 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1199 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1200 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31782** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31822** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31883** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1201 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31910**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31964**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32095**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1202 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1203 of 2981

---

**Willard E. Bartel, Estate Administrator**      **Clm No 30303**      Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**      **Clm No 30307**      Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**      **Clm No 30319**      Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1204 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1205 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*                                                                                       1206 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30583** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30783** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30855** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1207 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                              1208 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30934**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30954**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30956**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1209 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                1210 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1211 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1212 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31447**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31558**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31597**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1213 of 2981

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31615** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31664** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31693** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1214 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1215 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1216 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31981**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31997**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32009**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### *Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1218 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1219 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1220 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30507** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30520** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30530** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1221 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1222 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1223 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1224 of 2981

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30995**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1225 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1226 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31215**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1227 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                    1228 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31661**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class          Claim Detail Amount      Final Allowed Amount

                                                      UNS              $1.00
                                                                       $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31722**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class          Claim Detail Amount      Final Allowed Amount

                                                      UNS              $1.00
                                                                       $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31752**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class          Claim Detail Amount      Final Allowed Amount

                                                      UNS              $1.00
                                                                       $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1229 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1230 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31989**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31990**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32041**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1231 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1232 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1233 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30374** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30478** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30531** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1234 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1235 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1236 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    1238 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31147**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31148**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31213**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1239 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31225** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31253** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31339** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1240 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31425** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31570** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31572** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                                     1241 of 2981

---

**Willard E. Bartel, Estate Administrator**                    **Clm No 31640**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                           Class           Claim Detail Amount       Final Allowed Amount

UNS                     $1.00
                                                                                            $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard E. Bartel, Estate Administrator**                    **Clm No 31732**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                           Class           Claim Detail Amount       Final Allowed Amount

UNS                     $1.00
                                                                                            $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard E. Bartel, Estate Administrator**                    **Clm No 31796**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                           Class           Claim Detail Amount       Final Allowed Amount

UNS                     $1.00
                                                                                            $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                1242 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31829**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount        Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

Date Filed                 6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31831**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount        Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

Date Filed                 6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31899**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount        Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

Date Filed                 6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1243 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 32057** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 32119** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 32124** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                1244 of 2981

| Willard E. Bartel, Estate Administrator | **Clm No 32136** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

| Willard E. Bartel, Estate Administrator | **Clm No 32180** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

| Willard E. Bartel, Estate Administrator | **Clm No 32196** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1245 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1246 of 2981

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30326** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30329** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30343** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

OldCo, LLC, successor by merger to Coltec Industries Inc

3/30/2018 6:20:23 PM

### Claims Details

1247 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30388** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30420** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30428** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

## *Claims Details*

1248 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30470**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30480**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1249 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30706** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30719** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30759** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1250 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30766** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30771** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30803** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1251 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1252 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31086**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31155**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31178**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1253 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    1254 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31292**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31303**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31387**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1255 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1256 of 2981

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31875** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31912** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | | |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31945** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | | |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

## *Claims Details*

1257 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32005** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32030** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32047** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1258 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                    1259 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1260 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1261 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1262 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30755** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed              6-Dec-2016

Bar Date

Claim Face Value              $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 30767** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed              6-Dec-2016

Bar Date

Claim Face Value              $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 30815** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed              6-Dec-2016

Bar Date

Claim Face Value              $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1263 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1264 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1265 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1266 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1267 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1268 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1271 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30300**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1272 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1273 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30524**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30600**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1274 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30878**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1275 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1276 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1277 of 2981

| Willard E. Bartel, Estate Administrator | | **Clm No 31378** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 6-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Willard E. Bartel, Estate Administrator | | **Clm No 31398** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 6-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Willard E. Bartel, Estate Administrator | | **Clm No 31543** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 6-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1278 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31571** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31578** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31592** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1279 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

<u>**Clm No 31651**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

<u>**Clm No 31683**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

<u>**Clm No 31698**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1280 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31724**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31731**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31760**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                        1281 of 2981

---

**Willard E. Bartel, Estate Administrator**               **Clm No 31816**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**               **Clm No 32050**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**               **Clm No 32181**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1282 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1283 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1284 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1285 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                              1286 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31162**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31342**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31360**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1287 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1288 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31456** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31546** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31566** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1289 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1290 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1291 of 2981

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32060** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32062** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32089** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1292 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1293 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1294 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1295 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1296 of 2981

---

**Willard E. Bartel, Estate Administrator**     [Clm No 30820]     Filed In Cases: 140

1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**     [Clm No 30865]     Filed In Cases: 140

1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**     [Clm No 30957]     Filed In Cases: 140

1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1297 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1298 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31534** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31539** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31554** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1299 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31690**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1300 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1301 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31941**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1302 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1303 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30304** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30449** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30552** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1304 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30581** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30602** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30678** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1305 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1306 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1307 of 2981

---

**Willard E. Bartel, Estate Administrator**  
1422 Euclid, Suite 800  
Cleveland, OH 44115

**Clm No 30836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016  
Bar Date  
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**  
1422 Euclid, Suite 800  
Cleveland, OH 44115

**Clm No 30849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016  
Bar Date  
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**  
1422 Euclid, Suite 800  
Cleveland, OH 44115

**Clm No 30911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016  
Bar Date  
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300  
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737  
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1308 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31004** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31142** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31239** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1309 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31283** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31349** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31356** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1310 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31389** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 31413** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 31465** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 6:20:23 PM

*Claims Details*                                              1312 of 2981

---

**Willard E. Bartel, Estate Administrator**   **Clm No 31586**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**   **Clm No 31860**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**   **Clm No 31900**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1314 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1315 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1316 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                1317 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1318 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30760**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1319 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30921**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1320 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                              1321 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31235**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount      Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31267**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount      Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31278**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount      Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 6:20:23 PM

*Claims Details* 1322 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1323 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1324 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1325 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31888**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31914**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31961**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1326 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31982**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### Claims Details

1327 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32143**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32164**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32213**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1328 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1329 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $10,000.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1330 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1331 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1332 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31001** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31002** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31015** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1333 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31034**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1334 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                        1336 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31627** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31670** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31789** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1337 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31879**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32002**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                           1338 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32018** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32026** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32033** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1339 of 2981

| Willard E. Bartel, Estate Administrator | **Clm No 32039** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willard E. Bartel, Estate Administrator | **Clm No 32162** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willard E. Bartel, Estate Administrator | **Clm No 32220** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1340 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1341 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30490**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1342 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1343 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1344 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1345 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1346 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1347 of 2981

| | |
|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31519**   Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | |
| Cleveland, OH 44115 | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| | |
|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31603**   Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | |
| Cleveland, OH 44115 | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | |
|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31757**   Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | |
| Cleveland, OH 44115 | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                 1348 of 2981

---

**Willard E. Bartel, Estate Administrator**        <u>Clm No 31786</u>    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Willard E. Bartel, Estate Administrator**        <u>Clm No 31799</u>    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Dec-2016  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Willard E. Bartel, Estate Administrator**        <u>Clm No 31867</u>    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1349 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1350 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                    1351 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1352 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1353 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30650**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1354 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30673** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 30813** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 30837** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1355 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### *Claims Details*

1356 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1357 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31405** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 31433** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 31464** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1358 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1359 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1360 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1361 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1362 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1363 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1364 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30477** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30835** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30851** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1365 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30896** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31037** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31092** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1366 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1367 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31248** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31299** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31321** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1368 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1369 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1370 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1371 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1372 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1373 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1374 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1375 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1376 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1377 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31090**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31103**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31117**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1378 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31221**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31223**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31250**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1379 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1380 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31595**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1381 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1382 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1383 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31851** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31931** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31975** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1384 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 32042** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 32069** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 32076** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1385 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1386 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1387 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|--|--|--|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|--|--|--|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|--|--|--|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1388 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1389 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1390 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30844**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30883**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30901**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1391 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30923**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30985**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30989**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1392 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31031**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1393 of 2981

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31172** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31202** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31264** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1394 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31273** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31285** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31361** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 6:20:23 PM

## *Claims Details*                                                                 1395 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31367**    Filed In Cases: 140

1422 Euclid, Suite 800                               Class          Claim Detail Amount      Final Allowed Amount

Cleveland, OH 44115
                                                     UNS                      $1.00
                                                     ----------   -----------------------    -----------------------
                                                                              $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31421**    Filed In Cases: 140

1422 Euclid, Suite 800                               Class          Claim Detail Amount      Final Allowed Amount

Cleveland, OH 44115
                                                     UNS                      $1.00
                                                     ----------   -----------------------    -----------------------
                                                                              $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31525**    Filed In Cases: 140

1422 Euclid, Suite 800                               Class          Claim Detail Amount      Final Allowed Amount

Cleveland, OH 44115
                                                     UNS                      $1.00
                                                     ----------   -----------------------    -----------------------
                                                                              $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1396 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31547** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31583** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31614** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1398 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1399 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 6:20:23 PM

*Claims Details*    1400 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1401 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1402 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1403 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1404 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1405 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 6:20:23 PM

### *Claims Details*                                                          1406 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31411** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31469** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31471** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1407 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1408 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1409 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31748** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31761** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31825** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1410 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*                                                                 1411 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31937**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31956**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31986**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1412 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1414 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30723** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30758** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30827** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1415 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1416 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1417 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31401**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1419 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 6-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 6-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 6-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1420 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1421 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1422 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1423 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1424 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30372**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1425 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                                    3/30/2018 6:20:23 PM

---

### *Claims Details*                                                               1426 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 30691**      Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class          Claim Detail Amount      Final Allowed Amount

                                                   UNS                   $1.00
                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 30752**      Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class          Claim Detail Amount      Final Allowed Amount

                                                   UNS                   $1.00
                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 30843**      Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class          Claim Detail Amount      Final Allowed Amount

                                                   UNS                   $1.00
                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1427 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30919** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31091** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31110** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1428 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31114** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31217** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31435** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*            3/30/2018 6:20:23 PM

*Claims Details*                                                                                  1429 of 2981

---

**Willard E. Bartel, Estate Administrator**      **Clm No 31442**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115              Class          Claim Detail Amount      Final Allowed Amount

UNS                       $1.00
                                                             $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**      **Clm No 31516**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115              Class          Claim Detail Amount      Final Allowed Amount

UNS                       $1.00
                                                             $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**      **Clm No 31687**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115              Class          Claim Detail Amount      Final Allowed Amount

UNS                       $1.00
                                                             $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                 1430 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31730**     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount        Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31755**     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount        Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31773**     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount        Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1431 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31774** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31905** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31939** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                         1432 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32021**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32044**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32072**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1433 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1434 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1435 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1436 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1437 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1438 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1439 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1440 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1441 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1442 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31266**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1443 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1444 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31508** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31540** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31588** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                 1445 of 2981

---

**Willard E. Bartel, Estate Administrator**          <u>Clm No 31639</u>     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class         Claim Detail Amount      Final Allowed Amount

                                                      UNS                    $1.00
                                                                             $1.00

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**          <u>Clm No 31660</u>     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class         Claim Detail Amount      Final Allowed Amount

                                                      UNS                    $1.00
                                                                             $1.00

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**          <u>Clm No 31695</u>     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class         Claim Detail Amount      Final Allowed Amount

                                                      UNS                    $1.00
                                                                             $1.00

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1446 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

## *Claims Details*                                                       1448 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 32236** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30294** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30347** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

---

*Claims Details*

1449 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30421** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30542** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30561** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                        1450 of 2981

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30612**     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 Class          Claim Detail Amount        Final Allowed Amount

                                                    UNS                  $1.00
                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30635**     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 Class          Claim Detail Amount        Final Allowed Amount

                                                    UNS                  $1.00
                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30670**     Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 Class          Claim Detail Amount        Final Allowed Amount

                                                    UNS                  $1.00
                                                                         $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1451 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30690**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30731**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*                                                                                      1452 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30818**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                      $1.00
                                                     ----------    ---------------------    ---------------------
                                                                              $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30854**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                      $1.00
                                                     ----------    ---------------------    ---------------------
                                                                              $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30885**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                      $1.00
                                                     ----------    ---------------------    ---------------------
                                                                              $1.00

Date Filed          6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1453 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1454 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1455 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31626**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1456 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1457 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31790**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31885**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31892**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1458 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                      1459 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32079**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1460 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1461 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1462 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

## *Claims Details*

1463 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                        1464 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30517**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class           Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30593**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class           Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30637**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class           Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1465 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1466 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1467 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31033**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31077**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1471 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1472 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1473 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31517** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31537** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31551** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1474 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1475 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1476 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1477 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31970** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31985** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32058** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                             1478 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32118**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32230**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32258**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1479 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1480 of 2981

---

**Willard E. Bartel, Estate Administrator**         **Clm No 30548**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**         **Clm No 30748**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**         **Clm No 30750**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1481 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1482 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1483 of 2981

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31050**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1484 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31124** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31203** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31252** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1485 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                            1486 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1487 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1488 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31902** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31911** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31940** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                            1489 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31965**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31995**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32193**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Dec-2016  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1491 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30412** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30418** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30439** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1492 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1493 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1494 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30700**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1495 of 2981

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30749** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30794** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | | |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30807** | Filed In Cases: 140 |
| 1422 Euclid, Suite 800 | | |
| Cleveland, OH 44115 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1496 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30890** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30913** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30964** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                                    1497 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30978**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31100**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31170**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1499 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1500 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1501 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31820** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31841** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31861** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1502 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1503 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31994** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31996** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 32013** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1504 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1505 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                              1506 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30270** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30286** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30413** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1507 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1508 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1509 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1510 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31288**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1511 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31313**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    1512 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31354**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31449**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31478**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1513 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1514 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1515 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1516 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31881** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31933** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31973** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1517 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31998** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| **Willard E. Bartel, Estate Administrator** | **Clm No 32053** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| **Willard E. Bartel, Estate Administrator** | **Clm No 32235** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1518 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32257** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30264** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30316** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1519 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1520 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30839**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1521 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31089** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31118** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31157** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1522 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31318** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31374** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31394** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1523 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1524 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31849**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1525 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

<u>Clm No 31854</u>      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

<u>Clm No 31894</u>      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

<u>Clm No 31968</u>      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                    1526 of 2981

---

| Willard E. Bartel, Estate Administrator | **Clm No 31978** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Willard E. Bartel, Estate Administrator | **Clm No 32054** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Willard E. Bartel, Estate Administrator | **Clm No 32200** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

---

*Claims Details*

1527 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 32215** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30406** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30514** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1528 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30607** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30628** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30636** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1529 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1530 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                            1531 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31009**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00

                                                                          $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31036**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00

                                                                          $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31069**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                  $1.00

                                                                          $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

### *Claims Details*                                                        1532 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31072** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |

| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31177** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |

| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31183** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |

| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1533 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1534 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31370**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1535 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31399** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31404** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31480** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1536 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1537 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31579**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1538 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1539 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1540 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1541 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1542 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                    1543 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31046**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31074**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31198**    Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1544 of 2981

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31209** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 6-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31226** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 6-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Willard E. Bartel, Estate Administrator** | | **Clm No 31409** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1422 Euclid, Suite 800 | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 6-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*                                                                      1545 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31437**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1546 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1547 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31492**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1548 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31681** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31801** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31876** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1549 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1550 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                            1551 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32201**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount        Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32214**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount        Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30287**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                   Class              Claim Detail Amount        Final Allowed Amount

                                                      UNS                     $1.00
                                                                              $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1552 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1553 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30528**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1554 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1555 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30848**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1556 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1557 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31000**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31141**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1558 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1559 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1560 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31680**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1561 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1562 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1563 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32228**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### *Claims Details*

1564 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30443** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed      6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30492** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed      6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30649** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed      6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1565 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30791**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1566 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30804**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1567 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30981**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1568 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1569 of 2981

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31175** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31232** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 31289** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1570 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1571 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    1572 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31719**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31749**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31765**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class          Claim Detail Amount      Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1573 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31766** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31858** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31992** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1574 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1576 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1577 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

**Claims Details**

1578 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30557**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                  1579 of 2981

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30736**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                               Class          Claim Detail Amount      Final Allowed Amount

                                                  UNS                 $1.00
                                                                      $1.00

Date Filed             6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30858**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                               Class          Claim Detail Amount      Final Allowed Amount

                                                  UNS                 $1.00
                                                                      $1.00

Date Filed             6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**       **Clm No 30866**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                               Class          Claim Detail Amount      Final Allowed Amount

                                                  UNS                 $1.00
                                                                      $1.00

Date Filed             6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 6:20:23 PM

*Claims Details*                                                                                              1580 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30922**      Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30984**      Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31025**      Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 6:20:23 PM

*Claims Details*                                                                                      1581 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31061**      Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class              Claim Detail Amount        Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

          Date Filed              6-Dec-2016
          Bar Date
          Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31149**      Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class              Claim Detail Amount        Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

          Date Filed              6-Dec-2016
          Bar Date
          Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31158**      Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  Class              Claim Detail Amount        Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

          Date Filed              6-Dec-2016
          Bar Date
          Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                             1582 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31180**     Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31228**     Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31277**     Filed In Cases: 140

1422 Euclid, Suite 800

Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1583 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31340** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| | | | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31392** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| | | | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31420** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| | | | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1584 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31429** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31450** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31495** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1585 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 6:20:23 PM

*Claims Details*                                                          1586 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31804**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1588 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1589 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30367**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1590 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1591 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1592 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1593 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31011** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31013** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31129** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1594 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31144**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1595 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1596 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31461** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31560** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31567** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 6-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1597 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31577** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31594** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31708** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1598 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1599 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31834**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31850**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31923**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1600 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1601 of 2981

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value    $10,000.00

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value    $1.00

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1602 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1603 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1604 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1605 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1606 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31084**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31120**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1607 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31174**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

---

*Claims Details*                                                              1608 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31472** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31622** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31743** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1609 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                          1610 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32085**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32092**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 32112**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1611 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1612 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30585** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30592** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30647** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1613 of 2981

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/30/2018 6:20:23 PM

*Claims Details*                                                          1614 of 2981

---

**Willard E. Bartel, Estate Administrator**        <u>**Clm No 30879**</u>    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**        <u>**Clm No 30906**</u>    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**        <u>**Clm No 30936**</u>    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1615 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1616 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1617 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31302**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                    1618 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1619 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1620 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1621 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30333**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1622 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1623 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30491** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30516** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 30564** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1624 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1625 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1626 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31337**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 6:20:23 PM

## *Claims Details*

1627 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31419** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31432** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31488** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1628 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31634** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31725** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 31808** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1629 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1630 of 2981

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32222** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 32241** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Willard E. Bartel, Estate Administrator** | **Clm No 30291** | Filed In Cases: 140 | |
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1631 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1632 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1633 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30666** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30705** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willard E. Bartel, Estate Administrator** | **Clm No 30944** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1634 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                      1635 of 2981

---

**Willard E. Bartel, Estate Administrator**       **Clm No 31153**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class           Claim Detail Amount      Final Allowed Amount

                                                   UNS                    $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willard E. Bartel, Estate Administrator**       **Clm No 31347**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class           Claim Detail Amount      Final Allowed Amount

                                                   UNS                    $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willard E. Bartel, Estate Administrator**       **Clm No 31364**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                Class           Claim Detail Amount      Final Allowed Amount

                                                   UNS                    $1.00
                                                                          $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                1636 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 31396** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 31511** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 31532** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**              **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1637 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1638 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1639 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Dec-2016

Bar Date

Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1641 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30405**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30461**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30465**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1642 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30535**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1643 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1644 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30724**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                             1645 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30769**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30925**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30926**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1646 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1647 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1648 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31240**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31305**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1649 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1650 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31502**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1651 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31768**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1652 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31886**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1653 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1654 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 30306** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 30424** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 30464** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

## *Claims Details*

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1656 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                      1657 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 30962**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 30967**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31096**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1658 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31105** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31201** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31205** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                     1659 of 2981

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31224** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31499** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Willard E. Bartel, Estate Administrator** | **Clm No 31512** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1660 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31659**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1661 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31880**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

| Willard E. Bartel, Estate Administrator | **Clm No 31898** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willard E. Bartel, Estate Administrator | **Clm No 31962** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willard E. Bartel, Estate Administrator | **Clm No 32082** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1663 of 2981

| **Willard E. Bartel, Estate Administrator** | **Clm No 32087** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 32129** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

| **Willard E. Bartel, Estate Administrator** | **Clm No 32137** | Filed In Cases: 140 | |
|---|---|---|---|
| 1422 Euclid, Suite 800 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44115 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Dec-2016
Bar Date
Claim Face Value            $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1664 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1665 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1666 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 30663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 6:20:23 PM

*Claims Details*                                                                                                       1667 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30686**     Filed In Cases: 140

1422 Euclid, Suite 800                               Class              Claim Detail Amount          Final Allowed Amount
Cleveland, OH 44115
                                                     UNS                      $1.00
                                                                              $1.00

Date Filed               6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30708**     Filed In Cases: 140

1422 Euclid, Suite 800                               Class              Claim Detail Amount          Final Allowed Amount
Cleveland, OH 44115
                                                     UNS                      $1.00
                                                                              $1.00

Date Filed               6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 30712**     Filed In Cases: 140

1422 Euclid, Suite 800                               Class              Claim Detail Amount          Final Allowed Amount
Cleveland, OH 44115
                                                     UNS                      $1.00
                                                                              $1.00

Date Filed               6-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1668 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30864**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1669 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 30976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 31003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                 1670 of 2981

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31063**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 Class              Claim Detail Amount      Final Allowed Amount

UNS                              $1.00

                                 $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31137**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 Class              Claim Detail Amount      Final Allowed Amount

UNS                              $1.00

                                 $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**        **Clm No 31138**    Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                 Class              Claim Detail Amount      Final Allowed Amount

UNS                              $1.00

                                 $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                    1671 of 2981

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31173**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31210**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**          **Clm No 31257**   Filed In Cases: 140
1422 Euclid, Suite 800
Cleveland, OH 44115                                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1672 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31272**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31462**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31625**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1673 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 31896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1674 of 2981

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32001**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Willard E. Bartel, Estate Administrator**
1422 Euclid, Suite 800
Cleveland, OH 44115

**Clm No 32064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1675 of 2981

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard E. Bartel, Estate Administrator**

1422 Euclid, Suite 800

Cleveland, OH 44115

**Clm No 32238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 6:20:23 PM

*Claims Details* 1676 of 2981

---

**Willard Eckhardt**
214 North 6th P.O.Box 581
Glenrock, WY 82637

**Clm No 61297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLARD ECKHARDT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78306**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Willard Esters**
1203 Scott St
Hattiesburg, MS 39401

**Clm No 45875**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

1677 of 2981

---

| **Willard Finner** | **Clm No 67943** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Earlean Finner | Class | Claim Detail Amount | Final Allowed Amount |
| 6105 Grove Avenue | | | |
| Birmingham, AL 35228-3912 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willard G. Tallman, Estate** | **Clm No 54785** | Filed In Cases: 140 | |
|---|---|---|---|
| Rt. 1, Box 42 | Class | Claim Detail Amount | Final Allowed Amount |
| Belington, WV 26250 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **WILLARD GANGA** | **Clm No 77799** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1678 of 2981

---

**Willard Ganga**
722 West 70th Avenue
Merrillville, IN 46410

**Clm No 61602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Gibson**
c/o Linda Browning
8426 Eastern Hill Dr.
Cottondale, AL 35453

**Clm No 68270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLARD GUIDRY**
160 RURAL SPACE ROAD
LEANDER TX 78641

**Clm No 38095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1679 of 2981

---

**WILLARD HAMRICK**
1031 Delta Street
Bessemer, AL 35020

**Clm No 68695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Hanson**
805 Crestview Avenue
Akron, OH 44320

**Clm No 11044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Hollis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 6:20:23 PM

*Claims Details*                                                                              1680 of 2981

---

**Willard Hudson**                    **Clm No 69332**      Filed In Cases: 140
C/o Linda L. Wyman
P.O. Box 1021                         Class              Claim Detail Amount        Final Allowed Amount
Dora, AL 35062-1021
                                      UNS                      $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willard James**                     **Clm No 11959**      Filed In Cases: 140
1232 Stratford St.
Barberton, OH 44203                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Willard Johnson**                   **Clm No 69737**      Filed In Cases: 140
C/o Gwendolyn Dixon
329 Pecan Ridge Blvd                  Class              Claim Detail Amount        Final Allowed Amount
Daphne, AL 36532
                                      UNS                      $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1681 of 2981

---

**Willard L. Jackson**
Rt. 1, Box 63
Clarksburg, WV 26301

**Clm No 54799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willard Long**
1811 Zion Lane
Hillsboro, OH 45133

**Clm No 13143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Willard Loving**
74 Bear Lane
Urbanna, VA 23175

**Clm No 24931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1682 of 2981

---

**Willard Mauldin**
159 Cold Springs Road
Seminary, MS 39479

**Clm No 46599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Mays**
6028 State Route 727
Goshen, OH 45122

**Clm No 13523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLARD MCCASKEY**
381 ALLISON COURT
MOBILE AL 36608

**Clm No 40056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1683 of 2981

---

**Willard McKeller**
c/o Jacqueline McKeller
3205 Pinecrest Road
Tuscaloosa, AL 35404

**Clm No 70920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Milton**
19467 Florida Blvd
Albany, LA 70711

**Clm No 19281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Morrill**
c/o Anthony L. Papoulias, Jr., Esq.
220 Bridge Road, Suite 2H
Salisbury, MA 01952

**Clm No 63355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1684 of 2981

**WILLARD MORRILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Willard Peters**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willard R Brown**
2787 W. Glenlord Rd.
Stevensville, MI  49127

**Clm No 32309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1685 of 2981

---

**WILLARD R RICHERSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34909**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Reavis**
17 Margaret Lane
Plainfield, CT 06374

**Clm No 20126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Reed**
759 Morgan Avenue
Akron, OH 44306

**Clm No 15277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1686 of 2981

---

**Willard Rhymes**
18107 Hwy 26 West, Apt. 21D
Lucedale, MS 39452

**Clm No 46902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Rice**
3608 Tein Rivers Trail
Parris, FL 34219

**Clm No 28911**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLARD RIDDICK**
P.O. BOX 306
NEW CANEY TX 77357

**Clm No 41502**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1687 of 2981

---

**Willard Roberson**
3 Robinson Ave.
Rome, GA 30165

**Clm No 48048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Ross**
217 Alex Mill Road
Montevallo, AL 35115

**Clm No 25021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Runnerstrom**
42 Hawthorne Ln.
Streamwood, IL 60107

**Clm No 64160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1688 of 2981

---

**WILLARD RUNNERSTROM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**WILLARD SCARBROUGH**
RT. 2 BOX 191
MILLRY AL 36558

**Clm No 41851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**WILLARD SCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**Willard Scott, IS**
495 North Garden Drive
Lakeland, FL 33813

**Clm No 64303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Seymore**
949 Hannah Street
Norfolk,  VA 23505

**Clm No 5918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Shedd**
2299 Leonards Chapel Road
Carbon Hill, AL 35549

**Clm No 64349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1690 of 2981

---

**WILLARD SHEDD**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75034**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Willard Stephenson**

302 Main Street
Smithfield, VA 23430

**Clm No 6169**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Willard Sweet**

903 Linden Drive, Apt. 5
Holmen, WI 54636

**Clm No 23778**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/30/2018 6:20:23 PM

*Claims Details*                                                                      1691 of 2981

---

**WILLARD THACKER**                    **Clm No 824**        Filed In Cases: 140
27551 H DRIVE NORTH
ALBION, MI 49224                       Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**WILLARD THORN**                      **Clm No 35006**      Filed In Cases: 140
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST                         Class              Claim Detail Amount        Final Allowed Amount
BEAUMONT, TX 77701
                                       UNS                      $1.00
                                                                $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard Tillis**                     **Clm No 17252**      Filed In Cases: 140
223 N. Lane Avenue
Youngstown, OH 44506                    Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1692 of 2981

---

**Willard Travis**
P O Box 158
Batson, TX 77519

**Clm No 73033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard W. Starkey, Estate**
112 Waynesburg Pike
Moundsville, WV 26041

**Clm No 53554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Walker**
PO Box 288
Sandersville, MS 39477

**Clm No 44985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1693 of 2981

| Willard Ward | **Clm No 17720** | Filed In Cases: 140 | |
|---|---|---|---|
| 48500 Rt. 20 West | Class | Claim Detail Amount | Final Allowed Amount |
| Oberlin, OH 44074 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLARD WATKINS | **Clm No 58583** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Porter & Malouf, PA | Class | Claim Detail Amount | Final Allowed Amount |
| P.O. Box 12768 | UNS | $1.00 | |
| Jackson, MS 39236 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willard White | **Clm No 29946** | Filed In Cases: 140 | |
|---|---|---|---|
| 397 Lynn Oak Dr | Class | Claim Detail Amount | Final Allowed Amount |
| Lavalette, WV 25535 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**WILLARD WIDMER**
30630 DROUILLARD RD LOT 170
WALBRIDGE OH 73765

**Clm No 43312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLARD WILES**
1426 Regina Street
Jackson, MS 39209

**Clm No 58665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLARD YOCUM**
RT. 1 BOX 548
NAVOD AL 35578

**Clm No 43652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1695 of 2981

---

**WILLE GREEN**
18801 WOODPECKER RD
PETERSBERG VA 23803

**Clm No 38020**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLE WALLACE**
1716 RUBY ST.
MOBILE AL 36617

**Clm No 43042**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLE WATTS**
19340 DALE
DETROIT, MI 48219

**Clm No 874**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1696 of 2981

---

**Willene Castleberry**
3881 Johnstonville Rd.
Forsyth, GA 31029

**Clm No 48681**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willene Johnson**
PO Box 14
Cataula, GA 31804

**Clm No 51505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLENE M. MCCOOL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86686**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1697 of 2981

---

**WILLENE T. GILBERT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Willene Trawick**
144 Black Springs Rd. NE
Milledgeville, GA 31061

**Clm No 46394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**WILLETTE HENDERSON**
861 KOOLMAIN ST
MOBILE AL 36617

**Clm No 38463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1698 of 2981

**Willi Neder**
1707 S 170th Street
New Berlin, WI 53151

**Clm No 24419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIA ARMSTRONG**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value          $10,000.00

---

**Willia Spencer**
1513 1st Court West
Birmingham, AL 35208

**Clm No 59712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1699 of 2981

---

**William**
P.O. Box 1048
Ripley, WV 25271

**Clm No 14476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William  Barnes**
130 Darlene Drive
Clarksville, TN 37042

**Clm No 59107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William  Desist, Jr.**
1409 N 16th Street
Clarksburg, WV 26301

**Clm No 53650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1700 of 2981

---

**William Hogan**
12 Everett Dr.
Newport News, VA 23602

**Clm No 33972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Holcomb**
RR 1, Box 598
Pt. Pleasant, WV 25550

**Clm No 54569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jaramillo**
10715 Shady Pond Ln.
Boca Raton, FL  33428

**Clm No 32658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1701 of 2981

---

**William  K. Souza**
136 Hunters Road, Lot 118
Norwich, CT 06360

**Clm No 20173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William  Lucas**
6400 Warrior River Road
Bessemer, AL 35023

**Clm No 23279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William  Moore**
109 E. Clay St.
Jefferson, TX 75657

**Clm No 33519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1702 of 2981

---

**William P. Hill**
57 Pearl Street
Mystic, CT 06355

**Clm No 19981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pando**
4406 S.E. 13th Ave.
Cape Coral, FL  33904

**Clm No 32920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Roberts**
RR 2, Box 18
Parkersburg, WV 26101

**Clm No 54599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1703 of 2981

---

**William  Rodriguez**
P.O. Box 1146
Rio Grande, PR  745

**Clm No 33006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William  Satchell, Jr.**
731 Filbert St.
Oakland, CA  94607

**Clm No 33040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William  Thaxton, Estate**
164 Newbridge Road
So. Charleston, WV 25309

**Clm No 53694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1704 of 2981

---

**WILLIAM A HALL**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William A Morgan**
8901 Doris Avenue
Pensacola, FL  32534

**Clm No 32855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM A WARREN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1705 of 2981

---

**William A. Davis**
9743 Gifford Road
Amherst, OH 44001

**Clm No 9362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM A. GIBBONS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM A. HEARN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 6:20:23 PM

*Claims Details*                                                                           1706 of 2981

---

**William A. Jones**                    **Clm No 21833**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            7-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**William A. Lawson**                   **Clm No 54884**    Filed In Cases: 140
Rt. 3, Box 430
Fairmont, WV 26554          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**William A. Myers**                    **Clm No 14303**    Filed In Cases: 140
550 Colburn St.
Toledo, OH 43609          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                                    1707 *of* 2981

---

**William A. Smith**
110 Laurel Street
San Diego,CA 92101

**Clm No 21992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William A. Spurlock, Estate**
531 Everest Avenue
St. Albans, WV 25177

**Clm No 54132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**William Aaron**
1050 Union Ave
Ashtabula, OH 44004

**Clm No 6914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1708 of 2981

---

**William Abel**
C/o Gail Walker
13521 County Rd 449
Dexter, MO 63841

**Clm No 65389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Abercrombie**
4504 Mulga Loop Rd
Birmingham, AL 35224

**Clm No 24694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Abron**
330 E. Auburn Dale Ave.
Youngstown, OH 44507

**Clm No 6926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1709 *of* 2981

| WILLIAM ACKERMAN | **Clm No 77076** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| William Ackerman | **Clm No 59874** | Filed In Cases: 140 | |
|---|---|---|---|
| 1087 Norton Road | Class | Claim Detail Amount | Final Allowed Amount |
| Berlin, CT 06037 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Acquaviva | **Clm No 59876** | Filed In Cases: 140 | |
|---|---|---|---|
| 6290 Bahia Del Mar Circle, Townhouse #12 | Class | Claim Detail Amount | Final Allowed Amount |
| St. Petersburg, FL 33715 | | | |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1710 of 2981

---

**WILLIAM ACQUAVIVA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77074**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Adams**
663 Darling Street
Conneaut, OH 44030

**Clm No 6962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Adams**
98 Timber Ridge
Madison, AL 35758

**Clm No 24697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1711 of 2981

---

**William Adams**
580 E. Hopocan Ave.
Barberton, OH 44203

**Clm No 6961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Adams**
C/o William E. Adams
6201 Green Acres Lane
Tuscaloosa, AL 35404

**Clm No 65421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Adams**
2925 23rd Street
Tuscaloosa, AL 35401

**Clm No 65432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1712 of 2981

---

**William Adams**
1426 W 5th Ave
Huntington, WV 25704

**Clm No 25126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Adams, Sr.**
8890 Lithopolis Road NW
Canal Winchester, OH 43110

**Clm No 6967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Akers**
601 Robin St
Bluefield, VA 24605

**Clm No 25172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1713 of 2981

---

**WILLIAM ALAN WHITTLE, PERSONAL REPRESENTATIVE FOR**

RONALD WHITTLE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80145**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Albert**

5013 South 21st Place

Phoenix, AZ 85040

**Clm No 59901**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ALBERT**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 77070**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**William Albright**
712 Hickman Drive
Ocean View, DE 19970

**Clm No 2450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Alderman**
1306 Thomas Avenue
Moundsville, WV 26041

**Clm No 7023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Alderman**
1208 Farris Mines Road
Allisonia, VA 24347

**Clm No 2452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1715 of 2981

---

**William Alexander**
5729 Southern Parkway
Louisville, KY 40214

**Clm No 25182**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Alexander**
1859 Lynn Mar Avenue
Poland, OH 44514

**Clm No 7029**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ALFRED LOBATO**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1716 of 2981

---

**William Allen**
2106 Lakefield Dr.
Huron, OH 44839

**Clm No 7056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ALLEN**
995 Irwin Rd.
Bentonia, MS 39180-4611

**Clm No 54970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Allen**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1717 of 2981

---

**WILLIAM ALLEN**
2300 AVE. E
BEAUMONT TX 77701

**Clm No 35251**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Allen**
348 Ivywood Lane
Naples, FL 34112

**Clm No 59920**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ALLEN SPRADLING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85578**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1718 of 2981

---

**WILLIAM ALLISON**
155 Mills Lane
Jackson, AL 36545

**Clm No 65530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ambot**
519 River Road
Lisbon, CT 06351

**Clm No 19816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Amerson**
4217 29th Street
Tuscaloosa, AL 35401

**Clm No 65545**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1719 of 2981

---

**WILLIAM ANDERSON**
7519 Tara Dr N
Mobile, AL 36619

**Clm No 54992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Anderson**
12 Dickens Dr
Marysville, PA 17053

**Clm No 25217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ANDRE JAMES O'NEIL, PERSONAL REPRESENTATIVE FOR**
WAYNE JOHNSON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1720 of 2981

---

**William Andrews**
PO Box 571
Barnesville, GA 30204

**Clm No 51699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Apperwhite**
53 Rockwell Street
Boston, MA 02124-

**Clm No 59972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM APPERWHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1721 of 2981

---

**William Archer**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Armstrong**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 7183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Aro**
c/o Pam Goodrich
2816 NE 37th Court
Ft. Lauderdale, FL 33308

**Clm No 2522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1722 of 2981

---

**William Ash**
5580 Indian River
Virginia Beach, VA 23464

**Clm No 2530**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM AUBIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76334**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM AUGUSTUS TRACY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82522**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**William Aultman**
2061 Amethyst Dr
Longmont, CO 80116

**Clm No 65671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Austin**
865 Scott Street
Wilkes-Barre, PA 18705-3629

**Clm No 60011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Austin**
4102 Maple Drive
Richfield, OH 44286

**Clm No 7240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

**WILLIAM AUSTIN STEINEBACH**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**William Avery**
2805 Sagamore Road
Toledo, OH 43606

**Clm No 7248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Avery**
1812 13th Way SW
Birmingham, AL 35211-4417

**Clm No 65692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1725 of 2981

---

**William B Alley**
6156 Sheed Rd.
Cincinnati, OH 45247

**Clm No 7059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William B Ekis**
1208 Green Cay Avenue
Atlantic Beach, FL  32233

**Clm No 32484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William B Marks**
9709 Harrison Road
Wakeman, OH 44889

**Clm No 13370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1726 of 2981

---

**William B Spurlock, Estate**
126 Laramie Lane
Hernshaw, WV 25107

**Clm No 53608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William B. Bullman**
507 Cherry Street
St. Mary's, WV 26170

**Clm No 54095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William B. Hinter, Sr., Estate**
Rt. 2, Box 177
Weston, WV 26452

**Clm No 54816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1727 of 2981

| | | | |
|---|---|---|---|
| **William B. Huffman** | **Clm No 11778** | Filed In Cases: 140 | |
| 622 Bell Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Elyria, OH 44035 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **William B. Leet** | **Clm No 966** | Filed In Cases: 140 | |
| 2364 State Route 5 | Class | Claim Detail Amount | Final Allowed Amount |
| Chittenango, NY 13037-8766 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **William B. Levert** | **Clm No 78646** | Filed In Cases: 140 | |
| c/o Keahey Law Office | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: G. Patterson Keahey | UNS | Unknown | |
| One Independence Plaza, Suite 612 | | | |
| Birmingham, AL 35209 | | | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                          1728 of 2981

---

**William B. Macaulay**                    **Clm No 1653**      Filed In Cases: 140
20 Pinewood Dr.
Carolina Shores, NC 28467              Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William B. Rowe, Estate**                **Clm No 54604**     Filed In Cases: 140
RR 2, Box 209 A
Cottageville, WV 25239                 Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William B. Stotler**                     **Clm No 54142**     Filed In Cases: 140
553 Carter Street
Fairmont, WV 26554                     Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1729 *of* 2981

---

**WILLIAM B. THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Baer**
6481 Aylesworth Road
Parma Hts, OH 44130

**Clm No 7275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BAILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1730 of 2981

---

**William Bailey**
305 12th St
Glen Dale, WV 26038

**Clm No 25295**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bailey**
2833 Colonial Drive
Suffolk, VA 23435.

**Clm No 2570**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bailey**
572 Ashton Ave
Franklin, VA 23851

**Clm No 2571**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**William Bainbridge**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65734**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BAIR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77146**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Bair**
2139 Inner Circle
Munster, IN 46321

**Clm No 60034**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1732 of 2981

---

**WILLIAM BAKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Baker**
1102 Shoal Creek Trail
Chesapeake, VA 23320

**Clm No 33745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Baker**
12167 St. Augustine Road
Jacksonville, FL 32258

**Clm No 60045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1733 of 2981

---

**William Baker**
717 East Judson Avenue
Youngstown, OH 44502

**Clm No 7314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Baker**
c/o Nola Boxley
19641 Marion Drive West
Mt. Vernon, AL 36560

**Clm No 65741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Balderson**
P.O. Box 463
Aylett, VA 23009

**Clm No 2588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1734 of 2981

---

**William Ball**
137 Cromwell Drive
Geneva, OH 44041

**Clm No 7347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIAM BALLARD**
5612 JEFFERSON ROAD
NORTH BRANCH, MI 48461

**Clm No 213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Balthazor**
1193 Edgewater Cir
Brabenton, FL 34209

**Clm No 23988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1735 of 2981

---

**William Balzarini**
9068 Covina Drive N, Unit 5401
Naples, FL 34113

**Clm No 22602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Banks**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BANKSTON**
2410 Dr. Anderson Road
Centreville, MS 39631

**Clm No 55070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1736 of 2981

---

**William Bantel**
124 Shore Court, Unit #103
N. Palm Beach, FL 33408

**Clm No 60063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM BANTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM BARBER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1737 of 2981

---

**William Barber**
4047 SE 25th Drive
Okeechobee, FL 34974

**Clm No 60066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Barbour**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BARNETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76412**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1738 of 2981

---

**William Barnett**
Post Office Box 104
1608 Delusser Street

**Clm No 65800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Barnett**
13818 Burks Pkwy
Northport, AL 35475-3461

**Clm No 60091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM BARNHART**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1739 of 2981

---

**William Barrett**
17453 Black Creek Road
Zuni, VA 23898

**Clm No 2630**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BARRON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77652**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Barron**
1249 South Ferdon Boulevard
Crestview, FL 32536-0000

**Clm No 60098**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1740 of 2981

---

**William Barron**
110 Laurel Street
San Diego, CA 92101

**Clm No 21569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Barth**
1866 Wick-Campbell Road
Hubbard, OH 44425

**Clm No 7444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Barton**
PO Box 12
Reform, AL 35481

**Clm No 65827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**William Bartz**
RD 1 Box 376
Wellsburg, WV 26070

**Clm No 25366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Basnight**
113 West Taylor Avenue
Hampton, VA 23663

**Clm No 2647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bateman**
2201 W 16th Ave
Pine Bluff, AR 71603

**Clm No 47400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1742 of 2981

---

**William Bauer**
1518 20th Ave
Elk Mound, WI 54739

**Clm No 60125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BAUER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Baugh**
2516 Woodmere Drive
Birmingham, AL 35226

**Clm No 65850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1743 of 2981

**William Bauman**
204 Brentwood Ave.
Piqua, OH 45356

**Clm No 7476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Baxter**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Beall**
1234 Patapsco St. Apt. 6
Baltimore, MD 21230

**Clm No 2677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1744 of 2981

---

**William Bean**
11429 South Fairfield Avenue
Chicago, IL 60655-1906

**Clm No 60138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BEAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Beard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1745 of 2981

---

**William Bearden**
C/o Thomas Michael Hobson, Attorney
P.o. Box 550
Centreville, AL 35042

**Clm No 65870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Beasley**
2136 W. Minnehaha Street
Tampa, FL 33064

**Clm No 60146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Beasley**
802 Washington Avenue
La Harpe, KS 66751

**Clm No 22621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

**WILLIAM BEASLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**WILLIAM BEAVERS**
19791 OLD HOMESTEAD
HARPER WOODS, MI 48225

**Clm No 223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Beck**
2922 SW Skyline Street
Port St Lucie, FL 34953

**Clm No 7515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1747 of 2981

| William Beebee | **Clm No 60161** | Filed In Cases: 140 | |
|---|---|---|---|
| 2700 NW 99th Avenue, Apt. 611B | Class | Claim Detail Amount | Final Allowed Amount |
| Coral Springs, FL 33065 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILLIAM BEEBEE** | **Clm No 77453** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **WILLIAM BEEMAN** | **Clm No 77903** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1748 of 2981

---

**William Beeman**
315 Gipple Street
Bloomsburg, PA 17815

**Clm No 60163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BEINHAUER**
525 RiverLeigh Ave Unit 150
RiverHead, NV 11901-3620

**Clm No 55128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Belcher**
C/o Beverly B. Virdell
3452 Springvalley Road
Decatur, GA 30032

**Clm No 65900**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1749 *of* 2981

---

**William Bellemare**
PO Box 1333
Pawcatucka, CT 06379

**Clm No 60184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Bennett**
3165 Dee St.
Slidell, LA 70458

**Clm No 18623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BENNETT**
4029 HIRAM LITHIA SPRINGS ROAD
POWDER SPRINGS GA 30127

**Clm No 35590**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**William Bennett**
510 Shenandoah Street
Portsmouth, VA 23707

**Clm No 2723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bennett**
10589 North Blacktail Avenue
Boise, ID 83714

**Clm No 22632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bennett**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1751 of 2981

---

**William Bentley Jr.**
4951 Toledo Avenue
Lorain, OH 44055

**Clm No 7601**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM BENTON**
7563 CUMBERLAND GAP RD
NEW CASTLE VA 24127

**Clm No 35607**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM BERNARD HARRIS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34607**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1752 of 2981

---

**WILLIAM BERNARD HUNTER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WILLIAM BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**William Berry**
117 Cherry Street
Geneva, NY 14456

**Clm No 60229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1753 of 2981

---

**William Berry**
2173 Fringe Tree Trail
The Villages, FL 32162

**Clm No 2738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM BERRY**
1419 DUPAS ST.
GRETNA LA 70053

**Clm No 35621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1754 of 2981

---

**WILLIAM BERRY JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**WILLIAM BERRY SR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**William Bertrand**
C/o Pearlie Mae Bertrand
P.o. Box 2641
Tuscaloosa, AL 35043

**Clm No 65953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1755 of 2981

---

**William Best**
2512 Little John Ct
Savannah, GA 31406

**Clm No 47722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bethune**
c/o Michael Bethune
1602 Hillcreek Drive
Garland,, TX 75043

**Clm No 65958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bigrigg**
7864 Pyle S. Amherst Road
Amherst, OH 44001

**Clm No 7667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1756 of 2981

---

**William Billings**
P.O. Box 411
Greensboro, OH 36744

**Clm No 7673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William Billings**
6 Parkland Dr
Mountain Top, PA 18707

**Clm No 25463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM BILLY" W." OVERBY**
14098 FAYARD OVERBY ROAD
BILOXI, MS 39532-

**Clm No 21129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1757 of 2981

---

**William Birish**
7211 Warrens Way
Wanaque, NJ 07465

**Clm No 1763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bishop**
343 Shipley Road
Church Hill, TN 37642

**Clm No 24731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bishop**
47 Bishop Lane
Ridgeley, WV 26753

**Clm No 25477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1758 of 2981

---

**WILLIAM BISPING**
169 Bucks Dr.
Ellisville, MS 39440-3707

**Clm No 55170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bitter**
5510 Timbertop Court
Cincinnati, OH 45238

**Clm No 7692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BLACK**
301 Lincoln
Deer Park, TX 77536

**Clm No 66011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           Visit us on the Web at www.omnimgt.com           PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1759 of 2981

---

**William Black**
4477 Warwick Dr., S
Canfield, OH 44406

**Clm No 7700**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**William Black**
1217 Rardin St
Lesage, WV 25537

**Clm No 25489**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**William Blackburn**
705 South Abbe Road
Elyria, OH 44035

**Clm No 7710**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1760 of 2981

---

**William Blackmon**
1179 Bender Ave.
E. Cleveland, OH 44112

**Clm No 7713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Blackshear**
110 Laurel Street
San Diego,CA 92101

**Clm No 21583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Blake**
333 Gamari Road
Greenville, MS 38701

**Clm No 48368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1761 of 2981

---

**William Blake**
728 West Bear Swamp Road
Hertford, NC 27944

**Clm No 2780**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BLAKELY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74248**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Blakely**
578 BROADWAY APT 715
Gary, IN 46402

**Clm No 60273**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1762 of 2981

---

**William Blaney**
P.O. Box 155
Orangeville, OH 44453

**Clm No 7740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**WILLIAM BLANK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**William Blank**
125 Shust Road
Greenfield Township, PA 18407

**Clm No 60279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1763 of 2981

---

**WILLIAM BLAYLOCK**
16468 Hwy 19 south
Kosciusko, MS 39111-3098

**Clm No 55194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Bledsoe**
3330 East Waterloo Rd.
Akron, OH 44312

**Clm No 7756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**William Bloom**
1265 Lynne Avenue
Bucyrus, OH 44820

**Clm No 24735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            5-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1764 of 2981

---

**William Blouch**
115 Saybrooke Ct.
Newport News, VA 23606

**Clm No 33773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Blount**
P. O. Box 791430
New Orleans, LA 70179

**Clm No 18638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Blount**
c/o Betty Blount
9331 Linda Vista Road
Houston, TX 77078

**Clm No 66066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1765 of 2981

---

**WILLIAM BLUNDELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Boatright**
1920 East 42nd Street
Lorain, OH 44055

**Clm No 7780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BOBBITT**
2578 61ST STREET
PORT ARTHUR TX 77640

**Clm No 35727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1766 of 2981

---

**William Bogan**
PO Box 274
Raleigh, MS 39153

**Clm No 51597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Boggs**
1605 Maryland Ave.
Lorain, OH 44052

**Clm No 7807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bolyard**
12604 Butler Road
Wakeman, OH 44889

**Clm No 7831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1767 of 2981

---

**William Bond**
1580 Highway 1
Bessemer, AL 35022

**Clm No 24737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        5-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Bonds**
1099 W River Rd N
Elyria, OH 44035

**Clm No 7842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**William Bonds**
2904 Ridgeland Drive
Jackson, MS 39212

**Clm No 43819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1768 of 2981

---

**William Booth**
63051 Hummingbird
Mandeville, LA 70448

**Clm No 18644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Booth**
c/o Mrs. Leva Booth
1250 Pecan Circle
Canyon Lake, TX 78133

**Clm No 66121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Borden**
134 Crystal Lake Road
Wickliffe, KY 42087

**Clm No 22664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1769 of 2981

**William Borden, Jr.**
444 Forest Drive
Springfield, OH 45505

**Clm No 7866**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**William Borofsky**
455 Barrack Hill Road
Ridgefield, CT 06877

**Clm No 60344**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**WILLIAM BOROFSKY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73935**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1770 of 2981

---

**William Bors, Jr.**
529 Guilford Road
Vermilion, OH 44089

**Clm No 7877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BOSARGE**
7333 CYPRESS AVE.
DAPHNE AL 36526

**Clm No 35789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bostic**
6471 Ozias Road East
Lewisburg, OH 45338

**Clm No 7881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

**WILLIAM BOTHWICK, JR.**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Bothwick, Jr.**
504 River Road , Apt #3B
Manchester, NH 03104

**Clm No 60352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Boudreaux**
410 Jean Lafitte Blvd.
Lafitte, LA 70067

**Clm No 18656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1772 of 2981

---

**WILLIAM BOURQUE**
3425 DURWOOD
BEAUMONT TX 77706

**Clm No 35821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BOWEN, SR.**
126 Daniel Bowen
Mendenhall, MS 39114

**Clm No 55236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bowmer**
5704 Norde Drive West
Jacksonville, FL 32244

**Clm No 60367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1773 of 2981

---

**William Boyd**
C/o Daniel R. Boyd
11664 Chigger Ridge Rd.
Brookwood, AL 35444

**Clm No 66157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Boyle**
515 Lasalle Street
Rainbow City, AL 35906

**Clm No 66166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Boyles**
P.O. Box 105
Avon, MS 38723

**Clm No 50923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

| William Brabston | **Clm No 49460** | Filed In Cases: 140 | |
|---|---|---|---|
| 549 Harper Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Benton, MS 39039 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM BRACKEEN | **Clm No 55249** | Filed In Cases: 140 | |
|---|---|---|---|
| 11361 Hwy 503 | Class | Claim Detail Amount | Final Allowed Amount |
| Hickory, MS 39332 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM BRACKETT | **Clm No 83865** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1775 of 2981

---

**WILLIAM BRACKNELL**
28 Hollis Rd.
Rayville, LA 71269

**Clm No 66172**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bradfield**
123 Montgomery Street
Elkhart, TX 75839

**Clm No 22675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bradford**
C/o Jerry W. Bradford
807 North Hills Drive
Opelika, AL 36801

**Clm No 66175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**William Bradley**
1565 Sodom Hutchings
Vienna, OH 44473

**Clm No 7956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bradley**
161 Bradley Dr
Brunswick, GA 31523

**Clm No 46644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bragg**
5 County Road 425
Corinth, MS 38834

**Clm No 43831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1777 of 2981

---

**William Brancho**
257 Meadowbrook
Youngstown, OH 44512

**Clm No 7970**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brasher**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66204**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Braver**
310 North Airport Road
New Smyrna Beach, FL 32168

**Clm No 60404**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### Claims Details

1778 of 2981

---

**WILLIAM BRAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Braxton**
219 Moss Stone Lane
Calera, AL 35040

**Clm No 24746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Breternitz**
418 W Sandhurst Drive
Valparaiso, IN 46385

**Clm No 24039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1779 of 2981

---

**William Brewer**
1613 Lillian St.
Leakesville, MS 39451

**Clm No 46659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brewer**
630 Terrace Circle
Sistersville, WV 26175

**Clm No 25627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BRICKER**
3675 CR 3073
KIRBYVILLE TX 75956

**Clm No 35899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1780 of 2981

---

**William Briggs**
431 Acorn Hill Rd.
Sunbury, NC 27979

**Clm No 2904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Britt**
1174 Periwinkle Drive
Tuscaloosa, AL 35404

**Clm No 66239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Broadus**
3918 Newman Road #2
Mobile, AL 36695

**Clm No 59144**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1781 of 2981

---

**WILLIAM BRODERICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Broderick**
1041 Forest Hills Lane
Calumet City, IL 60409

**Clm No 60445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brookman**
1079 Pecan Grove Place
Lawrenceville, GA 30045-5517

**Clm No 60450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1782 of 2981

---

**William Brookshire**
2944 West 11th Avenue
Gary, IN 46404

**Clm No 60455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BROOKSHIRE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Brosius**
2858 West 30th Street
Erie, PA 16506

**Clm No 8064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1783 of 2981

---

**WILLIAM BROUGHTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Broughton**
269 Great Swamp Road
Glastonbury, CT 06033

**Clm No 60456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
955 Matthew Rd
Tennille, GA 31089

**Clm No 50592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1784 of 2981

---

**William Brown**
5808 Ridgeview Blvd.
N. Ridgeville, OH 44039

**Clm No 8129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 23-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Brown**
12501 Yel Dell Rd
Bastrop, LA 71220

**Clm No 46028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Brown**
7100 Ulmerton Road Lot 630
Largo, FL 33771

**Clm No 2993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1785 of 2981

---

**William Brown**
PO Box 426
Logan, OH 43138

**Clm No 25695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
2431 West Elm St.
Lima, OH 45805

**Clm No 8084**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
1879 S. Meridian Road
Youngstown, OH 44511

**Clm No 8131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1786 of 2981

---

**WILLIAM BROWN**
2890 SelfCreek Road
Starkville, MS 39759

**Clm No 55347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BROWN**
149 MARSHALL ROAD
EDDYVILLE KY 42038

**Clm No 35991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
977 Pinehill Rd.
Dublin, GA 31021

**Clm No 50624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1787 of 2981

---

**WILLIAM BROWN**
18937 WOODSIDE STREET
HARPER WOODS, MI 48225

**Clm No 270**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
524 23rd Street NW
Massillon, OH 44647

**Clm No 8130**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
810 N. 61St Avenue
Pensacola, FL 32506

**Clm No 66306**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1788 of 2981

---

**William Brown**
613 Slim Street
Indianola, MS 38751

**Clm No 43867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BROWN**
50262 Sipsey Trail
Greenwood Springs, MS 38848

**Clm No 55349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
P.O. Box #832
Portsmouth, VA 23705

**Clm No 2992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1789 of 2981

---

**William Brown**
3711 Horsebend Lane
Northport, AL 35473

**Clm No 66319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
637 Southwood Avenue
Columbus, OH 43207

**Clm No 8085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Brown**
PO Box 1289
Hardwick, GA 31034

**Clm No 51490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1790 of 2981

---

**William Brown**
67251 Pineview Dr
Belmont, OH 43718

**Clm No 25694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BRUMFIELD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Bryant**
13809 La Hwy 10
Saint Francisville, LA 70775

**Clm No 18698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1791 of 2981

| **William Bryant** | | **Clm No 25713** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 427 Leffler Dr | | Class | Claim Detail Amount | Final Allowed Amount |
| Indianapolis, IN 46231 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Bryant** | | **Clm No 66348** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Bryson** | | **Clm No 8185** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1204 River Glen Dr. NE | | Class | Claim Detail Amount | Final Allowed Amount |
| Warren, OH 44484 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1792 of 2981

---

**William Buchanan**
91305 Kilgore Road
Scio, OH 43988

**Clm No 8186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BUCK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84032**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM BUCKNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76144**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1793 of 2981

---

**William Buckner**
14589 Rialto Avenue
Brooksville, FL 34613

**Clm No 60521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM BUIE, SR.**
512 Hilcrest
McComb, MS 39648

**Clm No 55378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Bullard**
7 County Road 303
Corinth, MS 38834

**Clm No 43887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1794 of 2981

---

**William Bulles**
15517 Carrollton Blvd.
Carrollton, VA 23314

**Clm No 33802**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bunn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66394**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Burcham**
20 County Road 373
Glen, MS 38846

**Clm No 60540**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1795 of 2981

---

**WILLIAM BURCHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Burchfield**
7233 Pineview Lane
Mccalla, AL 35111

**Clm No 66408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Burgdorf**
12339 Quarry Rd.
Oberlin, OH 44074

**Clm No 8227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                   1796 of 2981

---

**William Burge**                          **Clm No 8228**      Filed In Cases: 140
725 Kentner Street
Defiance, OH 43512              Class              Claim Detail Amount        Final Allowed Amount

                                               UNS                   $1.00
                                                                     $1.00

Date Filed               23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**William Burger**                         **Clm No 8230**      Filed In Cases: 140
816 Knox Avenue NW
Warren, OH 44483               Class              Claim Detail Amount        Final Allowed Amount

                                               UNS                   $1.00
                                                                     $1.00

Date Filed               23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**WILLIAM BURIE SANDERSON JR.**            **Clm No 85908**     Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            Class              Claim Detail Amount        Final Allowed Amount
JACKSON, MS 39201
                                               UNS                   $1.00
                                                                     $1.00

Date Filed               24-Mar-2017
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1797 of 2981

---

**William Burke**
156 Olde Chester Turnpike
Chester, NH 03036-

**Clm No 60547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BURKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Burkett**
3200 Coody Road
Trussville, AL 35173

**Clm No 22712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1798 of 2981

---

**William Burkhardt**
4037 West 8th Street
Cincinnati, OH 45205

**Clm No 8246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Burks**
c/o Theresa Elkourie
529 Hill Park Drive
Gardendale, AL 35071

**Clm No 66429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Burks**
C/o Robin Allen
8601 9th Court Circle South
Birmingham, AL 35206

**Clm No 66430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1799 of 2981

| **WILLIAM BURNETT** | **Clm No 84031** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | | | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| **William Burnside** | **Clm No 60552** | Filed In Cases: 140 | |
|---|---|---|---|
| 210 S. Tyler Street | Class | Claim Detail Amount | Final Allowed Amount |
| Beverly Hills, FL 34465- | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Burrell** | **Clm No 21611** | Filed In Cases: 140 | |
|---|---|---|---|
| 110 Laurel Street | Class | Claim Detail Amount | Final Allowed Amount |
| San Diego,CA 92101 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 7-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1800 of 2981

---

**William Burris**
501 Gaskin Circle
Virginia Beach, VA 23464

**Clm No 33811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM BURTON**
ROUTE 2 BOX 331
BLAND VA 24315

**Clm No 36125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bush**
9382 Tradewinds Avenue
Seminole, FL 33776

**Clm No 60564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1801 of 2981

**WILLIAM BUSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**William Busson**
444 Gates St.
Doylestown, OH 44230

**Clm No 8297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Butler**
158 Meriweather Circle NW
Milledgeville, GA 31061

**Clm No 46592**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1802 of 2981

---

**William Butts**
3518 Pomroy Ave.
Norfolk, VA 23509

**Clm No 3069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Byerly**
311 Stewart Avenue NW
Massillon, OH 44646

**Clm No 8316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Byrd**
1431 Fourth Dr Apt 1204
Warren, OH 44485

**Clm No 8319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    1803 of 2981

---

**WILLIAM BYRD**                          **Clm No 36152**    Filed In Cases: 140
15707 PIPERS VIEW DRIVE
WEBSTER TX 77598                          Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**William Byrnes**                        **Clm No 60580**    Filed In Cases: 140
C/o Gloria Rowe
814 West 130th Ave                        Class          Claim Detail Amount      Final Allowed Amount
Tampa, FL 33612-0000
                                         UNS                    $1.00
                                                                $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**WILLIAM BYRNES**                        **Clm No 76615**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                 Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1804 of 2981

---

**WILLIAM BYRON FAULKNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Byrum**
204 Locust Place
Williamsburg, VA 23188

**Clm No 33818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Byrum**
P.O. Box 61
Sunbury, NC 27979

**Clm No 3078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1805 of 2981

---

**WILLIAM C BELL**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM C JAMES**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William C Robinson**
3286 Senseney Circle N
Clarksville, TN  37042

**Clm No 33000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1806 of 2981

---

**William C. Cundiff, Estate**
P.O. Box 735
Syracuse OH 45779

**Clm No 54486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William C. Duke**
80 Garvins Lane
Wheeling, WV 26003

**Clm No 54225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William C. Nettles**
306 Cheadle Loop Road
Seaford,  VA 23696

**Clm No 5297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1807 of 2981

---

**William C. Nettles**
306 Cheadle Loop Road
Seaford,  VA 23696

**Clm No 5296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**William C. Sales, Jr.**
535 E. Buckingham Rd., Apt. 5104
Richardson, TX 75081

**Clm No 15819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William C. Wood**
334 E. Mountain Rd. North
Cold Spring, NY 10516

**Clm No 1388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1808 of 2981

---

**WILLIAM CADE**
12123 Hwy. 61 North
Port Gibson, MS 39150

**Clm No 55437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Caffee**
12015 Daffodil Lane
Mc Calla, AL 35111

**Clm No 59167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Caffrey**
c/o Thornton Law Firm
Attn: Garrett J. Bradley
100 Summer Street, 30th Floor
Boston, MA 02110

**Clm No 73573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 15-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1809 of 2981

| WILLIAM CALDERONE | | | |
|---|---|---|---|
| C/O O'SHEA & REYES, LLC | **Clm No 83859** | Filed In Cases: 140 | |
| ATTN: DANIEL F. O'SHEA | Class | Claim Detail Amount | Final Allowed Amount |
| 5599 SOUTH UNIVERSITY DR, STE 202 | UNS | $10,000.00 | |
| DAVIE, FL 33328 | | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| WILLIAM CALDWELL | | | |
|---|---|---|---|
| 2159 Main Street | **Clm No 66540** | Filed In Cases: 140 | |
| Birmingham, AL 35210 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM CALLIER | | | |
|---|---|---|---|
| 1856 LASALLE ST. | **Clm No 36186** | Filed In Cases: 140 | |
| MOBILE AL 36606 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                              1810 of 2981

---

**William Camarillo**                    **Clm No 8364**    Filed In Cases: 140
5526 Waterford Cr., Bldg 16
Sheffield Village, OH 44035               Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**William Camblin**                      **Clm No 52064**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                    Class         Claim Detail Amount    Final Allowed Amount
Novato, CA 94948
                                         UNS                $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**William Campanale**                    **Clm No 2003**    Filed In Cases: 140
1157 Grafton Street
Worcester, MA 01604                      Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1811 of 2981

---

**William Campbell**
35949 Bettencourt Street
Newark, CA 94560

**Clm No 24063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Campbell**
4409 Sherer Ave. SW
Canton, OH 44706

**Clm No 8391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CAMPBELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1812 of 2981

---

**WILLIAM CAMPBELL**
C/O HENRY H. CADDELL, ESQ.
1911 GOVERNMENT ST.
MOBILE, AL 36606-

**Clm No 20662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CAMPBELL**
427 Fairview Avenue
Greenville, MS 38701

**Clm No 55454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CANE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1813 of 2981

---

**William Cane**
1700 SE 2nd Street, Apt. W
Pompano Beach, FL 33060

**Clm No 60613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Carender**
11531 Farmers Trail
Conroe, TX 77306

**Clm No 66616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Carey**
613 Myrtel Avenue
Punxsutawney, PA 15767

**Clm No 22742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1814 of 2981

---

**William Carl Miller**
30 Conifrer Drive
Branford, CT 06405

**Clm No 20444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Carlton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Carmichael**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1815 of 2981

---

**William Carnes**
3136 13th Street NW
Canton, OH 44708

**Clm No 8456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Carpenter**
320 BODIE CARPENTER RD
Millry, AL 36558

**Clm No 66641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Carr**
18 Beverly Heights
Tuscaloosa, AL 35404

**Clm No 66646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1816 of 2981

---

**WILLIAM CARRUTHERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77021**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Carruthers, IS**
2882 Canyon Drive
Jackson, WI 53037

**Clm No 60657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Carson**
4000 Belle Terre Court
Oceans Springs, 39564-1419

**Clm No 3130**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1817 of 2981

**William Carter**
6717 West Glendale Avenue
Glendale, AZ 85303

**Clm No 60669**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    8-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**WILLIAM CARTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76519**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed    20-Mar-2017
Bar Date
Claim Face Value

---

**William Carter**
205 Catalpa Court
Suffolk, VA 23435

**Clm No 3140**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1818 of 2981

---

**WILLIAM CARTER**
4775 CORNELL DRIVE
BEAUMONT TX 77705

**Clm No 36286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Carter, Jr.**
35 Caswell Court
Douglas, MA 01516

**Clm No 2012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Casey**
100 Cable Avenue
Salisbury, MA 01952

**Clm No 60679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1819 of 2981

---

**WILLIAM CASEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CASIMIR**
3222 GRANITE LAKE DR
MISSOURI CITY TX 77459

**Clm No 36297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CASLER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1820 of 2981

---

**William Casperson**
5 Midfield Rd
New Castle, PA 19720

**Clm No 25872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cassity**
203 Beaumont St.
Hamburg, AR 71646

**Clm No 47171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Caudill**
3835 Sunbid Circle
Sebring, FL 33872

**Clm No 25888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                1821 of 2981

---

**William Caudill**                    **Clm No 25889**    Filed In Cases: 140
625 Pin Oak Drive
Ashland, KY 41102                      Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**William Cecil**                      **Clm No 25898**    Filed In Cases: 140
1616 2nd St
Moundsville, WV 26041                  Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**William Centers**                    **Clm No 66715**    Filed In Cases: 140
4913 Ivy
Pasadena, TX 77505                     Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1822 of 2981

---

**William Chalfant**
2357 Plank Road
Stewartstown, PA 17363

**Clm No 3168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Chambers**
2823 Brookview Blvd
Parma, OH 44134

**Clm No 8586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Chambers**
202 Lakeport Rd
Milledgeville, GA 31061

**Clm No 47158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1823 of 2981

| | | | |
|---|---|---|---|
| **William Chambley** | | **Clm No 46358** | Filed In Cases: 140 |
| 1420 Julia Jordan Rd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Roberta, GA 31078 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed 8-Dec-2016
Bar Date
Claim Face Value $1.00

| | | | |
|---|---|---|---|
| **WILLIAM CHAMPION ANDREWS** | | **Clm No 82603** | Filed In Cases: 140 |
| C/O BRAYTON PURCELL, LLP | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | | |
| NOVATO, CA 94928-6169 | | | | |

Date Filed 23-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **William Chapman** | | **Clm No 60716** | Filed In Cases: 140 |
| 1299 Neipsic Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Glastonbury, CT 06033 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed 8-Dec-2016
Bar Date
Claim Face Value $1.00

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1824 of 2981

---

**WILLIAM CHAPMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**William Charles**
302 Northampton Drive
Hampton, VA 23666

**Clm No 3183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Charles**
9191 Garrison Dr Apt 305 C
Indiananpolis, IN 46040

**Clm No 25928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1825 of 2981

---

**WILLIAM CHARLES BOLLS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Charron**
59 Pinedale Street
Manchester, NH 03102

**Clm No 60721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CHARRON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1826 of 2981

---

**William Cheatwood**
139 Leigh-Ann Drive
Anniston, AL 36201

**Clm No 66773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Chenevert**
142 Dover Point Road
Dover, NH 03820

**Clm No 60730**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CHENEVERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1827 of 2981

---

**WILLIAM CHENEY**
c/o Darel E. Cheney
13124 Massey Road
Conroe, TX 77306

**Clm No 66777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cherry**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Childs**
5006 Hwy 20
Covington, GA 30016

**Clm No 49236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1828 of 2981

---

**William Chipgus**
8920 Starlight Dr.
Macedonia, OH 44056

**Clm No 8649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Chism**
c/o Angela M. Chism
P.O. Box 71754
Tuscaloosa, AL 35407

**Clm No 66790**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Christy**
1171 Barkeyville Road
Grove City, PA 16127

**Clm No 8683**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1829 of 2981

| | | |
|---|---|---|
| **William Christy** | **Clm No 25952** | Filed In Cases: 140 |
| 324 3rd St | Class | Claim Detail Amount | Final Allowed Amount |
| Worthington, KY 41183 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **William Citrone** | **Clm No 52105** | Filed In Cases: 140 |
| c/o Brayton Purcell | Class | Claim Detail Amount | Final Allowed Amount |
| 222 Rush Landing Road | UNS | $1.00 | |
| Novato, CA 94948 | | $1.00 | |

| | | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **WILLIAM CLARDY** | **Clm No 55544** | Filed In Cases: 140 |
| 2628 SanLorenzo | Class | Claim Detail Amount | Final Allowed Amount |
| Gautier, MS 39553 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**  **Visit us on the Web at www.omnimgt.com**  **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**  **E-mail: claimsmanager@omnimgt.com**  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1830 of 2981

---

**William Clark**
C/o Janice M. Johnson
2716 Coldwater Canyon Drive
Tucker, GA 30084

**Clm No 66823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Clark**
3212 Bent Oak Trail
Ravenna, OH 44266

**Clm No 8720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Clark**
1110 Kingsway Dr APT #2
Lorain, OH 44053

**Clm No 8735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    1831 of 2981

---

**William Clark**                          **Clm No 60788**    Filed In Cases: 140
6730 West Villa Theresa
Glendale, AZ 85308

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Clark**                          **Clm No 66819**    Filed In Cases: 140
C/o Mrs. Judy Clark
3310 Crescent Drive
Hueytown, AL 35023

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM CLARK**                          **Clm No 55560**    Filed In Cases: 140
4170 Hwy. 63 N
Lucedale, MS 39452

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1832 of 2981

---

**William Clark**
83 Luther Hill Road
Ellisville, MS 39437

**Clm No 50328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM CLARK**
1816 DIVISION STREET
SAGINAW MI 48602

**Clm No 36467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1833 of 2981

**WILLIAM CLARK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**William Clarke**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66836**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Claude Smith**
110 Laurel Street
San Diego,CA 92101

**Clm No 21994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1834 of 2981

**William Clawson**
525 Taylor Avenue
Akron, OH 44312

**Clm No 8742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |


**WILLIAM CLAXTON**
4242 Rue Biscay #3B
Indianapolis, IN 46226

**Clm No 55564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**William Clements**
4689 Shoulders Hill Road
Suffolk, VA 23435

**Clm No 3230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1835 of 2981

---

**William Clemons**
1798 Willis Rd.
Barnesville, GA 30204

**Clm No 46873**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CLIFTON RAGLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85421**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CLIFTON WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87307**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                        1836 of 2981

---

**WILLIAM CLINK**                           **Clm No 77242**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                             UNS              Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**William Clink**                           **Clm No 60806**    Filed In Cases: 140
6476 Big Creek Pkwy
Parma Hts., OH 44130            Class          Claim Detail Amount      Final Allowed Amount

                                            UNS              $1.00

                                                             $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM CLINTON CULPEPPER**               **Clm No 86162**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.            Class          Claim Detail Amount      Final Allowed Amount
JACKSON, MS 39201
                                            UNS              $1.00

                                                             $1.00

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1837 of 2981

---

**William Cloyd Smith**
110 Laurel Street
San Diego, CA 92101

**Clm No 21993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cluff**
110 Laurel Street
San Diego, CA 92101

**Clm No 21648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CLYDE BONNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1838 of 2981

---

**William Clymer**
c/o Misty Johnston
10634 Country Squire Blvd.
Baytown, TX 77523

**Clm No 66857**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Coates**
3649 Mt Union Rd
Huntington, WV 25701

**Clm No 26010**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cobb**
C/o Patricia Rodgers
500 Highland Woods Dr. E
Mobile, AL 36608-3311

**Clm No 66863**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1839 of 2981

---

**William Cochran**
C/o Linda M. Bratton
3316 Berry Drive
Hueytown, AL 35023

**Clm No 66870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cochran**
9875 Vermilion Rd.
Amherst, OH 44001

**Clm No 8786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cochran**
c/o Luann C. Bland
103 Danubina Street
Baytown, TX 77520-5835

**Clm No 66869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1840 of 2981

---

**William Cockrell**
2880 U.S. Hwy 63
Rison, AR 71665

**Clm No 47981**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Coffman**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 8806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM COHENOUR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1841 of 2981

---

**William Cohenour**
Jody Kendall
3268 Tess Avenue
Salt Lake City, UT 84119-2633

**Clm No 60829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM COKER**
4208 BURTON LN.
NORTHPORT AL 37203

**Clm No 36515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cole**
204 Bellair Dr
Houma, LA 70364

**Clm No 43957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1842 of 2981

---

**William Coleman**
c/o Gloria Cooley
PO Box 4105
Laurel, MS 39441

**Clm No 50712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM COLEMAN GARNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Coles**
972 Hobart
Gary, IN 46406

**Clm No 60839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1843 of 2981

---

**WILLIAM COLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM COLLAZO**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**William Collier**
c/o Nancy Jo Collier
22421 Bucksville Road
McCalla, AL 35111

**Clm No 66933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1844 of 2981

---

**William Collins**
562 Big Bear Highway
Benton, KY 42025

**Clm No 60851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**WILLIAM COLLINS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed         22-Mar-2017
Bar Date
Claim Face Value         $10,000.00

---

**William Collins**
704 N. 29th St.
Baton Rouge, LA 70802

**Clm No 18768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1845 of 2981

---

**WILLIAM COLLINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM COLLINS**
607 Piermont
Jackson, MS 39206

**Clm No 55601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Collins**
440 Hamilton Avenue
Lorain, OH 44052

**Clm No 8872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1846 of 2981

---

**William Connelly**
14534 Old Court House Way, Apt. C204
Newport News, VA 23608

**Clm No 3279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CONNOR**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Conrad**
8158 Castle Rock Drive
Warren, OH 44484

**Clm No 8923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1847 of 2981

---

**William Conway**
11116 Worth Avenue
Worth, IL 60482

**Clm No 60881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM CONWAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM COOK**
3080 AL Highway 155
Jemison, AL 35085

**Clm No 67017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1848 of 2981

---

**William Cook**
C/o William Keith Cook
20234 Eastern Valley Road
West Blocton, AL 35184

**Clm No 66995**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM COOK**
5840 COUNTY ROAD 339
RUSSELLVILLE AL 35654

**Clm No 36619**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cook**
930 Park City Road
Glasgow, KY 42141

**Clm No 22790**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1849 of 2981

---

**WILLIAM COOK**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 36629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cook**
C/o William E. Cook, Jr.
P.o. Box 3067
Tuscaloosa, AL 35403

**Clm No 66996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cooke**
2225 Georgetown Blvd.
Chesapeake, VA 23325

**Clm No 3294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1850 of 2981

---

**William Cooke**
5109 Goldsboro Drive Apt 28G
Hampton, VA 23605

**Clm No 3295**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cooksey**
1097 Maple Avenue
Hartford, CT 06106

**Clm No 19877**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cooney**
3511 Priscilla Drive
Erie, PA 16506

**Clm No 60893**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*                                                                                        1851 of 2981

---

**WILLIAM COONEY**                              **Clm No 76452**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA           Class           Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                 UNS                 Unknown

| | | |
|---|---|---|

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**William Cooper**                              **Clm No 8964**    Filed In Cases: 140
2131 Coit Drive NW
Warren, OH 44485                             Class           Claim Detail Amount      Final Allowed Amount

                                                UNS                    $1.00

                                                                       $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**William Cooper**                              **Clm No 60899**    Filed In Cases: 140
38 Newlinville Rd
Coatesville, PA 19320-4203                   Class           Claim Detail Amount      Final Allowed Amount

                                                UNS                    $1.00

                                                                       $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

**William Cooper**
110 N 3rd Ave
Paden City, WV 26159

**Clm No 26097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cooper**
185 Groveport Pike, Unit 5
Canal Winchester, OH 43110-2021

**Clm No 8966**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Copeland**
900 Hillwell Road
Chesapeake, VA 23322

**Clm No 3318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1853 of 2981

---

**William Copeland**
457 Arbor Ridge Drive
Stone Mountain, GA 30087

**Clm No 3317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Copeland**
1131 Winton Avenue
Akron, OH 44320

**Clm No 8985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Copeland**
142 Brinkleyville Rd.
Ahoskie, NC 27910

**Clm No 33842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1854 of 2981

---

**WILLIAM COPLEY**
7801 E. CEDAR LAKE DRIVE
GREENBUSH, MI 48738

**Clm No 324**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Corella**
314 Lovers Lane
Steubenville, OH 43952

**Clm No 26105**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Corie**
120 Mackeral
Galveston, TX 77550

**Clm No 67049**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                 1855 of 2981

---

**William Corley**                     **Clm No 9003**     Filed In Cases: 140
243 Warren Ave.
Elyria, OH 44035                        Class            Claim Detail Amount     Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William Corn**                       **Clm No 67056**    Filed In Cases: 140
C/o June Corn
7024 Dickey Springs Road S.e.          Class            Claim Detail Amount     Final Allowed Amount
Bessemer, AL 35022
                                        UNS                  $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Cornett**                    **Clm No 33845**    Filed In Cases: 140
37 Faye Dr.
Smithfield, VA 23430                    Class            Claim Detail Amount     Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1856 of 2981

**William Cost**
819 Garbry Road
Piqua, OH 45356

**Clm No 9022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

**William Council**
P.O. Box 185
Milledgeville, GA 31059

**Clm No 51074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**William Council**
1514 Cathy St
Savannah, GA 31415

**Clm No 46517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**        E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1857 of 2981

---

**WILLIAM COUNTS**
283 Dowdey Road
Jasper, AL 35504

**Clm No 67087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM COWLEY**
6006 Choctaw Ave
Smithville, MS 38870

**Clm No 55659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cox**
37 Googe Street PO Box 52
Rienzi, MS 38865

**Clm No 43987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1858 of 2981

**William Cradle**
340 Hidenwood Drive, Apt. G2
Newport News, VA 23606

**Clm No 3357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIAM CRAFT**
780 Glass Road
Vicksburg, MS 39180

**Clm No 55667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIAM CRAFT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                      1859 of 2981

---

**WILLIAM CRAIG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77484**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Craig**
57 George Loomis Road
Southwick, MA 01077

**Clm No 60957**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Craig**
1420 Brookwood Place
Virginia Beach, VA 23453

**Clm No 3358**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1860 of 2981

---

**WILLIAM CRAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Cramer**
1369 Niles Vienna Road
Niles, OH 44446

**Clm No 9088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Crane**
c/o Cara Lynn Crane
825 N. 62nd Ave.
Pensacola, FL 32506

**Clm No 67123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1861 of 2981

---

**WILLIAM CRAVER**
707 University Street
Mineola, TX 75773

**Clm No 67126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Creagh**
1236 Mcdonalds
Brighton, AL 35020

**Clm No 67142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Creegan**
32 Johns Lane
La Vale, MD 21502

**Clm No 26159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1862 of 2981

---

**William Crisler**
190 Hayden Springs Road
Hayden, AL 35079

**Clm No 24777**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Crocker**
C/o Laura C. Thompson
514 Crestway Circle
Hoover, AL 35226-4201

**Clm No 67156**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Crook**
c/o Laura Mallon
St Petersburg, FL 33702

**Clm No 26173**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1863 of 2981

**WILLIAM CROSBY**
306 S.WARREN ST.
MOLOILE AL 36603

**Clm No 36761**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Crose**
5709 Rinehart
Indianapolis, IN 46241

**Clm No 26178**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Cross**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3392**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1864 of 2981

---

**WILLIAM CROSSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Crossley**
84 Hedley Avenue
Johnston, RI 02919-

**Clm No 60986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Crowder**
C/o William B. Crowder
126 Mondy Road
Ruston, LA 71270

**Clm No 67173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1865 of 2981

---

**WILLIAM CUNNINGHAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM CUNNINGHAM, JR.**
P. O. BOX 1583
MOBILE, AL 36633-

**Clm No 20729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM CURTIS GEORGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1866 of 2981

---

**William Custer**
2108 West High Street
Lima, OH 45805

**Clm No 9213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cutright**
1019 Sherman Street
Joliet, IL 60433-

**Clm No 61021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM D BOYD**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1867 of 2981

---

**WILLIAM D CARTEE**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William D Davis**
39882 Slife Road
Grafton, OH 44044

**Clm No 9363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William D. Brush**
1498 Lilly Lane
Alliance, OH 44601

**Clm No 8174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1868 of 2981

---

**William D. Casteel, Estate**
73 Woodland Terrace
Morgantown, WV 26505

**Clm No 54215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William D. Dean, Sr.**
RR 4, Box 614 A
Buckhannon, WV 26201

**Clm No 54681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM D. ESQ. VAUGHN, PERSONAL REPRESENTATIVE FOR**
FRED M. POSEDEL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1869 of 2981

---

**WILLIAM D. FINNEGAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William D. Gibson, Estate**
RR 4, Box 439
Parkersburg, WV 26101

**Clm No 54678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William D. Gobble**
Box 1404
Jackson GA 30233

**Clm No 54282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1870 of 2981

---

**William D. Hair**
149 Seminary Street
Bristol, CT 06010

**Clm No 20373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM D. HARRIS, PERSONAL REPRESENTATIVE FOR**
JAMES WILLIAM HARRIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM D. KERR**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1871 of 2981

---

**WILLIAM D. KING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DAHL**
c/o Aileen Dahl
242 Saint Helens Ave.
Tacoma, WA 98402-2559

**Clm No 67232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DAHLHOFF**
101 Foreman Road, Apt B-7
Mobile, AL 36608

**Clm No 55719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1872 of 2981

**William Dale**
10175 Island Road
Bristol, VA 24202

**Clm No 3421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**WILLIAM DALE PLEDGER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value       $1.00

---

**William Dame**
299 Stone Moutain Road
West Halifax, VT 05358

**Clm No 61037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1873 of 2981

**WILLIAM DAME**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Daniel**
238 Wildwood Avenue
Akron, OH 44320

**Clm No 9268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DANIEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83359**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1874 of 2981

---

**William Daniel**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 61047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DANIEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Daniels**
1150 Overlook Ct
Pickerington, OH 43147

**Clm No 26243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1875 of 2981

---

**William Daniels**
711 Foster Ave.
Elyria, OH 44035

**Clm No 9270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DANTZLER**
11876 Hwy 145 N.
Macon, MS 39341

**Clm No 55735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Darby**
1740 Moores Lane
Portsmouth, OH 45663

**Clm No 26245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1876 of 2981

---

**William Darden**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------:|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Darling**
7800 Cooksey Lane
Ashland, KY 41102

**Clm No 22837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------:|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIAM DATES**
35 RedBud lane
Greensboro, AL 36744

**Clm No 67263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------:|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1877 of 2981

---

**William David**
333 Warwick Road
Hamilton, OH 45013

**Clm No 9298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William David White**
14372 Indian Hollow Road
Grafton, OH 44044

**Clm No 17998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Davidson**
110 Laurel Street
San Diego,CA 92101

**Clm No 21669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1878 of 2981

---

**William Davidson**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Davies**
728 Potic Drive
Levittsburg, OH 44430

**Clm No 9303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Davis**
1491 Forest Drive
Akron, OH 44312

**Clm No 9320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1879 of 2981

**WILLIAM DAVIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**William Davis**
c/o Lovie Marable
950 5th Place West
Birmingham, AL 35204

**Clm No 67314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Davis**
1481 York Street
North Bloomfield, OH 44450

**Clm No 9361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1880 of 2981

---

**WILLIAM DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DAVIS**
2416 S 13TH ST, APT 224
TEMPLE TX 76504

**Clm No 36889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Davis**
9505 N. Bedford Road Lot #5
Macedonia, OH 44056

**Clm No 9360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1881 of 2981

---

**William Davis**
417 White Oak St.
Waynesboro, MS 39367

**Clm No 48895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Davis**
4112 Elanor Street
Northport, AL 35476

**Clm No 67329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DAVIS**
5 Ole Miss Drive, Apt A-7
Laurel, MS 39440

**Clm No 55760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1882 of 2981

---

**William Davis**
P O Box 455
Cottondale, AL 35453

**Clm No 67289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Davis**
21200 State Line Road
Moss Point, MS 39562-6476

**Clm No 67336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Davis**
4014 Jager Road
Lorain, OH 44053

**Clm No 9321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1883 of 2981

| WILLIAM DAVIS, JR. | **Clm No 55778** | Filed In Cases: 140 | |
|---|---|---|---|
| 211 Porter Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Columbia, TN 38401 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM DAWKINS | **Clm No 55780** | Filed In Cases: 140 | |
|---|---|---|---|
| 1534 Rich Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Gulfport, MS 39501 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM DAWSON | **Clm No 34456** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O BRENT COON & ASSOCIATES | Class | Claim Detail Amount | Final Allowed Amount |
| 215 ORLEANS ST | UNS | $1.00 | |
| BEAUMONT, TX 77701 | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1884 of 2981

| | | |
|---|---|---|
| **William Dawson** | **Clm No 61082** | Filed In Cases: 140 |
| 700 Beau Drive | | |
| Wylie, TX 75098 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| | | |
|---|---|---|
| **WILLIAM DAY** | **Clm No 78089** | Filed In Cases: 140 |
| C/O THE FERRARO LAW FIRM PA | | |
| ATTN: FERNANDO JOSE ULLOA | | |
| 600 BRICKELL AVE, STE 3800 | | |
| MIAMI, FL 33131 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| | | |
|---|---|---|
| **William Dean** | **Clm No 67362** | Filed In Cases: 140 |
| c/o Mr. Daniel William Dean | | |
| 1409 2nd Ave., NW | | |
| Fayette, AL 35555 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**  
**5955 De Soto Ave., Suite 100**  
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**  
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**  
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1885 of 2981

---

**William Dean Adams**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DEARMAN**
103 Peach Tree Lane
Brandon, MS 39047-9500

**Clm No 55787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Deason**
P.O. Box 1833
Hardwick, GA 31034

**Clm No 51072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1886 of 2981

---

**William Deaver**
C/o Mary L. Deaver
936 Rustic Drive
Birmingham, AL 35214

**Clm No 67376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Defir**
3306 Hwy 65 North
Dermott, AR 71638

**Clm No 48348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Degraffenried**
C/o Vickie Thompson
9837 Redcliff Road
Birmingham, AL 35215

**Clm No 67387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1887 of 2981

---

**William DeHaven**
333 Briar Ave NE
North Canton, OH 44720

**Clm No 26314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dekle**
510 East 5th Street
Donalsonville, GA 31745

**Clm No 49306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Deloatche**
1117 Wall Avenue
Hopewell,  VA 23860

**Clm No 3496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### *Claims Details*

1888 of 2981

---

**William Delon**
918 Dunkley
Houston, TX 77076

**Clm No 67397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Delost, Jr**
73 John Street
Berkeley Springs,  WV 25411

**Clm No 3499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DELUCA**
FOR THE ESTATE OF AGNES RUTH DELUCA
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1889 of 2981

---

**William Denham**
2142 Abbey Road
Akron, OH 44312

**Clm No 9453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dennis**
155 Shana Dr
Milledgeville, GA 31061

**Clm No 46562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DENNY EASTHAM**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--|--|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1890 of 2981

---

**WILLIAM DEREK RATTIFF**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William DeWitt**
1205 Cherry Lane
Macon, MO 63552

**Clm No 61138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Diamond**
2211 Center St
Catlettsburg, KY 41129

**Clm No 26348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1891 of 2981

---

**WILLIAM DIAMOND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Diamond**
2861 Somerset Drive  I-116
Lauderdale Lakes, FL 33311-0000

**Clm No 61142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dice**
275 Bramwell Street
Green River, WY 82935

**Clm No 61146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1892 of 2981

---

**William Dickens**
203 Reserve Court
Wellington, OH 44090

**Clm No 9524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DICKEY**
9314 SKYLINE DRIVE
TEXAS CITY TX 77591

**Clm No 37050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dickson**
324 Henry Hollow Rd
Duck, WV 25063

**Clm No 26354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1893 of 2981

---

**William Diederich**
31 Sunset Drive
LaGrange, OH 44050

**Clm No 9535**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dillard**
2739 Hanover Circle
Hueytown, AL 35023

**Clm No 67438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DINSMORE**
P.O. BOX 1158
BELLVILLE TX 77418

**Clm No 37065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1894 of 2981

---

**William Dismukes**
PO Box 158
Louisville, MS 39339

**Clm No 44061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dixon**
P O Box 565
Savannah, GA 31402

**Clm No 50812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dixon**
1081 Charity Drive
Virginia Beach,  VA 23455

**Clm No 3556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1895 of 2981

---

**William Dixon**
344 Enos Loomis Street
Pataskala, OH 43062

**Clm No 9575**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dixon**
32 Kreiner Avenue
Akron, OH 44312

**Clm No 9573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dobbins**
C/o Doris W. Dobbins
112 Newport Dr
Hueytown, AL 35023

**Clm No 67454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1896 of 2981

---

**William Dobis**
5724 N. Mayflower
Lorain, OH 44053

**Clm No 9582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DODSON**
365 OAK LANE
VIDOR TX 77662

**Clm No 37088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Doherty**
3716 Darlington Ave. NW
Canton, OH 44708

**Clm No 9598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1897 of 2981

---

**William Doll**
663 Hillfield NW
North Canton, OH 44720

**Clm No 9604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dominic, Jr**
3630 Sandburg Drive
Youngstown, OH 44511

**Clm No 9610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Donald Lee**
10838 West Ridge Road
Elyria, OH 44035

**Clm No 12935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1898 of 2981

| William Donoghue | | **Clm No 61204** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5331 Davidson Street S.E. | | | | |
| Albany, OR 97322-7197 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **WILLIAM DONOGHUE** | | **Clm No 78200** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | | | |
| ATTN: FERNANDO JOSE ULLOA | | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |
| Date Filed | 20-Mar-2017 | | | |
| Bar Date | | | | |
| Claim Face Value | | | | |

| **William Dorsey** | | **Clm No 67490** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Fredrick Terril Dorsey | | | | |
| 212 Crabapple Ln., Apt. E | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35214 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

Rust Consulting | Omni Bankruptcy    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1899 of 2981

---

**William Douglas**
369 Twp Rd 253 W
Ironton, OH 45638

**Clm No 26418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Douglas**
335 Browns Crossing Rd. NW
Milledgeville, GA 31061

**Clm No 48379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIAM DOWDLE**
P.O. BOX 503
BRENT AL 35034

**Clm No 37136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1900 of 2981

---

**William Dowdle**
C/o  Michael L. Murphy, Attorney
P.o. Box 38
Centerville, AL 35042

**Clm No 67517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DOWNS**
P.O. BOX 2191
ANAHUAC TX 77514

**Clm No 37140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Doyle**
4760 Hickory Shores Blvd.
Gulf Breeze, FL 32561

**Clm No 67523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1901 of 2981

---

**William Drake**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 9676**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DRAPER**
RT. 1` BOX 372-A
PULASKI VA 24301

**Clm No 37153**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Drennan**
6931 Gunder Ave.
Baltimore,  MD 21220

**Clm No 3597**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          1902 of 2981

---

**WILLIAM DUCHESNE**                        **Clm No 55870**    Filed In Cases: 140
2200 Red Bone
Vicksburg, MS 39180                         Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Duda**                            **Clm No 9710**     Filed In Cases: 140
713 Shadow Wood Ln SE
Warren, OH 44484                            Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                $1.00
                                                               $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**William Dudley**                          **Clm No 26438**    Filed In Cases: 140
71 Saratoga Lane
Hurricane, WV 25526                         Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                $1.00
                                                               $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1903 of 2981

---

**William Dudukovich**
2049 E. 31st St.
Lorain, OH 44055

**Clm No 9715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Duffey**
80 Wilder Dr
Forsyth, GA 31029

**Clm No 50233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Duke**
158 County Road 264
Abbeville, AL 36310-5906

**Clm No 46587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                              1904 of 2981

---

**William Duke**                    **Clm No 67550**    Filed In Cases: 140
216 Clark Avenue
Saraland, AL 36571                   Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Duncan**                   **Clm No 52231**    Filed In Cases: 140
c/o Brayton Purcell
222 Rush Landing Road                Class            Claim Detail Amount      Final Allowed Amount
Novato, CA 94948
                                     UNS                  $1.00
                                                          $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Dunigan**                  **Clm No 48624**    Filed In Cases: 140
378 Gatewood Dr.
Jackson, MS 39208                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1905 of 2981

---

**William Dunn**
12816 Clet Harvey Road
Glen St. Mary, FL 32040-

**Clm No 61265**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DUNNEBACKE**
6231 Cayce Lane
Columbia, TN 38401

**Clm No 55890**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dwyer**
12 Sunnieside Drive
Niantic, C T 6357

**Clm No 19918**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1906 of 2981

---

**WILLIAM DWYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78259**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Dwyer, IS**
6 SQUIRE CT
Worcester, MA 01605

**Clm No 61277**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DYKES**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34480**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1907 of 2981

---

**WILLIAM E DOSS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William E Jones**
240 Mount Vernon Place Apt. 9J
Newark, NJ  7106

**Clm No 32673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM E KIZZIAH**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1908 of 2981

---

**William E Lambert**
4285 Jackson Hwy.
Chehalis, WA  98532

**Clm No 32701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William E Reid Jr.**
3346 Pinewood Dr.
Ladson, SC  29456

**Clm No 32978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM E WILLIAMSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35084**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1909 of 2981

---

**WILLIAM E. BALLEIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**WILLIAM E. BRATTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 23-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**William E. Clark**
515 Kanawha St.
Glenville, WV 26351

**Clm No 8717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 23-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1910 of 2981

---

**William E. Corder**
103 Oak Avenue
Junior, WV 26275

**Clm No 53505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William E. Demosky**
866 South 3rd Avenue
Middleport OH 45760

**Clm No 54254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William E. Hearn, Estate**
RR 13, Box 410
Morgantown, WV 26505

**Clm No 54583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1911 of 2981

---

**William E. Hess**
421 1st Avenue
Bellaire OH 43906

**Clm No 54041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William E. Martin**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WILLIAM E. REECE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1912 of 2981

---

**William E. Shifflett**
4009 Monterey Court
Chesapeake, VA 23321

**Clm No 5940**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**WILLIAM E. SINGLETON, JR.**
5459 BARBARA DRIVE
SATSUMA, AL 36577

**Clm No 21246**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William E. Stigall**
2259 Gardner Road
Hamilton, OH 45013

**Clm No 16797**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1913 of 2981

---

**William E. Vance**
5485 Springhill Rd. SE
Newark, OH 43056

**Clm No 17481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William E. Warner**
Rt. 1, Box 292
Buckhannon, WV 26201

**Clm No 54771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Eakin**
1198 Depot Phalanx Road
Southington, OH 44470

**Clm No 9791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1914 of 2981

---

**WILLIAM EARL BERGMAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM EARL MCRATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EARL MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1915 of 2981

---

**WILLIAM EARL TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Earnest**
3879 Alliance Road
Rootstown, OH 44272

**Clm No 9797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EARNEST**
1607 Grant Road
Jasper, AL 35501

**Clm No 55904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

1916 of 2981

---

**WILLIAM EATON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Eaton**
103 Village CT, Lot 76
Winter Haven, FL 33880

**Clm No 61293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EATON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                    1917 of 2981

---

**William Edgmon**
PO Box 715
Tatum, TX 75691

**Clm No 33350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Edling**
9460 Cougar Dr.
Weeki Wachee, FL 34613

**Clm No 67650**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Edmond**
2133 E. 29th Street
Lorain, OH 44055

**Clm No 9824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1918 of 2981

---

**William Edward Brown**
1138 Garden Street
Elyria, OH 44035

**Clm No 8132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EDWARD BURT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EDWARD CLAPHAM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1919 of 2981

**William Edward Smith**
2981 Mount Zion Road
Richton, MS 39476

**Clm No 48038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Edwards**
c/o Mr. Harold R. Edwards
1054 Maple Lane
McCalla, AL 35111

**Clm No 67663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Eggerichs**
1105 Arrowhead Drive
Vermilion, OH 44089

**Clm No 9845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1920 of 2981

---

**WILLIAM EISENMAN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34483**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Eitner**
303 Keniston Road
Vermilion, OH 44089

**Clm No 9854**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ekleberry**
711 Old Union Road
Church Hill,  TN 37642

**Clm No 3670**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1921 of 2981

---

**WILLIAM ELBODE**
34823 HEATHMORE DRIVE
CLINTON TOWNSHIP, MI 48035

**Clm No 373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ELDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Elder**
4135 Ivy Street
East Chicago, IN 46312-0000

**Clm No 61313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1922 of 2981

---

**William Elder**
2225 Hayden Bridge Road
Owensboro, KY 42301

**Clm No 61312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM ELDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**William Elifritz**
4169 Graph Rd. NW
Dellroy, OH 44620

**Clm No 9860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1923 of 2981

---

**WILLIAM ELL STOREY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ELLENBERGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM ELLERBY**
3712 Baywood Dr.
Moss Point, MS 39563

**Clm No 55926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1924 of 2981

---

**William Elliott**
4132 Shelia Crescent
Chesapeake,  VA 23321

**Clm No 3685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ellis**
C/o Corene G. Ellis
300 Oak Drive
Mobile, AL 36617

**Clm No 67713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ellis**
121 Westwood Ln
Huntington, WV 25704

**Clm No 26524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1925 of 2981

---

**William Ellis**
608 Woodfin Road
Newport News,  VA 23605

**Clm No 3693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Elrod**
38056 Nan Wesley
Denham Springs, LA 70726

**Clm No 18869**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM ELTON FULTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1926 of 2981

---

**WILLIAM EMONY BANKERT III**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM EMRICK**
115 Dixie Drive
Natchez, MS 39120

**Clm No 55946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Enfinger**
581 South 72 Ave Apt 4
Pensacola, FL 32506

**Clm No 61333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

## *Claims Details*

1927 of 2981

**WILLIAM ENGLEBERT**
4106 5TH ST. E.
TUSCALOOSA AL 35404

**Clm No 37376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Epps**
3420 St. Clair Drive
Chesapeake,  VA 23321

**Clm No 3706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ERBS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1928 of 2981

---

**WILLIAM ERNEST CHRISTENSEN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM ERNEST WARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM ERWIN**
3390 SHERWOOD DR
ORANGE TX 77632

**Clm No 37392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1929 of 2981

---

**William Estelle**
97 Mayfair Rd.
Nesconset, NY 11767

**Clm No 1531**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Estep**
613 Susan St
New Martinsville, WV 26155

**Clm No 26555**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ESTERS**
94 MCMILLAN RD.
Laurel, MS 39443

**Clm No 55952**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1930 of 2981

---

**William Ethridge**
508 Karen Street
Midfield, AL 35228

**Clm No 67792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EUBANK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Eubank**
413 Highway 2438
Calhoun, KY 42327-9755

**Clm No 61351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1931 of 2981

---

**William Eubanks**
c/o Jacqueline McMickens
26 Court Street, Ste. 1600
Brooklyn, NY 11242

**Clm No 67796**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Evanoski**
1150 Blois Dr.
Marion, OH 43302

**Clm No 9934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Evans**
1707 George Washington Hwy.
Yorktown, VA 23693

**Clm No 33888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1932 of 2981

---

**William Evans**
PO Box 12042
East Cleveland, OH 44112

**Clm No 67803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Evans**
C/o Ellenia Evans
3384 34th Street, North
Birmingham, AL 35207

**Clm No 67815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Evans**
3 Calvert Drive
Newport News,  VA 23601

**Clm No 3734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1933 of 2981

---

**William Evans**
2437 10Th St. East
Tuscaloosa, AL 35404

**Clm No 67823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EVANS, JR.**
3564 Gillon Road
Grenada, MS 38901

**Clm No 55976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Evascher**
1830 Rodman Street
Hollywood, FL 33020

**Clm No 61361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1934 of 2981

---

**WILLIAM EVASCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74649**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM EVERETT, SR.**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 55983**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Everly**
5305 Vick St.
Portsmouth, VA 23701

**Clm No 33889**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1935 of 2981

---

**William Ewing**
RR 3 Box 276
Wheeling, WV 26003

**Clm No 26568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM EWING**
559 Ewing Street
Brooksville, MS 39739

**Clm No 55985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Eyer**
16151 Libson Street
Minerva, OH 44657

**Clm No 9966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1936 of 2981

**WILLIAM EZELL**
990 Ezell Lane NW
Meadville, MS 39653

**Clm No 55988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William F Baer**
7804 Ivandale Road
Parma, OH 44129

**Clm No 7276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William F Flaherty**
13716 Lake City Way NE # 529
Seattle, WA  98125

**Clm No 32530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1937 of 2981

---

**William F Murphy**
351 Woodbridge Dr. Unit C
Ridge, NY  11961

**Clm No 32862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM F. ALLEN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William F. Bell**
207 Lexington Rd.
Shirley, NY 11967

**Clm No 930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1938 of 2981

---

**William F. Bouchrd. Jr.**
519 Leffert St.
South Amboy, NJ 08879

**Clm No 89**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William F. Cottrill, Estate**
Rt. 1, Box 21
New Milton, WV 26411

**Clm No 58879**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William F. Hayes, Estate**
861 Donegal Drive
Follansbee, WV 26037

**Clm No 54253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1939 of 2981

| William F. Heishman | | **Clm No 58900** | Filed In Cases: 140 | |
| 522 Meadow Circle | | Class | Claim Detail Amount | Final Allowed Amount |
| Hurricane, WV 25526 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| William F. Lange, Jr. | | **Clm No 1740** | Filed In Cases: 140 | |
| 36-B Sterling St. | | Class | Claim Detail Amount | Final Allowed Amount |
| Manchester, NJ 08759 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| William F. Lewark | | **Clm No 53675** | Filed In Cases: 140 | |
| 1516 Richards Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Clarksburg, WV 26301 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1940 of 2981

---

**William F. Loughlin**
9124 Flynn, #2
Boca Raton, FL 33496

**Clm No 1325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William F. Scott**
304 Burton Avenue
Nutterfort, WV 26301

**Clm No 53911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William F. Seckman**
524 Piccadilly Street
Charleston, WV 25302

**Clm No 54123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1941 of 2981

| | | | |
|---|---|---|---|
| **WILLIAM F. TOWNER, PERSONAL REPRESENTATIVE FOR** | **Clm No 81173** | Filed In Cases: 140 | |
| ROBERT WILLIAM TOWNER (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: BRYN G. LETSCH | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

| | | | |
|---|---|---|---|
| **WILLIAM FAEHNRICH** | **Clm No 74655** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed        20-Mar-2017

Bar Date

Claim Face Value

| | | | |
|---|---|---|---|
| **William Faehnrich** | **Clm No 61369** | Filed In Cases: 140 | |
| c/o The Ferraro Law Firm | Class | Claim Detail Amount | Final Allowed Amount |
| 600 Brickell Ave., Ste. 3800 | | | |
| Miami, FL 33131 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        8-Dec-2016

Bar Date

Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1942 of 2981

---

**William Farmer**
5103 Birchcrest
Austintown, OH 44515

**Clm No 10017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FARMER**
55 South Washington St.
Durant, MS 39063

**Clm No 55998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FARNHAM**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1943 of 2981

---

**William Farone**
141 Witmer Dr
Northumberland, PA 17857

**Clm No 26584**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FAULKNER**
c/o Jeffrey Mathis
15452 Woodridge Circle
Brookwood, AL 35444

**Clm No 67880**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Faulkner**
4112 Monroe St.
New Orleans, LA 70118

**Clm No 18883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1944 of 2981

---

**William Feicks**
225 Mariners Circle Apt E
Sheffield Lake, OH 44054

**Clm No 10048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Felts**
91496 Highway 42 East
Richton, MS 39476

**Clm No 50515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Fenchel**
862 S Lindley Avenue
Cuyahoga Falls, OH 44223

**Clm No 10061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1945 of 2981

---

**WILLIAM FERGUS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Fergus**
3031 Southwood Drive
Racine, WI 53406-

**Clm No 61394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FERGUSON**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1946 of 2981

---

**William Fields**
121 Mirra Drive
Groton, CT 06340

**Clm No 19935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Fields**
113 Cardinal Rd
Russell, KY 41169

**Clm No 26623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Findley**
3502 Tacoma Ave.
Lorain, OH 44055

**Clm No 10113**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1947 of 2981

---

**William Finnen**
P.o. Box 254
West Blocton, AL 35184

**Clm No 67941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM FITTS HAMBRICK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM FITZGERALD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                        1948 of 2981

---

**William Fitzgerald**                      **Clm No 61447**   Filed In Cases: 140
590 Winthrop Street
Taunton, MA 02780            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FLANAGAN**                        **Clm No 75326**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800      |---|---|---|
MIAMI, FL 33131                 | UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM FLEMING**                         **Clm No 75155**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800      |---|---|---|
MIAMI, FL 33131                 | UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1949 of 2981

---

**WILLIAM FLEMING**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83858**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Fliegerbauer**
4102 3rd Ave
Altoona, PA 16602

**Clm No 26663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FLINTROP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1950 of 2981

---

**William Flintrop**
405 N 39th Street, Apt. 7N
Milwaukee, WI 53208

**Clm No 61459**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Flippo**
625 Beasley Road
Gardendale, AL 35071

**Clm No 67957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FLOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1951 of 2981

---

**William Flood**
128 Derby Avenue, Apt. C
New Haven, CT 06511

**Clm No 61461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Flowers**
6639 Tuplo Drive
Bedford Hts, OH 44146

**Clm No 10200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FLOYD DUBOSE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1952 of 2981

---

**William Fogleson**
12900 Lake Ave Apt 1111
Lakewood, OH 44107

**Clm No 10211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Folger**
1024 McCloud Dr
Worthington, KY 41183

**Clm No 26668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FOLLETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**William Follett**
10658 Federal Road
Howard City, MI 49329

**Clm No 61475**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Forbush**
10969 LeGrange Road
Elyria, OH 44035

**Clm No 10222**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Forsey**
4146 Valley Road, Apt. 504
Cleveland, OH 44109

**Clm No 22943**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

1954 of 2981

---

**William Forsythe**
9869 Route 6 N
Albian, PA 16401

**Clm No 10235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Fortier**
3602 Sackett Ave.
Cleveland, OH 44109

**Clm No 10236**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Foster**
3708 Kecoughtan Road Apt A
Hampton,  VA 23669

**Clm No 3821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1955 of 2981

---

**William Foster**
207 Foster Lane
Moundsville, WV 26041

**Clm No 26690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FOSTER**
6037 Dorsey Drive
Tucker, GA 30084

**Clm No 56046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Fountain**
97 Southern Colonial Road
Laurel, MS 39443

**Clm No 50621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1956 of 2981

---

**William Fountaine**
63 South Plaza Ave.
Dayton, OH 45417

**Clm No 10255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Fox**
4999 Peggy Ann Dr.
Akron, OH 44319

**Clm No 10261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Francis**
409 E Front St
Manchester, OH 45144

**Clm No 26708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1957 of 2981

**WILLIAM FRANCIS HOWE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82107**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**William Frank, IS**
202 Pine Circle
Brunswick, GA 31520

**Clm No 61520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Franklin**
728 Sutton Lane
Greenville, MS 38701

**Clm No 50065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1958 of 2981

---

**William Franklin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FRANKLIN**
4690 Bessemer Johns Rd.
Bessemer, AL 35023

**Clm No 68061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Franklin**
2838 Draper SE
Warren, OH 44484

**Clm No 10277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1959 of 2981

---

**WILLIAM FRANKLIN GABLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Franks**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FRASER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1960 of 2981

---

**William Fraser**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 61534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Frazier**
340 WHITE RD
Longview, TX 75603

**Clm No 33373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FRAZIER**
116 HUDGUNS ROAD
LEESVILLE LA 71446

**Clm No 37645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1961 of 2981

---

**WILLIAM FREE**
P. O. Box 217
Ruleville, MS 38771

**Clm No 56063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Freed**
114 S Roosevelt Avenue
Mishawaka, IN 46544

**Clm No 24154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Freeman**
220 North Park Dr.
Wadsworth, OH 44281

**Clm No 10305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1962 of 2981

---

**William Freeze**
2 Ruppert Court
Franklin, OH 45005

**Clm No 10318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Fretwell**
2188 25th St.
Akron, OH 44314

**Clm No 10319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FRIESON**
2133 MAGEE ST.
PRICHARD AL 36610

**Clm No 37670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                        E-mail: claimsmanager@omnimgt.com                FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1963 of 2981

---

**William Fromyer**
821 Cramberry Street
Erie, PA 16502

**Clm No 10338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Frye**
12 Cortez Court
Hampton, VA 23666

**Clm No 3856**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FULTZ**
5472 KY 719
SANDY HOOK, KY 41171

**Clm No 400**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1964 of 2981

**WILLIAM FULTZ**
2500 Forest Lake
Bessemer, AL 35022

**Clm No 68115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Funk**
209 Rosewood Avenue
Northfield, OH 44067

**Clm No 10363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William G Allen**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 7048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

1965 of 2981

**WILLIAM G GOODING**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34555**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**William G Staats, Jr.**
P.O. Box 65 Oak Hill Rd.
South Newfane, VT  5351

**Clm No 33082**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**William G. Cole, Estate**
1206 Grandview Manor
Parkersburg, WV 26101

**Clm No 53587**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1966 of 2981

| **WILLIAM G. GURRY, PERSONAL REPRESENTATIVE FOR** | **Clm No 78690** | Filed In Cases: 140 | |
|---|---|---|---|
| BILLY SONNER GURRY (DECEASED) | | | |
| C/O BRAYTON PURCELL, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **William G. Phillips** | **Clm No 58978** | Filed In Cases: 140 | |
|---|---|---|---|
| 518 Illinois Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Nutterfort, WV 26301 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Gabbard** | **Clm No 24163** | Filed In Cases: 140 | |
|---|---|---|---|
| 12 S Deer Lake | Class | Claim Detail Amount | Final Allowed Amount |
| Villa Grove, IL 61956 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1967 of 2981

---

**William Gabianelli**
424 Barn Hill Road
Monroe, CT 06468

**Clm No 61574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GABIANELLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77731**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Gach**
401 Bounty Way #149
Avon Lake, OH 44012

**Clm No 10381**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1968 of 2981

**William Gaffney**
122 Lynn Drive
Portsmouth,  VA 23707

**Clm No 3871**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Galbreath**
759  1st Ave W
Gordo, AL 35466

**Clm No 68131**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Gale Dollar**
4053 Hwy 549
Marion, LA 71260

**Clm No 1467**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 17-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

1969 of 2981

**WILLIAM GALLAGHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**WILLIAM GALLAHAN**
696 STEFANIGA RD
STAFFORD VA 22554

**Clm No 37701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Gallaugher**
15071 SR 772
Chillicothe, OH 45601

**Clm No 10405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1970 of 2981

---

**WILLIAM GALVEZ**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Galvin**
30 Home Place
Staten Island, NY 10302

**Clm No 1260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gamble**
140 Edward Avenue
Akron, OH 44310

**Clm No 10416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1971 of 2981

---

**William Garcia**
38 Mary Ellen Dr.
Edison, NJ 08820

**Clm No 166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gardner**
118 Hargrove Road E.
Tuscaloosa, AL 35401

**Clm No 24829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GARGIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**William Gargis**
2070 Gargis Lane
Tuscumbia, AL 35674

**Clm No 61615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Garner**
C/o Yvonne Gwin
7143 Parsons Lake Road
Adger, AL 35006

**Clm No 68172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Garris**
3386 Strickland Road
Pinson, AL 35126

**Clm No 24833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**WILLIAM GASSION**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84035**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**William Gathen**
22 Valleywood Dr
Niskayuna, NY 12309

**Clm No 26811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Gaud**
162 Villa Las Violeta
Mayaguez, PR 682

**Clm No 19950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1974 of 2981

| **William Gay** | **Clm No 3922** | Filed In Cases: 140 | |
| 2097 Tarmada Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Gaynor** | **Clm No 61645** | Filed In Cases: 140 | |
| 12706 West Ballad Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Sun City West, AZ 85375 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILLIAM GAYNOR** | **Clm No 77803** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1975 of 2981

---

**WILLIAM GEANEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Gear**
c/o Mr. William M. Gear
2235 Pine Meadow Ave.
West Melbourne, FL 32904

**Clm No 68234**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gedye**
520 Hane Avenue
Marion, OH 43302

**Clm No 24834**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1976 of 2981

---

**WILLIAM GELMINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Gelmini**
210 Robindale Dr.
Kensington, CT 06037

**Clm No 61651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gentry**
c/o Joanna Carpenter
341Stewart Road
Birmingham, AL 35224

**Clm No 68242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                      1977 of 2981

---

**William Gentry**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William George**
394 PR 2418
Karnack, TX 75661

**Clm No 33379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GERALD BETHANY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1978 of 2981

---

**William Gerber**
4297 E. River Rd.
Sheffield Village, OH 44054

**Clm No 10521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GETER**
502 Sanders Fork Rd.
Woodville, MS 39669

**Clm No 56131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GHOLSON**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 37825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

1979 of 2981

---

**William Gifford**
c/o Mrs. Judy Gifford
24200 Cherry Hill Drive
Hockley, TX 77447

**Clm No 68279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gilbert**
4133 Paul Gallows Rd
Utica, MS 39175

**Clm No 48869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gilbert**
543 SCR 501-3
Louin, MS 39338

**Clm No 44157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1980 of 2981

---

**WILLIAM GILLESPIE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Gilliam**
14 Weller Lane
Palm Coast, FL 32164-7869

**Clm No 61697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GILLIAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1981 of 2981

---

**William Gillis**
214 N. Mitchell Street
Wilmington, IL 60481-

**Clm No 61700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Gist**
1855 Wesleyan Road
Dayton, OH 45406

**Clm No 10602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM GLADE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1982 of 2981

**WILLIAM GLADYS WOODS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87030**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIAM GLASCO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73699**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**William Glasco**
P.O. Box 61
Casper, WY 82602

**Clm No 61710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1983 of 2981

**WILLIAM GLEN SANSING**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Glenn**
638 N. Sunflower Ave.
Indianola, MS 38751

**Clm No 44162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Glover**
5545 Holmes Drive NW
Canton, OH 44718

**Clm No 10628**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1984 of 2981

**William Glover**
c/o Mrs. Ozella Glover
P.O. Box 99
Dolomite, AL 35061

**Clm No 68346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**William Glover**
P.O. Box 9712
Dothan, AL 36303

**Clm No 61716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**William Glover**
c/o William Blacketor
35 Nichols Road
Nauvoo, AL 35578

**Clm No 68345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1985 of 2981

---

**WILLIAM GLOVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Glover**
C/o Larry R. Glover
1708 Williamsburg Lane
Tuscaloosa, AL 35406

**Clm No 68347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GLUCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                1986 of 2981

| William Gluck | **Clm No 61717** | Filed In Cases: 140 | |
|---|---|---|---|
| 200 Dow Road | Class | Claim Detail Amount | Final Allowed Amount |
| Plainfield, CT 06374 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Goings | **Clm No 3978** | Filed In Cases: 140 | |
|---|---|---|---|
| 102 King Point Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM GOLDEN | **Clm No 37908** | Filed In Cases: 140 | |
|---|---|---|---|
| 4412 FAYETTE HWY. | Class | Claim Detail Amount | Final Allowed Amount |
| NORTH PORT AL 35476 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1987 of 2981

---

**William Gonzales**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gooch**
4 Merry Circle
Newport News,  VA 23606-2008

**Clm No 3985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**William Goodman**
C/o Judy G. Kelly
11606 Arbor Oaks Road
Northport, AL 35475

**Clm No 68402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

## *Claims Details*

1988 of 2981

---

**William Goodman**
271 Culler Hollow
Aflex, KY 41514

**Clm No 26894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed       8-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**William Gorman**
2040 Rowley Rd.
Malta, NY 12020

**Clm No 1070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed       14-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**WILLIAM GRAHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1989 of 2981

---

**William Graham**
661 Linden Bluff Road
Jesup, GA 31545-6560

**Clm No 61772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Graham**
c/o Cathy Holmes
1386 US Highway 82
Georgetown, GA 39854

**Clm No 61773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Grant**
5021 US HWY 17 N
Brunswick, GA 31525

**Clm No 49251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**William Graves**
5018 Perrett Rd.
Hazlehurst, MS 39083

**Clm No 49245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Graves**
174 Wilbraham Road
Hampden, MA 01036

**Clm No 61783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Gray**
804 Norman Ave.
Norfolk, VA 23518

**Clm No 33930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1991 of 2981

**WILLIAM GRAY**
520 Springhill Road
Laurel, MS 39443

**Clm No 56216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIAM GREEN**
505 PRIVATE ROAD 8750
CALL TX 75933

**Clm No 38031**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Green**
5415 South Shartel Ave. Apt. 432
Oklahoma City, OK 73109

**Clm No 23004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**William Green**
3397 Grady Mertz Rd.
Tennille, GA 31059

**Clm No 48404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**William Green Sr.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**William Greene**
95 Pine View Drive
Springfield, MA 01119

**Clm No 2099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1993 of 2981

---

**William Greenlee**
c/o Linda Weekley/Zera Greenlee
211 Oak Circle
Bessemer, AL 35023

**Clm No 68509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gregg**
226 Shady Grove
Roaring Spring, PA 16673

**Clm No 26947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gregg**
113 Harvey Burks Rd.
Picayune, MS 39466

**Clm No 18956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1994 of 2981

| **William Gregory**<br>16212 Oakmanor Dr.<br>Tampa, FL 33624 | **Clm No 10803** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILLIAM GREGORY**<br>C/O BRENT COON & ASSOCIATES<br>215 ORLEANS ST<br>BEAUMONT, TX 77701 | **Clm No 34571** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Gregory**<br>9300 Reichert Road<br>Parma, OH 44130 | **Clm No 10804** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1995 of 2981

---

**WILLIAM GRIFFIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**William Griffin**
808 Helmsdale Way
Chesapeake,  VA 23320

**Clm No 4088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Griffin**
289 Gordon Hwy
Milledgeville, GA 31061

**Clm No 47984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

1996 of 2981

---

**William Griffin**
1210 Boston Turnpike
Coventry, CT 06238

**Clm No 61826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Griffin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Griffith**
13122 Quarry Rd.
Oberlin, OH 44074

**Clm No 10829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1997 of 2981

---

**William Griffiths**
71465 Sharon Road
Bridgeport, OH 43912

**Clm No 10831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Grimes**
1867 Turkey Creek Drive
Decatur, MS 39237

**Clm No 46953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Grooms**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 10850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1998 of 2981

---

**William Grove**
717 W 23rd Street
Lorain, OH 44012

**Clm No 10855**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GUERCI**
1355 Alonda Ln NE
Olympia, WA 98516

**Clm No 68560**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GUILD**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

1999 of 2981

---

**William Guillaum Jr.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Guinther**
2476 Landings Way
Grove City, OH 43123

**Clm No 26984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gulledge**
520 Canup Rd
Saultee Nachoocee, GA 30571

**Clm No 68571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2000 of 2981

---

**WILLIAM GUNN, PERSONAL REPRESENTATIVE FOR**

WADE GUNN (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78762**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**William Gunter**

1037 Yardley Landing

Virginia Beach,  VA 23464

**Clm No 4101**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Guthrie**

P. O. Box 1394

Laurel, MS 39441-1394

**Clm No 50835**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2001 of 2981

---

**WILLIAM GWILT**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William H Berger**
5014 La Verne Way
Concord, CA  94521

**Clm No 32280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William H Deskins**
2321 Millwood Rd.
Virginia Beach, VA  23454

**Clm No 32449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2002 of 2981

---

**William H Geiger**
1720 Lavaca St.
Beaumont, TX  77705

**Clm No 32566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**William H Wimberly**
98-711 IHO Place #3-801
Aiea, HI  96701

**Clm No 33194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**William H. Atkins**
207 Cross Lanes Drive
Nitro, WV 25143

**Clm No 53764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2003 of 2981

---

**William H. Harden**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52448**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM H. HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM H. HOOPER**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2004 of 2981

---

**William H. Kent**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William H. Schafer**
PO Box 586
Greenville, VA 2440-0586

**Clm No 1912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William H. Sigley**
P.O. Box 891
Barrackville, WV 26559

**Clm No 54493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2005 of 2981

---

**William H. Williams, PR, E/O George D. Williams**
c/o Law Offices of Peter G. Angelos, PC
Attn: Paul M. Matheny
100 N. Charles St, 22nd Fl
Baltimore, MD 21201

**Clm No 78592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Hacker**
2731 West Chestnut Street
Springfield, MO 65803

**Clm No 23028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hackleman**
1282 Wolf Run Way
Greenwood, IN 46143

**Clm No 27003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2006 of 2981

---

**William Hadden**
402 Borghild Drive
Maryville, TN 37801

**Clm No 61873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Haddock**
5217 Lola Circle
Virginia Beach,  VA 23464

**Clm No 4106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Hagan**
c/o Adren Gale Watson
3350 County Road 37
Muscadine, AL 36269

**Clm No 68604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2007 of 2981

---

**William Hager**
c/o Bonnie Sue Hager
3310 8th Street E
Tuscaloosa, AL 35404

**Clm No 68606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hain**
53 Blue Point Rd.
Selden, NY 11784

**Clm No 1491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Haley**
24791 Euclid Avenue
Euclid, OH 44117

**Clm No 10938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2008 of 2981

| William Hall | **Clm No 10953** | Filed In Cases: 140 | |
| 321 Main Street | | | |
| Tiltonsville, OH 43963 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| WILLIAM HALL | **Clm No 77995** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| William Hall | **Clm No 49159** | Filed In Cases: 140 | |
| 4830 Christopher Rd | | | |
| Wilmer, AL 36587 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                   2009 of 2981

---

**WILLIAM HALL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $50,000.00 |

---

**William Hall**
257 Mt. Olive Rd
Monticello, MS 39654

**Clm No 47770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Hall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2010 of 2981

---

**WILLIAM HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86901**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HALL, JR.**
113 Lewis Drive
Natchez, MS 39120

**Clm No 56300**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hallett**
161 Elizabith Court
Cortland, OH 44410

**Clm No 10980**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2011 of 2981

---

**William Hallman**
6835 Oakview Lane
Cottondale, AL 35453

**Clm No 68656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Halsey**
1208 Dalzie Dr.
Valrico, FL 33594

**Clm No 33942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIAM HAMBLIN**
125 Hamblin Road
Canton, MS 39046

**Clm No 56306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2012 of 2981

---

**William Hambright**
25 Beau Pre Rd
Natchez, MS 39120

**Clm No 47701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HAMLIN DEMPSEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86580**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hamm**
447 Gordon Highway
Gordon, GA 31031

**Clm No 49038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2013 of 2981

---

**William Hamman**
2068 Clark Street
Hamilton, OH 45011

**Clm No 11005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hammond**
1722 Circle Dr. #A
Oxford, AL 36203

**Clm No 68681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HAMMOND**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2014 of 2981

---

**William Hancock**
135 Westview Ave
Huntington, WV 25701

**Clm No 27057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HANCOCK**
2215 SAND COURT
RICHMOND TX 77406

**Clm No 38220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Hand**
620 E 150 S
Washington, IN 47501

**Clm No 27058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2015 of 2981

---

**WILLIAM HANLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77934**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Hanley**
4405 Radian Drive
Mobile, AL 36693

**Clm No 59350**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hanley**
204 Barney Loop
Cardova, AL 35550-4441

**Clm No 61929**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2016 of 2981

---

**WILLIAM HANNAH**
4462 WINCHESTER
EIGHT MILE AL 36613

**Clm No 38236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Hannan**
500 Victory Highway Apt. 15
North Smithfield, RI 02896

**Clm No 61934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM HANNAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2017 of 2981

**William Hanrahan**
1134 Throndale Drive
Akron, OH 44320

**Clm No 11040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Harden**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HARDY**
c/o Catherine R. Hardy
9824 Westfield Road
Birmingham, AL 35217

**Clm No 68736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2018 of 2981

---

**WILLIAM HAROLD JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HAROLD WILKERSON JR.**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Harper**
707 Nicholas Street
Toledo, OH 43609

**Clm No 11098**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2019 of 2981

**WILLIAM HARPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Harrell**
33 Hillbright St.
Hawkinsville, GA 31036

**Clm No 48338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Harris**
Post Office Box 246
Carolina Beach, NC 28428

**Clm No 23053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2020 of 2981

---

**William Harris**
110 Laurel Street
San Diego,CA 92101

**Clm No 21760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HARRIS**
5762 TX STATE HWY 63 WEST
JASPER TX 75951

**Clm No 38292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Harris**
7528 Wintergreen Lane
Cordova, TN 38018

**Clm No 59358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**William Harris**
3370 McCann Road
Salem, OH 44460

**Clm No 11115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Harris**
103 Ashford Circle
Hattiesburg, MS 39401

**Clm No 44233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Harris**
3705 1/2 24th Street
Holt, AL 35404

**Clm No 68821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**William Harris**
18 Taylor Lane
Beverly, WV 26253

**Clm No 27102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Harris**
905 Winton Ave.
Akron, OH 44320

**Clm No 11148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Harris**
1176 28th Lane
Pueblo, CO 81006

**Clm No 59362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2023 of 2981

---

**William Harris**
400 Clara Dr.
Chesapeake, VA 23320

**Clm No 33951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HARRISON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HARRY MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2024 of 2981

---

**WILLIAM HARRYMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Harryman**
760 North 2nd West
Spanish Fork, UT 84660

**Clm No 61979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hartley**
9375 Ashwood Court
Mobile, AL 36695

**Clm No 61984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2025 of 2981

**WILLIAM HARTWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77578**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**William Haskins**
2807 Kimball Terrace
Norfolk,  VA 23504

**Clm No 4244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIAM HATFIELD**
315 COPELAND ROAD
WAVERLY OH 45690

**Clm No 38356**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2026 of 2981

---

**William Hathaway**
135 East Hale Drive
Streetsboro, OH 44241

**Clm No 11214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HAWK**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Hawkes**
1718 Tait Street
Lorain, OH 44053

**Clm No 11225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2027 of 2981

---

**William Hawkins**
455 Simmsville Road
Alabaster, AL 35007

**Clm No 68880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HAWKINS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hay**
110 Laurel Street
San Diego, CA 92101

**Clm No 21768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2028 of 2981

---

**William Haydock**
3945 Newhall Road
Columbus, OH 43220

**Clm No 11246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Hayes**
c/o Williams Kherkher
303 Pelham Street
Houston, TX 77017

**Clm No 68884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HAYES**
612 26th St.
Gulfport, MS 39501

**Clm No 56410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2029 of 2981

---

**William Hayes**
569 22nd Street
Newport News,  VA 23607

**Clm No 4265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Haynes**
15108 County Road 15C
Bryan, OH 43506

**Clm No 11261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Haynes**
308 E End Street
Cleveland, MS 38732

**Clm No 44248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2030 of 2981

---

**William Hearst**
2432 Alexander Manor West
Steubenville, OH 43952

**Clm No 11284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Heath**
4431 Hill Avenue
Toledo, OH 43615

**Clm No 11290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Heilman**
2803 Premae Drive
Uniontown, OH 44685

**Clm No 11310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2031 of 2981

---

**William Heitz Esq**
120 Linden Oaks Dr
Rochester, NY 14625

**Clm No 27186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Helwig**
1507 Hodges Ferry Rd.
Portsmouth, VA 23701

**Clm No 33957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hembree**
17640 Hembree Rd
Northport, AL 35475

**Clm No 68923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2032 of 2981

---

**WILLIAM HENDERSON**
3011 CENTRAL BLVD
NEDERLAND TX 77627

**Clm No 38468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Henderson**
428 Darst Avenue
Punta Gorda, FL 33950

**Clm No 62035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Henderson**
47 Highland Avenue
Westerly, RI 2891

**Clm No 19972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2033 of 2981

---

**WILLIAM HENDERSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HENDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Henderson**
97 Henderson Road
Waynesboro, MS 39367

**Clm No 50619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2034 of 2981

---

**William Hendrix**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Hendrix**
c/o June Hendrix
P.O. Box 1427
Northport, AL 35476-6427

**Clm No 68947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Henley**
4511 N. Pearl Street, Apt 4
Jacksonville, FL 32206

**Clm No 19973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2035 of 2981

---

**William Henry Bowen**
P.O. Box 263
Porterdale, GA 30070

**Clm No 51146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HENRY BRABHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Henry Brabham**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 60385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2036 of 2981

---

**WILLIAM HENRY GILBREATH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Henry, Jr.**
5612 Westcreek Drive
Trotwood, OH 45426

**Clm No 11366**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HERMAN BARTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2037 of 2981

---

**WILLIAM HERN**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83864**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Herr**
3349 Ady Road
Street,   MD 21154

**Clm No 4290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Herren**
14512 Hwy 69 North
Northport, AL 35475

**Clm No 68994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2038 of 2981

---

**WILLIAM HERSHELL YATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HESTER**
325 Peoplounger Rd.
Nettleton, MS 38858

**Clm No 56457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hickman**
115 Chestnut Oak Street
St Marys, WV 26170

**Clm No 27236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2039 of 2981

---

**William Hickman**
5032 College Corner Pike Apt. 14
Oxford, OH 45056

**Clm No 11427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HICKMAN**
c/o Frances Hickman
55 Church Street
Carrollton, AL 35447

**Clm No 69015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hicks**
3075 Ebernezer Church Road
Preston, MS 39354

**Clm No 48158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2040 of 2981

---

**WILLIAM HIGGINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM HIGHTOWER**
20400 Lonnie Walker Road
Citronelle, AL 36522

**Clm No 56475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hill**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2041 of 2981

---

**William Hill**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 11483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Hill**
717 Bowling Green Circle
Elyria, OH 44035

**Clm No 11458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Hill**
P.O. Box 527
Mcintosh, AL 36553

**Clm No 69046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           Visit us on the Web at www.omnimgt.com           PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2042 of 2981

---

**William Hill**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69050**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HILL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83733**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**William Hill**
5555 Kay Dr
Milford, OH 45150

**Clm No 27262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2043 of 2981

---

**William Hill, Jr.**
137 Falling Water Dr.
Elyria, OH 44035

**Clm No 11484**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             23-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**WILLIAM HILTON**
115 Ellis St.
Mendenhall, MS 39114

**Clm No 56489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**WILLIAM HILTON, PERSONAL REPRESENTATIVE FOR**
CLARENCE HILTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2044 of 2981

---

**William Hinkle**
10727 Old Lincoln Way East
Orrville, OH 44667

**Clm No 11498**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hinson**
112 Hillridge Dr
Warner Robins, GA 31088

**Clm No 45660**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HIRONS**
3025 CHARMWOOD DRIVE
PORT HURON, MI 48060

**Clm No 483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2045 of 2981

---

**William Hitt**
701 E. Ford Ave.
Barberton, OH 44203

**Clm No 11510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM HOCK**
2743 HAMPTON
PORT NECHES TX 77651

**Clm No 38570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hodges**
C/o Morris Hodges
963 Glenn Chapel Road
Gardendale, AL 35071

**Clm No 69123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2046 of 2981

---

**William Hoff, Jr.**
6615 Hidden Valley Dr.
Amherst, OH 44001

**Clm No 11546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hoffman**
703 Cedar Trace SW
Lilburn,  GA 30047

**Clm No 4348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hogan**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2047 of 2981

---

**William Holland**
206 Dublin Road
Leon, WV 25123

**Clm No 27304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hollaway**
106 Pecan Street
Mulga, AL 35118-0000

**Clm No 62129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Holley**
502 Wildcat Road
Edenton, NC 27932

**Clm No 59394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2048 of 2981

---

**William Hollifield**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hollins**
311 South Scott Street
Mobile, AL 36603

**Clm No 23098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Holman**
257 State Street
Beaver, PA 15009

**Clm No 11599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 6:20:23 PM

### Claims Details
2049 of 2981

---

**William Holmes**
403 12th Ave. North
Texas City, TX 77590

**Clm No 69196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Holzschuh**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 62143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**WILLIAM HOLZSCHUH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**   Visit us on the Web at www.omnimgt.com   PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100   E-mail: claimsmanager@omnimgt.com   FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2050 of 2981

---

**William Homola**
33393 Electric Blvd Apt F12
Avon Lake, OH 44012

**Clm No 11625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Honnaker**
4234 Townhouse Dr
Oregon, OH 43616

**Clm No 27322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hood**
3377 Ridgewood Road
Medina, OH 44256

**Clm No 11634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2051 of 2981

---

**William Hood**
c/o Anthony Hood
2410 Englewood Drive
Tuscaloosa, AL 35405

**Clm No 69212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hooker**
100 Old Oak Rd
Byron, GA 31008

**Clm No 45185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hooker**
P.O. Box 903
Floral City, FL 34436

**Clm No 62146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2052 of 2981

---

**William Hoover**
7254 Chestnut Ridge Road
Hubbard, OH 44425

**Clm No 11655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HOOZER**
145 OLEBURY ST. #145
VIDOR TX 77662

**Clm No 38656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hopkins**
1223 Old US Hwy 1
Wadley, GA 30477

**Clm No 45944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2053 of 2981

---

**William Horne**
3304 Mc Ilhenny St.
Houston, TX 77004

**Clm No 69239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Horne**
734 Lovers Lane Road
Union, SC 29379

**Clm No 23103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Horton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2054 of 2981

| | | | |
|---|---|---|---|
| **William Hosea** | **Clm No 69251** | Filed In Cases: 140 | |
| 3273 Short 17th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **William Hoss** | **Clm No 62166** | Filed In Cases: 140 | |
| 120 Celestial Way #110 | Class | Claim Detail Amount | Final Allowed Amount |
| Juno Beach, FL 33408 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| | | | |
|---|---|---|---|
| **WILLIAM HOSS** | **Clm No 74508** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2055 of 2981

---

**William Houlihan**
620 Vauxhall Street Ext.
Waterford, CT 06385

**Clm No 19989**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Houser**
3714 Severn Road
Cleveland Hts, OH 44118

**Clm No 11701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William Houser**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2056 of 2981

---

**WILLIAM HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Howard**
P.O. Box 74
Philpot, KY 42366

**Clm No 62185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HOWARD BIGGS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2057 of 2981

---

**WILLIAM HOWARD DEEGAN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81755**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM HOWARD ROBERSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85736**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hozkenberry**
15733 Sylvia Drive
Brookpark, OH 44142

**Clm No 11734**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2058 of 2981

---

**WILLIAM HUBBERT**
c/o Joline  Hubbert
1000 Tower Drive
Birmingham, AL 35214

**Clm No 69317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hudgins**
117 Ewellville Lane
Dutton,  VA 23050

**Clm No 4435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hudkins**
3145 Norwood St.
Cuyahoga Falls, OH 44221

**Clm No 11759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2059 of 2981

---

**WILLIAM HUDSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HUDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Hudson**
RR1 Box 133A
Sawyerville, AL 36776

**Clm No 62203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2060 of 2981

---

**William Huerkamp**
505 N. Badger Street, Apt. 107
Caledonia, MN 55921-1557

**Clm No 62205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**WILLIAM HUERKAMP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value |      |

---

**WILLIAM HUFFMAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value |      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2061 of 2981

---

**William Huffman**
2715 Mills Dr.
Lorain, OH 44052

**Clm No 11777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Hughes**
371 Hwy 443
Wilsonville, AL 35186

**Clm No 69360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Hughes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2062 of 2981

---

**William Hughes**
P.O. Box 2094
Kilgore, TX 75663

**Clm No 33429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hughes III**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52533**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hullum**
924 Rowe
Akron, OH 44306

**Clm No 11797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2063 of 2981

**WILLIAM HUMPHREY**
2614 Buttewoods drive
Birmingham, AL 35242

**Clm No 69379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**WILLIAM HUMPHRIES**
1226 Thompson Road
Alabaster, AL 35007

**Clm No 69382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**William Hunt**
53 Shelby Street
Portsmouth,  VA 23701

**Clm No 4457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2064 of 2981

---

**William Hunt**
4560 Bedell Road
Berlin Center, OH 44401

**Clm No 11812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hunt**
1248 Glenwood Blvd.
Schenectady, NY 12308

**Clm No 34251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hunt**
2319 Harding St.
Hollywood, FL 33020-2346

**Clm No 62225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2065 of 2981

---

**WILLIAM HUNT**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HURLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Huston**
364 N. Pleasant Drive
East Palestine, OH 44413

**Clm No 11846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2066 of 2981

---

**William Hutchens**
23 County Road 521
Corinth, MS 38834

**Clm No 44325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hutcheson**
2831 Whitmore Drive
Pine Bluff, AR 71603

**Clm No 47963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hutchison**
50615 ST RT 7
New Matamoras, OH 45767

**Clm No 27427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### Claims Details

2067 of 2981

---

**William Hyer**
14720 Wheeler Road
LaGrange, OH 44050

**Clm No 11859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hymes**
3654 Polo Blvd
Poland, OH 44514

**Clm No 27434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William I. Owens**
4370 Brookside Ct. #104
Edina, MN 55436

**Clm No 12**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 26-Sep-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2068 of 2981

**WILLIAM INCE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**WILLIAM INGRAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**William Ingram**
P.O. Box 220
Waynesville, GA 31566-0220

**Clm No 62259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2069 of 2981

---

**William Irish Jr.**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52552**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Irwin**
110 Laurel Street
San Diego, CA 92101

**Clm No 21807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Irwin**
10104 Shipe Lane
Owings Mills,  MD 21117

**Clm No 4485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2070 of 2981

---

**William J Beatty**
R.R. 2 Box 2099
Thayer, MO  65791

**Clm No 32274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J Boss**
694 Sea Pine Circle
Pensacola, FL  32506

**Clm No 32296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM J CLARK**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2071 of 2981

---

**WILLIAM J SMITH**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Acker**
31435 Hitch Pond Road
Laurel, DE 19956

**Clm No 1613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Bataille**
77 Stanton St.
Clark, NJ 07066

**Clm No 933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2072 of 2981

---

**William J. Bennett**
139 Cherry Street
Clarksburg, WV 26301

**Clm No 53642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Craig, Estate**
Box 184
Hepzibah, WV 26369

**Clm No 54285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM J. CROOK**
415 MINNIE B. TUMBO DRIVE
EIGHT MILE, AL 36613-

**Clm No 20710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2073 of 2981

---

**William J. Davis**
4245 Knickerbocker Road
Sheffield Lake, OH 44054

**Clm No 9364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM J. DOUGLAS**
MELVIN ANGLETON
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $50,000.00 | |
| | $50,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $50,000.00 |

---

**WILLIAM J. GRACE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2074 of 2981

---

**William J. Hank**
214 8th Avenue
Hinton, WV 25951

**Clm No 53788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Heath**
Rt. 2, Box 241
Weston, WV 26452

**Clm No 54831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Ice**
116 Reeves Avenue
Fairmont, WV 26554

**Clm No 53571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2075 of 2981

---

**William J. Kovash**
1124 Minnesink Rd.
Manasquan, NJ 08736

**Clm No 1857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Locketti**
57 S. Edgehill
Youngstown, OH 44515

**Clm No 13106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM J. LOWE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $35,000.00 | |
| | $35,000.00 | |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2076 of 2981

---

**William J. McCloy**
202 Toppins Grove
Murraysville, WV 26164

**Clm No 53752**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Mitchell**
2460 N CENTRAL AVE.
P O BOX 115
LUTCHER, LA 70071

**Clm No 58**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 24-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William J. Pozega**
2015 Ridgeland Dr.
Avon, OH 44011

**Clm No 15066**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2077 of 2981

| | Clm No 17500 | Filed In Cases: 140 | |
|---|---|---|---|
| **William J. VanSuch** | | | |
| 160 Camvet Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Campbell, OH 44405 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 24262 | Filed In Cases: 140 | |
|---|---|---|---|
| **William Jackson** | | | |
| 2031 S Winston Street | Class | Claim Detail Amount | Final Allowed Amount |
| Peoria, IL 61605 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 69498 | Filed In Cases: 140 | |
|---|---|---|---|
| **William Jackson** | | | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2078 of 2981

---

**William Jackson**
101 Bobby Murphy Rd.
Crossett, AR 71635

**Clm No 45225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jackson**
1904 E 51st
Savannah, GA 31404

**Clm No 46992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jackson**
1204 Second Ave
New Cumberland, WV 26047

**Clm No 27466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2079 of 2981

---

**WILLIAM JACKSON THURSTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jaeger**
27043 Tierra De Feugo
Punta Gorda,  FL 33983

**Clm No 4509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jahr**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2080 of 2981

---

**William James**
916 Hwy 42 S
Jackson, GA 30233

**Clm No 50523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William James**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William James**
167 Hunter Drive
Tallulah, LA 71282

**Clm No 44355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2081 of 2981

---

**William James**
581 Paige Riddick Road
Gates,  NC 27937

**Clm No 4522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Jarvis**
2261 State Route 181 N
Greenville, KY 42345

**Clm No 23143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM JASPER HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2082 of 2981

---

**William Jellyman**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jemison**
700 Crest Valley Way
Birmingham, AL 35212

**Clm No 69622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JENKINS**
P. O. Box 822031
Vicksburg, MS 39180

**Clm No 56697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### Claims Details

2083 of 2981

---

**William Jensen**
14333 Hooper Road
Houston, TX 77047

**Clm No 69645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIAM JESSE BOLAND**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Jewell**
1147 Federal Ridge RD
St Marys, WV 26170

**Clm No 27503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2084 of 2981

---

**William Jinks**
P.O. Box 782
Haleyville, AL 35565

**Clm No 62333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JOEL PRATT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Johns**
500 4th Avenue SW #32
Beach City, OH 44608

**Clm No 12043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2085 of 2981

---

**William Johnson**
1023 Pittsburgh Ave. NW.
North Canton, OH 44720

**Clm No 12142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Johnson**
18357 Wildwood Avenue
Lansing, IL 60438-0000

**Clm No 62382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2086 of 2981

---

**WILLIAM JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM JOHNSON**
459 COUNTY ROAD 591
KIRBYVILLE TX 75956

**Clm No 38956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Johnson**
124 Garden Ct
South Point, OH 45680

**Clm No 27547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2087 of 2981

---

**William Johnson**
4373 Herner County Line Rd.
Southington, OH 44470

**Clm No 12065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Johnson**
158 Chester Street
East Hartford, CT 06108

**Clm No 62381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Johnson**
554 Carmel Drive
Melbourne, FL 32940

**Clm No 62383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

**WILLIAM JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**William Johnson**
C/o Minnie Poellnitz
326 Hillside Avenue
Bessemer, AL 35020

**Clm No 69722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Johnson**
9802 Allegheny Drive
Cincinnati, OH 45251

**Clm No 12064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2089 of 2981

---

**William Johnson**
827 36th Street, Apt.#3
Newport News,  VA 23607

**Clm No 4604**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Johnson**
4744 Genevieve Ave
Saint Louis, MO 63120

**Clm No 19100**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84827**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2090 of 2981

---

**WILLIAM JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Johnson**
5753 Crowell Street
Erie, PA 16509

**Clm No 12143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                          2091 of 2981

---

**William Johnson**
135 Stuart Cir. SE
Milledgeville, GA 31059

**Clm No 46239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Johnson**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $500.00             |                      |
|       | $500.00             |                      |

| Date Filed | 7-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $500.00 |

---

**WILLIAM JOHNSON, JR.**
P.O. Box 8012
Anniston, AL 36202

**Clm No 56752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

2092 of 2981

**WILLIAM JOHNSON, PERSONAL REPRESENTATIVE FOR**

REUBEN JOHNSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Johnston**

1387 Hawthorn Dr

Pawleys Island, SC 29585

**Clm No 27550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Joines**

1118 East Avenue

Akron, OH 44307

**Clm No 12166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2093 of 2981

---

**William Jonas**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
c/o Kimbertly A. Jones
2253 Floral Ridge Drive
Dacula, GA 30019

**Clm No 69864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
c/o Betty Jane Jones
20348 Castle Ridge Rd.
Mccalla, AL 35111

**Clm No 69886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2094 of 2981

---

**William Jones**
40 Sun Valley
Glen Dale, WV 26038

**Clm No 27575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
C/o Frances Naomi Jones
6815  Spring Drive
Cottondale, AL 35353

**Clm No 69873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JONES**
809 Belwood Circle
Fairfield, AL 35064

**Clm No 69895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2095 of 2981

---

**William Jones**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $500.00 | |
| | $500.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $500.00 |

---

**William Jones**
1458 Manning Road
Suffolk,  VA 23434

**Clm No 4669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JONES**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2096 of 2981

---

**William Jones**
Post Office Box 673
Lisbon, ND 58054

**Clm No 23178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
Mr. William C. Jones
809 Center Way SW
Birmingham, AL 35211

**Clm No 69819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
1405 Montgomery Ave
Bastrop, LA 71220

**Clm No 46319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2097 of 2981

---

**WILLIAM JONES**
9113 Prairiebrook Road
Moss Point, MS 39562

**Clm No 56785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
42 Lexus Lane
West Blocton, AL 35184

**Clm No 69902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
477 West Kemper
Springdale, OH 45246

**Clm No 12191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/30/2018 6:20:23 PM

*Claims Details*                                                                                2098 of 2981

---

**William Jones**                          **Clm No 4670**      Filed In Cases: 140
499 Club House Road
Garden City,  SC 29576          Class                Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**William Jones**                          **Clm No 4668**      Filed In Cases: 140
1219 Jamal Lane West
Portsmouth,  VA 23701           Class                Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**William Jones**                          **Clm No 45840**     Filed In Cases: 140
11CR 24162
Newton, MS 39345                Class                Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2099 of 2981

---

**William Jones**
142 May Avenue
Northfield, OH 44067

**Clm No 12190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JONES BRANDON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones, Jr.**
8924 Patterson Loop
Reynoldsburg, OH 43068

**Clm No 12236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2100 of 2981

---

**William Jordan**
110 Laurel Street
San Diego, CA 92101

**Clm No 21836**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 7-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**WILLIAM JORDAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**WILLIAM JOSEPH CHURCH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 24-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2101 of 2981

---

**WILLIAM JOSEPH GEORGE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM JOWERS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 39150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Joyner**
2814 Parrish Ave.
Newport News. VA,  23607

**Clm No 4694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1,250.00          |                    |
|       | $1,250.00          |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2102 of 2981

---

**William Joyner**
P.O. Box 512
Norfolk,  VA 23501

**Clm No 4693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Joyner**
3825 Walton Rd
Fort Valley, GA 31030

**Clm No 48659**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Joynes**
334 South Market Street
Girard, OH 44420

**Clm No 12262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2103 of 2981

---

**William Junk**
212 Jessie Street
Two Rivers, WI 54241

**Clm No 24281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Junkin**
C/o Rilla Junkin
1720 Hurricane Rd.  Lot 40
Cottondale, AL 35453

**Clm No 69968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM K BOYKIN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2104 of 2981

---

**William K Edmundson**
529 Newport Pl.
Columbus, GA  31904

**Clm No 32478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM K. AXLEY**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William K. Manz**
26 Ulster St.
West Milford, NJ 07480

**Clm No 1669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2105 of 2981

---

**William K. Priddy, Estate**
117 Woodland Drive
Nitro, WV 25143

**Clm No 53575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM KAVANAUGH OLDHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM KEARNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2106 of 2981

---

**William Kearney**
4590 North 153rd Avenue
Goodyear,  AZ 85395

**Clm No 4713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Keen**
214A Waterwell Rd
Crossett, AR 71635

**Clm No 47339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KEHOE**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2107 of 2981

---

**WILLIAM KEITH**
12487 Attala Road 4101
Sallis, MS 39160

**Clm No 56852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Keller**
687-585 Hollywood Way
Susanville, CA 96130

**Clm No 23195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Kemp**
699 Centerville Rd.
Shacklesford, VA 23156

**Clm No 34011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2108 of 2981

---

**William Kemper**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 12398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KEMPF**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Kempthorne**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 12399**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2109 of 2981

---

**William Kennedy**
313 County Rroad 138
Quitman, MS 39355

**Clm No 23201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**WILLIAM KENNETH GREEN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            23-Mar-2017
Bar Date
Claim Face Value

---

**William Kenny**
8015 Buccaneer Drive
Fort Meyers Beach, FL 33931-5201

**Clm No 62511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2110 of 2981

| WILLIAM KENNY | | **Clm No 77597** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | | | |
| ATTN: FERNANDO JOSE ULLOA | | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | | UNS | Unknown | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| William Kenska | | **Clm No 12415** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1235 West 28th Street | | | | |
| Lorain, OH 44052 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Kent | | **Clm No 46025** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 125 Medlin Road SE | | | | |
| Milledgeville, GA 31061 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2111 of 2981

---

**WILLIAM KEOUGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Kerns**
14082 Center Road
Stewartstown,  PA 17363

**Clm No 4741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Kersh**
3537 Forest Drive
Greenville, MS 38703

**Clm No 44413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### *Claims Details*

2112 of 2981

---

**William Kessler**
213 Northbrooke Avenue
Suffolk, VA 23464

**Clm No 34014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Kesterke, Jr.**
314 Idaho Ave.
Lorain, OH 44052

**Clm No 12443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Keys**
1416 Pin Oak Dr.
Akron, OH 44312

**Clm No 12449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

2113 of 2981

---

**William Kibler**
2910 Ridgewood Avenue
Alliance, OH 44601

**Clm No 12454**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Kidd**
c/o Deborah Bark
313 S. Stuart St.
Baltimore, MD 21221

**Clm No 70058**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Kiepert**
4534 S Quincy Ave
Milwaukee, WI 53207

**Clm No 24295**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2114 of 2981

---

**WILLIAM KILLINGSWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**William Killingsworth**
1409 Bellshore Circle South
Jacksonville, FL 32218-5363

**Clm No 62532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**WILLIAM KIMBERLING**
C/O RUSSELL WINBURN
1 EAST MOUNTAIN
FAYETTEVILLE, AR 72701

**Clm No 39260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2115 of 2981

---

**William Kimble**
5550 Calais Drive
Springfield, OH 44503

**Clm No 12477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KINARD**
56 Hartfield Road
Hattiesburg, MS 39401

**Clm No 56900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM KINDLE**
c/o Ms. Vivian G. Kindle
8703 Candy Street
Houston, TX 77029

**Clm No 70074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2116 of 2981

---

**WILLIAM KINDOL PENNINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Kindred**
1308 Lincoln St. S.w.
Birmingham, AL 35211

**Clm No 70076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2117 of 2981

---

**William King**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 62550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William King**
C/o William King, Jr.
1661 18th Street S.w.
Birmingham, AL 35211

**Clm No 70078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM KING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78333**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2118 of 2981

---

**William Kinsey**
4985 Deleware St.
Gary, IN 46409

**Clm No 24298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM KIRCHSTEIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**William Kirchstein**
146 Palisade Street
Merrimac, WI 53561-9529

**Clm No 62551**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2119 of 2981

| William Kirts | **Clm No 62556** | Filed In Cases: 140 | |
|---|---|---|---|
| 409 19th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Golden, CO 80401-2434 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM KIRTS | **Clm No 78307** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| William Klaila | **Clm No 62562** | Filed In Cases: 140 | |
|---|---|---|---|
| 400 Marion Road | Class | Claim Detail Amount | Final Allowed Amount |
| Middleboro, MA 02346 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2120 of 2981

---

**William Klingensmith**
16500 Berlin Station Road
Berlin Center, OH 44401

**Clm No 12579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Klotz**
1201 Cleona Dr
Chesapeake, VA 23324

**Clm No 27703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Knickrehm**
2825 Randall Ridge Drive
Elgin, IL 60123

**Clm No 62577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2121 of 2981

---

**William Knight**
1124 Lake Land Drive Apt 11
Newport News,  VA 23605

**Clm No 4775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KNIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Knight**
5127 Warrior Jasper Road
Dora, AL 35062

**Clm No 62581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

2122 of 2981

---

**William Knight**
69350 Parkside Drive
Desert Hot Springs, CA 92241

**Clm No 23217**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Koch**
1860 Tolbert Road
Hamilton, OH 45011

**Clm No 62591**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KOCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78348**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2123 of 2981

---

**William Konkel**
137 E Bayles Rd
Charlton, MA 01507

**Clm No 2139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Kovash**
10017 E. 4th Ave
Spokane Valley, WA 99206

**Clm No 62619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KOVASH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2124 of 2981

---

**William Koveck**
3761 Rochester Street
Portage, IN 46368

**Clm No 62620**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KOVECK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM KOZEL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2125 of 2981

---

**WILLIAM KRAEGER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Kraynick**
10934 Lippizan Drive
Jacksonville, FL 32257

**Clm No 62637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KRAYNICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2126 of 2981

---

**William Kreiger**
1109 Howell Avenue NW
North Lawrence, OH 44666

**Clm No 12715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Krizan**
1095 Wilbur Ave.
Norton, OH 44203

**Clm No 12724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Kuhlmann**
Route 5, Box 796
Keyser,  WV 26726

**Clm No 4800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2127 of 2981

---

**WILLIAM KULEKOWSKIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Kulekowskis**
15218 East Hillside Drive
Fountain Hills, AZ 85268-5800

**Clm No 62654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Kyle**
14651 Countyline Rd.
Newton Falls, OH 44444

**Clm No 12776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2128 of 2981

---

**WILLIAM L. BACK**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William L. Dickerson**
200 Halls Hill Road
Colchester, CT 06415

**Clm No 19904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William L. Francis**
RR 2, Box 275 J
Elizabeth, WV 26143

**Clm No 54612**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2129 of 2981

---

**William L. Ingram**
c/o Shinaberry & Meade, LC
2018 Kanawha Blvd. East
Charleston, WV 25311

**Clm No 58906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William L. Jones, Estate**
RR 4, Box 336
Salem, WV 26426

**Clm No 54677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William L. Marsh, Estate**
1 Market St.
Grafton, WV 26354

**Clm No 53478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2130 of 2981

---

**William L. Smith**
237 S. Pleasant St.
Oberlin, OH 44074

**Clm No 16484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM L. TANNER**
6600 WALTER TANNER ROAD
WILMER, AL 36587-

**Clm No 21295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William L. Taylor**
RR 1, Box 410
Lost Creek, WV 26385

**Clm No 54559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2131 of 2981

---

**William LaBuda**
2628 Lehman Street
Baltimore, MD 21223

**Clm No 4805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lafavre**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 62669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Laiti**
3490 Sandvik Road
Fairbanks, AK 99709

**Clm No 62674**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2132 of 2981

| **WILLIAM LAITI** | **Clm No 77778** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **William Lake** | **Clm No 12793** | Filed In Cases: 140 | |
|---|---|---|---|
| 1724 Barrows St. | Class | Claim Detail Amount | Final Allowed Amount |
| Toledo, OH 43613 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILLIAM LAMAR LOPER** | **Clm No 84903** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | UNS | $1.00 | |
| JACKSON, MS 39201 | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2133 of 2981

---

**William Lamb**
5144 U.S. Highway 250 N Lot 10
Norwalk, OH 44857

**Clm No 12803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lambert**
530 Bozeman Road
Madison, MS 39110

**Clm No 49405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lambert**
2795 Stonghenge Drive
Sierrra Vista, AZ 85650

**Clm No 62682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2134 of 2981

---

**William Lambert**
823 Marie Ave.
Akron, OH 44314

**Clm No 12804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM LAMBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**William Lamon**
1939 Cambridge Street
Twinsburg, OH 44087

**Clm No 12811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2135 of 2981

---

**WILLIAM LAMONT WASHINGTON SR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87491**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM LANCASTER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82944**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Landgraf**
1516 Cherry Ave., N.E.
Canton, OH 44714

**Clm No 12823**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2136 of 2981

---

**WILLIAM LANDRY**
575 Claude Marshall Rd,
Zavalla,, TX 79580

**Clm No 70212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LANG**
1014 Joel Lang Road
Magnolia, MS 39552-9739

**Clm No 56972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Langham**
c/o Cindy Burns
1911 Heather Cove Court
Houston, TX 77062

**Clm No 70222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2137 of 2981

---

**William Larry**
2321 31st Ave N.
Birmingham, AL 35207

**Clm No 70241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Laton**
2324 Washington Ave
St Albans, WV 25177

**Clm No 27821**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lau**
555 Roundtop Rd
Middletown, PA 17057

**Clm No 27824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2138 of 2981

---

**WILLIAM LAURENTS**
11603 HWY 62
BUNA TX 77612

**Clm No 39483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lavery**
18 Maplewood Street
Malden, MA 02148

**Clm No 62727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LAVERY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2139 of 2981

---

**William Lavriha**
94 Long Meadow Lane
Rotonda, FL 33947

**Clm No 12870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lawrence**
1474 Copley Meadows Dr.
Copley, OH 44321

**Clm No 12874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lawrence Smith**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2140 of 2981

---

**WILLIAM LAWS**
24993 EAST POINT DRIVE
MATTAWAN, MI 49071

**Clm No 561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lawson**
543 Cypress Terrace
Fayetteville, NC 28314

**Clm No 4849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lawton**
504 Cleveland Road W. Unit H
Huron, OH 44839

**Clm No 12887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2141 of 2981

---

**WILLIAM LAY**
4420 Blake Circle
Jackson, MS 39272

**Clm No 57001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**William Leach**
17103 McMormick Run Road
Salineville, OH 43945

**Clm No 12906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**WILLIAM LECONCHE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/30/2018 6:20:23 PM

*Claims Details*                                                                              2142 of 2981

---

**William LeConche**                    **Clm No 62748**      Filed In Cases: 140
9 Overlook Terrace
Rocky Hill, CT 06067-1713                Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM LEE**                          **Clm No 20996**      Filed In Cases: 140
152 SANDY RUN ROAD
HATTIESBURG, MS 39402-8994               Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Lee**                          **Clm No 62757**      Filed In Cases: 140
12 North 12 Street
Selah, WA 98942                          Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2143 of 2981

---

**William Lee**
608 Matthews Court
Suffolk,  VA 23434

**Clm No 4865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lee**
1510 Delmond Ave.
Toledo, OH 43605

**Clm No 12920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2144 of 2981

---

**William Lee**
C/o Mamie L. Lee
2022 28th Ave
Hueytown, AL 35023

**Clm No 70310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LEE DAVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LEE THOMAS, PERSONAL REPRESENTATIVE FOR**
HARRY N. THOMAS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2145 of 2981

---

**William Leek, Jr.**
1388 Deforest Road SE
Warren, OH 44484

**Clm No 12938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William LeFever**
85 Youtz Avenue
Akron, OH 44301

**Clm No 12943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Leffingwell**
4002 Grapevine Rd
Huntington, WV 25701

**Clm No 27864**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2146 of 2981

---

**William Legon**
1245 Harts Ferry Road
Ohatchee, AL 36271

**Clm No 23249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lehman**
4735 Simon Road
Boardman, OH 44512

**Clm No 12951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lehman**
62 Placid Blvd.
Youngstown, OH 44515

**Clm No 12950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2147 of 2981

---

**William Leigh**
254 Pine Hall Rd.
Mathews, VA 23109

**Clm No 34031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Leloup**
4630 Woodbridge Street
Gary, IN 46408

**Clm No 62770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM LELOUP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2148 of 2981

---

**WILLIAM LEMKE, PERSONAL REPRESENTATIVE FOR**

DONALD ERVIN LEMKE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Leon, Jr.**

1584 Estabrook NW
Warren, OH 44485

**Clm No 12973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lett**

RR 1 Box 58B
Poca, WV 25159

**Clm No 27887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2149 of 2981

---

**WILLIAM LEVIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**WILLIAM LEVON SMTIH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85782**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 24-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Lewin**
1072 Green Street
Muskegon, MI 49442

**Clm No 59491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2150 of 2981

---

**William Lewis**
710 Shriver Ave
Cumberland, MD 21502

**Clm No 27905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lewis**
332 Highland Avenue
Bellevue, OH 44811

**Clm No 13012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lewis**
1709 Stewart Lane
Shreveport, LA 71107

**Clm No 23262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2151 of 2981

---

**William Lewis**
3077 121st St
Toledo, OH 43611

**Clm No 27906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LEWIS**
4224 Fieldstone Dr.
Birmingham, AL 35215-1214

**Clm No 70390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LEWIS**
P O Box 1011
Alexander City, AL 35010

**Clm No 57038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2152 of 2981

---

**William Lewis**
7453 N State Road 39
Lizton, IN 46149

**Clm No 24336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM LEWIS SCATTERGOOD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**William Lightsey**
2373 Old Woodstock Road
West Blocton, AL 35184

**Clm No 70405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2153 of 2981

---

**William Ligon**
P.O. Box 82
Dutton,  VA 23050

**Clm No 4906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ligon**
612 Chapel Street
Hampton,  VA 23669

**Clm No 4907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lindsay**
98 Bonita Dr.
Newport News, VA 23602

**Clm No 34037**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2154 of 2981

---

**William Lindsey**
6334 Coolidge Street
Jacksonville, FL 32219-

**Clm No 62824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Litch**
1162 Trails Edge Dr.
Hubbard, OH 44425

**Clm No 13073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Livingston**
5118 10th Avenue East
Tuscaloosa, AL 35405

**Clm No 70439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2155 of 2981

---

**William Lloyd**
103 Burnham Place
Newport News, VA 23606

**Clm No 34039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lock**
5633 Pyrmont Road
Lewisburg, OH 45338

**Clm No 13103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lockhart**
c/o Ms. Beverly Piskac
12 Alabama Court
Houston, TX 77027

**Clm No 70446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2156 of 2981

---

**William Loddeke**
240 N 3rd
Breese, IL 62230

**Clm No 24341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LOFGREN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM LOFTUS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2157 of 2981

---

**William Lombas**
2813 Barataria Blvd.
Marrero, LA 70073

**Clm No 19199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LONGO**
536 Bay Pointe Dr.
Brandon, MS 39047

**Clm No 57087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lopez**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2158 of 2981

**WILLIAM LOUIS PAYNE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Love**
6509 Killebrew Rd
Damascus, GA 39841

**Clm No 49836**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Love**
1014 Shifield Street Apt. 607
Pittsburgh, PA 15233

**Clm No 59503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2159 of 2981

---

**WILLIAM LOVERN**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 39738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM LOVETT**
363 AZALEA RD N4
MOBILE AL 36609

**Clm No 39739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM LOWERY**
2330 2ND ST.
PORT NECHES TX 77651

**Clm No 39749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2160 of 2981

---

**WILLIAM LOWRANCE**
144 NEDERLAND AVE
NEDERLAND TX 77627

**Clm No 39750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Loxterman**
21055 Briar Cove Circle
Porter, TX 77365

**Clm No 70523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LOYD**
33 Michael St.
Natchez, MS 39120

**Clm No 57101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2161 of 2981

---

**WILLIAM LOYD DOGAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Lucky, Jr.**
1442 W. River Rd. N, Apt G.
Elyria, OH 44035

**Clm No 13209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Luke**
821 Chapel Ridge St. NE
Canton, OH 44714

**Clm No 13213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2162 of 2981

---

**William Lumpkin**
38 Clint Mitchell Rd.
Picayune, MS 39466

**Clm No 19208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lupton**
8262 Hell Neck Road
Gloucester,  VA 23061

**Clm No 4950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LYLES, JR.**
12-B Petal Lane
Natchez, MS 39120

**Clm No 57113**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2163 of 2981

**WILLIAM LYNCH**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Lynn**
808 Saul Dr. Apt. 1
Hubbard, OH 44425

**Clm No 13248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lynn**
355 Worley Rd
Tunnel Hill, GA 30755

**Clm No 48494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          2164 of 2981

---

**William Lyon**                                  **Clm No 70563**    Filed In Cases: 140
651 5Th Avenue
Chickasaw, AL 36611                    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Lyons**                                 **Clm No 23286**    Filed In Cases: 140
Post Office Box 385
Braggs, OK 74423                     | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Lyons**                                 **Clm No 13251**    Filed In Cases: 140
260 Woodridge Road
Vermilion, OH 44089                   | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2165 of 2981

---

**WILLIAM LYTLE**
1722 POTOMAC DRIVE
TOLEDO, OH 43607

**Clm No 586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM M GORMAN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM M LANDRY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2166 of 2981

---

**William M. Hartley**
209 Kennedy Store Road
Morgantown, WV 26508

**Clm No 53770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William M. Miller**
18 Crestview Terrace
Bridgeport, WV 26330

**Clm No 53713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William M. Rector**
315 South 2nd Street
Clarksburg, WV 26301

**Clm No 53933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2167 of 2981

---

**WILLIAM M. ROBISON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Mabry**
1937 4th Street SE
Canton, OH 44707

**Clm No 13258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MACK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2168 of 2981

---

**William Mack**
4828 Bedford Street
Detroit, MI 48224

**Clm No 23289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William MacLeod**
2302 Massanetta Springs Road
Harrisonburg, VA 22801

**Clm No 34042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM MACNIVEN**
2421 LIBERTY STREET
BEAUMONT TX 77702

**Clm No 39817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2169 of 2981

---

**William Madaras**
48160 North Ridge Road
Amherst, OH 44001

**Clm No 13276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MADDOX**
c/o Belissa K. Lewis
1009 Honeysuckle Ln.
Adamsville, AL 35005

**Clm No 70580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MADOLE**
1807 YORKSHIRE CIRCLE
BEAUMONT TX 77713

**Clm No 39824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2170 of 2981

---

**William Madrey**
808 Nottingham Road
Portsmouth, VA 23701

**Clm No 4969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Magers**
C/o Gale Abernathy
4251 5th Avenue, South
Birmingham, AL 35222

**Clm No 70586**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mahan**
2722 Ave. H.
Ensley, AL 35218

**Clm No 59517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2171 of 2981

---

**William Makay**
46915 Middle Ridge Rd..
Amherst, OH 44001

**Clm No 13297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Makela**
568 David Dr
Streetsboro, OH 44241

**Clm No 28029**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MALACKOWSKI**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2172 of 2981

---

**William Maloy, Jr.**
147 Sipple Ave.
Amherst, OH 44001

**Clm No 13320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM MALUVAC**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value          $10,000.00

---

**WILLIAM MALY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Mar-2017
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2173 of 2981

---

**William Mandeville**
17 Park Street
Florence, MA 01062-

**Clm No 62970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mangham**
14058 Milldale Road
Brookwood, AL 35444

**Clm No 70603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Manning**
7822 Misty Haven Dr
Conroe, TX 77304

**Clm No 70611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2174 of 2981

---

**William Manthe**
2863 Berne Ave.
Akron, OH 44312

**Clm No 13339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Maples**
549 W. Dickey Road
Grand Prairie, TX 75051

**Clm No 24936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Marcucci**
42804 Haven Dr.
Elyria, OH 44035

**Clm No 13349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2175 of 2981

---

**William Marini**
27 Van Buren Drive,  #A
Abington, MA 02351-1570

**Clm No 62986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed                 8-Dec-2016
Bar Date
Claim Face Value         $10,000.00

---

**WILLIAM MARINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed                 20-Mar-2017
Bar Date
Claim Face Value

---

**William Marion**
505 East Graham Street
Kentland, IN 47951-0000

**Clm No 62989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed                 8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

### Claims Details                                                                 2176 of 2981

---

**WILLIAM MARION**                    **Clm No 76595**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class            Claim Detail Amount    Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                  Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**William Marks**                     **Clm No 70646**    Filed In Cases: 140
P.o. Box 352
Greensboro, AL 36744              Class            Claim Detail Amount    Final Allowed Amount

                                  UNS                   $1.00

                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Marriner**                  **Clm No 5009**    Filed In Cases: 140
507 Woodfin Road
Newport News,  VA 23601           Class            Claim Detail Amount    Final Allowed Amount

                                  UNS                   $1.00

                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2177 of 2981

---

**WILLIAM MARTELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Martell**
41 Lodge Road
Newton, MA 02165-

**Clm No 63004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Martell**
354 Jefferson Avenue
New London, CT 06320

**Clm No 20056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2178 of 2981

---

**William Martin**
704 Edison Ave
Muscle Shoals, AL 35661

**Clm No 59521**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Martin**
107 Roaw Lane
Pomona Park, FL 32181

**Clm No 63019**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Martin**
1226 West Garnette Street
Tucson, AZ 85705

**Clm No 63020**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2179 of 2981

---

**WILLIAM MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM MARTIN**
1586 Trestle Road
Yazoo City, MS 39194

**Clm No 57167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/30/2018 6:20:23 PM

### Claims Details

2180 of 2981

| | | |
|---|---|---|
| **William Martin** | **Clm No 52754** | Filed In Cases: 140 |
| c/o Brayton Purcell | | |
| 222 Rush Landing Road | | |
| Novato, CA 94948 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **William Martin** | **Clm No 70665** | Filed In Cases: 140 |
| c/o Williams Kherkher | | |
| 8441 Gulf Fwy #600 | | |
| Houston, TX 77017 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **William Martin** | **Clm No 63021** | Filed In Cases: 140 |
| 5007 High Street | | |
| Logansport, IN 46947 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2181 of 2981

---

**WILLIAM MARTIN HICKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Martinez**
2041 Margaret Ln.
Meraux, LA 70075

**Clm No 19231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mason**
89 W 1100 N
Chesterton, IN 46304-0000

**Clm No 63036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2182 of 2981

**WILLIAM MASON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Massey**
231 Denison Avenue
Elyria, OH 44035

**Clm No 13453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Massey**
P.O. Box 213
Thomasville, AL 36784-0214

**Clm No 70716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2183 of 2981

---

**William Matarese**
14 Cider Mill Drive
Shrewsbury, MA 01545

**Clm No 2175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Matchett**
132 Horseshoe Dr
Chicopee, MA 01022-1175

**Clm No 63042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Matheny**
204 Roosevelt Ave
Benwood, WV 26031

**Clm No 28099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2184 of 2981

---

**William Matlock**
PO Box 36
Stilesville, IN 46180

**Clm No 28105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Matt**
110 Laurel Street
San Diego,CA 92101

**Clm No 21892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mattox**
207 Keswick Place
Smithfield, VA 23430

**Clm No 34051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

---

**William Maupin**
205 Meadow Brook Drive
Dothan, AL 36303

**Clm No 47199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mauzy**
1190 Timbercrest Street
Youngstown, OH 44505

**Clm No 13499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MAXEY**
7540 NORTH LAKESIDE LANE
PARADISE VALLEY AZ 85253

**Clm No 39996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2186 of 2981

---

**William May**
#2 Arlington Drive
Tuscaloosa, AL 35401

**Clm No 70755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William May**
1522 Denton Drive
Hampton,  VA 23664

**Clm No 5051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mays**
10040 Brodnax Spur
Oak Ridge, LA 71264

**Clm No 45206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2187 of 2981

---

**WILLIAM MCCAA**
P.O. BOX 805
EUTAW AL 35462

**Clm No 40043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McCabe**
989 New Hope Road
Springville, AL 35146

**Clm No 70783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCCAMMON**
P O Box 83
Saraland, AL 36571

**Clm No 57219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2188 of 2981

---

**William McCartney**
525 Georgetown Ave M-28
Elyria, OH 44035

**Clm No 13552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McClain**
3717 State Route 534 SW
Newton Falls, OH 44444

**Clm No 13561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McClammy**
3801 Baywood Drive
Moss Point, MS 39563

**Clm No 59537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2189 of 2981

---

**William McClannahan**
5340 Cohay Road
Horn Lake, MS 38637

**Clm No 19244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCCLELLAN**
71 DURANT LANE, APT. C-4
Durant, MS 39063

**Clm No 57224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCCONNELL**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2190 of 2981

---

**William McCormick**
56723 Circle Drive
Armstrong Mills, OH 43933

**Clm No 13586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McCullers**
c/o Patricia McCullers Stokes
234 Courtside Drive
Birmingham, AL 35242

**Clm No 70839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCDANIEL**
2605 36TH AVE N
TEXAS CITY TX 77590

**Clm No 40111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2191 of 2981

---

**William McDonald**
724 West 44th Street
Savannah, GA 31405

**Clm No 23338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**WILLIAM MCDONALD**
1900 HWY. 43 S.
Canton, MS 39046

**Clm No 57270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**WILLIAM MCDONOUGH**
P O Box 1267 77 South
Ashland, AL 36251

**Clm No 57276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|---------------------|----------------------|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

## *Claims Details*

2192 of 2981

---

**William McDougald**
6425 Justus Road
Bastrop, LA 71220

**Clm No 49812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William McElroy**
2740 Ryewood Avenue Apt.B
Copley, OH 44321

**Clm No 13628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William McElroy**
86 Woolery Lane, Apt A
Dayton, OH 45415

**Clm No 13629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

---

**WILLIAM MCFADDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William McFadden**
55 Maple Lane
Pleasant Grove, UT 84062

**Clm No 63117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCFALL**
402 Hughes Ave.
Columbia, TN 38401

**Clm No 57282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2194 of 2981

---

**William McGee**
1840 49 St. West
Birmingham, AL 35208

**Clm No 70892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McGee**
1502 Country Rd 16
Louin, MS 39338

**Clm No 44524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McGill**
1882 Manchester Avenue SW
North Lawrence, OH 44666

**Clm No 13654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2195 of 2981

---

**WILLIAM MCGIVNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William McGivney**
211 Cross Street
Hanson, MA 02341

**Clm No 63132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCGOVERN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76690**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                                            2196 of 2981

---

**William McGovern**                     **Clm No 63135**    Filed In Cases: 140
400 Beach Drive NE, Apt. 801
St. Petersburg, FL 33701                  Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $10,000.00
                                                             $10,000.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**William McGuckin**                      **Clm No 13664**    Filed In Cases: 140
351 Park Avenue
East Palestine, OH 44413                  Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**William McIntosh**                      **Clm No 70912**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                          UNS                   $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2197 of 2981

---

**WILLIAM McKENNA**
P.O. BOX 5051
ARIZONA CITY, AZ 85123

**Clm No 611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William McKenney**
C/o Ralph E. Mckenney
8019  Marisol Drive
Houston, TX 77083

**Clm No 70923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM MCKENZIE**
45 A J.P. Rutland Lane
Collins, MS 39428

**Clm No 57300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2198 of 2981

---

**William McKenzie**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCKINLEY JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McKinney**
3906 Sharon Church Road
Pinson, AL 35126

**Clm No 70935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2199 of 2981

---

**WILLIAM MCKISSICK**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 82943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William McKnight**
3204 North 20th Street
Hueytown, AL 35023

**Clm No 70941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCLAUGHLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2200 of 2981

---

**William McLeod**
5010 Brookside Lane
New Port Richey, FL 34653

**Clm No 63159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MCMULLEN, JR.**
104 Chandlers Cove
Vicksburg, MS 39183

**Clm No 57324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McNair**
2695 Christensen Ave.
Akron, OH 44314

**Clm No 13746**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2201 of 2981

---

**William McNamara**
28669 Lyona Road
Guys Mills, PA 16327

**Clm No 28217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McNaughton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McNeill**
49 Pleasant Valley Drive #701
Worcester, MA 01605

**Clm No 2181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2202 of 2981

---

**William McTier**
P.O. Box 325
Gray, GA 31032

**Clm No 51198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William McVan**
2268 Income Dr.
Akron, OH 44305

**Clm No 13765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM MCWILLIAMS**
156 Holmar Drive
Brandon, MS 39047

**Clm No 57338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2203 of 2981

---

**William Mechling**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Medeiros**
15 Gay Hill Road
Uncasville, CT 06382

**Clm No 20065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MEEKINGS**
242 CR 38
Tyler, TX 75706

**Clm No 70995**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2204 of 2981

---

**William Meinhardt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mele**
305 N. Church Street
Mt. Olive,  NC 28365

**Clm No 5120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 5121 |

---

**William Mele**
305 North Church St.
Mount Olive , NC 28365

**Clm No 5121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 5120 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2205 of 2981

---

**WILLIAM MELTZER**
397 BURT STREET
TECUMSEH, MI 49286

**Clm No 618**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Melvin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71010**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MELVIN MCGAHA**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86659**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2206 of 2981

---

**WILLIAM MENARD**
401 East Boudreaux
Erath, LA 70533

**Clm No 57347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MENDEZ**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Mercer**
587 McCracklin St.
Juliette, GA 31046

**Clm No 49594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2207 of 2981

---

**William Merle Horn**
1217 Hwy 63 North
Lucedale, MS 39452

**Clm No 45926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Merritt**
293 Society Hill Circle
The Villages, FL 32162

**Clm No 63210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MERRITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2208 of 2981

---

**WILLIAM MERZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76849**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Merz**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 63212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Messaros, Jr.**
1129 Hunting Hollow
Grafton, OH 44044

**Clm No 13837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                    2209 of 2981

---

**WILLIAM MEWBOURN**
1575 CO. RD 7
BREMEN AL 49044

**Clm No 40260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Meyerring**
203 S. Spring Street
Blythe, CA 92225

**Clm No 23372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Meyers**
11042 Whipple Pool Lane
Bastrop, LA 71220

**Clm No 45601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2210 of 2981

---

**William Michael Lynn**
c/o William Michael Lynn
508 Mimosa Dr.
Dublin, GA 31021

**Clm No 50785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Michaels**
36623 Hunter Camp Rd.
Lisbon, OH 44432

**Clm No 13864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mike**
6213 Sunset Drive
Bedford Hts, OH 44146

**Clm No 13885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2211 of 2981

---

**WILLIAM MILES**
P.O. BOX 465
FIELDALE VA 24089

**Clm No 40285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**WILLIAM MILES**
P.O. BOX 931
KINGSVILLE TX 78364-0931

**Clm No 40283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Miles**
3206 Lilly Flower
San Antonio,  TX 78253

**Clm No 5144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2212 of 2981

---

**William Miles**
114 Overlook Dr
Wintersville, OH 43952

**Clm No 28285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MILLER**
19451 Dixie Road
Saucier, MS 39574

**Clm No 57362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Miller**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2213 of 2981

| **WILLIAM MILLER, JR.** | **Clm No 57369** | Filed In Cases: 140 | |
|---|---|---|---|
| 4815 Gibson Road | | | |
| Vicksburg, MS 39180 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Millican** | **Clm No 24961** | Filed In Cases: 140 | |
|---|---|---|---|
| 6301 Sunset Dr | | | |
| Sylvan Springs, AL 35118 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Milton** | **Clm No 28328** | Filed In Cases: 140 | |
|---|---|---|---|
| 16125 Long Talon Way | | | |
| Charlotte, NC 28278 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2214 of 2981

---

**William Milward**
11 Fiske Road
Saugus, MA 01906-3358

**Clm No 63266**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Mitchell**
3263 Mt. Olive Road
Mt. Olive, AL 35117

**Clm No 71134**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mitchell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2215 of 2981

---

**William Mitchell**
3721 Nottaway Street
Norfolk, VA 23513

**Clm No 5178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mitsakos**
42 Gordon Street
E. Haven, CT 06512

**Clm No 63284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Moczygemba**
101 East Royce Dr.
Chesapeake, VA 23322

**Clm No 5180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2216 of 2981

---

**William Molonson**
1039 Poquonnock Rd, Apt 104
Groton, CT 06340

**Clm No 20074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MONAHAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Monahan**
203 N Capri Drive
Duncanville, TX 75116

**Clm No 63302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2217 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2218 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2219 of 2981

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2220 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2221 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2222 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2223 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21471**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2224 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2225 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21436**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2226 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2227 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                                      2228 of 2981

---

**William Monroe**                    **Clm No 21468**    Filed In Cases: 140
580 East Main Street Suite 600
Norfolk, VA 23510

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Monroe**                    **Clm No 21457**    Filed In Cases: 140
580 East Main Street Suite 600
Norfolk, VA 23510

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Monroe**                    **Clm No 21476**    Filed In Cases: 140
580 East Main Street Suite 600
Norfolk, VA 23510

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          2229 of 2981

---

**William Monroe**                          **Clm No 21433**      Filed In Cases: 140

580 East Main Street Suite 600              Class          Claim Detail Amount       Final Allowed Amount

Norfolk, VA 23510
                                            UNS                    $1.00

                                                                   $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**William Monroe**                          **Clm No 21480**      Filed In Cases: 140

580 East Main Street Suite 600              Class          Claim Detail Amount       Final Allowed Amount

Norfolk, VA 23510
                                            UNS                    $1.00

                                                                   $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**William Monroe**                          **Clm No 21507**      Filed In Cases: 140

580 East Main Street Suite 600              Class          Claim Detail Amount       Final Allowed Amount

Norfolk, VA 23510
                                            UNS                    $1.00

                                                                   $1.00

Date Filed              6-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2230 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/30/2018 6:20:23 PM

*Claims Details*                                                                                    2231 of 2981

---

**William Monroe**                          **Clm No 21485**    Filed In Cases: 140
580 East Main Street Suite 600
Norfolk, VA 23510                            Class              Claim Detail Amount    Final Allowed Amount

                                             UNS                     $1.00
                                             ─────────────────────────────────────────────────────
                                                                     $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Monroe**                          **Clm No 21488**    Filed In Cases: 140
580 East Main Street Suite 600
Norfolk, VA 23510                            Class              Claim Detail Amount    Final Allowed Amount

                                             UNS                     $1.00
                                             ─────────────────────────────────────────────────────
                                                                     $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Monroe**                          **Clm No 21494**    Filed In Cases: 140
580 East Main Street Suite 600
Norfolk, VA 23510                            Class              Claim Detail Amount    Final Allowed Amount

                                             UNS                     $1.00
                                             ─────────────────────────────────────────────────────
                                                                     $1.00

Date Filed              6-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2232 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2233 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2234 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2235 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21456**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### *Claims Details*

2236 of 2981

| William Monroe | **Clm No 21496** | Filed In Cases: 140 | |
|---|---|---|---|
| 580 East Main Street Suite 600 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23510 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| William Monroe | **Clm No 21497** | Filed In Cases: 140 | |
|---|---|---|---|
| 580 East Main Street Suite 600 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23510 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| William Monroe | **Clm No 21441** | Filed In Cases: 140 | |
|---|---|---|---|
| 580 East Main Street Suite 600 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23510 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2237 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21442**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21459**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2238 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21484**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21474**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21492**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2239 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2240 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21502**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2241 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2242 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2243 of 2981

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21460**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

2244 of 2981

---

**William Monroe**
580 East Main Street Suite 600
Norfolk, VA 23510

**Clm No 21503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Montesano**
1952 Lake Lotela Drive
Avon Park, FL 33825-

**Clm No 63312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MONTESANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2245 of 2981

---

**William Montgomery**
3903 38Th Avenue
Northport, AL 35476

**Clm No 71168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Moore**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $3,000.00           |                      |
|       | $3,000.00           |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $3,000.00 |

---

**William Moore**
2 Lyons Creek Dr.
Poquoson, VA 23662

**Clm No 34068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2246 of 2981

---

**WILLIAM MOORE**
2550 FAIRGROUND ST.
GREENSBORO AL 36744

**Clm No 40457**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Moore**
4008 Birchwood Ave
Chesapeake, VA 23321

**Clm No 5213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**William Moore**
121 Prospect Street
Canton, MA 02021

**Clm No 63335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2247 of 2981

**WILLIAM MOORE**
66 Glade Dummy Line Road
Laurel, MS 39443

**Clm No 57413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Moore**
112 Harrigan Way
Yorktown,  VA 23693

**Clm No 5212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Moore**
5377 Bond Ave.
Lorain, OH 44055

**Clm No 14118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2248 of 2981

---

**WILLIAM MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Moore**
3261 Miriam Drive South
Columbus, OH 43204

**Clm No 14097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Moores**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2249 of 2981

---

**William Moran**
6199 Mark Drive
Bedford Hts, OH 44146

**Clm No 14133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Morehead**
c/o Mr. William L. Morehead, Jr.
32634 Wingfoot Circle
Fulshear, TX 77441-4429

**Clm No 71241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MORGAN**
426 County Rd. 333
Heidelberg, MS 39439

**Clm No 57429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2250 of 2981

---

**William Morgan**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Morgan**
1609 Beville Dr
Griffin, GA 30224

**Clm No 46639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Morgan**
1270 Highway 2
Corinth, MS 38834

**Clm No 44599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2251 of 2981

---

**William Morrell**
1617 Windlace Court
Jacksonville,  FL 32225

**Clm No 5227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Morris**
85 Bradfords Road
Cobbs Creek,  VA 23035

**Clm No 5236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**WILLIAM MORRIS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            22-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                                              3/30/2018 6:20:23 PM

*Claims Details*                                                                                                                      2252 of 2981

| WILLIAM MORRIS | **Clm No 71264** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 875 7th Street, W | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35204 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed                9-Dec-2016
Bar Date
Claim Face Value          $1.00

| WILLIAM MORRIS | **Clm No 83861** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| C/O O'SHEA & REYES, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: DANIEL F. O'SHEA | UNS | $10,000.00 | |
| 5599 SOUTH UNIVERSITY DR, STE 202 | | $10,000.00 | |
| DAVIE, FL 33328 | | | |

Date Filed                22-Mar-2017
Bar Date
Claim Face Value          $10,000.00

| William Morrison | **Clm No 28397** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 77185 Branson Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Cadiz, OH 43907 | UNS | $10,000.00 | |
| | | $10,000.00 | |

Date Filed                8-Dec-2016
Bar Date
Claim Face Value          $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2253 of 2981

---

**William Morrison**
201 Genoa Avenue NW
Massillon, OH 44646

**Clm No 14178**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Morrow**
300 Stracner Road
Ashville, AL 35953

**Clm No 71284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MORTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2254 of 2981

---

**William Morton**
560 East Street
Mansfield, MA 02048

**Clm No 63372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Morvan**
1883 Quaker Street
Northbridge, MA 01534

**Clm No 2198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM MOSES**
6309 TANGLEBRUSH TRAIL
ORANGE TX 77632

**Clm No 40542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2255 of 2981

---

**WILLIAM MOSLEY**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 40549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|-----------|
| Bar Date         |           |
| Claim Face Value | $1.00     |

---

**William Moss**
5396 Polen Road NE
Mineral City, OH 44656

**Clm No 14202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**William Moss**
C/o Peter Moss
5220 Terrace Q
Birmingham, AL 35208

**Clm No 71299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|-----------|
| Bar Date         |           |
| Claim Face Value | $1.00     |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2256 of 2981

---

**William Moss**
c/o Marie Moss Holman
17119 Valley Glen Rd.
Pflugerville, TX 78660

**Clm No 71301**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM MOTEN**
241 Draper Road
Talladega, AL 35160

**Clm No 71308**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Moujaes**
2818 Monticello Lane
Sandusky, OH 44870

**Clm No 14219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2257 of 2981

---

**William Mouser**
119 Day Brook Drive
Grafton, WV 26354

**Clm No 28406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mower**
47180 Middle Ridge Road
Amherst, OH 44001

**Clm No 14223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mowery**
112 Little Oak Lane
Talladega, AL 35160

**Clm No 23424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2258 of 2981

---

**William Mrofchak**
389 Bonnie Brae
Vienna, OH 44473

**Clm No 14233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mullen**
PO Box 2
Trimble, OH 45782

**Clm No 28416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mullins**
C/o Robert A. Mullins, Jr.,  Attorney
2345 Bush Boulevard
Birmingham, AL 35208

**Clm No 71321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2259 of 2981

---

**William Mullins**
39183 Davis Dr.
Grafton, OH 44044

**Clm No 14256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mulvey**
745 Mountain Road
Parsonsfield, ME 04047-

**Clm No 63394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mundy**
4733 Sullivan Blvd.
Virginia Beach,  VA 23455

**Clm No 5252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2260 of 2981

**William Murch**
228 Mistuxet Avenue
Mystic, CT 06355

**Clm No 63403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM MURCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**William Murkerson**
RR 1 Box 90
Jakin, GA 31761

**Clm No 51810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2261 of 2981

---

**William Murray**
231 Odum Road
Gardendale, AL 35071

**Clm No 71344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Murray**
7285 Vrain Street
Westminster, CO 80030-5111

**Clm No 63413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**WILLIAM MURRAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                    2262 of 2981

---

**William Murray**                          **Clm No 71342**   Filed In Cases: 140
9963 Sunlight Drive
Tuscaloosa, AL 35405              Class          Claim Detail Amount     Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Murray**                          **Clm No 71341**   Filed In Cases: 140
C/o William E. Murray Iii
9963 Sunlight Drive              Class          Claim Detail Amount     Final Allowed Amount
Tuscaloosa, AL 35405
                                 UNS                  $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Muse**                            **Clm No 19316**   Filed In Cases: 140
1821 Governor Nicholls
New Orleans, LA 70116            Class          Claim Detail Amount     Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2263 of 2981

---

**William Mutter**
2445 Dianne Drive
Cocoa, FL 32926-

**Clm No 63417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MUTTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM MYERS**
427 Mary Grove Church Rd.
Mendenhall, MS 39114

**Clm No 57462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2264 of 2981

---

**William Myles**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MYLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76834**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Myrex**
C/o Ronald G. Myrex
5947 Tommy Town Road
Mt. Olive, AL 35117

**Clm No 71357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

---

*Claims Details*

2265 of 2981

---

**William N Achord**
c/o The Jaques Admiralty Law Firm
645 Griswold,  Suite 1370
Detroit, MI 48226

**Clm No 30182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William N. May, Jr., Estate**
1205 9th Street, Apt. 207
Vienna, WV 26105

**Clm No 53586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Narkiewicz**
141 Meetinghouse Lane
Shamong, NJ 08088

**Clm No 1620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2266 of 2981

**William Nathan**
1117 Tuckawanna Dr.
Birmingham, AL 35215

**Clm No 71380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Nay**
2456  17th St.
Cuyahoga Falls, OH 44223

**Clm No 14343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Neal**
6221 Chestnut Ridge Road
Hubbard, OH 44425

**Clm No 14354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2267 of 2981

---

**William Neal**
491 Scenic Trail
Warrior, AL 35180

**Clm No 71387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Neal**
37 Byers Ave., Apt. 302
Akron, OH 44302

**Clm No 14349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Needham**
12375 Debby Dr.
Parma, OH 44130

**Clm No 14357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2268 of 2981

---

**WILLIAM NEEDHAM**
2601 Streetman Circle
Birmingham, AL 35235

**Clm No 71391**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Neff**
108 Pocantico Ave.
Akron, OH 44312

**Clm No 14365**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM NEIDLINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74016**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2269 of 2981

---

**William Neidlinger**
8836 Stevensville-Baroda RD. Lot 86
Baroda, MI 49101

**Clm No 63449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Nelms**
603 Confederate Street
Corinth, MS 38834

**Clm No 44621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Nelson**
208 Arrowwood Place
Ballston Spa, NY 12020

**Clm No 23449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2270 of 2981

---

**William Newell**
110 Laurel Street
San Diego, CA 92101

**Clm No 21929**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          7-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Newlin**
7344 S. Marshall Drive
Nineveh, IN 46164-8664

**Clm No 63474**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Nichols**
2173 Stanaford Road
Beckley,  WV 25801

**Clm No 5316**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2271 of 2981

---

**WILLIAM NICHOLS**
5465 Reeder Rd
Dora, AL 35062

**Clm No 71439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Nielson**
7619  47 Avenue
Kenosha, WI 53142-0000

**Clm No 63497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM NIELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2272 of 2981

---

**William Nix**
P.O. Box 54
Caney, OK 74533-0054

**Clm No 71449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Nix**
5030 East 13 Street
Panama City, FL 32404

**Clm No 63503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Nixon**
c/o Dorothy Nixon
836 2nd St. S.W.
Birmingham, AL 35211

**Clm No 71457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2273 of 2981

---

**William Nolan**
33 Lowell Street
Cranston, RI 02910

**Clm No 20090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Noland**
C/o Annie Ray Noland
2605 Hackberry Lane
Tuscaloosa, AL 35401

**Clm No 71470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM NONDORF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2274 of 2981

---

**William Nondorf**
936 Sweet Cicely DR
Westville, IN 46391

**Clm No 63512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIAM NORCOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**William Norfleet**
C/o Celia Norfleet
27 Washington Square
Tuscaloosa, AL 35401

**Clm No 71476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2275 of 2981

---

**William Norred**
c/o Marry Ann Norred
5051 Eastern Valley Rd.
McCalla, AL 35111

**Clm No 71479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William North**
3466 New Hope Road
Guys, TN 38339

**Clm No 44635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William North**
4226 Chester NE
Louisville, OH 44641

**Clm No 14460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2276 of 2981

---

**WILLIAM NOWLIN**

67 Service Road

Laurel, MS 39443

**Clm No 57526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM O'DELL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William O'Dell**

4 Millbrook Court Unit 4

Newington, CT 06111

**Clm No 63550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2277 of 2981

---

**William O'Neal**
132 Hickory St.
Childersburg, AL 35044-1104

**Clm No 71561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William O'Reilly**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM O. CALVERT**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2278 of 2981

---

**William O. Carpenter**
P.O. Box 76
Pinegrove, WV 26419

**Clm No 54487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Oakley**
c/o Georgia Mae Oakley
Post Office Box 68
Carrollton, AL 35447

**Clm No 71505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Odom**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 63551**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/30/2018 6:20:23 PM

## Claims Details
2279 of 2981

**WILLIAM OLDHAM**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**William Oliver**
4581 County Road 310
Cleburne, TX 76031

**Clm No 71547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Oliver**
4110 Edgewood Drive
Coconut Creek, FL 33066

**Clm No 63563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2280 of 2981

---

| **WILLIAM OLIVER ROLAND** | **Clm No 85849** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **William Orcutt** | **Clm No 63578** | Filed In Cases: 140 | |
|---|---|---|---|
| 1342 Camellia Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Ft. Lauderdale, FL 33326 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **WILLIAM ORCUTT** | **Clm No 75737** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2281 of 2981

---

**William Orlofske**
220 Sycamore St
Weirton, WV 26062

**Clm No 28538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Orzo**
6903 Ravenna Ave NE
Louisville, OH 44641

**Clm No 14587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William Osborne**
11128 Ridge Road NE
East Sparta, OH 44626

**Clm No 14596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2282 of 2981

---

**WILLIAM OTIS DOUGLAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Overstreet**
42 Jefferson Street
Hickory, MS 39332

**Clm No 48905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM OVERSTREET**
43860 OVERSTREET LN
BAY MINETTE AL 36507

**Clm No 40799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2283 of 2981

---

**William Overton**
c/o William Overton, Jr.
610 Gilbert Street
Saraland, AL 36571

**Clm No 71589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Owens**
5911 Liberty Fairfield Rd
Hamilton, OH 45011

**Clm No 28555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Owens**
22 Adams St
Belle Vernon, PA 15012

**Clm No 28556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2284 of 2981

---

**William Oyler**
591 Santa Monica Circle
Youngstown, OH 44505

**Clm No 14624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William P. Bishop**
570 Kenrose
Collieville , TN 38017

**Clm No 20263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William P. Jackson**
65 Williams Drive
Palm Coast, FL 32164

**Clm No 1235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2285 of 2981

---

**WILLIAM P. KELLY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William P. McGraner, Estate**
630 Elk Estates
Elkview, WV 25071

**Clm No 54175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William P. Ryan**
184 Walden Court
East Moriches, NY 11940

**Clm No 117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

**Claims Details**                                                                  2286 of 2981

---

**William P. Summers**
1002 47th Street
Vienna, WV 26105

**Clm No 53488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**William Page**
3101 33rd St North
Birmingham, AL 35207

**Clm No 71616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**William Page, Jr.**
1801 Broadway Avenue NE
East Canton, OH 44730

**Clm No 14641**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2287 of 2981

---

**William Paine**
2175 Elliott Street
Oxford, NC 27565

**Clm No 34089**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM PALMA, PERSONAL REPRESENTATIVE FOR**

SAM PALMA (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM PAMPLIN**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 40835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2288 of 2981

---

**William Panitzke**
5211 Clinton St.
Erie, PA 16504

**Clm No 14669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Parham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM PARKER**
6350 SHERRY DR.
MOBILE AL 36618

**Clm No 40854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2289 of 2981

---

**William Parker**
7119 Rustling Oaks Dr.
Richmond, TX 77469

**Clm No 71671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Parker**
18996 State Highway 231
Nevada, OH 44849

**Clm No 14684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Parker**
540 5th Street
P.o. Box 453
Hayden, AL 35079

**Clm No 71674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2290 of 2981

---

**William Parker**
5870 Woodside Circle
Portsmouth, VA 23703

**Clm No 5410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Partridge**
c/o Joyce C. Barber
1406 King Circle
Pell City, AL 35125

**Clm No 71700**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pasley**
2990 West Brewington Road
Sumter,  SC 29153

**Clm No 5416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2291 of 2981

---

**William Pasta Jr.**
1029 Brownell Avenue
Lorain, OH 44052

**Clm No 14720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Pate**
1510 56th Ave East
Tuscaloosa, AL 35404

**Clm No 71717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Patrick**
716 Yorktown Road
Poquoson, VA 23662

**Clm No 34095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2292 of 2981

---

**William Patterson**
1101 Willow Crest Dr
Mildothian, TX 75055

**Clm No 28630**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Patton**
C/o William Edward Patton
3615 Willowwalk Drive
Saraland, AL 36571-8400

**Clm No 71741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIAM PAUL ROBERTSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2293 of 2981

---

**William Pauley**
PO Box 355
Belfry, KY 41514

**Clm No 28637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pauls**
9 Bay Street
Poquoson,  VA 23662

**Clm No 5433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pauls**
3 Key Oak Drive
Poquoson,  VA 23662

**Clm No 5434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                                     2294 of 2981

---

**William Pauls**                          **Clm No 5432**      Filed In Cases: 140
3 Key Oak Drive
Poquoson, VA  23662                         Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Payne**                          **Clm No 71756**     Filed In Cases: 140
7420 Chapelwood Drive
North Port, AL 35473                        Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Payton**                         **Clm No 45742**     Filed In Cases: 140
115 County Road 1212
Bay Springs, MS 39422                       Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2295 of 2981

---

**William Payton, Jr.**
5242 Pitcaran Road
Huber Hts, OH 45424

**Clm No 14777**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pearson**
1072 Peggy Drive
Wadsworth, OH 44281

**Clm No 14781**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pearson**
2600 Slayton Avenue SW
Birmingham, AL 35211

**Clm No 23511**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2296 of 2981

---

**William Pefferman**
108 Glenview Dr
New Martinsville, WV 26155

**Clm No 28646**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Pegler**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 14794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William Perkins**
547 Straight St
Macon, GA 31204

**Clm No 49455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2297 of 2981

---

**William Perry**
197 South Avery Road SW
Rome, GA 30165

**Clm No 47067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Peters**
501 Snider court
Mason, OH 45040

**Clm No 14857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Peterson**
6294 Ringwood Road
Enfield, NC 27823

**Clm No 23525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2298 of 2981

---

**WILLIAM PETERSON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81342**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Petrey**
1508 Celeste Road
Saraland, AL 36571

**Clm No 71848**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Petry**
C/o Opal A. Englebert Petry
37 Cedar Knoll
Tuscaloosa, AL 35405

**Clm No 71850**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2299 of 2981

---

**WILLIAM PETTAWAY**
3312 EMELYE DR.
MOBILE AL 36693

**Clm No 41008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pettit**
533 Fairbluff Avenue
Salisbury, NC 28146

**Clm No 23528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Petty**
7331 B Chatham Ct
West Chester, OH 45069

**Clm No 28691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2300 of 2981

---

**William Peyton**
5806 Independence Ave E. Apt 1
Oak Forest, IL 60452

**Clm No 49580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pharris**
2279 Self Creek Road
Kimberly, AL 35091

**Clm No 24996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Phelps**
2816 Lambert Trail
Chesapeake,  VA 23323

**Clm No 5482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2301 of 2981

---

**William Phifer, Sr.**
469 Clearmont Dr.
Youngstown, OH 44511

**Clm No 14899**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Phillips**
632 Twinflower Street
Little River, SC 29566

**Clm No 14906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Phillips**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 14905**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2302 of 2981

---

**WILLIAM PHILLIPS**
4383 Country Rd. 1725
Holly Pond, AL 35083

**Clm No 71879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM PHILLIPS**
Route 1, Box 287
Pine Hill, AL 36769

**Clm No 71865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Phillips**
HC 78 Box 204 C
Pipestem, WV 25979

**Clm No 28705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2303 of 2981

**WILLIAM PIEPER**
4963 SUNFISH CREEK ROAD
PIKETON OH 45661

**Clm No 41073**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**William Pierson**
86 Michelle St
Ironton, OH 45638

**Clm No 28714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**WILLIAM PIPPIN**
c/o ATTORNEY JAMES A. WATSON
400 EAST COLLEGE
LAKE CHARLES LA 70605

**Clm No 41094**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2304 of 2981

---

**William Pitt**
c/o Bama Pitt
1701 Gill Road
Mobile, AL 36605

**Clm No 71912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pitts**
5352 Barron Avenue
Bessemer, AL 35020

**Clm No 23535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Polashenski**
224 St. Johns Road
Drums, PA 18222-

**Clm No 63831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2305 of 2981

---

**WILLIAM POLASHENSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM POLK**
c/o Tressie Polk
3220 Circle Drive
Hueytown, AL 35023

**Clm No 71931**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pollington**
982 Springbrook Drive
Cincinnati, OH 45224

**Clm No 14994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2306 of 2981

---

**William Polston**
40 Dwight Road
Newport News, VA 23601

**Clm No 34108**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Polverari**
10400 Severino Lane
Ft. Meyers, FL 33913

**Clm No 34269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pool**
105 West Park Drive
Lombard, IL 60148

**Clm No 63835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2307 of 2981

---

**William Pope**
806 Vantage Court
Newport News, VA 23602

**Clm No 34109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Popovich**
1115 East Lake Street
Griffith, IN 46319-2819

**Clm No 63840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM POPOVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2308 of 2981

---

**William Porter**
396 Ridgewood Lane
Lebanon, OH 45036

**Clm No 15032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Porter**
36 Cheramie Rd
Sandy Hook, MS 39478

**Clm No 19405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Porter**
348 Rosser Avenue
Bellaire, OH 43906

**Clm No 15031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2309 *of* 2981

---

**William Powell**
C/o Daniel Powell
853 Westfield Drive
Fairfield, AL 35064

**Clm No 71975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Powers**
Rt 1 Box 25
Bruceton Mills, WV 26525

**Clm No 28775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM POWERS**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 57738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2310 of 2981

---

**William Pozega**
2047 Homewood Drive
Lorain, OH 44055

**Clm No 15065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM PRATHER**
9009 NORTH PLAZA #124
AUSTIN TX 78753

**Clm No 41176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM PRAZAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2311 of 2981

---

**William Prazak**
1003 West 53 Street
Anchorage, AK 99518

**Clm No 63872**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Prescott**
912 N Galloway Rd
Lakeland, FL 33810

**Clm No 28784**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Price**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72009**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2312 of 2981

**WILLIAM PRITCHET**
14054 HURON STREET
TAYLOR, MI 48180

**Clm No 705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Privott**
1004 Lake Kennedy Drive
Suffolk,  VA 23434

**Clm No 5577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Pruitt**
10 Little Street
Gadsden, AL 35904

**Clm No 23558**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2313 of 2981

---

**William Quarles**
1257 Etowash Street
Tarrant, AL 35217

**Clm No 72067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM QUINN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75995**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**William Quinn**
5501 Pinewood Drive N E Apt 316
Palm Bay, FL 32905-0000

**Clm No 63916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2314 of 2981

---

**WILLIAM QUINN**
280 BEACH STREET
VIDOR TX 77662

**Clm No 41273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**WILLIAM R PERRY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**William R. Ingram**
2710 Roosevelt Avenue
Parkersburg, WV 26104

**Clm No 53870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2315 of 2981

---

**William R. Kidd**
Rt. 3, Box 244 E
Bridgeport, WV 26330

**Clm No 54872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William R. Little**
2540 Genoa Ave. SW
Massillon, OH 44646

**Clm No 13078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM R. RAMSEY**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2316 of 2981

---

**William R. Stiegler**
20 Ridgewood Avenue
Staten Island, NY 10312

**Clm No 1909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM R. WALKER, SR.**
POST OFFICE BOX 796
SEMMES, AL 36575-

**Clm No 21334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William R. Wilfong**
Rt. 2, Box 257
Mt. Clare, WV 26408

**Clm No 54833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2317 of 2981

---

**William Raley**
6730 Barnes Rd.
Theodore, AL 36582

**Clm No 72113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ramsey**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ratcliff**
5427 Marietta Road
Chillicothe, OH 45601

**Clm No 15227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2318 of 2981

---

**William Ratliff**
809 Roywood Road
Birmingham, AL 35210

**Clm No 72153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Ray**
5527 Overbrook
Tuscaloosa, AL 35405

**Clm No 72169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Ray**
C/o Doris K. Gilliland
12847 Braswell Drive
Mccalla, AL 35111

**Clm No 72166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2319 of 2981

---

**William Ray**
C/o Shirley R. Jones
13351 Lakewood Loop
Northport, AL 35473

**Clm No 72162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM RAY**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 41345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM RAY TURNER SR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2320 of 2981

---

**WILLIAM RAYMOND COLLINS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Readous**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Reagan**
888 Vauxhall Street Ext.
Quaker Hill, CT 06375

**Clm No 20125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2321 of 2981

---

**William Reager**
2202 Second St
Moundsville, WV 26041

**Clm No 28860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Reager**
13801 US Highway 441 SE
Okeechobee, FL 34974

**Clm No 28859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Reasor**
C/o Lottie M. Reasor
909 Princeton Ave, S.w. Apt #213
Birmingham, AL 35211

**Clm No 72189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2322 of 2981

---

**William Redmon**
29853 County Road 361
Buena Vista,   CO 81211

**Clm No 5642**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Reece**
12350 Jefferson Ave., Ste 300
Newport News, VA 23602

**Clm No 34127**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Reed**
6323 Manor Dr.
Alexandria, LA 71302

**Clm No 19435**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2323 of 2981

---

**William Reed**
1608 Peters Road
Troy, OH 45373

**Clm No 15278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rees**
1921 Flint
Akron, OH 44305

**Clm No 15299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM REESE**
7043 72nd Ave. Apt. A
Gulfport, MS 39501

**Clm No 57827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2324 of 2981

---

**WILLIAM REEVES**
2027 COUNTY RD 777
BUNA TX 77612

**Clm No 41410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Reinecke**
1500 Azteca Loop
The Villages,  FL 32162

**Clm No 5670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Reineke**
131 West Elm Street
Bradford, OH 45308

**Clm No 15325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          2325 of 2981

---

**William Rendle**

1000 Southern Artery Apt # 830

Quincy, MA 02169

**Clm No 63988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Renfrow**

1720 Franklin Drive

Owensboro, KY 42303-0000

**Clm No 63991**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM RENFROW**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2326 of 2981

| | | | |
|---|---|---|---|
| **William Renshaw** | | **Clm No 24499** | Filed In Cases: 140 |
| 12735-W CR 700-S | | Class | Claim Detail Amount | Final Allowed Amount |
| Columbus, IN 47201 | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| | | | |
|---|---|---|---|
| **William Rentie** | | **Clm No 21954** | Filed In Cases: 140 |
| 110 Laurel Street | | Class | Claim Detail Amount | Final Allowed Amount |
| San Diego,CA 92101 | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 7-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| | | | |
|---|---|---|---|
| **William Reynolds** | | **Clm No 15358** | Filed In Cases: 140 |
| 1218 Katy Circle NW | | Class | Claim Detail Amount | Final Allowed Amount |
| Uniontown, OH 44685-8221 | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 23-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2327 of 2981

---

**William Reynolds**
253 Addison Way
Titusville, FL 32780

**Clm No 1347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rhoads**
1920 Edgewood Drive Apt. D-2
Lakeland, FL 33803

**Clm No 63999**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM RHOADS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2328 of 2981

| William Rhodes | **Clm No 72256** | Filed In Cases: 140 | |
|---|---|---|---|
| 1438 Downs Road | Class | Claim Detail Amount | Final Allowed Amount |
| Mt Olive, AL 35117 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Rhodes | **Clm No 23591** | Filed In Cases: 140 | |
|---|---|---|---|
| 435 Marlay Road | Class | Claim Detail Amount | Final Allowed Amount |
| Dayton, OH 45405 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM RHYNE | **Clm No 41451** | Filed In Cases: 140 | |
|---|---|---|---|
| 498 PROSPECT ROAD | Class | Claim Detail Amount | Final Allowed Amount |
| LONGVIEW TX 75603 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2329 of 2981

---

**WILLIAM RICE**
2634 CLAIRMON
DETROIT MI 48206

**Clm No 41455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rice**
318 Chatham Street
Union City, IN 47390

**Clm No 15387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM RICHARDS**
5009 DIXON ROAD
DICKINSON TX 77539

**Clm No 41473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2330 of 2981

---

**William Richardson**
232 Tadmore Road
Elizabeth City,  NC 27909

**Clm No 5698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rickman**
183 County Road 163
Corinth, MS 38834

**Clm No 44735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Riffle**
14959 Regal Rd
Thornville, OH 43076

**Clm No 28933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2331 of 2981

---

**William Riggleman**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53052**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Riley**
630 Old Hickory
Panama City, FL 32404

**Clm No 64034**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM RILEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75890**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2332 of 2981

---

**WILLIAM RINDONE, PERSONAL REPRESENTATIVE FOR**

FRANK J. RINDONE (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 81037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Rinebold**

c/o Brayton Purcell

222 Rush Landing Road

Novato, CA 94948

**Clm No 53057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rinehart**

1525 Murial Drive

Streetsboro, OH 44241

**Clm No 15457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2333 of 2981

**William Ripley**
106 Poplar Ave
Wheeling, WV 26003

**Clm No 28941**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Rishel**
1826 E. 31st Street
Lorain, OH 44055

**Clm No 15466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIAM RITCHIE**
320 NORTH CABLE
LIMA OH 45805

**Clm No 41542**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2334 of 2981

---

**William Ritenour**
5180 Devon Drive
Vermilion, OH 44089

**Clm No 15475**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ritenour**
11794 Vermilion Road
Oberlin, OH 44074

**Clm No 15474**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rivera**
4840 Washington Avenue
Lorain, OH 44052

**Clm No 15496**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2335 of 2981

---

**William Rivero**
3 Ridgewood Avenue
Waterford, CT 06385

**Clm No 20132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        5-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Robb**
605 Nassau Street East
East Canton, OH 44730

**Clm No 15507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**William Robbins**
1724 River Road Drive
Tuscaloosa, AL 35406

**Clm No 72333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2336 of 2981

---

**WILLIAM ROBERSON**
626 EAGLETON ROAD
DIANA TX 75640

**Clm No 41558**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROBERSON**
626 EAGLETON ROAD
DIANA TX 75640

**Clm No 41562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROBERT PANNELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2337 of 2981

---

**William Roberts**
c/o Karen Easterly
20419 Water Point Trl.
Humble, TX 77346

**Clm No 72360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Roberts**
675 E. Main St.
Apple Creek, OH 44606

**Clm No 15531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROBERTS**
3785 Meadow Lane
Jackson, MS 39212

**Clm No 57871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2338 of 2981

---

**William Robinson**
524 Helveston Street
Mobile, AL 36617

**Clm No 72411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROBINSON**
6253 West Northside Drive
Bolton, MS 39041

**Clm No 57891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROBINSON**
104 Woodstock Dr
Florence, AL 35630

**Clm No 72421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

---

**WILLIAM ROBINSON, JR.**
6253 West Northside Drive
Bolton, MS 39041

**Clm No 57895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROBINSON, PERSONAL REPRESENTATIVE FOR**
JOE ROBINSON SR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Rodgers**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72432**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2340 of 2981

---

**WILLIAM ROGER COLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROGER MCGEE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rogers**
368 Henry Higgins Rd.
Jackson, GA 30233

**Clm No 48575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2341 of 2981

---

**William Rogers**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 15610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rogers**
4410 Hartland Center Road
Collins, OH 44826

**Clm No 15619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rolley**
466 Kuhlman Dr
Versailler, KY 40383

**Clm No 28992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2342 of 2981

---

**William Rose**
80 Elizabeth Street
New Haven, CT 06511

**Clm No 64123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rose**
1120 Hook Road
Xenia, OH 45385

**Clm No 15659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2343 of 2981

---

**William Rosenberg**
7354 Dawn Place
Concord, OH 44060

**Clm No 15667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Ross**
145 Beech Street
Doylestown, OH 44230

**Clm No 15684**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Ross**
400 Lauderdale Street North East
Russellville, AL 35653

**Clm No 64130**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2344 of 2981

---

**WILLIAM ROSS MARCRUM**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROSS STANDRIDGE JR.**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM ROSS, IV**
2628 Choctaw Trail
Marianna, FL 32446

**Clm No 57938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2345 of 2981

---

**William Rothe**
C/o Lucille W. Rothe
1513 Rothe Loop
Adger, AL 35006

**Clm No 72506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rowan**
43133 Oberlin Elyria Road
Oberlin, OH 44074

**Clm No 15711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rowell**
529 Capri Court
Avon Lake, OH 44012

**Clm No 15720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2346 of 2981

---

**William Russell**
57660 Nixon Run Rd
Martins Ferry, OH 43935

**Clm No 29057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Russell**
548 W. Vine Street
Alliance, OH 44601

**Clm No 15765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Russell**
235 Asaro Place
Springville, AL 35146

**Clm No 25025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2347 of 2981

---

**William Russell**
105 Harrisburg Rd Lot 3C
Milledgeville, GA 31061

**Clm No 45391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 8-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**William Rutherford**
119 E. Main St.
S. Amherst, OH 44001

**Clm No 15780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 23-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**WILLIAM RUTHVEN**
10836 S.E. 50TH AVENUE
BELLEVIEW, FL 34420

**Clm No 743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 21-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/30/2018 6:20:23 PM

*Claims Details*                                                              2348 of 2981

| WILLIAM RUTLAND | **Clm No 41750** | Filed In Cases: 140 | |
| 490 PARK STREET | Class | Claim Detail Amount | Final Allowed Amount |
| BEAUMONT TX 77701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| William Rutland | **Clm No 44771** | Filed In Cases: 140 | |
| 165 Rutland Road | Class | Claim Detail Amount | Final Allowed Amount |
| Ruth, MS 39662 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| William Ryder | **Clm No 15785** | Filed In Cases: 140 | |
| 31549 Georgetown Road | Class | Claim Detail Amount | Final Allowed Amount |
| Salem, OH 44460 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2349 of 2981

---

**WILLIAM S. BURTON, SR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM S. DONOHO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Saintenoy**
223 High Street
Senecaville, OH 43780

**Clm No 15807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2350 of 2981

---

**William Sale**
4042 Pumping Station Road
Appomattox,  VA 24522

**Clm No 5819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Salisbury**
22 Sandy Pond Road
Richmond, RI 2832

**Clm No 20148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Salter**
5042 Laddie Dr.
Akron, OH 44319

**Clm No 15828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2351 of 2981

---

**William Salyers**
PO Box 2
Blaine, KY 41124

**Clm No 29080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**William Sampson**
1749 Oak Street
Girard, OH 44420

**Clm No 15837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**WILLIAM SAMUEL MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           24-Mar-2017
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2352 of 2981

---

**William Sanderfer**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM SANDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SANDERS**
318 E. Lakeside Drive
Florence, AL 35630

**Clm No 57980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2353 of 2981

---

**William Sanders**
702 Hillcrest School Rd.
Tuscaloosa, AL 35405

**Clm No 72629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Sanders**
3424 Sutherland Drive
Lexington, KY 40517

**Clm No 64212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Sandor**
2817 Meister Road
Lorain, OH 44053

**Clm No 15866**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2354 of 2981

---

**William Sands**
5231 Coplin Street
Detroit, MI 48213

**Clm No 23642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Sanford**
367 Little Creek Rd.
Rainelle, WV 25962

**Clm No 29091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SANFORD**
526 4th Ave. NE
Fayette, AL 35555

**Clm No 57989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2355 of 2981

---

**WILLIAM SATTERFIELD**
1423 Blackberry Street, N
Pell City, AL 35125

**Clm No 72662**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Satterfield**
25590 Baker Road
Wellington, OH 44090

**Clm No 15902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Satzler**
5866 SR 103N
Lewistown, PA 17044

**Clm No 29100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2356 of 2981

---

**WILLIAM SAULS**
1414 LAMAR
NEDERLAND TX 77627

**Clm No 41832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Saunders**
9218 Chesney Downs Drive
Houston, TX 77083

**Clm No 15911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SAXE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2357 of 2981

---

**William Saxe**
34 Royal Oaks Estate
Lafayette, IN 47909

**Clm No 64238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Scarlett**
8657 Doveland Dr., Apt. F.
Pahokee, FL 33476

**Clm No 72686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SCHAFFER**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2358 of 2981

---

**William Schemel**
404 Ravenwood Drive
Springfield, OH 45504

**Clm No 15938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Schlosser**
1434 River Bend Drive
Defiance, OH 43512

**Clm No 15952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Schmalz**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 64266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                 2359 of 2981

---

**WILLIAM SCHMALZ**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM SCHNEIDER, PERSONAL REPRESENTATIVE FOR**

ALBERT R. MILLER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Schofield**

19773 Coffinberry Blvd.

Fairview Park, OH 44126

**Clm No 15972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2360 of 2981

---

**William Schoolcraft**
1952 Turkeyfoot Lake Road
Barberton, OH 44203

**Clm No 15975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Schultz**
803 Roberts Street
Wakefield, MI 49968-

**Clm No 64285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SCHULTZ**
ROUTE 3, BOX 310
WESTVILLE OK 74965

**Clm No 41888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2361 of 2981

---

**William Schwartz**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 16013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SCOTT**
3517 MAIDA ROAD
BEAUMONT TX 77708

**Clm No 41903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Scott**
406 West Airy Street
Norristown, PA 19401

**Clm No 29150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2362 of 2981

---

**William Scott**
1751 Mohican St
Philadelphia, PA 19138

**Clm No 29149**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Scott**
1407 North 6th Street
Martins Ferry, OH 43935

**Clm No 16038**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Scott**
3733 Martinell Ave
Roanoke, VA 24018

**Clm No 29151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2363 of 2981

---

**William Seal**
75 Simion Seal Rd
Picayune, MS 39466

**Clm No 50124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SEALE**
c/o Connie Seale
848 CR 59
Moundville, AL 35474

**Clm No 72745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Seckman**
569 Jefferson Run Rd
Alma, WV 26320

**Clm No 29159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2364 of 2981

---

**William Seeger**
403 Argyle Road
Turnersville, NJ 8012

**Clm No 59681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Segrue**
1229 Chevy Chase Drive
Sun City Center, FL 33573

**Clm No 64317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Seifert**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2365 of 2981

---

**William Seitter**
1914 Circle Kelly-Jo
Middletown, OH 45044

**Clm No 16070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Sexton**
2216 26 Avenue
Northport, AL 35476

**Clm No 72794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Shaffer**
994 Atwood Dr.
Tallmadge, OH 44278

**Clm No 16118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2366 of 2981

---

**WILLIAM SHAFFER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Shaffer**
1199 Hospital Road, Lot 149
Franklin, IN 46131

**Clm No 64332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SHAFIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2367 of 2981

---

**William Shafier**
621 South Lakeview Drive
Lowell, IN 46356-1335

**Clm No 64333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Sharpe**
2600 GROVE PARK LN
CONYERS, GA 30094

**Clm No 47796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SHARPE**
220 Charline Dr.
Pearl, MS 39208

**Clm No 58041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2368 of 2981

---

**William Shaw**
2540 W. Bugle Drive
Chesapeake,  VA 23321

**Clm No 5928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Sheffield**
PO Box 480275
Linden, AL 36748

**Clm No 51668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SHELBY**
586 SCR 10
Taylorsville, MS 39168

**Clm No 58049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2369 of 2981

---

**WILLIAM SHELTON**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 58054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Shelton**
214 Meeting Lane, NE
Atlanta, GA 30342-1991

**Clm No 72830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SHEPHERD**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 41996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2370 of 2981

---

**William Sheridan**
718 Oxford Street
Auburn, MA 01501

**Clm No 64360**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SHIELDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75010**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Shine**
2819 Chancellor Street
Portsmouth,  VA 23707

**Clm No 5943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2371 of 2981

---

**William Shipley**
7141 Juliette Low Lane
Hughesville, MD 20637

**Clm No 64367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Shirey, Sr.**
1120 Noble Ave.
Barberton, OH 44203

**Clm No 16209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SHOOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2372 of 2981

---

**William Shook**
96657 Chester Road
Yulee, FL 32097

**Clm No 64371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**William Short**
1815 Summer St Lot 17
Flatwoods, KY 41139

**Clm No 29239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Shrout**
1148 Katherine Drive
Beavercreek, OH 45434

**Clm No 16233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2373 of 2981

---

**William Shumate**
c/o Pamela S. Kellett, POA
517 Meadow Drive
Thomaston, GA 30286

**Clm No 50760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Shuttlesworth**
1018 Marshall St
McMechen, WV 26040

**Clm No 29256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Siebert**
1001 Bolling Ave., Apt. 304
Norfolk, VA 23508

**Clm No 34150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2374 of 2981

---

**WILLIAM SILLMON**
412 West Sloan Avenue
Talladega, AL 35160

**Clm No 58073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Simes**
1421 Breiding Road
Akron, OH 44310

**Clm No 16268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Simmons, Jr**
704 West 18th Street
Lorain, OH 44052

**Clm No 16282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2375 of 2981

---

**William Simonovich, Jr.**
2060 Arthur Ave.
Lakewood, OH 44107

**Clm No 16294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Simons**
3400 Manning Road
Suffolk,  VA 23434

**Clm No 5971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SIMPSON**
15681 J DRIVE NORTH
MARSHALL, MI 49068

**Clm No 779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2376 of 2981

---

**William Singer**
115 Hight St.
Elyria, OH 44035

**Clm No 16312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Sirmons**
P.O. Box 157
Webb, AL 36376

**Clm No 64420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SIRMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2377 of 2981

---

**William Sivels**
1463 Whittamore Road
Chesapeake,  VA 23322

**Clm No 5982**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Sivels**
1020 Head Of River Road
Chesapeake,  VA 23322

**Clm No 5983**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SKIDMORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2378 of 2981

---

**William Skidmore**
560 Southpoint Drive
Lexington, KY 40515-5120

**Clm No 64427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**William Skinner**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 64428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**WILLIAM SKINNER**
1200 Highway 27
Vicksburg, MS 39180

**Clm No 58096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2379 of 2981

---

**William Skinner**
1817 Springfield Avenue
Norfolk, VA 23523

**Clm No 5992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SLAUGHTER**
5729 RIVER BIRCH DRIVE
RENO NV 89511

**Clm No 42119**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Slay**
43208 Dellefield Rd.
Elyria, OH 44035

**Clm No 16350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2380 of 2981

---

**WILLIAM SLAYMAKER**
13973 BENTON ROAD
JACKSONVILLE FL 32218

**Clm No 42122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Slivkoff**
3869 Crum Road
Youngstown, OH 44515

**Clm No 16355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM SLOAN**
P.O. Box 142
Amory, MS 38821

**Clm No 58103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2381 of 2981

---

**William Smejkal**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smith**
46 Edwards Rd.
Poquoson, VA 23662

**Clm No 34163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smith**
1509 4th St NW
Birmingham, AL 35215

**Clm No 23728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2382 of 2981

**WILLIAM SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Smith**
2350 County Road 51
Cedar Bluff, AL 35959

**Clm No 47562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smith**
411 North Hart Street
Princeton, IN 47670

**Clm No 64501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2383 of 2981

---

**William Smith**
5712 West Norfolk Rd.
Portsmouth,  VA 23703

**Clm No 6071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SMITH**
26803 STANFORD DR. E.
SOUTHFIELD, MI 48033

**Clm No 794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smith**
450 Burns Rd.
Vincent, AL 35178

**Clm No 72872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2384 of 2981

**William Smith**
71 Liburne Drive
Youngstown, OH 44505

**Clm No 16483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIAM SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**WILLIAM SMITH**
2375 E. LUCAS DRIVE
BEAUMONT TX 77703

**Clm No 42134**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2385 of 2981

---

**William Smith**
756  204th Street
Pasadena,  MD 21122

**Clm No 6072**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74840**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**William Smith**
P.O. Box 795
Amherst, OH 44001

**Clm No 16481**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2386 of 2981

---

**William Smith**
413 Austin
Bastrop, LA 71220

**Clm No 48865**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smith**
19760 Marks Road
Columbia Station, OH 44028

**Clm No 16482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smith**
C/O Chris Weber
14142 Winterset Drive
Orlando, FL 32832

**Clm No 64504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2387 of 2981

---

**William Smith**
755 Farmdale Drive
Tuscaloosa, AL 35405

**Clm No 64503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smith**
46 Pace Street
Kingston, PA 18704

**Clm No 64502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SMITH**
1907 PHILLIPS WAY
LOS ANGELES CA 90042

**Clm No 42181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2388 of 2981

---

**WILLIAM SMITH**
490 HEARD STREET
FLOVILLA, GA 30216

**Clm No 793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM SMITH**
4350 NORTH TRAM
VIDOR TX 77662

**Clm No 42228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2389 of 2981

---

**WILLIAM SMITH LAYFIELD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smith, Jr.**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 16493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smither**
9448 Atwood Ave.
Norfolk,  VA 23503

**Clm No 6076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2390 of 2981

---

**William Smoot, Sr.**
2751 N. Street
Clinton, OH 44216

**Clm No 16503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Snell**
3078 Dove Street
Redding, CA 96001

**Clm No 19538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Snodgrass**
117 Andover Rd
Woodsfield, OH 43793

**Clm No 29380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2391 of 2981

---

**William Snyder**
131 Mandrake Street
Middleburg, FL 32068

**Clm No 64524**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Snyder**
1 Hall St
Wheeling, WV 26003

**Clm No 29388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SNYDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                          2392 of 2981

---

**WILLIAM SOAPE**
3580 COUNTY ROAD 266 A
HENDERSON TX 77652

**Clm No 42265**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Soracin**
58 Housatonic Drive
Sandy Hook, CT 06482

**Clm No 64537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM SORACIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2393 of 2981

---

**William Sowards**
5532 1/2 Kentland Ave.
Portsmouth, OH 45662

**Clm No 16562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Spears**
677 Medosch Ave.
Cincinnati, OH 45215

**Clm No 16593**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SPELL**
11853 EBENEZER COXBURG ROAD
Lexington, MS 39095

**Clm No 58191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2394 of 2981

---

**William Spencer**
2 Heritage Cove Apt. 2B
Purvis, MS 39475

**Clm No 47087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Spitler, Sr.**
10190 St Route 46 NE
North Bloomfield, OH 44450

**Clm No 16626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STAGNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2395 of 2981

---

**William Stallings**
4110 Blackwell Dr.
Semmes, AL 36575

**Clm No 48856**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stalnaker**
3474 N. Countyline Road
Geneva, OH 44041

**Clm No 16664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STAPLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2396 of 2981

---

**William Staples**
12 Evanthia Drive
Biddeford, ME 04005

**Clm No 64590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stapleton**
4411 Dearborn Avenue
Hammond, IN 46327-0000

**Clm No 64591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STAPLETON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2397 of 2981

---

**WILLIAM STARKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Statham**
2328 Stonewood Drive
Birmingham, AL 35215

**Clm No 25052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stear**
5309 Hoagland Blackstub
Cortland, OH 44410

**Clm No 16722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2398 of 2981

---

**William Steele**
PO Box 164
Cave Springs, GA 30124

**Clm No 51528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STEELE**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 42391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Steen**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2399 of 2981

---

**William Stemberger**
8610 Strawbridge Circle
Macedonia, OH 44056

**Clm No 64606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stephen**
412 North Briggs Street
Suffolk,  VA 23434

**Clm No 6160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STEPHEN HENTON**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82050**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2400 of 2981

---

**William Stephen Zimmerman**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stephens**
1205 Tannery Circle
Midlothian, VA 23113

**Clm No 34169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STEPHENSON**
590 BURT STREET
VIDOR TX 77662

**Clm No 42408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2401 of 2981

---

**William Stetler**
200 E. Lawnwood
Kingsland, GA 31548

**Clm No 16762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM STEVE BATEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIAM STEVENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2402 of 2981

---

**William Stevens**
420 Bowen Hill Rd.
Haddock, GA 31033

**Clm No 48907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stevens**
1030 Belhaven Drive
Russell, KY 41169-1670

**Clm No 64621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stevenson**
19025 N. 45th Circle
Glendale, AZ 85308

**Clm No 24597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2403 of 2981

---

**William Stewart**
1240 Minter Tweed Rd.
Dublin, GA 31021

**Clm No 45999**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STEWART RUDDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85870**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stickelman**
110 Laurel Street
San Diego, CA 92101

**Clm No 22007**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2404 of 2981

---

**WILLIAM STIFF**
P.O. Box 206
Benton, MS 39039

**Clm No 58242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stiles**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 16798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stiverson**
3290 Big Run Rd
Lucasville, OH 45648

**Clm No 29508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2405 of 2981

---

**William Stiwald**
147 Central Avenue
Amherst, OH 44001

**Clm No 16810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STOKER**
163 E. STATE ST.
JACKSON AL 36545

**Clm No 42447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stokes, Jr.**
393 Foursome Ave.
Akron, OH 44313

**Clm No 16815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2406 of 2981

---

**William Stone**
2742 St Rt 3307
Greenup, KY 41144

**Clm No 29522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stouffer Sr.**
535 Fairwood Drive
Tallmadge, OH 44278

**Clm No 16833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stout**
688 Riddle Road Apt 1000A
Cincinnati, OH 45220

**Clm No 16836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2407 of 2981

---

**William Stowe**
5860 Clement Drive
Lorain, OH 44053

**Clm No 16841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM STRANGE**
6824 MARSHALL PLACE DRIVE
BEAUMONT TX 77706

**Clm No 42460**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Strawn**
641 LaDyne Ave. NW
Bolivar, OH 44612

**Clm No 16852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2408 of 2981

---

**William Striffler**
6152 Isla Street
West Melbourne, FL 32904

**Clm No 64657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM STRIFFLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM STRINGER**
907 Beverly St. NE
Hartselle, AL 35640

**Clm No 58262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2409 of 2981

---

**WILLIAM STUART**
130 WA Pitts Rd.
Richton, MS 39476

**Clm No 58268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stull**
215 N 2nd Ave
Paden City, WV 26159

**Clm No 29543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Sullivan**
2645 Black Oak Drive
Niles, OH 44446

**Clm No 16913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2410 of 2981

---

**William Sunderhaus**
6717 Gracely Drive
Cincinnati, OH 45233

**Clm No 16935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Surace**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 16939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Svorec**
12820 Darrow Road
Vermilion, OH 44089

**Clm No 16956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2411 of 2981

---

**William Swanger**
2645 Mt. Pleasant Street NW
North Canton, OH 44720

**Clm No 16961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Swecker**
4689 Kriby Ave. NE Apt A
Canton, OH 44705

**Clm No 16968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SWEENEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2412 of 2981

---

**William Sweeney**
79 Chestnut Avenue
Halifax, MA 02338

**Clm No 64714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SWINYAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Swinyar**
5404 Mary Street
Zephyrhills, FL 33542

**Clm No 64721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2413 of 2981

**William Sywy**
345 River Fern Ave. Apt. P-1 2432
Garland, TX 75040

**Clm No 16991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William T Conley**
5349 Woodland Hills Cir
Erie, PA  16509

**Clm No 32400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William T. Dunham**
64496 E. Brightwood Loop Rd.
Brightwood, OR 97011

**Clm No 82**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2414 of 2981

---

**WILLIAM T. PAYNE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM TABELE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Tabele**
2606 43rd Street West
Bradenton, FL 34209

**Clm No 64726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2415 of 2981

---

**William Tabler**
171 Brandston Avenue
Elyria, OH 44035

**Clm No 17007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Tabor**
6805 Fordwick Drive
Norfolk,  VA 23518

**Clm No 6267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Talbott**
133 51st Street SE
Canton, OH 44707

**Clm No 17022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2416 of 2981

---

**William Talley**
518 12th St
Birmingham, AL 35217

**Clm No 59738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM TANNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William Tanner**
1928 Hamilton Street
Portage, IN 46368-1706

**Clm No 64738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2417 of 2981

---

**William Tanner**
225 Tanner Hill Dr.
Jackson, MS 39212

**Clm No 47471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tardif**
3 Periwinkle Lane
Glastonbury, CT 06033

**Clm No 23783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tassian**
3942 Euclid Blvd.
Youngstown, OH 44512

**Clm No 17039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2418 of 2981

---

**William Tatum**
4300 20Th Street Ne
Tuscaloosa, AL 35404

**Clm No 72980**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Taylor**
6063 S. Myers Rd.
Clinton, OH 44216

**Clm No 17099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Taylor**
2817 Hwy 1 South
Greenville, MS 38701

**Clm No 47950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2419 of 2981

---

**William Taylor**
515 Harrison Street
Fulton, NY 13069

**Clm No 23792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Taylor**
1624 Highway 630 West, Lot M36
Frostproof, FL 33843

**Clm No 20531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Taylor**
PO Box 235
Malvern, OH 44644

**Clm No 17069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

**William Taylor**
403 W Dewey Avenue
Youngstown, OH 44511

**Clm No 17100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Taylor**
476 Beauregard Drive
Chesapeake,  VA 23323

**Clm No 6309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**William Taylor**
65 Chaplen Drive
Trotwood, OH 45426

**Clm No 17064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2421 of 2981

---

**William Taylor**
26 Great Lakes Drive
Hampton, VA 23669

**Clm No 34184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Teasley**
9501 Crestbrook Dr.
Cincinnati, OH 45231

**Clm No 17107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM TELL HUBBARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2422 of 2981

---

**William Templeton**
110 Laurel Street
San Diego, CA 92101

**Clm No 22025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 7-Dec-2016  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**William Tennis**
6 Quarry Dr
Woodland Park, NJ 07424

**Clm No 29631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**William Terrell**
2849 Camelot Blvd.
Chesapeake,  VA 23323

**Clm No 6320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2423 of 2981

---

**WILLIAM TERRY**
6251 MOSS LINE DR,
Jackson, MS 39211

**Clm No 58345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Terry**
308 Prospect Avenue
Cocoa,  FL 32922

**Clm No 6324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Thomas**
3215 Cornell Drive
Dayton, OH 45406

**Clm No 17188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2424 of 2981

---

**William Thomas**
1200 Park Avenue Apt 338
Chico, CA 95928

**Clm No 23805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Thomas**
12360 State Road 62
St. Croix, IN 47576

**Clm No 64791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Thomas**
44254 Bondi Ridge Rd
Woodsfield, OH 43793

**Clm No 29663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2425 of 2981

---

**WILLIAM THOMAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Thomas**
100 Hancock Lake Road
Dade City, FL 33525

**Clm No 64790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM THOMAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2426 of 2981

---

**William Thomas**
938 Smiley Avenue
Cincinnati, OH 45240

**Clm No 17187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Thomas Bennett**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Thomasson**
384 State Route 348 West
Symsonia, KY 42082-

**Clm No 64792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2427 of 2981

---

**William Thompson**
P.O. Box 105
Escatawpa, MS 39552

**Clm No 64800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Thompson**
314 N Kerr St
Titusville, PA 16354

**Clm No 29681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM THOMPSON**
7218 Tenth St.
Mobile, AL 36608

**Clm No 58385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

2150 of 2150

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                             2428 of 2981

---

**William Thompson**
428 Peter Path
Tallmadge, OH 44278

**Clm No 17198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Thompson, II**
916 Penny St. SE
North Canton, OH 44720

**Clm No 17224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Thomson**
3478 Areca Palm Avenue
Melbourne, FL 32901-0000

**Clm No 64801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2429 of 2981

---

**William Thornton**
633 West Dinkins
Canton, MS 39046

**Clm No 49782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM THORP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Thorp**
8 Lambert Parkway
Norwich, CT 06360

**Clm No 64806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2430 of 2981

---

**William Thrasher**
486 North Avenue
Tallmadge, OH 44278

**Clm No 17236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM TINDALL**
1405 8TH AVE NW
ARDMORE, OK 73401

**Clm No 835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Tipp**
909 N. Belle Drive
Angleton, TX 77515

**Clm No 73024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2431 of 2981

---

**William Tolar**
2728 Le Bouef
Muskegon, MI 49441

**Clm No 23811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tolbert**
311 South Clark St.
Milledgeville, GA 31061

**Clm No 48200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM TOLLIVER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2432 of 2981

---

**William Tomko**
334 Linda Dr.
Mountainside, NJ 07092

**Clm No 1275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Torchia**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Trainor**
15537 Bowie Drive
Westfield, IN 46074

**Clm No 64860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2433 of 2981

---

**William Trawick**
4372 Bevlah Hwy
Sparta, GA 31087

**Clm No 48992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Trest**
1106 Desnounette St
Demopolis, AL 36732

**Clm No 45605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM TRIBBLE**
14519 Main Street
Coffeeville, MS 38922

**Clm No 58445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2434 of 2981

---

**William Truelove**
36 Deerhorn Dr
Harrison, OH 45030

**Clm No 29719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tucker**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tucker**
550 Oak Glen Rd
Toms River, NJ 08753

**Clm No 29726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2435 of 2981

---

**William Tuft**
P. O. Box 1931
Hardwick, GA 31034

**Clm No 50844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Turnage**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Turner**
11600 New Haven Drive
Spring Hill, FL 34609

**Clm No 20193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2436 of 2981

| William Turner | | | |
|---|---|---|---|
| 3215 Rusty Ave. SW | **Clm No 17408** | Filed In Cases: 140 | |
| Canton, OH 44706 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| WILLIAM TURNER | | | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | **Clm No 86098** | Filed In Cases: 140 | |
| 101 NORTH STATE ST. | Class | Claim Detail Amount | Final Allowed Amount |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| WILLIAM TURNER | | | |
|---|---|---|---|
| 2811 Drummond Street | **Clm No 58465** | Filed In Cases: 140 | |
| Vicksburg, MS 39180 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2437 of 2981

---

**William Twine**
1025  32nd Street
Newport News,  VA 23607

**Clm No 6413**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tyburski**
3314 Grovewood Avenue
Parma, OH 44134

**Clm No 17424**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tynes**
308 Cedar Street
Suffolk,  VA 23434

**Clm No 6423**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2438 of 2981

---

**William Udovic**
2978 Lynn Dr.
Willoughby Hills, OH 44092

**Clm No 17432**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM UEBERROTH**
455 S. GOODYEAR STREET
OREGON, OH 43616-2914

**Clm No 851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM UMBENHEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2439 of 2981

---

**William Umbenhen**
C/o Fred Zerbe
95 Harris Avenue
Pine Grove, PA 17963

**Clm No 64896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Underwood**
470 South Amhurst Place
Englewood, TN 37329-3144

**Clm No 64897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Unterzuber**
200 West 36th Street
Shadyside, OH 43947

**Clm No 17454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2440 of 2981

---

**WILLIAM UPCHURCH**
#2 Candlelight Drive
Vicksburg, MS 39180

**Clm No 58476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Uplinger**
23 Old St. Johns Lane
Drums, PA 18222

**Clm No 64898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**WILLIAM USEY**
3411 CANAL
GROVES TX 77619

**Clm No 42877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2441 of 2981

---

**William V. Locketti**
57 S. Edgehill Ave.
Youngstown, OH 44515

**Clm No 13107**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM VACLAVIK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74806**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Vaclavik**
1626 Brookview Ct
Hobart, IN 46342

**Clm No 64906**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2442 of 2981

| **William Vail** | | **Clm No 64907** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1904 Calhoun Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Panama City, FL 32405 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Valentine** | | **Clm No 29745** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2473 Frisby Ave | | Class | Claim Detail Amount | Final Allowed Amount |
| Bronx, NY 10461 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILLIAM VAN METER** | | **Clm No 74914** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | | |
| MIAMI, FL 33131 | | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2443 of 2981

---

**William Van Meter**
4876 North Pink Poppy Drive
BEVERLY HILLS, FL 34465

**Clm No 64924**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William VanBuren**
23750 Brimstone Road
Coolville, OH 45723

**Clm No 17478**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Vaughn**
20797 Morman Road
Fayette, AL 35555

**Clm No 73062**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2444 of 2981

---

**WILLIAM VAUGHN**
411 WHITE HALL AVE
STAUNTON VA 24401

**Clm No 42923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM VEAZIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Vecchio**
407 Holmstead Place
Huntington, WV 25703

**Clm No 29771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2445 of 2981

---

**William Venable**
3636 County Rd. 89
Pearland, TX 77584

**Clm No 73066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM VICE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**William Vice**
520-A1 Shady Pine Way
Greenacres, FL 33415

**Clm No 64964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2446 of 2981

---

**William Vincent**
3239 Edenburg Drive
Hueytown, AL 35023

**Clm No 64978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Vincent**
576 Valley Crest Drive
Akron, OH 44319

**Clm No 17569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Vincent**
1124 Chestnut Street
Nanticoke, PA 18634

**Clm No 64977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2447 of 2981

---

**WILLIAM VINCENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM VINCENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM VIOLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2448 of 2981

---

**William Viola**
22 Cassella Drive
Wallingford, CT 06492

**Clm No 64982**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Visalden**
1930 E. 30th St.
Lorain, OH 44055

**Clm No 17585**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William W. Jones**
15811 Denman Rd.
Wakeman, OH 44889

**Clm No 12233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2449 of 2981

---

| William W. Stewart, Jr | **Clm No 54933** | Filed In Cases: 140 | |
|---|---|---|---|
| Rt. 7, Box 467 | Class | Claim Detail Amount | Final Allowed Amount |
| Fairmont, WV 26554 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| William W. VanWagenen | **Clm No 1632** | Filed In Cases: 140 | |
|---|---|---|---|
| 6588 Kelly Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Warrenton, VA 20187 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| WILLIAM WADDELL | **Clm No 58503** | Filed In Cases: 140 | |
|---|---|---|---|
| 801 Bellvue Street | Class | Claim Detail Amount | Final Allowed Amount |
| Clinton, MS 39056 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2450 of 2981

---

**William Waddleton**
1416 Striebel Rd. #120
Columbus, OH 43227

**Clm No 17616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wadsworth**
P.O. Box 73
Fort Hall, ID 83203

**Clm No 64998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WADSWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2451 of 2981

---

**William Wages**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Waldie**
44 C River Road
Cromwell, CT 06416

**Clm No 65005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WALDIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2452 of 2981

| WILLIAM WALKER | **Clm No 43031** | Filed In Cases: 140 | |
|---|---|---|---|
| 971 KINGS WAY | Class | Claim Detail Amount | Final Allowed Amount |
| COLDSPRING TX 77331 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Walker | **Clm No 17656** | Filed In Cases: 140 | |
|---|---|---|---|
| 2005 Wallace Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Lorain, OH 44053 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Walker | **Clm No 17673** | Filed In Cases: 140 | |
|---|---|---|---|
| 915 Treat Blvd | Class | Claim Detail Amount | Final Allowed Amount |
| Tallmadge, OH 44278 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2453 of 2981

---

**William Wall**
5329 Parliament Drive
Virginia Beach, VA 23462

**Clm No 6504**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WALLACE BERRY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84611**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Walter Skelton III**
918 N Miner Ave
Kuna, ID 83634

**Clm No 21**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 11-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2454 of 2981

---

**William Walters**
317 Columbia Avenue
Hampton,  VA 23669

**Clm No 6512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Walters**
325 Freeman Mill Road
Suffolk,   VA 23438

**Clm No 6513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ward**
6675 Hidden Knoll Court
Dayton, OH 45449

**Clm No 17721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                    2455 of 2981

---

**William Warden**                       **Clm No 17735**    Filed In Cases: 140
7004 Shaker Rd.
Franklin, OH 45005                       Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**William Ware**                         **Clm No 17738**    Filed In Cases: 140
2747 Brier Street
Warren, OH 44484                         Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**William Warf**                         **Clm No 6524**     Filed In Cases: 140
5517 Foxtail Court
Wesley Chapel,  FL 33543-4527            Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2456 of 2981

---

**William Washington**
P.O. Box 6132
Newport News,  VA 23606-0132

**Clm No 6536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**William Washington**
8863 Penrod Street
Detroit, MI 48228

**Clm No 23858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wassili**
1427 Inlet Place
Anchorage, AK 99501

**Clm No 65044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2457 of 2981

---

**William Waterfield**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**William Waters**
109 Cannon Drive
Newport News,  VA 23602

**Clm No 6542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Waters**
7520 County Road 1
Daleville, AL 36322

**Clm No 65047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2458 of 2981

---

**William Waters**
9 County Road 52830
Heidelberg, MS 39439

**Clm No 50455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WATERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2016 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM WATKINS**
16 LISTER LN.
MOUNDVILLE AL 35474

**Clm No 43123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2459 of 2981

---

**WILLIAM WATKINS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Watson**
1018 Palmer Street
Portsmouth,  VA 23704

**Clm No 6562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Watson, Jr.**
1018 Palmer Street
Portsmouth,  VA 23704

**Clm No 6563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2460 of 2981

---

**WILLIAM WAUD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM WAYNE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WAYNE DWYER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2461 of 2981

---

**William Weaver**
130 Silver Fox
Marshall, TX 75670

**Clm No 33643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Weaver**
861 Big Pine Road
Blakely, GA 39823

**Clm No 50381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Weaver**
160 Cromwell Street
Savanah, TN 38732

**Clm No 45005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2462 of 2981

---

**William Weaver**
22936 Mossy Oaks Rd.
Spring, TX 77389

**Clm No 73115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Weems**
P.O. Box 55
Millport, AL 35576

**Clm No 73117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wells**
2184 Shields Hill Rd
Cairo, WV 26337

**Clm No 29907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2463 of 2981

---

**William Wendell**
304 Pecks Road
Pittsfield, MA 1201

**Clm No 23876**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WERSIG**
P O BOX 1062
CHINA TX 77613

**Clm No 43219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WESLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2464 of 2981

---

**William Wesley**
319 Gentry Street
Park Forest, IL 60466

**Clm No 65099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William West**
194 Christopher Ave.
Wintersville, OH 43953

**Clm No 17932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William West**
1531 Fleming Road
Hayes,  VA 23072

**Clm No 6604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2465 of 2981

---

**WILLIAM WHEELER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**William Wheeler**
233 North 600 East
Price, UT 84501

**Clm No 65119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Whitacre**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2466 of 2981

---

**William Whitaker**
225 N. 4th Street
Suffolk, VA 23434

**Clm No 6617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William White**
12 Joe's Road
Bomont, WV 25030

**Clm No 17997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William White, Jr.**
3910 Westeire Ave. Apt. D10
Lorain, OH 44053

**Clm No 18000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

---

**William Whitehead**
610 Gabardine Avenue
Portage, MI 49002

**Clm No 65143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Whitmore**
146 Staples Rd
Erin, NY 14838

**Clm No 29956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Whittaker**
PO Box 1348
Princeton, WV 24740

**Clm No 29959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2468 of 2981

---

**WILLIAM WHITWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73860**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**William Widmer**
5123 Lake Ave
Orchard Park, NY 14127

**Clm No 29966**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wiggins**
133 CC Loop
Moundville, AL 35474

**Clm No 23895**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2469 of 2981

---

**WILLIAM WILCOX**
10880 SHERWOOD DRIVE
BEAUMONT TX 77713

**Clm No 43334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Wilkerson, Jr.**
Post Office Box 40
Brent, AL 35034

**Clm No 59822**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WILKINS**
1400 GOLDWIRE ST., S.W.
BIRMINGHAM AL 35211

**Clm No 43350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2470 of 2981

---

**WILLIAM WILKINSON**
608 SABINAL
WEBSTER TX 77598

**Clm No 43353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIAM WILLEY**
6400 DUNSMERE CT.
AUSTIN TX 78749

**Clm No 43357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WILLIAMS**
115 Inzer St.
Pontotoc, MS 38863

**Clm No 58738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2471 of 2981

---

**William Williams**
PO Box 1231
Youngstown, OH 44501

**Clm No 18150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WILLIAMS**
P. O. BOX 307
ORANGEFIELD TX 77639

**Clm No 43404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WILLIAMS**
P.O. Box 156
West Blocton, AL 35184

**Clm No 73168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2472 of 2981

---

**WILLIAM WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**William Williams**
P.O. Box 892
Moultrie, GA 31776

**Clm No 65199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Williams**
C/o Jane Williams Herron
4271 Highway 10
Montevallo, AL 35115

**Clm No 73193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2473 of 2981

---

| William Williams | **Clm No 30008** | Filed In Cases: 140 | |
|---|---|---|---|
| 1093 Penn Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Jersey Shore, PA 17740 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| William Williams | **Clm No 73208** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Barbara J. Williams | Class | Claim Detail Amount | Final Allowed Amount |
| 4400 Wild Flower Circle | | | |
| Bessemer, AL 35022 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| William Williams | **Clm No 30009** | Filed In Cases: 140 | |
|---|---|---|---|
| 270 County Rd 42 | Class | Claim Detail Amount | Final Allowed Amount |
| Toronto, OH 43964 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2474 of 2981

---

**William Williams**
131 16th St. NE
Canton, OH 44714

**Clm No 18149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WILLIAMS**
490 PARK STREET
BEAUMONT TX 77701

**Clm No 43369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Williamsen**
c/o Mrs. Lena Williamsen
3309 Big Horn Drive
Bryan, TX 77803-0759

**Clm No 73252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2475 of 2981

---

**William Willis**
6958 Manor Drive
Elyria, OH 44035

**Clm No 18168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Willis**
192 Swartz Rd.
Akron, OH 44319

**Clm No 18172**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wilson**
401 Granada Road NW
Dellroy, OH 44620

**Clm No 18227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2476 of 2981

---

| William Wilson | **Clm No 18223** | Filed In Cases: 140 | |
|---|---|---|---|
| 1946 Mark Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Lorain, OH 44052 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| William Wilson | **Clm No 6811** | Filed In Cases: 140 | |
|---|---|---|---|
| 2 Lenora Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23601 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| WILLIAM WILSON | **Clm No 77289** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2477 of 2981

---

**WILLIAM WILSON**
c/o Jacki Wilson
716 McCord Street
West Point, MS 39773

**Clm No 73303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WILSON**
3037 SYCAMORE
ORANGE TX 77632

**Clm No 43465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wilson**
311 Hunter Road
Gardendale, AL 35071

**Clm No 73319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2478 of 2981

---

**WILLIAM WILSON**
12810 Standbury Park Lane
Tomball, TX 77377-7575

**Clm No 73328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wilson**
3452 Boston Road
Lexington, KY 40503

**Clm No 65233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wilson**
1194 Forest Drive
Gardendale, AL 35071

**Clm No 73330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2479 of 2981

---

**William Wilson**
2780 Bowmans Path
Alma, GA 31510

**Clm No 30044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WIMER**
325 COUNTY RD 227N
BROOKELAND TX 75931

**Clm No 43496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WIMP**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84030**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2480 of 2981

---

**William Winans**
4270 Scarlet Oak Dr.
Copley, OH 44321

**Clm No 18231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Winder**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Winnefeld**
3983 Blitz Avenue
Kent, OH 44240

**Clm No 18238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2481 of 2981

---

**WILLIAM WINTER**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35094**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wise**
c/o The Ferraro Law Firm
600 Brickell Ave., Ste. 3800
Miami, FL 33131

**Clm No 65245**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WISE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77306**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2482 of 2981

---

**William Wisnieski**
460 Cove Beach St.
Sheffield Lake, OH 44054

**Clm No 18256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wolfe**
128 Creek Lane
Warren, PA 16365

**Clm No 18279**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wood**
P.O. Box 102
Coosa, GA 30129

**Clm No 50912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2483 of 2981

---

**William Wood**
34 East 81st Street
New York, NY 10028

**Clm No 20219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Woodall**
341 South Burbank Drive
Birmingham, AL 35226

**Clm No 73407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Woodall**
177 Railey Rd.
Summerville, GA 30747

**Clm No 46847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2484 of 2981

---

**William Woodham**
3924 Benbow Street
Panama City Beach, FL 32408

**Clm No 65277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**WILLIAM WOODS**
c/o Patricia Kelsoe
P. O. Box 74004
Tuscumbia, AL 35674

**Clm No 73417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Woods**
5488 Cedar Lane #B2
Columbia, MD 21044

**Clm No 18318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2485 of 2981

---

**William Woolard**
3308 Kecoughtan Rd.
Hampton, VA 23661

**Clm No 34241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WORTHING**
4765 MALONEY ROAD
PINCONNING, MI 48650

**Clm No 913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wrice**
1534 Fillmore Avenue
Lorain, OH 44052

**Clm No 18343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2486 of 2981

---

**William Wright**
2758 Bethsaida Road
Boaz, AL 35957

**Clm No 59850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Wright**
P.O. Box 786
Moses Lake, WA 98837-0118

**Clm No 65299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Wright**
1889 Maria Lane
Iuka, MS 38852

**Clm No 45088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2487 of 2981

---

**WILLIAM WRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|-------|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM WRIGHT**
P.O. BOX 58225
WEBSTER TX 77598

**Clm No 43597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wyatt**
c/o Ronald L. Wyatt
2641 County Road 4817
Athens, TX 75752-5140

**Clm No 73471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    2488 of 2981

| | | |
|---|---|---|
| **William Wyche** | **Clm No 6876** | Filed In Cases: 140 |
| 601 Quail Avenue | | |
| Chesapeake,  VA 23324 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **William Wynne** | **Clm No 65310** | Filed In Cases: 140 |
| 11847 West Bluebell Drive | | |
| Crystal River, FL 34428 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **WILLIAM YAW** | **Clm No 58838** | Filed In Cases: 140 |
| 731 Wiley Road | | |
| Caledonia, MS 39740 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                                    2489 of 2981

---

**William Yonkof**                          **Clm No 18427**     Filed In Cases: 140
32778 Bagley Rd.
N. Ridgeville, OH 44039                      | Class | Claim Detail Amount | Final Allowed Amount |
                                             |-------|---------------------|----------------------|
                                             | UNS   | $1.00               |                      |
                                             |       | $1.00               |                      |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM YOUNG**                            **Clm No 87373**     Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                          | Class | Claim Detail Amount | Final Allowed Amount |
JACKSON, MS 39201                            |-------|---------------------|----------------------|
                                             | UNS   | $1.00               |                      |
                                             |       | $1.00               |                      |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**WILLIAM YOUNG**                            **Clm No 73500**     Filed In Cases: 140
c/o Maude Darlene Goodson
451 Maxey Rd. Apt. 3315                       | Class | Claim Detail Amount | Final Allowed Amount |
Houston, TX 77013                            |-------|---------------------|----------------------|
                                             | UNS   | $1.00               |                      |
                                             |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2490 of 2981

---

**William Young**
8122 South Wood Street
Chicago, IL 60620

**Clm No 59857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Young**
1017 Wilma St
Savannah, GA 31410

**Clm No 45270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Young**
P.O. Box 766
Manchester, GA 31816

**Clm No 51394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2491 of 2981

---

**WILLIAM YOUNG**
c/o Mr. John A. Young
330 County Highway 5
Empire, AL 35063

**Clm No 73499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Youngblood**
915 W Youngblood Rd
Toomsboro, GA 31090

**Clm No 50518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Youngbluth**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2492 of 2981

---

**William Yow**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Zagozan**
6124 Carpenter Avenue
Cleveland, OH 44127

**Clm No 18488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Zahorec**
1721 W. 44th St.
Lorain, OH 44053

**Clm No 18490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2493 of 2981

---

**William Zahrndt**
9027 State Rt 45,
Lisbon, OH 44432

**Clm No 30149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Zboril**
456 N. Farwell Street
Wheaton, IL 60187-3463

**Clm No 65353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Zemka**
5394 Alva Avenue
Warren, OH 44483

**Clm No 18506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2494 of 2981

---

**William Zimmerman**
PO Box 8051
Dothan, AL 36304

**Clm No 18523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ZIMMERMAN**
c/o Edith Aline Zimmerman
14618 Abacus Dr.
Foley, AL 36535

**Clm No 73524**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Zimo**
5676 Broad View Road
Parma, OH 44134

**Clm No 30163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2495 of 2981

---

**William Zydiak**
3257 West 128th Street
Cleveland, OH 44111

**Clm No 18546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Williams Eligah**
15251 Buckle Ln
Houston, TX 77060

**Clm No 67693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Williams Higgins**
24 Overlook Blvd.
Struthers, OH 44471

**Clm No 11447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2496 of 2981

---

**Williard Darby**
2405 Granger Rd
Cocoa, FL 32926

**Clm No 26246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Foster, Jr.**
8020 Heatherbrook Trail Apt. 204
Port Arthur, TX  77642

**Clm No 32540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie  Gleason**
1201 Kentucky St.
New Orleans, LA 70117

**Clm No 18933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2497 of 2981

---

**Willie Greene**
28120 Hwy 405
Plaquemine, LA 70764

**Clm No 18954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Harris**
5406 Holster Dr.
Killeen, TX 76549

**Clm No 18997**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Henderson**
P.O. Box 82
Prairieville, LA 70769

**Clm No 19018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2498 of 2981

**Willie  Porter**
4818 Ave R 1/2 #
Galveston, TX  77551

**Clm No 32951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie A. Wilson**
6863 Hurd Avenue
Cincinnati, OH 45227

**Clm No 18225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Abercrombie**
C/o Willie Mae Phillips
P.o. Box 440
Brent, AL 35034

**Clm No 65391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2499 of 2981

---

**Willie Abram**
C/o Alean Abram
3015 Ozment Road
Tuscaloosa, AL 35401

**Clm No 65400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ABSTON**
4118 Katie Street
Moss Point, MS 39563

**Clm No 54950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Adger**
1349 Kenneth Ave
Shreveport, LA 71103

**Clm No 18553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2500 of 2981

---

**Willie Agee**
1141 Calico Circle
Birmingham, AL 35215

**Clm No 59079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE ALBERT PARKER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**WILLIE ALBERT WILLIAMSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2501 of 2981

---

**WILLIE ALBRITTON**
404 93rd Street North
Birmingham, AL 35206-1405

**Clm No 65468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ALEXANDER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ALEXANDER**
56 McKinley Drive
Sontag, MS 39665

**Clm No 54961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2502 of 2981

---

**Willie Allen**
1540 31st Street
Lorain, OH 44055

**Clm No 7044**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Allen**
1216 East 32 1/2 St.
Houston, TX 77022

**Clm No 65526**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Allen**
3102 Garvin Road
Dayton, OH 45405

**Clm No 7057**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2503 of 2981

---

**Willie Alston**
6841 Oaklane Drive
Theodore, AL 36582

**Clm No 65540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Alston**
15 Chestnut Street, Apt. 315
Elyria, OH 44035

**Clm No 7071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Anderson**
c/o Johnnie Johnson
619 2nd St. North
Texas City, TX 77590

**Clm No 65560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2504 of 2981

---

**Willie Anderson**
376 County Road 360
Coila, MS 38923

**Clm No 48617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Anderson**
218 CR 301
Corinth, MS 38834

**Clm No 43742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Anderson**
C/o Shelia A.cleveland
123 Cluster Sprints Circle
Gardendale, AL 35071

**Clm No 65557**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2505 of 2981

---

**Willie Ann Ransome**
1882 Cordova
Youngstown, OH 44504

**Clm No 15221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ANN SCURLARK (MCGEE)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87732**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIE ANTHONY O'NEAL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2506 of 2981

---

**WILLIE ANTONIO GASTON, PERSONAL REPRESENTATIVE FOR**

ERNEST LUNDON BONNER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|--|--|--|

Date Filed        23-Mar-2017

Bar Date

Claim Face Value

---

**WILLIE ARCHIE**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 65615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**WILLIE ARMON**

12 Seals Drive

Ellisville, MI 48334-3257

**Clm No 55013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2507 of 2981

**WILLIE ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Arrington**
110 Laurel Street
San Diego,CA 92101

**Clm No 21546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Arrington**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2508 of 2981

---

**Willie Arrington**
#15 Silver Leaf Lane
Hattiesburg, MS 39401

**Clm No 45147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**WILLIE ARTHUR USHER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 24-Mar-2017 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Askew**
88 Willow Brook Road
Cromwell, CT 06416

**Clm No 60000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2509 of 2981

---

**WILLIE ASKEW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76340**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE B TRAVIS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35016**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE B. BATES JR.**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81513**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2510 of 2981

---

**WILLIE B. BRACKENS**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81449**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Willie B. Coleman**
300 E. Maywood Avenue
Peoria, IL 61603

**Clm No 8835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE B. FRANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2511 of 2981

---

**WILLIE B. GATES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE B. JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84830**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE B. PEARSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2512 of 2981

---

**WILLIE B. PENILTON**
606 DRAPER STREET
MOBILE, AL 36617-

**Clm No 21150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bailey**
202 Beachwood Street
Youngstown, OH 44505

**Clm No 7287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bailey**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 65719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2513 of 2981

---

**Willie Baker**
115 Curtis Street
Indianola, MS 38751

**Clm No 43758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Baldwin**
332 22nd Street S.w.
Birmingham, AL 35211

**Clm No 65753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ball**
25778 Highway 57
Leakesville, MS 39451

**Clm No 47772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2514 of 2981

---

**WILLIE BANKS**
5556 Poplar Hills Roads
Fayette, MS 39773-5436

**Clm No 55064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BARNES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willie Barnett**
797 Kelly Avenue
Akron, OH 44306

**Clm No 7422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2515 of 2981

---

**WILLIE BARRETT**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**WILLIE BARTON**
P. O. Box 1402
Yazoo City, MS 39194

**Clm No 55103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Battle**
408 Peachtree St
Fort Valley, GA 31050

**Clm No 48807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2516 of 2981

---

**Willie Baymon**
909 Bellevue Dr
Indianola, MS 38751

**Clm No 50495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bee**
110 Laurel Street
San Diego, CA 92101

**Clm No 21573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 7-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BEE GORE**
5671 ELSIE GORE LANE
SILSBEE TX 77656

**Clm No 37958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2517 of 2981

---

**WILLIE BEE LITTLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bell**
1072 Federal Avenue
Alliance, OH 44601

**Clm No 7556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BELL**
1851 Hurtel St.
Mobile, AL 36605

**Clm No 55133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2518 of 2981

---

**Willie Belton**
C/o Irene Morrow
3305 19th Street
Tuscaloosa, AL 35401

**Clm No 65922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bennett**
C/o William A. Bennett, Jr.
958 Pheasant Road
Newbern, AL 36765

**Clm No 65931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Benson**
808  Clearview Avenue
Akron, OH 44314

**Clm No 7594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2519 of 2981

---

**Willie Benson**
857 Wilmot Street
Akron, OH 44306

**Clm No 7589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Berry**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Willie Berry**
913 25th Street S.w.
Birmingham, AL 35211

**Clm No 65950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                    2520 of 2981

---

**Willie Bess**                           **Clm No 60234**    Filed In Cases: 140
1000 Central Ave  Apt.13B
Waycross, GA 31502               Class            Claim Detail Amount       Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE BESTER**                          **Clm No 55160**    Filed In Cases: 140
36 Creek Road
Ellisville, MS 39272-9244        Class            Claim Detail Amount       Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Bibb**                            **Clm No 48988**    Filed In Cases: 140
436 Old Whitfield Road
Jackson, MS 39208                Class            Claim Detail Amount       Final Allowed Amount

                                UNS                   $1.00
                                                      $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2521 of 2981

---

**Willie Blackmon**
2613 Davis Avenue
Tifton, GA 31794

**Clm No 47806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Blanchard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Blankenship**
7000 Kenny Lane
Portsmouth, VA 23703

**Clm No 2789**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2522 of 2981

---

**Willie Bledsoe**
C/o Pearl U. Bledsoe
871 5th Place West
Birmingham, AL 35204-3637

**Clm No 66059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Blue**
801 Illinois Ave
Birmingham, AL 35221

**Clm No 66070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Boatner**
P.O. Box 1337
Zachary, LA 70791

**Clm No 50985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2523 of 2981

---

**WILLIE BOB WILLIAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bolden**
C/o Patricia Bolden
3941 31st Street
Tuscaloosa, AL 35401

**Clm No 66086**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Boley**
1749 Simmons Lane
Attalla, AL 35954

**Clm No 59126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2524 of 2981

---

**WILLIE BOMBEK**
5520 BEAUMONT AVE
GROVES TX 77619

**Clm No 35752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**WILLIE BONNER**
215 PETER'S ROAD
POPLARVILLE MS 39470

**Clm No 35759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**WILLIE BOOKER**
2819 MEADOW CREEK DRIVE
MISSOURI CITY TX 77459

**Clm No 35765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2525 of 2981

---

**Willie Booth**
P.O. Box 566 Hwy 84
Prentiss, MS 39474

**Clm No 51317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BOOTH**
1529 Marilyn Avenue
Greenville, MS 38703

**Clm No 55218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Boothe**
207 Middle Street
Smithfield, VA 23430

**Clm No 2840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2526 of 2981

| Willie Brackins | **Clm No 51535** | Filed In Cases: 140 | |
|---|---|---|---|
| PO Box 175 | Class | Claim Detail Amount | Final Allowed Amount |
| Arlins, GA 39813 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILLIE BRACKINS, PERSONAL REPRESENTATIVE FOR** | **Clm No 80843** | Filed In Cases: 140 | |
|---|---|---|---|
| ROBERT BRACKINS (DECEASED) | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | |
| ATTN: CURT HENNECKE | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | |
| NOVATO, CA 94928-6169 | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **WILLIE BRADLEY** | **Clm No 55253** | Filed In Cases: 140 | |
|---|---|---|---|
| P O Box 3194 | Class | Claim Detail Amount | Final Allowed Amount |
| Tupelo, MS 38803-3194 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2527 of 2981

---

**WILLIE BRADLEY**
23573 NORTHPORT DR.
CLINTON TWP, MI 48036

**Clm No 252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Branch**
5800 Dunkirk Street
Portsmouth, VA 23703

**Clm No 2884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Braziel**
43091 Baker Lane
Hammond, LA 70403

**Clm No 59140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2528 of 2981

---

**Willie Breaux**
306 Jean Street
Houma, LA 70360

**Clm No 33281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BRITTON**
11647 IVORY LN.
COTTONDALE AL 35453

**Clm No 35914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Broadnax**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2529 of 2981

| Willie Brock | **Clm No 43842** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 677 Belva Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Vicksburg, MS 39180 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIE BROCK | **Clm No 261** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 14147 ASBURY PARK | Class | Claim Detail Amount | Final Allowed Amount |
| DETROIT, MI 48227 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| Willie Brooks | **Clm No 2936** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 2713 Hawkins Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Hayes, VA 23072 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2530 of 2981

---

**Willie Brooks**
1112 Barnes Circle
Monticello, MS 39654

**Clm No 18679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Brown**
405 Beamon's Mill Trail
Suffolk, VA 23434

**Clm No 2994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Brown**
1456 Mosslake Drive
DeSoto, TX 75115-7710

**Clm No 60487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2531 of 2981

---

**WILLIE BROWN**
3968 Wabash St.
Jackson, MS 39213

**Clm No 55312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BROWN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIE BROWN**
POST OFFICE BOX 8435
MOSS POINT, MS 39563-

**Clm No 20638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2532 of 2981

---

**WILLIE BROWN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Brown**
10851 Hwy 231
Davisboro, GA 31018

**Clm No 45510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BROWN**
18114 River Road
Natchez, MS 39120

**Clm No 55324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2533 of 2981

---

**WILLIE BROWN**
C/o Clifton L. Brown
4702 23rd Street
Tuscaloosa, AL 35401

**Clm No 66301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willie Brown**
2240 69th Ave.
Baton Rouge, LA 70807

**Clm No 18688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIE BROWN, JR.**
21 Brown Trail
Prentiss, MS 39474

**Clm No 55350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2534 of 2981

---

**Willie Brown, Jr.**
18203 Oak Avenue
Eastpoint, MI 48021

**Clm No 8142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Browning**
765 Tywater Road
Fayette, AL 35555

**Clm No 66333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bryant**
6125 Wallace Road
Hammond, IN 46320

**Clm No 24051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2535 of 2981

---

**Willie Bryant**
1659 S Wellington St
Memphis, TN 38106

**Clm No 46708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bryant**
c/o Mary Bryant
716 Graymont Avenue West
Birmingham, AL 35204

**Clm No 66355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bryant**
1923 17th Street North
Bessemer, AL 35020

**Clm No 66370**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2536 of 2981

---

**WILLIE BUCK, SR.**
P. O. Box 127
Hermanville, MS 39086

**Clm No 55369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BUCKLEY**
6604 Hillsboro Ludlow Road
Forest, MS 39074

**Clm No 55372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Bullard**
1001 22nd Street S.w.
Birmingham, AL 35211

**Clm No 66390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2537 of 2981

| **Willie Burks** | **Clm No 60551** | Filed In Cases: 140 | |
|---|---|---|---|
| 2226 Whiterock Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Little Elm, TX 75068 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

| **WILLIE BURKS** | **Clm No 76788** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| **Willie Burks** | **Clm No 51489** | Filed In Cases: 140 | |
|---|---|---|---|
| PO Box 1275 | Class | Claim Detail Amount | Final Allowed Amount |
| Tifton, GA 31793-1275 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2538 of 2981

---

**Willie Burpo**
319  23rd Street  SW
Birmingham, AL 35211

**Clm No 60554**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Burrell**
C/o Carrie Burrell
505 Ingate Pass
Brent, AL 35034

**Clm No 66454**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Butler**
P.O. Box 672
Florence, AL 35631

**Clm No 66489**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2539 of 2981

---

**Willie Butts**
115 Black Springs Rd
Milledgeville, GA 31061

**Clm No 45739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie C Hall**
1106 Searles
Toledo, OH 43607

**Clm No 10954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE C. WASHINGTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2540 of 2981

| **WILLIE C. WILLIAMS, JR.** | **Clm No 21387** | Filed In Cases: 140 | |
|---|---|---|---|
| 2106 BEAU TERRA DRIVE WEST | Class | Claim Detail Amount | Final Allowed Amount |
| MOBILE, AL 36618 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willie Cabbil** | **Clm No 66517** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Randall M. Cheshire. Attorney | Class | Claim Detail Amount | Final Allowed Amount |
| P.o. Box 2210 | UNS | $1.00 | |
| Tuscaloosa, AL 35403-2210 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willie Cabbil** | **Clm No 66516** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Tony L. Cabbil | Class | Claim Detail Amount | Final Allowed Amount |
| 1110 Wakefield Drive | UNS | $1.00 | |
| Tuscaloosa, AL 35405 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2541 of 2981

---

**Willie Cain**
1323 Carver Place
Hamilton, OH 45011

**Clm No 8337**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**WILLIE CAIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81609**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Willie Calhoun**
1105 Lee Road 234
Phenix City, AL 36870

**Clm No 45603**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2542 of 2981

---

**Willie Calhoun**
37 Arborvale Street
Asheville, NC 28801

**Clm No 8354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willie Callens**
C/o Willie Nell Callens Dysart
2509 Tempsest Drive Sw
Birmingham, AL 35211

**Clm No 66550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CAMARILLO**
3425 OGDEN RD
POTEET TX 78065

**Clm No 36189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2543 of 2981

---

**Willie Cameron**
C/o Willie Cameron
1153 Boyer Rd
Erie, PA 16511

**Clm No 66555**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Cammack**
809 Cammack Road
Birmingham, AL 35211

**Clm No 66557**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Campbell**
882 Chevis Road
Savannah, GA 31419-

**Clm No 60610**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2544 of 2981

---

**Willie Campbell**
2214 3rd Avenue North
Laurel, MS 39440

**Clm No 66576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Campbell**
1241 Curry Chapel Road
Somerville, AL 35670

**Clm No 59172**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Carley**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2545 of 2981

---

**Willie Carnathan**
c/o Octavia Carnathan
4316 12th Court North
Birmingham, AL 35212

**Clm No 66633**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willie Carroll**
6003 Pattison-Tillman Road
Pattison, MS 39144

**Clm No 43923**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Willie Carter**
13 Carrington Court, West
Portsmouth, VA 23701

**Clm No 3141**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2546 of 2981

---

**WILLIE CARTER, JR.**
109 Willie Carter Drive
Mendenhall, MS 39114

**Clm No 55484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Catchings**
2178 Old Hwy 27 N
Monticello, MS 39654

**Clm No 47373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CHANEY**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2547 of 2981

---

**Willie Chapel**
1014 Oak Street
Indianola, MS 38751

**Clm No 43933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE CHAPMAN**
1499 Donegal Road
Woodville, MS 39669

**Clm No 55522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE CHARLES BRADLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         24-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2548 of 2981

---

**Willie Childress**
318 E. 23rd Street
Lorain, OH 44055

**Clm No 8646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE CLANTON**
805 Graham St.
Ellisville, MS 39437-2913

**Clm No 55543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE CLARENCE HAYNES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2549 of 2981

---

**Willie Clark**
c/o Charles Clarke
4305 Tulip Grove Court
Louisville, KY 40241

**Clm No 66827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CLARK**
609 HERRINGTON STREET
Ellisville, MS 39437

**Clm No 55552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Clark**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 66815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2550 of 2981

---

**WILLIE CLAUDETTE HOWARD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Willie Clay**
P. O. Box 28
Mer Rouge, LA 71261

**Clm No 50859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CLIFFORD RILEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2551 of 2981

---

**WILLIE CLIFTON CURTIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CLINGAN**
159 Shady Lane
Jonesville, LA 71343

**Clm No 55570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CLYDE ELLIOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

## *Claims Details*

2552 of 2981

---

**Willie Cobb**
4219 Balls Church Rd
Jeffersonville, GA 31044

**Clm No 48920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIE COBERT**
P O Box 31025
Jackson, MS 39286

**Clm No 55575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIE COLEMAN**
152 5th Avenue, SW
Birmingham, AL 35211

**Clm No 66919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2553 of 2981

---

**Willie Coleman**
3954 Talladega Springs Rd.
Sylacauga, AL 35151

**Clm No 8845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Coleman**
1460 Louis Alexis Trl.
Gautier, MS 39553

**Clm No 18761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE COLLINS**
2211 34TH STREET N APT. # 4201
TEXAS CITY TX 77590

**Clm No 36560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2554 of 2981

---

**Willie Collins**
208 Meadowbrook Dr
Bellefontaine, OH 43311

**Clm No 26041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Collins**
c/o Evelyn Cunningham Collins
PO Box 764
Dolomite, AL 35061

**Clm No 66947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Collins**
18 Circle Ridge
Lake Placid, FL 33852

**Clm No 26040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2555 of 2981

---

**WILLIE COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Cook**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52130**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIE COOPER**
1225 Betigheimer Road
Edwards, MS 39066

**Clm No 55642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2556 of 2981

---

**Willie Cope**
3790 Wadsworth Road
Norton, OH 44203

**Clm No 8983**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Copeland**
710 Atlantic Street
Manchester, GA 31816

**Clm No 49993**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Core, Jr.**
477 North Hawkins Ave.
Akron, OH 44313

**Clm No 9002**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2557 of 2981

| **Willie Cosby** | **Clm No 60921** | Filed In Cases: 140 | |
|---|---|---|---|
| 6110 Dogtown Road | Class | Claim Detail Amount | Final Allowed Amount |
| Nauvoo, AL 35578 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILLIE COSBY** | **Clm No 76389** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | UNS | Unknown | |
| 600 BRICKELL AVE, STE 3800 | | | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **Willie Courtney** | **Clm No 45628** | Filed In Cases: 140 | |
|---|---|---|---|
| 111 Sweet Gum | Class | Claim Detail Amount | Final Allowed Amount |
| Clinton, MS 39056 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2558 of 2981

| | | | |
|---|---|---|---|
| **WILLIE CREWS** | **Clm No 36744** | Filed In Cases: 140 | |
| P.O. BOX 13 | Class | Claim Detail Amount | Final Allowed Amount |
| BRENT AL 35034 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

| | | | |
|---|---|---|---|
| **Willie Crum** | **Clm No 67184** | Filed In Cases: 140 | |
| 407 Skyview Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35209 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

| | | | |
|---|---|---|---|
| **WILLIE CRUMP** | **Clm No 55694** | Filed In Cases: 140 | |
| P O Box 15 | Class | Claim Detail Amount | Final Allowed Amount |
| Edwards, MS 39066 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2559 of 2981

---

**Willie Cuffee**
9 Langley Circle
Portsmouth, VA 23701

**Clm No 3406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**WILLIE CULPEPPER**
P. O. BOX 1093
LUFKIN TX 75902

**Clm No 36791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CULVER, JR.**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2560 of 2981

---

**Willie Cunningham**
660 Lake Joy Road
Talladega, AL 35160

**Clm No 22824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Cunningham**
C/o Sandra Faye Morris
P.o. Box 39391
Birmingham, AL 35208

**Clm No 67208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE CURRY MCBRIDE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2561 of 2981

---

**WILLIE CURTIS CROTHERS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIE D BROUGHTON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie D. Bailey, Jr.**
126 Princeton Street
Springfield, MA 01109

**Clm No 1953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2562 of 2981

---

**WILLIE D. WEBBER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie D. Williams, Jr.**
1744 Macomber Street
Toledo, OH 43606

**Clm No 18157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DAMPEER**
2753 SHIVERS ROAD
Mendenhall, MS 39114

**Clm No 55723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2563 of 2981

---

**Willie Daniel**
221 Glynn Drive
Birmingham, AL 35215

**Clm No 22833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Davis**
1025 Garden Road
Marrero, LA 70072

**Clm No 18818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DAVIS**
505 Sterling Blvd.
Sheffield, AL 35660

**Clm No 55771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2564 of 2981

---

**WILLIE DAVIS**
1707 Forrest Street
Mobile, AL 36605

**Clm No 67339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DAVIS**
c/o Pearlie Davis
1993 Polly Bell Road
Pheba, MS 39755

**Clm No 67308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DAVIS**
260 Walton Lane
Vicksburg, MS 39180

**Clm No 55765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2565 of 2981

---

**Willie Davis**
5556 Campo Blvd.
Mobile, AL 36609

**Clm No 67326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Davis**
C/o Willie Davis, Jr.
2646 23rd Street
Tuscaloosa, AL 35401

**Clm No 67292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Davis**
621 Shadowwood Lane
Birmingham, AL 35214

**Clm No 67325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2566 of 2981

---

**Willie Davis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67299**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Willie Dean**
704 Sanders St.
Kilgore, TX 75662

**Clm No 33340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**WILLIE DEBURR**
c/o Oreda M. DeBurr
3307 Westminster Avenue
Monroe, LA 71201

**Clm No 67377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2567 of 2981

---

**Willie Dees**
2210 Railroad Street
Mount Vernon, AL 36560

**Clm No 67381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DEFEE**
734 OAKRIDGE LN
HEMPHILL TX 75948

**Clm No 36946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DELANE MOORE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2568 of 2981

---

**Willie Deloach**
490 Deloach Rd.
Shiloh, GA 31826

**Clm No 49179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Dennis**
1329 Dead Lake Road
Creola, AL 36525

**Clm No 22859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Dennis**
725 Airport Rd
Oxford, GA 30054

**Clm No 50059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2569 of 2981

---

**Willie Denson**
P.O. Box 8892
Moss Point, MS 39563

**Clm No 24110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Denson**
648 S. Union St.
Lima, OH 45804

**Clm No 9467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Devereaux**
1325 S Elbert St
Milledgeville, GA 31061

**Clm No 46184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2570 of 2981

---

**WILLIE DICKINSON**
2351 Dickson Lane
Mobile, AL 36618

**Clm No 55809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Dillard**
C/o Darnell Dillard
3321 Hemlock Avenue Sw
Birmingham, AL 35221

**Clm No 67436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Dilworth**
3 County Road 419
Corinth, MS 38834

**Clm No 44060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2571 of 2981

---

**Willie Dixon**
800 Hannah St.
Indianola, MS 38701

**Clm No 50234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DIXON**
1227 Houston Street
Tupelo, MS 38801

**Clm No 55818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Doby**
211 Monroe Drive
Collins, MS 39428

**Clm No 47290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2572 of 2981

---

**WILLIE DOCK**
747 WILL JOHN ST.
PRICHARD AL 36610

**Clm No 37086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DODGEN**
1201 N. Hillcrest Drive
Payson, AZ 85541

**Clm No 67463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Dopson**
1313 Hunter Lane
Celina, TX 75009

**Clm No 61214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2573 of 2981

---

**Willie Dorsey**
PO Box 104
Demopolis, AL 36732

**Clm No 51463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Doubleman**
1700 Republic Road
Mt Olive, AL 35117

**Clm No 67502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Drummond**
1217 W. Millman
Peoria, IL 61605

**Clm No 61239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2574 of 2981

---

**WILLIE DUBOSE**
337 N. GREEN AVE.
WHISTLES AL 36612

**Clm No 37167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE DUCKSWORTH MOFFETT**
P. O. Box 4514
Laurel, MS 39441

**Clm No 55877**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ducre**
3008 Roundtable Drive
Chesapeake,  VA 23323

**Clm No 3607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2575 of 2981

---

**Willie Dukes**
672 Chatham Dr
Greenville, MS 38701

**Clm No 49884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Dunn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Dunn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2576 of 2981

---

**Willie Durham**
2889 Pickard Place
Thomaston, GA 30286

**Clm No 47982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE E HOLSTON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE E JONES**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2577 of 2981

---

**Willie E Williams**
7046 Zona Ave.
Jacksonville, FL 32211

**Clm No 20213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ealy**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE EARL COLVERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2578 of 2981

---

**Willie Earl II Robinson**
P.O. Box 64
Bolton, MS 39041

**Clm No 51347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE EARL TURNER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Edmond**
P.O. Box 361
Calhoun City, MS 38916

**Clm No 51220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2579 of 2981

---

**Willie Edmonds**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE EDWARD BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**WILLIE EDWARDS**
802 SUMMERVILLE ST.
MOBILE AL 36617

**Clm No 37319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2580 of 2981

---

**WILLIE ELDRIDGE**
1418 Sulphur Springs Rd.
Camden, MS 39045

**Clm No 55924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE ELLIOTT**
2774 Jody Young Road
Starkville, MS 39759

**Clm No 67705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Elsaw**
C/o Gwendolyn C. Key
28 Greendale Drive
St Louis, MO 63121

**Clm No 67734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2581 of 2981

---

**Willie Epps**
1629 Roberts Street Southwest
Birmingham, AL 35211

**Clm No 22904**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ervin**
1910 West Ford Rd.
Cincinnati, OH 45223

**Clm No 9914**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Evans**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67806**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2582 of 2981

---

**Willie Evans**
3917 Hwy 80
Lawrence, MS 39336

**Clm No 48701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Evans**
2110 North General Gorgas
Mobile, AL 36617

**Clm No 67824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Evans**
c/o Marilyn Evans
1631 A Tin Mill Road
Dolomite, AL 35061

**Clm No 67812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2583 of 2981

---

**Willie Everett**
PO Box 515
Moorhead, MS 38761

**Clm No 44106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE EVERSON**
904 Section Rd.
West Point, MS 39773

**Clm No 67833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie F. Brown**
110 Laurel Street
San Diego,CA 92101

**Clm No 21601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2584 of 2981

---

**Willie Falls**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Willie Fant**
7770 Castlerock Drive NE
Warren, OH 44484

**Clm No 9996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 23-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Willie Farve**
1417 Avenue C
Marrero, LA 70072

**Clm No 18881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2585 of 2981

---

**Willie Faulk**
4400 Clifton Street
Suffolk,  VA 23435

**Clm No 3754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIE FAYE MITCHELL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Willie Felder**
c/o Paula Felder
404 Duroux Rd., Apt. A
La Marque, TX 77568

**Clm No 67886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2586 of 2981

---

**WILLIE FELLS**
1333 Stonehedge Drive
Birmingham, AL 35235

**Clm No 67890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Fielder**
3913 Ball (Avenue H)
Galveston, TX 77550

**Clm No 67904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Fields**
P.O. Box 641655
Kenner, LA 70064

**Clm No 18889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2587 of 2981

---

**WILLIE FILES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**WILLIE FLANAGAN**
1949 GULFWAY DR
PORT ARTHUR TX 77642

**Clm No 37508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Fleming**
P.O. Box 1346
Milledgeville, GA 31059

**Clm No 50989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2588 of 2981

---

**WILLIE FLEMING, JR.**
1315 Hanna Circle
Desoto, TX 75115

**Clm No 56025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE FLEMINGS**
3335 DUNN DRIVE SW,APT 97
HUNTSVILLE, AL 35805

**Clm No 390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Flowers**
1146 West 30th Street
Lorain, OH 44052

**Clm No 10193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2589 of 2981

---

**Willie Ford**
1303 Park Circle Dr.
Clarksdale, MS 38614

**Clm No 46136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Forney**
93 Soulville Circle
Sparta, GA 31087

**Clm No 50555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Foster**
P.O. Box 177
Butler, AL 36904

**Clm No 51064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2590 of 2981

---

**WILLIE FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE FOSTER**
c/o Mrs. Eula M. Foster
1732 Center Way, S
Birmingham, AL 35205

**Clm No 68012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Foster**
3786 w. 21st Avenue
Gary, IN 46404-2849

**Clm No 61502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2591 of 2981

---

**WILLIE FRANK DILWORTH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE FRANK GILBERT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE FRANK JONES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84816**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/30/2018 6:20:23 PM

### Claims Details

---

**Willie Franklin**                          **Clm No 10279**    Filed In Cases: 140
4509 Longleaf Road
Warrensville Hts, OH 44128        Class              Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Freed**                             **Clm No 68076**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                Class              Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                  UNS                    $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Fryson**                            **Clm No 10345**    Filed In Cases: 140
653 N. State Street
Marion, OH 43302                 Class              Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2593 of 2981

---

**Willie Fultz**
3001 Norwood Blvd.
Birmingham, AL 35234

**Clm No 61568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Funches**
2730 Hwy. 84 #6014
Silver Creek, MS 39663

**Clm No 47896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie G Phillips**
902 Heathgate
Houston, TX  77062

**Clm No 32942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2594 of 2981

---

**WILLIE G. BALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gadison**
4066 Fizer Ave
Memphis, TN 38111

**Clm No 48789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gainer**
1052 Salisbury Drive
Virginia Beach,  VA 23453

**Clm No 3873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2595 of 2981

---

**WILLIE GARDNER**
76 Frisco Road
Columbus, MS 39702

**Clm No 56104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Garner**
P.o. Box 615
Sandersville, MS 39477

**Clm No 68171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Garrett**
903 1/2 8Th Ave. North
Birmingham, AL 35203

**Clm No 68188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2596 of 2981

---

**Willie Gary**
914 Chumley Rd  Apt A
Portsmouth, VA 23701

**Clm No 3906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Gaskin**
2915 Cox Mill Road Apt. L3
Hopkinsville, KY 42240-1288

**Clm No 61631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIE GASKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2597 of 2981

---

**Willie George**
3619 Mosley Ave.
Jackson, MS 39213

**Clm No 48540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gholston**
1033 Timberline Trail
Birmingham, AL 35215

**Clm No 68261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gibson**
c/o Johnnie R. Gibson
6220 Lampwood Court
Mobile, AL 36693-3404

**Clm No 68271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2598 of 2981

---

**Willie Gill**
171 Hilliard Lane
Wetumpka, AL 36092

**Clm No 68300**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gilliam**
416 Pine Ave.
Newport News, VA 23607

**Clm No 33920**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gilmore**
C/o Della R. Gilmore
4286 Raintree Road East
Eight Mile, AL 36613

**Clm No 68314**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2599 of 2981

| Willie Gilmore | **Clm No 49350** | Filed In Cases: 140 | |
|---|---|---|---|
| 5197 County Road 31 | Class | Claim Detail Amount | Final Allowed Amount |
| Rose Hill, MS 39356 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIE GIPSON | **Clm No 68317** | Filed In Cases: 140 | |
|---|---|---|---|
| Margie Campbell, c/o Albert D. Lipscomb | Class | Claim Detail Amount | Final Allowed Amount |
| 210 North 18th St. | UNS | $1.00 | |
| Bessemer, AL 35020 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willie Givens | **Clm No 3965** | Filed In Cases: 140 | |
|---|---|---|---|
| 4601 West Northern Parkway | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore,  MD 21215 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2600 of 2981

---

**Willie Godbold**
3904 Holly Cove Drive
Chesapeake,  VA 23321

**Clm No 3972**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE GODBOLD**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81103**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Willie Godfrey**
C/o Joretta Walker
1960 Castleberry Way
Birmingham, AL 35214

**Clm No 68355**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2601 of 2981

---

**Willie Gooden**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gordon**
3148 Sherwood St
Baton Rouge, LA 70805

**Clm No 18938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GORE**
7943 MCGALLION ROAD
SILSBEE TX 77656

**Clm No 37959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2602 of 2981

---

**Willie Gossom**
c/o Mary Ann Gossom
1413 Red Rock Circle
Pleasant Grove, AL 35127

**Clm No 68430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GRAHAM**
3017 BUENA VISTA,APT 205
DETROIT, MI 48238

**Clm No 420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Graves**
4301 Columbus Ave.
Chesapeake,  VA 23321

**Clm No 4017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2603 of 2981

---

**Willie Gray**
P.O. Box 576
Marshall, TX 75671

**Clm No 33392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gray**
PO Box 303
Lake, MS 39092

**Clm No 44181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GRAY**
3438 Eagle Creek Road
Leavittsburg, OH 44430

**Clm No 56213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2604 of 2981

---

**WILLIE GRAY**
209 Clem School Road
Mount Olive, MS 39119

**Clm No 56222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GRAY**
414-A Watts Ave.
Natchez, MS 39120

**Clm No 56214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GREEN**
733 Sunhill Rd., Apt. M
Birmingham, AL 35215

**Clm No 68486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2605 of 2981

**Willie Green**
2656 AL Hwy 61
Greensboro, AL 36744

**Clm No 59326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GREEN**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 56232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GREEN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2606 of 2981

---

**WILLIE GREEN**
c/o Betty Neland Johnson
1303 Johnston Street
Baker, LA 70714-2943

**Clm No 68484**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GREEN JR.**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82018**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Willie Griffin**
917 Sherman Lane
Norfolk,  VA 23523

**Clm No 4089**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2607 of 2981

---

**WILLIE GRIFFIN, SR.**
102 Carver Drive
Vicksburg, MS 39180

**Clm No 56265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Griggs**
C/o Fannie Mae Griggs
2325 Wayfarer Drive
Tarrant City, AL 35217

**Clm No 68539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Grooms**
1517 Hagan Drive
Columbus, GA 31907

**Clm No 23015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2608 of 2981

---

**Willie H. Barbier**
612 Virginia Ave
McComb, MS 39648

**Clm No 49710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE H. BURKETT**
15284 WOODY DRIVE
GULFPORT, MS 39503-

**Clm No 20648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE HALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2609 of 2981

---

**Willie Hamilton**
480 W. Parker Rd. #74
Houston, TX 77091

**Clm No 68669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hamler**
135 Hardnett Drive
Shiloh, GA 31826

**Clm No 46231**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HANDSEL**
C/O JANET WARD BLACK
208 W. WENDOVER AVENUE
GREENSBORO NC 27401

**Clm No 38222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2610 of 2981

---

**WILLIE HANDY**
246 Moss Road
Canton, MS 39046

**Clm No 56320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HARBIN**
P.O. BOX 267
LISMAN AL 36912

**Clm No 38246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HARDAWAY**
4221 69th Ave.
Tuscaloosa, AL 35401

**Clm No 56330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2611 of 2981

**Willie Hardy**
50 Forrest Rd
Ward, AL 36922

**Clm No 49220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Hardy**
C/o Shirley D. Hardy
P.O. Box 1015
Northport, AL 35476

**Clm No 68731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Hardy**
1531 Talley Circle
Portsmouth VA,  23704

**Clm No 4150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2612 of 2981

---

**Willie Hargrave**
407 Southern Blvd NW Apt. 214
Warren, OH 44485

**Clm No 11071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Harper**
175 CR 2142
Quitman, TX 75783-6141

**Clm No 68775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HARRIS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2613 of 2981

---

**Willie Harris**
1330 7th Street NE
North Canton, OH 44720

**Clm No 11116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Harris**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 11149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Harris**
4199 Dixie Garden Rd.
Wesson, MS 39191

**Clm No 48902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                              2614 of 2981

---

**Willie Harris**                          **Clm No 44234**        Filed In Cases: 140
PO Box 172
Boyle, MS 38730                            Class              Claim Detail Amount          Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willie Harris**                          **Clm No 59359**        Filed In Cases: 140
1001 Booker Street
Little Rock, AR 72204                       Class              Claim Detail Amount          Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willie Harris**                          **Clm No 68792**        Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class              Claim Detail Amount          Final Allowed Amount
Houston, TX 77017
                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2615 of 2981

---

**WILLIE HARRISON**
203 Ramsey McQueen Rd.
Collins, MS 39428

**Clm No 56379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HARRISON**
3266 JERRY STREET
ORANGE TX 77632

**Clm No 38329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HARRISON**
704 10th Ave So.
Columbus, MS 39701

**Clm No 56377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2616 of 2981

---

**WILLIE HART JR., PERSONAL REPRESENTATIVE FOR**

WILLIE HART (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 78751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Willie Harvey**

3004 10th Avenue

Bessemer, AL 35020

**Clm No 68852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Harvey**

5703 Naff Ave.

Bastrop, LA 71220

**Clm No 49549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

## *Claims Details*

2617 of 2981

---

**Willie Hatch**
c/o Kay L. Cason, Cty Admnstrtr
505 20th St. N., Suite 1650
Birmingham, AL 35203

**Clm No 68863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hatcher**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hathorn**
PO Box 421
Bassfield, MS 39421

**Clm No 51648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2618 of 2981

---

**Willie Hayes**
923 Devon Avenue
Youngstown, OH 44505

**Clm No 11252**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HAYES**
575 TRACE STREET
MANY LA 71449

**Clm No 38384**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIE HAYES**
800 MYRA DR.
MOBILE AL 36606

**Clm No 38392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**      E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2619 of 2981

---

**WILLIE HAYES**
4702 FROST PLACE
ORANGE TX 77630

**Clm No 38393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hayes**
PO Box 63
Damascus, GA 31741

**Clm No 51716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hayman**
2876 Smith County Road 558
Pulaski, MS 39152

**Clm No 44247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2620 of 2981

---

**Willie Head**
8926 Winged Foot Drive
Pasadena, MD 21122

**Clm No 11278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Head**
463 Hwy 49 South
Inverness, MS 38753

**Clm No 49093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hearns**
27 County Road 682
Quitman, MS 39355

**Clm No 44256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2621 of 2981

---

**Willie Hearns**
2503 Fairfax Avenue
Bessemer, AL 35020

**Clm No 68907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HEDGEPETH**
726 Ayrock Road
Meridian, MS 39301

**Clm No 56433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Heggler**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2622 of 2981

---

**Willie Heidelburg**
665 County Road 262
Shubuta, MS 39360

**Clm No 49864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HENDERSON**
1109 County Road 119, Lot B
Prattville, AL 36066

**Clm No 68941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Henderson**
P.O. Box 6342
Youngstown, OH 44501

**Clm No 11332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2623 of 2981

---

**Willie Henley**
C/o Frankie L. Henley
P.O. Box 282
Reform, AL 35481

**Clm No 68951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Henry**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HICKS**
516 MORRIS RD. WEST
SOUR LAKE TX 77659

**Clm No 38524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2624 of 2981

---

**WILLIE HICKS**
20389 FM 2767
WINONA TX 75792

**Clm No 38526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie High**
3701 Oak Ave S.W.
Birmingham, AL 35221

**Clm No 69043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie High**
c/o Bernice High
4101 Park Avenue SW
Birmingham, AL 35221

**Clm No 69041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2625 of 2981

---

**Willie Hill**
818 Cochise Trl
Birmingham, AL 35214

**Clm No 69069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hill**
c/o Willie Mae Lewis
2701 Kaulton Rd. Lot 56
Tuscaloosa, AL 35401

**Clm No 69047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hill**
2204 Broadmoor PL
Gulfport, MS 39501

**Clm No 47403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2626 of 2981

---

**Willie Hill**
495 Emerald Road
Ocala, FL 34472

**Clm No 62095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hill**
1609 Chevy Chase Rd
Savannah, GA 31415

**Clm No 46641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2627 of 2981

---

**Willie Hill**
C/o Willie M. Hill
121 Stevenson Drive
Holt, AL 35404

**Clm No 69048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hilton**
9524 Myers St.
Ocean Springs, MS 39565

**Clm No 33421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hinton**
2053 Attala Road 3034
Kosciusko, MS 39090

**Clm No 23089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2628 of 2981

---

**Willie Hinton**
P.O. Box 5393
Newport News,  VA 23605

**Clm No 4339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hitchens**
2417 Willow Street
New Orleans, LA 70113

**Clm No 11506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HOGAN**
5080 Walker Rd
West Point, MS 39773

**Clm No 69134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2629 of 2981

---

**Willie Holder**
2140 Loree Road
Evergreen, AL 36401

**Clm No 23094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Holloway**
188 Moody Road
Vinegar Bend, AL 36584

**Clm No 69181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Holmes**
533 Goldenrod Drive
Birmingham, AL 35215

**Clm No 69193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2630 of 2981

---

**WILLIE HOLT**
RT. 1 BOX 209
W. BLOCKTON AL 35184

**Clm No 38642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HOLT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Willie Holt**
102 Oak Forest Drive
Birmingham, AL 35217

**Clm No 62142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2631 of 2981

---

**Willie Holt**
110 Laurel Street
San Diego, CA 92101

**Clm No 21788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HOOKS**
400 Green St. Apt A3-3
Brookhaven, MS 39601-3947

**Clm No 56546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hopkins**
5790 Denlinger Rd.
Dayton, OH 45426

**Clm No 11664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2632 of 2981

---

**Willie Horton**
110 Laurel Street
San Diego, CA 92101

**Clm No 21792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HOUSE**
529 SOUTH 14TH AVENUE
Laurel, MS 39440

**Clm No 56565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Howell**
6720 S Cornell Ave, Apt 604
Chicago, IL 60649-1039

**Clm No 24249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2633 of 2981

---

**WILLIE HUBBARD**
18801 DEQUINDRE STREET
DETROIT, MI 48234

**Clm No 491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hudnell**
1616 Superior Avenue
Dayton, OH 45402

**Clm No 11761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hudson**
2611 Hwy 425
Pine Bluff, AR 71601

**Clm No 47805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2634 of 2981

---

**Willie Hudson**
516 Ohio Avenue
Clarksdale, MS 38614

**Clm No 44316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HUFFMAN**
1467 CR 419
Woodland, MS 39776

**Clm No 56588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hughes**
967 Old Jackson Rd.
Canton, MS 39046

**Clm No 50612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2635 of 2981

---

**WILLIE HUGHES**
1432 WAKEFIELD DR.
TUSCALOOSA AL 35405

**Clm No 38752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**WILLIE HUGHES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             24-Mar-2017
Bar Date
Claim Face Value         $1.00

---

**WILLIE HUGHES**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 56601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

### *Claims Details*

2636 of 2981

---

**WILLIE HUGHLEY**
1209 44 Street North
Birmingham, AL 35212-1223

**Clm No 69368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hughley**
422 Kings Ave
Thomaston, GA 30286

**Clm No 48925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hunt**
1512 Rosedown Street
Vicksburg, MS 391804259

**Clm No 23120**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2637 of 2981

---

**WILLIE HURST**
4126 19TH ST.
TUSCALOOSA AL 35401

**Clm No 38773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hurt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HUTCHINS**
2806 SUNSET DR. N.E.
TUSCALOOSA AL 35404

**Clm No 38780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2638 of 2981

---

**WILLIE HUTCHINSON**
2080 Attala Road 4147
Sallis, MS 39160

**Clm No 56617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HUTCHISON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE I. COLEMAN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85158**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2639 of 2981

---

**Willie Ingram**
433 Soulville Circle
Sparta, GA 31087

**Clm No 48980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE IRBY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ISAAC HOYLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2640 of 2981

---

**WILLIE J. BALDWIN**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**WILLIE J. MCMILLION**
6802 MAUVILLA DRIVE, WEST
EIGHT MILE, AL 36613-

**Clm No 21060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIE J. TURNER**
C/O PATTEN, WORNOM, HATTEN & DIAMONSTEIN, LC
ATTN: DONALD NEAL PATTEN
12350 JEFFERSON AVE. STE. 300
NEWPORT NEWS, VA 23602

**Clm No 78508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2641 of 2981

---

**Willie Jackson**
2035 Americus Avenue
Pensacola, FL 32507

**Clm No 62289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JACKSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jackson**
2206 Duncansby Drive
Decatur, AL 35601

**Clm No 59422**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2642 of 2981

---

**Willie Jackson**
13141 Old Baton Rouge Hwy.
Hammond, LA 70403

**Clm No 19064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jackson**
5016 3rd Ave
Tuscaloosa, AL 35405

**Clm No 69530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JACKSON**
c/o Valery Jackson
229 17th Ave. North
Texas City , TX 77590

**Clm No 69500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2643 of 2981

---

**Willie Jackson**
3315 County Rd.7
Lisman, AL 36912

**Clm No 48361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jackson**
PO Box 1120
Hardwick, GA 31034

**Clm No 51468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jackson**
9634 Nardin Street
Detroit, MI 48204

**Clm No 23139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2644 of 2981

---

**Willie Jackson**
3623 Brenda Drive
Toledo, OH 43614

**Clm No 11935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIE JACKSON**
P.O. Box 138
Carrollton, MS 38917

**Clm No 56653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2645 of 2981

---

**Willie Jackson, Sr.**
354 Third Street SW
Warren, OH 44483

**Clm No 11938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMERSON**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 56667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES**
118 Aaron Lane
Ridgeland, MS 39157

**Clm No 56676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2646 of 2981

---

**Willie James**
P.O. Box 28406
Birmingham, AL 35228

**Clm No 24879**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES FOXX**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86361**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES GARRETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2647 of 2981

---

**WILLIE JAMES HOLLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES HUGHES, III**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JAMES JIMISON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2648 of 2981

**Willie James Johnson, Jr.**
P.O. Box 1681
Youngstown, OH 44501

**Clm No 12148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**WILLIE JAMES MILES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |


**WILLIE JAMES MILLER**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2649 of 2981

---

**WILLIE JAMES TABBS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85704**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jasper**
464 East Oak St.
Laurel, MS 39440

**Clm No 49095**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jayne**
c/o Willie Roger Jaynes
PO Box 53
Gordo, AL 35466

**Clm No 69610**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2650 of 2981

---

**Willie Jaynes**
322 Raleigh Drive
Magee, MS 39111

**Clm No 48285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JEAN NESMITH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JEAN SAWYER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2651 of 2981

---

**Willie Jefferson**
PO Box 177
Pachuta, MS 39347

**Clm No 44359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JENKINS**
P O Box 1014
Woodville, MS 39669

**Clm No 56695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jenkins**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2652 of 2981

| WILLIE JEWEL PHILLIPS | **Clm No 85319** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIE JIM MCCLENDON | **Clm No 86690** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willie Jo Bond | **Clm No 48880** | Filed In Cases: 140 | |
|---|---|---|---|
| 415 Bond Road | Class | Claim Detail Amount | Final Allowed Amount |
| Crossett, AR 71635 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2653 of 2981

| WILLIE JO WREN | Clm No 87690 | Filed In Cases: 140 | |
|---|---|---|---|
| C/O EDWARD O. MOODY, PA | Class | Claim Detail Amount | Final Allowed Amount |
| 801 WEST 4TH ST. | | | |
| LITTLE ROCK, AR 72201 | UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

| WILLIE JOE SIMMONS | Clm No 86993 | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIE JOE SPENCE | Clm No 85571 | Filed In Cases: 140 | |
|---|---|---|---|
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | | | |
| JACKSON, MS 39201 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2654 of 2981

---

**WILLIE JOE TAWBUSH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JOHNS**
4412 Citronelle Hwy
Eight Mile, AL 36613

**Clm No 56706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
2016 Amanda Lane
Birmingham, AL 35235

**Clm No 24891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                        2655 of 2981

---

**Willie Johnson**                    **Clm No 21827**    Filed In Cases: 140
110 Laurel Street
San Diego,CA 92101                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          7-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Johnson**                    **Clm No 24890**    Filed In Cases: 140
10231 Road 852
Philadelphia, MS 39350               Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          5-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Johnson**                    **Clm No 47259**    Filed In Cases: 140
209 Dorsey St.
East Dublin, GA 31027                Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2656 of 2981

---

**Willie Johnson**
19188 Heard Road
Fairhope, AL 36532

**Clm No 24892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
182 Erate Road
Laurel, MS 39443

**Clm No 44383**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
C/o Marcus D. Johnson
P.o. Box 59003
Homewood, AL 35259

**Clm No 69725**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2657 of 2981

---

**Willie Johnson**
1544 17th Street S.w.
Birmingham, AL 35211

**Clm No 69784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
3340 23rd Street
Tuscaloosa, AL 35401

**Clm No 69765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JOHNSON**
1915 STILLWELL BLVD.
PORT ARTHUR TX 77640

**Clm No 39002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2658 of 2981

---

**Willie Johnson**
1229 Tucker Grove Road
Wrightsville, GA 31096

**Clm No 45952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JOHNSON**
1152 Crigler Road
Crawford, MS 39743

**Clm No 56747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
C/o Jackie S. Bottomlee
1037 Vista Ave
Soledad, CA 93960-3343

**Clm No 69731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2659 of 2981

---

**WILLIE JOHNSON**
P. O. Box 4312
Greenville, MS 38704

**Clm No 56736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
7537 Bethlehem Street
Adger, AL 35006

**Clm No 69753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JONES**
5753 Hwy 84
Prentiss, MS 39474-4445

**Clm No 56784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2660 of 2981

---

**Willie Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE JONES**
825 S. GARRISON AVE.
PRICHARD AL 36610

**Clm No 39128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE JONES**
c/o Jeffrey Jones
43003 Jones Road
Bay Minette, AL 36507

**Clm No 69870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2661 of 2981

---

**Willie Jones**
4118 Rebecca Road
Mobile, AL 36609

**Clm No 24897**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jones**
PO Box 32
Folkston, GA 31537

**Clm No 51624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jones**
8252 Mandaly Street
Detroit, MI 48204

**Clm No 23179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2662 of 2981

---

**WILLIE JONES**
822 WELFORD
PORT ARTHUR TX 77640

**Clm No 39092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Willie Jones**
C/o Annette Jones
1230 27th St. North
Bessemer, AL 35020

**Clm No 69888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2663 of 2981

---

**Willie Jones**
2825 Highway 528
Heidelberg, MS 39439

**Clm No 47959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Kelley**
c/o Gwenn Kelley
136 Limbaugh Avenue, C2
Childersburg, AL 35044-2043

**Clm No 70004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Kelley**
c/o Mary Samuel
1925 16th Way No.
Bessemer, AL 35020

**Clm No 69999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2664 of 2981

**WILLIE KELLY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83834**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Willie Kemp**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70016**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Kendrick**
Post Office Box 241
Moundville, AL 35474

**Clm No 59460**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2665 of 2981

---

**Willie Kershaw**
308 Greenbriar Avenue
Hampton,  VA. 23661-2505

**Clm No 4742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Kidd**
c/o Billie Kidd
3827 Cypressdale Drive
Spring, TX 77388-5024

**Clm No 70059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE KIDD**
199 Medgar Evers Circle
Decatur, MS 39327

**Clm No 56892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2666 of 2981

---

**WILLIE KIND**
5701 1st Ave S Apt 211
Birmingham, AL 35212-2512

**Clm No 56901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie King**
PO Box 465
Leland, MS 38756

**Clm No 44419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE KING**
P.O. BOX 1775
KINGSVILLE TX 78364

**Clm No 39273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2667 of 2981

---

**Willie King**
10025 McLeod Rd
Moblie, AL 36695

**Clm No 45199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Kittling**
110 Laurel Street
San Diego, CA 92101

**Clm No 21853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Knight**
5785 Winchester PL
Lithonia, GA 30038

**Clm No 70137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2668 of 2981

---

**WILLIE KNIGHTON**
2765 GOLIAD
BEAUMONT TX 77701

**Clm No 39311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Knighton**
PO Box 238
Moorhead, MS 38761

**Clm No 44424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE KOST**
53 Hartly Drive
Columbus, MS 39702

**Clm No 56936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2669 of 2981

---

**Willie L Evans**
9546 Devonshire Blvd.
Jacksonville, FL  32208

**Clm No 32505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE L HILL**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE L. CLARK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2670 of 2981

---

**Willie L. Davis**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 9365**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE L. EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86465**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie L. Simmons**
309 Linduff Avenue
Steubenville, OH 43952

**Clm No 16273**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2671 of 2981

---

**WILLIE L. WHITE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lacey**
432 Stillwood Dr.
Jackson, MS 39206

**Clm No 48974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LACY, SR.**
310 Maple Circle
Vicksburg, MS 39180

**Clm No 56942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2672 of 2981

---

**WILLIE LAFFIETTE**
612 Seven Oaks Road
Orange, NJ 07050

**Clm No 56951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIE LAIRD**
528 Bass Laird Road
Prentiss, MS 39474

**Clm No 56954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LAIRD**
410 Cedar Street
Vidalia, LA 71373

**Clm No 56955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2673 of 2981

**Willie Lakes**
3810 Cliffton
Lorain, OH 44055

**Clm No 12794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIE LAMAR MILES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Willie Lang**
P. O. Box 13713
Mobile, AL 36663-0713

**Clm No 50832**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2674 of 2981

---

**Willie Lanier**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LAVERGNE**
2009 E. 18TH STREET
PORT ARTHUR TX 77640

**Clm No 39490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LEE**
c/o Mrs. Antoinette J. Lee
709 Wynn Avenue
Hueytown, AL 35023

**Clm No 70307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2675 of 2981

---

**WILLIE LEE BROWN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LEE CRAWFORD**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIE LEE JACKSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2676 of 2981

---

**WILLIE LEE JOHNSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84831**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lee Oden**
12430 Chestnut St. NW
Canal Fulton, OH 44614

**Clm No 14519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LEE SCHMITZ**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2677 of 2981

---

**WILLIE LEE STOVALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LEE WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Willie Lee Willis**
923 Parkside Blvd.
Toledo, OH 43607

**Clm No 18173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100        E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2678 of 2981

| | | |
|---|---|---|
| **Willie Lemon** | **Clm No 12964** | Filed In Cases: 140 |
| 2426 Buroak Street | Class | Claim Detail Amount | Final Allowed Amount |
| Canton, OH 44705 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

| | | |
|---|---|---|
| **WILLIE LEON JOHNSON** | **Clm No 84832** | Filed In Cases: 140 |
| C/O JOHN ARTHUR EAVES | Class | Claim Detail Amount | Final Allowed Amount |
| 101 NORTH STATE ST. | UNS | $1.00 | |
| JACKSON, MS 39201 | | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

| | | |
|---|---|---|
| **WILLIE LEVORNE JACKSON** | **Clm No 20926** | Filed In Cases: 140 |
| POST OFFICE BOX 7155 | Class | Claim Detail Amount | Final Allowed Amount |
| SPANISH FORT, AL 36527- | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2679 of 2981

---

**Willie Lewis**
813 Shorecrest Dr.
Garland, TX 75040

**Clm No 70382**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lewis**
1705 St. Charles Ave. Sw
Birmingham, AL 35211

**Clm No 70398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lewis**
c/o Barbara Helger
7240 Queenstown Ave.
Birmingham, AL 35206

**Clm No 70379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2680 of 2981

**Willie Lewis**
171 Mandy Dr.
Brandon, MS 39042

**Clm No 46766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LEWIS**
2103 MARGIE ST.
PRICHARD AL 36610

**Clm No 39622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lewis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2681 of 2981

---

**WILLIE LEWIS, PERSONAL REPRESENTATIVE FOR**

JOHNNY LEWIS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Willie Little**

c/o Willie D. Little

4256-27th Place

Tuscaloosa, AL 35401

**Clm No 70425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lofton**

110 Laurel Street

San Diego,CA 92101

**Clm No 21875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2682 of 2981

---

**Willie Long**
C/o Diane Y. Thomas
1132 Bush Street
Brighton, AL 35020

**Clm No 70484**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Longmire**
Post Office Box 7401
Spanish Fort, AL 36527

**Clm No 70490**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LOU WAFFORD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87471**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2683 of 2981

---

**Willie Louis**
C/o Savannah Louis
1300 Tarrant Huffman Road
Birmingham, AL 35217

**Clm No 70499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lowery**
111 Erie Street
Elyria, OH 44035

**Clm No 13193**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LUCAS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2684 of 2981

---

**Willie Luter**
c/o Willie Luter, Jr.
4219 Oak Shadows Drive
Houston, TX 77091-5316

**Clm No 70551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE LYLES**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willie M. Teal**
5333 Godwin Blvd.
Suffolk, VA  23434

**Clm No 6313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2685 of 2981

---

**WILLIE MAC GAULDEN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MACK**
3318 33RD COURT
TUSCALOOSA AL 35401

**Clm No 39812**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE BLAIR**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2686 of 2981

---

**WILLIE MAE ELMORE**
2217 18TH ST.
PORT ARTHUR TX 77640

**Clm No 37362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE GANTS**
1816 19TH STREET
PORT ARTHUR TX 77640

**Clm No 37729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mae Gardner**
172 Sunny Brook Rd.
Jackson, NJ 08527

**Clm No 1652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2687 of 2981

| | | |
|---|---|---|
| **Willie Mae Goolsby** | **Clm No 46795** | Filed In Cases: 140 |
| 173 Old Nave Rd. | Class | Claim Detail Amount / Final Allowed Amount |
| Juliette, GA 31046 | UNS | $1.00 |
| | | $1.00 |

Date Filed       8-Dec-2016
Bar Date
Claim Face Value       $1.00

| | | |
|---|---|---|
| **WILLIE MAE HALL** | **Clm No 20858** | Filed In Cases: 140 |
| 708 SOUTH CAROLINA STREET | Class | Claim Detail Amount / Final Allowed Amount |
| MOBILE, AL 36603- | UNS | $1.00 |
| | | $1.00 |

Date Filed       6-Dec-2016
Bar Date
Claim Face Value       $1.00

| | | |
|---|---|---|
| **WILLIE MAE HANIE, PERSONAL REPRESENTATIVE FOR** | **Clm No 79878** | Filed In Cases: 140 |
| LUTHER HANIE SR. (DECEASED) | Class | Claim Detail Amount / Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | UNS | Unknown |
| ATTN: CURT HENNECKE | | |
| 222 RUSH LANDING ROAD | | |
| NOVATO, CA 94928-6169 | | |

Date Filed       23-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2688 of 2981

---

**WILLIE MAE HENLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE JACKSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Willie Mae Jackson**
c/o John Kennedy
17330 Wall Street
Carson, CA 90746

**Clm No 50724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2689 of 2981

---

**WILLIE MAE JARVIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE LEWIS**
3015 11TH STREET
PORT ARTHUR TX 77640

**Clm No 39630**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE PETTAWAY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2690 of 2981

---

**Willie Mae Powell**
2149 Lloyd Drive
Chesapeake,  VA 23325

**Clm No 5555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mae Robinson**
215 Clinton Ave.
Elyria, OH 44035

**Clm No 15545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MAE WALPOOL**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2691 of 2981

---

**WILLIE MANUAL**
465 HENRIETTA  AVE. N.E.
CANTON, OH 44704

**Clm No 590**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Marion**
112 Werden Rd
Dublin, GA 31021

**Clm No 45670**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Marshall**
3226 Wire Lane
Donaldsonville, LA 70346

**Clm No 19224**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2692 of 2981

---

**Willie Marshall**
2107 Bear Fork Road
Whistler, AL 36612

**Clm No 70659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Martin**
2019 Wells Ave
Mobile, AL 36617

**Clm No 70686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Martin**
Post Office Box 1554
Monticello, AR 71657

**Clm No 23310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**WILLIE MARTIN**
353 Muscadine Street
Greenville, MS 38701

**Clm No 57178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Martin**
533 N. Fox Avenue
Panama City, FL 32404-

**Clm No 63022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Martin**
1363 Culbertson Drive
Barberton, OH 44203

**Clm No 13404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2694 of 2981

---

**Willie Martin**
316 Jefferson St
Laurel, MS 39440

**Clm No 48239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MARTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIE MARTIN**
RT. 1 BOX 72
SATSUM AL 36572

**Clm No 39924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2695 of 2981

---

**Willie Martin**
905 Hwy. 26 East
Poplarville, MS 39470

**Clm No 19228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MARTIN, JR.**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 57181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MARY CASTON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2696 of 2981

---

**Willie Mason**
P.O. Box 261
Monticello, AR 71657

**Clm No 70704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mason**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Matthews**
1458 Barkada Road
Monticello, AR 71655

**Clm No 23320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2697 of 2981

| | | |
|---|---|---|
| **WILLIE MAY** | **Clm No 70754** | Filed In Cases: 140 |
| 2012 Hawkins Street | | |
| Birmingham, AL 35207 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Willie Maynard** | **Clm No 28123** | Filed In Cases: 140 |
| 105 Birch St | | |
| Powhatan Point, OH 43942 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Willie McCane** | **Clm No 70795** | Filed In Cases: 140 |
| C/o Charlotte  Hamler | | |
| 1112 Grand Blvd. | | |
| Birmingham, AL 35214 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2698 of 2981

---

**Willie McCants**
C/o Ruby D. M. Ransom
4916 7th Avenue
Birmingham, AL 35224

**Clm No 70798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McClendon**
6201 Dwyer Rd.
New Orleans, LA 70126

**Clm No 19246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MCCOMB**
3916 Phillips road
Lorman, MS 39096

**Clm No 57229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2699 of 2981

---

**WILLIE MCCOVERY**
1173 DAUPHIN ISLAND PKWY
MOBILE AL 36605

**Clm No 40089**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McCoy**
101 Paige Road
Empire, AL 35063

**Clm No 23335**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McCray**
314 South Street P.O. Box 421
Piqua, OH 45356

**Clm No 13601**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2700 of 2981

---

**Willie McCree**
103 Pine
Flora, MS 39071

**Clm No 44519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE MCCULLAR**
732 Lower Woodville
Natchez, MS 39120

**Clm No 57247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE MCCURDY**
c/o Carolyn Ann Carter, rep.
1143 West 12 St.
Lorain, OH 44052

**Clm No 70845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2701 of 2981

---

**WILLIE MCDONALD**
114 Ross Johnson Rd.
Laurel, MS 39440

**Clm No 57260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MCDONALD**
P. O. Box 80
Heidelberg, MS 39439

**Clm No 57263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MCDONALD**
148 DODD COLLINS RD.
Magee, MS 39111

**Clm No 57269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2702 of 2981

---

**Willie McGee**
15 Lue Bell Mean Road
Eutaw, AL 35462

**Clm No 70893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McGee**
2616 County Road 153
Jemison, AL 35085

**Clm No 23345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McGinnis**
422 Anvil Circle
Jackson, MS 39212

**Clm No 48922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2703 of 2981

---

**WILLIE MCINTOSH**
17534 MITCHELL STREET
DETROIT, MI 48212

**Clm No 609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MCKEE, SR.**
455 North Canton Club Circle
Jackson, MS 39211

**Clm No 57297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McKinney**
C/o Margaret Mckinney
269 Gloria Road
Birmingham, AL 35211

**Clm No 70932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2704 of 2981

| Willie McMillian | **Clm No 5106** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 5633 Woodgreen Road | | | |
| Virginia Beach,  VA 23455 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIE MCMORRIS, JR. | **Clm No 57322** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 48 Hyde Park Road | | | |
| Woodville, MS 39669 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIE MCMULLIN | **Clm No 76570** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2705 of 2981

---

**Willie McMullin**
427 60th Street
Fairfield, AL 35064

**Clm No 63169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MCNAIR**
202 Boykin Road
Mt. Olive, MS 39119

**Clm No 57326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MCNEIL**
2721 Marquette Ave.
Natchez, MS 39120

**Clm No 57331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2706 of 2981

---

**Willie McQuirter**
316 Fredricka Ave.
Jackson, MS 39209

**Clm No 48238**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Melvin**
729 Pettey Road
Forest, MS 39074

**Clm No 44561**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Millender**
1306 Pontiac
Akron, OH 44307

**Clm No 13907**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2707 of 2981

---

**WILLIE MILLER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Miller**
2028 N. Robert Circle
Pensacola, FL 32534-

**Clm No 63260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Miller**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 13963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2708 of 2981

---

**Willie Miller**
850 Grosso Ave
Macon, GA 31204

**Clm No 50363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mills**
3451 Nashville Street
Jackson, MS 39213

**Clm No 44568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mills**
2559 Gillis St.
Greenville, MS 38701

**Clm No 47762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2709 of 2981

---

**WILLIE MILTON**
1506 NEXT
MOBILE AL 36604

**Clm No 40342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Milton**
4920 Craig Avenue SW
Birmingham, AL 35221

**Clm No 23385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mines**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2710 of 2981

---

**Willie Mitchell**
39 Little Zion Road
Corinth, MS 38834

**Clm No 44578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MITCHELL**
2060 ANDREW
MOBILE AL 36617

**Clm No 40383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mitchell**
22 County Road 629
Corinth, MS 38834

**Clm No 44579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2711 of 2981

---

**Willie Mitchell**
C/o Ms. Robyn C. Mitchell
655 Whitehall Way
Roswell, GA 30076

**Clm No 71128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MITCHELL**
27954 GLENWOOD
ST. CLAIR SHORES, MI 48081

**Clm No 633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MITCHELL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2712 of 2981

---

**WILLIE MOLDEN**
4826 Wilson St
Moss Point, MS 39563

**Clm No 57394**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MONROE**
715 Progress Street
West Point, MS 39773

**Clm No 71160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Montgomery**
826 Southern Blvd NW
Warren, OH 44485

**Clm No 14068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2713 of 2981

---

**Willie Montgomery**
110 Laurel Street
San Diego,CA 92101

**Clm No 21916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 7-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MOORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE MOORE**
Post Office Box 123
Lauderdale, MS 39335

**Clm No 57421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2714 of 2981

---

**WILLIE MOORE**
188 Moore Drive
Columbus, MS 39702

**Clm No 57406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Willie Moore**
1179 Bigger Street
Gary, IN 46404

**Clm No 63336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 8-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Willie Moore**
6224 9th St. South
Lipscomb, AL 35020

**Clm No 71216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2715 of 2981

---

**Willie Morgan**
110 Laurel Street
San Diego, CA 92101

**Clm No 21919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 7-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Morgan**
11349 Prentiss Ave
New Orleans, LA 70128

**Clm No 19299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MORGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2716 of 2981

---

**Willie Morgan**
P O Box 74
Rincon, GA 31326-0000

**Clm No 63349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MORRIS**
6255 FONTAINE DR.
MOBILE AL 36608

**Clm No 40517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Morris Jr.**
723 Rotch Ave NE
Massillon, OH 44646

**Clm No 14171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2717 of 2981

---

**Willie Morrow**
1211 10Th Street
Northport, AL 35476

**Clm No 71285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mosely**
4646 County Road 29
Alberta, AL 36720

**Clm No 23421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MOSLEY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2718 of 2981

---

**Willie Mosley**
c/o Doris Johnson
10004 Tasha Court
Manassas, VA 20111

**Clm No 50692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Murry**
2550 Atlantic St.
Greenville, MS 38701

**Clm No 47758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mustin**
PO Box 8015
Canton, OH 44711

**Clm No 14294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                              2719 of 2981

---

**Willie Myers**                    <u>Clm No 44619</u>    Filed In Cases: 140
1576 Harrison Road
Forest, MS 39074                     Class          Claim Detail Amount       Final Allowed Amount

                                     UNS                     $1.00
                                     --------      ------------------          --------------------
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willie Myrick**                    <u>Clm No 48919</u>    Filed In Cases: 140
4215 Pinedale Dr.
Macon, GA 31206                      Class          Claim Detail Amount       Final Allowed Amount

                                     UNS                     $1.00
                                     --------      ------------------          --------------------
                                                             $1.00

Date Filed              8-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**WILLIE NARCISSE**                  <u>Clm No 40623</u>    Filed In Cases: 140
4373 BRANDON
BEAUMONT TX 77705                    Class          Claim Detail Amount       Final Allowed Amount

                                     UNS                     $1.00
                                     --------      ------------------          --------------------
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2720 of 2981

---

**WILLIE NAULT**
C/O KATHY LEMERE,624 EAST MILTON
HAZEL PARK, MI 48030

**Clm No 651**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Neeley**
932  44th Street  Ensley
Birmingham, AL 35208

**Clm No 71393**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE NELL THOMPSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86008**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2721 of 2981

---

**Willie Nelson**
2491 Car Station Rd
Sparta, GA 31087

**Clm No 47695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Newell**
605 Charles Court
Virginia Beach, VA 23462

**Clm No 5306**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Newsome**
108 Newsome Road
Pinola, MS 39149

**Clm No 45494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2722 of 2981

---

**WILLIE NEWSOME**
22635 CHIPPEWA STREET
DETROIT, MI 48219

**Clm No 655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Willie Nimmer**
14758 Hamburg Rd.
Bastrop, LA 71220

**Clm No 46446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIE NOBLES**
RT. 2 BOX 642
GROVE HILL AL 36451

**Clm No 40696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2723 of 2981

---

**Willie Nolen**
1100 Oakwood Dr. Apt. D9
Elyria, OH 44035

**Clm No 14447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE NORRIS HOWARD**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE NORRIS HOWARD, PERSONAL REPRESENTATIVE FOR**
NORRIS HOWARD (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2724 of 2981

---

**Willie Oden**
994 Moeller St.
Akron, OH 44307

**Clm No 14518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Oden**
1651 13th St. SW
Akron, OH 44314

**Clm No 14514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Odom**
2240 Crystal Ave., Apt. 42
Findlay, OH 45840

**Clm No 14522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2725 of 2981

---

**WILLIE ODOM**
120 Martin Luther King Avenue
Port Gibson, MS 39150

**Clm No 57543**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Oliver**
2905 Treemont Street
Montgomery, AL 36110

**Clm No 23471**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Oliver**
130 Bell Avenue
Elyria, OH 44035

**Clm No 14552**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2726 of 2981

---

**Willie Paige**
755 Mercy Avenue
Akron, OH 44320

**Clm No 14644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Palmore**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Parker**
6909 Mer Rouge Rd.
Bastrop, LA 71220-8190

**Clm No 49920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2727 of 2981

**Willie Parker**
1064 Page Avenue
Clarksdale, MS 38614

**Clm No 44659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIE PARSONS**
1507 UNION ST.
MOBILE AL 36617

**Clm No 40878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIE PATE**
4630 Nordell Dr.
Jackson, MS 39206

**Clm No 57607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2728 of 2981

---

**WILLIE PATIN**
2019 BONNIE
ORANGE TX 77630

**Clm No 40887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE PATTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Willie Patton**
126 Front Street
Anniston, AL 36201-5951

**Clm No 63687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2729 of 2981

---

**Willie Pauldo**
110 Cascade Cir.
Dublin, GA 31021

**Clm No 45564**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE PAYNE**
2001 Yorkville Road
Ethelsville, AL 35461

**Clm No 57621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Payton**
P.O. Box 1304
Bay Springs, MS 39422

**Clm No 50979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2730 of 2981

---

**WILLIE PELMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE PELT**
7510 DECKER DR.,#1608
BAYTOWN, TX 77520

**Clm No 682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE PERKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2731 of 2981

---

**WILLIE PERKINS**
461 OUACHITA ROAD 15
CHIDESTER AR 71726

**Clm No 40981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Perkins**
c/o Mary Perkins
1316 19th St. S.W.
Birmingham, AL 35211

**Clm No 71811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE PERRY**
6812 MALBORO CT
MOBILE AL 36608

**Clm No 40989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2732 of 2981

---

**Willie Perry**
1732 Second Street
Chesapeake,  VA 23324-1637

**Clm No 5468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Peters**
C/o John T. Peters
Rr1 Box 212
Grafton,   West Va,  26354-9737

**Clm No 71838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE PETERS, SR.**
P. O. Box 2472
Anniston, AL 36201

**Clm No 57657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2733 of 2981

---

**Willie Phillips**
1347 Hite St.
Akron, OH 44307

**Clm No 14926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Pinkerton**
10226 CR 3174
Tyler, TX 75708

**Clm No 33547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Pittman-Scott**
2300 Portlock Road
Chesapeake,  VA 23324

**Clm No 5507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2734 of 2981

---

**Willie Porter**
2959 N 6th St
Harrisburg, PA 17110

**Clm No 28750**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE PORTER, JR.**
P. O. Box 103
Port Gibson, MS 39150

**Clm No 57720**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE POSEY**
1342 ROSEDALE DRIVE
PORT ARTHUR TX 77642

**Clm No 41147**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2735 of 2981

---

**Willie Pounds**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE POWE**
3607 S. CHESHIRE
MOBILE AL 36605

**Clm No 41159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Powell**
1856 Gilbert St
Thomaston, GA 30286

**Clm No 46948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2736 of 2981

---

**Willie Presley**
30 Pine Level Road
Greenville, AL 36037

**Clm No 71991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Presley**
C/o Dorothy C. Presley
1505 12th Avenue North.
Birmingham, AL 35204

**Clm No 71990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Prewitt**
c/o Carolyn Sterling
209 Sandstone Drive
Tuscaloosa, AL 35405

**Clm No 72003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2737 of 2981

---

**WILLIE PRICE**
c/o Claudette Price
2321 15th Street, Ensley
Birmingham, AL 35208

**Clm No 72013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Prince**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE QUINN**
P O Box 835
Foxworth, MS 39483

**Clm No 57775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2738 of 2981

---

**Willie Quintana**

P.O. Box 3

Espanola, NM 87532

**Clm No 63919**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE QUINTANA**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 75998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Willie Rachel**

306 Harbor Lane

Brandon, MS 39047

**Clm No 48145**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2739 of 2981

---

**WILLIE RANKIN**
P.O. Box 820372
Vicksburg, MS 39182-375

**Clm No 57786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Rankins**
P O Box 125
Malcolm, AL 36556

**Clm No 25010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Ratcliff**
472 CR 1711
Bay Springs, MS 39422

**Clm No 49126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2740 of 2981

---

**WILLIE RAY GRIFFIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE RAY NELSON**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE REED**
c/o Gay N. Anderson
3710 Cork Street
Houston, TX 77047

**Clm No 72204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2741 of 2981

---

**Willie Reed**
408 Magnolia St
Monroe, LA 71201

**Clm No 48806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE REED**
388 Lake Street
Grenada, MS 38901

**Clm No 57814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Reeves**
4287 E 139th St. DN.
Cleveland, OH 44105

**Clm No 15303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2742 of 2981

---

**Willie Reid**                                   **Clm No 15320**    Filed In Cases: 140
1338 E. 89th Street
Cleveland, OH 44106

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Rhodes**                                 **Clm No 15368**    Filed In Cases: 140
622 S Sunbury Rd. Apt.215
Westerville, OH 43081

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE RICE**                                   **Clm No 57840**    Filed In Cases: 140
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                      2743 of 2981

---

**WILLIE RICE**                         **Clm No 57841**    Filed In Cases: 140
4320 5th Street
Meridian, MS 39307                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00

                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willie Richardson**                   **Clm No 72284**    Filed In Cases: 140
c/o Mrs. Lora R. Perry
6816 Cherokee Drive                     Class          Claim Detail Amount      Final Allowed Amount
Fairfield , AL 35064
                                        UNS                $1.00

                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willie Richardson**                   **Clm No 72291**    Filed In Cases: 140
3482 Willow Lane
Tuscaloosa, AL 36603-1828               Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00

                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2744 of 2981

---

**WILLIE RICHARDSON**
1123 6th Ave. North
Columbus, MS 39701

**Clm No 57847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE RICHARDSON**
4847 Sand Road
Steens, MS 39766

**Clm No 57850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE RICHARDSON**
P.O. Box 1191
Laurel, MS 39441

**Clm No 57851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2745 of 2981

---

**Willie Richardson**
1713 Brewton Rd.
East Dublin, GA 31027

**Clm No 46771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Richardson**
7239 Jacksonboro Road
Roundo, SC 29474

**Clm No 64020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ricks**
201 NW 7th Street, Apt. #402
Miami, FL 33136

**Clm No 5704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2746 of 2981

---

**WILLIE RISPER JR., PERSONAL REPRESENTATIVE FOR**

**Clm No 78917**     Filed In Cases: 140

WILLIE RISPER (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Willie Roach**

913 Woodlee Dr

Byrum, MS 39272

**Clm No 50510**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ROBERTS**

13 BRUCEWOOD DR.

EIGHT MILE AL 36613

**Clm No 41568**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2747 of 2981

---

**Willie Roberts**
2375 County Road 260
Shubuta, MS 39360

**Clm No 44744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Robertson**
72 Bud Robertson Rd
Belzoni, MS 39038

**Clm No 50040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ROBINSON**
603 W. RAGLAND AVENUE
KINGSVILLE TX 78363

**Clm No 41589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2748 of 2981

---

**Willie Robinson**
238 Hicks Lane
Florence, MS 39073

**Clm No 47592**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ROBINSON**
2661 CHAMPION DR,
Greenville, MS 38701

**Clm No 57886**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Rogers**
1004 10th St.
Northport, AL 35476

**Clm No 72471**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2749 of 2981

---

**WILLIE ROLAND**
623 13Th Street North
Columbus, MS 39701

**Clm No 72473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE ROSS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Ross**
622 Nelson Rd
Milledgeville, GA 31061

**Clm No 49743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2750 of 2981

---

**WILLIE ROSS**
2715 BROOKHOLLOW
TYLER TX 75702

**Clm No 41688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ross**
2589 River Road
Silver Creek, MS 39663

**Clm No 47778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE ROY COOK**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2751 of 2981

---

**WILLIE ROY LAW**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ruggs**
6209 Blockton Ave
Birmingham, AL 35228-3609

**Clm No 72549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE RUNNELS**
501 Hall Road
Vicksburg, MS 39180

**Clm No 57953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2752 of 2981

---

**WILLIE RUSSELL**
407 13th Way
Pleasant Grove, AL 35127

**Clm No 72564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Russell**
7920 Simon St.
Metairie, LA 70003

**Clm No 19479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE RUTH BLANCHARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2753 of 2981

---

**WILLIE RUTH BROUGHTON**
5436 WINONA DRIVE
MOSS POINT, MS 39563

**Clm No 20635**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Salter**
20435 County Road 6
Castleberry, AL 36432

**Clm No 64194**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Samuel**
c/o Lisa L. Mason
3404 20th St.
Northport, AL 35476

**Clm No 72601**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2754 of 2981

---

**WILLIE SANDIFER, SR.**
107 PILGRIM REST CHURCH ROAD
Pinola, MS 39149

**Clm No 57988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE SATCHER**
12966 CR 210
Heidelberg, MS 39439

**Clm No 57992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Scott**
1313 17th Way S.w.
Birmingham, AL 35211

**Clm No 72735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

**Claims Details**

2755 of 2981

---

**WILLIE SCOTT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Scott**
1518 13th Street SE
Massillon, OH 44646

**Clm No 16039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE SCOTT**
1010 Cahaba Street North
Birmingham, AL 35234

**Clm No 72736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2756 of 2981

---

**WILLIE SEALIE**
c/o Dianne Sealie
11 Center Street
Bessemer, AL 35020

**Clm No 72750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Sellers**
c/o Ruth Mae Sellers
1000 Cottrell Street
Mobile, AL 36605

**Clm No 72766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Sellers**
c/o Donald Sellers, Sr.
141 Wickstand Rd.
Hueytown, AL 35023

**Clm No 72772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2757 of 2981

---

**Willie Seltz**
3636 Johnson Street
Gary, IN 46408

**Clm No 72780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Settles**
403 Freedom Ave. NE
Canton, OH 44704

**Clm No 16098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Sewell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2758 of 2981

---

**WILLIE SHAMBURGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Willie Shamburger**
4907 Cold Springs Drive
Lilburn, GA 30047

**Clm No 64337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Shaw**
1010 W. 21st Street
Lorain, OH 44052

**Clm No 16156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2759 of 2981

---

**Willie Shaw**
2735 County Road 85
Coffeeville, MS 38922

**Clm No 47898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE SHELTON**
156 Watling Way
Columbus, MS 39705

**Clm No 58052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Shinholster**
55 Martin Luther King Jr Rd
Irwinton, GA 31042

**Clm No 49467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2760 of 2981

---

**Willie Simmons**
P.O. Box 297
Docena, AL 35060

**Clm No 64399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Simmons**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Simmons**
4645 Tulip St
New Orleans, LA 70126

**Clm No 19506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2761 of 2981

---

**WILLIE SIMMONS**
RT. 1 BOX 127
MT. VERNON AL 36560

**Clm No 42052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**WILLIE SIMON**
3380 EDMONDS
BEAUMONT TX 77705

**Clm No 42062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willie Simpson**
19272 Stockton Ave.
Maple Hts, OH 44137

**Clm No 16298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2762 of 2981

---

**WILLIE SLATER**
2117 MARGIE ST.
PRICHARD AL 36610

**Clm No 42117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Smith**
645 5th Ave
Covington, GA 30014

**Clm No 49815**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE SMITH**
3211 ROSEDALE STREET
ANN ARBOR, MI 48108

**Clm No 795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2763 of 2981

---

**Willie Smith**
PO Box 15
Hermanville, MS 39086

**Clm No 44848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Smith**
3608 Bosun Drive
Chesapeake,  VA 23321

**Clm No 6073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Smith**
1000 Williams St
Greenville, MS 38701

**Clm No 45191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2764 of 2981

---

**Willie Smith**
770 Garth Ave
Akron, OH 44320

**Clm No 29372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE SMITH**
4706 1/2 S. ARLINGTON
LOS ANGELES CA 70043

**Clm No 42131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE SMITH**
570 Rd 300
Glen, MS 38846

**Clm No 58129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2765 of 2981

---

**Willie Solomon, Jr.**
816 W. 22nd St.
Lorain, OH 44052

**Clm No 16540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Spann**
110 Laurel Street
San Diego,CA 92101

**Clm No 22000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 7-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Spencer**
101 Riverbend Drive
Jackson, MS 39272

**Clm No 44859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2766 of 2981

---

**Willie Spiva**
435 7th Street SW
Warren, OH 44485

**Clm No 16627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Springer**
2526 Baywood Street
Dayton, OH 45406

**Clm No 16640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Spurlock**
7312 Banberry Court
Baton Rouge, LA 70811

**Clm No 19547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2767 of 2981

---

**Willie Stallworth**
1910 Bigelow St.
Cincinnati, OH 45219

**Clm No 16663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE STATEN**
821 SOUTH 11TH STREET
FERNANDINA BEACH FL 37034-3444

**Clm No 42383**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Stephens**
PO Box 2439
Warren, OH 44484

**Clm No 16756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2768 of 2981

---

**Willie Stephens**
15 County Line Lane
Salem, AL 36874

**Clm No 23751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE STERLING**
832 28th St. SW
Birmingham, AL 35211

**Clm No 72935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Story**
300 Cherry Tree Rd.
Monticello, FL 32344

**Clm No 72958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2769 of 2981

---

**WILLIE STRONG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Willie Strong**
16354 Ella Blvd. Apt. 4102
Houston, TX 77090

**Clm No 64661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**WILLIE STURGIS**
C/O CALVIN STURGIS
406 DOSS AVENUE
LUFKIN TX 75904

**Clm No 42489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2770 of 2981

**WILLIE STURGIS**
313 Miller St.
Hattiesburg, MS 39401

**Clm No 58276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Sue Newsome**
108 Newsome Road
Pinola, MS 39149

**Clm No 45495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Summerlin**
P.O. Box 3613
Warren, OH 44485

**Clm No 16925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2771 of 2981

---

**Willie Sutton**
24455 Lake Shore Blvd, Apt 1721
Euclid, OH 44123

**Clm No 16950**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE SWEAT**
707 2ND STREET
NACOGDOCHES TX 75961

**Clm No 42530**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie T Herring**
5988 John Kennedy Dr. N.
Jacksonville, FL 32219

**Clm No 32626**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2772 of 2981

---

**Willie Taite**
3626 Anton Street
Whistler, AL 36612

**Clm No 72978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Tate**
8223 N. Kelley Dr. Apt. B
Stockton, CA 95209

**Clm No 19581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Tate**
2201 Alvar Street
New Orleans, LA 70117

**Clm No 19582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2773 of 2981

---

**Willie Tate**
651 Lane Avenue
Prichard, AL 36610

**Clm No 72979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE TATUM**
346 A NORTH ORATON PARKWAY
EAST ORANGE, NJ 07017-

**Clm No 21298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Taylor**
1530 Fairground Street
Vicksburg, MS 39182

**Clm No 44911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2774 of 2981

---

**Willie Taylor**
943 Peerless Ave.
Akron, OH 44320

**Clm No 17101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Taylor**
P.O. Box 187
Mount Vernon, AL 36560

**Clm No 72983**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Thomas**
518 Buckeye Rd Lot 21
East Dublin, GA 31027

**Clm No 49342**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2775 of 2981

---

**WILLIE THOMAS**
2618 Roosevelt Avenue
Vicksburg, MS 39180

**Clm No 58365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE THOMAS**
1517 OREGON ST
LAKE CHARLES LA 70607

**Clm No 42677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE THOMPSON**
50125 Boyd Lane
Greenwood Springs, MS 38848-9753

**Clm No 58384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2776 of 2981

---

**Willie Thompson**
9867 Arberwood Drive
Cincinnati, OH 45251

**Clm No 17223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE THOMPSON**
999 Old Jackson Road
Canton, MS 39046

**Clm No 58388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Thompson**
506 Martin Luther King Drive
Louisville, GA 30434

**Clm No 49285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2777 of 2981

---

**Willie Thompson**
9802 Brooklyns Way S
Semmes, AL 36575

**Clm No 50629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Thompson**
12420 Largo Dr
Savannah, GA 31419

**Clm No 46005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE THORNTON**
1001 WEST 14TH STREET
PORT ARTHUR TX 77640

**Clm No 42704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2778 of 2981

---

**Willie Tillman**
1436 Springhill Road
Alamo, GA 30411

**Clm No 44935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Townes**
309 Ilene Drive
Newport News,  VA 23608

**Clm No 6380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Townsend**
113 Oak Street
Laurel, MS 39440

**Clm No 45694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2779 of 2981

---

**Willie Trask**
404 Liska St.
Westwego, LA 70094

**Clm No 19618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Travis**
2226 Bartholomew St.
New Orleans, LA 70117

**Clm No 19619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Travis**
P.O. Box 388
Canton, MS 39046

**Clm No 51230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2780 of 2981

---

**Willie Trice**
313 Mallory St. Apt. A-1
Thomaston, GA 30286

**Clm No 48217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE TURNER**
14876 CRUSE STREET
DETROIT, MI 48227

**Clm No 850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE TURNER**
2300 5th Ave N Apt. 203
Birmingham, AL 35203-3437

**Clm No 58466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2781 of 2981

---

**Willie Turner**
Post Office Box 213
Butler, AL 36904

**Clm No 59775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Tyler**
31091 Highway 28 East
Hazlehurst, MS 39083

**Clm No 48192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Tyner**
7170 Ridgfield Dr.
New Orleans, LA 70128

**Clm No 19625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2782 of 2981

---

**Willie Underwood**                                    **Clm No 49282**    Filed In Cases: 140
506 Macon Rd
McIntyre, GA 31054

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Urick**                                    **Clm No 73048**    Filed In Cases: 140
2822 CR 145
Alvin, TX 77511

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE V. TURNER**                                    **Clm No 86101**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

**Claims Details**

2783 of 2981

---

**WILLIE VALDEZ**
301 MAGRUDER
VICTORIA TX 77904

**Clm No 42882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE VAN FRANKLIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Vanhook**
303 Poplar Ave.
Newport News,  VA 23607

**Clm No 6444**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2784 of 2981

---

**Willie Veals**
8887 Laurynwood Dr.
Baton Rouge, LA 70808

**Clm No 19635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Venters**
5710 Logan Arms
Girard, OH 44420

**Clm No 17545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE VESTER MALLORY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          24-Mar-2017
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2785 of 2981

**Willie Walker**
746 East 16th St.
Laurel, MS 39440

**Clm No 50113**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Walker**
962 Prater Street
Thomaston, GA 30286

**Clm No 50606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Walker**
C/o Elizabeth W. Mcelroy
P.o. Box 12265
Birmingham, AL 35202

**Clm No 73082**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2786 of 2981

| Willie Walker, Jr. | **Clm No 17676** | Filed In Cases: 140 | |
|---|---|---|---|
| 127 E. 35th St. | Class | Claim Detail Amount | Final Allowed Amount |
| Lorain, OH 44055 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| Willie Wall | **Clm No 17680** | Filed In Cases: 140 | |
|---|---|---|---|
| 3426 Corban Commons Drive Apt E105 | Class | Claim Detail Amount | Final Allowed Amount |
| Columbus, OH 43219 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| WILLIE WALLACE | **Clm No 43038** | Filed In Cases: 140 | |
|---|---|---|---|
| 2106 GENERAL GORGAS DR | Class | Claim Detail Amount | Final Allowed Amount |
| MOBILE AL 36617 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2787 of 2981

---

**WILLIE WARD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ward**
PO Box 982
Jeanerette, LA 70544

**Clm No 33638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ward**
939 E. Crosier St.
Akron, OH 44306

**Clm No 17734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2788 of 2981

---

**Willie Ward**
108 Glasco
Cleveland, MS 38732

**Clm No 44990**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Warmack**
851 Marine Street
Mobile, AL 36604

**Clm No 73101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Warren**
3966 Glen Ford Road
Sparta, GA 31087-7836

**Clm No 48715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2789 of 2981

---

**Willie Washington**
189 Ellis Avenue
Jackson, MS 39209-5213

**Clm No 46967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Washington**
702 East Church St. Apt. 34
Bunkie, LA 71322

**Clm No 19658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WATKINS**
103 Old Meadow Road
Natchez, MS 39120

**Clm No 58584**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2790 of 2981

---

**Willie Watson**
1543 E Pastorius St
Philadelphia, PA 19138

**Clm No 29859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Watson**
851 30th Avenue West
Palmetto, FL 34221

**Clm No 65058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willie Watts**
P.O. Box 354
Forsyth, GA 31029

**Clm No 51215**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2791 of 2981

---

**Willie Way**
613 Howe St
Waycross, GA 31501

**Clm No 29867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WEBB**
1037 Golf Lane
Summit, MS 39666

**Clm No 58607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Webb**
P.O. Box 275
Brookhaven, MS 39602

**Clm No 51158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2792 of 2981

---

**Willie Webber**
715 Derrick Turnbow
Cincinnati, OH 45214

**Clm No 17841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Webster**
690 Curve Lane
Boligee, AL 35443

**Clm No 23870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Webster**
2013 Canary Lane
Clarksdale, MS 38614

**Clm No 47148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2793 of 2981

---

**Willie Wells**
1255 West Perrin
Springfield, OH 45506

**Clm No 17892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie West**
1126 Wynn Ct
Anniston, AL 36207

**Clm No 29920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Whipple**
1505 Jefferson Avenue
Buffalo, NY 14208

**Clm No 23883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2794 of 2981

---

**WILLIE WHITE**
5096 Bellwood Court
Moss Point, MS 39563

**Clm No 58647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Wiggins**
1110 Darren Drive
Portsmouth,  VA 23701

**Clm No 6674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**WILLIE WILKERSON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 35075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2795 of 2981

---

**Willie Williams**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73176**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Williams**
1914 Laigh Circle
Portsmouth,  VA 23701

**Clm No 6765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Williams**
1401 3rd Street West
Birmingham, AL 35204

**Clm No 73244**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2796 of 2981

---

**Willie Williams**
6224 Kincaid Road
Cincinnati, OH 45213

**Clm No 18152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Williams**
224 Lake Laurel Rd.
Milledgeville, GA 31059

**Clm No 47454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Williams**
365 Williams Drive
Montgomery, AL 36110

**Clm No 73229**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2797 of 2981

---

**WILLIE WILLIAMS**
100 South Street
Bay Minette, AL 36507

**Clm No 58723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Williams**
26 Griffin Sheffield Rd.
Colquitt, GA 39837

**Clm No 47787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2798 of 2981

---

**Willie Williams**
1030 Eaton Street
Hammond, IN 46320-2613

**Clm No 24674**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Williams**
206 Smithfield Street
New Castle, PA 16101

**Clm No 18151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Williams**
P.O. Box 3998
Greenville, MS 38704

**Clm No 51239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2799 of 2981

---

**Willie Williams**
1171 Reed Road Southeast
Smyrna, GA 30082

**Clm No 65200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Williams**
c/o Pearlie Williams
4426 Hwy. 60
Akron, AL 35441

**Clm No 73183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WILLIAMS**
P.O. BOX 103
WHATLEY AL 36482

**Clm No 43371**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 43370 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2800 of 2981

---

**Willie Williams**
P.O. Box 372
Crofton, KY 42217

**Clm No 65201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE WILLIAMS**
P.O. BOX 103
WHATLEY AL 36482

**Clm No 43370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

Duplicate Claim No    43371

---

**Willie Williams**
C/o Dollie Mae Williams
1702 Mlk Blvd.
Northport, AL 35476

**Clm No 73201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2801 of 2981

---

**Willie Williams**
7404 Northgrove Ct.
Pearland, TX 77581-6626

**Clm No 73215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIE WILLIAMS**
559 North Solomon Street
Greenville, MS 38703

**Clm No 58677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Willie Williamson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2802 of 2981

---

**Willie Willis**
1025 W. Spring St.
Lima, OH 45805

**Clm No 45309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Wilson**
3005 22nd St.
Tuscaloosa, AL 35401

**Clm No 73320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Wilson**
19501 Holiday Lane
Warrensville Hts, OH 44122

**Clm No 18224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2803 of 2981

---

**Willie Wilson**
P.O. Box 206
Mer Rouge, LA 71261

**Clm No 51097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Wilson**
1322 Lloyd Dr.
Duncanville, TX 75137

**Clm No 59837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WILSON**
1133 South 2Nd Street
Brookhaven, MS 39601

**Clm No 73331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2804 of 2981

---

**Willie Winters**
688 E. Chatham Ave.
Greenville, MS 38701

**Clm No 49910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**WILLIE WOMACK**
1128 WALLEY STREET
Laurel, MS 39440

**Clm No 58796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Willie Wong**
110 Laurel Street
San Diego,CA 92101

**Clm No 22088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 7-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2805 of 2981

---

**WILLIE WOODFORK, JR.**
428 Cranfield Rd.
Roxie, MS 39661

**Clm No 58802**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WOODS**
22860 KENWYCK DRIVE
SOUTHFIELD, MI 48034

**Clm No 912**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WOODS**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84001**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                    2806 of 2981

---

**Willie Woods**                          **Clm No 51708**    Filed In Cases: 140

PO Box 603

Covington, GA 30015                       Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Willie Woods**                          **Clm No 65280**    Filed In Cases: 140

840 East 45th Avenue

Gary, IN 46409                            Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed              8-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**WILLIE WOODS**                          **Clm No 77342**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA                 Class              Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800                UNS                Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2807 of 2981

---

**Willie Wright**
4904 Court R
Birmingham, AL 35208

**Clm No 23938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Wright**
1335 W. Waterloo
Akron, OH 44314

**Clm No 18353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WRIGHT**
434 Womack
Lambert, MS 38643

**Clm No 73462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2808 of 2981

---

**WILLIE WRIGHT**
2556 Highway 45
Eight Mile, AL 36613

**Clm No 73464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Wyatt**
8 Golden Lane
Phenix City, AL 36869

**Clm No 50219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE WYCKOFF**
874 Sorrell Road
Sylacauga, AL 35151

**Clm No 58833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/30/2018 6:20:23 PM

*Claims Details*                                                             2809 of 2981

---

**WILLIE YOUNG**                          **Clm No 43663**   Filed In Cases: 140
1316 33RD ST. APT. 13
S. BIRMINGHAM AL                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willie Young**                          **Clm No 65339**   Filed In Cases: 140
920 Eaton Street
Hammond, IN 46320                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            8-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**WILLIE YOUNG**                          **Clm No 58841**   Filed In Cases: 140
1432 Roosevelt Street
Greenville, MS 38701                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2810 of 2981

---

**WILLIE YOUNG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Willie Young**
6054 Majestic Lane
Sorrento, LA 70778

**Clm No 19713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Young**
3819 Dan Walker Rd.
West Point, MS 39773

**Clm No 18460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2811 of 2981

---

**Willie Zinnerman**
1474 Edwards Street
Dolomite, AL 35061

**Clm No 23949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLILAM MOORE**
1721 EARLY TOWN LANE
BIRMINGHAM AL 35214

**Clm No 40470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willis  Freeland**
2271 Bonner Ferry Rd
Bastrop, LA 71220

**Clm No 18903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2812 of 2981

---

**Willis  Walker, Jr.**
RR 1, Box 130
Clarksburg, WV 26301

**Clm No 54515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS ANDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Willis Anderson**
1650 SW 124 Terrace Apt D-108
Pembroke Pines, FL 33027

**Clm No 59955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2813 of 2981

---

**WILLIS BEVELLE**
732 60th St
Fairfield, AL 35064

**Clm No 65964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Blackwell**
908 Arrowhead Drive
Saraland, AL 36571

**Clm No 22650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Bowen**
191 Klerx Ave
Marion, OH 43302

**Clm No 25581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2814 of 2981

---

**Willis Branham**                         **Clm No 66195**    Filed In Cases: 140
3337 Loggins Circle
Pinson, AL 35126                            Class              Claim Detail Amount    Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willis Brooks**                          **Clm No 2937**     Filed In Cases: 140
717 Round Bay Road
Norfolk, VA 23502                          Class              Claim Detail Amount    Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIS CARL LAIRD**                      **Clm No 84733**    Filed In Cases: 140
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.                        Class              Claim Detail Amount    Final Allowed Amount
JACKSON, MS 39201
                                           UNS                $1.00
                                                              $1.00

Date Filed              24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2815 of 2981

---

**Willis Clark**
314 Lonesome Bend Rd.
Glencoe, AL 35905

**Clm No 66833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS CLARK**
181 COUNTY RD 1072
JASPER TX 75951

**Clm No 36465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Clark**
4235 Rock Bend Drive
Collee Station, TX 77845

**Clm No 3222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2816 of 2981

---

**WILLIS COGMAN**
713 61st Street
Fairfield, AL 35064-1918

**Clm No 66880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS COOLEY, SR.**
1923 N. 3RD AVENUE
Laurel, MS 39440

**Clm No 55640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS CULBERSON**
3816 Coventry Dr.
Moss Point, MS

**Clm No 55699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2817 of 2981

---

**Willis D. Dye, Estate**
P.O. Box 2793
Clarksburg, WV 26301

**Clm No 58886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS FONTENOT**
3349 27TH STREET
PORT ARTHUR TX 77642

**Clm No 37538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS GENTRY**
PO BOX 204
ORANGE TX 77631

**Clm No 37814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2818 of 2981

---

**Willis Goodale**
103 Willow Lane
Scotia, NY 12302

**Clm No 26890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Hamilton**
1506 Smith County Road 538
Morton, MS 39117

**Clm No 46501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Henderson**
1034 West 18th Street
Lorain, OH 44052

**Clm No 11347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2819 of 2981

---

**WILLIS HOMER EDWARDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Hughson**
110 Laurel Street
San Diego,CA 92101

**Clm No 21799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILLIS JACKSON**
4885 IRONTON
BEAUMONT TX 77703

**Clm No 38843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2820 of 2981

---

**WILLIS JAMES**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS JOHNSON**
896 PINELAKE DRIVE
WEST HEMPSTEAD NY 11552

**Clm No 38970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Jones**
13 Mohawk Drive
Portsmouth, VA 23701

**Clm No 4671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2821 of 2981

---

**Willis Jones**
203 Hwy 133 South
Fountain Hill, AR 71642

**Clm No 47175**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willis King**
711 Greenwald Avenue
Dayton, OH 45410

**Clm No 12504**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Willis L. Raikes, Estate**
146 Penn Avenue
Bridgeport, WV 26330

**Clm No 53659**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2822 of 2981

---

**WILLIS LEGBAND**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIS MARCEAUX**
6545 BOONE ST
LUMBERTON TX 77657

**Clm No 39887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Marks**
2606 Granville Avenue
Bessemer, AL 35020

**Clm No 70649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2823 of 2981

**Willis McAdams**
4429 Graywhaler Lane
Rohnert Park, CA 94928

**Clm No 23326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willis Nestor**
2569 Curve Bridge Rd
Grafton, WV 26354

**Clm No 28472**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 28473 |

**Willis Nestor**
2569 Curve Bridge Rd
Grafton, WV 26354

**Clm No 28473**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 28472 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2824 of 2981

**Willis Oliver**
3355 Wisconsin Street
Lake Station, IN 46405

**Clm No 63564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS PIERCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Willis Pierce**
674 SW Ivanhoe Drive
Port St. Lucie, FL 34983-

**Clm No 63788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2825 of 2981

---

**Willis Pipkins**
201 Wynn Raod Apartment 9
Enterprise, AL 36330-2020

**Clm No 63800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIS PIPKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Willis Redlin**
4523 Shoreline Drive  Apt 320
Spring Park, MN 55384

**Clm No 24491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2826 of 2981

---

**WILLIS RICKS**
3775 PEBBLE BEACH
CIBILO TX 78108

**Clm No 41501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Thomas**
P. O. Box 1431
Taylorsville, MS 39168-1431

**Clm No 50836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Tunstall**
3260 Infirmary Road
Dayton, OH 45417

**Clm No 17401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2827 of 2981

---

**Willis Uphold**
12205 Goshen Road Lot 136
Salem, OH 44460

**Clm No 17455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Verneuille**
39137 Creek Drive
Ponchatoula, LA 70454

**Clm No 19638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willis Walker**
13182 Old Belfield Road
Capron, VA 23829

**Clm No 6497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2828 of 2981

---

**Willis Williams**
698 Bear Branch
Leon, WV 25123

**Clm No 30010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLITTIE U. SHERROD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            24-Mar-2017
Bar Date
Claim Face Value        $1.00

---

**Willliam Malcom**
11789 Hwy 36
Covington, GA 30014

**Clm No 45806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            8-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2829 of 2981

---

**Willliam Meyer**
101 Greenfield Oval
Warren, OH 44483

**Clm No 13860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willlie Young**
1416 Soundneck Road
Elizabeth City,  NC 27909

**Clm No 6899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willmot A Tucker**
5616-123 Ave N.E.
Lake Stevens, WA  98258

**Clm No 33125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2830 of 2981

---

**Willodean Bush**
c/o John Bush
1657 Collier Drive
Midfield, AL 35228

**Clm No 66482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLOW ANTHONY**
P.O. Box 605
Prentiss, MS 39047-9500

**Clm No 55004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willowdean Fountain**
494 Preacher St.
Gordo, AL 35466

**Clm No 68029**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2831 of 2981

---

**Willowese Clark**
1163 Trace Road
Laurel, MS 39443

**Clm No 45782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA ALDRIDGE**
30 HERITAGE DRIVE
VIDOR TX 77662

**Clm No 35218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Ball**
112 Piper Street
Belzoni, MS 39038

**Clm No 45665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2832 of 2981

---

**Wilma Bondie**
2361 Wildwood Blvd
Toledo, OH 43614

**Clm No 7841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Boykin**
3372 B Highway 63
Waynesboro, MS 39367

**Clm No 48391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA BUTLER**
1822 MADELINE
HIGHLANDS TX 77562

**Clm No 36145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2833 of 2981

---

**WILMA CLOUSE**
9114 JENNIFER
BEAUMONT TX 77707

**Clm No 36498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA COWART**
106 Bradley Drive
West Monroe, LA 71291

**Clm No 67093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA CURRY**
655 Mayflower Drive
Montgomery, AL 36116-5416

**Clm No 67221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2834 of 2981

---

**WILMA DEAN RHUDY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA DENE VENABLE**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Dreher**
5602 Dove Meadow Lane
Saint Louis, MO 63129

**Clm No 24119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2835 of 2981

---

**WILMA EAVES**
1295 N. PECAN DRIVE
VIDOR TX 77662

**Clm No 37298**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA EDDY**
8934 NORTH GARDEN DRIVE
BEAUMONT TX 77705

**Clm No 37304**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA FAYE THOMAS (CLARK)**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88709**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2836 of 2981

---

**Wilma Flake**
1959 John R Wooden Dr
Martinsville, IN 46151

**Clm No 26648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WILMA FORTENBERRY**
1485 HWY 84 E
Collins, MS 39428

**Clm No 56040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Godfrey**
154 Mitchell Rd.
Marshall, TX 75670

**Clm No 33387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2837 of 2981

---

**WILMA HAMILTON**
P O Box 13
Centerville, MS 39631

**Clm No 56311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Harris**
1407 Linwood Drive S.W.
Cullman, AL 35055

**Clm No 68828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA HARRIS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2838 of 2981

---

**Wilma Helton**
PO Box 744
Leakesville, MS 39451

**Clm No 51745**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILMA HUNSAKER, PERSONAL REPRESENTATIVE FOR**

LEWIS D. HANSAKER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79717**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed             23-Mar-2017
Bar Date
Claim Face Value

---

**Wilma J. Lerch**
706 Terrace Drive
Newport News,  VA 23601

**Clm No 4877**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2839 of 2981

---

**WILMA JEAN MILLER**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILMA JEAN NORTON**
1916 S. SHELTON BEACH
EIGHT MILE AL 36613

**Clm No 40707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA JONES**
1405 LAMAR
NEDERLAND TX 77627

**Clm No 39055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2840 of 2981

---

**Wilma Lindsey**
40990 Ashton Hill Road
Caldwell, OH 43724

**Clm No 2157**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**WILMA LITTLETON**
909 WASHINGTON STREET
MARIETTA, OH 45750

**Clm No 578**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 21-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Wilma Lockhart**
PO Box 133
Sutton, WV 26601

**Clm No 27940**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2841 of 2981

---

**Wilma Lowry**
48 Plainview Road
Seminary, MS 39479

**Clm No 49151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA MEEKS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA MOORE**
5990 LONGWOOD STREET
BEAUMONT TX 77707

**Clm No 40472**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2842 of 2981

---

**Wilma North**
1455 Friendship Road
Ramer, TN 38367

**Clm No 44636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Owens**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $2,000.00 | |
| | $2,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $2,000.00 |

---

**WILMA PALERMO**
1924 RAY AVENUE
GROVES TX 77619

**Clm No 40827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/30/2018 6:20:23 PM

*Claims Details*

2843 of 2981

---

**Wilma Payton**
3893 Trey Circle
Terre Haute, IN 47803

**Clm No 24456**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wilma Pulley**
2704 Compton Dr. SW
Decatur, AL 35603

**Clm No 44708**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wilma Ratcliff**
10655 Street Hwy 1496
Grayson, KY 41143

**Clm No 28846**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2844 of 2981

---

**WILMA ROGERS**
FOR THE ESTATE OF WILLIAM C. ROGERS
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Wilma S. Benton**
c/o Wilma S. Benton
P.O. Box 700
Heidelburg, MS 39439

**Clm No 50786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Saxton**
5376 Country Club Dr
Huntington, WV 25705

**Clm No 29107**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2845 of 2981

---

**Wilma Smallwood**
110 N 10th St Apt 218
Griffin, GA 30223-2056

**Clm No 45576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wilma Smith**
2444 Chloe Drive
Fairfield, OH 45014

**Clm No 16485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Wilma Smith**
525 Dry Branch
Pikeville, KY 41501

**Clm No 29373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2846 of 2981

---

**WILMA TRUSTY**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 42831**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA WHITE**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WILMA YOUNG**
940 Copperwood Street
West Point, MS 39773

**Clm No 73506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2847 of 2981

---

**WILMA YOUNG**
2045 HEBERT STREET
BEAUMONT TX 77705

**Clm No 43662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMENA BELL**
4701 Kahnville Road
Gloster, MS 39440-4006

**Clm No 55135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilmer Cohill**
C/o Wilma  J. Davidson
3824 Short 5th Avenue
Brighton, AL 35020-1814

**Clm No 66881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                      2848 of 2981

---

**Wilmer Dixon**
2038 Tennessee St.
New Orleans, LA 70117

**Clm No 18840**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilmer Markley**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52747**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMER MCDONALD**
P.O. Box 367
Quitman, MS 39355

**Clm No 57266**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2849 of 2981

---

**Wilmer McEachin**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**WILMER MCKENZIE**
381 New Hope Church Road
Foxworth, MS 39483

**Clm No 57301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilmer Oatis**
7 Dyse Road
Sumrall, MS 39482

**Clm No 49935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2850 of 2981

---

**WILMER OLANDA ABRAMS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMER ROBINSON**
11141 Robinson Road
Collinsville, MS 39325

**Clm No 57889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilmer Scott**
c/o Genese Scott-Mackey
501 Nebobish Avenue
Bay City, MI 48708

**Clm No 72723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2851 of 2981

---

**Wilmer Smith**
739 Mary Grove Church Road
Mendenhall, MS 39114

**Clm No 44849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilmer Swanstrom**
7310 Britt Bypass
Britt, MN 55710

**Clm No 16964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wilmer Sylvester**
Box 373 - Sylvester Moody Road
McLain, MS 39456

**Clm No 72976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2852 of 2981

---

**WILMERETTA PICKENS**
2015 HILLEBRANDT ROAD
BEAUMONT TX 77705

**Clm No 41061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMORE CLARK**
c/o Mrs. Marie Clark
1606 E. Octavia Drive
Mobile, AL 36605

**Clm No 66818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMOT LEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--|--|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2853 of 2981

---

**Wilmot Lee**
46 F. Edstrom Road
Marlborough, CT 06447

**Clm No 62758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 8-Dec-2016 |
|------------------|-----------:|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Wilnell Rodgers**
111 Kineon Drive
Gallipolis, OH 45631

**Clm No 15579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|------------:|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**WILRIA MONMOUTH**
1000 CULVERHOUSE
LUFKIN TX 75904

**Clm No 40413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|-----------:|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2854 of 2981

---

**Wilroy Hill**
1100 Lakeview Drive
Portsmouth, VA 23701

**Clm No 4328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilsie G. Sandy**
1337 N. 19th Street
Clarksburg, WV 26301

**Clm No 53629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson  Hadley**
706 Park Blvd.
New Orleans, LA 70114

**Clm No 18975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2855 of 2981

---

**Wilson Ardie**
c/o Geraldine Yancy
6819 Roxbury Rd.
Houston, TX 77087

**Clm No 65617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILSON BIBB**
c/o Kroshona L. Bibb
639 Oakdale Drive
Montgomery, AL 36105

**Clm No 65970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILSON BRADFORD**
2392 EASLEY LANE
HORNLAKE, MS 38637

**Clm No 251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2856 of 2981

---

**WILSON BROUSSARD**
205 Brumby Lane
Duson, LA 70529

**Clm No 55309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wilson Campbell**
3574 Miller Landing Road
Gloucester, VA 23061

**Clm No 3099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Wilson Carter**
C/o Michael J. Carter
1816 Center Street South
Birmingham, AL 35205

**Clm No 66670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2857 of 2981

---

**Wilson Crook**
2520 Tesh Drive
Indianapolis, IN 46203

**Clm No 26174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILSON EUGENE BLANKS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Ezell**
c/o Joe Ezell, Estate of Wilson Ezell
17530 Appoline
Detroit, MI 48235

**Clm No 67839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2858 of 2981

---

**WILSON FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73662**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Wilson Foster**
7362 W. Georgia Avenue
Glendale, AZ 85303

**Clm No 61503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Foster**
456 Gypsy Lane, Apt. 109
Youngstown, OH 44504

**Clm No 10253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2859 of 2981

---

**Wilson Godfrey**
3615 Mariner Avenue
Portsmouth, VA 23703

**Clm No 3975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Harper**
6285 Kelly Creek Rd
Odenville, AL 35120

**Clm No 68773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Harter**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2860 of 2981

---

**Wilson Hubbard**
C/o Cynthia  D. Hoffman
2828 Woodland Road
Tuscaloosa, AL 35404

**Clm No 69312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson J. Fogg**
Rt. 2, Box 232
Lost Creek, WV 26385

**Clm No 54830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Johnson**
1470 Casa Loma Drive
Axis, AL 36505

**Clm No 69789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2861 of 2981

---

**WILSON LELEUX**
115 PARKWAY OAKS DRIVE
LUMBERTON TX 77657

**Clm No 39595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Marchbank**
C/o Barbara Robinson
86 Meeting Place Rd
Lawrenceville, GA 30044-7735

**Clm No 70632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Parker**
4004 McClellan Avenue
Brighton, AL 35020

**Clm No 23499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2862 of 2981

---

**WILSON PIGGS**
6514 Van Buren
Jackson, MS 39213

**Clm No 57681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILSON PRESHER**
2459 Highway 29 North
Laurel, MS 39443

**Clm No 57740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Reid**
915 Wilcher Way
Virginia Beach,  VA 23462

**Clm No 5668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2863 of 2981

---

**Wilson Riley**
22996 MacBeth Avenue
North Olmsted, OH 44070

**Clm No 15452**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Ruffin**
918 13th St. East
Tuscaloosa, AL 35404

**Clm No 72547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILSON SEALE**
6552 FM 2799
JASPER TX 75951

**Clm No 41919**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2864 of 2981

---

**Wilson Stamps**
C/o Connie Black
856 Valley View Garden Circle
Moundville, AL 35474

**Clm No 72908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Wilson Stetler**
110 Laurel Street
San Diego,CA 92101

**Clm No 22006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 7-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Wilson Stewart**
10 Garner Loop
Petal, MS 39465

**Clm No 45168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 8-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2865 of 2981

---

**Wilson Sykora**
9862 West Menadota Drive
Peoria, AZ 85382

**Clm No 64723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILSON SYKORA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75722**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Wilson Wood**
7095 Alice Road
Mc Calla, AL 35111

**Clm No 73400**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2866 of 2981

---

**Wilson Woods**

Jefferson County Administrator

300 N Richard Arrington Jr Blvd, Ste 700

Birmingham, AL 35203

**Clm No 65281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILSON YANCEY**

39 CARRIAGE PINES CT

WOODLANDS TX 77381

**Clm No 43622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilton Boutte**

1506 Hamblen

Houston, TX 77009

**Clm No 66141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2867 of 2981

---

**WILTON BROUGHTON**
11835 BALLARD RD.
GRAND BAY AL 36541

**Clm No 35929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilton Bryant**
878 Country View Road
Carrollton, AL 35447

**Clm No 66361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILTON CLAYTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 77222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2868 of 2981

**Wilton Clayton**
204 Ferry Road
Columbiana, AL 35051

**Clm No 60796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Wilton Fields**
72 Circlewood
Tuscaloosa, AL 35405

**Clm No 67918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Wilton Mercer**
67 Lakeside Dr.
Newport News, VA 23606

**Clm No 34060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2869 of 2981

---

**Wilton Oster**
12003 Edding Ct.
Jacksonville, FL 32246

**Clm No 63592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILTON OSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 75756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WINCE BATTON**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2870 of 2981

---

**WINCIE K. RIDLEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Windal Kennedy**
651 CR 305
Carthage, TX 75633

**Clm No 33448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WINDELL BEDWELL**
1058 County Lake Denham Road
Waynesboro, MS 39367

**Clm No 65893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2871 of 2981

---

**WINDY ARMAS**
2340 NECHES
BEAUMONT TX 77701

**Clm No 35331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winfield Turner**
110 Laurel Street
San Diego,CA 92101

**Clm No 22039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINFORD CRANE**
509 SARALAND AVE.
SARALAND AL 36571

**Clm No 36721**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2872 of 2981

---

**Winford Hagler**
25 39th Avenue
Phenix City, AL 36869

**Clm No 47697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINFORD NATHANIEL**
6199 Highway 48 East
Magnolia, MS 39652

**Clm No 57475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winford Nixon**
8159 Highway 472
Hazlehurst, MS 39083

**Clm No 50303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2873 of 2981

---

**Winford Roberts**
8418 Quincy Street
Norfolk,  VA 23518

**Clm No 5742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winford Winters**
5142 Lower Heath Creek Rd
Barboursville, WV 25504

**Clm No 30057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winfred Brown**
6960 Reno Drive
Arvada, CO 80002

**Clm No 60488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2874 of 2981

---

**WINFRED CARR**
820 CHEROKEE
VIDOR TX 77662

**Clm No 36266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINFRED DUPREE**
6130 12TH ST.
PORT ARTHUR TX 77642

**Clm No 37257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winfred Hatfield**
1488 Seminole Drive
Xenia, OH 45385

**Clm No 11213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2875 of 2981

---

**WINFRED REACH**
c/o Willie Marie Reach
53 Blue Pond Road
West Blocton, AL 35184

**Clm No 72183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Winfred Shawn Barbee**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 51934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Winfred Simmons**
254 Moore St.
Clute, TX 77531

**Clm No 72845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2876 of 2981

---

**Winfred Woodward**
11570 Jones Mill Road
Orange,  VA 22960

**Clm No 6841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WING J. YEE**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WINIBERTO GARCIA**
9708 VILLAGE GATE
SAN ANTONIO TX 78250-5701

**Clm No 37730**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2877 of 2981

---

**WINIFRED ADAMS**
P.O. BOX 195
CALVERT AL 36513

**Clm No 35163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winifred Adkins**
2986 Hwy 117
Cadwell, GA 31009

**Clm No 48040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winifred Baker**
6269 Pleasant Cove Dr.
Exmore, VA 23350

**Clm No 2586**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2878 of 2981

---

**WINIFRED BROUSSARD**
965 COLUMBIA CIRCLE
BRIDGE CITY TX 77611

**Clm No 35955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINIFRED CHAPLIN**
DONALD CHAPLIN
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 83341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Winifred Cody**
c/o Coady Law Firm
300 Trade Center, Suite 7640
Woburn, MA 01801

**Clm No 34257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $200,000.00         |                      |
|       | $200,000.00         |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $200,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2879 of 2981

---

| WINIFRED GARCIA | **Clm No 37732** | Filed In Cases: 140 | |
|---|---|---|---|
| 6276 25TH STREET | Class | Claim Detail Amount | Final Allowed Amount |
| GROVES TX 77619 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Winifred Grimes | **Clm No 10840** | Filed In Cases: 140 | |
|---|---|---|---|
| 56 Yager Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Clinton, OH 44216 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Winifred Hallmark | **Clm No 52434** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Brayton Purcell | Class | Claim Detail Amount | Final Allowed Amount |
| 222 Rush Landing Road | UNS | $1.00 | |
| Novato, CA 94948 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2880 of 2981

---

**Winifred J. Wright**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winifred Reed**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 15290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winnall Plato**
11890 White House
Bay Minette, AL 36507

**Clm No 71918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2881 of 2981

---

**Winnefred Elizondo**
406 Scott Drive
Corpus Christi, TX 78408

**Clm No 67695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINNIE COOK**
22 CR 191
Stringer, MS 39431-4327

**Clm No 55629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winnie Dykes**
5 Dykes Chapel Road
Richton, MS 39476

**Clm No 49212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2882 of 2981

---

**WINNIE EDWARDS**
P.O. BOX 375
DEWEYVILLE TX 77614

**Clm No 37322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winnie Hawks**
314 Hill Ave. Apt. A-3
Vardaman, MS 38878

**Clm No 48221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winnie Hogan**
139 Colony Ave
Crossett, AR 71635

**Clm No 46285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2883 of 2981

**WINNIE HOLLINGSWORTH**
P. O. Box 1467
Laurel, MS 39440

**Clm No 56524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Winnie Lavender**
1568 20th Street  North
Birmingham, AL 35234

**Clm No 70260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WINNIE RUTH STEWART**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2884 of 2981

---

**Winnie Warren**
256 Salem Rd
Forest, MS 39074

**Clm No 44996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINNIE WELLS**
559 West Adams Street, Apt A-4
Kosciusko, MS 39090

**Clm No 58624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winslow Terry**
461 Norway Ave
Huntington, WV 25705

**Clm No 29638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2885 of 2981

| **Winslow Young** | | **Clm No 18442** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 835 E Summit Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Alliance, OH 44601 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 23-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Winstead Davis** | | **Clm No 67288** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.O. Box 1451 Vaughn  Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Splendora, TX 77372 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Winston A. Yapp** | | **Clm No 97** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 706 E 95th St. | | Class | Claim Detail Amount | Final Allowed Amount |
| Brooklyn, NY 11236 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 14-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

**Claims Details**

2886 of 2981

---

**Winston Affoon**
1828 Albany Ave
Brooklyn, NY 11210

**Clm No 25163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          8-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Winston Chipman**
568 Miller Ave.
Dayton, OH 45427

**Clm No 8650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Winston Cochran**
115 Tannery Street
Elyria, OH 44035

**Clm No 8791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2887 of 2981

---

**WINSTON D. WILLIAMS**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WINSTON GIBSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 78046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Winston Gibson**
156 Ford Avenue
Salt Lake City, UT 84115-4551

**Clm No 61677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2888 of 2981

---

**Winston Glover**
PO Box 2643
Dayton, OH 45401

**Clm No 10629**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winston Haniff**
3610 Downing Circle
Deer Park, TX 77536

**Clm No 68704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINSTON JONES**
503 Third Avenue
Joliet, IL 60433

**Clm No 56807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2889 of 2981

---

**Winston Kirby**
105 Bear Lake  Dr.
Warner Robins, GA 31088

**Clm No 19136**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WINSTON KNIGHT**
59 Victory Rd
Laurel, MS 39443

**Clm No 56930**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winston Magee**
312 Garner Road
Mt. Olive, MS 39119

**Clm No 48208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2890 of 2981

---

**Winston Simmons**
804 Bouie Court
Portsmouth, VA 23704

**Clm No 5966**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winston Simons**
824 Wilson Road
Norfolk, VA 23523

**Clm No 5972**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winter Simmons**
335 Tullahoma Drive
Auburn, AL 36830

**Clm No 23696**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2891 of 2981

---

**Wise Stewart**
4505 Cloverdale Estate
Northport, AL 35476

**Clm No 72948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wisezee Richardson**
337 S. Highland Ave.
Columbus, OH 43223

**Clm No 15401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wolfe Dennis**
#24 11th Avenue North
Texas City, TX 77590

**Clm No 67406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2892 of 2981

---

**Womack Daniel**
6 Pautuck Road
Highland Lakes, NJ 07422

**Clm No 67241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wondell Sessions**
380 CR 160
Long Branch, TX 75669

**Clm No 33581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WONZIE JUANITA CARSLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2893 of 2981

---

**Wood-Roe Earnest**
4625 7th Court East
Tuscaloosa, AL 35405

**Clm No 67624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodford Terry**
10707 Church Road
Huron, OH 44839

**Clm No 17127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodie Donald**
1229 W. 21st St.
Lorain, OH 44052

**Clm No 9618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2894 of 2981

---

**Woodie Jackson**
1201 8th Ave
Midfield, AL 35228

**Clm No 69545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODIE JOHNSON**
1612 CORTEZ DR.
MOBILE AL 36609

**Clm No 38982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodie Lewis**
C/o Sarah Lewis
12881 N. Rosser Rd
Tuscaloosa, AL 35405

**Clm No 70373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2895 of 2981

---

**Woodie McCall**
4606 Greenview
Tuscaloosa, AL 35401

**Clm No 70792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodie Ravencraft**
7341 Hwy 67
Clinton, LA 70722

**Clm No 19430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodley Duhon**
786 Yokly Rd.
Franklin, LA 70538

**Clm No 33345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2896 of 2981

---

**Woodley James**
164 Old Magnolia Way
Wilsonville, AL 35186

**Clm No 69592**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodroe Spitler**
539 Begonia Street S.E. #C
De Motte, IN 46310

**Clm No 64569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow  Smith Jr.**
3902 Cambronne St
New Orleans, LA  70118

**Clm No 33076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2897 of 2981

---

**Woodrow Arthur**
5440 Sherwood Dr
Baton Rouge, LA 70805

**Clm No 18585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Baker**
3110 57 Street
Sarasota, FL 34243

**Clm No 60046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WOODROW BERDEAUX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2898 of 2981

---

**Woodrow Berdeaux**
202 Woodland Estates Road
Great Falls, MT 59404

**Clm No 60212**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Cole**
1756 Evans Street
Clarksdale, MS 38614

**Clm No 43958**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Crump**
c/o Keahey Law Office
Attn: G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, AL 35209

**Clm No 78661**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2899 of 2981

| Woodrow Cutright | **Clm No 61022** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o The Ferraro Law Firm | Class | Claim Detail Amount | Final Allowed Amount |
| 600 Brickell Ave., Ste. 3800 | | | |
| Miami, FL 33131 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          8-Dec-2016

Bar Date

Claim Face Value          $1.00

| WOODROW CUTRIGHT | **Clm No 78143** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

| Woodrow Dean | **Clm No 9391** | Filed In Cases: 140 | |
|---|---|---|---|
| 924 S. Sandyvale Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Minerva, OH 44657 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          23-Nov-2016

Bar Date

Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2900 of 2981

---

**Woodrow Dockins**
440 Franconia Drive, Apt. B
Baltimore,  MD 21206

**Clm No 3560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODROW E. TALLEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Foster**
12155 Burgess Ave.
Walker, LA 70785

**Clm No 18898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2901 of 2981

---

**Woodrow Gibbs**
5333 North Medford Drive
Mobile, AL 36693

**Clm No 68266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Woodrow Haley**
P.O. Box 373
Fentress, TX 78622-0373

**Clm No 68624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Woodrow Heath**
664 Briary Run Rd.
Kinston, NC 28301

**Clm No 44257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                                      2902 of 2981

---

**Woodrow Holmes**

51 West Governor Dr.

Newport News, VA 23602

**Clm No 33977**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODROW HOUSTON**

1214 E. 40th Place

Los Angeles, CA 90011

**Clm No 56567**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Jenkins**

1213 Brighton Road

Birmingham, AL 35228

**Clm No 69637**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2903 of 2981

---

**Woodrow Johnson**
1439 St. Clair Avenue
Cincinnati, OH 45231

**Clm No 12144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODROW JONES**
The Estate of Woodrow Jones, Sr.
1120 Sumpter Rogers
Sweet Water, AL 36782

**Clm No 69810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Kaaser**
611 Wisteria
La Marque, TX 77568

**Clm No 69975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2904 of 2981

---

**Woodrow Kendrick**
c/o Mary K. Rosson
15081 Moffett Rd.

**Clm No 70018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Kerby**
127 Porter St
Marietta, OH 45750

**Clm No 27647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Langdale**
1211 Newton Dr.
Tifton, GA 31794

**Clm No 45912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2905 of 2981

---

**Woodrow Paige**
4607 Journey St.
Amarillo, TX 79110

**Clm No 71619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODROW PHILLIP WILSON**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WOODROW POWERS**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2906 of 2981

---

**WOODROW SMITH**
1430 OPERATOR LANE
VIDOR TX 77662

**Clm No 42188**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Stanley**
4024 Oak Moss Court
Chesapeake,  VA 23321

**Clm No 6146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Thompson**
110 Laurel Street
San Diego,CA 92101

**Clm No 22033**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2907 of 2981

---

**WOODROW WADE DOROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Williams**
222 Poplar Springs Dr.
Sylvan Springs, AL 35118

**Clm No 73238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Wilson**
35 St. Johns Drive
Hampton, VA 23666

**Clm No 34232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2908 of 2981

---

**Woodrow Wilson**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Wilson**
9701 Hwy 69 North
Northport, AL 35476

**Clm No 73309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODROW WILSON ARMSTRONG**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2909 of 2981

---

**Woodrow Young**
2625 Lytle Road
Troy, OH 45373

**Clm No 18461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodward Laird**
P.O. Box 1264
Hobe Sound, FL 33475

**Clm No 19155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODY SMITH**
C/O RUSSELL WINBURN
P. O. BOX 1868
FAYETTEVILLE, AR 72702

**Clm No 42148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2910 of 2981

---

**Woody Worsham**
501 West 35th
Pine Bluff, AR 71603

**Clm No 49241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WORLEY SIMERLY**
RT. 1, BOX 200
PEARISBURG VA 24134

**Clm No 42040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Worn King**
810 Keil Road
Toledo, OH 43607

**Clm No 12522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

### Claims Details

2911 of 2981

---

**Worth Hartry**
416 Butts Road
Sparta, GA 31087

**Clm No 48887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           8-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**WORTHY ATCHISON**
213 N. ALPINE AVE
JACSON AL 36545

**Clm No 35374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**WORTHY WAITE**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 58510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2912 of 2981

---

**Wotipka Patricia**
1621 Zapalac Road
La Grange, TX 78945

**Clm No 71719**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**WRAY ELLIE YARBROUGH**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 87395**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wreather Sanford**
1465 Westminster Dr
Macon, GA 31204

**Clm No 46431**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2913 of 2981

---

**WRIGHT MCKINLEY BONEY**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WUALE CARRILLO**
110 NEBRASKA
ROBSTOWN TX 78380

**Clm No 36271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WUANITA SCHAPER**
1427 CHARDONNAY
HOUSTON TX 77077

**Clm No 41857**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2914 of 2981

---

**Wyatt Belgard**
PO Box 1421
Port Barre, LA 70577

**Clm No 33257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyatt D. Long**
HC 36, Box 304
Buckhannon, WV 26201

**Clm No 54316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WYATT EDWIN AMOS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 84249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2915 of 2981

---

**WYATT FELTON**
1009 North Unions Street
Natchez, MS 39120

**Clm No 56008**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyatt Patterson**
416 Spruce Street
Barberton, OH 44203

**Clm No 14743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyatt Price**
C/o Maurine Bolton Price
2005 Fountain Way
Northport, AL 35473

**Clm No 72012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2916 of 2981

---

**Wyatt Vance**
110 Laurel Street
San Diego, CA 92101

**Clm No 22043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wylene Strutchen**
c/o Wylene Strutchen
P.O. Box 552
Eastman, GA 31023

**Clm No 50787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WYLEY MINOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2917 of 2981

---

**Wyley Minor**
3982 Lacy Road
Quinton, AL 35130-9010

**Clm No 63274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyley Wright**
112 Sinclair Marine Rd.
Milledgeville, GA 31059

**Clm No 45667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wylie Cronk**
91 Bourne Road
Plymouth, MA 02360-2807

**Clm No 60980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2918 of 2981

| Wylie Hilliard | | Clm No 69086 | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Thelma H. Vanderburg | | Class | Claim Detail Amount | Final Allowed Amount |
| 745 Lake Crest Drive | | | | |
| Hoover, AL 35226 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WYLIE PEARCE | | Clm No 40924 | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O DONNA BRUNO | | Class | Claim Detail Amount | Final Allowed Amount |
| P.O. BOX 1944 | | | | |
| SULPHUR LA 70664 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WYLMA JEAN MORLEY, PERSONAL REPRESENTATIVE FOR | | Clm No 79199 | Filed In Cases: 140 | |
|---|---|---|---|---|
| HAROLD ANDREW MORLEY (DECEASED) | | Class | Claim Detail Amount | Final Allowed Amount |
| C/O BRAYTON PURCELL, LLP | | | | |
| ATTN: CURT HENNECKE | | UNS | Unknown | |
| 222 RUSH LANDING ROAD | | | | |
| NOVATO, CA 94928-6169 | | | | |

| Date Filed | 23-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2919 of 2981

---

**Wyman Elmore**
C/o Charlotte Fowler
1904 Inverness Parkway
Tuscaloosa, AL 35405

**Clm No 67728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyman Long**
14405 Westland Drive
Coker, AL 35452

**Clm No 70488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyman Shirley**
5605 Cypress View Lane
Northport, AL 35476

**Clm No 72835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2920 of 2981

---

**Wynee Beverly**
1388 Airport Road
Magee, MS 39111

**Clm No 46280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wynell Waites**
Box 104
Dexter, GA 31019

**Clm No 50645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WYNETTE ROBINSON**
354 KENNEDY ST.
MOBILE AL 36603

**Clm No 41610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2921 of 2981

---

**Wyoma Oliver**
1050 Belle Orchard Lane Apt 106
Suffolk,  VA 23435

**Clm No 5358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyoming Massey**
1636 10th St. N.E.
Canton, OH 44705

**Clm No 13455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyona Whitehurst**
1730 Oberlin Ct. NW
Canton, OH 44703

**Clm No 18005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2922 of 2981

---

**Wyonia Howard**
4098 Highway 41 N
Monroeville, AL 36460

**Clm No 59404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyte Young**
4251 West Rose Lane
Phoenix, AZ 85019

**Clm No 23944**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WYVONNIA JORDAN HUGHES**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2923 of 2981

---

**XAVIER GILMORE**
3324 Marguerite Dr.
Pearl, MS 39208

**Clm No 56155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Xiomara Guthrie**
7136 Glenwood Drive
Stroudsburg, PA 18301

**Clm No 34250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Y.C Watters**
5905 Beechcroft Rd., #313
Columbus, OH 43229

**Clm No 17805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2924 of 2981

---

**Y.C. ROCKETT**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YALANDA SNIDER**
425 S ARCHIE ST #16
VIDOR TX 77662

**Clm No 42254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yamilet Henderson**
45 Forrest Drive
Hattiesburg, MS 39402

**Clm No 49048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2925 of 2981

---

**Yancey Reynolds**
1327 O'Neal Dr
Dublin, GA 31021

**Clm No 46186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yancy Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YDELL FLOYD**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 86394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2926 of 2981

---

**YNEKKA ARNETT**
934 CHASE PARK DRIVE
BACLIFF TX 77518

**Clm No 35338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ynell Spells**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $500.00 | |
| | $500.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $500.00 |

---

**YOLA MAE HEBERT**
4009 HEATHERBROOK CT
PORT ARTHUR TX 77642

**Clm No 38425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2927 of 2981

---

**Yolanda Adams**
169 Johnson Road
Leroy, AL 36548

**Clm No 59076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOLANDA ARCHER**
204 EDENS AVENUE
LEAGUE CITY TX 77573

**Clm No 35322**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**YOLANDA BAILEY CHILTON, PERSONAL REPRESENTATIVE FOR**
JAMES C. CHILTON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2928 of 2981

---

**Yolanda E. Jones**
220 County Road 310
Pachuta, MS 39347

**Clm No 47393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOLANDA ESQUIVEL, PERSONAL REPRESENTATIVE FOR**
ALEJANDRO ROQUE (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 81260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Yolanda James**
1206 Crawford Avenue A
Anniston, AL 36207

**Clm No 59427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2929 of 2981

---

**YOLANDA LOPES**
1224 LANTANA LANE
BROWNSVILLE TX 78520

**Clm No 39704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOLANDA LUCAS**
313 DUNBAR STREET
MOBILE, AL 36603-

**Clm No 21020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOLANDA MARIA LUNA, PERSONAL
REPRESENTATIVE FOR**
EMILIANO LUNA JR. (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 78850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2930 of 2981

---

**YOLANDA MATHEWS**
255 EAST ALMA STREET
BEAUMONT TX 77705

**Clm No 39968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOLANDA MITCHELL**
P.O. BOX 482
KARNACK TX 75661

**Clm No 40380**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOLANDA N. FAISON, PERSONAL REPRESENTATIVE FOR**
BILLY JOE FAISON (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80341**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2931 of 2981

---

**Yolanda Phillips**
2911 North Rodgers Ave.
Baltimore, MD 21207

**Clm No 5494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOLANDA R. VALDEZ**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 87676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**YOLANDA SCOTT**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34942**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2932 of 2981

---

**Yolanda Yvette Roberts**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 53071**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

| Assignee | Amount | Percent |
|----------|--------|---------|
| Roy Woods | | |

---

**YOLONDA DANKINS**
149 9TH STREET
PORT ARTHUR TX 77640

**Clm No 36828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YORICK GUILLORY**
PO BOX 847
CHINA TX 77613

**Clm No 38111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2933 of 2981

---

**York Hare**
7428 Naples Avenue
Birmingham, AL 35206

**Clm No 68746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOUINGOI STOVALL**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YOULYS MAULDIN**
593 Lovells Ferry Road
Jasper, AL 35501

**Clm No 70745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2934 of 2981

---

**YOUMAN MARTIN**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Youngblood Kenneth**
245 Hwy 82 E
Avery, TX 75554

**Clm No 70038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Youngblood Lee**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/30/2018 6:20:23 PM

*Claims Details*

2935 of 2981

---

**YOURAMAE DUPLECHAIN**
1636 GULFWAY DRIVE
PORT ARTHUR TX 77640

**Clm No 37246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yugo Pecoski**
7549 Wright Street
Merrillville, IN 46410

**Clm No 63714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YUGO PECOSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2936 of 2981

---

**YURY N. DOLZHENKO**
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Yvette Berard**
300 New Dam Road
Sanford, ME 04073

**Clm No 60211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVETTE BERARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2937 of 2981

---

**Yvette Blais**
1 Thomas Avenue
Baltic, CT 06330

**Clm No 20265**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**YVETTE CALDWELL, PERSONAL REPRESENTATIVE FOR**
PAUL HAIL (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79990**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**YVETTE CARTER, PERSONAL REPRESENTATIVE FOR**
HEZEKIAH CARTER (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80577**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100     E-mail: claimsmanager@omnimgt.com     FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2938 of 2981

---

**YVONNE BADGLEY, PERSONAL REPRESENTATIVE FOR**

AUGUST D. BANDIERA (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80822**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**YVONNE BALL, PERSONAL REPRESENTATIVE FOR**

CARL BURLESON GREGSBY (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 79224**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**YVONNE BRITTAIN**

562 SIX MILE VILLAGE

HEMPHILL TX 75948

**Clm No 35913**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2939 of 2981

---

**Yvonne Brooks**
P.O. Box 1477
Hardwick, GA 31034

**Clm No 51013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Brown**
124 John B. Gordon Rd.
Thomaston, GA 30286

**Clm No 45993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE CARON**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### *Claims Details*

2940 of 2981

**Yvonne Cole**
2948 Booker Washington
Jackson, MS 39213

**Clm No 48025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**YVONNE COMEAUX**
16926 COBBLER CROSSING
SUGARLAND TX 77478

**Clm No 36587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**YVONNE COOPER**
P. O. BOX 22691
BEAUMONT TX 77720

**Clm No 36639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2941 of 2981

---

**Yvonne Daniels**
222 21st Street SE
Massillon, OH 44646

**Clm No 9271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Davis**
328 Tod Lane
Youngstown, OH 44504

**Clm No 9322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE DAVIS OLDS**
C/O JOHN ARTHUR EAVES
101 NORTH STATE ST.
JACKSON, MS 39201

**Clm No 85224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2942 of 2981

---

**YVONNE DEWVALL**
15 LONGWOOD ROAD
AUSTIN TX 78737

**Clm No 37033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Dressel**
108 Robinwood Drive
New Middletown, OH 44442

**Clm No 9685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE GALLIEN**
7648 ROSEWOOD DRIVE
LUMBERTON TX 77657

**Clm No 37706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2943 of 2981

---

**Yvonne Horton**
194 Pierce Ave Apt. 24-D
Macon, GA 31204

**Clm No 47049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Huff**
1796 Alexander Drive
Decatur, GA 30032

**Clm No 59408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE J. COLLINS, PERSONAL**
**REPRESENTATIVE FOR**
EDWARD COLLINS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: CURT HENNECKE
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 79318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2944 of 2981

---

**Yvonne Jenkins**
3299 Jenkins Road
Neely, MS 39461

**Clm No 48335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Johnston**
P.O. Box 103
Husum, WA 98623

**Clm No 19101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Yvonne Jones**
111  Lamarck Drive
Ft. Washington,  MD 20744

**Clm No 4672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

2945 of 2981

---

**YVONNE JONES**
111 Lee Street
Columbus, MS 39702

**Clm No 56765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE MAY**
719 OAK WEST DRIVE
HOUSTON TX 77073

**Clm No 40009**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE MORRISETTE**
5708 DEERWOOD DRIVE S.
MOBILE, AL 36618

**Clm No 21093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2946 of 2981

---

**Yvonne Osborne**
3057 Western Hills Road
Foster, KY 41043

**Clm No 14597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Penrod**
7491 Oakhill Avenue NE
Alliance, OH 44601

**Clm No 14811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE PONTIFF**
2205 Mary Hughes Drive
Houma, LA 70363

**Clm No 57705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2947 of 2981

---

**Yvonne Reilly**
375 Page Ave.
Lyndhurst, NJ 07071

**Clm No 1885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Yvonne Riddick**
309 NC 32S.
Sunbury, NC 27979

**Clm No 5716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**YVONNE RITTER**
7705 S 3RD PLACE
BROKEN ARROW OK 74011

**Clm No 41544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2948 of 2981

---

**YVONNE SARTOR**
9911 TOULOUSE AVE
BAYTOWN TX 77521

**Clm No 41824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Scott**
104 Country Club Road
Franklin,  VA 23851

**Clm No 5897**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE SHAFT**
3519 SNOWY LANE
SAGINAW, MI 48601

**Clm No 764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2949 of 2981

---

**Yvonne Shaw**
1242 SCR 34
Bay Springs, MS 39422

**Clm No 46004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**YVONNE STROMAN**
19352 BURRELL WINGATE RD
BEAUMONT TX 77705

**Clm No 42472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Varner**
9807 Meldon Dr.
Streetsboro, OH 44241

**Clm No 17512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2950 of 2981

**Yvonne Walker**
2618 Shell Road
Hampton,  VA 23661

**Clm No 6498**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Yvonne Williams**
110 Jenness Lane
Newport News,  VA 23602

**Clm No 6766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Yvonne Wolverton**
P.O. Box 116
Sebastopol, MS 39359

**Clm No 45075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2951 of 2981

---

**Yvonne Wright**
PO Box 448
Spencer, WV 25276

**Clm No 30105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Yount**
312 S Houston Ave
Cameron, TX 76520

**Clm No 22531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $500.00 | |
| | $500.00 | |

| | |
|---|---|
| Date Filed | 7-Dec-2016 |
| Bar Date | |
| Claim Face Value | $500.00 |

---

**Yvonnia Cyler**
110 Linton Hall Hollow
Fayetteville, GA 30214

**Clm No 9222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2952 of 2981

---

**Z RUTH BROGDEN**
C/O BRENT COON & ASSOCIATES
215 ORLEANS ST
BEAUMONT, TX 77701

**Clm No 34351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Z. Juan**
2468 Armstrong Road
Aransas Pass, TX 78336

**Clm No 69955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Z.C. Hearnsberger**
PO Box 839
Garrison, TX 75946

**Clm No 33409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2953 of 2981

---

**Zachariah Ash**
3145 N. Stonebridge Drive
Norfolk, VA 23504

**Clm No 2531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zachariah Harris**
2500 Ave B. Ensley
Birmingham, AL 35218

**Clm No 68823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zachary Dunham**
15629 US Route 23
Lucasville, OH 45648

**Clm No 26453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2954 of 2981

---

**Zack Fortenbury**
115 Lake Caloosa Landing
Frostproof, FL 33843

**Clm No 68001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zackariah Moore**
C/o Carrie Lee Moore
1951 Allison Street
Mobile, AL 36617

**Clm No 71208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zackary Rogers**
1485 Observatory Rd
Martinsville, IN 46151

**Clm No 28989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2955 of 2981

---

**Zada C. Reardon**
2702 Chesapeake Avenue
Chesapeake,  VA 23324

**Clm No 5640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zada Reardon**
2702 Chesapeake Avenue
Chesapeake,  VA 23324

**Clm No 5639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zada Wheat**
13572 Wheat Circle
Coker, AL 35452

**Clm No 73131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2956 of 2981

---

**ZAKAR J. TOOPINIAN**
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 82380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Zandonatti Sylvan**
224 Ashton Circle
Orange Grove, TX 78372

**Clm No 72974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**ZANDRA LEWIS, PERSONAL REPRESENTATIVE FOR**
GLADYS MARIE LEWIS (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2957 of 2981

---

**ZANE LEATHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 76882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | | |
|---|---|---|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Zane Leatham**
27226 Robinson Road
Conroe, TX 77385-0000

**Clm No 62746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Zane Sauriol**
82 Oak Ave
Moundsville, WV 26041

**Clm No 29101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 8-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/30/2018 6:20:23 PM

### Claims Details

2958 of 2981

**ZANIE TURNER**
52900 ST. HWY 31
PERDIDO AL 36562

**Clm No 42858**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Zavan Garris**
2318 Elm Avenue
Portsmouth, Virginia 23704

**Clm No 3902**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Zbigniew Puza**
1260 Meadowview Lane
Amherst, OH 44001

**Clm No 15144**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     23-Nov-2016
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2959 of 2981

---

**Zeb Roper**
11572 Lincolnshire Ct
Cincinnati, OH 45240

**Clm No 15653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zebbie German**
1212 Pleasant Grove Church Rd.
Bladenboro, NC 28320

**Clm No 33916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zebbie Miller**
C/o Catherine R. Miller
3117 23rd Street
Tuscaloosa, AL 35401

**Clm No 71073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2960 of 2981

---

**ZEBEDEE RICHARDSON**
523 EDISON ST.
PRICHARD AL 36610

**Clm No 41481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ZEBEDEE SMITH**
167 DANIEL ROAD
SAN ANTONIO TX 78220

**Clm No 42206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zebulun Lamm**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 12807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2961 of 2981

---

**ZEFFERINE BROOMSEY**
C/O EDWARD O. MOODY, PA
801 WEST 4TH ST.
LITTLE ROCK, AR 72201

**Clm No 88509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Zeibra Lemley**
1378 Orchard Park Drive
Stone Mountain, GA 30083

**Clm No 12960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zeigler Matthews**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2962 of 2981

---

**ZELDA DAVIS**
P.O. BOX 294
DIANA TX 75647

**Clm No 36862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zelda Leake**
273 Hwy 44
Jayess, MS 39644

**Clm No 47893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zelia Fronckel**
Goosepond Village
Newark, OH 43055

**Clm No 26747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2963 of 2981

---

**ZELINDA C. HANSON, PERSONAL REPRESENTATIVE FOR**

LLOYD W. HANSON (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: BRYN G. LETSCH

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

**Clm No 80468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Zelious Kindred**

3511 Yacht Club Court

Kissimmee, FL 34746

**Clm No 12497**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zell Magee**

2926 Perry St.

Erie, PA 16504

**Clm No 13285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2964 of 2981

---

**Zell Walker**
8004 Quail Hollow
Suffolk,  VA 23433

**Clm No 6499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1,250.00          |                      |
|       | $1,250.00          |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**ZELLA JONES EDWARDS**
C/O HENRY H. CADDELL, ESQ.
1911 GOVERNMENT ST.
MOBILE, AL 36606-

**Clm No 20781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ZELLA POSEY**
461 Hwy 37
Collins, MS 39428

**Clm No 57721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2965 of 2981

---

**Zellene Sirmons**
PO Box 4741
Dublin, GA 31040

**Clm No 51663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zelline Clark**
343 Preacher Hill Road
Leakesville, MS 39451

**Clm No 48435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zelline Herring**
71 Travis Herring Road
Beaumont, MS 39423

**Clm No 49992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2966 of 2981

---

**ZELMA DANIELS, PERSONAL REPRESENTATIVE FOR**

**Clm No 79625**     Filed In Cases: 140

JAMES DANIELS (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ZELMA E. HINCK, PERSONAL REPRESENTATIVE FOR**

**Clm No 79988**     Filed In Cases: 140

OWEN HINCK (DECEASED)

C/O BRAYTON PURCELL, LLP

ATTN: CURT HENNECKE

222 RUSH LANDING ROAD

NOVATO, CA 94928-6169

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 23-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ZELMA FRANCIS**

**Clm No 37616**     Filed In Cases: 140

250 LAKESIDE DRIVE

HEMPHILL TX 75948

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2967 of 2981

---

**ZELMA JOHNSON**
1164 JUANITA RD
LONGVIEW TX 75605

**Clm No 39029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ZELMA LEBLUE**
13654 STOCKBROOK ROAD
MORENO VALLEY CA 92553

**Clm No 39542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zelma Miller**
2307 Waynesboro-Shubuta Road
Waynesboro, MS 39367

**Clm No 47528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2968 of 2981

---

**Zelma Williams**
114 Center St
Beckley, WV 25801

**Clm No 30011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zelma Wyatt**
1027 Bert Allen Rd
London, KY 40741

**Clm No 30107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zenetta Morgan**
PO Box 846
Waynesboro, MS 39367

**Clm No 51759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2969 of 2981

---

**Zenobia Allen**
945 Legacy Landing, Apt. 302
Virginia Beach, VA 23464

**Clm No 2473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ZENOBIA BROWN**
4250 COOLIDGE
BEAUMONT TX 77706

**Clm No 35978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ZENOBIA WIGGINS**
P O Box 1685
Canton, MS 39046

**Clm No 58661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2970 of 2981

---

**Zeolia Chestang**
C/o Angela C. Willis
6666 Sullivan Rd
Semmes, AL 36575

**Clm No 66783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zera Owens**
183 Early Hutchinson Rd.
Tifton, GA 31794

**Clm No 46919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zerry Lewis**
485 E. Beech Street
Ponchatoula, LA 70454

**Clm No 19189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## Claims Details

2971 of 2981

---

**ZETRA HILL**
815 GREELY
JACKSONVILLE TX 75766

**Clm No 38548**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zettia A. Lyall**
809 Lyall Ridge
Clintwood, VA 24228

**Clm No 45122**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zettie Walters**
3947 Hwy 21
Forest, MS 39074

**Clm No 44987**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2972 of 2981

---

**ZILDA BLAND**
9561 HWY 12
ORANGE TX 77632

**Clm No 35699**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ZINNA RASHIDA RILEY, PERSONAL REPRESENTATIVE FOR**
MATTIE RILEY (DECEASED)
C/O BRAYTON PURCELL, LLP
ATTN: BRYN G. LETSCH
222 RUSH LANDING ROAD
NOVATO, CA 94928-6169

**Clm No 80146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          23-Mar-2017
Bar Date
Claim Face Value

---

**ZOBLE BEARD**
805 BEAUTY
DAYTON TX 77535

**Clm No 35539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2973 of 2981

---

**Zoilo Handugan**
c/o Brayton Purcell
222 Rush Landing Road
Novato, CA 94948

**Clm No 52439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zola Brewer**
1227 Lovewell Road
Richton, MS 39476

**Clm No 45948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zola Radden**
904 49th Street
Birmingham, AL 35208

**Clm No 25009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2974 of 2981

---

**Zola Reeder**
4611 Bluehaven Drive
Dayton, OH 45406

**Clm No 15293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zollie Mixon**
1452 Noble St.
Toledo, OH 43608

**Clm No 14030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zollie Terry**
1530 West Hemlock Street
Oxnard, CA 93035

**Clm No 2424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 30-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

**ZOLTAN KIRALY**
C/O O'SHEA & REYES, LLC
ATTN: DANIEL F. O'SHEA
5599 SOUTH UNIVERSITY DR, STE 202
DAVIE, FL 33328

**Clm No 84003**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Zona S. Glosson**
414 Stevens Rd.
Butler, AL 36904

**Clm No 48877**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**ZONA TAYLOR**
4620 FIELDWOOD LANE
BEAUMONT TX 77706

**Clm No 42597**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

---

**Zonell Minor**

P.O. Box 1539

Hazlehurst, MS 39083

**Clm No 51022**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zora M. Bogdan**

1844 Owens Avenue

Fairmont, WV 26554

**Clm No 53725**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ZORETTA M. PULLIAM**

C/O JOHN ARTHUR EAVES

101 NORTH STATE ST.

JACKSON, MS 39201

**Clm No 85381**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

### Claims Details

2977 of 2981

---

**Zorona Hamm**
2541 Adam Clayton Powell Blvd. Apt 25-G
New York, NY 10039

**Clm No 1492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Zoya Blanton**
655 N. Edgewater Drive
Plant City, FL 33565

**Clm No 60280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ZSA FRAISE**
2319 STATION ST.
MOBILE AL 36610

**Clm No 37609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

**Claims Details**

2978 of 2981

---

**Zula Davis**
3172 Old Mobile Hwy
Lucedale, MS 39452

**Clm No 48249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ZULA GRAYSON**
c/o Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

**Clm No 56227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zula Hamilton**
123 Sterling Rd
Morton, MS 39117

**Clm No 45968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 8-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

## *Claims Details*

**ZULA LEBLANC**
C/O DARRIN LEBLANC
2602 PIPING ROCK TRAIL
AUSTIN TX 78748

**Clm No 39514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ZULA MADDOX**
1564 ROBERT E. LEE STREET
MOBILE, AL 36605-

**Clm No 21022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 6-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zula Wash**
PO Box 640
Newton, MS 39345

**Clm No 51724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*                                                                                           2980 of 2981

---

**Zuma Skelton**                              **Clm No 72856**    Filed In Cases: 140
13066 Old Marion Road
Tuscaloosa, AL 35405                           Class            Claim Detail Amount    Final Allowed Amount

                                               UNS                     $1.00

                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Zumwalt Ronald**                             **Clm No 72478**    Filed In Cases: 140
P.O. Box
ACE, TX 77                                     Class            Claim Detail Amount    Final Allowed Amount

                                               UNS                     $1.00

                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Zvonimir John Bogdan, Estate**              **Clm No 58868**    Filed In Cases: 140
1515 Barry St.
Fairmont, WV 26554                             Class            Claim Detail Amount    Final Allowed Amount

                                               UNS                     $1.00

                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/30/2018 6:20:23 PM

*Claims Details*

2981 of 2981

**Zygmunt Palasz**
4685 Meadow Lake Dr.
Crestview, FL 32539-6376

**Clm No 19784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**