| **RECORDS TRANSMITTAL AND RECEIPT** | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | Page 1 |
|---|---|---|

**1. TO** (Complete the address for the appropriate Records Center serving your area)
FRC - Atlanta
Facility - 01
4712 SOUTHPARK BLVD.
ELLENWOOD, GA, 30294

As shown in FPMR 101-11.410-1 ▶

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

**Customer Reference Number: N/A**
**U.S. Courts**
**578, United States Bankruptcy Courts**

**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ATTN: CHELSEA SANDERS**
**401 WEST TRADE STREET, ROOM 111**
**CHARLOTTE, NC 28202**

**2. AGENCY TRANSFER AUTHORIZATION**
TRANSFERRING AGENCY OFFICIAL(Signature and Title)
CHELSEA A SANDERS
DATE 04/17/2018

**3. AGENCY CONTACT**
TRANSFERRING AGENCY LIASION OFFICIAL (Name, Office and Telephone No.)
CHELSEA SANDERS
U.S. Courts
Phone (704)350-7518

**4. RECORDS CENTER RECEIPT**
RECORDS RECEIVED BY (Signature and Title)
FRC - Atlanta
DATE

**6. RECORDS DATA**

| TRANSFER NUMBER | | | VOLUME (in ft.) (d) | No. Of Containers (e) | SERIES DESCRIPTION (with inclusive dates of records) (f) | RESTRICTION (g) | DISPOSITION AUTHORITY (h) | DISPOSITION DATE (i) | LOCATION (j) | CONTAINER TYPE (k) |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | | | | | | | | |
| 578 | 2018 | 0154 | 55 | 55 | ^ XT - CLOSED BANKRUPTCY CLAIMS CASES | Agency Personnel | DC2/A15A | 07/01/2038 | Facility - 01 | Standard |
| | | | | | Inclusive Start Date: 01/01/2010 | Security Classification: Unclassified | Disposition Code: Temporary  Disposition Hold : No Hold | | | |
| | | | | | Inclusive End Date: 03/30/2018 | Security Level: Standard Storage | Disposition Citation: N1-021-86-1, ITEM 15A | | | |

| Case Number | Debtor Name | Claim Numbers | Box Number |
|---|---|---|---|
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 1-890 | 1 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 891-1518 | 2 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 1519-1790 | 3 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 1791-1835 | 4 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 1836-2670 | 5 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 2671-4626 | 6 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 4627-6520 | 7 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 6521-10815 | 8 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 10816-12950 | 9 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 12951-30700 | 10 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 30701-33419 | 11 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 33420-35165 | 12 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 35166-36711 | 13 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 36712-38142 | 14 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 38143-39567 | 15 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 39568-40999 | 16 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 41000-43999 | 17 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 44000-46999 | 18 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 47000-49999 | 19 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 50000-52999 | 20 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 53000-55999 | 21 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 56000-58999 | 22 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 59000-61999 | 23 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 62000-64999 | 24 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 65000-67552 | 25 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 67553-68594 | 26 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 68595-69437 | 27 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 69438-110678 | 28 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 110679-116200 | 29 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 116201-127889 | 30 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 127890-172199 | 31 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 172200-172896 | 32 |
| 10-31607 | Garlock Sealing Technologies LLC, et al. | 172897-179414 | 33 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 1-1679 | 34 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 1680-73777 | 35 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 73778-74775 | 36 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 74756-75736 | 37 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 75737-76687 | 38 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 76688-77661 | 39 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 77662-78555 | 40 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 78556-79493 | 41 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 79494-80425 | 42 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 80426-81327 | 43 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 81328-82277 | 44 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 82278-83234 | 45 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 83235-84218 | 46 |

| | | | |
|---|---|---|---|
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 84219-85180 | 47 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 85181-86170 | 48 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 86171-87134 | 49 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 87135-87780 | 50 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 87781-88211 | 51 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 88212-88620 | 52 |
| 17-30140 | OldCo, LLC, successor by merger to Coltec Industries Inc | 88621-88951 | 53 |
| 10-31606 | The Anchor Packing Company | 1-111 | 54 |
| 10-31608 | Garrison Litigation Management Group, Ltd. | 1-111 | 55 |

**Claims Agent**

Rust Consulting/Omni Bankruptcy

5955 DeSoto Avenue, Suite #100

Woodland Hills, CA 91367

(818) 906-8300