**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **OldCo, LLC** | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN    **38–4015215** |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ |

United States Bankruptcy Court    **Western District of North Carolina**

Case number:    **17–30140**

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

♦ The chapter 11 case of the above named debtor is closed.

Dated: April 25, 2018
BY THE COURT

J. Craig Whitley

United States Bankruptcy Judge

Electronically filed and signed (4/25/18)