United States Bankruptcy Court
Western District of North Carolina

In re:  
OldCo, LLC  
    Debtor

Case No. 17-30140-jcw  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0419-3     User: sandersc     Page 1 of 1     Date Rcvd: Apr 25, 2018  
                         Form ID: 150      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2018.
```
db              OldCo, LLC,    5605 Carnegie Blvd, Ste. 500,    Charlotte, NC  28209-4674
aty            +Herman Spence,    Robinson, Bradshaw & Hinson, P.A.,    101 N. Tryon St., Suite 1900,
                 Charlotte, NC 28246-0106
aty            +Kevin R. Crandall,    Robinson, Bradshaw & Hinson, P.A.,    101 N. Tryon St., Suite 1900,
                 Charlotte, NC 28246-0106
aty            +Parker, Poe, Adams & Bernstein L.L.P.,    Three Wachovia Center,
                 401 South Tryon Street, Ste. 3000,    Charlotte, NC 28202-1942
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2018 at the address(es) listed below:
```
          Andrew W.J. Tarr    on behalf of Debtor    OldCo, LLC atarr@rbh.com, CPecoraro@robinsonbradshaw.com
          Ashley A Edwards    on behalf of Debtor    OldCo, LLC ashleyedwards@parkerpoe.com,
           courtneyvolz@parkerpoe.com
          Daniel Gray Clodfelter    on behalf of Debtor    OldCo, LLC danclodfelter@parkerpoe.com,
           danclodfelter@parkerpoe.com
          David M. Schilli    on behalf of Debtor    OldCo, LLC dschilli@rbh.com,
           cpecoraro@robinsonbradshaw.com
          Garland S. Cassada    on behalf of Debtor    OldCo, LLC gcassada@rbh.com, pbess@rbh.com,
           sriggins@rbh.com,BSanders@rbh.com
          Jonathan C. Krisko    on behalf of Debtor    OldCo, LLC jkrisko@rbh.com,
           jokerlund@robinsonbradshaw.com
          Richard C Worf    on behalf of Debtor    OldCo, LLC rworf@rbh.com
          Scott M Ewing    on behalf of Other Prof.    Rust Consulting/Omni Bankruptcy sewing@omnimgt.com,
           knownes@omnimgt.com;jcastillo@omnimgt.com;bosborne@omnimgt.com
          Stuart L. Pratt    on behalf of Debtor    OldCo, LLC spratt@robinsonbradshaw.com
          Ty E. Shaffer    on behalf of Debtor    OldCo, LLC tshaffer@rbh.com, vjohnson@rbh.com
          U.S. Bankruptcy Administrator Office    alexandria_p_kenny@ncwba.uscourts.gov,
           ba_desk@ncwba.uscourts.gov
          William L. Esser, IV    on behalf of Debtor    OldCo, LLC willesser@parkerpoe.com
                                                                                             TOTAL: 12
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1    **OldCo, LLC** | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN   **38–4015215** |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of North Carolina** | |
| Case number:   **17–30140** | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

♦ The chapter 11 case of the above named debtor is closed.

Dated: April 25, 2018
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (4/25/18)